1  Roland Tellis (SBN 186269)
2  rtellis@baronbudd.com
   David B. Fernandes, Jr. (SBN 280944)
3  dfernandes@baronbudd.com
4  Adam Tamburelli (SBN 301902)
   atamburelli@baronbudd.com
5  Shannon Royster (SBN 314126)
6  sroyster@baronbudd.com
   BARON & BUDD, P.C.
7  15910 Ventura Boulevard, Suite 1600
8  Encino, CA 91436
   Telephone: 818.839.2333
9

10 *Counsel for Plaintiffs Miyoshi*
   *Morrow, Tracy Spradlin, and*
11 *Rachel Perry*

12
13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15                    SOUTHERN DIVISION
16

| 17 *IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION* | Case No. 8:22-ml-3052 JVS (KESx) |
|---|---|

**CLASS ACTION**

**NOTICE OF FILING OF NOTICE OF RELATED CASE**

Judge: Hon. James V. Selna

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that the plaintiffs in the matter styled as *Miyoshi Morrow, et al. v. Hyundai Motor America Corporation, et al.*, Case No. 8:22-cv-01674-DOC-KES (C.D. Cal., filed September 12, 2022), filed a Notice of Related Case, a true and correct copy of which is attached as Exhibit 1.

Dated: January 4, 2023

Respectfully submitted,

/s/ *Roland Tellis*
Roland Tellis

BARON & BUDD, P.C.
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

*Counsel in Miyoshi Morrow, et al. v. Hyundai Motor America Corporation*, Case No. 8:22-cv-01674-DOC-KES (C.D. Cal.)