# EXHIBIT 1

Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David B. Fernandes, Jr. (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MIYOSHI MORROW, TRACY SPRADLIN, and RACHEL PERRY, individually and on behalf of all others similarly situated, | Case No. 8:22-cv-01674-DOC-KES |
| | **CLASS ACTION** |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF RELATED CASE** |
| v. | |
| HYUNDAI MOTOR AMERICA CORPORATION, a California corporation; and KIA MOTORS AMERICA, INC, a California corporation. | Judge: Hon. David O. Carter |
| | Action Filed: September 12, 2022 |
| Defendants. | |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2        Plaintiffs Miyoshi Morrow, Tracy Spradlin, and Rachel Perry ("Plaintiffs")

3  hereby give notice to the Court of a related case assigned to the Honorable James

4  V. Selna: *In Re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and*

5  *Products Liability Litigation*, Case No. 8:22-ML-03052 JVS (KESx).

6        On December 20, 2022, Plaintiffs, Hyundai Motor America Corporation, and

7  Kia Motors America, Inc. stipulated to stay all deadlines in the instant action

8  pending coordination or consolidation with MDL 3052, *In Re: Kia Hyundai Vehicle*

9  *Theft Marketing, Sales Practices, and Products Liability Litigation*, Case No. 8:22-

10 ML-03052 JVS (KESx). The parties informed the Court in their stipulation that

11 they, "anticipate[d] that the instant action will also be part of MDL 3052's

12 coordinated or consolidated proceedings." The Court granted the parties' stipulation

13 on December 21, 2022.

14       On December 22, 2022, a Transfer Order issued by the United States Judicial

15 Panel on Multidistrict Litigation (the "JPML") was received in the Central District

16 of California, which led to the creation of a "Master Docket" for MDL 3052.

17 Attached as **Exhibit A** is a copy of the "Master Docket" created for MDL 3052.

18 Attached as **Exhibit B** is a copy of the JPML's Transfer Order from the "Master

19 Docket" created for MDL 3052.

20       As of the date of this filing, the instant action has not yet been reassigned to

21 Judge Selna.

22 Dated: January 4, 2023

23                           Respectfully submitted,

24                           /s/ *Roland Tellis*

25                           Roland Tellis

26                           BARON & BUDD, P.C.
                             Roland Tellis (SBN 186269)

27                           rtellis@baronbudd.com
                             David Fernandes (SBN 280944)

28                           dfernandes@baronbudd.com

Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

- 2 -

# EXHIBIT A

(KESx),DISCOVERY,LEADPT,MDL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:22-ml-03052-JVS-KES

In Re: Kia Hyundai Vehicle Theft Litigation
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge Karen E. Scott
Cause: 15:2301 Magnuson-Moss Warranty Act

Date Filed: 12/22/2022
Jury Demand: Plaintiff
Nature of Suit: 355 Motor Vehicle Prod.
Liability
Jurisdiction: Federal Question

**In Re**

**Kia Hyundai Vehicle Theft Litigation**


V.

**Plaintiff**

**Cynthia Yeghiaian**
*Related to 8:22-cv-01440 JVS (KESx)*

represented by   **Kenneth B McClain**
Humphrey Farrington and McClain PC
221 West Lexington Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: kbm@hfmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tom Adams**
Law Office of Thomas G. Adams
21781 Ventura Boulevard Suite 10005
Woodland Hills, CA 91364
805-229-1529
Fax: 805-258-7415
Email: thomasgadams@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew K Smith**
Humphrey Farrington and McClain PC
221 West Lexington Avenue, Suite 400
Independence, MO 64051
816-836-5050
Email: aks@hfmlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**

Humphrey Farrington and McClain PC
221 West Lexington Avenue, Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: jms@hfmlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rhett Thomas Francisco**
Law Offices of Rhett Francisco
638 Lindero Canyon Road Suite 105
Oak Park, CA 91377
818-319-9879
Email: rhett_francisco_law@yahoo.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jeff Plaza**
*On behalf of themselves and all others similarly situated (Related to 8:22-cv-01440-JVS (KESx)*

represented by **Tom Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew K Smith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rhett Thomas Francisco**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Katelyn McNerney**
*on behalf of themselves and all others similarly situated (Related to 8:22-cv-01548-JVS (KESx)*

represented by **Christopher Pitoun**
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
213-330-7150
Fax: 213-330-7152
Email: christopherp@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
Goldenberg Schneider LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
513-345-8291
Fax: 513-345-8294

