1 | Matthew D. Schelkopf (*pro hac vice*)
  | mds@sauderschelkopf.com
2 | SAUDER SCHELKOPF LLC
  | 1109 Lancaster Ave.
3 | Berwyn, PA 19312

4 | James B. Barton (*pro hac vice*)
  | jbb@bartonlegalsc.com
5 | BARTON LEGAL S.C.
  | 313 North Plankinton Ave., Suite 207
6 | Milwaukee, WI 53203

7 | Alison M. Bernal (Bar No. 264629)
  | alison@nshmlaw.com
8 | NYE, STIRLING, HALE & MILLER, LLP
  | 33 West Mission St., Suite 201
9 | Santa Barbara, CA 93101

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-3025 JVS (KESx) <br><br> Hon. James V. Selna <br><br> **CLASS ACTION** <br><br> **NOTICE OF FILING OF NOTICE OF RELATED CASE** |
|---|---|

PLEASE TAKE NOTICE that the Plaintiffs in *Henry et al. v. Kia America, Inc. et al.*, No. 8:22-cv-1729-JWH-DFM (C.D. Cal.), initiated on September 21, 2022, filed a Notice of Related Case, a true and correct copy of which is attached as **Exhibit 1** hereto.

Dated: January 9, 2023                              Respectfully submitted,

By: */s/ James B. Barton*
**BARTON LEGAL S.C.**
James B. Barton (*pro hac vice*)
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
T: (414) 877–0690
F: (414) 877–3039
*jbb@bartonlegalsc.com*
*jsg@bartonlegalsc.com*

Matthew D. Schelkopf (*pro hac vice*)
1109 Lancaster Avenue
Berwyn, PA 19312
T: (610) 200–0581
F: (610) 421–1326
*mds@sstriallawyers.com*

**NYE, STIRLING, HALE & MILLER, LLP**
Alison M. Bernal (Bar No. 264629)
33 West Mission St., Ste. 201
Santa Barbara, CA  93101
T: (805) 963–2345
F: (805) 284–9590
*alison@nshmlaw.com*

*Counsel for Plaintiffs*