# Exhibit 1

Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
SAUDER SCHELKOPF LLC
1109 Lancaster Ave.
Berwyn, PA 19312

James B. Barton (*pro hac vice*)
jbb@bartonlegalsc.com
BARTON LEGAL S.C.
313 North Plankinton Ave., Suite 207
Milwaukee, WI 53203

Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission St., Suite 201
Santa Barbara, CA 93101

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HENRY, LAUREN HICKMAN, KATHY COKE, GERALD SMITH, DEVON MCCLELLAN, and LAUREN HERNANDEZ, individually and on behalf of all those similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, HYUNDAI KIA TECHNICAL CENTER, INC., FICTITIOUS KIA DEFENDANTS, A–C, and FICTITIOUS HYUNDAI DEFENDANTS A–C,<br><br>                    Defendants. | Case No.: 8:22-cv-1729-JWH-DFM<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF RELATED CASE**<br><br>Hon. John W. Holcomb<br><br>Complaint Filed: September 21, 2022 |

Plaintiffs Lauren Henry, Lauren Hickman, Kathy Coke, Gerald Smith, Devon McClellan, and Lauren Hernandez ("Plaintiffs"), hereby give notice to the Court of the related case assigned to the Hon. James V. Selna: *In Re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, No. 8:22-ML-03052 JVS (KESx).

On December 16, 2022, the parties to this Action filed a stipulation to stay the pending case deadlines after the United States Judicial Panel on Multidistrict Litigation (the "Panel") issued an order in MDL No. 3052, which transferred the sixteen related actions to the Hon. James V. Selna. ECF No. 28. The parties also informed the Court that they anticipated "that the transferee district court will soon be issuing an order that, among other things, sets a new schedule, with new deadlines, for all related actions." *Id.* The Court entered an Order granting the parties' stipulation on December 19, 2022. ECF No. 30.

On December 22, 2022, the Transfer Order issued by the Panel was received in the Central District of California, which led to the creation of the Master Docket for MDL 3052. *See* 8:22-ml-03052, ECF No. 1. Attached hereto as **Exhibit A** is a copy of the Master Docket. Attached hereto as **Exhibit B** is a copy of the Panel's Transfer Order.

As of the date of this filing, the instant action has not yet been reassigned to Judge Selna.

Dated: January 9, 2023                    Respectfully submitted,


By: */s/ Matthew D. Schelkopf*
Matthew D. Schelkopf (*pro hac vice*)
1109 Lancaster Avenue
Berwyn, PA 19312
T: (610) 200–0581
F: (610) 421–1326
*mds@sstriallawyers.com*

-2-

NOTICE OF RELATED CASE

**BARTON LEGAL S.C.**
James B. Barton (*pro hac vice*)
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
T: (414) 877–0690
F: (414) 877–3039
*jbb@bartonlegalsc.com*
*jsg@bartonlegalsc.com*

**NYE, STIRLING, HALE & MILLER, LLP**
Alison M. Bernal (Bar No. 264629)
33 West Mission St., Ste. 201
Santa Barbara, CA 93101
T: (805) 963–2345
F: (805) 284–9590
*alison@nshmlaw.com*

*Counsel for Plaintiffs*

NOTICE OF RELATED CASE

(KESx),DISCOVERY,LEADPT,MDL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:22-ml-03052-JVS-KES

In Re: Kia Hyundai Vehicle Theft Litigation
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge Karen E. Scott
Related Case: 8:22-cv-02329-JVS-KES
Cause: 15:2301 Magnuson-Moss Warranty Act

Date Filed: 12/22/2022
Jury Demand: Plaintiff
Nature of Suit: 355 Motor Vehicle Prod.
Liability
Jurisdiction: Federal Question

**In Re**

**Kia Hyundai Vehicle Theft Litigation**


V.

