**LAW OFFICE OF FRANCIS J. "CASEY" FLYNN, JR.**
Francis J. "Casey" Flynn, Jr., SBN 304712
6057 Metropolitan Plz.
Los Angeles, California 90036-3211
Tele: 314-662-2836
Fax: 1-855-710-7706
Email: casey@lawofficeflynn.com

*[Additional Counsel Listed in Signature Block]*

**ATTORNEYS FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **COURTNEY FEHRENBACH, STACIA SALVAGGIO**, and **DAVID SALVAGGIO**, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>**HYUNDAI MOTOR AMERICA**, a California Corporation, and **KIA AMERICA, INC**., a California Corporation,<br><br>Defendant | **MDL No. 3052**<br><br>**CASE NO.:** 8:22-ml-3052 JVS (KESx)<br><br>**NOTICE OF FILING OF NOTICE OF RELATED CASE**<br><br><u>**JURY TRIAL DEMANDED**</u> |

PLEASE TAKE NOTICE that the Plaintiffs in *Fehrenbach, et al. v. Kia America, Inc. et al*., No. 8:22-cv-01922-DOC-KES (C.D. Cal.), initiated on October

1

20, 2022, filed a Notice of Related Case, a true and correct copy of which is attached

as Exhibit 1 hereto.

Date: January 17, 2022          By:   /s/ Francis J. "Casey" Flynn, Jr.
                                      Francis J. "Casey" Flynn, Jr. SBN 304712
                                      **LAW OFFICE OF FRANCIS J. FLYNN, JR.**
                                      6057 Metropolitan Plz.
                                      Los Angeles, California 90036
                                      Tele: 314-662-2836
                                      Email: casey@lawofficeflynn.com

                                      Tiffany Marko Yiatras, admitted *pro hac vice*
                                      *in* 8:22-cv-01922-DOC-KES
                                      **CONSUMER PROTECTION LEGAL, LLC**
                                      308 Hutchinson Road
                                      Ellisville, Missouri 63011-2029
                                      Tele: 314-541-0317
                                      Email: tiffany@consumerprotectionlegal.com

                                      **ATTORNEY FOR PLAINTIFFS**


### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 17, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the e-filing system which will send notification

of such filing to all attorneys of record.

                                  /s/   Francis J. "Casey" Flynn, Jr.

**NOTICE OF FILING OF**
**NOTICE OF RELATED CASE**
Case No. 8:22-ml-3025 JVS (KESx)