| | |
|---|---|
| 1 | **JENNER & BLOCK LLP** |
| 2 | Kate T. Spelman (SBN 269109)<br>KSpelman@jenner.com |
| 3 | Alice S. Kim (SBN 317479)<br>AKim@jenner.com |
| 4 | 515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246 |
| 5 | Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199 |
| 6 | **JENNER & BLOCK LLP** |
| 7 | Peter J. Brennan (*pro hac vice*)<br>PBrennan@jenner.com |
| 8 | Michael T. Brody (*pro hac vice*)<br>MBrody@jenner.com |
| 9 | 353 North Clark Street<br>Chicago, IL 60654-3456 |
| 10 | Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484 |
| 11 | Attorneys for Defendants KIA AMERICA, INC., |
| 12 | HYUNDAI MOTOR AMERICA, and HYUNDAI<br>AMERICA TECHNICAL CENTER, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES

Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") hereby notify the Court, pursuant to Local Rules 83-1.3 and 83-1.4, of eleven actions pending in this District that are related to actions transferred to this District and assigned to this Court for coordinated or consolidated proceedings in the above-captioned matter by the U.S. Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407 and that have not yet been transferred and assigned to this Court.

These eleven actions are:

1. *Cohen v. Kia America, Inc.*, Case No. 8:22-cv-01664 (C.D. Cal.);
2. *Baker v. Kia America, Inc.*, Case No. 8:22-cv-01712 (C.D. Cal.);
3. *Hufford v. Kia America, Inc.*, Case No. 8:22-cv-01715 (C.D. Cal.);
4. *McQuarrie v. Kia America, Inc.*, Case No. 8:22-cv-01721 (C.D. Cal.);
5. *Sampson v. Kia America, Inc.*, Case No. 8:22-cv-01815 (C.D. Cal.);
6. *Mohr v. Kia America, Inc.*, Case No. 8:22-cv-01905 (C.D. Cal.);
7. *Fehrenbach v. Kia America, Inc.*, Case No. 8:22-cv-01922 (C.D. Cal.);
8. *Lamons v. Kia America, Inc.*, Case No. 8:22-cv-01956 (C.D. Cal.);
9. *Whalen v. Kia America, Inc.*, Case No. 8:22-cv-01987 (C.D. Cal.);
10. *Sellers v. Kia America, Inc.*, Case No. 8:22-cv-02065 (C.D. Cal.); and
11. *Lucas v. Kia America, Inc.*, Case No. 8:22-cv-02090 (C.D. Cal.).

Defendants respectfully submit that these eleven actions are related to the actions transferred and assigned to this Court as part of the coordinated or consolidated proceedings. All of these actions arise from the same or a closely related transaction, happening, or event. All of these actions involve "allegations that certain Hyundai and Kia vehicles are unduly susceptible to theft." Transfer Order 1, ECF No. 1.

Accordingly, Defendants respectfully submit that all eleven actions should be transferred and assigned to this Court as part of the coordinated or consolidated proceedings in the above-captioned action, *In re: Kia Hyundai Vehicle Theft*

*Marketing, Sales Practices, and Products Liability Litigation*, Case No. 8:22-ML-3052.

Dated: January 18, 2023

JENNER & BLOCK LLP

*/s/ Kate T. Spelman*
Kate T. Spelman
Alice S. Kim
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
KSpelman@jenner.com
AKim@jenner.com

Peter J. Brennan (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

Attorneys for Defendants
KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI AMERICA TECHNICAL CENTER, INC.