**FILED**
CLERK, U.S. DISTRICT COURT
JAN 12 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

### UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**8:22-ml-03052-JVS-KESx**

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

MDL No. 3052

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −3)**

On December 13, 2022, the Panel transferred 14 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.3d ___ (J.P.M.L. 2022). Since that time, 20 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 13, 2022, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 12, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

JAN 12 2023

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RENICO SMITH

1175

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                                                      MDL No. 3052

### SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MICHIGAN WESTERN | | | |
| MIW | 1 | 22−01239 | Baker v. Kia America, Inc. et al **8:23-CV-00062-JVS-KESx** |