**FILED**
CLERK, U.S. DISTRICT COURT

JAN 12 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

8:22-ml-03052-JVS-KESx

IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION       MDL No. 3052

(SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on December 15, 2022. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. Plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on December 15, 2022, is LIFTED insofar as it relates to these actions. The actions are transferred to the Central District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James V. Selna.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby attest and certify on JAN 12 2023
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK
RENICO SMITH

1175

IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING,
SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION    MDL No. 3052

## SCHEDULE A

| DIST | DIV. | C.A. NO. | CASE CAPTION | |
|------|------|----------|--------------|---|
| MINNESOTA | | | | |
| MN | 0 | 22-02938 | Stanich v. Kia America, Inc. | 8:23-CV-00060-JVS-KESx |
| MN | 0 | 22-02963 | Martinez v. Kia America, Inc. | 8:23-CV-00061-JVS-KESx |