Robert K. Shelquist (*pro hac vice* forthcoming)
Rebecca A. Peterson (241858)
Develyn J. Mistriotti (*pro hac vice* forthcoming)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
         rapeterson@locklaw.com
         djmistriotti@locklaw.com

*Attorneys for Plaintiffs Robert Ballis and Ashleigh Towers*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br>All Actions | Case No.  8:22-ML-3052 JVS(KESx)<br><br>**APPLICATION OF ROBERT K. SHELQUIST FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE, DISCOVERY COMMITTEE, OR EXPERT COMMITTEE**<br><br>Date:   February 7, 2023<br>Time:   9:00 a.m.<br>Place:  411 W. Fourth Street<br>        Santa Ana, CA 92701<br>        Court Room 10C |

1

# INTRODUCTION

Pursuant to Order No. 1: Initial Conference, Robert K. Shelquist requests appointment to the Plaintiffs' Executive Committee ("EC"), the Discovery Committee, or the Expert Committee because this case sits at the intersection of my prior experience prosecuting products liability and consumer protection claims in complex and consolidated proceedings. As court-appointed counsel in other litigation, I have been actively involved in researching, briefing, and arguing complex legal issues such as motions to dismiss, Daubert motions, summary judgment motions, class certification motions and trial practice motions as well as presenting and examining trial witnesses in a class action trial. Lockridge Grindal Nauen P.L.L.P. ("LGN"), where I am an equity shareholder, has been in existence for over 40 years and has the proven and continuing financial wherewithal to advance costs and pay assessments necessary to prosecute this action. *See, e.g.,* www.locklaw.com. LGN also is committed to diversity, equity, and inclusion within the firm and in the outside community. https://www.locklaw.com/diversity-equity-and-inclusion/. I have worked cooperatively and collaboratively with many of the firms and attorneys currently on file in this litigation and am prepared to do so again within at this Court's discretion and within its designated leadership structure.

2

APPLICATION OF ROBERT K. SHELQUIST FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE, DISCOVERY COMMITTEE, OR EXPERT COMMITTEE
Case No. 8:22-ML-3052-JVS(KESx)

## RELEVANT EXPERIENCE

Since my legal career began in 1990 I have continued to gain experience in a number of areas and cases relevant to helping to lead and prosecute this MDL proceeding. I have and continue to work cooperatively with firms to prosecute cases where neither me nor LGN have a formal role as well as cases where there is a formal appointment. My most recent and relevant automobile experience is *In re: FCS US LLC Monostable Electronic Gearshift Litigation, MDL No. 2744* where I am a member of the PSC working at the direction of lead counsel. The case is ongoing with an issue class having been certified and tried and a number of other consumer state class certification motions pending. Like here, the FCS case involves core product liability, warranty, and consumer protection claims. Federal Rule of Civil Procedure 23 and choice of law issues have implicated the laws in numerous states.

I have relevant experience in a number of cases seeking compensation for persons injured by fraudulent practices related to herbicides, GMO traits, banking, food labeling, and data tracking and commercial use. In *Peterson v. BASF Corp.*, tried in Minnesota state court, I was second chair and class counsel to a certified 49-state class of farmers which resulted in a verdict affirmed on appeal. Peterson and the other product liability cases involved primary jurisdiction, preemption,

3

APPLICATION OF ROBERT K. SHELQUIST FOR APPOINTMENT TO THE PLAINTIFFS'
EXECUTIVE COMMITTEE, DISCOVERY COMMITTEE, OR EXPERT COMMITTEE
Case No. 8:22-ML-3052-JVS(KESx)

federal and state regulatory schemes, and prosecuting claims under state consumer fraud statutes. My class action trial experience expanded beyond consumer fraud where I was lead subclass counsel to an antitrust class action tried to verdict in New York.

Specific to the ability to work cooperatively with others and prosecuting cases implicating the laws in all 50 states is my experience in *In re Syngenta AG MIR 162 Corn Litigation*, MDL No. 2591. In the *Syngenta* litigation I was appointed to the MDL PSC and as liaison counsel in a Minnesota State court proceeding and was responsible for coordinating efforts amongst and between the groups.  The MDL was comprised of plaintiffs from all of the corn growing states. My work involved all facets of the litigation from drafting complaints, opposing motions, jury research, to working with consulting and testifying experts.

