# EXHIBIT 1



**Robert K. Shelquist**

Mr. Shelquist has been active in class action, consumer fraud, product liability, and other complex litigation, including court appointed co-lead counsel, class counsel, or steering committee appointments in:

- *In Re Building Materials Corporation of America Asphalt Roofing Shingle Products Liab. Litig.,* MDL 2283 (D.S.C.) (Plaintiff Steering Committee);

- *In Re CertainTeed Corp. Roofing Shingle Products Liability Litig.,* MDL 1817 (E.D. Pa.) (Co-Lead Counsel);

- *Eliason v. Gentek Building Products, Inc., et al.*, Civ. No. 10-cv-2093 (N.D. Ohio) (Executive Committee);

- *In re FCA US LLC Monostable Electronic Gearshift Litigation*, Civ. No. 16-md-02744 (E.D. Mich.) (Plaintiffs' Steering Committee);

- *In Re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.) (Lead Counsel);

- *In Re IKO Roofing Shingle Products Liability Litig.*, MDL No. 2104 (C.D. Ill.) (Co-Lead Counsel);

- *In Re Kitec Plumbing Systems Products Liab. Litig.* MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel);

- *In Re Laminates,* MDL File No. 1368, (S.D.N.Y.) (Lead Counsel to Miami Sub-class);

- *McFerren v. AT&T Mobility LLC*, Civil No. 2008-cv-151322 (Superior Court Fulton County, GA) (Chairman of Plaintiffs' Steering Committee);

- *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel);

1

- *In Re Navistar Diesel Engine Products Liab. Litig.*, MDL No. 2223 (N.D. Ill.) (Plaintiffs' Steering Committee);

- *In Re Northstar Education Finance, Inc. Contract Litig.*, MDL 08-1990 (D. Minn.) (Co-Lead Counsel);

- *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minn.) (Lead Counsel);

- *Cynthia Walker v. Cellfish Media, LLC*, No. 08 CH 40592 (IL. Cir. Ct.) (Plaintiffs' Steering Committee);

- *Patricia Wright, et al. v. Owens Corning,* MDL No. 1567 (W.D. Pa) (Co-Lead Counsel);

- *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Calif.) (Interim Co-Lead Counsel);

- *In Re Zurn Pex Products Liability Litig.*, MDL 1958 (D. Minn.) (Co-Chair Plaintiffs' Steering Committee);

- *George v. Uponor Corporation, et al.*, Court File No. 12-249 (D. Minn.) (Co-Lead Counsel).

- *In Re Aredia and Zometa Products Liability Litig.*, MDL 06-1760 (M.D. Tenn.) (Plaintiff Steering Committee);

- *In Re IPhone Application Litig.*, Civil No. 10-CV-05878-LHK (N.D. Calif.) (Executive Committee);

- *In Re Syngenta AG MIR162 Corn Litig.*, Civil No. 14-md-2591-JWL-JPO (D. Kansas) (Executive Committee)

Mr. Shelquist also is or has been also involved in the following litigation:

- *In Re Air Transportation Excise Tax Litig.,* Civil File No. 3-96-CV-453 (D. Minn.);

- *Austerschmidt v. T-Mobile USA, Inc.*, Court File No. 19-HA-CV-081709 (Ramsey County District Court, Minn.);

- *In Re Baycol Products Litig.*, MDL No. 1431 (D. Minn.) (Discovery and Briefing Committees);

- *In Re Berg*, Master File No. CY-96-3151-AAM (E.D. Wash.);

- *Birkemeyer Farm Partnership, et al. v. Monsanto Co., et al.*, Court File No. 07-CV-04-1092 (D. Minn.);

2

- *In Re Blue Cross Blue Shield Subscriber Litig.*, Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.) (Co-Chair Discovery Committee);

- *Brown v. State of Minnesota*, Court File No. 98-11152 (Hennepin County District Court, Minn.);

- *Crosby v. Aid Association for Lutherans*, File No. 00-CV-2112 MJD/RLE (D. Minn.);

