Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: (513) 345-8291
Fax: (513) 345-8294
*jgoldenberg@gs-legal.com*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.: 8:22-ML-3052 JVS(KESx)<br><br>**APPLICATION OF JEFFREY S. GOLDENBERG FOR APPOINTMENT TO FACT DISCOVERY SUBCOMMITTEE AND/OR EXECUTIVE COMMITTEE**<br><br>Date:   February 7, 2023<br>Time:   9:00 a.m.<br>Place:  411 W. Fourth Street,<br>          Santa Ana, CA 92701<br>          Court Room 10C |

## INTRODUCTION

Pursuant to the Court's Case Management Order No. 1: Initial Conference ("Order") dated December 22, 2022, Jeffrey S. Goldenberg of Goldenberg Schneider, LPA, respectfully submits the following application for appointment to the Fact Discovery Subcommittee. To the extent the Court adopts the leadership structure proposed by Initial Conference Counsel for Plaintiffs, Mr. Goldenberg further requests appointment to the Executive Committee.

## BACKGROUND

On August 19, 2022, the *McNerney* Plaintiffs,[1] represented by Mr. Goldenberg and Mr. Berman, filed a proposed class action on behalf of a nationwide class, and Illinois and Ohio subclasses, of persons and entities who purchased or leased vehicles manufactured by Kia and Hyundai that were not equipped with an immobilizer. Mr. Goldenberg, in conjunction with Mr. Berman, also represents the *Lucas* Plaintiffs,[2] who filed a similar class action on behalf of a nationwide class and Alabama, Arkansas, California, Delaware, Georgia, Illinois, Indiana, Kentucky, Maryland, Massachusetts, Michigan, Minnesota, North Carolina, Ohio, Pennsylvania, Rhode Island, Tennessee, Texas, and Wisconsin subclasses. All told, Mr. Goldenberg and his co-counsel represent 37 plaintiffs representing 19 states.

On August 31, 2022, the *McNerney* Plaintiffs filed a motion with the Judicial Panel on Multidistrict Litigation requesting transfer and consolidation of all related actions in this district pursuant to 28 U.S.C. § 1407, which was granted on December 13, 2022.

---

[1] *McNerney* Plaintiffs are Katelyn McNerney, Sherry Mason, Carmi Nelson, Cameron Cunningham, and Allison Brown, the named plaintiffs in *McNerney v. Kia America, Inc.*, C.D. Cal No. 8:22-cv-01548 (the "*McNerney* Action").

[2] *Lucas* Plaintiffs are David Lucas, Deborah Bennett, Marchae Winston, Stefani Poblete Taylor, Lela Terrel Strong, Paige Helsel, Rachel Duffin, Kristina McKnight, Glenn Helmly, Nolan Glennon, Derrick Beckwith, Glenn Latimer, Regina Wilson, Martha Hardwell, Jill Fisher, Laura Roberts, Kasey Weinfurter, Molly O'Connor, Connie Kesner, Annette Douglas, Jacquelynne Sutton, Thomas Dehler, John Pope, Lexii Cummings, Shea Donahue, Shana Eberhardt, Tiffany Devonish, Celeste Jacobs, Bryan Roberts, Brian Helm, Carolyn Catlos, and Michael Scalis, the named plaintiffs in *Lucas v. Kia America, Inc.*, C.D. Cal. No. 22-cv-02090 (the "*Lucas* Action").

1

APPLICATION OF JEFFREY S. GOLDENBERG FOR APPOINTMENT TO FACT DISCOVERY SUBCOMMITTEE AND/OR EXECUTIVE COMMITTEE                           No. 8:22-ML-3052 JVS(KESx)

## PROPOSED STRUCTURE OF COUNSEL

The Order envisions – subject to revision upon submission of the views of the parties and counsel – the formation of Leadership Committee consisting of three lawyers plus two additional subcommittees for fact discovery and expert discovery, each chaired by a member of the Leadership Committee.

