1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel E. Gustafson
David A. Goodwin
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com

*Counsel for Plaintiffs Anastasia Pearson,*
*Jayson McGuire, and Preston Broadway*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) <br><br> **APPLICATION OF DAVID A. GOODWIN FOR APPOINTMENT TO THE LEADERSHIP COMMITTEE** |
| This document relates to: <br><br> ALL CASES | Date: February 7, 2023 <br> Time: 9:00 a.m. <br> Place: 411 W. Fourth Street <br> Santa Ana, CA 92701 <br> Court Room 10C |

## I.     INTRODUCTION

This case arises out of the defect in certain Kia and Hyundai vehicles[1] that make those vehicles unsafe, susceptible to theft, and worth less than they would be without the defect. Defendants failed to address this defect by failing to include engine immobilizer technology into these vehicles as standard equipment.   Because of this defect, over the last three years, thefts of Class Vehicles have skyrocketed, including vehicles owned by Plaintiffs Anastasia Pearson, Jayson McGuire, and Preston Broadway.

The Court has now asked for applications for the Plaintiff Leadership Committee. See December 22, 2022, Order No. 1 (ECF 2) ("Order No. 1").   Plaintiffs Anastasia Pearson, Jayson McGuire, and Preston Broadway seek to have attorney David A. Goodwin appointed to the Leadership Committee in this case.  As set forth more fully below, Mr. Goodwin (1) has knowledge and experience in prosecuting complex litigation, including class actions; (2) is willing and able to commit to a time-consuming process; (3) is able to work cooperatively with others; and (4) has access to sufficient resources to prosecute this matter. He is located in Minnesota and therefore brings a geographical diversity to the leadership structure and, while he has extensive experienced in complex litigation and automobile-defect cases in particular, he brings an age diversity to the group as he is a younger attorney than many of the other applicants.

## II.    STATEMENT OF FACTS

On December 13, 2023, the Judicial Panel on Multidistrict Litigation transferred 34 civil actions to this District for consolidation and pre-trial coordination pursuant to 28 U.S.C. § 1407. Those cases were ultimately assigned to this Court, as were subsequently transferred cases. *See, e.g.*, Conditional Transfer Order (CTO-1) at 1 (December 10, 2022) (Dkt. No. 3); Conditional Transfer Order (CTO-2) at 1 (December 23, 2022) (Dkt. No. 4). A total of 46 actions are now before this Court.

---

[1] The alleged defect impacts 2011-21 model year Kia vehicles and 2016-21 Hyundai vehicles that lack engine immobilizers ("Class Vehicles").

1

1    David Goodwin represents Plaintiffs Anastasia Pearson, Jayson McGuire, and
2    Preston Broadway in their claims against the Defendants. Plaintiff Pearson owns a 2016
3    Hyundai Tucson Sport. That vehicle was stolen from in front of her home in July 2022.
4    Barely two months later, her vehicle was stolen once again from the same location in the
5    middle of the day. Plaintiff McGuire's leased 2021 Kia Sportage was stolen in October
6    2022 from in front of his place of employment. Plaintiff Broadway owns a 2022 Kia
7    Forte that was stolen near his home in August 2022. All three Plaintiffs spent a significant
8    amount of time and money out of pocket to recover and repair their vehicles.  Each of
9    these three Plaintiffs' vehicles were insured.

10   **III.    LEGAL STANDARD FOR APPOINTING COUNSEL**

11       This Court has authority under Fed. R. Civ. P. 23(g) to appoint interim class
12   counsel for Plaintiffs. Designating interim counsel "clarifies responsibility for protecting
13   the interests of the class during precertification activities, such as making and responding
14   to motions, conducting any necessary discovery, moving for class certification, and
15   negotiating settlement." Manual for Complex Litigation § 21.11 at 246-47 (Fourth 2004);
16   *In re Ring LLC Priv. Litig.*, No. CV1910899MWFRAOX, 2020 WL 9763065, at *1
17   (C.D. Cal. Nov. 13, 2020)

18       Under Fed. R. Civ. P. 23(g)(1), the Court must consider the following factors when
19   appointing interim class counsel: "(i) the work counsel has done in identifying or
20   investigating potential claims in the action; (ii) counsel's experience in handling class
21   actions, other complex litigation, and the types of claims asserted in the action; (iii)
22   counsel's knowledge of the applicable law; and (iv) the resources that counsel will
23   commit to representing the class." *Id.* (quoting Fed. R. Civ. P. 23(g)(1)(A)). David
24   Goodwin satisfies all of these requirements.

