Daniel E. Gustafson
David A. Goodwin
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com

*Counsel for Plaintiffs Anastasia Pearson,
Jayson McGuire, and Preston Broadway*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) <br><br> **APPLICATION OF KAITLYN L. DENNIS FOR APPOINTMENT TO THE EXPERT DISCOVERY SUBCOMMITTEE** |
| This document relates to: <br><br> ALL CASES | Date: February 7, 2023 <br> Time: 9:00 a.m. <br> Place: 411 W. Fourth Street <br> Santa Ana, CA 92701 <br> Court Room 10C |

## I.  INTRODUCTION

This case arises out of the defect in certain Kia and Hyundai vehicles[1] that make those vehicles unsafe, susceptible to theft, and worth less than they would be without the defect. Defendants failed to address this defect by failing to include engine immobilizer technology into these vehicles as standard equipment.   Because of this defect, over the last three years, thefts of Class Vehicles have skyrocketed, including vehicles owned by Plaintiffs Anastasia Pearson, Jayson McGuire, and Preston Broadway.

The Court has now asked for applications for the Plaintiff Leadership Committee. See December 22, 2022 Order No. 1 (ECF 2) ("Order No. 1").   Plaintiffs Anastasia Pearson, Jayson McGuire, and Preston Broadway seek to have attorney Kaitlyn L. Dennis appointed to the Expert Committee in this case.  As set forth more fully below, Ms. Dennis (1) has knowledge and experience in prosecuting complex litigation, including class actions; (2) is willing and able to commit to a time-consuming process; (3) is able to work cooperatively with others; and (4) has access to sufficient resources to prosecute this matter. She is located in Minnesota, within one mile of the area of Minneapolis reported to have been most impacted by thefts of the Class Vehicles, and therefore brings a geographical diversity to the leadership structure. While she has significant experience in complex litigation and in automobile defect cases in particular, she would bring age diversity to the group as a younger attorney in her eighth year of practice.

## II.  STATEMENT OF FACTS

On December 13, 2023, the Judicial Panel on Multidistrict Litigation transferred 34 civil actions to this District for consolidation and pre-trial coordination pursuant to 28 U.S.C. § 1407. Those cases were ultimately assigned to this Court, as were subsequently transferred cases. *See, e.g.*, Conditional Transfer Order (CTO-1) at 1 (December 10,

---

[1] The alleged defect impacts 2011-21 model year Kia vehicles and 2016-21 Hyundai vehicles that lack engine immobilizers ("Class Vehicles").

1

2022) (Dkt. No. 3); Conditional Transfer Order (CTO-2) at 1 (December 23, 2022) (Dkt. No. 4). A total of 46 actions are now before this Court.

Counsel Kaitlyn L. Dennis represents Plaintiffs Anastasia Pearson, Jayson McGuire, and Preston Broadway in their claims against Defendants. Plaintiff Pearson owns a 2016 Hyundai Tucson Sport. That vehicle was stolen from in front of her home in July 2022. Barely two months later, her vehicle was stolen once again from the same location in the middle of the day. Plaintiff McGuire's leased 2021 Kia Sportage was stolen in October 2022 from in front of his place of employment. Plaintiff Broadway owns a 2022 Kia Forte that was stolen near his home in August 2022. All three Plaintiffs spent a significant amount of time and money out of pocket to recover and repair their vehicles. Each of these three Plaintiffs' vehicles were insured.

## III.   LEGAL STANDARD FOR APPOINTING COUNSEL

This Court has authority under Fed. R. Civ. P. 23(g) to appoint interim class counsel for Plaintiffs. Designating interim counsel "clarifies responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement." Manual for Complex Litigation § 21.11 at 246-47 (Fourth 2004); *In re Ring LLC Priv. Litig.*, No. CV1910899MWFRAOX, 2020 WL 9763065, at *1 (C.D. Cal. Nov. 13, 2020)

Under Fed. R. Civ. P. 23(g)(1), the court must consider the following factors when appointing interim class counsel: "(i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class." *Id.* (quoting Fed. R. Civ. P. 23(g)(1)(A)). David Goodwin satisfies all of these requirements.

2

Ms. Dennis has worked at Gustafson Gluek PLLC for the last seven years. As set out below, Ms. Dennis has significant experience with class actions and complex multi-district litigation. She has worked on numerous cases premised on alleged defects in vehicles and other consumer products. Specific to this case, Ms. Dennis investigated the facts set forth in her clients' complaints regarding the Class Vehicles and dedicated substantial time researching and drafting two complaints on her clients' behalf. Moreover, through her nationally-respected law firm, Ms. Dennis can provide ample resources to prosecute this litigation.

## IV.   ARGUMENT

### A. Kaitlyn Dennis Meets Rule 23(g)'s Requirements to Serve on the Leadership Committee.

Ms. Dennis meets the criteria set out by the Court in Order No. 1, having (1) significant knowledge and experience prosecuting complex, class action litigation; (2) the willingness and ability to commit to the time-consuming process of litigation; (3) the ability to cooperatively work with others; and (4) access to sufficient resources to aggressively prosecute this litigation.

