Anne T. Regan, *pro hac vice*
aregan@hjlawfirm.com
Nathan D. Prosser *pro hac vice*
nprosser@hjlawfirm.com
Lindsey L. Larson, *pro hac vice*
llabellelarson@hjlawfirm.com
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
952-941-4005
Fax: 952-941-2337

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.: 8:22-ML-3052-JVS-KES<br><br>MDL: 3052<br><br>**APPLICATION FOR THE APPOINTMENT OF ANNE T. REGAN TO THE PLAINTIFFS' LEADERSHIP SUBCOMMITTEE FOR FACT DISCOVERY**<br><br>Judge: Hon. James V. Selna<br>Date: February 7, 2023<br>Time: 9:00 a.m.<br>Place: 411 W. Fourth Street, Santa Ana, CA 92701 Court Room 10C |

Pursuant to this Court's December 22, 2022 Order No. 1: Initial Conference, Anne T. Regan of Hellmuth and Johnson respectfully requests appointment to the Plaintiffs' Leadership Subcommittee for fact discovery.

## INTRODUCTION

This litigation involves claims that defendants violated express or implied warranties, state consumer protection laws, and designed, manufactured, marketed,

distributed and sold defective and unsafe vehicles that did not include effective "engine immobilizer" technology necessary to prevent vehicle theft. Certain Hyundai and KIA vehicles between model years 2011-22 lack engine immobilizers. As a result, these vehicles are easily stolen. This defect has led to an epidemic of Hyundai and KIA vehicle thefts nationwide.

Ms. Regan and her firm represent plaintiffs whose vehicles were stolen in the Twin Cities metropolitan area in the spring and summer of 2022. *See Hilliard et al. v. KIA America, Inc. et al.*, 8:22-CV-02348-JVS-KES (DKT 14). Plaintiff Hilliard's Hyundai Elantra was stolen twice within a month; Plaintiff Biljan's KIA Seltos was stolen from her driveway in the middle of the day. Their lawsuit has been transferred from the United States District Court for the District of Minnesota to this Court. In addition, Ms. Regan and her law firm have been retained by numerous other Hyundai/KIA car theft victims in the Upper Midwest.

In conformity with the criteria enumerated in this Court's Initial Order, Ms. Regan is exceedingly qualified to coordinate discovery and justly and expeditiously prosecute or resolve this case on behalf of the putative class.

## ARGUMENT

### I. Ms. Regan has extensive knowledge and experience in complex litigation, including class actions and multi-district litigation.

Ms. Regan is well-suited to serve on the fact discovery subcommittee. Ms. Regan has twenty years of experience managing and leading all aspects of class actions and multi-district litigation, including post-remand trial and settlement phases. She has led teams of paralegals and associates from multiple firms to ensure plaintiffs' compliance with their discovery obligations, negotiated ESI protocols, deposed dozens of defendant fact, corporate, third party and expert witnesses, both in the United States and abroad, defended hundreds of plaintiff, expert, and third-party depositions, and has been involved in all aspects of discovery disputes, including briefing and first chairing oral arguments on motions to compel. Her

substantial experience advocating for plaintiffs in complex class actions and multi-party lawsuits will benefit the members of the putative class and the leadership team in this case.

Numerous federal and state courts have previously appointed Ms. Regan as lead or class counsel. In the past five years, this has included the following:

- *In re CenturyLink Sales Practices and Securities Litig.*, MDL 2795. Ms. Regan was appointed to the Plaintiffs' Interim Executive Committee for consumers pursuing claims against the global communications and IT services company for fraudulent and deceptive sales and billing practices. She contributed substantially to every aspect of the case, including formation of case strategy, preparation of pleadings, opposition briefing to several dispositive motions and a motion to compel arbitration, written discovery, and depositions of numerous plaintiff and defendant witnesses. Ms. Regan also was a member of the settlement counsel team who resolved the case on behalf of a class of 17 million CenturyLink customers nationwide. Judge Michael Davis, at the final approval hearing, stated: "When I got this case…I looked at my staff, and I had a big smile on my face, and I said this is going to be a war I won't be able to control. And I can tell you that it has turned out just the opposite…[W]e've had a set of a lawyers, both on the plaintiffs' side and the defense side, that have truly been outstanding. They know what the problems were with this case legally...they came together…and they spent four days in heated mediation and were able to come up with an agreement that just astounded me." Transcript of Final Approval Motions Hearing, Nov. 19, 2020, at 43.
- *H&T Fairhills, Ltd., et al. v. Alliance Pipeline, L.P.*, Case No. 19-cv-01095 (D. Minn.). Ms. Regan is lead class counsel for a class of land interest holders in North Dakota, Minnesota, Iowa, and Illinois in a breach of contract action involving the failure to pay those class members

