

# HELLMUTH & JOHNSON CLASS ACTION LITIGATION

The Hellmuth & Johnson ("H&J") complex class action litigation team of attorneys has represented both plaintiffs and defendants in many of the most challenging antitrust, consumer fraud, data breach, mass tort, MDL, class action and complex business litigation cases in venues across the United States. Our experience successfully resolving high-profile, high-exposure cases includes matters involving consumer fraud, breach of warranty, price-fixing, employment, data breaches, product liability, monopolization, unfair competition, and sports law. H&J's commitment to efficiency and efficacy is the cornerstone of client service that we provide in every matter.

H&J has recently earned from *Forbes* a "most recognized for" designation in "Antitrust and Competition Law." In addition, H&J was recently named to the *Forbes* list of "America's Top Trusted Corporate Law Firms" in the field of Antitrust and Competition Law.

Because we have represented both plaintiffs and defendants, our attorneys have developed keen insights and experience, which allow us to provide unique perspectives and strategies in the representation of our clients. We are better able to understand and anticipate the objectives and tactics of opposing counsel, giving our clients a distinct advantage. We are particularly adept at avoiding unnecessary tasks and expenses in pursuit of the most favorable outcomes. H&J clients appreciate our commitment to try cases only when necessary to achieve the best possible result. If a trial is inevitable, our extensive experience, especially in complex matters, gives us a decided strategic advantage and enables us to utilize lean staffing all while delivering exceptional service and consistent results.

Our complex litigation group attorneys offer experience and in-depth knowledge across a wide range of industries, and utilize their subject-matter knowledge to determine how the specific needs of our clients in each case relate to the broader implications of any dispute. Our team has extensive experience with careful and thorough investigation and evaluation of the facts and applicable law, and with novel approaches to help our clients achieve success.

## PRODUCT LIABILITY

### Representative Experience of H&J Attorneys

*In re KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, MDL 3052 (C.D. Cal.). Representing a putative class of vehicle owners alleging KIA and Hyundai

sold vehicles with substandard ignition security allowing thieves to bypass the ignition and start the vehicle without the keys inside.

*Tharpe, et al., v. Hyundai Motor Am., Inc.,* 8:21-cv-01428 (C.D. Cal.). Lead counsel representing a putative class of vehicle owners alleging Hyundai concealed and misrepresented a manufacturing warranty defect causing the vehicle interior to emit a foul odor.

*In re Intel Corp. CPU Marketing, Sales Practices and Products Liability. Litigation,* MDL 2828 (D. Or.). Member of the Interim Plaintiffs' Steering Committee appointed to represent the interests of all Entity Plaintiffs nationwide for claimed security vulnerabilities in Intel's processors that may be exploited to permit unauthorized access to stored confidential information.

*In re Volkswagen "Clean Diesel" Marketing Sales Practices and Products Liability Litigation,* MDL 2672 (N.D. Cal.). Member of discovery team representing consumers defrauded by concealment of software which defeated clean air technology under normal vehicle operation.

*Rickman, et al. v. BMW of North America LLC, et al.,* 2:18-cv-04363 (D.N.J.). Serve as support for lead counsel in action alleging BMW failed to disclose their vehicles emitted more pollution than allowed under applicable regulations.

## CONSUMER FRAUD/DATA BREACH/FINANCIAL INSTITUTIONS

The H&J complex litigation group attorneys have represented consumers, investors, and others as plaintiffs in consumer fraud, data breach, securities fraud, financial services, unfair competition, unfair business practices, product liability, mass tort, property rights, and ERISA claims. While a significant portion of the class action cases are part of MDL or federal district court proceedings, H&J attorneys are also commonly involved in state court class actions across the country.

### Representative Experience of H&J Attorneys

*Taqueria El Primo LLC et al. v. Farmers Ins., Co.,* 19-cv-03071 (D. Minn.). Class counsel for certified class of Minnesota auto insurance consumers alleging violations of state consumer laws, breach of contract and declaratory judgment against defendant auto insurance provider for no-fault auto insurance violations in its sales practices.

*In re CenturyLink Residential Customer Billing Disputes Litigation,* MDL 1795 (D. Minn.). Executive committee member representing class for unlawful sales and billing practices in consumer fraud action.

