UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | CASE NO: 8:22-ML-3052 JVS(KESx) |

### APPLICATION OF ROBERTA A. YARD TO THE EXECUTIVE COMMITTEE

Roberta A. Yard, a partner at Reinhardt Wendorf & Blanchfield ("RWB") and counsel for plaintiff Jeff Spores, Case No. MN/0:22-cv-02583, respectfully submits this individual application for appointment to the Executive Committee, or in the alternative, either the Expert Discovery Subcommittee or Fact Discovery Subcommittee. Ms. Yard has not entered into any agreements regarding support, assignments or financing with any other plaintiffs' counsel in this litigation. Being aware that the Court is likely to receive a large number of submissions, this application will be as brief as possible.

Ms. Yard focuses her practice in the areas of antitrust law, securities, consumer protection and constitutional law class action litigation.[1] Ms. Yard has been involved in complex class actions and represents consumers and small businesses in litigation throughout the United States. Throughout her career, Ms. Yard has served on lead and co-lead class counsel litigation teams and has extensive experience in discovery and with fact and expert witnesses. Ms. Yard has a breadth of experience which will benefit the leadership of this case as well as the class.

---

[1] Attached as Ex. A. is a brief profile of Roberta A. Yard. Attached as Ex. B is a certificate of good standing for Ms. Yard from the District of Minnesota.

I.  **Knowledge And Experience In Prosecuting Complex Litigation, Including Class Actions**

Ms. Yard has represented plaintiffs in class action litigation for more than 20 years and has worked on some of the largest class actions during that period, including cases that significantly advanced class action law. For example, in *Lorix v. Crompton Corp., et al,* 734 N.W.2d 619 (Minn. 2007), RWB obtained a unanimous reversal by the Minnesota Supreme Court of the state court of appeals, expanding the scope of standing of indirect purchasers under Minnesota's Antitrust Act, and in *Tyler v. Hennepin Co.*, No. 20-cv-00889-PJS-BRT (D. Minn.), Ms. Yard helped to lead to the Supreme Court's recent grant of *certiorari* on a constitutional law issue. *Tyler v. Hennepin Cnty., MN*, No. 22-166, 2023 WL 178396, at *1 (U.S. Jan. 13, 2023).

Some cases in which Ms. Yard has had a significant role include the following:

- **Wright, et al. v. Capella Education Company et al.,** *Court File No.: 18-cv-01062-WMW/SER (D. Minn.).* Ms. Yard was co-lead counsel in this class action alleging that an online educational institution uses deceptive trade practices to cause students to enroll. Ms. Yard was involved in all aspects of the case, including fact and expert discovery. The case was settled prior to class certification.

- **Geraldine Tyler v. Hennepin County, et al.,** *Court File No. 20-cv-00889-PJS-BRT (D. Minn.).* Ms. Yard is co-lead counsel in this suit alleging that the Minnesota violates the state and federal constitutions when it takes real property for nonpayment of taxes and retains all proceeds from the sale of the property. The case was appealed to the 8th Circuit Court of Appeals and to the United States Supreme Court, which recently granted *certiorari*.

- **In re Crop Inputs Antitrust Litigation,** Case No. 4:21-md-02993-SEP (E.D. Mo.). Ms. Yard serves on the Executive Committee in this antitrust action alleging that manufacturers, distributors and retailers of crop input products conspired to suppress competition from online retailers.

- **Hall v. State of Minnesota, et al.**, *Court File No. 62-cv-15-2112 (Henn. County, Minn.).* Ms. Yard was co-lead counsel in this case alleging defendants violated the due process and takings clauses of the United States and Minnesota Constitutions by taking possession of property it knows it does not own then selling, keeping or otherwise benefitting from unrestricted us without providing adequate notice to the rightful owners or paying interest. This case was appealed to the Minnesota Supreme Court, where plaintiff was successful in having a portion of the statute declared unconstitutional.

- **Dahl et al., v. Bain Capital Partners LLC, et al.**, *Court File No. 07-cv-12388 (D. Mass.)*. RWB was class counsel in this antitrust case alleging a conspiracy among some of the world's largest private equity firms to not compete when bidding on large leveraged buyouts. Ms. Yard had significant roles in both fact discovery and expert discovery. The plaintiff class recovered in excess of $590 million in settlements.

