# EXHIBIT A



332 Minnesota Street, Suite W1050
Saint Paul, Minnesota 55101

## ROBERTA A. YARD

Roberta Yard is a partner at Reinhardt Wendorf & Blanchfield, where she focuses her practice in the areas of antitrust law, securities, consumer protection and data breach class action litigation. Ms. Yard has been involved in a number of complex class action matters and represents consumers and small businesses in complex litigation throughout the United States. Throughout her career, Ms. Yard has served in various roles on lead and co-lead class counsel litigation teams and has extensive experience in the adversarial process including discovery, motion practice, witness examination, expert management, and class certification. Ms. Yard is a 2002 graduate of Santa Clara University School of Law, where she was the Editor in Chief of the Santa Clara Law Review. She is admitted to practice before the District of Minnesota, Minnesota Supreme Court, and the Eighth Circuit Court of Appeal.

Some of the significant cases Ms. Yard has participated in are listed below.

- **In re Crop Inputs Antitrust Litigation,** *Case No. 4:21-md-02993-SEP (E.D. Mo.).* Ms. Yard serves on the Executive Committee in this antitrust class action alleging a conspiracy among defendants to inflate the prices of their seeds and crop protection chemicals and to control the crop input industry.

- **Wright, et al. v. Capella Education Company et al.,** *Court File No.: 18-cv-01062-WMW/SER (D. Minn.).* Ms. Yard served as co-lead counsel in this class action alleging that an online educational institution uses deceptive trade practices to cause students to enroll.

- **Geraldine Tyler, et al. v. State of Minnesota, et al.,** *Court File No. 20-cv-00889-PJS-BRT (D. Minn.).* Ms. Yard is co-lead counsel in this suit alleging that the Minnesota violates the state and federal constitutions when it takes real property for nonpayment of taxes and retains all proceeds from the sale of the property.

- **Hall et al. v. State of Minnesota, et al.**, *Court File No. 62-cv-15-2112 (Henn. County, Minn.).* Ms. Yard was co-lead counsel in this case alleging defendants violate the due process clauses of the United States and Minnesota Constitutions by taking possession of property it knows it does not own then selling, keeping or otherwise benefitting from unrestricted us without providing adequate notice to the rightful owners.

- **Siebers v. Peter W. Barca, et al.**, *Case No. 2022 CV 002318 (Dane County, Wisc. Circuit Court).* Ms. Yard is co-lead counsel in this class action alleging the state's

1

unclaimed property laws are unconstitutional to the extent they fail to pay interest on property held by the state in its unclaimed property fund.

- **Gerlach v. Todd Rokita, et al.**, *Case No. 1:22-cv-0-0072 (S.D. Ind.)*. Ms. Yard is co-lead counsel in this class action alleging the state's unclaimed property laws are unconstitutional to the extent they fail to pay interest on property held by the state in its unclaimed property fund.

- **Kirk Dahl et al., v. Bain Capital Partners LLC, et al**., *Court File No. 07-cv-12388 (D. Mass.)*. Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging a conspiracy among some of the world's largest private equity firms to not compete when bidding on large leveraged buyouts. Ms. Yard had significant roles in both fact discovery and expert discovery. The plaintiff class recovered in excess of $590 million in settlements.

- **In Re: Blue Cross Blue Shield Antitrust Litigation**, *Court File No. 13-cv-20000 (N.D. Ala.)*. Reinhardt Wendorf & Blanchfield represents a class of subscribers alleging defendants engaged in a conspiracy to allocate markets in order to establish and maintain monopoly power throughout the regions in which they operate in violation of the Sherman Act. Ms. Yard analyzed defendant privilege logs, prepared objections and participated in related meet and confers with defense counsel, and also participated in extensive trial preparation work.

- **In re American Express Anti-Steering Rules Antitrust Litigation (II)** *Court File No. 11-MD-02221 (EDNY)*. Reinhardt Wendorf & Blanchfield was co-lead counsel and is a member of the Executive Committee in this massive merchant antitrust case alleging claims of monopolization.

- **In re Air Cargo Shipping Services Antitrust Litigation**, *Court File No. 06-md-01775-JG-VVP (EDNY)*. Reinhardt Wendorf & Blanchfield was class counsel and participated in document review in this class action alleging antitrust violations in the air cargo shipping services market. More than $848 million has been recovered on behalf of the plaintiff class.

