Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

*Counsel for Plaintiffs*
Miyoshi Morrow, Tracy Spradlin, and Rachel Perry

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>(This Document Relates to All Case) | Case No.: 8:22-ML-3052-JVS(KESx)<br><br>**APPLICATION FOR APPOINTMENT OF ROLAND TELLIS TO PLAINTIFFS' LEADERSHIP COMMITTEE**<br><br>Date: February 7, 2023<br>Time: 9:00 a.m.<br>Place: 411 W. Fourth Street<br>       Santa Ana, CA 92701<br>       Courtroom 10C<br><br>Hon. James V. Selna |

## I. INTRODUCTION

Guided by this Court's Order No. 1: Initial Conference, and pursuant to Fed. R. Civ. P. 23(g), I, Roland Tellis, respectfully request appointment to the Plaintiffs' Leadership Committee (*i.e.* Co-Lead Counsel) in the above-captioned matter. I am a Partner in the law firm of Baron & Budd, P.C. where I manage the Firm's Los Angeles Office and Chair the Firm's Los Angeles-based Consumer Class Action Practice Group. I have more than 27 years of experience in complex, high-profile litigation helping to recover billions of dollars for plaintiffs and class members. I represent Plaintiffs Miyoshi Morrow, Tracy Spradlin and Rachel Perry in *Morrow et al. v. Hyundai Motor America, Inc. et al.*, Case No. 8:22-cv-01674-JVS-(KESx), and several other putative class members.

As described below, I have been at the forefront of automotive defect litigation and have earned the trust of numerous Judges in this District in high-profile class action cases. Most recently, in 2020, I was appointed Co-Lead Counsel by Hon. John A. Kronstadt in *In Re: ZF-TRW Airbag Control Units Products Liability Litigation*, MDL 2905, a nationwide class action involving millions of defective airbag control units in class vehicles around the country. Additionally, Hon. Andrew J. Guilford (Ret.) appointed me Co-Lead Counsel in *In re Wells Fargo Collateral Protection Insurance Litigation*, MDL No. 2797, where I successfully achieved a $423 million common fund settlement in less than 2 years. In granting final approval, Judge Guilford noted, "this level of success reflects in part the skill and experience of class counsel…." (Dkt. 338 at p. 7). Additionally, I was lead counsel in *Aarons v. BMW of North America*, Case No. 2:11-cv-07667-PSG-CW, before the Hon. Philip S. Gutierrez who recognized the "skill displayed by Class Counsel during the litigation of this case…." (Dkt. 152 at p. 26) and lead counsel in *Falco v. Nissan North America, Inc. et al.*, Case No. 2:13-cv-00686-DDP-MAN, before the Hon. Dean D. Pregerson (Ret.), where I successfully defeated a personal jurisdiction challenge by Nissan's Japanese parent company and

obtained class certification of all the claims asserted against Nissan U.S.A and Nissan Japan.

From the outset of this case, I have worked collaboratively with other plaintiffs' counsel to share information and ideas to effectively prosecute and resolve this case. Indeed, I argued this case before the Judicial Panel on Multidistrict Litigation and advocated for transfer and coordination of the cases to the Central District of California.

A common thread in my Firm's history of success in MDLs is a well-managed leadership structure populated by talented lawyers who are committed to efficiency and collaboration. In this regard, I believe the Leadership Committee here should recognize the desire for efficiency, balanced against the financial and professional resources necessary to effectively litigate this matter, and the goal of achieving diversity among counsel. I have worked with Initial Conference Counsel Steve Berman on several class action cases, both in and out of the automotive arena. Of course, if selected by the Court, I commit to working with any group of lawyers appointed by this Court to achieve the best possible outcome for the putative class.

I stand ready to prosecute this case immediately.

## II. MY APPLICATION READILY SATISFIES THIS COURT'S CRITERIA FOR APPOINTMENT

As discussed in detail below, my appointment readily satisfies the Court's criteria for leadership as well as the Rule 23(g) factors for selecting class counsel, which overlap significantly with this Court's criteria.

### A. Knowledge and Experience in Prosecuting Complex Litigation, Including Class Actions

As detailed in my resume attached as Exhibit A, I have a long history of prosecuting high profile and complex litigation involving automobile product defects, including against Hyundai and Kia. Through this experience, I have gained unique and substantial knowledge of the legal and factual defenses, as well as critical class

certification issues, likely to be raised in this case. A representative sample of my personal experience in automotive cases includes the following matters:

- Appointed Co-Lead Counsel in *In Re: ZF-TRW Airbag Control Units Products Liability Litigation,* C.D. Cal. Case No. 2:19-ml-02905-JAK-PLA, a multi-state class action involving millions of defective airbag control units. (Hon. John A. Kronstadt)

- Appointed to the Plaintiffs' Steering Committee in *In Re: Takata Airbag Products Liability Litigation*, S.D. Fla. Case No. 15-md-02599-FAM. A multi-state class action involving tens of millions of vehicles equipped with defective airbags. (Hon. Federico A. Moreno).

