# EXHIBIT A

**BARON & BUDD, P.C.®**

| www.baronandbudd.com | 15910 Ventura Blvd., Suite 1600 | Encino, CA 91436 |

Tel: 818.839.2320
Fax: 818.986.9698



## ROLAND TELLIS BIOGRAPHY

**Roland Tellis** is the Chair of Baron & Budd's Los Angeles-based Class Action Practice Group and co-manages the firm's Los Angeles office. His practice focuses on complex, high-profile litigation, including consumer class actions, financial fraud, business torts, corporate misconduct, automobile defects, securities fraud and environmental contamination. He has held leadership roles in numerous multi-district, complex class action cases, including:

- Appointed Co-Lead Counsel in *In re: ZF-TRW Airbag Control Units Products Liability Litigation*, a multi-state class action involving millions of defective airbag control units.

- Appointed to the Plaintiffs' Executive Committee in *In re: National Prescription Opiate Litigation*, a multi-state mass tort action filed by governmental entities against the manufacturers and distributors of opioids widely believed to be the largest MDL case in U.S. history. Achieved a $26 billion settlement against three opioid distributors and an opioid manufacturer.

- Appointed to the Plaintiffs' Steering Committee in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, a multi-state mass tort action filed against Meta Platforms, Instagram, TikTok, ByteDance, YouTube, Google and Alphabet alleging that defendants' social media platforms are defective because they are designed to encourage addictive behavior in adolescents.

- Appointed Co-Lead Counsel for the Class Action Track in *Southern California Gas Leak Cases*, a coordinated class action filed by property owners against a gas utility for causing the largest natural gas leak in U.S. history. Achieved a $40 million non-reversionary common fund settlement for area residents.

- Appointed Co-Lead Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation*, a nationwide class action case involving forced-placed automobile collateral protection insurance. Achieved a $423 million non-reversionary common fund settlement which provided payments to consumers without the need for claim forms or documentary proof.

**BARON & BUDD, P.C.**

- Appointed to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, a multi-state class action involving hundreds of thousands of vehicles equipped with "defeat devices" designed to evade emissions laws. Achieved a settlement worth more than $14.5 billion.

- Appointed to the Plaintiffs' Steering Committee in *In re: Takata Airbag Products Liability Litigation*, a multi-state class action involving millions of vehicles equipped with a defective airbag inflator resulting in the largest automotive recall in U.S. history. Achieved a $1.5 billion settlement against seven automaker defendants.

- Appointed to the Plaintiffs' Steering Committee in *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, a multi-state class action involving vehicles equipped with "defeat devices" designed to evade emissions laws. Achieved a settlement worth more than $500 million.

Mr. Tellis has also represented clients in numerous jury trials, including several involving hundreds of millions of dollars. In 2005, Mr. Tellis received commendation from the U.S. Department of Justice and the Federal Bureau of Investigation for his assistance in a successful parallel prosecution of a $120 million securities Ponzi scheme perpetrated by foreign currency traders. Mr. Tellis also represented the owner of a multi-billion-dollar commercial real estate portfolio in a lengthy jury trial over claims of an alleged oral partnership and the Screen Actors' Guild and members of its national board in a leadership battle.

Prior to joining Baron & Budd, Mr. Tellis practiced with the international law firms of Bingham McCutchen LLP and Milbank, Tweed, Hadley & McCloy LLP. There, he litigated complex cases on behalf of corporate defendants and tried multi-million-dollar cases to verdict.

In 2018, Mr. Tellis was honored with the Daily Journal's 2018 "*California Lawyer Attorneys of the Year*" award for his role in the Volkswagen "Clean Diesel" MDL. Mr. Tellis has also been named among the *Best Lawyers in America* every year since 2014, a *Super Lawyer* every year since 2009 and was a faculty member of the Practicing Law Institute and Chair of its annual program entitled "Taking and Defending Depositions." He was elected to serve on the Board of Governors of the Association of Business Trial Lawyers and was appointed to serve as a Lawyer Representative to the Ninth Circuit Judicial Conference. He was the Chair of the United States District Court for the Central District of California's Attorney Settlement Officer Panel Committee and was appointed by the Chief Judge of the Central District of California to the Board of Trustees for the Central District's Attorney Admission Fund. Additionally, Mr. Tellis serves on the Executive Committee of the Los Angeles County Bar Association. Along the way, Mr. Tellis has devoted time to the pro bono representations of indigent clients and has mentored young lawyers and law students in association with the South Asian Bar Association.

**BARON & BUDD, P.C.**

**FIRM OVERVIEW**

Baron & Budd, P.C. is among the oldest, largest and most accomplished plaintiffs' law firms in the country. With approximately 100 attorneys and more than 200 support personnel, including technical experts, in offices in Dallas, Baton Rouge, New Orleans, Los Angeles, San Diego, Chico and Washington D.C., Baron & Budd has the expertise and resources to handle complex litigation throughout the United States. Baron & Budd has garnered national acclaim for its complex litigation work and has recovered tens of billions for its clients.

Since the Firm was founded in 1977, Baron & Budd has achieved national acclaim for its work on cutting-edge litigation, including:

- In 2014, Baron & Budd was named by the National Law Journal as one of *America's Elite Trial Lawyers*.

- In September 2010, Baron & Budd was one of only four firms chosen to serve on both the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee of the *Deepwater Horizon Gulf Oil Spill* Multi-District Litigation.

- In August 2010, Baron & Budd was retained by the State of Louisiana to provide counsel to the State's designated Trustees in connection with issues related to the Deepwater Horizon oil spill.

- In 2002-2006, 2008, 2011-2013, Baron & Budd was named to the *National Law Journal*'s "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States.

- In 2004, *American Lawyer* named Baron & Budd one of the sixteen most successful plaintiffs' firms in the country.

- In 2006, the non-profit Public Justice named a team of Baron & Budd attorneys "Trial Lawyer of the Year" for their work on litigation that spanned 21 years, involved over 1,600 plaintiffs, and resulted in a total recovery of more than $150 million.

- In 2007, Budd & Baron was honored with the Wiedemann Wysocki National Finance Council Award from the American Association for Justice in recognition of its commitment to the legal profession and its efforts to improve the civil justice system.

- In 2009, Baron & Budd was a finalist for the Public Justice Trial Lawyer of the Year Award for its recovery of more than $400 million on behalf of more than 150 municipalities from 17 states and for its bank overdraft fee class action litigation.

- Baron & Budd has been repeatedly selected by The Legal 500 as one of the country's premier law firms in mass tort claims and class action litigation.

Additional information about Baron & Budd is available at www.baronandbudd.com.