# Exhibit A



# JAMES BARTON'S BIOGRAPHY



James Barton is the founding shareholder of Barton Legal S.C., a dynamic litigation boutique that was founded in 2018 and which was been recognized since 2020 by the *U.S. News & World Report* in its list of "Best Law Firms" in Milwaukee for the firm's work in commercial litigation. Prior to founding his own firm, Mr. Barton was a partner at Hansen Reynolds LLC, a premier litigation boutique with offices in three states. Prior to his time at Hansen Reynolds, Mr. Barton was an associate in the litigation practice group at Michael Best & Friedrich LLP, one of Wisconsin's oldest and largest law firms.

Mr. Barton concentrates his practice on aggressively litigating complex commercial disputes venued in state and federal courts across the United States. Regardless of how or where a dispute arises, Mr. Barton's approach to each matter remains the same: what constitutes a "win," what is needed to achieve that win, and what will it cost to make that goal a reality? This type of common-sense lawyering has earned Mr. Barton the trust and respect of his clients; not only as a litigator, but as a trusted advisor on whom his clients rely to offer prudent advice and pragmatic solutions to the myriad legal issues they face.

## ADMISSIONS

*State Bar Admissions*

- Wisconsin
- Colorado

*Federal Court Admissions*

- Supreme Court of the United States
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Southern District of Illinois
- U.S. District Court for the Northern District of Ohio
- U.S. District Court for the Eastern District of Wisconsin
- U.S. District Court for the Western District of Wisconsin

## AWARDS

- Recognized as a "Super Lawyer" in Business Litigation by *Wisconsin Super Lawyers*® (2020-present)
- Selected for inclusion by *The Best Lawyers in America*® in the commercial litigation practice area (2019-present)



- Recognized as a "Rising Star" in Business Litigation by *Wisconsin Super Lawyers®* (2013-2019)

**EDUCATION**

- Marquette University Law School (J.D., 2008)
- University of Colorado (B.S., 2005)

**PROFESSIONAL EXPERIENCE**

- Lead counsel for the plaintiff in multi-million-dollar dispute concerning defendants' alleged failure to comply with the parties' asset purchase agreement and which further implicates various business tort claims. *See BDH, LLC v. Outdoor Product Innovations, Inc. et al.*, Case No. 2:21–cv–00770 (E.D. Wis.) (currently pending).

- Represented putative class of travelers who were denied refunds from their travel agency for pre-paid vacations that were cancelled because of the COVID-19 pandemic; the case settled pre-suit under confidential terms that recouped the vast majority of the clients' advanced payments.

- Lead counsel for general contractor in a fee dispute against owner and various lending institutions following the successful completion of a multi-million-dollar construction project to improve the clubhouse at one of Wisconsin's premier golf courses; the case settled under favorable terms following Mr. Barton's assertion of a novel "marshaling of assets" claim to preserve his client's right to the collateral over which it had asserted a lien vis-à-vis other secured lenders. *See 12 Gauge Construction, LLC v. Hawks Golf Land, LLC et al.*, Case No. 2020-CV-000326 (Dane County Circuit Court)

- Lead counsel for the plaintiff in a multi-million-dollar shareholder oppression dispute concerning his interest in one of the country's largest independent insurance agencies; after eighteen months of litigation and a series of favorable depositions, Mr. Barton defeated defendants' case-dispositive motion, which sought dismissal of the entire suit; the case settled weeks later under terms extremely favorable to his client. *See McClone v. Brenn et al.*, Case No. 2018-CV-000203 (Winnebago County Circuit Court).

- Lead counsel to a North American machine tool distributor in an international arbitration against a Korean manufacturer with more than $10MM in dispute, which was pending before JAMS International and settled under favorable terms; in prior litigation before the Eastern District of Wisconsin, Mr. Barton obtained a permanent injunction to halt a parallel foreign arbitration that the manufacturer initiated before the Korean Commercial Arbitration Board in Seoul, Korea. *See Dynamic Intl of Wisconsin, Inc. v. SMEC CO., LTD.*, Case No. 2:18–cv–582 (E.D. Wis.).

- Lead counsel for a French client seeking recognition of a foreign judgment that it obtained against a Wisconsin company in France; the Eastern District of Wisconsin ultimately recognized the French Judgment as valid in the United States to allow the French client to initiate collection activities. The Wisconsin Lawyer later named this case one of the "Top 9 Recent Wisconsin Federal Court Decisions" in 2018, given the novel issues of international law that were previously unaddressed in Wisconsin. *See*



*Societe D'Amenagement et de Gestion de L'Abri Nautique v. Marine Travelift, Inc.*, Case No. 16-CV-785 (E.D. Wis.).

- Lead counsel for the plaintiff in a shareholder dispute concerning the value of a leading luxury brand; Mr. Barton first-chaired the private, four-day arbitration where he was responsible for handling all motion practice, cross-examining the lead defendant, and examining numerous experts; following the hearing, the panel issued a $5MM arbitration award in favor of Mr. Barton's client, which was dramatically in excess of the amount proffered by defendants and their experts.

