Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
Shelby Serig (*Pro Hac Vice* to be filed)
sserig@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Samuel J. Strauss
Raina C. Borrelli
Brittany Resch
**TURKE STRAUSS, LLP**
613 Williamson Street, Suite 100
Madison, WI 53703
Telephone: (608) 237-1775
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

Steven A. Donner
Thomas R. Applewhite
**DONNER APPLEWHITE,**
**ATTORNEYS AT LAW**
906 Olive Street, Suite 1110
St. Louis, MO 63101
Telephone: (314) 240-5350
steve.donner@da-lawfirm.com
tom.applewhite@da-lawfirm.com

*Attorneys for Plaintiff STEVEN C. HUFFORD and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 8:22-ml-03052-JVS (KESx)<br><br>**APPLICATION OF MICHAEL F. RAM, HEAD OF MORGAN & MORGAN'S CLASS ACTION AUTOMOTIVE LITIGATION, FOR APPOINTMENT TO AN EXECUTIVE COMMITTEE**<br><br>Date: February 7, 2023<br>Time: 9:00 a.m.<br>Place: 411 W. Fourth Street<br>     Santa Ana, CA 92701<br>     Court Room 10C |

Michael Ram respectfully submits this application for the Plaintiffs' Leadership Committee, as a member of an executive committee or an expert discovery subcommittee. He has four decades of experience in consumer class actions, including numerous vehicle defect class actions. He has tried several class actions to a successful verdict or judgment, in the course of which he has examined numerous expert witnesses at trial. This experience, combined with Morgan & Morgan's unparalleled resources, his commitment to devoting whatever time it takes to this litigation and his collegial approach, make Mr. Ram an excellent leadership candidate.

As head of Morgan & Morgan's Class Action Consumer Products & Automotive Litigation, Mr. Ram has been actively involved in this case and has consulted various experts. He has formed a diverse team of attorneys with comprehensive expertise in consumer class actions, including car class actions. As counsel for Plaintiff Steven C. Hufford, he has collaborated with Samuel J. Strauss of Turke & Strauss LLP, Brian Murray of Glancy Prongay & Murray LLP and Steve Donner of Donner Applewhite, each of whom supports his candidacy.

## I. Michael F. Ram's Relevant Experience[1]

After graduating from Harvard Law School with honors in 1982, Mr. Ram began his career in complex litigation at Morrison & Foerster. While there, he co-tried *Nat'l Assoc. of Radiation Survivors v. Walters* ("*NARS*"), No. 83-c-1861-MHP (N.D. Cal.), a class action against the Veterans Administration brought by veterans suffering from radiation-related cancers. His involvement in that trial included, among other things, extensive work with scientific and legal experts. For that trial, he was co-named a 1992 Trial Lawyer of the Year by Public Justice.

In 1993, Mr. Ram joined Lieff, Cabraser, Heimann & Bernstein and worked closely with Elizabeth Cabraser, representing plaintiffs in major consumer class actions. Two such cases, *Naef v. Masonite*, CV944033 (Ala. Cir. Ct. Mobile County) and *Cox v. Shell Oil*,

---

[1] Michael F. Ram's resume is attached to this application as Exhibit A.

Civ. CA. 18,844 (Obion County Chancery Ct., Tenn.), resulted in class recoveries exceeding one billion dollars. He also litigated numerous vehicle class actions, including *In re Gen. Motors Corp. Pick-Up Truck Fuel Tank Prod. Liab. Litig.*, MDL No. 961, and others.

In 1997, he co-founded Levy, Ram & Olson. This small firm achieved significant success by collaborating effectively with numerous co-counsel. In addition, Mr. Ram worked closely with liability and damages experts for many consumer class actions. After 40-plus years of litigating complex cases in California, he has developed professional relationships with a roster of well-qualified, experienced experts. As noted above, Mr. Ram's ability to collaborate meaningfully with co-counsel has been critical to his litigation successes. In fact, he has successfully co-counseled with several of the lawyers in this litigation including, years ago, Steve Berman.

