# EXHIBIT A

 **Michael F. Ram** is a consumer class action lawyer at Morgan & Morgan Complex Litigation Group, where he is the Head of Class Action Consumer Products & Automotive Litigation. Backed by 40 years of experience, Michael has served as co-lead counsel numerous national and statewide consumer class actions. He pursued his legal education at Harvard Law School and was awarded his Juris Doctor with honors in 1982. He attended Cornell University as an undergraduate, where he majored in government and obtained a Bachelor of Arts magna cum laude in 1979. Mr. Ram is named 2022's Top 50 Lawyers in America. He was also a co-recipient of the Trial Lawyer of the Year Award given by Trial Lawyers for Public Justice in 1992, for *National Association of Radiation Survivors v. Walters*, No. 83-c-1861 (N.D. Cal.) (tried to class-wide judgment on remand from Supreme Court). Mr. Ram recently settled the matter of *McAdams v. Monier, Inc*., 182 Cal. App. 4th 174, which he tried to a class verdict and defended on appeal for a $44 million resolution.

From 1993 through 1997, Mr. Ram was with Lieff, Cabraser, Heimann and Bernstein where he represented plaintiffs in several major class actions, including *Cox v. Shell*, Civ. No. 18,844 (Obion County Chancery Court, Tenn.) with a national class of six million owners of property with defective polybutylene plumbing systems; *In re Louisiana-Pacific Inner-Seal Litigation*, No. 95-cv-879 (D. Oregon) (co-lead counsel) national class of homeowners with defective siding; ABS Pipe Litigation, Cal. Judicial Council Coordination Proceeding No. 3126 (Contra Costa County) national class of homeowners.

In 1997, Mr. Ram founded Levy, Ram & Olson. He was co-lead counsel in many consumer class actions including a national class of half a million owners of dangerous glass pane gas fireplaces in *Keilholtz et al. v. Superior Fireplace Company*, No. 08-cv-00836 (N.D. Cal. 2008). He was co-lead counsel in *Chamberlan v. Ford Motor Company*, No. 03-cv-2628 (N.D. Cal.), a class action involving defective intake manifolds, which generated four published opinions to include one by the Ninth Circuit, 402 F.3d at 950; and settled one court day before the class trial. He was also co-counsel for plaintiffs in a number of other consumer class actions, including: *Falk v GM* 496 F. Supp. 2d 1088 (2007), which became *In re General Motors Corp. Product Liability Lit.* MDL. No. 1896 (W.D. Wash.); *Richison v. American Cemwood Corp*., San Joaquin Superior Court Case No. 005532; *Williams v. Weyerhaeuser*, San Francisco Superior Court Case No. 995787; *Naef v. Masonite,* Mobile County, Alabama Circuit Court Case No. CV-94-4033; *Hanlon v. Chrysler Corp*., 150 F.3d 1011 (9th Cir. 1998); *McAdams v. Monier, Inc.* (2010) 182 Cal. App. 4th 174 (reversing denial of class certification in consumer class action); *Gardner v. Stimson Lumber Co.* (King County Wash. No. 2-17633-3-SEA); *Rosenberg v. U-Haul* (Santa Cruz Superior Ct. No. CV-144045); *In re Google Buzz User Privacy Litigation*, No. 10-cv-00672-JW (N.D. Cal. 2011); *Whitaker v. Health Net of California, Inc., and International Business Machines Corp*, No. 2:11-cv-0910 KJM DAD (E.D. Cal.); *Milligan v. Toyota Motor Sales, U.S.A., Inc.,* No. C09-05418-RS (N.D. Cal.); *In re Kitec Plumbing System Products Liab. Lit.* MDL No 2098, N.D. Texas, No. 09-MD-2098; and *Ehret v. Uber Techs*., Inc., 148 F. Supp. 3d 884 (N.D. Cal. Judge Chen); and *Fowler v. Wells Fargo*, N.D. Cal. No. 3:17-cv-02092-HSG, a class action involving interest charges that settled for $30 million.

From 2017 to 2020, Mr. Ram was a partner at Robins Kaplan LLP. In August 2020, Mr. Ram joined Morgan & Morgan to open a San Francisco office for them. He is currently co-lead counsel in numerous consumer class actions, including *Gold v. Lumber Liquidators*, N.D. Cal. No. 14-cv-05373-RS, a certified

multistate class action involving bamboo floors. He is also currently serving on the Plaintiffs' Steering Committee *In re Philips Recalled CPAP, Bi-Level Pap, And Mechanical Ventilator Products Litigation,* where he is co-chair of the Law and Briefing Committee.

His other practice areas include Contract Litigation, Business Law, Labor and Employment, Overtime and Wages. He is also admitted to practice before the U.S. District Courts for the Northern, Eastern, Central, and Southern Districts of California, the U.S. Courts of Appeals for the 3rd, 9th, and 11th Circuits, and the Supreme Court of the United States. He is a member of the American Association for Justice.