Amanda K. Klevorn (*pro hac vice*)
aklevorn@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

*Counsel for Plaintiffs Amanda Sue Sellers,*
*Nadine Quate Francis, Thomas Benton Harang, Jr.,*
*and Ian Michael Scott in Case No. 8:22-cv-02065-JVS-(KESx)*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>(This Document Relates to All Cases) | Case No. 8:22-ml-03052-JVS-(KESx)<br><br>**APPLICATION OF AMANDA K. KLEVORN FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE AND/OR THE FACT OR EXPERT SUBCOMMITTEE**<br><br>Date: February 7, 2023<br>Time: 9:00 a.m.<br>Place: 411 W. Fourth Street<br>        Santa Ana, CA 92701<br>        Court Room 10C |

I, Amanda K. Klevorn, counsel for Plaintiffs Amanda Sue Sellers, Nadine Quate Francis, Thomas Benton Harang, Jr., and Ian Michael Scott, respectfully submit this

1

**APPLICATION OF AMANDA K. KLEVORN FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE AND/OR THE FACT OR EXPERT SUBCOMMITTEE**

application for appointment to the Plaintiffs' Executive Committee and/or the Fact or Expert Subcommittee.

**I.      I will make a strong edition to the Plaintiffs' leadership group as a member of the Executive Committee and/or the Fact or Expert Subcommittee because of the wide-ranging complex litigation experience I have amassed early in my career, and my ability and willingness to commit sufficient time to the case.**

I would be honored to serve on the Plaintiff's Executive Committee, the Fact Subcommittee, the Expert Subcommittee, or any combination of the three as the Court sees fit. I have represented plaintiffs in complex litigation since I was admitted to the Louisiana bar in 2013. Over the last nine years, I have amassed significant experience in nationwide class actions and multi-district litigation in a variety of practice areas, including antitrust, products liability, and data privacy. As a woman in her 30s practicing in the South, I can also bring a unique perspective to the leadership group and enhance its diversity. I am happy to serve in whatever role will best enable me to make a positive contribution to the case.

**A. The Plaintiffs' Executive Committee.**

The leadership structure proposed by interim lead counsel in the Preliminary Report envisions the creation of a four-member Executive Committee, with each member representing the interests of plaintiffs with different factual circumstances.[1] I currently represent a total of four plaintiffs, who collectively cover two of the four categories. Two of my clients' vehicles were insured when their cars were stolen. In fact, plaintiff Ian Michael Scott's car was stolen <u>twice</u> in a three-month period. I also represent two other

---

[1] Joint Preliminary Report at pp. 1-2: (i) a lawyer that has fleet owners as clients, (ii) a lawyer that has clients with stolen cars and who were insured, (iii) a lawyer that has clients with stolen cars and who did not have insurance, (iv) a lawyer with clients whose cars were not stolen.

clients whose vehicles were not stolen, but who incurred damages as a result of their vehicles' defects, including higher insurance rates and out of pocket expenses for anti-theft devices like steering column locks. I am therefore well positioned to represent the interests of either group of plaintiffs on the Executive Committee in this case.

Interim lead counsel have proposed that members of the Executive Committee may potentially also be appointed to either the Fact Subcommittee or Expert Subcommittee. If so, I respectfully request consideration to serve on one of the subcommittees as well. I have substantial experience working on both fact and expert discovery in a variety of settings and practice areas, including antitrust and data privacy class actions, mass torts, a major reverse condemnation case against the U.S. government, and the ongoing, massive nationwide opioids litigation.

**B. Fact Subcommittee.**

My experience with fact discovery since I started practicing in 2013 has covered a lot of ground, and includes everything from taking the corporate depositions of major U.S. banks in wrongful foreclosure cases in Mississippi, to defending Louisiana homeowner depositions in environmental contamination cases against oil companies, to taking *extremis* depositions in mass tort cases, to handling written discovery and fact sheets for thousands of mass tort plaintiffs in federal and state consolidated proceedings around the country. However, I would like to highlight some of my more recent and notable work in the realm of fact discovery, as follows:

- ***Opioids Litigation*** (17th JDC, Broward County, Florida).

