# EXHIBIT 1



# Amanda Klevorn

**Partner, Burns Charest LLP**
**New Orleans, Louisiana**

———

Main: 504.799.2845
Direct: 504.799.2847

aklevorn@burnscharest.com

## BIO

I am a trial lawyer with a passion for representing plaintiffs in consumer-oriented complex litigation, focusing on mass tort, antitrust, and data privacy cases. I have been honored early in my career with multiple leadership appointments on cases throughout the nation and have been named to the list of Louisiana "Rising Stars" for Class Actions and Mass Torts every year since 2019, as well as among the "Ones to Watch" by Best Lawyers in America since 2021. I was named a Lawdragon 500 Leading Plaintiff Consumer Lawyer and Leading Plaintiff Financial Lawyer for the last two years.

Born and raised in St. Louis, my working-class roots guide my practice and I strive every day to represent my clients—who have included patients harmed by defective products and drugs, victims of antitrust and civil rights violations, homeowners, and multi-generation family landowners—with the same work ethic, grit, and integrity that was modeled by my family and friends growing up.

I moved to New Orleans in 2010 to attend Tulane University Law School, where I was elected to the Order of the Barristers by my peers, won the 2012 Louisiana State Bar Association trial competition with my moot court team, and served as a Managing Editor for the Tulane Journal of International & Comparative Law. I live in New Orleans with my husband Dan, an antitrust attorney who I met when we were both law students at Tulane, and our two rambunctious Boxers.

## NOTABLE CASES

- *In re Epipen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation* MDL (D. Kan.) (led plaintiffs' challenges to defendants' attorney-client and work product privilege assertions, took and defended key Rule 30(b)(6) corporate and expert depositions, assisted with class certification briefing, and was a member of the trial team before the case settled for more than $600 million)

- *Florida Health Sciences Center, Inc. et al. v. Richard Sackler, et al. (*17th JDC, Broward County, Florida) (leading defensive discovery on behalf of 40+ hospital plaintiffs against the manufacturers, distributors, and retailers of opioids)

- *In re Blue Cross Blue Shield Antitrust Litigation MDL* (N.D. Ala.) (led expert settlement allocation work on behalf of the Self-Funded Subscriber Subclass; court granted final approval of the $2.67 billion settlement, plus significant injunctive relief)

- *In re Upstream Addicks and Barker (Texas) Flood Control Reservoirs* (Fed. Cl.) (prepared and direct examined the test property plaintiffs at the first just compensation trial against the U.S. for the taking of plaintiffs' property during Hurricane Harvey; also prepared and directed plaintiffs' economics expert at trial)

- *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation* MDL (D.N.J.) (representing hundreds of women alleging they developed ovarian cancer as a result of using defendants' talcum powder products and played a significant role in expert depositions and *Daubert* briefing)

365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
burnscharest.com



## NOTABLE CASES

- *In re TikTok, Inc. Consumer Privacy Litigation MDL* (N.D. Ill.) (served as a member of the Plaintiff Steering Committee on behalf of individuals alleging that the creators of the TikTok app violated their rights under Illinois' Biometric Information Privacy Act and other federal and state consumer privacy and protection laws; class settlement approved for $92 million plus significant injunctive relief)

- *In re Gilead Tenofovir Cases JCCP* (Superior Court, San Francisco County, California) (currently serving as a member of the Plaintiff Steering Committee in claims alleging that defendant Gilead Sciences, Inc.'s tenofovir-based drugs caused users to develop kidney and/or bone disease)

- *In re Imerys Talc America, Inc. et al.* (Bankr. D. Del.) (currently representing a court-appointed member of the Personal Injury Claimant Committee in claims against Imerys Talc America, Inc., the former talc supplier to Johnson & Johnson, on behalf of plaintiffs alleging that regular use of talcum powder caused their ovarian cancer)

- *Scola v. Facebook Inc., and Pro Unlimited Inc.* (Superior Court, San Mateo County, California) (court-appointed class counsel on behalf of nearly 14,000 content moderators who suffered traumatic injury working for Facebook; class settlement approved for $52 million plus significant injunctive relief for current content moderators)

## AWARDS

Outstanding Antitrust Litigation Achievement in Private Law Practice (*In re EpiPens*), 2022
Lawdragon 500 Leading Plaintiff Consumer Lawyers, 2021-present
Lawdragon 500 Leading Plaintiff Financial Lawyers, 2021-present
Louisiana Super Lawyers, Rising Stars, Thompson Reuters, 2019-present
Best Lawyers in America Ones to Watch, Mass Tort Litigation/Class Actions, 2021-present
New Orleans Magazine Top Lawyer, Mass Tort Litigation/Class Actions, 2021
Order of the Barristers, 2013
Trial Advocacy Honors, 2012
Louisiana State Bar Association Trial Competition State Champion, 2012

## EDUCATION

Tulane University Law School, J.D., 2013
St. Louis University, B.A., *summa cum laude*, Phi Beta Kappa, 2008

## ADMISSIONS

State of Louisiana, 2013
Eastern and Western District of Louisiana, 2014
Middle District of Louisiana, 2015
Eastern District of Michigan, 2015
Northern District of Ohio, 2015
District of Colorado, 2020

365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
**burnscharest.com**

