Matthew D. Schelkopf (*pro hac vice*)
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200–0581
Facsimile: (610) 421–1326
mds@sstriallawyers.com

Attorney for Plaintiffs in the *Henry* and *Marvin* Actions

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) |
|---|---|

## APPLICATION OF MATTHEW D. SCHELKOPF

## FOR CO-LEAD COUNSEL

## I.    **INTRODUCTION**

Pursuant to the Court's Case Management Order No. 1 (ECF No. 2, hereafter the "Order"), I, Matthew D. Schelkopf, hereby apply for appointment as co-lead counsel. I am counsel in the action originally filed as *Henry v. Kia America, Inc.*, No. 8:22-cv-01729 that was initially assigned to Judge Holcomb and Magistrate Judge McCormick, which was transferred to Your Honor on January 12, 2023. *See* ECF No. 8:22-cv-01729, ECF No. 32. In addition to serving as counsel in *Henry*, and for over one year, I have been assisting in the prosecution of the first-filed case, *Marvin v. Kia America, Inc.*, No. 2:21-cv-01146-PP (E.D. Wis.), filed on June 23, 2021, well before both the petition before the Judicial Panel on Multidistrict Litigation was filed and the vast majority of cases that were consolidated by the panel.

The Order highlighted the main criteria for the appointment of counsel as: "(1) knowledge and experience in prosecuting complex litigation, including class actions; (2) willingness and ability to commit to a time-consuming process; (3) ability to work cooperatively with others; and (4) access to sufficient resources to prosecute." ECF No. 2, at 2-3. Each criterion is addressed below.

## II.    **ARGUMENT**

### 1. Leadership Committee Application

I respectfully apply for a co-lead position on the Court's contemplated Leadership Committee. As detailed below, I possess a breadth of experience relevant to this litigation. First, I have been restoring, building and racing automobiles for nearly 30 years. Prior to attending law school, I worked in two automotive shops performing everything from routine maintenance to full automotive restorations, including alarm system installations. As a result, I have first-hand knowledge and expertise in various automotive systems including vehicle ignition systems and vehicle wiring networks, which is at the heart of the

instant litigation. Second, I have significant experience in automotive defect litigation, and have successfully led and litigated class action cases against nearly every major automobile manufacturer, where courts across the country granted final approval for those settlements. Significantly, I have successfully litigated multiple class action cases against both Hyundai Motor America, Inc. and Kia America, Inc. on numerous occasions, including the largest Hyundai and Kia settlement in history.[1] As detailed below, the case was filed in the Central District of California and Judge Staton granted final approval to the settlement *In re: Hyundai and Kia Engine Litig.*, where an expert evaluation of the benefits of the settlement found it provided $892 million in value to approximately 10.6 million owners and lessees of approximately 4 million Hyundai and Kia vehicles. No. 8:17-cv-00838-JLS-JDE (C.D. Cal.). In addition, I am also co-lead counsel in another large class action settlement against Hyundai and Kia, currently pending before Judge Staton in *In re: Hyundai and Kia Engine Litig.*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.), which involves 2.1 million vehicles with an alleged defect that causes engine failure and potential fire. As a result of my firm's involvement in past and present Hyundai and Kia cases, we have been contacted by many thousands of Hyundai and Kia owners, most of whom would also be class members in this litigation. As such, I respectfully submit that I have unique experience that will benefit the Leadership Committee and the litigation in general.

**2. Knowledge and Experience in Prosecuting Complex Litigation and Class Actions**

I am a founding partner at Sauder Schelkopf, a boutique class action and personal injury law firm located in Berwyn, Pennsylvania, that represents Plaintiffs in consumer fraud class actions and automotive defect litigation. Our firm was

---

[1] https://lawyerinc.com/biggest-hyundai-lawsuits-in-company-history/ (last visited Jan. 23, 2022).

Application of Matthew D. Schelkopf for Co-Lead Counsel

named in the Litigation Departments of the Year, an award that honors the best litigation practice in a small or mid-sized firm in Pennsylvania, by the *Legal Intelligencer* in 2022.  In addition, the 2023 edition of U.S. News & World Report, Best Lawyers® recognized our firm as a Best Law Firm, as nominated by our peers based on our experience, service, success, and performance.

