**LAW OFFICE OF FRANCIS J. "CASEY" FLYNN, JR.**
Francis J. "Casey" Flynn, Jr., SBN 304712
6057 Metropolitan Plz.
Los Angeles, California 90036-3211
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**CONSUMER PROTECTION LEGAL, LLC**
Tiffany Marko Yiatras (*to seek admission Pro Hac Vice*)
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Tele : 314-541-0317
Email: tiffany@consumerprotectionlegal.com

**ATTORNEYS FOR PLAINTIFFS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **APPLICATION FOR APPOINTMENT OF TIFFANY MARKO YIATRAS OF CONSUMER PROTECTION LEGAL, LLC TO SERVE AS A LEADERSHIP COMMITTEE MEMBER, OR, IN THE ALTERNATIVE, FOR APPOINTMENT TO SERVE AS A SUB-COMMITTEE MEMBER PURSUANT TO FED. R. CIV. P. 23(g)(3)** |
| This document relates to: | **CASE NO. 8:22-ML-3052 JVS-(KESx)** |
| ALL CASES | Date:     February 7, 2023 |
| | Time:     9:00 a.m. |
| | Place:   411 W. Fourth Street<br>Santa Ana, CA 92701<br>Court Room 10C |
| | Hon. James V. Selna |

Tiffany Marko Yiatras, a 42-year old female attorney and founding member of

Consumer Protection Legal, LLC based out of the Saint Louis, Missouri area, and a proud mom, respectfully submits her Application for Appointment of Tiffany Marko Yiatras of Consumer Protection Legal, LLC to Serve as a Leadership Committee Member in the Instant Matter, or, in the Alternative, for Appointment to Serve as a Sub-Committee Member Pursuant to Fed. R. Civ. P. 23(g)(3) (hereinafter, Application.")

In support of her Application, Tiffany Marko Yiatras provides the following information for the Court to make its determination:

## A. TIFFANY MARKO YIATRAS OF CONSUMER PROTECTION LEGAL, LLC REPRESENTS PLAINTIFFS COURTNEY FEHRENBACH, STACIA SALVAGGIO, AND DAVID SALVAGGIO IN AN ACTION BEFORE THIS COURT

A prerequisite of appointment to the Leadership Committee is to have filed an action in this litigation.[1] Tiffany Marko Yiatras[2] represents Courtney Fehrenbach, Stacia Salvaggio, and David Salvaggio, individually and on behalf of all others similarly situated in *Fehrenbach v. Hyundai Motor America*, No. 8:22-cv-1922-JVS-(KESx) (C.D. California).

## B. TIFFANY MARKO YIATRAS *OF CONSUMER PROTECTION LEGAL, LLC* HAS KNOWLEDGE AND EXPERIENCE IN PROSECUTING COMPLEX LITIGATION, INCLUDING CLASS ACTIONS.

Tiffany Marko Yiatras of Consumer Protection Legal, LLC has gained knowledge and experience in prosecuting complex litigation over the course of her 18-year practice.

For example, Tiffany Marko Yiatras was part of a Pre-MDL Court-Appointed

---

[1] "The Court will only consider attorneys who have filed an action in this litigation." Order No. 1 at 2:28-3:1.
[2] Admitted Pro Hac Vice in *Fehrenbach v. Hyundai Motor America*, No. 8:22-cv-1922-JVS (C.D. California).

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)

Leadership group[3] who negotiated and settled the matter of *In Re: TikTok, Inc., Consumer Privacy Litigation*, MDL No. 2948, Case No. 20-cv-4699 (hereinafter, the "*Tik Tok* Data Privacy Matter"). When discussing the $92,000,000 plus business practice changes proposed (but now final) settlement that was inked by – among others – Tiffany Marko Yiatras, Judge Lee opined:

> Many of the same reliable indicators of a reasonable, negotiated settlement are present here. The Settlement Agreement was initially reached through hard-fought, arms'-length negotiations, which were mediated, on two separate occasions, by a reputable former federal judge. **It was refined through further negotiation by a Court-appointed leadership group comprising a diverse cast of experienced plaintiffs' attorneys.** Defendants have forcefully disputed their liability at every stage, raising a host of factual and legal defenses. The parties have exhaustively analyzed and debated their respective positions as part of their negotiations. And Plaintiffs have reviewed substantial confirmatory discovery, including an expert-led analysis of TikTok's source code. **What is more, although the initial agreement was inked while this MDL was in its early stages, it capitalized on urgent and extraordinary political pressure upon Defendants to shed TikTok's existing liabilities, and the Settlement Agreement has since been vetted again by the entire Plaintiffs' Leadership Group."**

Memorandum Opinion and Order at 21 (emphasis added).

