# EXHIBIT A

# **CONSUMER PROTECTION LEGAL, LLC**

Consumer Protection Legal, LLC is a plaintiff litigation firm with an office in Saint Louis County, Missouri. The firm focuses its practice on consumer protection litigation, with a particular focus on class action lawsuits.

Tiffany M. Yiatras has helped achieve more than $127 million in recoveries on behalf of her clients. These results are both nationally recognized settlements on behalf of thousands of injured clients.

The successful track record of Tiffany M. Yiatras stems from her commitment to the achievement of the greatest possible result for her clients.

Recognition of her success has been demonstrated in the appointment of Tiffany M. Yiatras in leadership positions in highly recognized national cases set forth more fully below.

## **CONSUMER PROTECTION LITIGATION**

Tiffany M. Yiatras has represented plaintiffs nationwide in a variety of complex consumer class actions. Ms. Yiatras has taken the leading role or provided significant support to those in a leading role in many large state and federal consumer protection class action cases throughout the nation. Examples of current and prior cases include:

- ***In re: Bank of America Credit Protection Marketing & Sales Practices Litigation - MDL No. 2269.*** Tiffany M. Yiatras, through her previous firm, was an active participant of the Plaintiffs' Executive Committee in this Multi-District litigation involving Bank of America's marketing and sales practices relating to its debt suspension/debt cancellation product Credit Protection. In addition to her work on the Plaintiffs' Executive Committee, she served as part of the Expert Sub-Committee and the Legal Writing Subcommittee.

- ***Esslinger, et al. v. HSBC Bank Nevada, N.A., et al.*, Case No. 2-10-cv-03213-BMS.** Tiffany M. Yiatras acted as Class Counsel in this nationwide litigation involving HSBC's marketing and sales practices related to its debt suspension/debt cancellation products. Ms. Yiatras was heavily involved in the drafting of key motions and memoranda throughout the case. She was also part of the document review team and the mediation team, which ultimately resulted

1

in a nationwide settlement approved by the United States District Court for the Eastern District of Pennsylvania. Ms. Yiatras played a significant role in the drafting of the settlement agreement, the preliminary approval motion, and documentation in support.

- **MDL No. 2217 -** *In re: Discover Payment Protection Plan Marketing and Sales Practices Litigation.* Tiffany M. Yiatras was involved in the drafting of multiple motions and memoranda throughout the case. In addition, Ms. Yiatras was part of the document review team and the mediation team, which resulted in a multimillion-dollar settlement on behalf of the class. The settlement was finally approved in the Northern District of Illinois.

- *Hive, L.C., d/b/a The Hive, et al. v. Aspen Waste Systems of Missouri, Inc.,* **Case No. 1322-CC00872-SRO (22nd Circuit Court, City of Saint Louis, Missouri).** Tiffany M. Yiatras was appointed Co-Lead Counsel in a state court class action against Aspen Waste Management of Missouri's regarding its practice of charging customers an overweight charge based on the use of unregulated scales that was resolved by way of class settlement that was preliminarily and finally approved in the City of St. Louis.

- *Tucker v. Papa Johns' International, Inc., et al.,* **Case No. 2016-L-000049 (Circuit Court of the Third Judicial Circuit Court, Madison County).** Tiffany M. Yiatras was appointed Co-Lead Counsel in a state court class action against Papa John's International, Inc. regarding its practice of improperly charging sales tax on delivery fees to Illinois residents that was resolved in a class settlement that was preliminarily and finally approved in Madison County, Illinois.

- *In Re: TD Bank, N.A., Debit Card Overdraft Fee Litigation,* **MDL No. 2613**. Ms. Yiatras was appointed Class Counsel in this Multi-District litigation involving TD Bank's overdraft fee practices that resulted in a class settlement that was preliminarily and finally approved in the District of South Carolina.

