Jonathan A. Michaels, Esq.  (CA SBN 180455)
jmichaels@defectattorney.com
Matthew Van Fleet, Esq. (CA SBN 227338)
mvanfleet@defectattorney.com
**MLG ATTORNEYS AT LAW, APLC**
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
T. (949) 581-6900
F. (949) 581-6908

Attorneys for Plaintiffs Stephanie McQuarrie
Kaitlyn Marchione, Omar Becerra, and Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| **IN RE KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document relates to:<br>All Actions | Case No. 8:22-ML-03052-JVS(KESx)<br><br>**APPLICATION OF JONATHAN A. MICHAELS FOR APPOINTMENT TO LEADERSHIP COMMITTEE OR IN THE ALTERNATIVE, APPOINTMENT AS CO-LEAD, FACT DISCOVERY AND/OR EXPERT DISCOVERY SUBCOMMITTEE**<br><br>Date:  February 7, 2023<br>Time: 9:00 AM<br>Place: 411 W. Fourth Street,<br>       Santa Ana, CA, 92701<br>       Courtroom 10C |

1

**INTRODUCTION**

Pursuant to the Court's Case Management Order No. 1, dated December 22, 2022, Jonathan A. Michaels of MLG Attorneys at Law, APLC, respectfully submits the following application for appointment to the Leadership Committee for MDL No. 3052. In the alternative, Mr. Michaels respectfully requests to be appointed as Co-Lead Counsel, the Plaintiffs' Fact Discovery and/or Expert Discovery Subcommittee.

**BACKGROUND**

An engine immobilizer is a critical piece of electronic security technology that serves as a crucial tool in minimizing the risk of vehicle theft. Immobilizers prevent vehicles from being started unless a unique code is transmitted from the vehicle's key. Kia vehicles manufactured from 2011 to 2021 and Hyundai vehicles manufactured from 2015 to 2021 equipped with traditional key ignitions were deliberately created without these crucial engine immobilizers. Without the engine immobilizers, the cars can be easily hotwired and stolen, however Kia and Hyundai made no effort to warn their customers about the risk to their vehicles. Predictably, when this was exposed and became known to the public, thefts of these vehicles skyrocketed.

On September 21, 2022, the *McQuarrie* Plaintiffs, represented by Mr. Michaels of MLG Attorneys at Law, APLC, filed a proposed class action on behalf of a nationwide class, as well as California, Florida, and Nevada subclasses, or individuals and entities who purchase or leased vehicles manufactured by Kia and Hyundai that were not equipped with an immobilizer.

**RELEVANT EXPERIENCE**

Jonathan Michaels has been a practicing attorney for nearly three decades, and during that time has established himself as an elite litigator on the largest stages of the American Judicial system. Michaels has also gained national recognition as the 'go-to'

attorney, especially in the field of products liability litigation relating to automotive defects.  Over the course of his career, Michaels has developed a practice in the automotive industry, litigation cases against near every major automotive manufacturer in the world, including Kia and Hyundai.

Michaels has also filed numerous class action cases across the United States in state and federal court resulting in overwhelming successes.  These class actions have led to hearings before the U.S. Senate, Department of Justice investigations, billion-dollar settlements, as well as the recall of millions of defective and unsafe vehicles.  His work has drawn attention from numerous media outlets, including the New York Times, Reuters, USA Today, the Wall Street Journal, and feature appearances on CBS, ABC, and NBC to discuss products liability litigation.

In addition to his impact in the courtroom, Michaels also authored the best-selling selling book *Automotive 101: The Car Industry Exposed* as well as authored over 100 articles for the Los Angeles Daily Journal – more than any other individual in the history of the Journal, each on the issue of automotive legal matters.  Michaels was also nominated for a Pulitzer Prize in Journalism for his exceptional work on the GM ignition switch recall.

## CRITERIA

In the Court's Order, it set forth four primary criteria in determining appointments to the leadership committee or necessary subcommittees: 1) knowledge and experience prosecuting complex litigation, including class actions; 2) willingness and ability to commit to a time-consuming process; 3) ability to work cooperatively with other individuals; and 4) access to sufficient resources to adequately prosecute the litigation in question.  As discussed in detail below, Mr. Michaels overwhelmingly satisfies and exceeds the expectations for each of these criteria.  A copy of Mr. Michaels firm profile is attached hereto as **Exhibit A**.

## I.      Knowledge and Experience of Complex Litigation

Michaels, as well as his firm MLG, has substantial experience in complex litigation throughout the United States in both the state and federal courts.  This includes significant prior experience in handling MDL's, class actions, administrative matters, and other complex matters.  The majority of these matters have been centered on the automotive industry, and involved the largest automotive manufacturers in the world, exactly the circumstances surrounding the current litigation.

