**MIGLIACCIO & RATHOD LLP**
JASON S. RATHOD
jrathod@classlawdc.com
412 H St NE
Washington DC 20002
Telephone: (202) 509-5951

*Attorney for Plaintiff Efua Beneman*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: ALL CASES | CASE NO.: 8:22-ML-3052 JVS (KESx) |

### NOTICE OF APPEARANCE

Jason S. Rathod, with the law firm of Migliaccio & Rathod LLP, files this notice of appearance. Mr. Rathod is permanently admitted to practice, and in good standing, in several federal district courts, including in his home district of the U.S. District Court for the District of Columbia (No. 100082). He is admitted *pro hac vice* by operation of Pretrial Order No. 1, ¶ 5.1. Mr. Rathod represents Plaintiff Efua Beneman in *Beneman v. Kia, et al.*, No. 8:23-cv-00103 (D. Md.). The MDL Panel entered a Conditional Transfer Order on January 18, 2023, which is set to become final and effective on January 26, 2023. *See In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 3052 (Dkt. No. 119).

Dated: January 23, 2023

**MIGLIACCIO & RATHOD LLP**

By: /s/ Jason S. Rathod
Jason S. Rathod
Migliaccio & Rathod LLP

*Counsel for Plaintiff Efua Beneman*

## **CERTIFICATE OF SERVICE**

    I, Jason S. Rathod, certify that on January 23, 2023, I caused the foregoing Notice of Appearance to be filed using the Court's NextGen system, which sends notification of such filing to all counsel of record.