Jonathan A. Michaels, Esq.  (CA SBN 180455)
jmichaels@defectattorney.com
Matthew Van Fleet, Esq. (CA SBN 227338)
mvanfleet@defectattorney.com
**MLG ATTORNEYS AT LAW, APLC**
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
T. (949) 581-6900
F. (949) 581-6908


Attorneys for Plaintiffs Stephanie McQuarrie
Kaitlyn Marchione, Omar Becerra, and Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| **IN RE KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document relates to:<br>All Actions | Case No. 8:22-ML-03052-JVS(KESx)<br><br>**PLAINTIFFS' WITHDRAWAL OF APPLICATION FOR APPOINTMENT OF JONATHAN A. MICHAELS TO FACT DISCOVERY SUBCOMMITTEE [DKT. 27]** |

1

**NOTICE OF WITHDRAWAL OF APPLICATION FOR APPOINTMENT**
Case No. 8:22-ML-03052-JVS(KESx)

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORDS:**

**PLEASE TAKE NOTICE** that Plaintiffs Stephanie McQuarrie, Kaitlyn Marchione, Omar Becerra hereby withdraw the Application of Jonathan A. Michaels for Appointment to Fact Discovery Subcommittee [Dkt. No. 27]. The document was filed erroneously.

**MLG ATTORNEYS AT LAW, APLC**

Dated: January 23, 2023          By:     /s/ Jonathan A. Michaels
                  Jonathan A. Michaels, Esq.,
                  Matthew Van Fleet, Esq.,
                  MLG Attorneys at Law
                  600 Anton Blvd., Suite 1240
                  Costa Mesa, CA, 92626
                  (949) 581-6900
                  jmichaels@defectattorney.com
                  mvanfleet@defectattorney.com
                  Attorneys for Plaintiffs and Class

**NOTICE OF WITHDRAWAL OF APPLICATION FOR APPOINTMENT**
Case No. 8:22-ML-03052-JVS(KESx)

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

I hereby certify under penalty of perjury that on this 23rd day of January, 2023 a copy of the foregoing:

**APPLICATION OF JONATHAN A. MICHAELS FOR APPOINTMENT TO FACT DISCOVERY SUBCOMMITTEE**

was filed electronically.

☑ This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ *Brian Petri*

3

**NOTICE OF WITHDRAWAL OF APPLICATION FOR APPOINTMENT**
Case No. 8:22-ML-03052-JVS(KESx)