**SIRI & GLIMSTAD LLP**
Mason Barney (Pro Hac Vice)
Email: mbarney@sirillp.com
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967

**PRECEPT GROUP, LLP**
Christopher Wren Czaplak (Cal. Bar No. 338818)
Email: chris@precept.co
8030 La Mesa Blvd., #268
La Mesa, CA 91942
Telephone: 619-354-4434
Facsimile: 866-265-7238
*Attorneys for Plaintiffs and Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.: 8:22-ML-3052 JVS(KESx)<br><br>**APPLICATION OF MASON A BARNEY FOR APPOINTMENT TO THE EXECUTIVE COMMITTEE OR A SUBCOMMITTEE**<br><br>Date:  February 7, 2023<br>Time:  9:00 a.m.<br>Place:  411 W. Fourth Street,<br>         Santa Ana, CA 92701<br>         Court Room 10C |

Pursuant to this Court's December 22, 2022, Order No. 1: Initial Conference, Mason A. Barney of Siri & Glimstad LLP respectfully requests appointment to the Plaintiffs' Executive Committee or in the alternative the Subcommittee for Fact Discovery or the Subcommittee for Expert Discovery.

## I.   INTRODUCTION

This case seeks recovery for individuals who purchased a defective cars manufactured by Kia America, Inc. ("Kia") between 2011 and 2022 or manufactured by Hyundai Motor America ("Hyundai" and collectively Kia and Hyundai are "Defendants") between 2015 and 2022.  During that time, Defendants manufactured cars that were defective because they lacked a relatively inexpensive safety feature called an "immobilizer," which would immobilize the vehicle by preventing it from being started unless a code was transmitted from the vehicle's specific smart key.  Without immobilizers the Kia and Hyundai cars are significantly easier to steal when compared to comparable cars from other manufacturers that included an immobilizer as standard equipment.  In fact, Defendants' cars were so easy to steal that they spawned an online trend called the "Kia Challenge," where videos were widely shared on social media platforms, showing people breaking into Kia vehicles, and using a common USB cord to start the cars.  Statistics show that the thefts of Kia and Hyundai vehicles have dramatically increased since the news of the manufacturing defect became widely publicized.

In October 2022, after his firm was contacted by numerous owners of the effected cars, Mr. Barney filed an action in this Court, on behalf of a diverse group of fifteen plaintiffs from all corners of the United States.  *See Lamons v. Kia America, Inc.*, Case No. 8:22-cv-01956-JVS-KES.  These plaintiffs are all individual owners of cars manufactured by Defendants during the relevant period.  More than half of these plaintiffs have had their lives disrupted because their cars were stolen due to the lack of an immobilizer, forcing them to incur costly repairs.  What is more, all the plaintiffs have

seen the value of their cars decrease, their insurance premiums increase, and face an ongoing risk of theft.

The *Lamons* matter was transferred to this Court as part of the instant multi district litigation.  Mr. Barney now seeks appointment to a leadership position, either on the Executive Committee, the Subcommittee on Fact Discovery, or the Subcommittee on Expert Discovery.  In its Order No. 1, this Court set forth four criteria it would use in appointing counsel to leadership positions: 1) knowledge and experience in prosecuting complex litigation, including class actions; 2) willingness to commit to a time-consuming process; 3) ability to work cooperatively with others; and (4) access to sufficient resources to prosecute. As demonstrated in more detail below, Mr. Barney is qualified in all four criteria, and if appointed will bring a different perspective to his work on one of the committees.

## II.   ARGUMENT

### A.   Mr. Barney has Substantial Experience Prosecuting Complex Litigations, Including Class Actions

Mr. Barney's legal practice has always been based in New York City, but he has represented clients from all over the world.  Mr. Barney received his J.D., *summa cum laude* from Brooklyn Law School, in 2005, where he graduated second in his class of nearly 500 students, and received numerous academic honors, in addition to being an editor on the Brooklyn Law Review.  He then had the opportunity to serve as a law clerk to the Honorable Judge David G. Trager in the U.S. District Court for the Eastern District of New York.  In that position, Mr. Barney obtained a valuable understanding of how Courts operate and how Judges diligently work through their huge dockets of cases.

