# Exhibit A

# MASON A. BARNEY, ESQ.

745 Fifth Ave ▪ Suite 500 ▪ New York, NY 10151
(646) 357-1732 ▪ mbarney@sirillp.com

---

## CAREER SYNOPSIS

### Siri & Glimstad LLP, New York, NY2016-Present
***PARTNER***

Lead commercial litigations, arbitrations, and class actions before trial and appellate courts around the country. Represent companies and individuals in commercial litigations concerning issues related to contracts, real estate, employment, licensing, education, discrimination, libel and defamation, intellectual property, not-for-profit, constitutional and financial disputes. Manage team of attorneys and paralegals. Plaintiffs' counsel in class action litigations regarding the telephone consumer protection act, data breach litigations, false advertising, and commercial fraud. Prepared budgets and worked with clients to deliver results within that budget. Represent companies in contract negotiations.

- Won reversal of decision at New York's highest court on behalf of Bermuda company concerning motion to compel arbitration.
- Defeated motion for summary judgment in New York state court on behalf of publicly traded Indian company who allegedly owed note holders $160 million.
- Recovered over $2 million on behalf of not-for-profit hospital in New York state court litigations with former employees concerning payments from insurance company demutualization.
- Obtained significant financial recovery for group of 10 nurses in Title VII religious discrimination case.
- Represented doctor in partnership dispute with former medical practice, obtained favorable settlement.
- Settled telephone consumer protection act claims against Fortune 500 company, recovering $25 million for class of consumers.
- Settled data breach litigation on behalf of a class of over 100,000 current and former employees who's employment files were stolen.
- Successfully represented over 200,000 clients in dispute with app developer concerning illegal collection of biometric information.
- Successfully represented parent challenging admission requirement for California public school system.
- Continued to serve as outside general counsel to New York City private school, advised board of directors, review and revise contracts and agreements, advised on employment and disciplinary issues.
- Served as outside general counsel to nationwide education not-for-profit, advised founder and executives regarding employment issues, contract negotiations, not-for-profit issues, and real estate transactions.
- Negotiated real estate licensing agreement on behalf of New York City building owner.

### Olshan Frome Wolosky LLP, New York, NY2010-2016
***ASSOCIATE, LITIGATION DEPARTMENT***

Handle commercial litigation and white-collar defense before trial and appellate courts. Represent companies and individuals in financial and securities litigations, contract litigations, insurance coverage disputes, bankruptcy, corporate control contests, regulatory investigations, federal and state criminal investigations, licensing matters, surrogate court matters, and intellectual property disputes. Prepare and maintain budgets for litigations and investigations. Manage discovery teams. First or second chair at five trials. Take and defend depositions. Member of the firm's Technology Committee, responsible for selecting e-Discovery vendors. Named "Rising Star" by Super Lawyer Magazine in 2013, 2014 and 2015.

- Won motion to dismiss for open-source software manufacturer in dispute over licensing and partnership agreement. Asserted novel arguments that the nature of open-source software prevented plaintiff from claiming fraud in the inducement.
- Conducted internal investigation for publicly traded international computer hardware manufacturer into alleged violations of the Foreign Corrupt Practices Act at a Chinese subsidiary. Interviewed witnesses in China and worked with Chinese accountants. Persuaded the DOJ and SEC to not take action against the company. Worked with senior executives to draft and implement new international sales policies and training programs.
- Represented publicly traded software and hardware manufacturers in DOJ and SEC investigations, assisted in drafting new policies.
- Successfully argued appellate reversal of state court summary judgment, securing the validity of a sublease on apparent authority grounds even though the operating agreement of the building's owner prohibited subleases. The appellate victory cleared the path to a negotiated settlement that included remuneration of over $250,000 in attorneys' fees.
- Represented a Japanese animation company in a 13-day trial seeking to terminate a licensing agreement with an American licensee.
- Represented home goods manufacturer in arbitration against former executive concerning contract dispute.
- Served as outside general counsel to New York City private school. Drafted enrollment agreement, advised on employment and disciplinary issues, and won motion to dismiss in action brought by former student's parents.
- Successfully negotiated seven-figure settlement for U.S. generic drug distributor in dispute with its Indian chemical manufacturer, assisted companies in reaching terms on how to co-exist in the market, transition distribution business to the Indian manufacturer and allow client to sell competing products.

**Latham & Watkins LLP**, New York, NY                                                                2006-2010
*ASSOCIATE, LITIGATION DEPARTMENT*

Represented companies in general commercial litigations relating to accounting negligence, securities, contracts, stock options, hedge fund investors, fraud, bankruptcy, special education, and federal civil rights matters. Involved in arbitrations and mediations. Argued procedural issues in federal court. Took and defended depositions. Managed discovery teams, ran document production and managed international document review.

