

## BIOGRAPHY

Kevin D. Stanley joined Humphrey, Farrington & McClain, P.C. in 2011 and became a shareholder at the firm in 2014. His practice is dedicated to representing persons injured through the negligence of others and as the result of dangerous and defective products- including motor vehicle accidents, vehicle defects, toxic torts, and chemical exposures.

In the courtroom, Kevin has won jury verdicts against General Motors, Ford Motor Company, and Leggett & Platt, among others. Kevin is licensed to practice in state and federal courts in Missouri as well as federal courts in Colorado and Wisconsin. He is a member of the Missouri Association of Trial Attorneys and the American Association of Justice.

A native of Excelsior Springs, Missouri, Kevin graduated from Macalester College in 1989 with a degree in Biology. He received his law degree from the UMKC School of Law in 1998.

BAR ADMISSIONS
- Missouri, 1998
- U.S. District Court Western District of Missouri, 1998
- 

EDUCATION

BA, Macalester College, St. Paul, Minnesota, 1989
- Major: Biology

J.D., University of Missouri-Kansas City School of Law, 1998
- *Law Review, 1997-1998*

HONORS & AWARDS
- Super Lawyer – Missouri & Kansas
- Super Lawyers 2017-2021