1  Gretchen Freeman Cappio (*pro hac vice*)
   gcappio@kellerrohrback.com
2  KELLER ROHRBACK L.L.P.
   1201 Third Avenue, Suite 3200
3  Seattle, WA 98101
   Telephone: (206) 623-1900
4  Fax: (206) 623-3384

5  *Counsel for Plaintiff City of Seattle*

6  (additional counsel listed below)

7              **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**

8  *In re: KIA Hyundai Vehicle Theft*      )   8:22-ml-3052-JVS (KESx)
   *Marketing, Sales Practices, and*       )
9  *Products Liability Litigation*         )
                                           )   **APPLICATION OF**
10 ALL CASES                               )   **GRETCHEN FREEMAN CAPPIO**
                                           )   **FOR APPOINTMENT AS CO-LEAD**
11                                         )   **COUNSEL**
                                           )
12                                         )   Date: February 7, 2023
                                           )   Time: 9:00 a.m.
13                                         )   Courtroom: 10C
                                           )
14                                         )
                                           )
15 _____        )

16

17

18

19

20

21

## I.  GRETCHEN FREEMAN CAPPIO'S EXPERIENCE IS WELL SUITED TO THIS LITIGATION

With the support of her firm and pursuant to the Court's Case Management Order No. 1, Gretchen Freeman Cappio of Keller Rohrback L.L.P. (hereinafter "Keller Rohrback" or "the firm") respectfully requests appointment as Co-Lead Counsel in MDL No. 3052. Ms. Cappio further respectfully requests to be appointed to, or to participate in, as Co-Lead Counsel, the Plaintiffs' Fact Discovery and/or Expert Discovery subcommittees. Ms. Cappio's experience and skills are particularly well aligned to serve Plaintiffs here. She has over two decades of experience in prosecuting complex litigation, with expertise in prominent automotive litigation, such as the *Volkswagen "Clean Diesel"* MDL, where Ms. Cappio served as a member of the Plaintiffs' Settlement Team, and in high-impact cases, including the *Opioids* and *JUUL* MDLs, where Ms. Cappio and the firm represent major governmental clients.

Ms. Cappio particularly requests a leadership appointment to give voice to the **governmental entity plaintiffs** in this case, including the City of Seattle, the first local government with a case in this MDL. Seattle unfortunately finds itself suffering the widespread consequences of the wave of vehicle thefts that have resulted from Hyundai and Kia's failure to remedy the defect at issue here, as outlined in its lawsuit filed on January 23, 2023 and tagged into this MDL on the same date. *City of Seattle v. Hyundai Motor America, Inc.*, No. 23-cv-00098 (W.D. Wash.) and J.P.M.L. MDL No. 3052 at Dkt. 121 (tagging Seattle's complaint into this MDL).

The downstream consequences of the conduct at issue are difficult to overstate for governmental entities. For example, auto thefts in Seattle have hit record-setting levels, fueled in significant part by a massive increase in the thefts of Hyundai and Kia vehicles. This kind of rampant, foreseeable crime has numerous, related downstream effects, making local governments nationwide vulnerable to vehicle theft, crime sprees, reckless driving, youth incarceration, and public harm, all of which divert resources from already-strained law enforcement departments. Ms. Cappio's and the firm's experience helping local governments, including some of the biggest cities and counties in America, navigate the complexities of the *Opioids* and *JUUL* MDLs provides the perfect springboard to addressing the harms to the governmental entity plaintiffs in this litigation. This MDL will benefit immensely from Ms. Cappio's collaborative leadership style and extensive class action and multidistrict litigation experience in automotive and governmental entity cases.

Based on their experience representing plaintiffs in automotive MDLs and governments facing similar, multifaceted nuisances, Ms. Cappio and Keller Rohrback have been approached by additional municipal governments regarding their concern with this problem and interest in joining this MDL. Given the harmful public safety effects on local governments of this obsolete ignition technology—and Defendants' failure to remedy the defect—Keller Rohrback expects additional governmental entities to file suit shortly, although the filing process can take time for public entities because of the approval processes involved. Building on the firm's experience in the *JUUL* MDL—in

which Keller Rohrback partner and counsel in this action Dean Kawamoto was appointed co-lead counsel—governmental entities including Seattle would benefit from dedicated representation in the leadership structure of this litigation.

