**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re<br>Kia Hyundai Vehicle Theft Litigation<br><br>v.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S) | CASE NUMBER<br><br>8:22-ml-03052-JVS-KESx<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action ☐ the following scanned document  ☒ docket entry  have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____12/27/2022_____ Document Number(s): 7 _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:
Due to clerical error, dkt. # 7, "Conditional Transfer Order (CTO-1)," contained incorrect case numbers. Fisher v. Kia America, Inc. et al should be 8:22-cv-02341-JVS-KESx, Horne v. Kia America, Inc. et al should be 8:22-cv-02342-JVS-KESx, and Hilliard v. Kia America, Inc. et al should be 8:22-CV-02348-JVS-KESx. The correct CTO is attached below.

CLERK, U.S. DISTRICT COURT

Date: _____01/24/2023_____   By: _R. Smith (213) 894 3535_____

Deputy Clerk

**FILED**
CLERK, U.S. DISTRICT COURT

DEC 27 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____rsm____ DEPUTY

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

8:22-ml-03052-JVS-KESx

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

MDL No. 3052

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –1)

On December 13, 2022, the Panel transferred 14 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.3d ___ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 13, 2022, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 27, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby attest and certify on DEC 27 2022 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK
RENICO SMITH

1193

IN RE: KIA HYUNDAI VEHICLE THEFT
MARKETING, SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                                          MDL No. 3052

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ARIZONA** | | | | |
| AZ | 2 | 22-02074 | Browning et al v. Kia America Incorporated et al | 8:22-CV-02340-JVS-KESx |
| **COLORADO** | | | | |
| CO | 1 | 22-02367 | Fisher v. Kia America, Inc. et al | 8:22-CV-02341-JVS-KESx |
| **GEORGIA NORTHERN** | | | | |
| GAN | 1 | 22-04062 | Horne v. Kia America, Inc. et al | 8:22-CV-02342-JVS-KESx |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 22-06413 | Givens v. KIA America, Inc. | 8:22-CV-2339-JVS-KESx |
| **INDIANA NORTHERN** | | | | |
| INN | 2 | 22-00295 | Burnett v. Kia America, Inc. et al | 8:22-CV-02343-JVS-KESx |
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 22-03630 | Neves v. Kia America, Inc. et al | 8:22-CV-02344-JVS-KESx |
| **MICHIGAN EASTERN** | | | | |
| MIE | 2 | 22-12198 | DeKam et al v. Kia America, Inc. et al | 8:22-CV-02345-JVS-KESx |
| **MINNESOTA** | | | | |
| MN | 0 | 22-02149 | Zanmiller v. Kia America, Inc. et al | 8:22-CV-02346-JVS-KESx |
| MN | 0 | 22-02164 | Johnson v. Kia America, Inc. et al | 8:22-CV-02358-JVS-KESx |
| MN | 0 | 22-02328 | Ballis et al v. Kia America, Inc. et al | 8:22-CV-02347-JVS-KESx |
| MN | 0 | 22-02431 | Hilliard et al v. Kia America, Inc. et al | 8:22-CV-02348-JVS-KESx |
| MN | 0 | 22-02511 | Broadway v. Kia America, Inc. et al | 8:22-CV-02349-JVS-KESx |
| MN | 0 | 22-02583 | Spores v. Kia America, Inc. et al | 8:22-CV-02350-JVS-KESx |
| MN | 0 | 22-02882 | Pearson et al v. Kia America, Inc. et al | 8:22-CV-02351-JVS-KESx |
| ~~MN~~ | ~~0~~ | ~~22-02938~~ | ~~Stanich v. Kia America, Inc.~~ | Opposed 12/20/2022 |
| ~~MN~~ | ~~0~~ | ~~22-02963~~ | ~~Martinez v. Kia America, Inc.~~ | Opposed 12/20/2022 |

NEW YORK WESTERN

| ~~NYW~~ | ~~1~~ | ~~22-00881~~ | ~~Payne et al v. Kia Corporation et al~~   Opposed 12/22/2022 |

PENNSYLVANIA EASTERN

| PAE | 2 | 22-04074 | Rivera v. Kia America, Inc. et al  8:22-CV-02352-JVS-KESx |
| PAE | 2 | 22-04376 | ALSTON et al v. KIA AMERICA, INC. et al  8:22-CV-02353-JVS-KESx |

SOUTH CAROLINA

| SC | 3 | 22-04014 | Parker v. Kia America, Inc. et al  8:22-CV-02354-JVS-KESx |

TENNESSEE WESTERN

| TNW | 2 | 22-02678 | Walker v. Kia America, Inc. et al  8:22-CV-02355-JVS-KESx |

TEXAS WESTERN

| TXW | 5 | 22-01290 | Jeong v. Kia America, Inc. et al  8:22-CV-02356-JVS-KESx |