Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: (513) 345-8291
Fax: (513) 345-8294
*jgoldenberg@gs-legal.com*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx)<br><br>NOTICE OF DISMISSAL OF CLAIMS OF PLAINTIFF MARCHAE WINSTON WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41 |
| This document relates to:<br><br>*Lucas v. Kia America, Inc*., C.D. Cal. No. 22-cv-02090 | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marchae Winston hereby gives notice that her individual claims in the above captioned action are voluntarily dismissed without prejudice against Defendant.  As of the date of this filing, Defendant has not served an Answer, a motion for summary judgment, or any other responsive pleading. This dismissal applies only to Plaintiff Marchae Winston's claims and does not impact claims by other Plaintiffs or putative class members.

| | | |
|---|---|---|
| 1 | Dated: January 25, 2023 | Respectfully Submitted. |
| 2 | | |
| 3 | | /s/ Jeffrey S. Goldenberg |
| | | Jeffrey S. Goldenberg (*pro hac vice*) |
| 4 | | GOLDENBERG SCHNEIDER, LPA |
| | | 4445 Lake Forest Drive, Suite 490 |
| 5 | | Cincinnati, OH 45242 |
| 6 | | Telephone: (513) 345-8291 |
| | | Facsimile: (513) 345-8294 |
| 7 | | jgoldenberg@gs-legal.com |
| 8 | | |
| 9 | | Christopher Pitoun (SBN 290235) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | | 301 North Lake Avenue, Suite 920 |
| | | Pasadena, CA 91101 |
| 11 | | Telephone: (213) 330-7150 |
| 12 | | Facsimile: (213) 330-7152 |
| | | christopherp@hbsslaw.com |
| 13 | | |
| 14 | | Steve W. Berman (*pro hac vice*) |
| | | Sean Matt (*pro hac vice*) |
| 15 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 16 | | 1301 Second Avenue, Suite 2000 |
| | | Seattle, WA 98101 |
| 17 | | Telephone: (206) 623-7292 |
| 18 | | Facsimile: (206) 623-0594 |
| | | steve@hbsslaw.com |
| 19 | | sean@hbsslaw.com |
| 20 | | |
| | | Counsel for *McNerney* and *Lucas* Plaintiffs |
| 21 | | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jeffrey S. Goldenberg
Jeffrey S. Goldenberg