Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

*Counsel for Plaintiffs*
Miyoshi Morrow, Tracy Spradlin, and Rachel Perry

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>(This Document Relates to All Case) | Case No.: 8:22-ML-3052-JVS(KESx)<br><br>**NOTICE OF APPEARANCE** |

**COMES NOW**, Attorney David Fernandes, files his Notice of Appearance to serve as counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin and Rachel Perry ("Plaintiffs") in the above styled lawsuit.  David Fernandes is admitted to practice before the United States District Court for the Central District of California.  Mr. Fernandes' contact information is as follows:

> David Fernandes
> dfernandes@baronbudd.com
> BARON & BUDD, P.C.
> 15910 Ventura Boulevard
> Suite 1600
> Encino, California 91436
> Ph.: (818) 839-2333

Dated: January 30, 2023                    Respectfully submitted,

*/s/ David Fernandes*

**BARON & BUDD, P.C.**
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

# CERTIFICATE OF SERVICE

I, David Fernandes, certify that on January 30, 2023, I caused the following Notice of Appearance to be filed using the Court's CM/ECF system, which sends notification of such filings to all counsel of record.

Dated: January 30, 2023                    Respectfully submitted,

                                           /s/ David Fernandes

                                           **BARON & BUDD, P.C.**
                                           Roland Tellis (SBN 186269)
                                           rtellis@baronbudd.com
                                           David Fernandes (SBN 280944)
                                           dfernandes@baronbudd.com
                                           15910 Ventura Boulevard, Suite 1600
                                           Encino, California 91436
                                           Telephone: (818) 839-2333