# **<u>EXHIBIT A</u>**

**CASES PENDING IN C.D. CAL**

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| 1. | Browning et al. v Kia America, Inc. et al. | 8:22-cv-02340 | D. Ariz. | 2:22-cv-02074 | • Not yet served<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 2. | Yeghiaian et al. v. Kia America, Inc. et al. | 8:22-cv-01440 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 3. | McNerney et al. v. Kia America, Inc. et al. | 8:22-cv-01548 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 4. | Cohen et al. v. Kia America, Inc. et al. | 8:22-cv-01664 | C.D. Cal. | N/A | • Not yet served<br>• Case stayed 12/21/2022<br>• Transferred and assigned to Judge Selna per his 1/20/2023 Transfer Order |
| 5. | Morrow et al. v. Hyundai Motor America et al. | 8:22-cv-01674 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/21/2022<br>• Transferred and assigned to Judge Selna per his 1/6/2023 Transfer Order |
| 6. | Baker et al. v. Kia America, Inc. et al. | 8:22-cv-01712 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/21/2022<br>• Transferred and assigned to Judge Selna per his 1/20/2023 Transfer Order |
| 7. | Hufford v. Kia America, Inc. et al. | 8:22-cv-01715 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/21/2022<br>• Transferred and assigned to Judge Selna per his |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| | | | | | 1/20/2023 Transfer Order |
| 8. | McQuarrie et al. v. Kia America, Inc. et al. | 8:22-cv-01721 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/19/2022<br>• Transferred and assigned to Judge Selna per his 1/20/2023 Transfer Order |
| 9. | Henry et al. v. Kia America, Inc. et al. | 8:22-cv-01729 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/29/2022<br>• Transferred and assigned to Judge Selna per his 1/12/2023 Transfer Order |
| 10. | Sampson et al. v. Kia America, Inc. et al. | 8:22-cv-01815 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per his 1/20/2023 Transfer Order |
| 11. | Mohr et al. v. Kia America, Inc. et al. | 8:22-cv-01905 | C.D. Cal. | N/A | • Not yet served<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per his 1/20/2023 Transfer Order |
| 12. | Fehrenbach et al. v Hyundai Motor America et al. | 8:22-cv-01922 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per his 1/23/2023 Transfer Order |
| 13. | Lamons et al. v. Kia America, Inc. et al. | 8:22-cv-01956 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per his 1/20/2023 Transfer Order |
| 14. | Whalen v. Kia America, Inc et al. | 8:22-cv-01987 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/21/2022 |
| 15. | Sellers et al. v. Kia America, Inc. et al. | 8:22-cv-02065 | C.D. Cal. | N/A | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per his |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| 16. | Lucas et al. v. Kia America, Inc. et al. | 8:22-cv-02090 | C.D. Cal. | N/A | 1/20/2023 Transfer Order<br>• No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per his 1/20/2023 Transfer Order |
| 17. | Winston v. Kia America, Inc. | 8:22-cv-02329 | C.D. Cal. | N/A | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per his 1/5/2023 Transfer Order |
| 18. | Placencia et al. v. Kia America, Inc. et al. | 8:23-cv-00139 | C.D. Cal. | N/A | • Not yet served<br>• Transferred and assigned to Judge Selna per his 1/27/2023 Transfer Order |
| 19. | Jones v. Kia America, Inc. et al. | 8:22-cv-02291 | D. Colo. | 1:22-cv-02123 | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 20. | Fisher v. Kia America, Inc. et al. | 8:22-cv-02341 | D. Colo. | 1:22-cv-02367 | • No discovery has taken place<br>• Case stayed 12/19/2022<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 21. | Pue et al. v. Kia America, Inc. et al. | 8:22-cv-02292 | M.D. Fla. | 6:22-cv-01440 | • No discovery has taken place<br>• Case stayed 11/21/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 22. | Horne v. Kia America, Inc. et al. | 8:22-cv-02342 | N.D. Ga. | 1:22-cv-04062 | • Not yet served<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| 23. | Loburgio et al. v Kia America, Inc. et al. | 8:22-cv-02293 | N.D. Ill. | 1:22-cv-04071 | • Amended complaint filed 8/30/2022<br>• No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 24. | Givens v. Kia America, Inc. | 8:22-cv-02339 | N.D. Ill. | 1:22-cv-06413 | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 25. | Burnett v. Kia America, Inc. et al. | 8:22-cv-02343 | N.D. Ind. | 2:22-cv-00295 | • Not yet served<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 26. | Brady et al. v. Kia America, Inc. et al. | 8:22-cv-02294 | S.D. Iowa | 4:22-cv-00252 | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 27. | Simmons et al. v. Kia America, Inc. et al. | 8:22-cv-02295 | D. Kan. | 2:22-cv-02288 | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 28. | Day v. Kia America, Inc. et al. | 8:22-cv-02296 | E.D. Ky. | 5:22-cv-00202 | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 29. | Neves v. Kia America, Inc. et al. | 8:22-cv-02344 | E.D. La. | 2:22-cv-03630 | • No discovery has taken place<br>• Case stayed 12/22/2022 |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| | | | | | - Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 30. | Beneman v. Kia America, Inc. et al. | TBD | D. Md. | 8:23-cv-0103 | - Not yet served<br>- Transferred and assigned to Judge Selna per 1/18/2023 JPML Conditional Transfer Order 4 |
