# **EXHIBIT B**

**CASES PENDING OPPOSITION TO TRANSFER**

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| 1. | Payne et al. v. Kia Corporation et al. | N/A | W.D.N.Y. | 1:22-cv-00881 | • Opposition to transfer pending<br>• Motion to vacate 12/15/2022 JPML Conditional Transfer Order 1 as to *Payne* filed 1/10/2023 |