# **EXHIBIT C**

## CASES WHOSE TRANSFER MAY BE OPPOSED

| No. | Case Name | C.D. Cal. Case No. | Original District | Original Case No. | Current Status |
|---|---|---|---|---|---|
| 1. | City of Seattle v. Hyundai Motor America et al. | N/A | W.D. Wash. | 2:23-cv-0098 | • Not yet served |