**ROME & ASSOCIATES, A.P.C.**
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Plaintiff
PHILOS JEONG

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: ALL CASES | Case No.: 8:22-ML-3052 JVS (KESx) |

## NOTICE OF APPEARANCE

Sridavi Ganesan, with the law firm of Rome & Associates, APC, files this notice of appearance. Ms. Ganesan is a member of the California Bar and is admitted to practice in the United States District Court, Central District of California. Ms. Ganesan is co-counsel with Max Ephraim Rodriquez, Adam Pollock, and Raphael Janove with the law firm Pollock Cohen LLP, all of whom are permanently admitted to practice and are in good standing in several federal district courts, including in their respective home districts of the U.S. District Courts for the Southern District of New York and the Eastern District of Pennsylvania. They are *admitted pro hac vice* by operation of Pretrial Order No. 1, ¶ 5.1. Ms. Ganesan, Mr. Rodriguez, Mr. Pollock, and Mr. Janove represent plaintiff Philos Jeong in *Jeong v. Kia America, Inc., et al.*, No. 5:22-cv-1290 (W.D. Tex.).

| | | |
|---|---|---|
| Dated: | February 1, 2023 | **ROME & ASSOCIATES APC** |

By:  */s/ Sridavi Ganesan*
    Sridavi Ganesan
Attorney for Plaintiff PHILOS JEONG