# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SAML 22-03052 JVS (KESx) | Date | February 7, 2023 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation | | |

Present: The Honorable     James V. Selna

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Fegan | Anne Regan | Peter Brennan |
| Jonathan Soper | Robert Shelquist | Madeline Skitzki |
| Kenneth McClain | Kaitlyn Dennis | |
| Jeffrey Goldenberg | Matthew Dameron | |
| Steve Berman | Michael Ram | |
| Kevin Stanley | Amanda Klevorn | |
| David Fernandes Jr. | Mason Barney | |
| Roberta Yard | Amber Schubert | |
| Sridavi Ganesan | David Goodwin | |
| James Barton | Gretchen Cappio | |
| Roland Tellis | Jason Rathod | |
| Matthew Schelkopf | Chris Henderson | |
| Tiffany Yiatras | | |

**Proceedings:**   Initial Conference

Cause called and counsel make their appearances.  Counsel make their arguments regarding structure and applications re Lead Counsel and Committee Membership.   The Court takes the referenced matters under submission.

The Court sets a Scheduling Conference on Monday, March 13, 2023 at 8:00 a.m. in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse at 411 W. Fourth Street, Santa Ana, CA 92701.

|  | 1 | : | 37 |
|---|---|---|---|
| Initials of Preparer | | eva | |