1  Steve W. Berman, Esq.
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
3  Seattle, WA 98101

4
   *Counsel for Plaintiffs*
5  (Additional Counsel Listed Below)

6
   Peter J. Brennan, Esq.
7  JENNER & BLOCK LLP
   353 North Clark Street
8  Chicago, IL 60654-3456

9
10 *Counsel for Defendants*

11

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) <br><br> PARTIES' STIPULATION TO EXTENSION OF TIME TO SUBMIT PROPOSED PRESERVATION ORDER |
|---|---|
| This document relates to: <br><br> ALL CASES | |

# PARTIES' STIPULATION TO EXTENSION OF TIME FOR SUBMISSION REGARDING PROPOSED PRESERVATION ORDER

Counsel for Plaintiffs and Counsel for Defendants Hyundai Motor America, Kia America, Inc. and Hyundai America Technical Center, Inc. (the "Parties") hereby stipulate and agree to the following:

1. In Order No. 2: Adoption of Organization Plan and Appointment of Counsel, the Court stated that the parties were to submit a proposed preservation order on or before March 1, 2023. [Doc. 50]
2. Order No. 2 also states that "[t]he proposed order shall reflect alternative provisions where there is a dispute."
3. The parties have exchanged draft proposals for the preservation order.
4. In an effort to reach compromise on areas of disagreement and to specifically identify for the Court alternative provisions for areas where there remains a dispute between the parties, the Parties stipulate to and jointly move for an order of the Court extending the deadline for submitting the proposed preservation order until March 9, 2023.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 1, 2023                Respectfully Submitted.


By: /s/ *Steve W. Berman*
   Steve W. Berman, Esq.
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
   Seattle, WA 98101

By: */s/ Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

By: */s/ Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON & McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050

By: */s/ Roland Tellis*
    Roland Tellis, Esq.
    BARON & BUDD, P.C.
    15910 Ventura Blvd., Suite 1600
    Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: *Peter J. Brennan*
    Peter J. Brennan, Esq.
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

*Counsel for Defendants*

# CERTIFICATE OF COMPLIANCE

I, Kenneth McClain, Counsel for Plaintiffs, certify that the foregoing document contains 166 words, which complies with the word limit of Local Rule 11-6.1.

/s/

*/s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

Counsel for Plaintiffs

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Kenneth B. McClain, hereby attest that Steve Berman, Elizabeth Fegan, Roland Tellis, and Peter J. Brennan, on whose behalf this filing is also submitted, has concurred in the content of this Stipulation.

*/s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

Counsel for Plaintiffs