# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.: 8:22-ML-3052 JVS(KESx)<br><br>ORDER GRANTING PARTIES STIPULATION TO EXTENSION OF TIME TO SUBMIT PROPOSED PRESERVATION ORDER [58] |

  In Order No. 2: Adoption of Organization Plan and Appointment of Counsel, the Court stated that the parties were to submit a proposed preservation order on or before March 1, 2023. [Doc. 50]  Order No. 2 also states that "[t]he proposed order shall reflect alternative provisions where there is a dispute."

  The parties have exchanged draft proposals for the preservation order and are working on compromise to areas of disagreement and to specifically identify for the alternative provisions for areas where there remains a dispute between the parties.  The

Parties have requested and stipulated to an extension of time until March 9, 2023, for submitting a proposed preservation order to the Court.

For good cause shown, it is ORDERED that the Parties' Stipulation to Extension of Time to Submit Proposed Preservation Order is GRANTED.

The Parties shall submit to the court a proposed preservation order on or before March 9, 2023, as otherwise directed in Order No. 2.

Dated: March 03, 2023

_____

Honorable James V. Selna

United States District Judge