Email: jgoldenberg@gs-legal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
Lyon Firm
2754 Erie Avenue
Cincinnati, OH 45208
513-381-2333
Fax: 513-766-9011
Email: jlyon@thelyonfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: sean@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W Berman**
Hagens Berman Sobol Shapiro LLP
1301 2nd Avenue Suite 2000
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
Goldenberg Schneider LPA
4445 Lake Forrest Drive, Suite 490
Cincinnati, OH 45242
513-345-8291
Fax: 513-345-8294
Email: tnaylor@gs-legal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Mason**
*on behalf of themselves and all others
similarly situated (Related to SACV22-
1548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camri Nelson**
*on behalf of themselves and all others*
*similarly situated (Related to SACV22-*
*1548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cameron Cunningham**
*on behalf of themselves and all others*
*similarly situated (Related to SACV22-*
*01548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Brown**
*on behalf of themselves and all others
similarly situated (Related to SACV22-
1548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchell Cohen**
*individually and on behalf of all others
similarly situated (Related to SACV22-1664
DOC (KESx)*

represented by **Elizabeth A. Fegan**
Fegan Scott LLC
150 South Wacker Drive, 24th Floor
Chicago, IL 60606
312-741-4019
Fax: 312-264-0100
Email: beth@feganscott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Lenze**
Lenze Lawyers PLC
999 Corporate Drive, Suite 100

Ladera Ranch, CA 92694
310-322-8800
Fax: 310-322-8811
Email: jlenze@lenzelawyers.com
*ATTORNEY TO BE NOTICED*

**Jonathan D. Lindenfeld**
Fegan Scott LLC
140 Broadway, 46th Floor
New York, NY 10005
332-216-2101
Fax: 312-264-0100
Email: jonathan@feganscott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline Ragsdale**
*individually and on behalf of all others
similarly situated (Related to SACV22-1664
DOC (KESx)*

represented by **Elizabeth A. Fegan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Lenze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan D. Lindenfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Taylor**
*individually and on behalf of all others
similarly situated (Related to SACV22-
1664- DOC (KESx)*

represented by **Elizabeth A. Fegan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Lenze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan D. Lindenfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Jones**
*on behalf of herself and all others similarly
situated (Related to 8:22-cv-02291-JVS
(KESx)*

represented by **Kevin D. Stanley**
Humphrey Farrington and McClain PC
221 West Lexington Avenue, Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966

Email: kds@hfmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Pue**
*on behalf of herself and all others similarly situated (Related to 8:22-cv-02292-JVS (KESx)*

represented by  **Bradford Rothwell Sohn**
Brad Sohn Law Firm PLLC
1600 Ponce De Leon Boulevard Suite 1205
Coral Gables, FL 33134
786-708-9750
Fax: 305-397-0650
Email: brad@bradsohnlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Kozmic**
*on behalf of herself and all others similarly situated (Related to 8:22-cv-02292-JVS (KESx)*

represented by  **Bradford Rothwell Sohn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ms. Erica Loburgio**
*(Related to 8:22-cv-02293-JVS (KESx)*

represented by  **Chelsea M. Pierce**
Humphrey Farrington and McClain PC
221 West Lexington Avenue, Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: cmp@hfmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin D. Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Toby Patrick Edwin Mulholland**