**Plaintiff**

**Cynthia Yeghiaian**
*Related to 8:22-cv-01440 JVS (KESx)*

represented by **Kenneth B McClain**
Humphrey Farrington and McClain PC
221 West Lexington Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: kbm@hfmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tom Adams**
Law Office of Thomas G. Adams
21781 Ventura Boulevard Suite 10005
Woodland Hills, CA 91364
805-229-1529
Fax: 805-258-7415
Email: thomasgadams@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew K Smith**
Humphrey Farrington and McClain PC
221 West Lexington Avenue, Suite 400
Independence, MO 64051
816-836-5050
Email: aks@hfmlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**

Humphrey Farrington and McClain PC
221 West Lexington Avenue, Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: jms@hfmlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rhett Thomas Francisco**
Law Offices of Rhett Francisco
638 Lindero Canyon Road Suite 105
Oak Park, CA 91377
818-319-9879
Email: rhett_francisco_law@yahoo.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jeff Plaza**                                        represented by     **Tom Adams**
*On behalf of themselves and all others*                                (See above for address)
*similarly situated (Related to 8:22-cv-*                               *LEAD ATTORNEY*
*01440-JVS (KESx)*                                                      *ATTORNEY TO BE NOTICED*

**Andrew K Smith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rhett Thomas Francisco**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Katelyn McNerney**                                 represented by     **Christopher Pitoun**
*on behalf of themselves and all others*                                Hagens Berman Sobol Shapiro LLP
*similarly situated (Related to 8:22-cv-*                               301 North Lake Avenue, Suite 920
*01548-JVS (KESx)*                                                      Pasadena, CA 91101
                                                                        213-330-7150
                                                                        Fax: 213-330-7152
                                                                        Email: christopherp@hbsslaw.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
Goldenberg Schneider LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
513-345-8291
Fax: 513-345-8294

Email: jgoldenberg@gs-legal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
Lyon Firm
2754 Erie Avenue
Cincinnati, OH 45208
513-381-2333
Fax: 513-766-9011
Email: jlyon@thelyonfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: sean@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W Berman**
Hagens Berman Sobol Shapiro LLP
1301 2nd Avenue Suite 2000
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
Goldenberg Schneider LPA
4445 Lake Forrest Drive, Suite 490
Cincinnati, OH 45242
513-345-8291
Fax: 513-345-8294
Email: tnaylor@gs-legal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Mason**
*on behalf of themselves and all others
similarly situated (Related to SACV22-
1548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Joseph M. Lyon
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camri Nelson**
*on behalf of themselves and all others similarly situated (Related to SACV22-1548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cameron Cunningham**
*on behalf of themselves and all others similarly situated (Related to SACV22-01548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Brown**
*on behalf of themselves and all others
similarly situated (Related to SACV22-
1548-JVS (KESx)*

represented by **Christopher Pitoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Goldenberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Lyon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean Matt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd B Naylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchell Cohen**
*individually and on behalf of all others
similarly situated (Related to SACV22-1664
DOC (KESx)*

represented by **Elizabeth A. Fegan**
Fegan Scott LLC
150 South Wacker Drive, 24th Floor
Chicago, IL 60606
312-741-4019
Fax: 312-264-0100
Email: beth@feganscott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Lenze**
Lenze Lawyers PLC
999 Corporate Drive, Suite 100

Ladera Ranch, CA 92694
310-322-8800
Fax: 310-322-8811
Email: jlenze@lenzelawyers.com
*ATTORNEY TO BE NOTICED*

**Jonathan D. Lindenfeld**
Fegan Scott LLC
140 Broadway, 46th Floor
New York, NY 10005
332-216-2101
Fax: 312-264-0100
Email: jonathan@feganscott.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline Ragsdale**
*individually and on behalf of all others similarly situated (Related to SACV22-1664 DOC (KESx)*

represented by **Elizabeth A. Fegan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Lenze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan D. Lindenfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Taylor**
*individually and on behalf of all others similarly situated (Related to SACV22-1664- DOC (KESx)*

represented by **Elizabeth A. Fegan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Lenze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan D. Lindenfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Jones**
*on behalf of herself and all others similarly situated (Related to 8:22-cv-02291-JVS (KESx)*

represented by **Kevin Daniel Stanley**
Humphrey Farrington and McClain PC
221 West Lexington Avenue Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966