I also have experience leading and prosecuting general product liability cases where issues regarding product failure and resulting economic harm in *In re CertainTeed Corp. Roofing Shingle Prods. Liab. Litig.*, MDL 1817 (E.D. Pa.) (Co-Lead Counsel), *In Re IKO Roofing Shingle Prods. Liab. Litig.*, MDL No. 2104 (C.D. Ill.) (Co-Lead Counsel), *In Re Kitec Plumbing Sys. Prods. Liab. Litig.*, MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel), and *George v. Uponor Corp., et al.*, No. 12-249 (D. Minn.) (Co-Lead Counsel). Each of these cases required substantial time

and expense commitments related to briefing motions to dismiss and summary judgment motions, retaining experts in support of liability and damages, Daubert motions, and briefing class certification motions. I also had responsibility in each of the cases to argue some of these key motions.

Also related is my experience in medical pharmaceutical and device litigation which involved product liability and warranty claims and associated damage including: *In Re Medtronic, Inc. Sprint Fidelis Leads Prods. Liab. Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel); *In Re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, MDL No. 05-1708 (D. Minn.) (Trial Team); *In Re Medtronic, Inc., Implantable Defibrillators Prods. Liab. Litig.*, MDL No. 05-1726 (D. Minn.) (Trial Team); *In Re Aredia and Zometa Prods. Liab. Litig.*, MDL 06-1760 (M.D. Tenn.) (Plaintiffs' Steering Committee), *In Re Baycol Prods. Litig.*, MDL No. 1431 (D. Minn.) (Discovery and Briefing Committees), and *In Re Meridia Prods. Liab. Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee). These cases raised issues related to preemption, primary jurisdiction, the FDA approval process, the sufficiency of clinical trial design and data, the timing and extrapolated analysis from Med Watch reporting forms, general and specific causation, and the damages models for those suffering bodily injury and those who suffered economic loss. This work also had a component related to the consideration and timing of warnings,

5

APPLICATION OF ROBERT K. SHELQUIST FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE, DISCOVERY COMMITTEE, OR EXPERT COMMITTEE
Case No. 8:22-ML-3052-JVS(KESx)

black box warnings, and withdrawal/recall. For a more detailed list of specific cases, please see Exhibit 1 attached hereto.

In all of these matters all costs, expenses, and assessments were funded by and paid for by LGN. That is also true for this litigation. Even absent class certification we will advance costs to prosecute the one case on file before this Court where the plaintiffs were insured and suffered a break in and a number of other yet unfiled-clients who had break ins, the car stolen, and/or own a vehicle within the defined class and may or may not have purchased equipment to try to lessen the chance of a break in.

## CONCLUSION

The cases highlighted in this application evidence LGN's and my commitment to actively participating in this litigation and to fund the commitments needed to prosecute actions through trial and appeal. I am willing and able to devote the time and effort necessary to fulfill my duties on the EC, Discovery Committee, or Expert Committee as this Court deems fit. My willingness to be part of a team has already started in this litigation as I have worked with a number of firms on various issues related to liability and damages claims and defenses as well as general class action issues.

6

APPLICATION OF ROBERT K. SHELQUIST FOR APPOINTMENT TO THE PLAINTIFFS'
EXECUTIVE COMMITTEE, DISCOVERY COMMITTEE, OR EXPERT COMMITTEE
Case No. 8:22-ML-3052-JVS(KESx)

Dated:  January 23, 2023      **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: <u>s/ Robert K. Shelquist</u>
Robert K. Shelquist
Rebecca A. Peterson (241858)
Develyn J. Mistriotti
100 Washington Ave S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
         rapeterson@locklaw.com
         djmistriotti@locklaw.com

***Attorneys for Plaintiffs Robert Ballis and Ashleigh Towers***

APPLICATION OF ROBERT K. SHELQUIST FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE, DISCOVERY COMMITTEE, OR EXPERT COMMITTEE
Case No. 8:22-ML-3052-JVS(KESx)