- *Davenport, et al. v. Illinois Farmers Insurance Company, et al.*, Case No. CIV-03-158-F (W.D. Ok.);

- *In Re Digi International, Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.);

- *In Re European Rail Pass Antitrust Litig.*, MDL 1386 (S.D.N.Y.);

- *In Re Flat Glass Antitrust Litig.*, MDL 1200 (W.D. PA);

- *Good v. Fluor Daniel Corp.*, Case No. CT-00-5021-RHW (E.D. Wash.);

- *In Re Green Tree Acceptance Corp. Securities Litig.*, Master File No. 97-2666 (JRT/RLE) (D. Minn.);

- *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1708 (DWF/AJB) (D. Minn.) (Trial Team);

- *Hanson v. TCI Cable Corp.*, Court File No. CX- 97-1434 (Mower County District Court, Minn.);

- *Hensley v. AT&T Mobility, LLC*, Court File No. 27-cv-08-7210, (Hennepin County District Court, Minn.);

- *Jacobson v. Correct Building Products, LLC*, Court File No. 08-cv-5135 (D. Minn.);

- *Koras v. Verizon Wireless*, Court File 27-cv-08-18517, (Hennepin County District Court, Minn.);

- *Larson v. Burlington Northern Santa Fe Railway Company*, Civil No. CV 01-527 JEL/RLE (D. Minn.);

- *Jeffrey H. Leech, et. al. v. Excel Title, LLC*, Court File No. 27-CV-06-4625 (Hennepin County District Court);

- *In Re Linerboard Antitrust Litig.*, MDL 1261 (E.D. PA);

3

- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.*, MDL No. 1309 (D. Minn.);

- *McGregor et al. v. Uponor, Inc. et al*, Court File No. 09-cv-1136 (D. Minn.);

- *McNeil v. IKO Manufacturing, Inc.*, Court File No. 09-cv-2105 (C.D. Ill.);

- *In Re Medtronic, Inc., Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1726 (JMR/AJB) (D. Minn.) (Trial Team);

- *In Re Meridia Products Liability Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee);

- *In Re Milk Products Antitrust Litig.*, Master File 3-96-458 (D. Minn.) (Co-Chair Discovery Committee);

- *In Re MSG Litig.*, MDL File No. 00-1328 (D. Minn.);

- *In Re National Arbitration Forum Litig.*, Civil No. 09-1939 (D. Minn.) (Plaintiffs' Lead Counsel Committee);

- *In Re Propulsid Products Liability Litig.*, MDL 1355 (E.D. LA);

- *In Re Rezulin Litig.*, MDL 1348 (S.D. N.Y.);

- *Ross et al. v. Trex Company, Inc.*, Court File No. 09-cv-670 (N.D. Calif.).

- *In Re Serzone Products Liability Litig.*, MDL 1477 (S.D. W.V.);

- *Robert Smale v. Sears Roebuck & Co. and Whirlpool Corp.*, Court File No. C3-04-8891 (Hennepin County District Court) (Liaison Counsel);

- *In Re StarLink Corn Products Liability Litig.*, MDL 1403 (N.D. IL);

- *In re Syngenta Litigation*, Court File 27-cv-153785 (Henn. Co., MN) (Liaison Counsel);

- *In Re Tamoxifen Citrate Antitrust Litig.*, MDL 1408 (E.D. N.Y.);

- *Villa v. Rexall Sundown, Inc.*, Court File No. 00-9061 (Palm Beach County Court, Florida);

- *In Re Vioxx Litig.*, MDL 1657 (E.D. LA);

- *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liability Litig.*, MDL 1938 (D.N.J.); and

4

- *In re Wells Fargo ERISA 401(k) Litigation*, Master File No. 0:16-cv-3405 (PJS/BRT) (D. Minn.) (Liaison Counsel); and

- *In Re Western Union Money Transfer Litig.*, Master File No. CV 01 0335 (CPS) (VVP) (E.D. N.Y.).