Having reviewed the recommended structure proposed by Initial Conference Counsel for Plaintiffs, it appears that Initial Conference Counsel will recommend the following structure for Plaintiffs' counsel: A three-member Lead Counsel Committee with one of those members serving as Chair; a four-member Executive Committee; a five-member Fact Discovery Subcommittee; and a five-member Expert Discovery Subcommittee. Mr. Goldenberg fully supports this proposed leadership structure because it is designed to ensure that the interests of all categories of plaintiffs and putative class members are adequately represented. The proposed structure also provides the opportunity for multiple firms to participate in leadership positions, yet is sufficiently streamlined to ensure efficiency.

## MR. GOLDENBERG REQUESTS APPOINTMENT TO THE FACT DISCOVERY SUBCOMMITTEE AND/OR EXECUTIVE COMMITTEE

Mr. Goldenberg respectfully submits that he is well-qualified to serve on the Fact Discovery Subcommittee and, to the extent the Court adopts the leadership structure proposed by Initial Conference Counsel, the Executive Committee.[3] As discussed in more detail below, Mr. Goldenberg has extensive and hands-on experience in automotive class actions, acting both in a leadership capacity and in developing factual discovery. A copy of Mr. Goldenberg's current CV and a profile of his firm, Goldenberg Schneider LPA, is attached hereto as Exhibit A.

**A. Knowledge and Experience in Prosecuting Complex and Class Litigation**

---

[3] Mr. Goldenberg's clients include: (1) insured Plaintiffs whose vehicles were stolen; (2) uninsured Plaintiffs whose vehicles were stolen; and (3) Plaintiffs whose vehicles were not stolen.

2

APPLICATION OF JEFFREY S. GOLDENBERG FOR APPOINTMENT TO FACT DISCOVERY SUBCOMMITTEE AND/OR EXECUTIVE COMMITTEE                              No. 8:22-ML-3052 JVS(KESx)

Mr. Goldenberg has nearly twenty-five years of experience litigating automotive defect consumer class actions. For instance, Mr. Goldenberg recently served as Class Counsel in two related nationwide class actions alleging that Honda knowingly sold 2019-2020 Acura RDX, 2018-2019 Honda Odyssey, 2019-2020 Honda Passport, and 2019-2020 Honda Pilot vehicles with defective infotainment systems. *See Banh v. American Honda Motor Co., Inc.*, C.D. Cal. No. 2:19-cv-5984-RGK (ASx); *Conti v. American Honda Motor Co., Inc.*, C.D. Cal. No. 2:19-cv-2160-CJC-GJS. These infotainment systems behaved erratically, creating a safety hazard. Judge Klausner and Judge Carney substantially denied Honda's motions to dismiss. Following detailed and extensive discovery, in which Goldenberg Schneider took all of the liability depositions of highly-trained Honda engineers, Judge Klausner certified a class of California vehicle purchasers. Goldenberg Schneider and its co-counsel subsequently negotiated a nationwide class settlement of both cases that received final approval on December 20, 2021 and January 2, 2022, respectively.

Mr. Goldenberg also recently represented plaintiffs in a nationwide class action against Mercedes and Bosch alleging that they knowingly used a "defeat device" to program Mercedes' Clean Diesel BlueTEC vehicles to emit illegal and dangerous levels of nitrogen oxide (NOx) in virtually all real-world driving conditions. *See In re Mercedes-Benz Emissions Litigation*, D. N.J. No. 16-cv-881(KM)(ESK). Mr. Goldenberg and his co-counsel initiated the litigation nearly six months before the U.S. EPA and the California Air Resources Board began their investigation, and he served on the Executive Committee in that litigation. A nationwide settlement valued at over $750 million for the benefit of defrauded consumers was granted final approval in July 2021.

Mr. Goldenberg served as co-lead counsel for a national class comprised of approximately 4 million Ford vehicle owners who purchased or leased vehicles containing a 5.4 liter 3-valve engine equipped with defective spark plugs and related engine defects. *See In Re: Ford Motor Co. Spark Plug and 3-Valve Engine Products*

*Liability Litigation*, N.D. Ohio No. 1:12-MD-2316. Mr. Goldenberg and his firm played the lead role in fact discovery in the case, which included drafting discovery, issuing subpoenas, document review, taking and defending the bulk of the liability depositions, and taking and defending expert depositions. On January 26, 2016, after Plaintiffs defeated Ford's motion for summary judgment, the court granted final approval of a nationwide class settlement that provided reimbursement to class members for expenses related to spark plug replacement.