25       Mr. Goodwin has worked at Gustafson Gluek PLLC for the last 15 years, first as
26   an Associate and then as a Member of the Firm.  As set out below, Mr. Goodwin has
27   significant experience with class actions and complex multi-district litigation. He has

28

2

worked on numerous cases premised on alleged defects in vehicles and other consumer products. Specific to this case, Mr. Goodwin has investigated the facts set forth in his clients' complaints regarding the Class Vehicles and dedicated substantial time researching and drafting two complaints on his clients' behalf.  Moreover, through his nationally respected law firm, Mr. Goodwin can provide ample resources to zealously prosecute the litigation.

## IV.   ARGUMENT

### A. David Goodwin Meets Rule 23(g)'s Requirements to Serve on the Leadership Committee.

Mr. Goodwin meets the criteria set out by the Court in Order No. 1, having (1) significant knowledge and experience prosecuting complex, class action litigation; (2) the willingness and ability to commit to the time-consuming process of litigation; (3) the ability to cooperatively work with others; and (4) access to sufficient resources to aggressively prosecute this litigation.

This case will be complex, involving sophisticated and well-funded Defendants and many plaintiffs, extensive discovery, and intricate issues of law and fact. Mr. Goodwin has significant experience in MDL practice and complex class actions, sufficient resources, the ability to coordinate efficiently with plaintiffs and counsel for Defendants, and a successful record of working inclusively on behalf of plaintiffs in complex matters.

David A. Goodwin is a member of Gustafson Gluek PLLC. Since Mr. Goodwin joined the firm in 2008, he has practiced in the areas of consumer protection, antitrust, and securities litigation. He has successfully represented many small businesses and individuals litigating their claims against some of the largest companies in the world, including in many cases brought on behalf of owners and lessees of allegedly defective consumer vehicles, such as *Reynolds, et al., v. FCA US, LLC* (E.D. Mich.) (the "Jeep Death Wobble" Litigation), where Mr. Goodwin actively participated in discovery and

3

plaintiff depositions; *FCA US LLC Monostable Electronic Gearshifts Litig.* (E.D. Mich.), where Mr. Goodwin participated in briefing, discovery, and depositions; *Krautkramer v. Yamaha Motor Corporation, USA* (D. Minn.), where Mr. Goodwin participated in all phases of litigation from client development, discovery, briefing, and settlement; and *Woronko v. General Motors, LLC* (E.D. Mich.), where Mr. Goodwin was involved in briefing and settlement.

Mr. Goodwin has also represented individuals and businesses in several consumer class actions, including *In re: Dealer Management Systems Antitrust Litig.* (N.D. Ill.), where he worked on client development, briefing, and discovery; *Gisairo v. Lenovo (United States) Inc.* (D. Minn.), where he worked on all aspects of the case from client development, discovery, and settlement; *Hogan, et al., v. Amazon, Inc.* (N.D. Ill.), where he has been active with discovery and expert work; *Thelen, et al., v. HP. Inc.* (D. De.), where he has been active in briefing as the case is in its infancy. Mr. Goodwin has been active with various aspects of many other cases with Gustafson Gluek.

In these and other matters, Mr. Goodwin has shown a willingness and ability to work amiably and productively with a range of co-counsel and opposing counsel. Indeed, Mr. Goodwin has marshalled support from other experienced and respected law firms in filing Plaintiffs' complaints. Plaintiffs' co-counsel, the attorneys at Throndset Michenfelder LLC and Saltz Monggeluzzi & Bendesky PC, also bring a wealth of complex class action litigation experience to bear on this important case.