This case will be complex, involving sophisticated and well-funded Defendants and many Plaintiffs, extensive discovery, and intricate issues of law and fact. Ms. Dennis has significant experience in MDL practice and complex class actions, sufficient resources, the ability to coordinate efficiently with plaintiffs and counsel for Defendants, and a successful record of working inclusively on behalf of plaintiffs in complex matters.

Kaitlyn L. Dennis is an attorney at Gustafson Gluek PLLC. Since joining the firm in 2016, she has practiced in the areas of consumer protection, products liability, and antitrust litigation. She has worked in a wide variety of roles in complex class action litigation and has been actively involved in several consumer protection and product liability cases brought on behalf of owners and lessees of vehicles, such as *In re Volkswagen "Clean Diesel" Marketing Sales Practices, and Products Liability Litig.*

3

1  (N.D. Cal.); *Reynolds, et. al. v. FCA US, LLC* (E.D. Mich.) (the "Jeep Death Wobble"
2  Litigation); and *FCA US LLC Monostable Electronic Gearshifts Litig.* (E.D. Mich.).

3       She has worked closely with senior attorneys at Gustafson Gluek who hold or have
4  held leadership appointments in major cases, and in 2022, she was appointed to serve as
5  Interim Co-Lead Counsel in the Deere Repair Services Antitrust Litigation, making her
6  among the youngest attorneys ever appointed to serve as co-lead counsel in a nationwide
7  class action.

8       In these and other matters, Ms. Dennis has shown a willingness and ability to work
9  amiably and productively with a range of co-counsel and opposing counsel. Plaintiffs'
10  co-counsel, the attorneys at Throndset Michenfelder LLC and Saltz Monggeluzzi &
11  Bendesky PC, also bring a wealth of complex class action litigation experience to bear
12  on this important case.

13       Beyond her litigation practice, Ms. Dennis is active in the Federal Bar Association,
14  Minnesota State Bar Association, the Minnesota Disability Bar Association, the
15  American Bar Association Antitrust Section, and the Committee to Support the Antitrust
16  Laws ("COSAL"), currently serving as the as current Chair of COSAL's Young Lawyer
17  Division.

18  **B. Gustafson Gluek PLLC Has Ample Resources to Support the Prosecution**
19       **of This Matter.**

20       Ms. Dennis has the full support of her firm, Gustafson Gluek PLLC, in this
21  application. Founded in 2003, Gustafson Gluek is a national class action firm, with
22  offices in California and Minnesota. Gustafson Gluek's attorneys consistently are
23  recognized by their clients, peers, and courts across the country as leaders in their field
24  and, as such, have been chosen to lead some of the largest and most complex multi-
25  district litigation matters. Ms. Dennis and the attorneys at Gustafson Gluek have received
26  national and state-wide awards and honors and are routinely called upon by other leading
27  firms to assist in taking on some of the largest companies and defense firms in the world.

28

4

Gustafson Gluek has successfully prosecuted a multitude of class actions on behalf of defrauded consumers and businesses.

Examples of major class action cases in which in which Gustafson Gluek is serving or has served as lead counsel include *In re: Deere & Co. Repair Services Antitrust Litigation* (N.D. Ill.); *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.); *In re Crop Inputs Antitrust Litig.* (E.D. Mo.); *In re DPP Beef Litig.* (D. Minn.); *In re DRAM Antitrust Litig.* (N.D. Cal. and multiple state court actions); *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.); *In re Pork Antitrust Litig.* (D. Minn.); *In re Syngenta Litig.* (Minn.); *In re Vitamin C Antitrust Litig.* (E.D.N.Y.); *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.); *St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al. (D. Minn.); and Vikram Bhatia, D.D.S., et al., v. 3M Company* (D. Minn.).[2] Gustafson Gluek prides itself on the strength and diversity of attorneys and staff that will be willing and able to assist in litigating this matter.

## V.    CONCLUSION

For the aforementioned reasons, Plaintiffs Anastasia Pearson, Jayson McGuire, and Preston Broadway respectfully request that the Court appoint Kaitlyn Dennis from Gustafson Gluek PLLC to a position on the Expert Committee in this matter.


Dated: January 23, 2023                    Respectfully Submitted.


                                           By:  /s/Kaitlyn L. Dennis
                                           Daniel E. Gustafson
                                           David A. Goodwin
                                           Kaitlyn L. Dennis
                                           **GUSTAFSON GLUEK PLLC**
                                           Canadian Pacific Plaza
                                           120 South 6th Street, Suite 2600
                                           Minneapolis, MN 55402
                                           (612) 333-8844

---

[2] *See* attached Exhibit A for a full firm resume for Gustafson Gluek PLLC.

5

dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com

*Counsel for Plaintiffs Anastasia Pearson,
Jayson McGuire, and Preston Broadway*

6

**CERTIFICATE OF COMPLIANCE**

       I, Kaitlyn L. Dennis, certify that the foregoing application contains 1,476 words, which complies with the word limit of L.R. 11-6.1.

Dated: January 23, 2023          */s/Kaitlyn L. Dennis*
                                     Kaitlyn L. Dennis