    compensation for damages caused by the construction and maintenance of natural gas pipeline. In addition to fully participating in all aspects of discovery in the case, Ms. Regan handled the briefing on class certification and summary judgment, as well as oral argument and the interlocutory appeal by defendant of the district court's partial denial of their motion to compel arbitration.

- *Taqueria El Primo LLC et al. v. Farmers Ins.*, Co., 19-cv-03071 (D. Minn.). Ms. Regan was appointed class counsel for certified class of Minnesota auto insurance consumers alleging violations of state consumer laws, breach of contract and declaratory judgment against the defendant auto insurance provider for no-fault auto insurance violations in its sales practices.

  Ms. Regan's specific experience involving defective product and warranty litigation also supports her appointment in this case. She is currently serving as lead counsel for a putative class of Hyundai Palisade drivers in *Tharpe, et al., v. Hyundai Motor Am., Inc.*, 8:21-cv-01428 (C.D. Cal.), pending before Judge Carter. That case relates to a manufacturing defect affecting certain Palisade trim lines and involves the warranty, consumer protection, and other laws of twelve states. She has also defended product-defect putative class claims, including *Williamson, et al., v. AutoZone, Inc., et al.*, 15-CV-365-SMY-DGW (S.D. Ill.) involving breach of warranty and consumer fraud claims arising from an allegedly defective timing chain tensioner. Earlier in her career, Ms. Regan represented plaintiffs injured by defective medical devices in mass tort MDLs involving defective vaginal mesh and metal-on-metal hip implants.

  In addition, Ms. Regan has worked for public clients in securities fraud and antitrust matters, leading to appointments as Special Assistant Attorney General for the State of New Mexico, as well as lead and class counsel on behalf of the State of Mississippi Public Employees Retirement System.

Finally, evidencing her ability to work cooperatively with co-counsel, Ms. Regan has been selected by her co- or lead counsel to contribute materially to all aspects of pre-trial, trial, and appellate matters, including but not limited to:

- *In re FedEx Ground Package System Inc. Employment Practices Litigation*, MDL 1700 (N.D. Ind.). Ms. Regan was a member of the Plaintiff's Steering Committee firms and represented misclassified package delivery drivers nationwide. These forty different consolidated lawsuits successfully challenged FedEx's independent contractor model in multiple cases brought under federal and state wage and hour laws and ERISA, leading to multi-million dollar class and aggregate settlements. From inception to appeal to remand, Ms. Regan devoted thousands of hours to all aspects of this case, which took over a decade to fully resolve.
- *In re Lakeview Loan Servicing Data Breach Litig.*, 1:22-cv-20955 (S.D. Fla.). Ms. Regan is a member of the Law and Briefing/Class Certification Committee, representing a putative class of nationwide mortgage loan service customers damaged by a data breach of Defendants' network systems.
- *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, 1:08-cv-00488 (E.D. Wisc.). As class counsel in a long-running wage and hour case challenging a foundry's practice of not compensating workers for pre- and post-shift work, Ms. Regan successfully opposed the defendants' petition for writ of certiorari to the United States Supreme Court.
- *In re Target Corporation Customer Data Security Breach Litig.*, MDL 2522. Ms. Regan was a member of the lead counsel expert briefing team, representing financial institutions damaged by a data breach of customer payment cards.

**II.     Ms. Regan is willing and able to commit substantial resources to the time-consuming demands of this case.**

Ms. Regan and the thirty-plus member litigation team at Hellmuth & Johnson have the capacity and experience to carry out the responsibilities required of attorneys appointed to this Court's leadership committees. Given her past experience in prosecuting consumer class actions, including product defect litigation, Ms. Regan is very familiar with the personal commitment a case of this magnitude will require to litigate to resolution, whether by settlement or trial, and is prepared to devote substantial time to this MDL.