*H&T Fairhills, Ltd., et al. v. Alliance Pipeline, L.P.,* 19-cv-01095 (D. Minn.). Lead counsel representing class of land interest holders in North Dakota, Minnesota, Iowa, and Illinois in a

breach of contract class action involving the failure to pay those land interest holders compensation for damages caused by construction and maintenance of natural gas pipeline.

*In re Pawn America Consumer Data Breach Litigation,* 0:21-cv-02554 (D. Minn.). Appointed Interim Co-Lead counsel representing putative class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*In re Lakeview Loan Servicing Data Breach Litig.,* 1:22-cv-20955 (S.D. Fla.). Appointed to Plaintiffs' Law and Briefing/Class Certification Committee, representing a putative class of mortgage loan service customers damaged by a data breach of Defendants' network systems.

*In re Netgain Technology, LLC Consumer Data Breach Litigation,* 21-cv-01210 (D. Minn.). Appointed to Plaintiffs' Executive Committee member representing putative class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*Thomsen, et al. v. Morley Companies, Inc.,* 1:22-cv-10271 (E.D. Mich.). Member of plaintiff litigation group that successfully represented a class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*Desue, et al. v. 20/20 Eye Care Network, Inc., et al.,* 21-cv-61275 (S.D. Fla.). Appointed Executive Committee member representing putative class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*In re Target Corporation Customer Data Security Breach Litigation,* MDL 2522 (D. Minn.). Member of lead counsel Daubert briefing team that successfully represented a class of individuals whose highly sensitive personal data was exfiltrated in a cyber-security attack.

*Nathan, et al. v. Whirlpool Corp.,* 3:19-cv-00226 (D. Ohio). Represented putative class of consumers who purchased high performance KitchenAid blenders and allege violations of state consumer laws and breach of warranty claims for misrepresentations concerning the performance capabilities of its blenders.

*Barclay, et al., v. ICON Health & Fitness, Inc. et al.,* 0:19-cv-02970 (D. Minn.). Represent putative class of fitness equipment purchaser consumers alleging violations of state consumer laws and breach of warranty claims for misleading performance representations in the sale of treadmills.

*Bechtel v. Fitness Equipment Services, LLC,* 1:19-cv-00726 (N.D. Ohio). Represent putative class of fitness equipment purchaser consumers alleging violations of state consumer laws and breach of warranty claims for misleading performance representations in the sale of treadmills.

## ANTITRUST LITIGATION

Our approach to antitrust matters is decidedly different from other firms. In addition to representing classes composed of individuals, businesses, and governmental entities, H&J has

represented multi-national corporations, along with medium and small businesses as both plaintiffs and defendants. We are selective in the disputes we pursue and consistently position that litigation for success in the courtroom. H&J has found this approach yields the best results for our clients at the settlement table or at trial. We carefully consider the objectives and economic realities in every case, looking for the best way to achieve an outcome that meets the needs and expectations of our clients.

The experience and track record of our antitrust attorneys has been recognized in courts across the nation. We have reached settlements and judgments of approximately one billion dollars for our plaintiff clients, and we have successfully defended other clients in mitigating their most significant exposures. We have substantial experience both settling and trying the most challenging antitrust cases.

## Representative Experience of H&J Attorneys

*In re Microsoft Antitrust Litigation*, (MDL 1332 and Multiple State Class Cases). Represented indirect purchaser antitrust class action in federal MDL, and appointed co-lead counsel in several states including Minnesota, Iowa and Wisconsin, to represent separate state classes of indirect purchasers for Microsoft's illegal monopolization of the markets for personal computer operating system, word processing and spreadsheet software. Consultant to Canadian counsel for the prosecution of a nationwide indirect purchaser class action against Microsoft. Settlements of these actions totaled nearly $1 billion.

*In re Broiler Chicken Antitrust Litigation*, 16-cv-8637 (N.D. Ill.). Represent foodservice providers that purchased raw and processed chicken in case asserting coordinated supply cuts and price fixing.

*In re Interior Molded Doors Indirect Purchaser Antitrust Litigation*, 18-cv-850 (E.D. Va.). Represent consumers that purchased interior molded doors in case asserting coordinated price increases among purported competitors in price fixing conspiracy.

*In re Aftermarket Automotive Filters Antitrust Litigation,* MDL 1957 (N.D. Ill.). Co-Lead counsel of indirect purchaser class.