- **Binz, et al. v. Amadeus IT Group, et al.,** *Court File No. 1:15-cv-05457 (KPF) (SDNY)*. RWB was class counsel in the antitrust case alleging defendants conspired to fix the price of a service used by airlines to communicate ticket pricing. Ms. Yard worked with the expert committee and prepared for and assisted in taking and defending the depositions of expert witnesses.

- **In Re: Blue Cross Blue Shield Antitrust Litigation**, *Court File No. 13-cv-20000 (N.D. Ala.)*. RWB represented a class of subscribers alleging defendants engaged in a conspiracy to allocate markets in order to establish and maintain monopoly power throughout the regions in which they operate in violation of the Sherman Act. Ms. Yard analyzed defendant privilege logs, prepared objections and participated in related meet and confers with defense counsel, and also participated in extensive trial preparation work.

**II.    Willingness And Ability To Commit To A Time-Consuming Process**

Ms. Yard has been involved in class action litigation since 2004 and understands the nature of these complex cases and expects this case to be no different. She understands that complex class action litigation is slow moving, time consuming, and must follow the process set forth by the district and appellate courts. Ms. Yard is fully able to devote the time and resources necessary to the successful completion of this case.

**III.    Ability To Work Cooperatively With Others**

Throughout her career, Ms. Yard has developed a reputation as one who "plays well with others." This trait is especially relevant in sprawling matters such as this where even a seemingly small issue can result in significant ripple effects. As a result, Ms. Yard puts a premium on achieving results through consensus rather than disputes.

Ms. Yard and her firm have also served as local or liaison counsel in dozens of Minnesota cases. This demonstrates her ability to communicate and establish working

relationships with lawyers in a variety of cases. She understands how to build consensus and amicably manage disagreements. In a case like this, there will likely be disputes with defense counsel, but there shouldn't be similar disputes among plaintiffs' counsel.

### IV. Access To Sufficient Resources To Prosecute

Ms. Yard and her firm, RWB, satisfy this criteria as well. If appointed to the Executive Committee (or any subcommittee), Ms. Yard expects that Lead Counsel will assess her firm (and others who are actively working on the matter) to pay for a portion of the common expenses incurred for the benefit of the class. RWB is adequately capitalized to finance litigation of this type and scope and will self-fund its financial obligations in this case. Throughout its forty-year history, RWB and its predecessor firms have never used third-party litigation funding and does not intend to in the future.[2]

### V. Additional Factors

In addition to the criteria discussed above, the Court indicated that it will strive for diversity in its appointments. Ms. Yard would also contribute to the diversity of the leadership of this case. Ms. Yard is the first female partner at RWB, and appointing women lawyers to positions that had historically been held by men provides a different perspective and gives female attorneys opportunities they otherwise may not have had available to them.

Appointing Ms. Yard to either the Executive Committee or a subcommittee would also promote geographic diversity among plaintiff counsel. Ms. Yard's firm is based in St. Paul, Minnesota, which is sometimes referred to as "fly-over country" by lawyers who live in major metropolitan areas near our coasts. However, appointing members from outside the coastal metropolitan areas will ensure that the Executive Committee or subcommittees better reflect the national geographic scope of the putative class.

---

[2] Additional, specific financial information will be provided *in camera* if requested by the Court.

Finally, Ms. Yard and her firm, RWB, provide additional diversity among plaintiff firms because RWB is a relatively small law firm. Plaintiff class action cases are understandably dominated by large firms that have the experience and resources to prosecute complex class action cases. But small and mid-size firms also bring a wealth of experience, a different perspective and talented, passionate and dedicated attorneys. Ms. Yard's appointment to either the Executive Committee or either subcommittee in this case would round out the representation of this group of equally diverse plaintiffs in this case.

**IV. Conclusion**

Ms. Yard is not submitting this application lightly; she understands the nature of commitment required by a matter of this magnitude. Ms. Yard has the relevant experience as well as the necessary time and resources to devote to this matter, and if appointed to the Executive Committee, or either subcommittee, she will use them to help bring this case to a successful and efficient resolution. Therefore, Ms. Yard respectfully requests that the Court appoint her to the Executive Committee, or in the alternative, either the Fact Discovery Subcommittee or the Expert Discovery Subcommittee.

Dated: January 23, 2023  Respectfully submitted,

/s/ *Roberta A. Yard*
Roberta A. Yard, #322295
Garrett D. Blanchfield, #209855
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Telephone: 651-287-2100
Email: r.yard@rwblawfirm.com

***Attorneys for Plaintiff Jeff Spores***