- **In re Rubber Chemicals Antitrust Litigation**, *Court File No. 02 19278 (Henn. County, Minn.)*. Reinhardt Wendorf & Blanchfield served on the discovery and expert witness committees in this indirect purchaser antitrust class action and served as lead counsel for the Minnesota case. As lead counsel, Garrett Blanchfield obtained a unanimous reversal of defendants' motion to dismiss from the Minnesota Supreme Court. *Lorix v. Crompton* Corp., et al, 734 N.W.2d 619 (Minn. 2007). The plaintiff class recovered $3,7M.

- **In Re: Anadarko Basin Oil and Gas Lease Antitrust Litigation**, *Court File No. CIV-15-209-HE (W.D. OK)*. Reinhardt Wendorf & Blanchfield served on the Executive Committee in this class action alleging defendants fixed the prices paid to leaseholders in exchange for the right to produce minerals on the land. The class recovered $6.95 million in settlements.

2

- **Binz, et al. v. Amadeus IT Group, et al.,** *Court File No. 1:15-cv-05457 (KPF) (SDNY).* Reinhardt Wendorf & Blanchfield is class counsel in the antitrust case alleging defendants conspired to fix the price of a service used by airlines to communicate ticket pricing. Ms. Yard assisted in expert discovery in this case, including participating in taking and defending expert depositions.

- **In Re: Cathode Ray Tube (CRT) Antitrust Litigation**, *Master File No. 3:07 cv 05944 SC, MDL No. 1917 (N.D. Cal.).* Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging a national conspiracy to fix the price of, cathode ray tubes ("CRTs") and products containing CRTs. Over $149,000,000 in settlements was obtained on behalf of the plaintiff class.

- **In re OSB Antitrust Litigation**, *Master File No. 06 CV 00826 (PSD) (E.D.Pa.).* Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging a conspiracy to fix the price of OSB board. The plaintiff class recovered over $120,000,000 in settlements.

- **In re: Target Corporation Customer Data Security Breach Litigation**, *File No. 14-md-02522-PAM (D. Minn.).* Reinhardt Wendorf & Blanchfield served as liaison counsel on behalf of the consumer and banking classes in the matter arising from the data breach at Target, and was also appointed to the Executive Committee of the Banking class. The Bank class received $39M in settlements.

- **In re: Domestic Drywall Antitrust Litigation**, *Court File No. 13-md-2437-MMB (E.D.Pa.).* RWB was class counsel in this antitrust case alleging manufacturers conspired to fix, raise, stabilize and maintain the prices of gypsum board in violation of Federal Antitrust laws. Over $170,000,000 in settlements have been obtained on behalf of the plaintiff class.

- **Matthew Edwards v. National Milk Producers Federation et. al.**, *Court File No. 11-cv-4766-JSW, (N.D.Ca.).* RWB represented two named plaintiffs in this case alleging a conspiracy to limit the production of raw milk. The plaintiff class recovered $52,000,000 in settlements.

- **In Re: Lithium Ion Batteries Antitrust Litigation**, *Court File No. 13-md-02420-YGR (N.D. Cal.).* The firm was class counsel in this antitrust class action alleging the manufacturers of lithium ion batteries engaged in a conspiracy to unlawfully fix and artificially raise the prices of lithium ion rechargeable batteries in violation of federal antitrust laws. Settlements totaling $70,450,000 have been negotiated on behalf of the plaintiff class.

- **In Re: National Football League's "Sunday Ticket" Antitrust Litigation**, *Court File No. 15-md-02668 (C.D. Cal.).* The Firm is class counsel in this case filed on behalf of bars and restaurants alleging defendants colluded to charge supra-competitive prices for out of market NFL games via DirecTV's NFL Sunday Ticket package.

- **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,** *MDL 05-1720-JG-JO (S.D.N.Y.).* RWB was co-lead counsel of a subset of allegations against Visa and MasterCard and participated in extensive discovery in this massive anti-trust case against the issuers of credit cards. Counsel recovered in excess of $6 billion in settlements on behalf of the plaintiff class.

- **In re Polyurethane Foam Antitrust Litigation,** *Court File No. 10-md-2196-JZ (N.D. Ohio).* Reinhardt Wendorf & Blanchfield served as class counsel in this antitrust class action alleging violation of federal antitrust laws. The plaintiff class recovered over $275,500,000 in settlements.

# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Kate M. Fogarty_____ , Clerk of this Court, certify that _____Roberta A. Yard_____ , Bar # _____322295_____ , was duly admitted to practice in this Court on _____11/22/2002_____ , and is in good standing as a member of the Bar of this Court.

Dated at _____St. Paul, Minnesota_____ on _____01/17/2023_____
             (Location)                                    (Date)

Kate M. Fogarty
CLERK

Kern O Adami
DEPUTY CLERK