- Appointed to the Plaintiffs' Steering Committee in *In Re: Volkswagen Clean Diesel Marketing, Sales Practices and Products Liability Litigation*, N.D. Cal. Case No. 3:15-md-02672-CRB. A multi-state class action involving vehicles equipped with software designed to surreptitiously evade emissions regulations. (Hon. Charles R. Breyer).

- Appointed to the Plaintiffs' Steering Committee in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, N.D. Cal. Case No. 3:17-md-02777-EMC. A multi-state class action involving vehicles equipped with software designed to surreptitiously evade emissions regulations. (Hon. Edward M. Chen).

- Co-Lead counsel in *In Re MyFord Touch Consumer Litigation*, N.D. Cal. Case No. 3:13-cv-03072-EMC. A multi-state class action involving vehicles equipped with a defective "infotainment system." (Hon. Edward M. Chen).

- Lead counsel in *Falco et al. v. Nissan North America, Inc.*, C.D. Cal. Case No. 2:13-cv-00686-DDP. A certified multi-state class action involving vehicles equipped with a defective timing chain system. (Hon. Dean D. Pregerson).

- Lead counsel in *Aarons et al. v. BMW*, C.D. Cal. Case No. 2:11-cv-07667-PSG. A multi-state class action involving vehicles equipped with a defective transmission. (Hon. Philip S. Gutierrez).

I helped achieve non-reversionary common fund settlements in virtually all of the above-described automotive defect class actions which were collectively valued in excess of $16 billion.

I have also been fortunate to receive accolades for my work on complex litigation cases, including class actions. In 2018, I was honored with the Daily Journal's 2018 "California Lawyer Attorneys of the Year" award for my role in the *Volkswagen Clean Diesel* MDL and in 2022 I was a finalist for the "Consumer Attorney of the Year" award for my role in the *Southern California Gas Leak* cases. Additionally, in 2005, I received commendation from the U.S. Department of Justice and Federal Bureau of Investigation for assisting them in the successful parallel prosecution of a multi-million-dollar foreign currency Ponzi scheme. I was also invited to speak at the Miami Law Class Action and Complex Litigation Forum where I joined a panel of MDL and JPML judges to address the topics "*MDL: Uniform Rules v. Best Practices*" and "*Ethical Issues in MDL leadership*."

I was also elected to serve on the Board of Governors of the Association of Business Trial Lawyers, appointed by then Chief Judge Consuelo B. Marshall to serve as a Lawyer Representative to the Ninth Circuit Judicial Conference, and appointed by then Chief Judge George H. King (Ret.) to serve on the Board of Trustees for the Central District's Attorney Admission Fund. I am also a member of the Executive Committee of the Los Angeles County Bar Association, and, along the way, I have been named in the *Best Lawyers in America* every year since 2014 and a *Super Lawyer* every year since 2006.

Prior to joining Baron & Budd, I practiced with the international law firms of Bingham McCutchen LLP and Milbank, Tweed, Hadley & McCloy LLP, where I litigated complex cases on behalf of corporate defendants and tried several multi-million-dollar cases to verdict.

**B.     Willingness and Ability to Commit to a Time-Consuming Process**

I frequently engage in complex and, where necessary, protracted litigation demanding tremendous commitments of time and resources. I do so to protect the rights of consumers against some of the largest companies in the world. My Firm and I are fully committed to make the necessary investment here. If selected by the Court, I will commit the necessary time, energy and financial resources to this case, making it a matter of my highest priority. Indeed, my practice is dedicated to cases like this. In addition to the above-described automotive defect class action litigation, a representative sample of my personal experience in other MDL cases includes the following matters:

- Appointed Co-Lead Counsel in *In Re Wells Fargo Collateral Protection Insurance Litigation*, C.D. Cal. Case No. 8:17-ml-02797-AG-KES, a multi-state class action involving force-placed automobile collateral protection insurance. In less than 2 years, I successfully negotiated a $423 million non-reversionary common fund settlement, which provided payments to consumers without the need for claim forms or documentary proof.