- Obtained dismissal on the pleadings of a breach of contract suit against an Illinois-based client on personal jurisdiction grounds, which was nominated as one of the "Top 10 Recent Wisconsin Federal Court Decisions" in the December 2017 edition of the Wisconsin Lawyer. *See Healthfuse LLC v. CDH-Delnore Health Sys.*, No. 16-cv-560-pp, 2017 WL 927624 (E.D. Wis. Mar. 8, 2017).

- Represented Milwaukee Brewer, Ryan Braun, in a lawsuit against his former friend who asserted claims against Mr. Braun for breach of contract, fraud, and defamation; Mr. Barton briefed and argued numerous motions before the court, including the motion that resulted in the dismissal of all claims against his client; Mr. Barton also successfully defended the appeal, which affirmed the trial court's dismissal order. *See Sasson v. Braun*, 2015 WI App 58, *review denied*, 2016 WI 2.

- Successfully defended one of the Unnamed Movants in the State's *John Doe II* Investigation, which was halted and declared unconstitutional by the Wisconsin Supreme Court; the arguments advanced in Mr. Barton's briefing to the court were then adopted and codified into law by the Wisconsin Legislature. *See State ex rel. Two Unnamed Petitioners v. Peterson*, 2015 WI 85, *cert. denied*, 137 S. Ct. 77 (2016); Wis. Stat. § 968.26(5)(c) (codifying the Fourth Amendment's neutral-and-detached magistrate requirement into the John Doe statute to prevent John Doe Judges from unilaterally issuing search warrants in the criminal inquests they oversee).

- Integral member of the litigation and trial team that represented a Native American Tribe and its casino in a multi-fora $90MM dispute stemming from a failed bond transaction, which was pending for eight years in the Western District of Wisconsin (twice), the Seventh Circuit Court of Appeals (twice), the Lac Du Flambeau Tribal Court, and the Waukesha County Circuit Court; after multiple bond documents were declared void under the Indian Gaming Regulatory Act, 25 U.S.C. § 2701, *et seq.*, the remaining aspects of the case were slated for a seven-week jury trial before the Waukesha County Circuit Court; Mr. Barton successfully briefed and argued numerous pre-trial motions, including two *Daubert* motions that preserved the testimony of his clients' liability and damages experts; the case settled during *voir dire* following these rulings under terms extremely favorable to his clients. *See Saybrook Tax Exempt Investors LLC et al. vs. Lac Du Flambeau Band Of Lake Superior Chippewa Indians et al.*, Case No. 2012-CV-000187 (Waukesha County Circuit Court).



- Lead counsel for a national transportation company in a contract dispute venued in the Northern District of Ohio; after obtaining dismissal of many of the plaintiff's claims on a motion to dismiss, the matter was settled out of court under extremely favorable terms to the client. *See Amrate, LLC v. AIM Brokerage Services, LLC et al.*, Case No. 1:17-cv-00676-SO (N.D. Ohio).

- Member of trial team that secured a complete defense verdict in a complex product-liability dispute venued in Volusia County, Florida with nearly $1MM in dispute; Mr. Barton handled all motion practice and examined numerous witnesses at trial. *See MSC Waterworks Company, Inc., f/k/a Mainline Supply of Florida, LLC v. Masci Corporation, et al.*, Case No. 2012-31274-CICI (Volusia County Circuit Court).

- Member of trial team that secured a complete defense verdict in a U.C.C. case involving commodities futures; Mr. Barton cross-examined the principal plaintiff. *See Alsum et al. v. Didion Inc.*, Case No. 2012-CV-197 (Columbia County Circuit Court).

- Obtained dismissal on the pleadings of a lawsuit brought by a corporate plaintiff against its former employee alleging violations of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961 *et seq. See Centec, LLC v. Plutshack*, Case No. 15-C-1401, 2016 WL 3645184 (E.D. Wis. June 30, 2016).

- Obtained dismissal on the pleadings of a patent infringement lawsuit against a technology client on personal jurisdiction grounds. *See Sonic Foundry, Inc. v. Astute Tech., LLC*, Case No. 13-CV-00087, 2013 WL 6148111 (W.D. Wis. Nov. 22, 2013).

- Represented the plaintiff in a defamation and business tort case against Carfax, Inc.; following the court's denial of Carfax's motion to dismiss, *see* 2012 WL 2597915, the parties engaged in extensive discovery and the case settled under favorable terms to the client. *See Experian Info. Sols., Inc. v. Carfax, Inc.*, No. 11 CV 08927 (N.D. Ill.).

- Represented the principal defendant in a product-liability suit venued in the Central District of California with over $1MM in dispute; Mr. Barton handled all pleadings, depositions, motion practice, and the mediation, which resolved the matter under terms extremely favorable to his client. *See Abrica v. Grob, Inc.*, Case No. 2:10-cv-03424 (C.D. Cal.).

- Argued before the Seventh Circuit Court of Appeals in connection with the *pro bono* representation of a criminal defendant to challenge the sentence he received for his role in an international fraud conspiracy. *See United States v. Cerna et al.*, 676 F.3d 605 (7th Cir. 2012).