An overview of Mr. Ram's notable vehicle defect cases, many of which have resulted in favorable legal precedent and all of involved experts, includes:

- *Chamberlan v. Ford Motor Co.*, 402 F. 3d 952 (9th Cir. 2005). A class was certified in this case, which stemmed from Ford's material omissions regarding defective manifolds. The Ninth Circuit upheld certification, underscoring that review of district courts' certification rulings should be a "rare occurrence." Ultimately, a national settlement was reached in this case, which generated four published opinions and has established the Ninth Circuit standard for Rule 23(f) review. Mr. Ram's work with experts (including a former Ford engineer, an auto mechanics teacher, and a damages expert) was crucial to securing a settlement one court day before the trial.

- *Fox v. Nissan*, No. CGC-09-490470 (San Francisco Super. Ct.). A national class settlement was achieved in this case, which stemmed from the use of faulty engine power valve screws.

- *Milligan v. Toyota Motor Sales, U.S.A., Inc.*, No. C09-05418-RS (N.D. Cal.). This class settlement involved a national class of 235,000 owners of Toyota RAV-4 vehicles, which suffered defects in the transmission and electronic control modules.

- *Banks v. Nissan N. Am., Inc.*, 301 F.R.D. 327 (N.D. Cal. 2013). This case involved a certified class of CLRA and UCL claims, which stemmed from defective electronic components in the antilock braking system and resulted in a class settlement.

APPLICATION OF MICHAEL F. RAM FOR APPOINTMENT TO AN EXECUTIVE COMMITTEE

No. 8:22-ml-03052-JVS (KESx)

- *Rosenberg v. U-Haul*, No. CV-144045 (Santa Cruz Super. Ct.). Mr. Ram co-tried this consumer class action for false and deceptive conduct to a successful judgment.

- *Falk v General Motors Corp.*, 496 F. Supp. 2d 1088 (N.D. Cal. 2007) which became *In re Gen. Motors Corp. Prod. Liab. Litig.,* MDL No. 1896 (W.D. Wash.). In this case, I was co-lead in a successful defective speedometers class case which provided for repairs on behalf of the class.

- *Amico v. Gen. Motors Corp.,* No. 2004-092816 (Maricopa County Ariz. Super Ct.). In *Amico*, M. Ram worked with automotive, materials science, and damages experts to achieve a positive resolution for the class.

- *Gross v. Mobil Oil Corp.*, No. 95-cv-01237 (N.D. Cal., Filed April 12, 1995). This matter involved a national class of pilots with defective engine oil. Here, Mr. Ram collaborated with a rocket scientist and other experts to obtain a favorable classwide settlement.

- *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 1998). The Ninth Circuit upheld certification for settlement in this vehicle defect case. It is often cited for class certification and settlement approval.

- *Spindler v. Gen. Motors, LLC*, WHO, 2022 WL 2905232 (N.D. Cal. July 21, 2022). This case involved allegations that vehicles would display "Shift to Park" in error and would accordingly not allow the vehicle to be turned off. Judge Orrick largely denied GM's motion to dismiss consumer protection and warranty claims, holding that the Plaintiffs "plausibly allege that this defect poses a safety hazard."

In addition to his experience litigating vehicle class actions, Mr. Ram has successfully litigated many other safety cases. He was appointed to leadership roles in several of these cases:

- *In Re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Prod. Litig.,* MDL No. 3014. Philips recalled millions of its CPAP, Bi-PAP, and mechanical ventilator devices because of health risks from defective polyester-based polyurethane (PE-PUR) sound-reducing foam liner. The foam is alleged to degrade and release black particles and toxic chemicals into device air pathways that can cause negative health effects. In 2022, Mr. Ram was selected from among 75 applicants as a member of the Executive Committee and a co-chair of Law and Briefing. Mr. Ram has worked closely with his mentee, Inez Ross, from the Leadership Development Committee.

- *Keilholtz v. Lennox Hearth Prod., Inc.*, 268 F.R.D. 330 (N.D. Cal. 2010). In *Keilholtz*, the court certified a national class of owners of dangerous glass pane gas fireplaces. This case resulted in industry-wide implementation of safety screens to prevent toddlers from being burned.