I am currently leading defensive fact discovery on behalf of over 40 hospitals in Florida against the manufacturers, distributors, and retailers of opioids in *Florida Health Sciences Center, Inc. et al. v. Richard Sackler, et al.* (CACE 19-018882). My work has included all aspects of written discovery (fact sheets, initial disclosures, responding to Interrogatories and Requests for Production), document production, ESI discovery (including negotiating ESI search terms), client communication and management, leading

APPLICATION OF AMANDA K. KLEVORN FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE AND/OR THE FACT OR EXPERT SUBCOMMITTEE

meet and confers, motion to compel practice, and arguing at each monthly hearing. In short, I have been responsible for running all aspects of defensive discovery over a 6-month period (the Case Management Order was entered on July 28, 2022 and the substantial completion deadline for fact discovery is currently set for February 16, 2023). The experience of managing the volume of documents and data at issue on behalf of so many plaintiffs over a short period of time has made me a better and more efficient lawyer with top-notch organizational skills.

While I anticipate that I will continue leading defensive fact discovery as the case progresses, the amount of time I need to devote to it will wane as we transition into expert discovery this year. My work will not interfere with or hamper my ability to contribute to this litigation.

- ***EpiPen Antitrust MDL* (D. Kansas).**

I gained extensive fact discovery experience with my work in the *In re Epipen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation MDL* (Case No. 2:17-md-02785-DDC-TJJ). My law firm served as Co-Lead Counsel, and early in the case I was tasked with leading the charge on privilege issues, which involved reviewing the defendants' voluminous privilege logs and raising challenges as needed. As a result of my efforts, which included several rounds of motion practice and oral argument, one of the defendants ultimately withdrew its privilege assertions on several thousand previously withheld documents. While reviewing privilege logs is not the most glamorous work, I appreciate its importance and I know how to review and raise privilege log issues with courts in a streamlined and efficient manner.

Later in the case, I was involved in several additional aspects of fact discovery. I took key depositions of the defendants' employees and attorneys related to the plaintiffs' antitrust pay for delay allegations. I was also a member of the trial team, where I was responsible for deposition designations and ensuing negotiations, mock trial preparation,

4

1   and preparing witness direct and cross examinations. The case ultimately settled shortly
2   before trial.

3   • ***Harvey Upstream*** **(Fed. Cl.).**

4   I have trial experience, including experience preparing and examining fact
5   witnesses at trial. In *In re Upstream Addicks and Barker (Texas) Flood Control Reservoirs*
6   (Sub-Master Docket No. 17-9001L), I prepared and directed the test property plaintiffs at
7   the just compensation trial. The role required a great deal of organization and attention to
8   detail as I had to track and introduce into evidence voluminous records and receipts
9   substantiating the losses sustained by the plaintiffs during Hurricane Harvey, including
10  personal property, repair costs, and other damages.

11  **C. Expert Subcommittee.**

12  I also have a wide variety of expert discovery experience and would be well-suited
13  for a role on the Expert Subcommittee. I defended plaintiffs' antitrust experts' depositions
14  in *EpiPen*, directed plaintiffs' economics expert regarding interest rates at the *Harvey* just
15  compensation trial, worked with plaintiffs' environmental experts in various oil
16  contamination cases, and contributed to various aspects of expert work in several
17  nationwide mass tort cases. My more recent and notable work on expert discovery matters
18  include the following:

19  • ***Blue Cross Blue Shield Antitrust MDL*** **(N.D. Alabama).**

20  My law firm was appointed Settlement Counsel on behalf of the Administrative
21  Services (or Self-Funded) Subclass in the antitrust case *In re Blue Cross Blue Shield*
22  *Antitrust* (Case No. 2:13-cv-20000-RDP). The Subclass retained its own experts to assess
23  the appropriate settlement allocation between the Fully-Insured subscribers and the Self-
24  Funded Subclass. I was involved in all aspects of expert work on behalf of the Subclass,
25  including working with the Subclass's experts as they performed their analysis and
26  prepared their report, gathering and reviewing the materials and data that were necessary
27  for the experts' analysis, preparing the Subclass's experts to testify at the final fairness