I have significant trial experience. In 2002, I began my legal profession as a criminal prosecutor with the District Attorney's Office of York County where I handled over 50 jury and bench trials. I quickly progressed to Senior Deputy Prosecutor where I headed a trial team responsible for approximately 300 felony and misdemeanor cases each quarterly trial term. In 2004, I became associated with a suburban Philadelphia area law firm, litigating individual civil matters throughout Pennsylvania and New Jersey. In 2006, I was co-counsel in a Philadelphia County trial resulting in a $30,000,000.00 jury verdict in favor of my firm's clients – the largest state verdict recorded for that year.

As further background, my father was a former aerospace engineer who managed and participated in the design and testing of components contained on the International Space Station. My father also enjoyed working on and restoring automobiles. As a result, I spent many hours during my childhood learning the principals of automobile troubleshooting and design while also working on automobiles. I then began restoring, building, and racing automobiles when I was approximately 15 years old.

Over the past 30 years, I have repaired and, in some instances, even constructed vehicle wiring networks because such systems were no longer in production. These many opportunities throughout my life have provided me with first-hand experience and expertise with automobiles and the many intricacies of the systems contained therein. At 46 years of age, I continue to restore, race and maintain my own automobile collection, and several of my automotive restorations

have been featured in nationally circulated automotive publications. In 2017, I used my automobile background to assist police in identifying the vehicle used in a pedestrian hit and run incident which left the victim with severe life-threatening injuries. As a result, the driver was subsequently apprehended by police and admitted to being under the influence of alcohol at the time of the incident.

I have also utilized my automotive background in the prosecution of consumer class action cases against many automobile manufacturers, including:

- Appointed as Co-lead Counsel (along with Steve Berman) by Judge Josephine L. Staton in *In re: Hyundai and Kia Engine Litig.*, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) on behalf of owners and lessees of approximately 4 million Hyundai and Kia vehicles that experienced catastrophic engine failure due to a rotating assembly defect. Final approval was granted to a nationwide class action settlement valued at $892 million on May 10, 2021.

- Pending motion for preliminary approval of a class action and settlement and for appointment as Co-Lead Counsel (along with Steve Berman) in front of Judge Josephine L. Staton in *In re: Hyundai and Kia Engine Litig. II*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.) which involves 2.1 million vehicles with an alleged defect that causes engine failure and potential fire.

- Appointed as Class Counsel by Judge Susan D. Wigenton in *Brown v. Hyundai Motor Am.*, No. 2:18-cv-11249-SDW-JAD (D.N.J.) on behalf of owners and lessees of approximately 1 million Hyundai vehicles related to a defect within the combustion chamber that caused premature engine failure. Judge Wigenton granted final approval to the proposed class action settlement on April 20, 2021.

- Appointed as Class Counsel by Judge Joseph H. Rodriguez in *In re: Subaru Battery Drain Prod. Liab. Litig.*, No. 1:20-cv-03095-JHR- MJS (D.N.J.) on behalf of owners and lessees of approximately 2.8 million Subaru vehicles (and 3.7 million Class Members) that experience an electrical system defect that causes parasitic drain of the battery. Judge Rodriguez granted preliminary approval to the proposed class action settlement on June 23, 2022 and final approval is currently scheduled for January 24, 2023.

Application of Matthew D. Schelkopf for Co-Lead Counsel

- Appointed as Class Counsel by Judge Madeline C. Arleo in *Zhao v. Volkswagen Group of Am., Inc.*, No. 2:21-cv-11251-MCA-JRA (D.N.J.) on behalf of owners and lessees of approximately 2.3 million Volkswagen and Audi vehicles (and 4.1 million Class Members) that experienced premature water pump failure due to an alleged design defect. Judge Arleo granted final approval to the class action settlement on October 19, 2022.

- Appointed as Class Counsel by Judge Nancy E. Brasel in *Fath v. American Honda Motor Co., Inc.*, No. 18-cv-1549 (D. Minn.) on behalf of owners and lessees of approximately 800,000 Honda vehicles that experienced oil dilution due to unburned fuel within the combustion chamber. Final approval was granted to a nationwide class action settlement on September 11, 2020.