Tiffany Marko Yiatras is presently serving as one of the members of the Law and Briefing Committee in MDL 3014 *In Re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*, Master Case No. 2:21-mc-01230-JFC pending before The Honorable Joy Flowers Conti. To date, Tiffany Marko Yiatras has assisted in researching consumer protection statutes and case law related thereto the 50-states in the context of products, medical devices, and prescription drugs. Tiffany Marko Yiatras has further assisted in researching the Economic Loss Doctrine of the 50 states and exceptions thereto, including but not limited to in the

---

[3] Tiffany Marko Yiatras was appointed Interim Lead Counsel of the cases pending in the Southern District of Illinois prior to the creation of the MDL.

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)

context of negligence and fraud. Tiffany Marko Yiatras, through her firm, has made assessments to the Plaintiff's Litigation Fund and will continue to do so if necessary for the benefit of the Plaintiffs and the Class Members. Tiffany Marko Yiatras would do the same if given the opportunity to serve as a Leadership Committee Member or, in the alternative, on as a Sub-Committee Member in the instant litigation.

Furthermore, Tiffany Marko Yiatras previously served as Chair of the Third-Party Discovery Committee in *Culbertson et al v. Deloitte Consulting LLP*, Case No. 1:20-cv-03962-LJL (SDNY) (hereinafter, the "*Deloitte* Data Breach Matter"), a consolidated group of actions against Deloitte regarding a data security incident initially disclosed in or about May 2020. In this role, Ms. Yiatras managed, implemented, and oversaw third-party discovery (e.g., state unemployment agencies) and worked closely with the Discovery Committee. The Court later appointed, among others, Tiffany Yiatras of Consumer Protection Legal, LLC as Settlement Class Counsel of the Settlement Class.

Ms. Yiatras has been appointed in various leadership positions, including Co-Lead Counsel, Plaintiff's Liaison Counsel, Chair of Committees, and Committee Membership, and obtained significant recoveries in numerous other class action lawsuits, which are reflected in her firm's Résumé. *See* Firm Résumé, attached as **Exhibit A**. *See also*, Section D *infra,* at 6-7 regarding additional cases that Tiffany Marko Yiatras has worked on cooperatively with other attorneys who are presently before this Court.

## C. TIFFANY MARKO YIATRAS OF CONSUMER PROTECTION LEGAL, LLC HAS THE WILLINGNESS AND ABILITY TO COMMIT TO A TIME-CONSUMING PROCESS.

While Tiffany Marko Yiatras and Consumer Protection Legal, LLC intends to litigate the case zealously, she is fully aware of the Court's expectation that the case is prosecuted efficiently and without duplication. If given the opportunity to serve as

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)

a Leadership Committee Member, or in the alternative, a Leadership Sub-Committee Member, Tiffany Marko Yiatras and Consumer Protection Legal, LLC would organize to effectively use the Leadership Committee's and/or Sub-Committee's diverse skills, resources, and unique experiences for the efficient prosecution and management of this litigation, while avoiding unnecessary and duplicative billing.

Tiffany Marko Yiatras and Consumer Protection Legal, LLC would work collaboratively with the other appointed Leadership Committee and/or Leadership Sub-Committee Members' diverse skills and resources to develop a proposed Case Management Order based on guidance and language from a variety of sources, including the Manual on Complex Litigation, the Duke Guidelines, and orders entered in other cases that were effective in managing complex litigation such as that before the Court. Moreover, to ensure the litigation is pursued efficiently, without unnecessary effort and duplication, Tiffany Marko Yiatras would work with Leadership Committee and/or Leadership Sub-Committee to implement a Time & Expense Protocol to ensure throughout the process that this litigation is being handled efficiently.

### D. TIFFANY MARKO YIATRAS *OF CONSUMER PROTECTION LEGAL, LLC* HAS THE ABILITY TO WORK COOPERATIVELY WITH OTHERS IF GIVEN THE OPPORTUNITY TO SERVE AS A LEADERSHIP COMMITTEE MEMBER, OR IN THE ALTERNATIVE, AS A LEADERSHIP SUBCOMMITTEE MEMBER IN THE INSTANT MATTER.