- *Griggs v. Walgreen Co., d/b/a Walgreens, et al.,* **Case No. 11-L-685, Circuit Court of the Twentieth Judicial Court, St. Clair County, Illinois**. Tiffany M. Yiatras was appointed Co-Lead Counsel in a state court class action against Walgreen Co., d/b/a Walgreens regarding its practice of overcharging for a copy a customer's pharmacy records that resulted in a class settlement that was preliminarily and finally approved in St. Clair County, Illinois.

- ***In re: TikTok Inc. Data Privacy Litigation.*** Ms. Yiatras was recently appointed interim lead counsel in *In re: TikTok Inc. Data Privacy Litigation*, Case No. 3:20-cv-00457 until such time as the MDL proceedings in the litigation are resolved and the matters are consolidated in the transferee forum or denial of the pending JPML motion ("JPML Resolution"). On August 4, 2020, the JPML Panel ordered transfer of the ten actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

- ***Culbertson et al v. Deloitte Consulting LLP*, Case No. 1:20-cv-03962-LJL (SDNY).** Ms. Yiatras was appointed Chair of the Third-Party Discovery Committee in a consolidated group of actions against Deloitte regarding a data security incident initially disclosed in or about May 2020. In this role, Ms. Yiatras managed, implemented, and oversaw third-party discovery (e.g., state unemployment agencies) and worked closely with the Discovery Committee. The Court later appointed, among others, Tiffany Yiatras of Consumer Protection Legal, LLC as Settlement Class Counsel of the Settlement Class.

- ***Okolo and Dean, et al. v. Maryville University of Saint Louis*, Case No. 20SL-CC02850, 21st Judicial Circuit Court, St. Louis County, Missouri.** Ms. Yiatras of Consumer Protection Legal, LLC was appointed as Plaintiffs' Liaison Counsel in a state court class action against Maryville University of Saint Louis regarding its practice of failing to reimburse on campus students for tuition and fees when the university shifted to remote learning.

- ***In Re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*, Master Case No. 2:21-mc-01230-JFC - MDL 3014.** Tiffany Marko Yiatras has been appointed as one of the Law and Briefing Committee Members in this matter, presenting pending before the Honorable Joy Flowers Conti.

## TIFFANY M. YIATRAS' INDIVIDUAL ATTORNEY BIOGRAPHY

**TIFFANY M. YIATRAS**, born in Godfrey, Illinois, graduated *cum laude* with a Bachelor of Social Work from Missouri State University in 2002. She earned a Juris Doctor degree from Saint Louis University School of Law in 2005. Of note, she received Saint Louis University School of Law's Pro Bono Legal Services Award in 2005, earned an A+ in Advanced Legal Research, and earned a 161 on the Multistate Bar Exam.

Ms. Yiatras became a member of the Illinois Bar in 2005 and the Missouri Bar in 2006. She was admitted to practice before the United States District Court for the Southern District of Illinois in 2005, the United States District Court for the Eastern District of Arkansas in 2008, the United States District Court for the Western District of Arkansas in 2008, the United States District Court, Eastern District of Missouri in 2010, and the United States District Court for the Northern District of Illinois in 2010, the United States Court of Appeals for the Third Circuit in 2013, the United States Court of Appeals for the Ninth Circuit in 2013, and the United States District Court for the Western District of Missouri in 2021.

Ms. Yiatras concentrates her practice in the areas of consumer protection class actions. She has taken/defended over 100 pharmaceutical product liability cases, both lay and expert. She has litigated multiple consumer protection class action cases, which have resulted in multi-million dollar settlements to millions of class members, from inception of the cases through final approval, which included signing up new cases, identifying and investigating the claims, maintaining client contact, drafting complaints, negotiating deals with competing law firms, preparing JPML pleadings, drafting oppositions to motion to dismiss, drafting discovery requests and discovery responses, drafting subpoenas, reviewing documents, drafting mediation briefs, drafting formal settlement agreements and exhibits thereto, engaging in confirmatory discovery, drafting preliminary approval pleadings, drafting final approval pleadings, and obtaining final approval.