In 2012, MLG investigated claims that Hyundai and Kia overstated their fuel economy standards, which lead to the filing of *Herbert J. Young v. Kia Motors America* (USDC, Central District of California, Case No. 2:13-cv-00167).

Further, Michaels and MLG investigated claims that Chrysler - like GM - had been concealing ignition switch defects in approximately 800,000 of its Jeep Grand Cherokee and Commander vehicles. Chrysler admitted that it had received over 100 consumer complaints about its vehicles suddenly shutting off, but that it failed to notify NHTSA within the five days prescribed by federal law. Following our investigation, we filed the class action case of *Lumpkin v. Chrysler Group LLC* in the United States District Court, Central District of California (Case No. 14-cv-01555). We understand this to be the **first** class action lawsuit against Chrysler for its ignition switch defect concealment.

Also in 2012, MLG filed the case of *Spitzer Motor City v. US*. (U.S. Federal Court of Claims, Case No. 1:12-cv- 00900).  In 2009, Chrysler terminated 789 of its dealers through its bankruptcy process. MLG represents numerous terminated Chrysler dealers in an action filed against the government, under a theory that when the government conditioned Chrysler's receipt of TARP funds on the automaker terminating the dealers, this was an unconstitutional "taking" in violation of the Fifth Amendment.  On interlocutory appeal of a Motion to Dismiss, the court of appeal ruled against the

government and in MLG's favor, and indicated that the case would likely result in new law and reinterpretations of the Takings Clause.

In 2017, Michaels and MLG also filed the matter of *Julio Ceja v. Apple, Inc* as a proposed class action to address the dangerous and deadly problem of texting and driving. (Los Angeles Superior Court, Case No. BC647057). Following MLG's efforts, Apple agreed to a settlement and implemented groundbreaking measures to prevent their cellular devices from displaying notifications while a vehicle was in use.

Michaels and MLG have been on the frontlines of products liability litigation for years, specifically for automotive defects. This experience will only serve to benefit Plaintiffs during the class action moving forward.

## II.     Willingness and Ability to Commit

Michaels and MLG wholeheartedly devote themselves to the significant time commitment associated with a leadership role for this litigation. MLG holds itself to a stand of excellence and makes its staff available 24 hours a day, 7 days a week. This standard begins and ends with Jonathan Michaels as founder and principal of the firm. MLG has a stable of excellent attorneys with numerous years of experience, as well as outstanding Paralegals and a top-tier administrative staff, each of whom echo Michaels' commitment and desire to achieve justice for their clients in every matter the firm takes.

Michaels frequently works on cases that require the highest level of commitment, whose lifespans regularly extend over numerous years. Michaels has represented plaintiffs in numerous class actions in addition to the ones mentioned above. With automotive products liability cases ranging from defective airbags to power windows, and the Volkswagen emissions scandal, Michaels has never hesitated to commit himself fully to serving his clients.

In addition to his work in bringing a class action on behalf of the *McQuarrie* Plaintiffs, Michaels has also committed himself to advancing justice and avenge harms incurred by Hyundai and Kia's failure to include immobilizers in other means.

5

Recently, Michaels and MLG brought a wrongful death action against Kia and Hyundai in the Western District of New York where the lack of an immobilizer played a role in the deaths of four teenagers in Buffalo, New York.  Further still, Michaels and MLG have prepared a Mass Tort action against Kia and Hyundai for fraudulent advertising practices engaged in by Kia and Hyundai relating to their defective vehicles.   As a result, Michael's commitment to the facts of this matter extend beyond even the instant litigation.

Beginning in 2017, Michaels and MLG represented Sandra Cook in the matter of *Kelsey Ullrich v. Sandra Cook* (Orange County Superior Court, Case No. 30-2017-00930147-CU-MC-CXC).  A complex litigation matter involving numerous parties necessitating the appointment of a special discovery master and 5 years, Michaels and his team were able to secure an overwhelming settlement in Cook's favor as a result of their dedication and efforts.

Recently, Michaels concluded a 10-week trial in the matter of *Kamiya Perry v. Kia Motors America* (Orange County Superior Court, Case No. 30-2019-01081281-CU-PL-CJC).  A matter stemming from the failure of a Kia vehicle's safety systems to function properly in a vehicle collision, Michaels represented the Plaintiff throughout the three years of high stakes and time-intensive litigation.  Still ongoing on appellate review, Michaels and his team showed, and continued to show, the highest level of dedication, commitment, and drive throughout the case.

Further still, in 2022, Michaels and his team secured a multi-million dollar judgment in the matter of *Raven Starre v. Brooke March, et al* (Los Angeles Superior Court, Case No. 30-2019-01081281-CU-PL-CJC).  Over the course of 5 years of complex multi-party litigation, Michaels was able to secure justice for his client, overcoming exceptional hurdles and steep opposition.