After clerking, Mr. Barney joined the litigation department at Latham & Watkins LLP.  At Latham, Mr. Barney represented primarily defendants in highly complex litigations, including in securities class actions, accounting malpractice actions, and in banking disputes. He later joined Olshan Frome Wolosky LLP a large established New

York City law firm. During his time at Olshan, Mr. Barney represented public and private companies from around the world, including companies from India, Japan, and Chinese subsidiaries of American companies. These matters included multiple complicated internal investigations, complex licensing or manufacturing disputes, real estate proceedings. Before law school, Mr. Barney earned his B.A. from Bowdoin College, where he double majored in Computer Science and Studio Art, and after college he served as a lead database developer for three years at a successful Internet start-up in Washington D.C. A copy of Mr. Barney's curriculum vitae is attached as Exhibit A hereto.

Since leaving Olshan in 2016, Mr. Barney has focused much of his practice on class actions and representing individuals in complex litigations. In this practice Mr. Barney and the Siri & Glimstad firm have won tens of millions of dollars for their clients. Among other matters, Mr. Barney has fought to stop companies from illegally spamming consumers with unwanted phone calls, has worked to stop companies from illegally obtaining their customers' biometric information (e.g., facial scans and fingerprints), and obtained recovery for numerous victims of data breaches. The following are several representative class action matters that Mr. Barney has served as counsel on:

- *Gilleo v. California Pizza Kitchen, Inc.*, Case No. 8:21-cv-01928 (C.D. Cal.), appointed interim class counsel in complex class action data breach settlement.

- *Buchanan v. Sirius XM Radio, Inc.*, Case No. 3:17-cv-00728 (N.D. Tex.), firm appointed co-class counsel in a case alleging violations of the TCPA which resulted in a settlement of $25,000,000, plus free satellite radio service.

- *Kindle v. Dejana*, Case No. 14-cv-06784 (E.D.N.Y.), firm appointed co-counsel for plaintiffs in an ERISA matter filed as a class action involving

No. 8:22-ML-3052 JVS(KESx)

3

       breaches of fiduciary duty related to the management and termination of an ESOP, which settled after the beginning of trial for $1,080,000 for the class.

- *In re: Herff Jones Data Breach Litigation*, Case No. 1:21-cv-01329 (S.D. Ind.), obtained a class settlement in a data breach action that includes a settlement fund of $4,350,000.

Mr. Barney has appeared in the New York Super Lawyers Rising Stars list, a Thomson Reuters lawyer rating service for lawyers under 40.  He was also recognized by the New York Legal Aid Society for his outstanding pro bono work representing indigent individuals in matters concerning prisoners' rights, immigration, and special education.  In addition, Mr. Barney is an adjunct professor, having been on the faculty at the City University of New York, and at Brooklyn College, teaching a graduate level course on education law, and he has published numerous articles on a variety of legal topics, including the Supreme Court's landmark product liability holding in *Geier v. American Honda Motor Co*.

    As this summary shows, Mr. Barney's career has spanned both the plaintiffs and defendants' sides, which give him a special perspective on litigation matters, one not always shared by other members of the plaintiffs' bar.  Even though Mr. Barney has most likely not had as much experience prosecuting class actions as some other applicants for leadership, he has spent his entire eighteen-year career working with brilliant attorneys litigating some of the most complex matters.  Moreover, including Mr. Barney among the leadership positions, along with more seasoned MDL practitioners, will provide the maximum benefit for the Plaintiffs and Class Members, because Mr. Barney will provide new perspectives and fresh ideas, while also learning from experienced attorneys, thereby helping the parties and increasing the experience pool among the members of the plaintiffs' bar.  *See* Burch, Elizabeth, *Diversity in MDL Leadership: A Field Guide*, 89 UMKC Law Review 841 (June 2021) (discussing the need for "newcomers with fresh

ideas and energy" when selecting leadership groups in MDL proceedings). As a New Yorker, Mr. Barney also provides geographic diversity given that many of the attorneys who are anticipated to apply for leadership positions come from the West and Mid-West.