- Represented multinational advertising conglomerate in stock option and limited liability company litigations in state and federal court and secured favorable settlement.
- On team that successfully represented multinational advertising conglomerate in multi-billion dollar securities litigation in Southern District of New York, presented portion of multi-billion dollar class action to mock jury.
- Prepared damages expert in arbitration on behalf of "Big Four" accounting firm; devised successful strategy to save client $1.5 million in damages.
- Counsel for "Big Four" accounting firm in mediations and arbitrations regarding tax strategies.
- Represented international bank in arbitration concerning allegations of fraud related to complex hedge fund transactions, conducted internal investigation, managed French language document review of over 1 million documents in New York and Paris.

**The Honorable David G. Trager**, **United States District Judge,** Brooklyn, NY             2005-2006
*LAW CLERK, 2005 – 2006; STUDENT INTERN, SPRING 2005*

Assisted Judge with environmental, commercial, employment, social security, insurance, securities, and criminal law matters, including during sittings on the Second, Ninth and Eleventh Circuits. Prepared draft opinions.

**Away.com**, Washington, D.C.                                                                                     1999-2002
Start-up internet adventure-travel company subsequently acquired by Orbitz.com
*LEAD DATABASE PROGRAMMER*

Trained and led team of programmers. Spearheaded database/web interface development. Worked directly with corporate officers on project planning. Established and grew website infrastructure in a cost effective way. Created advertising and link tracking software enabling tracking and analysis of users' activities.

## TEACHING

**Adjunct Professor, Brooklyn College**, Brooklyn, NY                                           Spring 2022-Fall 2022
**Education Law Course**

Taught graduate course regarding the legal framework of American elementary and secondary school policies at the federal, state, and local levels. Covered topics including church/state issues, freedom of expression, discipline, discrimination, and special education.

**Adjunct Professor, City College of the City University of New York**, New York, NY      Summer 2016
**School Law Course**

**CLE Instructor, LexisNexis**, New York, NY, *Continuing Legal Education Section*            June 2013
*The Foreign Corrupt Practices Act: Recent Developments and Best Practices*

## EDUCATION

**Brooklyn Law School**, Brooklyn, NY                                                                           2002-2005
*Juris Doctor Degree*
Graduated *summa cum laude,* Dean's List, Class Rank: 2 / 499
Brooklyn Law Review, *Notes & Comments Editor*
Academic Awards: Second Scholarship Prize; Judge Nathan R. Sobel Prize; Hirschman Memorial Prize; Rotenberg Prize; CALI Award for highest grade in: Administrative Law; Antitrust; Criminal Law; Federal Criminal Law; Professional Responsibility; and Property
- **United States Attorney's Office, E.D.N.Y.,** Brooklyn, NY, *Student Prosecutor*
- **Kings County District Attorney's Office,** Brooklyn, NY, *Student Intern*
- **Hon. Conrad B. Duberstein, Chief Judge, U.S. Bankruptcy Court**, Brooklyn, NY, *Summer Intern*
- **Shearman & Sterling LLP,** New York, NY, *Summer Associate*, Antitrust & Litigation Departments (received offer)

**Bowdoin College,** Brunswick, ME                                                                               1995-1999
*Bachelor of Arts degree in Computer Science and Studio Art*
- **Bowdoin Used Book Store**, Brunswick, ME, *Owner and Operator*
- **Bowdoin Community Chorus**, Brunswick, ME, *Baritone*

## SELECTED LEGAL PUBLICATIONS

**Article:** *RadioShack Bankruptcy Deal to Sell Customer Data is a Cautionary Tale for Companies*, Advertising Law Blog (June 2015).

**Article:** *Georgetown's Third Annual Cybersecurity Law Institute – A Recap of Informative Programming*, eWhite House Watch (June 2015).

**Article:** *Legal Landscape for Cybersecurity Risk is Changing as Federal Government and SEC Take Action*, Inside Counsel Magazine (May 2015).

**Article:** *Can Lawyers Be Compelled to Produce Data They Compile? An Emerging Front in the Trenches of e-Discovery Battles*, Bloomberg BNA (May 2015).

**Client Alert:** *New DOJ and SEC Foreign Corrupt Practices Act Guide a Useful Company Resource* (November 2012).

**Client Alert:** *Federal Court Endorses Computer-Assisted Review in E-Discovery* (March 2012).

**Article:** *Tellabs v. Makor, One Year Later*, Securities Law 360 (July 2008).

**Comment:** *Not as Bad as We Thought: The Legacy of Geier v. American Honda Motor Co. in Product Liability Actions*, 70 Brooklyn L. Rev. 949 (Spring 2005).

## LICENSES & ASSOCIATIONS

**Admitted to Practice**, in the State of New York and the Federal Courts in the Southern, Eastern and Northern Districts of New York, the Central District of Illinois, and the Second Circuit.

**New York City Bar Association**, Past-Member Committee on Issues Affecting People with Disabilities.

**Adaptive Design Association, Inc**., Past-Member, Board of Directors.

**Boy Scouts**, Eagle Scout.