Ms. Cappio is backed by her colleagues at Keller Rohrback, a well-established, national law firm with a deep, diverse bench of attorneys and staff. Keller Rohrback has the extensive resources required to effectively litigate this case. Keller Rohrback opened its doors over a century ago, and its success over the years is a testament to the ingenuity, hard work, and dedication of its attorneys and staff. Today, the firm includes more than 60 attorneys and 100 staff across six offices in five states, with two offices in California, one of which is in this district. Ms. Cappio is honored to help lead the firm as a member of Keller Rohrback's Executive Committee.

Keller Rohrback is proud of the knowledgeable and experienced team it has built and sustained over the last century. The firm's complex litigation resume, attached hereto as Exhibit A, includes case summaries and the biographies of the attorneys who have achieved the wide-ranging work and successes of its legal team—including numerous leadership roles in class action litigation against Hyundai and Kia and other vehicle manufacturers. Keller Rohrback prides itself on the diversity of its legal team, with half of the attorneys in the firm's Complex Litigation Department identifying as women, people of color, and/or members of the LGBTQ+ community.

Inside and outside of the courtroom, Ms. Cappio has made substantial contributions to the legal profession. She is frequently asked to speak on topics including

MDL settlement strategies, and her experience litigating automotive and other complex litigation. In recognition of her leadership in the complex litigation field, Ms. Cappio was invited to serve as an Inaugural Member of the Emerging Leaders Board of Advisors Emory University School of Law's Institute for Complex Litigation and Mass Claims. She has served the Institute through its Class Action Roundtable, comprised of member judges and practitioners. Further, Ms. Cappio is deeply committed to promoting and cultivating diversity in the legal profession and beyond, serving as Board Chair for the Global Justice Center based in New York, acting as a Founding Board Member of the Mother Attorney Mentoring Association, now in numerous cities nationwide, and helping found and participate in Keller Rohrback's Diversity, Equity, & Inclusion Group. Ms. Cappio is also a longtime, emeritus member of the William L. Dwyer Inn of Court, which is committed to improving the skills, professionalism, and ethics of the bench and bar.

Ms. Cappio's extensive complex litigation experience, combined with Keller Rohrback's remarkable human and financial resources, will serve Plaintiffs well in this MDL. Ms. Cappio thus seeks appointment as Co-Lead Counsel.

## II.  MS. CAPPIO AND KELLER ROHRBACK HAVE THE ABILITY AND RESOURCES NECESSARY TO PROSECUTE THIS CASE

A veteran of numerous complex actions, Ms. Cappio fully appreciates that committing to prosecuting a case against these defendants is likely a major, multiyear undertaking. She and the firm are ready to contribute their time, talent and resources to

1  this litigation, and their track record indicates that they will add immeasurable value to

2  the Plaintiffs' team.[1]

3       Keller Rohrback's resources and dedication to client and class member service are

4  exemplified by their work in major, multibillion-dollar settlements in the *Volkswagen*

5  *"Clean Diesel"* MDL before Judge Breyer in the Northern District of California and

6  litigation and settlement of the similar *FCA "EcoDiesel"* MDL before Judge Chen, also

7  in the Northern District. Keller Rohrback has also represented numerous cities, counties,

8  and states in litigation to address pressing issues of public concern, such as the opioids

9  epidemic, the public health crisis caused by youth e-cigarette use, and the environmental

10 crisis caused by PCBs, resulting in multi-million- or billion-dollar settlements. Many of

11 Keller Rohrback's clients hire us repeatedly because the firm provides top-shelf service

12 through every stage of litigation. The firm also prides itself on the service it provides to

13 absent class members, as well, such as in navigating settlement claims processes.

14      Keller Rohrback knows that modern discovery is data-dependent. To meet these

15 needs, the firm maintains a robust in-house electronic discovery team ready to tailor its

16 work to this case, an important resource that minimizes vendor costs and maximizes

17 efficiency for both offensive and defensive discovery needs.