| 31. | DeKam et al. v Kia America, Inc. et al. | 8:22-cv-02345 | E.D. Mich. | 2:22-cv-12198 | - No discovery has taken place<br>- Case stayed 12/22/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 32. | Baker v. Kia America, Inc. et al. | 8:23-cv-00062 | W.D. Mich. | 1:22-cv-01239 | - Not yet served<br>- Transferred and assigned to Judge Selna per 1/4/2023 JPML Conditional Transfer Order 3 |
| 33. | Zanmiller v. Kia America, Inc. et al. | 8:22-cv-02346 | D. Minn. | 0:22-cv-2149 | - No discovery has taken place<br>- Case stayed 12/20/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 34. | Johnson v. Kia America, Inc. et al. | 8:22-cv-02358 | D. Minn. | 0:22-cv-02164 | - No discovery has taken place<br>- Case stayed 12/20/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 35. | Ballis et al. v. Kia America, Inc. et al. | 8:22-cv-02347 | D. Minn. | 0:22-cv-02328 | - No discovery has taken place<br>- Case stayed 12/20/2022 |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| | | | | | - Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 36. | Hilliard et al. v. Kia America, Inc. et al. | 8:22-cv-02348 | D. Minn. | 0:22-cv-02431 | - No discovery has taken place<br>- Case stayed 12/20/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 37. | Broadway v. Kia America, Inc. et al. | 8:22-cv-02349 | D. Minn. | 0:22-cv-02511 | - No discovery has taken place<br>- Case stayed 12/16/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 38. | Pearson et al. v. Kia America, Inc. et al. | 8:22-cv-02351 | D. Minn. | 0:22-cv-02882 | - No discovery has taken place<br>- Case stayed 12/16/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 39. | Spores v. Kia America, Inc. et al. | 8:22-cv-02350 | D. Minn. | 0:22-cv-02583 | - No discovery has taken place<br>- Case stayed 12/20/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 40. | Stanich v. Kia America, Inc. | 8:23-cv-00060 | D. Minn. | 0:22-cv-02938 | - No discovery has taken place<br>- Case stayed 12/20/2022<br>- Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| | | | | | Order 1<br>• Stay on Conditional Transfer Order 1 lifted 1/10/2023 |
| 41. | Martinez v. Kia America, Inc. | 8:23-cv-00061 | D. Minn. | 0:22-cv-02963 | • No discovery has taken place<br>• Case stayed 1/17/2023<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1<br>• Stay on Conditional Transfer Order 1 lifted 1/10/2023 |
| 42. | Bendorf et al. v. Kia America, Inc. et al. | 8:22-cv-02297 | W.D. Mo. | 4:22-cv-00465 | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 43. | Bissell v. Hyundai Motor America et al. | 8:22-cv-02298 | W.D. Mo. | 4:22-cv-00548 | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 44. | Hall v. Kia America, Inc. et al. | 8:22-cv-02299 | D. Neb. | 4:22-cv-03155 | • No discovery has taken place<br>• Case stayed 12/19/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 45. | Moon v. Kia America, Inc. et al. | 8:22-cv-02300 | S.D.N.Y. | 1:22-cv-07433 | • No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 46. | Slovak et al. v. Kia America, Inc. et al. | 8:22-cv-02301 | N.D. Ohio | 3:22-cv-01432 | • Amended complaint filed 8/31/2022<br>• Not yet served on two |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| | | | | | defendants<br>• No discovery has taken place<br>• Case stayed 12/20/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 47. | Fruhling et al. v. Kia America, Inc. et al. | 8:22-cv-02302 | S.D. Ohio | 1:22-cv-00451 | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 48. | Rivera v. Kia America, Inc. et al. | 8:22-cv-02352 | E.D. Pa. | 2:22-cv-04074 | • Initial written discovery served by Plaintiffs<br>• Case stayed 12/16/2022<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 49. | Alston et al. v. Kia America, Inc. et al. | 8:22-cv-02353 | E.D. Pa. | 2:22-cv-04376 | • Initial written discovery served by Plaintiffs<br>• Case stayed 12/16/2022<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 50. | Murphy et al. v. Kia America, Inc. et al. | 8:22-cv-02357 | E.D. Pa. | 2:22-cv-04931 | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/19/2022 JPML Conditional Transfer Order 2 |
| 51. | Parker v. Kia America, Inc. et al. | 8:22-cv-02354 | D. S.C. | 3:22-cv-04014 | • Not yet served<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 52. | Walker v. Kia | 8:22-cv- | W.D. Tenn. | 2:22-cv- | • No discovery has taken |

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
|  | America, Inc. et al. | 02355 |  | 02678 | place<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 53. | Bodie et al. v. Kia America, Inc. et al. | 8:22-cv-02303 | S.D. Tex. | 4:22-cv-02603 | • No discovery has taken place<br>• Case stayed 12/22/2022<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |
| 54. | Jeong v. Kia America, Inc. et al. | 8:22-cv-02356 | W.D. Tex. | 5:22-cv-01290 | • No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/15/2022 JPML Conditional Transfer Order 1 |
| 55. | Marvin et al. v. Kia America, Inc. et al. | 8:22-cv-02304 | E.D. Wis. | 2:21-cv-01146 | • Motions to dismiss amended complaint fully briefed and pending<br>• Motion to take judicial notice fully briefed and pending<br>• No discovery has taken place<br>• Transferred and assigned to Judge Selna per 12/13/2022 JPML Transfer Order |