Rubens Kress and Mulholland
77 West Washington Street Suite 701
Chicago, IL 60602
312-201-9640
Email: tpm@rkminjurylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Loburgio**                        represented by  **Chelsea M. Pierce**
*(Related to 8:22-cv-02293-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin D. Stanley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan M. Soper**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Toby Patrick Edwin Mulholland**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Flannagan**                       represented by  **Chelsea M. Pierce**
*(Related to 8:22-cv-02293-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin D. Stanley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan M. Soper**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Toby Patrick Edwin Mulholland**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Mitchell**
*(Related to 8:22-cv-02293-JVS (KESx)*

represented by **Chelsea M. Pierce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin D. Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles W. Simmons**
*On behalf of himself and all others similarly
situated (Related to 8:22-cv-02295-JVS
(KESx)*

represented by **Chelsea M. Pierce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin D. Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul D. Anderson**
Humphrey Farrington and McClain
221 West Lexington Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: pda@hfmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Denney**
*On behalf of himself and all others similarly
situated (Related to 8:22-cv-02295-JVS
(KESx)*

represented by **Chelsea M. Pierce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin D. Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Paul D. Anderson
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jonathan M. Soper
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Cole**                               represented by   **Chelsea M. Pierce**
*On behalf of himself and all others similarly*                 (See above for address)
*situated (Related to 8:22-cv-02295-JVS*                        *LEAD ATTORNEY*
*(KESx)*                                                        *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Kevin D. Stanley**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Paul D. Anderson**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jonathan M. Soper**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita Day**                                   represented by   **Chelsea M. Pierce**
*On behalf of herself and all others similarly*                 (See above for address)
*situated (Related to 8:22-cv-02296-JVS*                        *LEAD ATTORNEY*
*(KESx)*                                                        *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David A. Futscher**
                                                                Futscher Law PLLC
                                                                913 North Oak Drive
                                                                Villa Hills, KY 41017
                                                                859-912-2394
                                                                Email: david@futscherlaw.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Kenneth B McClain**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin D. Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brian Bendorf**                          represented by   **Kenneth B McClain**
*(Related to 8:22-cv-02297-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin D. Stanley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul D. Anderson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan M. Soper**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sara Bendorf**                           represented by   **Kenneth B McClain**
*(Related to 8:22-cv-02297-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin D. Stanley**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paul D. Anderson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Jonathan M. Soper
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cobi Bissell**                                    represented by   **Matthew Lee Dameron**
*individually and on behalf of all others*                          Williams Dirks Dameron LLC
*similarly situated (Related to 8:22-cv-*                            1100 Main Street Suite 2600
*02298-JVS (KESx)*                                                   Kansas City, MO 64105
                                                                     (816) 945-7110
                                                                     Fax: (816) 945-7118
                                                                     Email: matt@williamsdirks.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacie Moon**                                    represented by   **Joshua B Katz**
*on behalf of herself and all others similarly*                     Kent Beatty and Gordon LLP
*situated (Related to 8:22-cv-02300-JVS*                             Eleven Times Square 10th Floor
*(KESx)*                                                             New York, NY 10036
                                                                     (212) 421-4300
                                                                     Fax: (212) 421-4303
                                                                     Email: jbk@kbg-law.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Taylor Slovak**                               represented by   **Laurence A. Harrington**
*(Related to 8:22-cv-02301-JVS (KESx)*                              508 B Glen Echo Road
                                                                     Philadelphia, PA 19119
                                                                     484-469-0468
                                                                     Fax: 216-294-4839
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Melissa Ann Payne**
                                                                     Payne Law
                                                                     26600 Detroit Road Suite 250
                                                                     Westlake, OH 44054
                                                                     757-768-9029
                                                                     Fax: 216-294-4839
                                                                     Email: melissa@vincentesq.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Newman**                                  represented by   **Laurence A. Harrington**
*(Related to 8:22-cv-02301-JVS (KESx)*                              (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

Melissa Ann Payne
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Davies**
*(Related to 8:22-cv-02301-JVS (KESx)*

represented by    **Laurence A. Harrington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Melissa Ann Payne
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stefanie Marvin**
*on behalf of themselves and all other*
*similarly situated (Related to 8:22-cv-*
*02304-JVS (KESx)*

represented by    **James B. Barton**
Barton Legal SC
313 North Plankinton Avenue Suite 207
Milwaukee, WI 53203
414-488-1822
Email: jbb@bartonlegalsc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua S Greenberg**
Barton Legal S C
313 North Plankinton Avenue Suite 207
Milwaukee, WI 53203
414-877-0690
Email: jsg@bartonlegalsc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Wargin**
*(Related t0 8:22-cv-02304-JVS (KESx)*