Email: kds@hfmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joanna Pue**                     represented by    **Bradford Rothwell Sohn**
*on behalf of herself and all others similarly*                                Brad Sohn Law Firm PLLC
*situated (Related to 8:22-cv-02292-JVS*                                1600 Ponce De Leon Boulevard Suite 1205
*(KESx)*                                                Coral Gables, FL 33134
786-708-9750
Fax: 305-397-0650
Email: brad@bradsohnlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Shannon Kozmic**                 represented by    **Bradford Rothwell Sohn**
*on behalf of herself and all others similarly*                                (See above for address)
*situated (Related to 8:22-cv-02292-JVS*                                *LEAD ATTORNEY*
*(KESx)*                                                *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ms. Erica Loburgio**               represented by    **Chelsea McClain Pierce**
*(Related to 8:22-cv-02293-JVS (KESx))*                                Humphrey Farrington and McClain PC
221 West Lexington Avenue, Suite 400
Independence, MO 64050
816-836-5050
Fax: 816-836-8966
Email: cmp@hfmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Daniel Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Toby Patrick Edwin Mulholland**

Rubens Kress and Mulholland
77 West Washington Street Suite 701
Chicago, IL 60602
312-201-9640
Email: tpm@rkminjurylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Loburgio**                              represented by **Chelsea McClain Pierce**
*(Related to 8:22-cv-02293-JVS (KESx)*                         (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kevin Daniel Stanley**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jonathan Mesle Soper**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Toby Patrick Edwin Mulholland**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Flannagan**                            represented by **Chelsea McClain Pierce**
*(Related to 8:22-cv-02293-JVS (KESx)*                         (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kevin Daniel Stanley**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jonathan Mesle Soper**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Toby Patrick Edwin Mulholland**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Mitchell**                                represented by   **Chelsea McClain Pierce**
*(Related to 8:22-cv-02293-JVS (KESx)*                            (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Kevin Daniel Stanley**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles W. Simmons**                              represented by   **Chelsea McClain Pierce**
*On behalf of himself and all others similarly*                   (See above for address)
*situated (Related to 8:22-cv-02295-JVS*                          *LEAD ATTORNEY*
*(KESx)*                                                          *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Kevin Daniel Stanley**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Paul D. Anderson**
                                                                  Humphrey Farrington and McClain
                                                                  221 West Lexington Suite 400
                                                                  Independence, MO 64050
                                                                  816-836-5050
                                                                  Fax: 816-836-8966
                                                                  Email: pda@hfmlegal.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jonathan Mesle Soper**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Denney**                                     represented by   **Chelsea McClain Pierce**
*On behalf of himself and all others similarly*                   (See above for address)
*situated (Related to 8:22-cv-02295-JVS*                          *LEAD ATTORNEY*
*(KESx)*                                                          *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Kevin Daniel Stanley**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

**Paul D. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Charles Cole**                                    represented by    **Chelsea McClain Pierce**
*On behalf of himself and all others similarly*                      (See above for address)
*situated (Related to 8:22-cv-02295-JVS*                             *LEAD ATTORNEY*
*(KESx)*                                                             *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Kevin Daniel Stanley**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Paul D. Anderson**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jonathan Mesle Soper**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Rita Day**                                       represented by    **Chelsea McClain Pierce**
*On behalf of herself and all others similarly*                      (See above for address)
*situated (Related to 8:22-cv-02296-JVS*                             *LEAD ATTORNEY*
*(KESx)*                                                             *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **David A. Futscher**
                                                                    Futscher Law PLLC
                                                                    913 North Oak Drive
                                                                    Villa Hills, KY 41017
                                                                    859-912-2394
                                                                    Email: david@futscherlaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Kenneth B McClain**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Daniel Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brian Bendorf**                          represented by **Kenneth B McClain**
*(Related to 8:22-cv-02297-JVS (KESx)*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Daniel Stanley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paul D. Anderson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan Mesle Soper**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sara Bendorf**                           represented by **Kenneth B McClain**
*(Related to 8:22-cv-02297-JVS (KESx)*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Daniel Stanley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paul D. Anderson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