Mr. Goldenberg also served as co-lead counsel on behalf of tens-of-thousands of Nissan Quest minivan owners throughout the United States. *See Meyer v. Nissan North America, Inc.*, Cal. Super. Ct. No. BC263136. The suit alleged that Quest minivans developed dangerous levels of carbon deposits in the accelerator system causing the gas pedal to stick, resulting in a roadway safety hazard, accidents, and injuries. The case was resolved by a nationwide settlement that included out-of-pocket reimbursement to class members for prior repairs and the application of the vehicles' extended powertrain and/or emissions warranty to remedy the problem going forward. Prior to the settlement, Nissan was not covering this issue under warranty. Mr. Goldenberg successfully and efficiently oversaw and managed all discovery efforts in this litigation.

Mr. Goldenberg and his co-counsel successfully certified an Ohio statewide class on behalf of all Ohio purchasers or lessors of 1999 and 2000 model year Mercury Villager Minivans. *See Daffin v. Ford Motor Co.*, S.D. Ohio No. C-1-00-458 (SJD). Mr. Goldenberg successfully defended the trial court's certification before the Sixth Circuit, which issued one of the first appellate court decisions recognizing diminished value as a viable damage model.

In *Doyle v. Chrysler Group, LLC*, C.D. Cal. No. SACV 13-00620(JVS)(ANx), Mr. Goldenberg represented purchasers of replacement window regulators manufactured, distributed, or sold by Chrysler Group LLC for model-year 2002–2007

Jeep Liberty vehicles. Plaintiffs successfully survived a motion to dismiss and motion for summary judgment before this Court certified a California class of purchasers.[4]

Mr. Goldenberg currently represents purchasers of certain FCA Chrysler vehicles equipped with 2.4L Tigershark engines that consume excessive amounts of engine oil, shut down without warning, and release excessive emissions. *See Wood v. FCA US LLC*, E.D. Mich. No. 5:20-cv-11054-JEL-APP. After two and a half years of litigation, the parties agreed to a class settlement that extends the vehicles' warranties, provides free vehicle software upgrades, offers repair-related reimbursements, and provides cash compensation to class members. The court granted final approval to the settlement on December 1, 2022.

Mr. Goldenberg also currently represents purchasers and lessees of 2019-2023 Volkswagen Atlas and 2020-2023 Volkswagen Atlas Cross Sport vehicles. *See McMahon v. Volkswagen AG*, D. N.J No. 2:22-CV-01704. Plaintiffs allege that the vehicles' wiring harnesses repeatedly fail and cause many of the vehicles' features to malfunction and act erratically. Plaintiffs recently filed their opposition to Volkswagen AG's motion to dismiss.

**B. Willingness and Ability to Commit to a Time-Consuming Process**

Mr. Goldenberg frequently works on cases that require him and his firm to commit substantial amounts of time over a period of years. For example, Mr. Goldenberg served as special counsel to the Ohio Attorney General in prosecuting Ohio's Medicaid recoupment action against the tobacco industry. The case recovered more than $9.86 billion for the State of Ohio. *See State of Ohio ex rel. Attorney General Mike DeWine v. R.J. Reynolds Tobacco Co.*, Franklin C.P. No. 97CV005114. More recently, Mr. Goldenberg served (and continues to serve) as Class Counsel in *Sunyak v. City of*

---

[4] Although the Ninth Circuit subsequently reversed class certification, it did so based on a then-novel question of law regarding the interpretation of the Supreme Court's decision in *Comcast Corp. v. Behrend*, 569 U.S. 27, 133 S. Ct. 1426, 185 L. Ed. 2d 515 (2013).

…

*Cincinnati*, S.D. Ohio Nos. 1:11-cv-445 and 1:12-cv-329, a class action filed in 2011 addressing certain detrimental changes made to the City of Cincinnati Retirement System, known as the CRS. The settlement, valued at approximately $50 million, comprehensively reformed the CRS and requires Mr. Goldenberg's ongoing supervision for a period of 30 years.