Beyond his litigation practice, Mr. Goodwin is also active in Federal Bar Association at the state and national level, currently serving as Vice President for the Eighth Circuit, and previously serving as a National Director and as past Chair of the Younger Lawyer Division. He is also active with the Minnesota State Bar Association, where he has served as Co-Chair of the Consumer Litigation Section.

**B. Gustafson Gluek PLLC Has Ample Resources to Support the Prosecution of This Matter.**

1  Mr. Goodwin has the full support of his firm, Gustafson Gluek PLLC, in this
2  application. Founded in 2003, Gustafson Gluek is a national class action firm, with
3  offices in California and Minnesota. Gustafson Gluek's attorneys consistently are
4  recognized by their clients, peers, and courts across the country as leaders in their field
5  and, as such, have been chosen to lead some of the largest and most complex multi-
6  district litigation matters. Mr. Goodwin and the attorneys at Gustafson Gluek have
7  received national and state-wide awards and honors and are routinely called upon by
8  other leading firms to assist in taking on some of the largest companies and defense firms
9  in the world. Gustafson Gluek has successfully prosecuted a multitude of class actions
10  on behalf of defrauded consumers and businesses.

11  Examples of major class action cases in which Gustafson Gluek is serving or has
12  served as lead counsel include *In re: Deere & Co. Repair Services Antitrust Litigation*
13  (N.D. Ill.); *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.); *In re Crop Inputs Antitrust*
14  *Litig.* (E.D. Mo.); *In re DPP Beef Litig.* (D. Minn.); *In re DRAM Antitrust Litig.* (N.D.
15  Cal. and multiple state court actions); *In re Interior Molded Doors Indirect Purchaser*
16  *Antitrust Litig.* (E.D. Va.); *In re Pork Antitrust Litig.* (D. Minn.); *In re Syngenta Litig.*
17  (Minn.); *In re Vitamin C Antitrust Litig.* (E.D.N.Y.); *Precision Assocs., Inc. v. Panalpina*
18  *World Transport (Holding) Ltd.* (E.D.N.Y.); *St. Barnabas Hospital, Inc. et al. v.*
19  *Lundbeck, Inc. et al. (D. Minn.); and Vikram Bhatia, D.D.S., et al., v. 3M Company* (D.
20  Minn.).[2] Gustafson Gluek prides itself on the strength and diversity of attorneys and staff
21  that will be willing and able to assist in litigating this matter.
22  **V.   CONCLUSION**
23  For the aforementioned reasons, Plaintiffs Anastasia Pearson, Jayson McGuire,
24  and Preston Broadway respectfully request that the Court appoint David Goodwin from
25  Gustafson Gluek to a position on the Leadership Committee in this matter.
26
27
28  [2] *See* attached Exhibit A for a full firm resume for Gustafson Gluek PLLC.

1

2    Dated: January 23, 2023              Respectfully Submitted.

3

4                                By:  /s/David A. Goodwin
                                      Daniel E. Gustafson
5                                     David A. Goodwin
                                      Kaitlyn L. Dennis
6                                     **GUSTAFSON GLUEK PLLC**
                                      Canadian Pacific Plaza
7                                     120 South 6th Street, Suite 2600
                                      Minneapolis, MN 55402
8                                     (612) 333-8844
                                      dgustafson@gustafsongluek.com
9                                     dgoodwin@gustafsongluek.com
                                      kdennis@gustafsongluek.com
10

11

12                                    *Counsel for Plaintiffs Anastasia Pearson,*
                                      *Jayson McGuire, and Preston Broadway*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    6

1

**CERTIFICATE OF COMPLIANCE**

2       I, David A. Goodwin, certify that the foregoing application contains 1,601

3   words, which complies with the word limit of L.R. 11-6.1.

4

5   Dated: January 23, 2023                    /s/David A. Goodwin
                                                David A. Goodwin
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF DAVID A. GOODWIN FOR APPOINTMENT TO LEADERSHIP COMMITTEE      NO.  8:22-ML-3052 JVS(KESx)