As set forth above and in the attached biographies, Ms. Regan and her colleagues have a long history of serving in leadership positions and obtaining substantial monetary recoveries for plaintiffs and other class members. Hellmuth & Johnson boasts a deep roster of litigators and trial attorneys who bring a wealth of experience in class action lawsuits and multi-district litigation involving breach of warranty, data breaches, antitrust, consumer fraud, employment, securities fraud, and other commercial claims. An overview of Hellmuth & Johnson's complex litigation practice, including its lawyers' notable representations, is attached hereto as Exhibit A.

**III.   Ms. Regan works cooperatively and professionally with others.**

Ms. Regan prides herself on working cooperatively with many plaintiff and defense attorneys and firms, many of whom have filed cases in this MDL. She consistently collaborates with all co-counsel and collegially with opposing counsel while working to obtain exceptional results for her clients and putative class members. While this litigation will be hard fought and include good faith disagreements, Ms. Regan recognizes that civility and professionalism benefits all parties, their counsel, the judiciary, and the legal path toward truth and justice. *See* Transcript of Final Approval Motions Hearing, Nov. 19, 2020, at 43, cited *supra*.

The nature of the cases Ms. Regan has handled in other class action and MDL proceedings strongly evidence her commitment and ability. The Court can be assured that Ms. Regan is both capable and willing to serve alongside any other counsel this

Court appoints to a leadership position.

### IV. Ms. Regan has access to extensive resources to expeditiously prosecute this case and serve on this subcommittee.

Through the law firm of Hellmuth & Johnson, Ms. Regan is willing and able to expend the financial and professional resources necessary to ensure the vigorous, expeditious prosecution of the claims in this case. As demonstrated by the matters described in Exhibit A, Hellmuth & Johnson has led and funded complex class action cases against some of the largest and wealthiest corporations in the world, and its commitment in this case will be no different. Hellmuth & Johnson is one of the largest law firms in Minnesota and is able to provide the personnel and resources required of this case. The firm's highly experienced litigators and support staff are skilled at working cooperatively with co-counsel to maximize efficiencies and avoid unnecessary costs and expenses.

To date, the case has been staffed with a team of Ms. Regan, her partner Mr. Nate Prosser, associate Ms. Lindsey Larson, and a team of legal assistants and paralegals. Mr. Prosser brings a depth of experience and knowledge and has recently been appointed interim lead or class counsel in numerous data breach cases, including but not limited to *In re Pawn America Consumer Data Breach Litigation*, Case No. 0:21-cv-02554 (D. Minn.), as well as serving as co-lead counsel in breach of warranty and consumer protection cases involving misrepresentations and omissions to consumers about a product's performance capabilities. *See Nathan, et al. v. Whirlpool Corp.*, 3:19-cv-00226 (S.D. Ohio); *Barclay, et al., v. ICON Health & Fitness, Inc. et al.*, 0:19-cv-02970 (D. Minn.); and *Bechtel v. Fitness Equipment Services, LLC*, 1:19-cv-00726 (N.D. Ohio). This case will also present an opportunity for Ms. Larson to expand her complex litigation skills by obtaining extensive discovery experience working on this multi-district litigation matter. With a team of over thirty experienced litigators, the firm is able to increase the size of personnel on the case and use its resources as needed.

# CONCLUSION

For the reasons set forth above, Anne T. Regan is prepared to apply her time, resources, and experience to benefit and serve members of the putative class and assist Lead Counsel in this MDL. She respectfully requests the Court's appointment to the Plaintiffs' Leadership Subcommittee for fact discovery.

Respectfully submitted,

**HELLMUTH & JOHNSON, PLLC**

Dated: January 23, 2023

By: *s/ Anne T. Regan*
Anne T. Regan (MN #333852)
*pro hac vice*
Nathan Prosser (MN #0329745)
*pro hac vice*
Lindsey L. Larson (MN #0401257)
*pro hac vice*
8050 West 78th Street
Edina, MN 55439
Telephone: 952-941-4005
Facsimile: 952-941-2337
aregan@hjlawfirm.com
nprosser@hjlawfirm.com
llabellelarson@hjlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**