*In re NCAA Athletic Grant-In-Aid-Cap Antitrust Litigation*, MDL 2541 (N.D. Cal.). Representation of student athletes to recover shortfalls from grants intended to cover the cost of college attendance.

*In re DRAM Antitrust Litigation,* MDL 1486 (N.D. Cal.). Representation of a nationwide class of indirect purchasers for conspiracy to fix prices.

*In re TFT-LCD (Flat Panel) Antitrust Litigation,* MDL 1827 (N.D. Cal.). Representation of a nationwide class of indirect purchasers of LCD products, as flat panel televisions and computer monitors, in this multi-district antitrust class action filed against the world's leading

manufacturers of thin-film transistor liquid crystal displays (TFT-LCD), and alleging that these companies engaged in a conspiracy to artificially inflate the prices of their LCD products.

*In re Suboxone Antitrust Litigation,* MDL 2445 (E.D. Pa.). Member of executive committee representing end-payors who alleged drug maker illegally sought to extend its drug monopoly and keep opiate addiction treatment off the market.

*State of New Mexico, et al., v. Visa, Inc., et al.* (D.N.M.). Special Assistant Attorney General to the State of New Mexico in case alleging payment card interchange fees violate state antitrust and consumer fraud laws.

*In re Midwest Milk Monopolization Litigation*, MDL 83 (W.D. Mo.). Represented milk cooperatives in defense of claims under Sections 1 and 2 of the Sherman Act.

*In re Viega Copper Press Fitting Antitrust Litigation*, 1:19-cv-00159 (M.D. Pa.). Represented nationwide class of indirect purchasers for conspiracy to fix prices through the tying of carbon steel press fittings and copper press fittings under state antitrust and consumer fraud laws.

## EMPLOYMENT LAW

H&J attorneys are at the forefront of cutting-edge employment issues in the context of class and collective action claims. We act intelligently and proactively every step of the way helping to identify the best options for resolving difficult and challenging conflicts and balancing the financial and emotional costs surrounding these disputes. Our experience in jurisdictions throughout the country involves success in settling and trying class claims involving independent contractor issues, ERISA, donning and doffing, discrimination, misclassification from overtime, and other wage and hour disputes.

### Representative Experience of H&J Attorneys

*In re FedEx Ground Package System Inc. Employment Practices Litigation*, MDL 1700 (N.D. Ind.). Member of Plaintiff's Steering Committee representing misclassified package delivery drivers nationwide. Successfully challenged FedEx's independent contractor model in multiple cases brought under federal and state wage and hour laws and ERISA, leading to multi-million dollar class and aggregate settlements.

*DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.,* 1:08-cv-00488 (E.D. Wis.). Class counsel in wage and hour case challenging foundry's practice of not compensating workers for pre- and post-shift work.

*Garner, et al. v. Butterball, LLC, et al.,* 4:10-cv-01025 (E.D. Ark.) Class counsel for Arkansas poultry processing workers who were not paid for time spent performing work before and after paid shifts. Obtained $4.25 million settlement and change in employer practices.

*Daud, et al. v. Gold'n Plump Poultry, Inc.,* 06-cv-4013 (D. Minn.). Successfully represented employees facing religious discrimination in the workplace, leading to a $1.35 million settlement and change in practices.

*Frank, et al. v. Gold'n Plump Poultry, Inc.*, 04-cv-1018 (D. Minn.) Class counsel for Minnesota and Wisconsin poultry processing workers who were not paid for time spent performing work before and after paid shifts. Settlement resulted in change of practices and $2.65 million monetary settlement for employees.

*Milner v. Farmers Ins. Exchange,* 27-cv-01-015004 (Minn. Dist. Ct.). Represented class of Minnesota insurance claims adjusters misclassified as exempt from overtime laws. Jury found employer liable for misclassification; case settled after multiple appeals.

# Hellmuth & Johnson – Class Action Attorney Profiles



**Anne T. Regan -** Anne is a partner with Hellmuth & Johnson, leading the firm's class action practice. A talented litigator, Anne advocates for private and public clients in large-scale litigation in federal and state courts across the country, in cases involving the health care, medical device, pharmaceutical, food and agriculture, financial services, transportation, real estate, insurance, and manufacturing sectors. She has experience in all aspects of pre-trial and appellate practice, as well as leadership and management of class action and multi-district litigation. The excellence of her advocacy has earned her recognition from courts, including appointment as class counsel and in MDL leadership roles, and from colleagues on both sides of the bar. An unrepentant generalist who relishes the learning opportunity that each case presents, Anne combines creativity and tenacity with the breadth and depth of her knowledge of the law to obtain excellent outcomes for her clients.