- Appointed to the Plaintiffs' Executive Committee in *In re: National Prescription Opiate Litigation*, N.D. Ohio, Case No. 1:17-md-02804-DAP, a multi-state mass tort action filed by governmental entities against the manufacturers and distributors of opioids widely believed to be the largest MDL case in U.S. history. I helped achieve a $26 billion settlement with three opioid distributors.

- Appointed to the Plaintiffs' Steering Committee in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, a multi-state mass tort action filed against Meta Platforms, Instagram, TikTok, ByteDance, YouTube, Google and Alphabet alleging that defendants' social media platforms are defective because they are designed to encourage addictive behavior in adolescents.

- Appointed Co-Chair of the Plaintiffs' Steering Committee for the Class Action Track in the *Southern California Gas Leak* cases,

JCCP No. 4861, a class action involving the largest methane gas leak in U.S. history. I helped achieve a $40 million non-reversionary common fund settlement.

I assure the Court that none of the above-described litigation matters, if active, will cause me to delegate my principal duties here or prevent me from devoting the time necessary to vigorously litigate this case.

### C. Ability to Work Cooperatively with Others

I have a long and established history of working collaboratively with others to successfully litigate complex class actions. Indeed, I take pride in my record of cooperative work with other counsel. Recent examples of this include the *ZF-TRW* MDL, where I lead a 13-attorney plaintiffs' steering committee, the *Wells Fargo CPI* MDL, where I led a 4-attorney plaintiffs' steering committee and the *Volkswagen Clean Diesel* MDL, where I served on a 21-attorney plaintiffs' steering committee. Additionally, in the *Takata Airbag* MDL, I worked cooperatively with counsel for seven automaker defendants to ultimately achieve a $1.5 billion settlement. My colleagues, my adversaries and I understand and appreciate each other's skills, and are adept at working together to achieve outstanding results. To be sure, I make it a practice to adhere to the requirements of professionalism described in the *Manual for Complex Litigation*, Fourth § 10.21.

Additionally, if selected by the Court, I will ensure that all non-leadership plaintiffs' counsel are kept updated as the case progresses through periodic conference calls and email updates by members of the leadership team or any Court-appointed liaison counsel. In addition, I have found it helpful in MDL cases like this for the parties to file periodic joint status reports on the Court's docket so all lawyers representing plaintiffs in the case are kept apprised of developments in the litigation. Indeed, I have instituted these procedures in my other MDL appointments and have a proven record of working collaboratively with many of the other lawyers who have appeared in this action.

Finally, if selected to the Leadership Committee, I will ensure that the leadership group adheres to a Court-approved protocol for recording common benefit work which will require, among other things, that all counsel who wish to be compensated for their work on behalf of all Plaintiffs keep contemporaneous and detailed billing records for all assigned work, avoid duplication of work and unnecessary or inefficient practices and submit monthly time and expense records in a prescribed format designed to monitor the cost of litigation and eliminate unreasonable billing practices.

**D.     Access to Sufficient Resources to Prosecute this Case**

My Firm has the resources and personnel necessary to vigorously pursue a complex case of this magnitude. Indeed, Baron & Budd is one of the oldest and most successful plaintiffs' firms in the country and has recovered tens of billions for its clients. Since Baron & Budd was founded in 1977, it has achieved national acclaim for its work on cutting-edge litigation, including:

- In 2014, Baron & Budd was named by the *National Law Journal* as one of America's "Elite Trial Lawyers."

- In 2002-2006, 2008, 2011-2013, Baron & Budd was named to the *National Law Journal's* "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States.

- In 2006, the non-profit *Public Justice* named a team of Baron & Budd attorneys "Trial Lawyer of the Year."

- In 2004, *American Lawyer* named Baron & Budd one of the sixteen most successful plaintiffs' firms in the country.

We have more than 100 lawyers and 200 support staff, including paralegals and technical support personnel, in our offices across the country, including in Los Angeles, Dallas, Baton Rouge, New Orleans, San Diego, Chico, and Washington, D.C. Additionally, although my Firm has handled, and is handling, some of the most complex MDL cases in the country, we do not rely on third party litigation funding sources and will not do so in this case.

### III. CONCLUSION

For all the foregoing reasons, I respectfully request that the Court appoint me as a member of the Plaintiffs' Leadership Committee. I submit that my application satisfies all of the Court's criteria and the criteria set forth in Federal Rule 23(g). If selected by the Court, I will, without hesitation, vigorously represent the millions of putative class members who have been harmed by the Defendants' alleged conduct.

Dated: January 23, 2023              Respectfully submitted,

/s/ Roland Tellis

**BARON & BUDD, P.C.**
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698