- *Phillips v. Regal Lager, Inc.*, 2017 WL 2838735 (N.D. Cal. Nov. 27, 2017). This matter stemming from defective infant carriers settled shortly before trial. The outcome contributed to BabyBjörn's redesign of its carriers so that smaller babies would not slip through the leg holes and suffer serious injuries.

- *McAdams v. Monier, Inc.*, 182 Cal. App. 4th 174 (2010). This matter involved a class trial requiring the expert opinions and testimony of materials scientists, a damages expert and a statistician. The verdict in favor of the class was reinstated upon appeal, and the case settled for $44 million.

- *Gold v. Lumber Liquidators, Inc.*, 323 F.R.D. 280 (N.D. Cal. 2017). Here, Mr. Ram briefed and argued successful certification of classes for six states. The case settled shortly before trial on a national basis.

- *In re Kitec Plumbing Sys. Prod. Liab. Litig.,* MDL No. 2098, No. 09-MD-2098 (N.D. Texas). Mr. Ram was appointed to a leadership position in this MDL, which stemmed from defective plumbing systems installed in more than 225,000 homes. This matter ultimately settled for $125 million.

As in the above-listed matters, Mr. Ram is committed to devoting whatever time and money it takes to see this case through to a successful resolution.

## II. Morgan & Morgan's Resources, Depth, Diversity and Experience

In 2020, Mr. Ram joined Morgan & Morgan ("M&M") as head of Class Action Consumer Products & Automotive Litigation. M&M is the nation's largest contingency-only Plaintiffs' firm, with more than 50 offices in 42 states. Because of this geographic diversity, M&M can assist class members regardless of where they reside and provide "boots on the ground" wherever needed. The firm has over 800 lawyers, and more than 3,000 non-lawyer employees. Among its lawyers are former state attorneys general, and present and former members of various state legislatures. Morgan & Morgan has a dedicated Complex Litigation Group staffed with lawyers, paralegals, and retired FBI agents serving as investigators committed to representing consumers in complex litigation,

4

MDL proceedings, and class action cases throughout the country. Furthermore, the firm maintains the newest technology for document management, e-discovery and legal research. Because of M&M's ability and readiness to take cases to trial and our extensive class action expertise and ample resources, the firm has undertaken many of the most significant cases in the U.S. As a result, the firm annually recovers over $1 billion, rendering M&M well capable of self-funding this litigation.

In addition to M&M's resources, Mr. Ram also brings those firms supporting his candidacy, Turke & Strauss LLP (offices in Madison, Wisconsin, Chicago and Minneapolis), Glancy, Prongay & Murray LLP (offices in California and New York), and Donner Applewhite (based in St. Louis, Missouri). Each of these class action-focused firms is highly capable in its own right. As for Morgan & Morgan, we have assembled an experienced, diverse, and capable team that includes attorneys Marie N. Appel, Shelby Serig, Kenya Reddy, and Ra Amen, and recent law graduate, Abraham Barkhordar. Our diverse team includes accomplished lawyers with diversity in terms of age (*i.e.*, an attorney with over 40 years of class action experience, junior partners and senior associates who can independently handle substantive tasks in this litigation, and a recent law school graduate) gender, race, and sexual orientation. These diverse viewpoints bring valuable perspective to this case, which benefits the class. If chosen for a leadership position in this matter, Mr. Ram will continue to prioritize diversity and inclusion.

Dated: January 23, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Michael F. Ram*
　　　　　　　　　　　　　　　　　　　　　　Michael F. Ram

　　　　　　　　　　　　　　　　　　　MORGAN AND MORGAN
　　　　　　　　　　　　　　　　　　　COMPLEX LITIGATION GROUP
　　　　　　　　　　　　　　　　　　　Michael F. Ram
　　　　　　　　　　　　　　　　　　　mram@forthepeople.com
　　　　　　　　　　　　　　　　　　　711 Van Ness Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94102

5

Telephone (415) 358-6913

*Counsel for Plaintiff Steven C. Hufford*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

By: _/s/ Michael F. Ram_
Michael F. Ram