28

hearing, helping to prepare cross examinations for certain objectors' experts, and attending the final fairness hearing. The court granted final approval for the $2.67 billion settlement in 2022, making it one of the largest antitrust settlements in history.[2]

- ***Talc MDL* (D. New Jersey).**

My law firm serves on the Executive Committee for the *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation* (Case No. 3:16-md-02738-FLW-LHG). The court ordered the parties to focus exclusively on expert discovery in the first phase of the litigation, and I was closely involved in all aspects of building the plaintiffs' expert work leading up to the *Daubert* hearing. I helped vet potential experts, helped prepare for and attended several experts' depositions, assisted with drafting plaintiffs' *Daubert* opening, opposition, and reply briefs, and helped Lead Counsel and the experts prepare for the *Daubert* hearing. More specifically, I was the lead brief writer on two *Daubert* briefs, both pertaining to the presence of human carcinogens in talc cosmetic products. The court ultimately ruled that the plaintiffs had met their burden on *Daubert* and scheduled bellwether trials.[3]

## II. My qualification to serve in a leadership capacity in this case is confirmed by the awards and other leadership appointments I have received early in my career.

I have been extraordinarily fortunate early in my career to have worked on numerous complex cases all over the country and in a variety of practice areas. This has given me the opportunity to observe, work with, and learn from some of the best plaintiff and defense attorneys in the country. That experience positioned me to qualify for and receive several leadership appointments and awards in the last few years. I have been

_____

[2] Certain objectors' appeals are currently pending.

[3] The Talc MDL litigation is currently stayed because of the Johnson & Johnson subsidiary LTL Management's bankruptcy filing.

selected as a Lawdragon 500 Leading Plaintiff Consumer Lawyer and Leading Plaintiff Financial Lawyer for the last two years. I have been named a Louisiana Super Lawyer Rising Star every year since 2019 and a Best Lawyers in America "One to Watch" every year since 2021. And last year, I and two of my partners at Burns Charest, received the 2022 Outstanding Antitrust Litigation Achievement in Private Law Practice for our work in the *EpiPen* antitrust litigation.

In 2020, I was appointed to the Plaintiff Steering Committee in *In re TikTok, Inc. Consumer Privacy Litigation MDL* (N.D. Ill.), where I served on behalf of individuals alleging that the creators of the TikTok app violated their rights under Illinois' Biometric Information Privacy Act and other federal and state consumer privacy and protection laws.[4] The court granted final approval of the settlement in late 2022 and the sole appeal was dismissed, so this case will not require any of my time moving forward.

I also currently serve on the Plaintiffs' Steering Committee in *In re Gilead Tenofovir Cases JCCP* (Cal.), a consolidated state court mass tort litigation brought on behalf of tens of thousands of plaintiffs alleging defendant Gilead Sciences, Inc.'s tenofovir-based drugs caused them to develop kidney and/or bone disease. Fact and expert discovery is complete and the first bellwether trial should begin sometime this year.[5] I am not currently slated to participate in any bellwether trials, so my time commitment to this case should be minimal moving forward.

---

[4] Before the *TikTok* litigation was consolidated in the U.S. District Court for the Northern District of Illinois, I was also appointed by the Hon. Lucy Koh to the Plaintiffs' Executive Committee in the consolidated *TikTok* proceedings in the U.S. District Court for the Northern District of California.

[5] The first slated bellwether trial is currently on hold while the defendant's request for interlocutory review of the trial court's denial of its motion for summary judgment is pending.

**APPLICATION OF AMANDA K. KLEVORN FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE AND/OR THE FACT OR EXPERT SUBCOMMITTEE**

More information about my relevant experience is included in my resume, attached as <u>Exhibit 1</u>.