- Appointed as Co-Lead Counsel in *Mackie v. American Honda Motor Co., Inc.*, No. 22-cv-736-NEB-LIB (D. Minn.) on behalf of owners and lessees of certain Honda vehicles that experience an alleged oil dilution issue.

- Appointed as Co-Lead Counsel in *Lyman v. Ford Motor Co.*, No. 21-cv-10024 (E.D. Mich.), a class action lawsuit on behalf of owners and lessees of Ford vehicles related to an alleged defect within the combustion chamber that causes excessive engine oil consumption and potential engine failure.

- Appointed as Class Counsel by Judge Joseph H. Rodriguez in *Salcedo v. Subaru of America, Inc.*, 1:17-cv-08173 (D.N.J.) on behalf of owners and lessees of MY 2012-2017 Subaru WRX and WRX STi vehicles with alleged connecting rod bearing defect that resulted in catastrophic engine failure. Final approval was granted to a nationwide class action settlement on June 5, 2019.

- Appointed as Class Counsel by Judge Madeline Cox Arleo in *Bang v. BMW of North America, LLC*, No. 2:15-cv-6945 (D.N.J.) in a case involving certain BMW vehicles containing a defect within the sealing of the combustion chamber resulting in excessive engine oil consumption. Final approval was granted to a nationwide class action settlement on September 11, 2018.

- Appointed as Class Counsel by Judge Jerome B. Simandle in *Yaeger v. Subaru of America, Inc.*, No. 1:14-cv-4490-JBS-KMW in a case involving certain Subaru vehicles with an alleged piston ring and cylinder

Application of Matthew D. Schelkopf for Co-Lead Counsel

bore defect that caused excessive engine oil consumption. Final approval was granted to a nationwide class action settlement on August 31, 2016.

- Appointed Class Counsel in *Davitt v. Honda North America, Inc.*, No. 2:13-cv-00381-MCA-JBC (D.N.J.), a class action lawsuit on behalf of current and former owners and lessees of certain Honda CR-V vehicles containing alleged defective door lock actuators. Honorable Madeline Arleo granted final approval of the settlement on May 8, 2015.

- Appointed Class Counsel in *Henderson v. Volvo Cars of North America, LLC*, No. 2:09-cv-04146-CCC-JAD (D.N.J), a class action lawsuit on behalf of current and former owners and lessees of Volvo vehicles related to an alleged transmission defect in model years ("MY") 2003-2005 XC90 Turbo 6-cylinder SUVs. Final approval was granted to a settlement that conferred a substantial benefit on over 90,000 class members.

- Appointed as Co-Lead Class Counsel by Judge George Caram Steeh in *Tolmasoff v. General Motors, LLC*, No.: 2:16-cv-11747 (E.D. Mich.) in a case involving a claim of overstated miles-per-gallon in GM vehicles.

- Appointed as Co-Class Counsel in *Mendoza v. Hyundai Motor Co.*, No. 5:15-cv-01685 (N.D. Cal.) related to premature engine failure in certain Hyundai vehicles. Judge Freeman granted final approval to the settlement on January 31, 2017.

- Appointed as Co-Class Counsel (along with Steve Berman, Roland Tellis, and Adam Levitt) in *Whalen v. Ford Motor Company*, No. 3:13-cv-03072-EMC (N.D. Cal.), a class action lawsuit on behalf of owners and lessees of Ford and Lincoln vehicles related to an alleged design defect in which the Sync®, MyFordTouch® and MyLincolnTouch® systems fail to operate as designed.

- Currently serving as counsel in *Rosen v. Mercedes-Benz USA, LLC*, No. 1:21-cv-00787-WMR (N.D. Ga.), a class action lawsuit related to allegedly defective fuel systems in certain Mercedes vehicles that is currently in discovery.