The role of leadership in complex litigation places a premium on professionalism, cooperation, courtesy, and acceptance of the obligations owed as officers of the court, all of which are "critical to successful management of the litigation." MANUAL FOR COMPLEX LITIGATION § 10.23 (4th ed. 2004). One of the demanding aspects of complex litigation is "the difficult[y] of having to communicate and establish effective working relationships with numerous attorneys

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)

(many of whom may be strangers to each other)." *Id*. § 10.21. Unlike defense counsel, the plaintiffs' side of consolidated litigation must quickly and effectively merge together to form an alliance against often well-financed opponents, as is the case here. This process has the potential for disorganization, in-fighting, and inefficiencies. It is useful to consider whether counsel applying for leadership "have worked together in other cases, their ability to collaborate in the past, divide work, avoid duplication, and manage costs." Duke Guidelines, *supra*, at 43. Selecting lawyers who have previously worked together has a number of benefits. They have developed working relationships, know of complimentary talents, and have "developed certain systems for handling workflow and comparative advantages that will help expedite the case relative to a leadership committee working together for the first time." *Id*.

Here, Tiffany Marko Yiatras has previously worked with many of the Committee Chairpersons and their firms. For example, in the *Deloitte* Data Breach Matter described *supra*, Tiffany Marko Yiatras had the opportunity to work collaboratively with Jeffrey S. Goldenberg of Goldenberg Schneider LPA and Joseph M. Lyon of Lyon Firm to secure the Court approved Deloitte Data Breach Settlement. Jeffrey S. Goldberg and Joseph M. Lyon represent plaintiffs in in related matters *Lucas, et al. v. Kia America, In*c. et al., Case No. 8:22-cv-02090-JVS-KES; and *McNerney et al v. Kia America, Inc. et al.,* Case No. 8:22-cv-01548-JVS-KES.

Tiffany Marko Yiatras also had the opportunity to collaboratively work with Elizabeth A. Fegan of Fegan Scott LLC to secure the *Tik Tok* Data Privacy Matter Settlement described above. Elizabeth A. Fegan was appointed lead counsel in the *TikTok* Data Privacy Matter and presently represents plaintiffs in *Mitchell Cohen, et al. v. Kia America, Inc., et al.*, Case No. 8:22-cv-01664-JVS-KES. She has also been appointed in the instant matter as one of the four appointed *Initial Conference Counsel*.

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)

Although Tiffany Marko Yiatras has not had the opportunity to work with Marie Noel Appel, she has worked with her firm Morgan and Morgan Complex Litigation Group in various matters, including but not limited to: *In Re: Ring LLC Privacy Litigation*, Case Number: 2:19-cv-10899-MWF-RAO (data breach litigation); *Jackson et al. v. Wendy's International LLC*, Case No. 6:16-cv-00210-PGB (data breach litigation resolving in a class wide settlement) (hereinafter, "Wendy's Data Breach" matter), *In re: Target Corporation Customer Data Security Breach Litigation* prior to a leadership structure being appointed in MDL No. 14-2522-PAM/JJK (hereinafter, "Target Data Breach Matter"). Additionally, Tiffany Marko Yiatras has worked collaboratively with Michael F. Ram in the Target Data Breach Matter (prior to appointment of a leadership structure) and the Wendy's Data Breach Matter. Marie Noel Appel and Michael F. Ram represent Plaintiffs in related matter *Steven Hufford v. Kia America, Inc. et al*, Case No. 8:22-cv-01715-JVS-KES.

Tiffany Marko Yiatras has also worked collaboratively with Brian P. Murray of Glancy Prongay and Murray LLP very early in her career, most notably in MDL No. 2217: *In re: Discover Payment Protection Plan Marketing and Sales Practices Litigation*, Case No. 1:10-cv-06994-JWD (N.D. Ill.) (nationwide litigation involving Discover's marketing and sales practices related to its debt suspension / debt cancellation products and other add on products); *Esslinger, et al. v. HSBC Bank Nevada, N.A.*, et al., Case No. 2-10-cv-03213-BMS (nationwide litigation involving HSBC's marketing and sales practices related to its debt suspension/debt cancellation products); and MDL 2269: *In re: Bank of America Credit Protection Marketing & Sales Practices Litigation*, Case No. 3:11-md-2269-THE (N.D. Cal.) (nationwide litigation involving Bank of America's marketing and sales practices related to its debt suspension/debt cancellation products). Each case was resolved by way of a Class Action Settlement. Brian Murray and Kevin F. Ruff of Glancy Prongay and Murry LLP represent Plaintiffs in *Mary Jane Whalen v. Kia America,*

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)

*Inc., et al.*, Case No. 8:22-cv-01987.