### III.     Ability to Work Cooperatively with Others

Throughout his lengthy career, Michaels has displayed a long history of working with other attorneys, both in complex class-action litigation and otherwise.  Throughout his past experience working as class action leadership and in supporting roles, Michaels has mastered the art of utilizing the unique skills and abilities of others, as well as jumping in to assist and offer aid whenever needed.   Indeed, during the course of its investigation into the facts surrounding this litigation, Michaels and MLG has already reviewed and consulted with other counsel involved in this matter.  MLG routinely works with other counsel in coordinating discovery, selecting and working with experts, drafting law and motions, and prepare for trial.  Michaels looks forward to doing so once again during the course of this litigation and offering his unique skill set.

### IV.     Access to Sufficient Resources to Prosecute

Mr. Michaels and MLG have a clear record of successfully leading, funding, and organizing complete consumer class action litigation against some of the largest and powerful corporations in the world, including Hyundai and Kia.  Michael's personal commitment to justice in this litigation will be no different.  With active litigation in states across the county, as well as in numerous federal district courts, Michaels is well-aware of the burdens and commitments associated with leadership of class actions against vehicle manufacturers.  Indeed, if he was not, Michaels would not seek the Court's appointment to these critical roles on the leadership committee or its subcommittees.

### V.      MLG's Knowledge of Applicable Law is Second to None

Michaels and MLG have knowledge of the industry and applicable law that are second to none.  Because of the breadth of their knowledge, and the very unique practice niche MLG has created, the office and Michaels are frequently hired by U.S. Bankruptcy Trustees to act as "special litigation counsel" on complex automotive bankruptcies.  MLG has a unique understanding of the nation's automotive consumer protection laws,

as well as the varying states' vehicle codes that govern manufacturer licensing, distribution and sales.

MLG's efforts have earned the firm the respect of its peers. Michaels has received the prestigious "Super Lawyers" award every year since 2012, a distinction reserved for no more than 5 percent of the lawyers in the state. In 2012, Michaels was recognized by his law school *alma mater* as "Attorney of the Year." He is also a frequent lecturer on automotive law at such prestigious universities as the University of Southern California, Chapman, Whittier and Pepperdine.

Notably, Michaels serves on the board of directors and serve as general counsel for the high-performance auto manufacturer, Saleen Automotive, Inc. In this capacity, Michaels helps guide the company through the complex web of NHTSA regulations, assists with warranty and recall provisions, and manages the company's litigation throughout the United States. Michaels also currently serves on the board of directors for the Consumer Attorneys of California and the Orange County Trial Lawyers Association.

## VI.     MLG is Geographically Centric to the Heart of this Litigation

MLG's main office is located in Costa Mesa, California, mere miles from the corporate headquarters of Kia and Hyundai, as well as the location where this matter will be heard.  During the course of preparing the class action complaint for the *McQuarrie* Plaintiffs, MLG and Michaels interviewed numerous potential class representatives from across the country.  As a result, MLG is well-position to actively participate and contribute to this litigation and looks forward to doing so.

## CONCLUSION

The experience, expertise, and history of high stakes litigation highlighted here displays Michaels' and MLG unique ability to handle the commitments needed to lead matters, including this litigation, through trial and appeal.  Michaels is willing and able

to devote the time necessary to fulfill and exceed his responsibilities to the potential class, other counsel, and the Court.  Mr. Michaels respectfully requests that the Court order his appointment to the Leadership Committee or in the alternative, to be appointed as Co-Lead Counsel, the Plaintiffs' Fact Discovery and/or Expert Discovery Subcommittee.

**MLG ATTORNEYS AT LAW, APLC**

Dated: January 23, 2023          By:    /s/ Jonathan A. Michaels
                                        Jonathan A. Michaels, Esq.,
                                        Matthew Van Fleet, Esq.,
                                        MLG Attorneys at Law
                                        600 Anton Blvd., Suite 1240
                                        Costa Mesa, CA, 92626
                                        (949) 581-6900
                                        jmichaels@defectattorney.com
                                        mvanfleet@defectattorney.com
                                        Attorneys for Plaintiffs and Class

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

I hereby certify under penalty of perjury that on this 23rd day of January, 2023 a copy of the foregoing:

**APPLICATION OF JONATHAN A. MICHAELS FOR APPOINTMENT TO LEADERSHIP COMMITTEE OR IN THE ALTERNATIVE, APPOINTMENT AS CO-LEAD, FACT DISCOVERY AND/OR EXPERT DISCOVERY SUBCOMMITTEE**

was filed electronically.

☑ This filing was served electronically to all parties by operation of the Court's electronic filing system.

*/s/ Brian Petri*

---

**APPLICATION FOR EMPLOYMENT OF JONATHAN A. MICHAELS**
Case No. 8:22-ML-03052-JVS(KESx)