Mr. Barny is familiar with the Manual for Complex Litigation, Fourth, and has reviewed the Local Rules for the Central District of California having litigated multiple matters in this court in the last few years, including Rule 5-4 (electronic filing), as per the Court's Order.

**B.  Mr. Barney Can Commit Substantial Resources to a Time-Consuming Litigation Process**

Mr. Barney, along with the twenty-plus attorneys and seventeen support staff, at Siri & Glimstad are well positioned to commit the time and energy needed to prosecute this action. Siri & Glimstad is a rapidly growing firm, having grown from just two attorneys in 2017 to its current size, and is committed to devoting the necessary resources to this action. Mr. Barney and the Siri & Glimstad team are well aware of the commitments required by complex litigations. Mr. Barney has tried more than half a dozen complex matters as either first or second chair, and is familiar with the resources needed from the very beginning of a litigation in order to best position his clients for success at trial. Mr. Barney has the time in his docket to commit fully to this matter, and is prepared to devote a substantial portion of his work to this MDL over the coming years.

**C.  Mr. Barney has a Demonstrated Ability to Work Cooperatively with Other Attorneys**

Mr. Barney strongly believes that the best results in litigations are normally forged by groups of dedicated attorneys working together in a cooperative manner. He has demonstrated over the years that he works well with others, either as a leader or in a supporting role. For example, in each of the class actions highlighted above, Mr. Barney helped recruit and worked well with other law firms to successfully prosecute those matters. *Gilleo v. California Pizza Kitchen, Inc.*, Case No. 8:21-cv-01928 (C.D. Cal.) (helped form a leadership group with three other law firms); *Buchanan v. Sirius XM*

*Radio, Inc.*, Case No. 3:17-cv-00728 (N.D. Tex.) (played a lead role in working with a coalition of five law firms in successfully resolving the litigation); *Kindle v. Dejana*, Case No. 14-cv-06784 (E.D.N.Y.) (brought in and worked with a firm specializing in ERISA matters); *In re: Herff Jones Data Breach Litigation*, Case No. 1:21-cv-01329 (S.D. Ind.) (worked to support team of more than five law firms).

Working well with others is not limited to just co-counsel. Mr. Barney has learned in his career the importance of working with opposing counsel whenever possible, fostering good relationship with experts, and treating the outstanding public servants who make our court system run with respect they deserve. Being professional and cooperative, especially with opposing counsel, creates a relationship of trust that permits the parties to focus on the true disputes at issue in a litigation, rather than wasting time on petty issues that should be resolved between counsel.

### III. CONCLUSION

For the foregoing reasons, Mr. Barney is qualified for, and if appointed will bring energy along with a knowledgeable outsider's perspective to his work on either the Executive Committee, the Fact Discovery Subcommittee, or the Expert Discovery Subcommittee. We thank you for your time and consideration of this application.

Dated: January 23, 2023           Respectfully Submitted.

By: _____
Mason Barney (Pro Hac Vice)
SIRI & GLIMSTAD LLP
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: mbarney@sirillp.com

*Counsel for Plaintiffs Kerry Lamons, Malissa Webber, Abigail Averill, Kelly Whittaker, Tammy*

1                                            *Mitchell, Aerial Moton, Christine Ford, Kimesha Huggins, Willie Walson III, Shamaka August-Gonzalez, Joseph DiGiacinto, Rafael Cruz, Teri Music, Tiffany K. Daniels and Heather Rundell*