18      In sum, Ms. Cappio makes this application with the full support of her law firm,

19 Keller Rohrback, a top-flight firm with the significant financial and human resources to

20

21

---

[1] Keller Rohrback is fully equipped to prosecute this action without third-party litigation funding.

5

support this litigation. The firm has served in multiple leadership roles in highly-competitive, similar complex actions, and has the resources necessary to adequately litigate this type of case.

### III.   MS. CAPPIO HAS A PROVEN ABILITY TO COLLABORATE WITH COUNSEL ON BOTH SIDES OF THE V.

Civility can be an underrated trait among litigators, but it is essential. Ms. Cappio started her legal career at Keller Rohrback 23 years ago and has played a critical role in building the firm's Complex Litigation Department into the nationally recognized litigation powerhouse it is today. Ms. Cappio has a remarkable ability to build productive relationships with co-counsel, opposing counsel, and neutrals, all to the benefit of her clients. Keller Rohrback would not be where it is today without the reputation for professionalism, collegiality, and mutual respect the firm and its attorneys have deservedly built throughout its long history. Time and time again, Keller Rohrback has demonstrated a unique ability to work cooperatively with other counsel to advance the interests of plaintiffs and class members. This is one of the firm's core values. Keller Rohrback works collaboratively with counsel and neutrals in innovative ways to obtain significant results, for which it has been praised by courts. Ms. Cappio and her colleagues at Keller Rohrback pursue cases with passion, diligence, and utmost civility. Ms. Cappio has a wide variety of references (clients, opposing and co-counsel, mediators, and judges), should the Court wish to speak with any of them.

In particular, Ms. Cappio and Keller Rohrback have worked successfully with many of the lawyers and firms who have filed cases in this MDL and would be honored

to do so again. These firms include Hagens Berman Sobol Shapiro LLP and Fegan Scott LLC, as well as Baron & Budd, P.C., Burns Charest LLP, DiCello Levitt Gutzler LLC, Goldenberg Schneider, LPA, Gustafson Gluek PLLC, Kazerouni Law Group, APC, Lockridge Grindal Nauen P.L.L.P., Migliaccio & Rathod LLP, Morgan and Morgan, Sauder Schelkopf LLC, and Spector Roseman and Kodroff PC.

Ms. Cappio has been formally recognized by her peers for her legal knowledge, communication skills, and ethical standards, receiving the highest peer rating—Preeminent—for professional excellence through Martindale-Hubbell® Peer Review Ratings.

### IV.   MS. CAPPIO'S EXPERIENCE IN AUTOMOTIVE AND PUBLIC INTEREST COMPLEX LITIGATION IS A NATURAL FIT FOR THIS MDL

Ms. Cappio has wide-ranging experience in complex litigation, as does Keller Rohrback as a whole. A few representative cases are highlighted below, and additional cases are outlined in the firm's resume. *See* Exhibit A.

Recent high-profile complex and class action cases in which Ms. Cappio and Keller Rohrback have served in a leadership capacity, include the following:

A. *Jabbari v. Wells Fargo*, No. 15-02159 (N.D. Cal.). Together with several Keller Rohrback colleagues, including Derek Loeser, Ms. Cappio was appointed class counsel in this nationally prominent class action stemming from the Wells Fargo unauthorized account scandal. Keller Rohrback served as the only plaintiffs' firm leading this major litigation. Judge Chhabria approved a class settlement that created a $142 million non-reversionary fund, with an uncapped guarantee by Wells Fargo to supplement the Fund in the event it was depleted before all claims were paid, as well as first-of-its-kind credit impact

damages that compensated class members for increased borrowing costs due to credit damage caused by Wells Fargo's conduct. The Ninth Circuit affirmed the settlement and class certification in July 2020.

B. *In re: National Prescription Opiate Litig.*, MDL No. 2084 (N.D. Ohio). Keller Rohrback represents over 70 cities, counties, and tribes in this important and complex litigation against opioid manufacturers, distributors, and pharmacies alleged to have caused the opioid epidemic. In the Opioid MDL, Ms. Cappio serves as the lead client contact for the fourth largest county in the country, and was a chief negotiator of the allocation agreement for millions of dollars in opioid settlement funds, signed by the state, all counties, and all cities and towns in Arizona. She has played a similar role in other statewide negotiations, including in Colorado.