represented by    **James B. Barton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua S Greenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chaid Przybelski**
*(Related to 8:22-cv-02304-JVS (KESx)*

represented by    **James B. Barton**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua S Greenberg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Just**                                    represented by    **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                            (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joshua S Greenberg**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Flasch**                                   represented by    **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                            (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joshua S Greenberg**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lydia Davis**                                  represented by    **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                            (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joshua S Greenberg**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Fruhling**                              represented by    **Chelsea M. Pierce**
*(Related to 8:22-cv-02302-JVS (KESx)*                            (See above for address)
                                                                  *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Futscher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin D. Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Roger Mason**                                  represented by  **Chelsea M. Pierce**
*(Related to 8:22-cv-02302-JVS (KESx)*                          (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David A. Futscher**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Kevin D. Stanley**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jonathan M. Soper**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jade Burke**                                   represented by  **Chelsea M. Pierce**
*(Related to 8:22-cv-02302-JVS (KESx)*                          (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David A. Futscher**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin D. Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kia America, Inc.**                    represented by    **Alice S. Kim**
Jenner and Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
213-239-5100
Fax: 213-239-5199
Email: akim@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Spelman**
Jenner and Block LLP
515 South Flower Street Suite 3300
Los Angeles, CA 90071-2246
213-239-5100
Fax: 213-239-5199
Email: KSpelman@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Brody**
Jenner and Block
One IBM Plaza
353 North Clark Street
Chicago, IL 60654-3456
312-222-9350
Fax: 312-527-0484
Email: mbrody@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua C. Webb**
Hill Ward and Henderson PA
101 East Kennedy Boulevaard Suite 3700
Tampa, FL 33602

813-221-3900
Fax: 813-221-2900
Email: jwebb@hwhlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Brennan**
Jenner and Block LLP
One IBM Plaza
353 North Clark Street
Chicago, IL 60654
312-222-9350
Fax: 312-527-0484
Email: pbrennan@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai Motor America**                    represented by   **Alice S. Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Spelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Brody**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua C. Webb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Brennan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai Kia America Technical Center,**      represented by   **Kate Spelman**
**Inc.**                                                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Brody**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

ATTORNEY TO BE NOTICED

**Joshua C. Webb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Brennan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai Motor America Corporation**
*(Related to 8:22-cv-02298-JVS (KESx)*

represented by **David M. Eisenberg**
Baker Sterchi Cowden Rice LLC - KCMO
2400 Pershing Road Suite 500
Kansas City, MO 64108-2504
(816) 448-9343
Fax: (816) 472-0288
Email: eisenberg@bakersterchi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kia Motors America Inc**
*(Related to 8:22-cv-02298-JVS (KESx)*

represented by **David M. Eisenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fictitious Kia Defendants, A-C**
*(Related to 8:22-cv-02304-JVS (KESx)*

**Defendant**

**Fictitious Hyundai Defendants A-C**
*(Related to 8:22-cv-02304-JVS (KESx)*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2022 | 1 | TRANSFER ORDER from the United States Judicial Panel on Multidistrict Litigation received creating Master Docket MDL 8:22-ml-03052-JVS (KESx), In Re: Kia Hyundai Vehicle Theft Litigation. Case assigned to Judge James V. Selna for the purpose of pretrial proceedings. Referred to Magistrate Judge Karen E. Scott for Discovery. (et) (Entered: 12/22/2022) |
| 12/22/2022 | 2 | ORDER NO. 1: INITIAL CONFERENCE by Judge James V. Selna: By order of the Judicial Panel on Multidistrict Litigation (J.P.M.L.), the actions listed in Exhibit A were transferred and assigned to this Court for coordinated or consolidated pretrial proceedings under 28 U.S.C. Sec. 1407. Additional tag-along actions may be transferred. Because these cases merit special attention as complex litigation, the Court ORDERS: 1. Conference. Counsel for all parties shall appear for a conference on February 7, 2023 9:00 a.m. in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse at 411 W. Fourth Street, Santa Ana, CA, 92701. The conference will be held for the purposes specified |

in Fed. R. Civ. P. 16(a), 16(b), 16(c), 16(f), and 26(f). Counsel are requested to check in with the Courtroom Deputy at least 15 minutes in advance. (see document for further information) (bm) (Entered: 12/22/2022)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/04/2023 14:10:07 | | | |
| **PACER Login:** | buddbaron99 | **Client Code:** | Kia Hyundai Vehicle Theft Litiga |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-ml-03052-JVS-KES End date: 1/4/2023 |
| **Billable Pages:** | 18 | **Cost:** | 1.80 |