Jonathan Mesle Soper
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cobi Bissell**
*individually and on behalf of all others*
*similarly situated (Related to 8:22-cv-*
*02298-JVS (KESx)*

represented by **Matthew Lee Dameron**
Williams Dirks Dameron LLC
1100 Main Street Suite 2600
Kansas City, MO 64105
(816) 945-7110
Fax: (816) 945-7118
Email: matt@williamsdirks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacie Moon**
*on behalf of herself and all others similarly*
*situated (Related to 8:22-cv-02300-JVS*
*(KESx)*

represented by **Joshua B Katz**
Kent Beatty and Gordon LLP
Eleven Times Square 10th Floor
New York, NY 10036
(212) 421-4300
Fax: (212) 421-4303
Email: jbk@kbg-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Taylor Slovak**
*(Related to 8:22-cv-02301-JVS (KESx)*

represented by **Laurence A. Harrington**
508 B Glen Echo Road
Philadelphia, PA 19119
484-469-0468
Fax: 216-294-4839
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Ann Payne**
Payne Law
26600 Detroit Road Suite 250
Westlake, OH 44054
757-768-9029
Fax: 216-294-4839
Email: melissa@vincentesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Newman**
*(Related to 8:22-cv-02301-JVS (KESx)*

represented by **Laurence A. Harrington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Melissa Ann Payne
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Davies**                               represented by **Laurence A. Harrington**
*(Related to 8:22-cv-02301-JVS (KESx)*                        (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Melissa Ann Payne**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stefanie Marvin**                            represented by **James B. Barton**
*on behalf of themselves and all other*                       Barton Legal SC
*similarly situated (Related to 8:22-cv-*                      313 North Plankinton Avenue Suite 207
*02304-JVS (KESx)*                             Milwaukee, WI 53203
                                               414-488-1822
                                               Email: jbb@bartonlegalsc.com
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Joshua S Greenberg**
                                               Barton Legal S C
                                               313 North Plankinton Avenue Suite 207
                                               Milwaukee, WI 53203
                                               414-877-0690
                                               Email: jsg@bartonlegalsc.com
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Wargin**                           represented by **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                        (See above for address)
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Joshua S Greenberg**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chaid Przybelski**                           represented by **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                        (See above for address)

> *LEAD ATTORNEY*
> *PRO HAC VICE*
> *ATTORNEY TO BE NOTICED*
>
> **Joshua S Greenberg**
> (See above for address)
> *LEAD ATTORNEY*
> *PRO HAC VICE*
> *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Just**                              represented by   **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joshua S Greenberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Flasch**                             represented by   **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joshua S Greenberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lydia Davis**                            represented by   **James B. Barton**
*(Related to 8:22-cv-02304-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joshua S Greenberg**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Fruhling**                        represented by   **Chelsea McClain Pierce**
*(Related to 8:22-cv-02302-JVS (KESx)*                      (See above for address)
                                                            *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Futscher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Daniel Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger Mason**                    represented by    **Chelsea McClain Pierce**
*(Related to 8:22-cv-02302-JVS (KESx)*                (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **David A. Futscher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin Daniel Stanley**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jonathan Mesle Soper**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jade Burke**                     represented by    **Chelsea McClain Pierce**
*(Related to 8:22-cv-02302-JVS (KESx)*                (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **David A. Futscher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Daniel Stanley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Mesle Soper**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Perry**                          represented by   **Rachel Perry**
                                                           PRO SE

**Plaintiff**

**Tracy Spradlin**                        represented by   **Tracy Spradlin**
                                                           PRO SE

**Plaintiff**

**Miyoshi Morrow**                        represented by   **Miyoshi Morrow**
                                                           PRO SE

V.