With respect to this litigation, Mr. Goldenberg and his firm have been committed, and remain committed, to spending the time and resources necessary to represent the best interests of the Plaintiffs and the millions of putative Class Members.

### C. Ability to Work Cooperatively with Others

Mr. Goldenberg also has a proven track record of cooperating with co-counsel for the benefit of class members. For instance, Mr. Goldenberg has a long-standing working relationship with Initial Conference Counsel Hagens Berman Sobol Shapiro that dates back to the 1990s Ohio's Medicaid recoupment action against the tobacco industry. Since then, Mr. Goldenberg has worked closely with attorneys from Hagens Berman in numerous successful automotive class actions, including the *Honda*, *Mercedes*, *Ford*, *VW*, *FCA Chrysler,* and *Nissan* cases discussed above.

### D. Access to Sufficient Resources to Prosecute

Class action lawsuits are highly complex, legally demanding, and time consuming. They require a law firm with the financial and intellectual resources to see these cases through to resolution. Mr. Goldenberg is a founding partner of Goldenberg Schneider, LPA, which has focused its practice on prosecuting complex civil litigation and class actions on behalf of consumers for more than 25 years. The firm's attorneys are experienced in every level of the state and federal judicial systems. Mr. Goldenberg commands the manpower, resources, technology, and experience necessary to provide effective representation in nationwide class action lawsuits. Goldenberg Schneider attorneys have led class actions and complex litigation that have resulted in settlements worth tens of millions, hundreds of millions, and even billions of dollars across a variety

of practice areas, including defective consumer products, insurance, privacy and data breach, antitrust, employment and labor, and breach of contract. Courts have repeatedly recognized that Goldenberg Schneider has the resources to prosecute large class actions. *See, e.g., In Re: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation*, N.D. Ohio No. 1:12-MD-2316, Doc. 29. Importantly, Goldenberg Schneider has never used third-party litigation funding and will not do so here, as it has adequate financial resources to fund any obligations needed to successfully prosecute this case.

### E. Geographic Location

While located in the nation's Midwest in Cincinnati, Ohio, Goldenberg Schneider has extensive experience working with attorneys and firms from across the country. Indeed, Mr. Goldenberg has strong working relationships with attorneys from California, New York, Minneapolis, and Florida, and everywhere in between. Moreover, because the Midwest (including Columbus, Ohio) experiences some of the highest rates of thefts of these vehicles, representation of those residents by one or more attorneys from the Midwest would provide an important component of the Plaintiffs' litigation team. Likewise, because of their proximity to many cities with exceptionally high vehicle theft rates (e.g., Columbus, Ohio; Detroit, Michigan; St. Louis, Missouri), Mr. Goldenberg and members of his firm can easily travel to these locations as necessary to prosecute this litigation.

## CONCLUSION

In conclusion, Jeffrey S. Goldenberg of Goldenberg Schneider, LPA, has a proven track record of success in nationwide automotive defect class actions and satisfies all relevant criteria for appointment to a leadership position. Accordingly, Mr. Goldenberg respectfully requests appointment to the Fact Discovery Subcommittee[5] and, to the extent

---

[5] Although the focus of this application has been on Mr. Goldenberg's extensive experience with fact discovery, he is equally experienced with expert discovery in automotive defect class actions. Accordingly, Mr. Goldenberg welcomes the opportunity

7

the Court adopts the leadership structure proposed by Initial Conference Counsel for Plaintiffs, the Executive Committee.

Dated: January 23, 2023              Respectfully Submitted.

By: */s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg, Esq.
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Counsel for *McNerney* and *Lucas* Plaintiffs

---

to serve on the Expert Discovery Subcommittee if the Court believes he would better serve Plaintiffs in that capacity.

8

APPLICATION OF JEFFREY S. GOLDENBERG FOR APPOINTMENT TO FACT DISCOVERY
SUBCOMMITTEE AND/OR EXECUTIVE COMMITTEE               No. 8:22-ML-3052 JVS(KESx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jeffrey S. Goldenberg
Jeffrey S. Goldenberg