Recent Representative Experience
- Lead counsel in *Tharpe, et al., v. Hyundai Motor Am., Inc.*, 8:21-cv-01428 (C.D. Cal.).
- Lead counsel in *H&T Fairhills, Ltd., et al. v. Alliance Pipeline, L.P.*, 19-cv-01095 (D. Minn.)
- Appointed by Judge Michael Davis to Plaintiffs' Executive Committee in MDL 2795, *In re CenturyLink Sales Practices and Securities Litigation*
- Appointed as Special Assistant Attorney General to the State of New Mexico in a case involving antitrust and consumer fraud violations in the payment card industry
- Member of Plaintiff's Steering Committee in *In re FedEx Ground Package System Inc. Employment Practices Litigation*, MDL 1700 (N.D. Ind.).
- Appointed lead and class counsel for Plaintiffs in *In re Boston Scientific Securities Litigation*, No. 05-11934 (D. Mass)

Education
- University of Minnesota, J.D. cum laude, 2003
- Washington University, B.A., magna cum laude, 1990

Admitted
- Minnesota State Court
- Illinois State Court
- U.S. Court of Appeals for the First, Seventh and Eighth Circuits
- U.S. District Court for the Eastern District of Arkansas
- U.S. District Court for the Western District of Arkansas
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the District of Minnesota
- U.S. District Court for the Eastern District of Wisconsin
- U.S. District Court for the Western District of Wisconsin



**Nathan D. Prosser** - Nate focuses his practice on complex civil litigation and class actions. His experience includes disputes involving consumer protection, data breach, antitrust and unfair competition, products liability, securities/financial fraud, and general business litigation. Nate has represented individual consumers, small businesses in consumer, data breach and price fixing matters, shareholders, institutional investors, and individual investors in financial fraud matters involving false or misleading material statements against publicly traded corporations, as well as misappropriation of funds by financial advisors. He was recognized on the Minnesota Rising Stars list from 2008-2012.

Nate also has unique experience in legal administration services as an e-discovery consultant and in class action administration making him extremely knowledgeable in understanding litigation technology capabilities and the associated costs. He has been retained by law firms and corporations to consult on numerous e-discovery processes including information governance, legal hold processes, data collection, and the processing, review, and production of electronically stored information. He is also well versed in Federal Rules of Civil Procedure 23, due process notice requirements and best practices.

Recent Representative Experience:
- Co-lead counsel for putative class in *Nathan, et al. v. Whirlpool, Corp.*, 19-cv-0226 (S.D. Ohio)
- Co-lead counsel for putative class in *Bechtel et al. v. Fitness Equipment Services, LLC dba Sole Fitness*, 19-cv-0726 (S.D. Ohio)
- Co-lead counsel for putative class in *Barclay, et al. v. ICON Health & Fitness*, 19-cv-2970 (D. Minn.)
- Appointed Class Counsel in numerous state and federal class action cases

Education
- University of North Dakota School of Law, J.D., with distinction, 2003
- Concordia College (Moorhead), B.A., 1997

Admitted
- Minnesota State Court
- U.S. District Court for the District of Minnesota
- U.S. District Court for the District of North Dakota
- U.S. Court of Appeals for the Eighth Circuit



**Lindsey LaBelle Larson** - Lindsey is an associate attorney with Hellmuth & Johnson's litigation group where she focuses on complex civil litigation and consumer class action litigation. Lindsey is adept at understanding an issue from multiple perspectives and taking a calm, collected approach no matter how contentious that issue may be.

Lindsey joined the firm after clerking for the Criminal Presiding Judge of Minnesota's 4th Judicial District. Lindsey clerked jury trials and helped maintain court operations at the Hennepin County Government Center throughout the COVID-19 pandemic and months of civil unrest with a goal in mind: Equal access to justice.