**III.    I will have the full support of my colleagues at Burns Charest who have an established history of working cooperatively with others, and my firm can contribute significant time and resources to the case.**

Burns Charest LLP has quickly gained a reputation as a leading complex litigation boutique in the country. Founded in 2015 by two former Susman Godfrey LLP partners, Burns Charest has since been selected to lead several cases of national importance and scope since its start. We currently employ 27 attorneys, as well as support staff, with offices in Dallas, New Orleans, and Washington, D.C. More information about my firm's work and accomplishments is included in the firm bio attached as <u>Exhibit 2</u>.

As someone who was given the opportunity at Burns Charest to learn and practice the law at a very high level early in my career, I am especially proud to have helped recruit and develop a team of talented young associates over the last few years. Nearly all of our associates had federal clerkships, and they come from a diverse array of backgrounds and experiences. They, along with my highly experienced partners at Burns Charest will stand ready and willing to provide whatever support—both in terms of time and financial resources—is needed if I am appointed to a leadership position.

Finally, both myself and my colleagues at Burns Charest pride ourselves on our ability to work well with co-counsel as well as defense counsel to avoid unnecessary disputes and resolve legitimate disputes as efficiently and amicably as possible. I am confident that the attorneys we have worked with both in past and current cases would speak to our professionalism and the spirit of cooperation we bring to the table.

**IV.    Conclusion.**

I would greatly appreciate the opportunity to contribute my experience, time, and resources to this important litigation, and I welcome the opportunity to serve in any capacity. Thank you for your consideration.

Dated: January 23, 2023                Respectfully submitted,


                                       */s/ Amanda K. Klevorn*
                                       Korey A. Nelson (*pro hac vice*)
                                       knelson@burnscharest.com
                                       Amanda K. Klevorn (*pro hac vice*)
                                       aklevorn@burnscharest.com
                                       **BURNS CHAREST LLP**
                                       365 Canal Street, Suite 1170
                                       New Orleans, LA 70130
                                       Telephone: (504) 799-2845
                                       Facsimile: (504) 881-1765

                                       Warren T. Burns (*pro hac vice*)
                                       wburns@burnscharest.com
                                       **BURNS CHAREST LLP**
                                       900 Jackson St., Suite 500
                                       Dallas, Texas 75202
                                       Telephone: (469) 904-4550
                                       Facsimile: (469) 444-5002

                                       James A. Morris, Esq.
                                       jmorris@jamlawyers.com
                                       Shane E. Greenberg, Esq
                                       sgreenberg@jamlawyers.com
                                       **MORRIS LAW FIRM**
                                       4001 Alameda Avenue, Suite 208
                                       Burbank, California 91505
                                       Telephone: (747) 283-1144
                                       Facsimile: (747) 283-1143

                                       Jason M. Baer (*pro hac vice*)
                                       jbaer@baerlawllc.com
                                       Casey C. DeReus (*pro hac vice*)
                                       cdereus@baerlawllc.com
                                       Joshua A. Stein (*pro hac vice*)
                                       jstein@baerlawllc.com
                                       **BAER LAW, LLC**

---

9

**APPLICATION OF AMANDA K. KLEVORN FOR APPOINTMENT TO THE PLAINTIFFS'
EXECUTIVE COMMITTEE AND/OR THE FACT OR EXPERT SUBCOMMITTEE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3000 Kingman Street, Suite 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151

10

**APPLICATION OF AMANDA K. KLEVORN FOR APPOINTMENT TO THE PLAINTIFFS'
EXECUTIVE COMMITTEE AND/OR THE FACT OR EXPERT SUBCOMMITTEE**

# CERTIFICATE OF SERVICE

I, Amanda K. Klevorn, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: January 23, 2023

/s/ Amanda K. Klevorn

Amanda K. Klevorn (*pro hac vice*)
aklevorn@burnscharest.com
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

11

**APPLICATION OF AMANDA K. KLEVORN FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE AND/OR THE FACT OR EXPERT SUBCOMMITTEE**