I currently serve as the 2022-2023 President of the Class Action Trial Lawyers Association Top 25, an invitation-only elite group of the National Trial Lawyers limited to the Top 25 lawyers in each state. I have also been honored as a Best Lawyer® in America (Mass Tort/Class Action) in 2022 and 2023. In

6

2022, *LawDragon* recognized me in its list of the *"500 Leading Plaintiff Consumer Lawyers".* The *LawDragon* consumer law guide offers the publication's take on the best of the U.S. plaintiff bar specializing in representing consumers. The publication notes *"these are the lawyers who stand on the front line in individual lawsuits and class actions seeking justice. They relish their role of underdog, taking on the toughest cases . . . ."* In 2021, 2022 and 2023, I was selected as a Top 25 Products Liability Trial Lawyer, an invitation-only professional organization composed of and limited to the Top 25 attorneys from each state or region who serve individuals and families who need attorneys to represent them in the American legal system regarding Product Liability claims.

   *The Legal Intelligencer* named me in its 2020 Pennsylvania Trailblazers list recognizing 31 lawyers who "have taken extra measures to contribute to positive outcomes . . . and who are truly agents of change." *The Legal* highlights my work on behalf of clients who have been victimized by corporations. In 2020 and 2022, I was selected to America's Top 100 High Stakes Litigators® in Pennsylvania, comprised of the nation's most exceptional trial lawyers for high stakes legal matters. Since 2019, I have been selected by the National Trial Lawyers Association as one of the Top 100 Trial Lawyers in Pennsylvania. Since 2010, I have been selected by Pennsylvania Super Lawyers as a Rising Star (a distinction held by the top 2.5% of attorneys in Pennsylvania) and then a Pennsylvania Super Lawyer, as chosen by legal peers and through the independent research of Law & Politics. In 2012, The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named me as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession and make a significant commitment to their community. I was also selected as a Top

Application of Matthew D. Schelkopf for Co-Lead Counsel

40 under 40 by the National Trial Lawyers in 2012-2015. A copy of Sauder Schelkopf's current firm resume is attached hereto as **Exhibit A**.

### 3. Willingness and Ability to Commit to a Time-Consuming Process

My firm and I have already expended significant time and effort into this litigation, including assisting in the prosecution of the first-filed case, *Marvin v. Kia America, Inc.*, and are committed to seeing this litigation through to a successful resolution. This has included an extensive investigation into the nature of the defect, consultation with counsel in the first-filed case *Marvin v. Kia America, Inc.*, No. 2:21-cv-1146-PP (E.D. Wis.), including co-counseling on both that litigation and the *Henry* matter.

Numerous cases that my firm is litigating have also been active for several years. For example, *In re: General Motors Air Conditioning Marketing and Sales Pracs. Litig.*, No. 18-md-02818 (E.D. Mich.) has been in active litigation for over four years, and class certification and *Daubert* motions are currently pending before Judge Leitman. In addition, my firm litigated *Cole v. NIBCO, Inc.*, No. 13-7871 (D.N.J.), a case involving allegedly defective plumbing products, for over 5 years until the Court granted final approval to a $43.5 million class action settlement in 2019.

### 4. Ability to Work Cooperatively

My firm and I have worked cooperatively with numerous other firms that are involved in this litigation. If selected by the Court, I am committed to the collaborative and efficient litigation of this case. Below is a brief, non-exhaustive summary of cases that my firm has jointly litigated with other counsel in this action.

Starting with Hagens Berman Sobol Shapiro, I have served as co-lead counsel in numerous automotive manufacturing class actions that have been successfully resolved. In *In re: Hyundai and Kia Engine Litig.*, No. 8:17-cv-00838-JLS-JDE (C.D. Cal.), Judge Staton appointed myself and Steve Berman as co-lead

counsel, and together we achieved a class-wide settlement valued at $892 million. In addition, at the time of this application, a motion for preliminary approval of a class action settlement is pending before Judge Staton in *In re: Hyundai and Kia Engine Litig. II*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.), that names myself and Steve Berman as class counsel. In addition, our firm is involved in litigating *Hansen v. United Airlines, Inc.*, No. 1:20-cv-02142 (N.D. Ill.), a case related to refunds for cancelled flights, where Hagens Berman is appointed as interim co-lead counsel.