More recently, Tiffany Marko Yiatras has recently had the opportunity to work collaboratively with Bryan L. Bleichner of Chestnut Cambronne PA as local counsel in multiple privacy-related class action matters pending in the Eastern District of Missouri and the Western District of Missouri. Bryan L. Bleichner of Chestnut Cambronne PA represents Plaintiffs in *Mohr, et al. v. Kia America, Inc., et al.*, Case No. 8:22-cv-01905-JVS-KESx.

If given the opportunity to serve as a member of the Leadership Committee and/or Leadership Sub-Committee, Tiffany Marko Yiatras will continue to collaboratively work with the other appointed members with whom she has worked before and would love to collaborate with those whom she has not *yet* worked but hopes to – whether in this matter or another matter in the future.

### E. TIFFANY MARKO YIATRAS *OF CONSUMER PROTECTION LEGAL, LLC* HAS ACCESS TO ACCESS TO SUFFICIENT RESOURCES TO PROSECUTE.

A court appointing a Leadership Committee and Sub-Committee should consider, in part, the resources that counsel will commit to representing the putative class. Fed. R. Civ. P. 23(g)(1)(C). Here, Tiffany Marko Yiatras can, as needed, draw upon the skills and talents of experienced attorneys and staff members. She understands the time, energy, and skill necessary to lead this litigation and have committed the resources required to ensure the effective and efficient representation of the Class members. In fact, she has already demonstrated her commitment to this litigation by devoting resources to this litigation. In addition, Tiffany Marko Yiatras is willing to pay assessments to ensure that adequate funds are available to prosecute this litigation. And, as her firm résumé and related declarations indicate, Tiffany Marko Yiatras has the resources to see this litigation through to its conclusion, including trial.

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)

1    Furthermore, regarding resources at her disposal, Tiffany Marko Yiatras

2    works with Francis J. "Casey" Flynn, Jr. who is a Plaintiff's class action attorney

3    with over twenty years of experience, located in Los Angeles, California and who is

4    Tiffany Marko Yiatras' local counsel in this matter. He has several years of

5    experience of litigating class action in California federal district courts and

6    California state courts. If Tiffany Marko Yiatras is appointed as a Leadership

7    Committee Member or a Sub-Committee Member, Francis J. "Casey

8    " Flynn, Jr. is ready, willing, and able to help her with any litigation tasks as he has

9    done in the past when requested in each of the cases identified herein.

10   Date: <u>January 23, 2023</u>    By:    <u>/s/ Tiffany Marko Yiatras</u>

11                        Tiffany Marko Yiatras (admitted *pro hac vice*)
                         **CONSUMER PROTECTION LEGAL, LLC**
12                       308 Hutchinson Road
                         Ellisville, Missouri 63011-2029
13                       Phone: (314) 541-0317
                         *tiffany@consumerprotectionlegal.com*
14

15

16                       **Francis J. "Casey" Flynn, Jr.**
                         **LAW OFFICE OF FRANCIS J. "CASEY"**
17                       **FLYNN, JR.**
                         6057 Metropolitan Plz.
18                       Los Angeles, California 90036
                         Tele: 314-541-0317
19                       Email: *casey@lawofficeflynn.com*

20

21                       **ATTORNEYS FOR PLAINTIFFS IN**
                         ***FEHRENBACH V. KIA AMERICA, INC., ET***
22                       ***AL., Case No. 8:22-cv-01922-JVS-(KESx) (CD.***
                         ***Cal.)***
23

24

25

26

27

28   9
     APPLICATION FOR APPOINTMENT
     OF TIFFANY MARKO YIATRAS
     Case No.: 8:22-ML-3052 JVS (KESx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2023, I electronically filed the foregoing **APPLICATION FOR APPOINTMENT OF TIFFANY MARKO YIATRAS OF CONSUMER PROTECTION LEGAL, LLC TO SERVE AS A LEADERSHIP COMMITTEE MEMBER, OR, IN THE ALTERNATIVE, FOR APPOINTMENT TO SERVE AS A SUB-COMMITTEE MEMBER PURSUANT TO FED. R. CIV. P. 23(g)(3)** with the Clerk of the Court by using the e-filing system which will send notification of such filing to all attorneys of record.

/s/ Tiffany Marko Yiatras

APPLICATION FOR APPOINTMENT
OF TIFFANY MARKO YIATRAS
Case No.: 8:22-ML-3052 JVS (KESx)