C. *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices, and Antitrust Litigation,* MDL 2785 (D. Kan.). In this significant class action in which Keller Rohrback's Managing Partner Lynn Sarko served as Co-Lead Counsel, Ms. Cappio co-led the firm's contributions to the coordination of counsel, including directing meetings of the Plaintiffs' Steering Committee and major briefing and discovery efforts, resulting in the certification of a nationwide class of consumers and third-party payors. In addition to helping lead the successful litigation efforts in this multidistrict litigation through class certification and summary judgment, Ms. Cappio helped negotiate the recent $345 million settlement with Pfizer, and the $264 million settlement with Mylan, both of which have been granted final approval.

D. *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL 2672 (N.D. Cal.). In addition to contributing to

numerous MDL litigation efforts, Ms. Cappio, Lynn Sarko, and Ryan McDevitt wore a wide variety of hats in this intense litigation, from filing the first RICO complaint in the country to answering hundreds of class members' questions. Ms. Cappio served on the Plaintiffs' Settlement Team during rapid-fire negotiations, drafted settlement documents, and supervised notice in three separate settlements totaling over $15 billion.

E. *Ethan Ryder et al. v. Wells Fargo Bank, N.A.,* 1:19-cv-638-TSB (S.D. Ohio). Judge Black appointed Ms. Cappio co-lead Class Counsel in this putative class action on behalf of consumers who were wrongfully denied mortgage modifications. The $12 million settlement on behalf of 1,830 class members was granted final approval in early 2022. It provides for cash payments from between $1,000 and $19,000 that are automatically sent to eligible class members, without the need to file a claim form.

In addition, to the cases above, with Keller Rohrback partner Ryan McDevitt, Ms. Cappio currently co-directs the Keller Rohrback team appointed Co-Lead counsel in *In re Chevrolet Bolt EV Battery Litig.*, No. 2: 20-cv-13256 (E.D. Mich.), a class action concerning serious battery defects in Chevrolet Bolt electric vehicles, and she serves as court-appointed Settlement Counsel in *In re: Hyundai/Kia Engine Litigation II*, No. 8:18-cv-02223 (C.D. Cal.) in which a major settlement was just proposed before Judge Staton. Additionally, Ms. Cappio serves on the Plaintiffs' Steering Committee in *In re ZF-TRW Airbag Control Units Prods. Liab. Litig.*, MDL No. 2905 (C.D. Cal.), concerning defective airbag control units in 12.3 million automobiles from six major automakers, including Hyundai and Kia, and she was appointed to chair the Plaintiffs'

Steering Committee in *In re Blackbaud, Inc., Customer Data Sec. Breach Litig.*, MDL No. 2972 (D.S.C.).

## V.     CONCLUSION

For all the foregoing reasons, including her commitment to her governmental and other clients, robust automotive litigation experience, and ability to work well with others, Plaintiffs would be well-served by the appointment of Ms. Cappio to the Plaintiffs' Lead Counsel Committee in this MDL.

DATED this 23rd day of January, 2023.

KELLER ROHRBACK L.L.P.


By */s/ Gretchen Freeman Cappio*
    Gretchen Freeman Cappio
    Dean Kawamoto
    Derek W. Loeser
    Ryan McDevitt
    Alison Gaffney
    Felicia J. Craick
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Telephone: (206) 623-1900; Fax (206) 623-3384
    gcappio@kellerrohrback.com
    dkawamoto@kellerrohrback.com
    dloeser@kellerrohrback.com
    rmcdevitt@kellerrohrback.com
    agaffney@kellerrohrback.com
    fcraick@kellerrohrback.com

    *Counsel for Plaintiff City of Seattle*

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on January 23, 2023, I electronically filed the foregoing

3   document with the Clerk of the Court using the CM/ECF system which will send

4   notification of such filing to all counsel of record, including counsel for Defendants.

5

6                                                    */s/ Gretchen Freeman Cappio*
                                                     Gretchen Freeman Cappio
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21