# EXHIBIT B



**F I L E D**
CLERK, U.S. DISTRICT COURT

DEC 22 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

8:22-ml-03052-JVS-KESx

IN RE: KIA HYUNDAI VEHICLE
THEFT LITIGATION

MDL No. 3052

TRANSFER ORDER

**Before the Panel:**[*] Plaintiffs in a Central District of California action (*McNerney*) move under 28 U.S.C. § 1407 to centralize this litigation in the Central District of California. This litigation involves allegations that certain Hyundai and Kia vehicles are unduly susceptible to theft. Plaintiffs' motion includes sixteen actions pending in fourteen districts, as listed on Schedule A, as well as 34 potentially-related actions.[1]

No party opposes centralization of this litigation, but the parties disagree considerably over selection of the transferee district. Plaintiffs in the Western District of Missouri *Bissell* action and five potential tag-along actions support centralization in the Central District of California. Plaintiff in *Bissell* alternatively suggests a Western District of Missouri transferee district. Plaintiffs in ten actions and two potential tag-along actions support centralization in the Western District of Missouri or, alternatively, the Eastern District of Wisconsin or the Northern District of Illinois. Plaintiffs in the Northern District of Ohio *Slovak* action suggest centralization in the Northern District of Ohio. Plaintiffs in the Eastern District of Michigan *DeKam* potential tag-along action support centralization in the Eastern District of Michigan. Plaintiffs in the first-filed Eastern District of Wisconsin *Marvin* action and a Central District of California potential tag-along action suggest centralization in the Eastern District of Wisconsin or, alternatively, the Central District of California. Plaintiffs in the Northern District of Illinois *Givens* potential tag-along action support centralization in the Northern District of Illinois or, alternatively, the Eastern District of Pennsylvania. Plaintiffs in the Eastern District of Pennsylvania *Alston* potential tag-along action support centralization in the Eastern District of Pennsylvania.

---

[*] Judge Madeline Cox Arleo took no part in the decision of this matter. Additionally, certain Panel members who may be members of the putative classes in this litigation have renounced their membership in these classes and participated in this decision.

[1] These actions, and any other related actions, are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1 and 7.2. Further, at oral argument, some parties expressed their tentative view that personal injury actions should not be included in this litigation. Because the issue of whether to include such actions in this MDL is not squarely before us now, we will address it in the conditional transfer order process.

- 2 -

Defendants Kia America Inc, Hyundai Motor America, and Hyundai America Technical Center Inc. support centralization and suggest the Eastern District of Wisconsin as the transferee district or, alternatively, the Northern District of Illinois or the Northern or Southern Districts of Ohio.

After considering the argument of counsel, we find that centralization of these actions in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs in all actions purchased or leased Kia and Hyundai branded vehicles that they allege are defective because the cars lack engine immobilizer technology, which prevents them from being started unless a code is transmitted from a unique smart key. The vehicles at issue include 2011-2022 Kia vehicles and 2015-2022 Hyundai vehicles that were equipped with traditional "insert-and-turn" steel key ignition systems. Plaintiffs argue that vehicles that lack immobilizer technology are particularly susceptible to being stolen. All actions can be expected to share factual questions surrounding the marketing, sale and manufacture of these vehicles and defendants' knowledge of the alleged defect. Centralization offers substantial opportunity to streamline pretrial proceedings (particularly with respect to class certification) and reduce duplicative discovery and conflicting pretrial obligations.

While any number of proposed transferee districts could handle this litigation ably, we are persuaded that the Central District of California is the appropriate transferee district for these cases. The main defendants are based in Orange County, California, and centralization in this district should be convenient for their witnesses. Indeed, we have centralized past MDLs involving the Hyundai and Kia defendants in this district, in part, because defendants Kia America Inc. and Hyundai Motor America are based there. *See, e.g.,* MDL No. 2424 – *In re: Hyundai and Kia Fuel Economy Litigation* and MDL No. 2905 – *In re ZF-TRW Airbag Control Units Products Liability Litigation.* If needed, the Central District of California offers an accessible district to any witnesses or defendants that are based in Korea. The Central District of California, where fifteen cases are pending (almost a third of the 49 total actions and potential tag-along actions), offers a relatively underutilized transferee district with only four pending MDL dockets. By selecting Judge James V. Selna to preside over this litigation, we are selecting a skilled jurist who is well-versed in the nuances of complex and multidistrict automotive litigation to steer this matter on a prudent course.

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside the Central District of California are transferred to the Central District of California and, with the consent of that court, assigned to the Honorable James V. Selna for coordinated or consolidated proceedings.

- 3 -

    IT IS FURTHER ORDERED that the caption of this litigation is changed from "In re: Kia Hyundai Vehicle Theft Litigation" to "In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation" to reflect the substance of this litigation more precisely.

PANEL ON MULTIDISTRICT LITIGATION

*Karen K. Caldwell*

Karen K. Caldwell
Chair

| | |
|---|---|
| Nathaniel M. Gorton | Matthew F. Kennelly |
| David C. Norton | Roger T. Benitez |
| Dale A. Kimball | |

IN RE: KIA HYUNDAI VEHICLE
THEFT LITIGATION                                         MDL No. 3052

## SCHEDULE A

Central District of California

YEGHIAIAN, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 8:22-01440
MCNERNEY, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 8:22-01548

District of Colorado

JONES v. KIA AMERICA, INC., ET AL., C.A. No. 1:22-02123   **8:22-CV-02291-JVS-KESx**

Middle District of Florida

PUE, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 6:22-01440   **8:22-CV-02292-JVS-KESx**

Northern District of Illinois

**8:22-CV-02293-JVS-KESx**
LOBURGIO, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 1:22-04071

Southern District of Iowa

BRADY, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 4:22-00252   **8:22-CV-02294-JVS-KESx**

District of Kansas

SIMMONS, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 2:22-02288   **8:22-CV-02294-JVS-KESx**

Eastern District of Kentucky

DAY v. KIA AMERICA, INC., ET AL., C.A. No. 5:22-00202   **8:22-CV-02296-JVS-KESx**

Western District of Missouri

BENDORF, ET AL. v. KIA AMERICA, ET AL., C.A. No. 4:22-00465   **8:22-CV-02297-JVS-KESx**
BISSELL v. HYUNDAI MOTOR AMERICA CORPORATION, ET AL.,
    C.A. No. 4:22-00548   **8:22-CV-02298-JVS-KES**

District of Nebraska

HALL v. KIA AMERICA, INC., ET AL., C.A. No. 4:22-03155   **8:22-CV-02299-JVS-KESx**

-A2-

**IN RE: KIA HYUNDAI VEHICLE
THEFT LITIGATION**                                          MDL No. 3052

      <ins>Southern District of New York</ins>

MOON v. KIA AMERICA, INC., ET AL., C.A. No. 1:22-07433   **8:22-CV-02300-JVS-KESx**

      <ins>Northern District of Ohio</ins>

SLOVAK, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 3:22-01432 **8:22-CV-2301-JVS-KESx**

      <ins>Southern District of Ohio</ins>

      **8:22-CV-02302-JVS-KESx**

FRUHLING, ET AL. v. KIA MOTORS AMERICA, INC., ET AL., C.A. No. 1:22-00451

      <ins>Southern District of Texas</ins>

BODIE, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 4:22-02603 **8:22-CV-02303-JVS-KESx**

      <ins>Eastern District of Wisconsin</ins>

MARVIN v. KIA AMERICA, INC., ET AL., C.A. No. 2:21-01146   **8:22-CV-02304-JVS-KESx**