**Defendant**

**Kia America, Inc.**                     represented by   **Alice S. Kim**
                                                           Jenner and Block LLP
                                                           515 South Flower Street, Suite 3300
                                                           Los Angeles, CA 90071-2246
                                                           213-239-5100
                                                           Fax: 213-239-5199
                                                           Email: akim@jenner.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kate Spelman**
                                                           Jenner and Block LLP
                                                           515 South Flower Street Suite 3300
                                                           Los Angeles, CA 90071-2246
                                                           213-239-5100
                                                           Fax: 213-239-5199
                                                           Email: KSpelman@jenner.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael T. Brody**
                                                           Jenner and Block
                                                           One IBM Plaza
                                                           353 North Clark Street

Chicago, IL 60654-3456
312-222-9350
Fax: 312-527-0484
Email: mbrody@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua C. Webb**
Hill Ward and Henderson PA
101 East Kennedy Boulevaard Suite 3700
Tampa, FL 33602
813-221-3900
Fax: 813-221-2900
Email: jwebb@hwhlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Brennan**
Jenner and Block LLP
353 North Clark Street
Chicago, IL 60654
312-923-2614
Email: pbrennan@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai Motor America**                    represented by  **Alice S. Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Spelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Brody**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua C. Webb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Brennan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai Kia America Technical Center, Inc.**     represented by     **Kate Spelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Brody**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua C. Webb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Brennan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hyundai Motor America Corporation**
*(Related to 8:22-cv-02298-JVS (KESx)*     represented by     **David M. Eisenberg**
Baker Sterchi Cowden Rice LLC - KCMO
2400 Pershing Road Suite 500
Kansas City, MO 64108-2504
(816) 448-9343
Fax: (816) 472-0288
Email: eisenberg@bakersterchi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kia Motors America Inc**
*(Related to 8:22-cv-02298-JVS (KESx)*     represented by     **David M. Eisenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fictitious Kia Defendants, A-C**
*(Related to 8:22-cv-02304-JVS (KESx)*

**Defendant**

**Fictitious Hyundai Defendants A-C**
*(Related to 8:22-cv-02304-JVS (KESx)*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2022 | 1 | TRANSFER ORDER from the United States Judicial Panel on Multidistrict Litigation received creating Master Docket MDL 8:22-ml-03052-JVS (KESx), In Re: Kia Hyundai Vehicle Theft Litigation. Case assigned to Judge James V. Selna for the purpose of pretrial |

| | | proceedings. Referred to Magistrate Judge Karen E. Scott for Discovery. (et) (Entered: 12/22/2022) |
|---|---|---|
| 12/22/2022 | 2 | ORDER NO. 1: INITIAL CONFERENCE by Judge James V. Selna: By order of the Judicial Panel on Multidistrict Litigation (J.P.M.L.), the actions listed in Exhibit A were transferred and assigned to this Court for coordinated or consolidated pretrial proceedings under 28 U.S.C. Sec. 1407. Additional tag-along actions may be transferred. Because these cases merit special attention as complex litigation, the Court ORDERS: 1. Conference. Counsel for all parties shall appear for a conference on February 7, 2023 9:00 a.m. in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse at 411 W. Fourth Street, Santa Ana, CA, 92701. The conference will be held for the purposes specified in Fed. R. Civ. P. 16(a), 16(b), 16(c), 16(f), and 26(f). Counsel are requested to check in with the Courtroom Deputy at least 15 minutes in advance. (see document for further information) (bm) (Entered: 12/22/2022) |
| 01/04/2023 | 3 | Notice of Filing of Notice of Related Case filed by Plaintiffs Rachel Perry, Tracy Spradlin, Miyoshi Morrow. (Attachments: # 1 Exhibit 1 - Notice of Related Case Filed in Morrow Matter)(Tellis, Roland) (Entered: 01/04/2023) |

### PACER Service Center

#### Transaction Receipt

| 01/05/2023 17:07:22 | | | |
|---|---|---|---|
| PACER Login: | sstriallawyers | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:22-ml-03052-JVS-KES End date: 1/5/2023 |
| Billable Pages: | 19 | Cost: | 1.90 |

Case 8:22-ml-03052-JVS-KES Document 31 Filed 01/09/23 Page 24 of 28 Page ID #:303



F I L E D
CLERK, U.S. DISTRICT COURT

DEC 22 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

8:22-ml-03052-JVS-KESx

IN RE: KIA HYUNDAI VEHICLE
THEFT LITIGATION                                                     MDL No. 3052

## TRANSFER ORDER

**Before the Panel:**[*]  Plaintiffs in a Central District of California action (*McNerney*) move under 28 U.S.C. § 1407 to centralize this litigation in the Central District of California.  This litigation involves allegations that certain Hyundai and Kia vehicles are unduly susceptible to theft.  Plaintiffs' motion includes sixteen actions pending in fourteen districts, as listed on Schedule A, as well as 34 potentially-related actions.[1]

No party opposes centralization of this litigation, but the parties disagree considerably over selection of the transferee district.  Plaintiffs in the Western District of Missouri *Bissell* action and five potential tag-along actions support centralization in the Central District of California.  Plaintiff in *Bissell* alternatively suggests a Western District of Missouri transferee district.  Plaintiffs in ten actions and two potential tag-along actions support centralization in the Western District of Missouri or, alternatively, the Eastern District of Wisconsin or the Northern District of Illinois.  Plaintiffs in the Northern District of Ohio *Slovak* action suggest centralization in the Northern District of Ohio.  Plaintiffs in the Eastern District of Michigan *DeKam* potential tag-along action support centralization in the Eastern District of Michigan.  Plaintiffs in the first-filed Eastern District of Wisconsin *Marvin* action and a Central District of California potential tag-along action suggest centralization in the Eastern District of Wisconsin or, alternatively, the Central District of California.  Plaintiffs in the Northern District of Illinois *Givens* potential tag-along action support centralization in the Northern District of Illinois or, alternatively, the Eastern District of Pennsylvania.  Plaintiffs in the Eastern District of Pennsylvania *Alston* potential tag-along action support centralization in the Eastern District of Pennsylvania.

---

[*] Judge Madeline Cox Arleo took no part in the decision of this matter.  Additionally, certain Panel members who may be members of the putative classes in this litigation have renounced their membership in these classes and participated in this decision.

[1] These actions, and any other related actions, are potential tag-along actions.  *See* Panel Rules 1.1(h), 7.1 and 7.2.  Further, at oral argument, some parties expressed their tentative view that personal injury actions should not be included in this litigation.  Because the issue of whether to include such actions in this MDL is not squarely before us now, we will address it in the conditional transfer order process.

Defendants Kia America Inc, Hyundai Motor America, and Hyundai America Technical Center Inc. support centralization and suggest the Eastern District of Wisconsin as the transferee district or, alternatively, the Northern District of Illinois or the Northern or Southern Districts of Ohio.

After considering the argument of counsel, we find that centralization of these actions in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs in all actions purchased or leased Kia and Hyundai branded vehicles that they allege are defective because the cars lack engine immobilizer technology, which prevents them from being started unless a code is transmitted from a unique smart key. The vehicles at issue include 2011-2022 Kia vehicles and 2015-2022 Hyundai vehicles that were equipped with traditional "insert-and-turn" steel key ignition systems. Plaintiffs argue that vehicles that lack immobilizer technology are particularly susceptible to being stolen. All actions can be expected to share factual questions surrounding the marketing, sale and manufacture of these vehicles and defendants' knowledge of the alleged defect. Centralization offers substantial opportunity to streamline pretrial proceedings (particularly with respect to class certification) and reduce duplicative discovery and conflicting pretrial obligations.

While any number of proposed transferee districts could handle this litigation ably, we are persuaded that the Central District of California is the appropriate transferee district for these cases. The main defendants are based in Orange County, California, and centralization in this district should be convenient for their witnesses. Indeed, we have centralized past MDLs involving the Hyundai and Kia defendants in this district, in part, because defendants Kia America Inc. and Hyundai Motor America are based there. *See, e.g.,* MDL No. 2424 – *In re: Hyundai and Kia Fuel Economy Litigation* and MDL No. 2905 – *In re ZF-TRW Airbag Control Units Products Liability Litigation.* If needed, the Central District of California offers an accessible district to any witnesses or defendants that are based in Korea. The Central District of California, where fifteen cases are pending (almost a third of the 49 total actions and potential tag-along actions), offers a relatively underutilized transferee district with only four pending MDL dockets. By selecting Judge James V. Selna to preside over this litigation, we are selecting a skilled jurist who is well-versed in the nuances of complex and multidistrict automotive litigation to steer this matter on a prudent course.

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside the Central District of California are transferred to the Central District of California and, with the consent of that court, assigned to the Honorable James V. Selna for coordinated or consolidated proceedings.

- 3 -

IT IS FURTHER ORDERED that the caption of this litigation is changed from "In re: Kia Hyundai Vehicle Theft Litigation" to "In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation" to reflect the substance of this litigation more precisely.

PANEL ON MULTIDISTRICT LITIGATION

_____
Karen K. Caldwell
Chair

Nathaniel M. Gorton        Matthew F. Kennelly
David C. Norton             Roger T. Benitez
Dale A. Kimball

IN RE: KIA HYUNDAI VEHICLE
THEFT LITIGATION                                                    MDL No. 3052


## SCHEDULE A


Central District of California

YEGHIAIAN, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 8:22-01440
MCNERNEY, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 8:22-01548

District of Colorado

JONES v. KIA AMERICA, INC., ET AL., C.A. No. 1:22-02123  **8:22-CV-02291-JVS-KESx**

Middle District of Florida

PUE, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 6:22-01440  **8:22-CV-02292-JVS-KESx**

Northern District of Illinois

LOBURGIO, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 1:22-04071  **8:22-CV-02293-JVS-KESx**

Southern District of Iowa

BRADY, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 4:22-00252  **8:22-CV-02294-JVS-KESx**

District of Kansas

SIMMONS, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 2:22-02288  **8:22-CV-02294-JVS-KESx**

Eastern District of Kentucky

DAY v. KIA AMERICA, INC., ET AL., C.A. No. 5:22-00202  **8:22-CV-02296-JVS-KESx**

Western District of Missouri

BENDORF, ET AL. v. KIA AMERICA, ET AL., C.A. No. 4:22-00465  **8:22-CV-02297-JVS-KESx**
BISSELL v. HYUNDAI MOTOR AMERICA CORPORATION, ET AL.,
    C.A. No. 4:22-00548  **8:22-CV-02298-JVS-KES**

District of Nebraska

HALL v. KIA AMERICA, INC., ET AL., C.A. No. 4:22-03155  **8:22-CV-02299-JVS-KESx**

-A2-

**IN RE: KIA HYUNDAI VEHICLE**
**THEFT LITIGATION**                                    MDL No. 3052

    <u>Southern District of New York</u>

MOON v. KIA AMERICA, INC., ET AL., C.A. No. 1:22-07433 **8:22-CV-02300-JVS-KESx**

    <u>Northern District of Ohio</u>

SLOVAK, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 3:22-01432 **8:22-CV-2301-JVS-KESx**

    <u>Southern District of Ohio</u>

**8:22-CV-02302-JVS-KESx**
FRUHLING, ET AL. v. KIA MOTORS AMERICA, INC., ET AL., C.A. No. 1:22-00451

    <u>Southern District of Texas</u>

BODIE, ET AL. v. KIA AMERICA, INC., ET AL., C.A. No. 4:22-02603 **8:22-CV-02303-JVS-KESx**

    <u>Eastern District of Wisconsin</u>

MARVIN v. KIA AMERICA, INC., ET AL., C.A. No. 2:21-01146 **8:22-CV-02304-JVS-KESx**