Before law school, Lindsey was a journalist and worked as an assignment editor at Fox 9 – KMSP – you may have caught her on-air on the morning news, or reporting breaking news from the assignment desk during evening broadcasts. She also worked as an editorial assistant for the Minnesota Timberwolves where she conducted player and coach interviews and wrote stories for the team website.

Recent Representative Experience
- *Tharpe, et al., v. Hyundai Motor Am., Inc.*, 8:21-cv-01428 (C.D. Cal.)
- *Roger Birdbear, et al. v. The United States of America*, No. 16-75L (Fed. Cl.)
- *Taqueria El Primo LLC et al. v. Farmers Ins., Co.*, 19-cv-03071 (D. Minn.)
- *Sewall, et al. v. Home Partners Holdings LLC, et al.*, 27-cv-22-10389 (Minn. Dist. Ct.)
- *In re Pawn America Consumer Data Breach Litigation*, 0:21-cv-02554 (D. Minn.)
- *In re Lakeview Loan Servicing Data Breach Litig.*, 1:22-cv-20955 (S.D. Fla.)
- *In re Local TV Advertising Antitrust Litig.*, MDL 2867

Education
- University of St. Thomas School of Law, J.D., 2019
- University of Wisconsin-Madison, B.A., 2012

Admitted
- Minnesota State Court
- U.S. District Court for the District of Minnesota



**Michael R. Cashman** - Michael Cashman is an experienced trial lawyer who specializes in high-stakes complex commercial litigation, arbitrations and trials. He has represented corporations and individuals, as plaintiffs and defendants, in both state and federal court in jurisdictions across the country. Michael also handles international disputes, and has assisted clients with problems in England, Africa, and Mexico. The cases Michael handles typically involve multiparty disputes and tens or hundreds of millions of dollars. Michael has handled complex matters in a number of practice areas.

Michael has obtained several no liability defense verdicts, and as a plaintiff, has obtained millions of dollars, on behalf of his insurance and reinsurance clients. Michael has been bad faith counsel for a major property and casualty insurer, and has successfully defended dozens of bad faith and punitive damage claims.

Recent Representative Experience:
- *H&T Fairhills, Ltd., et al. v. Alliance Pipeline, L.P.*, 19-cv-01095 (D. Minn.)
- *In re Crop Inputs Antitrust Litigation*, 4:21-md-02993 (E.D. Mo.)
- *Rickman, et al. v. BMW of North America LLC, et al.*, 2:18-cv-04363 (D.N.J.).
- *Roger Birdbear, et al. v. The United States of America*, No. 16-75L (Fed. Cl.)
- *In re National Hockey League Players' Comm'n Injury Litig.*, MDL 2551
- *In re ZF-TRW Airbag Control Units Products Liability Litigation*, 8:19-cv-00970 (C.D. Cal)


Education:
- William Mitchell College of Law, J.D., 1989
- University of Minnesota, B.A., 1983

Admitted:
- Minnesota State Courts
- United States District Court for the District of Minnesota
- United States Court of Appeals for the Federal Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Eighth Circuit
- United States Court of Federal Claims
- United States District Court for the District of Colorado
- United States District Court for the Eastern District of Wisconsin
- United States District Court for the Northern District of Ohio
- United States District Court for the Southern District of Ohio
- United States District Court for the Southern District of Illinois



**Brian W. Nelson** - Brian Nelson is a litigation attorney who specializes in business and corporate law, insurance claims, and construction defects. He represents businesses, associations, and individuals in all types of disputes and through all stages of litigation. With experience representing both plaintiffs and defendants in numerous types of litigation, Brian is able to anticipate claims and arguments from opposing counsel and craft unique solutions and case management strategies that lead to successful resolutions.

Whether he is helping to start a new company, handling day-to-day business, or resolving legal disputes, Brian's knowledge, determination, and experience help his clients achieve their goals in a cost-effective manner. Brian's clients appreciate his passion, client service, and drive to obtain a favorable result.

Recent Representative Experience
- *Tharpe, et al., v. Hyundai Motor Am., Inc.*, 8:21-cv-01428 (C.D. Cal.)
- *Roger Birdbear, et al. v. The United States of America*, No. 16-75L (Fed. Cl.)

Education:
- Mitchell Hamline School of Law, J.D., 2016
- Hamline University, B.A., 2013

Admitted:
- Minnesota State Courts
- United States District Court for the District of Minnesota