I have also worked cooperatively with both Roland Tellis of Baron & Budd, Adam Levitt of DiCello Levitt, and Hagens Berman Sobol Shapiro in *In re MyFord Touch Consumer Litig.* while I was at a former firm. After approximately 6 years of litigation, that case resulted in a class action settlement that received final approval from Judge Chen. No. 13-cv-3072-EMC, ECF No. 554 (N.D. Cal.). Myself and other Sauder Schelkopf attorneys handled oral arguments, depositions, and other discovery related matters cooperatively as co-lead counsel.

My firm also served as counsel in *In re: TikTok, Inc., Consumer Privacy Litig.*, No. 20-cv-4699 (N.D. Ill.), where a class action settlement received final approval on August 22, 2022. ECF No. 264. My firm worked cooperatively with Fegan Scott LLC and other co-lead counsel in achieving the settlement.

My firm has also worked cooperatively with Gustafson Gluek on numerous occasions. In *Fath v. American Honda Motor Co., Inc.*, I served as lead counsel and Gustafson Gluek served as liaison counsel in an automotive defect litigation involving fuel dilution. 18-cv-1549-NEB-LIB, ECF No. 148 (D. Minn.). Most recently, our firms are serving as counsel in *Brnich v. Siemens Industry, Inc.*, No. 22-cv-01229-MHC (N.D. Ga.), a putative class action related to allegedly defective arc fault circuit interrupters that trip in the absence of harmful electrical arcs.

Application of Matthew D. Schelkopf for Co-Lead Counsel

In addition, in *Mackie v. American Honda Motor Co., Inc.*, No. 22-cv-736-NEB-LIB (D. Minn.) my firm is again working cooperatively with Gustafson Gluek. Recently, after conferral with attorneys at Fegan Scott, we have agreed to transfer and jointly prosecute the later-filed related case of *Wolf v. American Honda Motor Co., Inc.*, No. 1:22-cv-05855 (N.D. Ill.), which was recently transferred to the District of Minnesota.

My firm is also actively litigating *In re: Allergan Biocell Textured Breast Implant Prod. Liab. Litig.*, we currently serve on the Plaintiffs' Steering Committee and work cooperatively with both Lenze Lawyers, PLC and Fegan Scott LLC who are appointed as co-lead counsel in that matter. 2:19-md-02921-BRM-ESK (D.N.J.), ECF Nos. 69, 396.

**5. Access to Sufficient Resources to Prosecute**

Finally, my firm possesses sufficient resources to prosecute this case to a resolution. Not only is my firm full of skilled attorneys, all of them possess a wealth of automotive defect litigation knowledge, as well as an acute understanding of the mechanical causes of defects in automobiles. This specialized knowledge has allowed our firm to file numerous proprietary automotive defect cases and bring them to successful resolution, as demonstrated in Section II(2), *supra*. In addition, my firm is well capitalized and has the financial resources to litigate this case through trial, including retaining the necessary damages and liability experts needed to secure class certification. Sauder Schelkopf does not rely on third-party litigation funding, nor do we have any financing agreements with litigation funding companies or other law firms.

## <u>CONCLUSION</u>

For the foregoing reasons, Plaintiffs from the *Henry* Action respectfully request that the Court appoint Matthew D. Schelkopf as co-lead counsel.

Dated: January 23, 2023           By:    /s/ Matthew D. Schelkopf
                                         Matthew D. Schelkopf (*pro hac vice*)
                                         Joseph G. Sauder*
                                         Joseph B. Kenney*
                                         Mark B. DeSanto*
                                         SAUDER SCHELKOPF LLC
                                         1109 Lancaster Avenue
                                         Berwyn, PA 19312
                                         Telephone: (610) 200–0581
                                         Facsimile: (610) 421–1326
                                         *mds@sstriallawyers.com*
                                         *jgs@sstriallawyers.com*
                                         *jbk@sstriallawyers.com*
                                         *mbd@sstriallawyers.com*

                                         * *pro hac vice* application forthcoming

                                         Attorneys for Plaintiffs in the *Henry* and *Marvin* Actions

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew D. Schelkopf, hereby certify that on January 23, 2022, I caused the foregoing APPLICATION OF MATTHEW D. SCHELKOPF FOR CO-LEAD COUNSEL to be filed using the Court's NextGen system, thereby electronically serving it upon all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf