# **EXHIBIT A**

# EXHIBIT A
# MASTER SERVICE LIST

| ATTORNEYS FOR PLAINTIFFS IN TRANSFERRED CASES ||
|---|---|
| Steve W Berman<br>Sean Matt<br>**Hagens Berman Sobol Shapiro LLP**<br>1301 2nd Avenue Suite 2000<br>Seattle, WA 98101<br>206-623-7292<br>Steve@hbsslaw.com<br>Sean@hbsslaw.com<br>HKLeadsOnly@hbsslaw.com | Christopher Pitoun<br>**Hagens Berman Sobol Shapiro LLP**<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>213-330-7150<br>Christopherp@hbsslaw.com |
| Elizabeth A. Fegan<br>Megan Shannon<br>**Fegan Scott LLC**<br>150 South Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>312-741-4019<br>Beth@feganscott.com<br>Megan@feganscott.com | Jonathan D. Lindenfeld<br>**Fegan Scott LLC**<br>140 Broadway, 46th Floor<br>New York, NY 10005<br>332-216-2101<br>Jonathan@feganscott.com |
| Kenneth B McClain<br>Jonathan Mesle Soper<br>Kevin Daniel Stanley<br>Chelsea McClain Pierce<br>Paul D. Anderson<br>**Humphrey Farrington and McClain PC**<br>221 West Lexington Suite 400<br>Independence, MO 64050<br>816-836-5050<br>Kbm@hfmlegal.com<br>Jms@hfmlegal.com<br>Kds@hfmlegal.com<br>Cmp@hfmlegal.com<br>Pda@hfmlegal.com | Roland Tellis<br>David Brian Fernandes, Jr.<br>Adam Tamburelli<br>Shannon Royster<br>**Baron & Budd, P.C.**<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>818-839-2333<br>rtellis@baronbudd.com<br>dfernandes@baronbudd.com<br>atamburelli@baronbudd.com<br>sroyster@baronbudd.com |
| Michael F Ram<br>**Morgan and Morgan**<br>Complex Litigation Group | Jeffrey S Goldenberg<br>Todd B Naylor<br>**Goldenberg Schneider LPA** |

| | |
|---|---|
| 711 Van Ness Avenue Suite 500<br>San Francisco, CA 94102<br>415-358-6913<br>Mram@forthepeople.com | 4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>513-345-8291<br>Jgoldenberg@gs-Legal.com<br>Tnaylor@gs-Legal.com |
| Tiffany Marko Yiatras<br>**Consumer Protection Legal LLC**<br>308 Hutchinson Road<br>Ellisville, MO 63011-2029<br>314-541-0317<br>Tiffany@consumerprotectionlegal.com | Matthew D. Schelkopf<br>**Sauder Schelkopf LLC**<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>610-200-0581<br>Mds@sstriallawyers.com |
| Amanda K. Klevorn<br>**Burns Charest LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>504-799-2845<br>Aklevorn@burnscharest.com | Jason S. Rathod<br>Nicholas A. Migliaccio<br>**Migliaccio and Rathod LLP**<br>412 H Street Ne, Suite 302<br>Washington, DC 20002<br>202-509-5951<br>Jrathod@classlawdc.com<br>Nmigliaccio@classlawdc.com |
| Todd E. Gadtke<br>**Gadtke and Brennan P.A.**<br>11284 86th Avenue North<br>Maple Grove, MN 55369<br>763-315-4548<br>Tgadtke@gadtkelawfirm.com | Amber Love Schubert<br>**Schubert Jonckheer and Kolbe LLP**<br>2001 Union Street Suite 200<br>San Francisco, CA 94123<br>415-788-4220<br>Aschubert@sjk.law |
| Jonathan A. Michaels<br>Christopher Draden Henderson<br>**MLG APLC**<br>600 Anton Boulevard, Suite 1240<br>Costa Mesa, CA 92626<br>949-581-6900<br>Jmichaels@defectattorney.com<br>Chenderson@defectattorney.com | Tom Adams<br>**Law Office of Thomas G. Adams**<br>21781 Ventura Boulevard Suite 10005<br>Woodland Hills, CA 91364<br>805-229-1529<br>Thomasgadams@gmail.com |
| Rhett Thomas Francisco<br>**Law Offices of Rhett Francisco**<br>638 Lindero Canyon Road Suite 105<br>Oak Park, CA 91377<br>818-319-9879<br>Rhett_Francisco_Law@yahoo.com | Joseph M. Lyon<br>**Lyon Firm**<br>2754 Erie Avenue<br>Cincinnati, OH 45208<br>513-381-2333<br>Jlyon@thelyonfirm.Com |

| | |
|---|---|
| Jennifer A. Lenze<br>**Lenze Lawyers PLC**<br>999 Corporate Drive, Suite 100<br>Ladera Ranch, CA 92694<br>310-322-8800<br>Jlenze@lenzelawyers.com | Bradford R. Sohn<br>**Brad Sohn Law**<br>2990 Ponce De Leon Boulevard, Suite 300<br>Coral Gables, FL 33134<br>786-708-9750<br>Brad@bradsohnlaw.com |
| Toby Patrick Edwin Mulholland<br>**Rubens Kress and Mulholland**<br>77 West Washington Street Suite 701<br>Chicago, IL 60602<br>312-201-9640<br>Tpm@rkminjurylaw.com | David A. Futscher<br>**Futscher Law PLLC**<br>913 North Oak Drive<br>Villa Hills, KY 41017<br>859-912-2394<br>David@futscherlaw.com |
| Matthew Lee Dameron<br>Michael A Williams<br>**Williams Dirks Dameron LLC**<br>1100 Main Street Suite 2600<br>Kansas City, MO 64105<br>(816) 945-7110<br>Matt@williamsdirks.com<br>Mwilliams@williamsdirks.com | James Bennett Barton<br>Joshua S Greenberg<br>**Barton Legal S.C.**<br>313 North Plankinton Ave Ste. 207<br>Milwaukee, WI 53203<br>414-488-1822<br>Jbb@bartonlegalsc.com<br>Jsg@bartonlegalsc.com |
| Laurence A. Harrington<br>**The Harrington Firm, PLLC**<br>508 B Glen Echo Road<br>Philadelphia, PA 19119<br>484-469-0468<br>laurence.harrington.esq@gmail.com | Melissa Ann Payne<br>**Payne Law**<br>26600 Detroit Road Suite 250<br>Westlake, OH 44054<br>757-768-9029<br>Melissa@vincentesq.com |
| Joshua B Katz<br>**Kent Beatty and Gordon LLP**<br>Eleven Times Square 10th Floor<br>New York, NY 10036<br>(212) 421-4300<br>Jbk@kbg-Law.com | Jay Madison Smith<br>**Smith and McElwain Firm**<br>505 5th Street , Suite 530 Po Box 1194<br>Sioux City, IA 51102<br>712-255-8094<br>Smitmcel@aol.com |
| Victoria Nikki Lui<br>**Baker and Patterson LLP**<br>3100 Richmond Avenue Suite 550<br>Houston, TX 77098<br>713-623-8116<br>Vlui@bakpatlaw.com | Marshall H Tanick<br>**Meyer Njus Tanick PA**<br>330 Second Avenue South Suite 350<br>Minneapolis, MN 55401<br>612-341-2181<br>Mtanick@meyernjus.Com |

| | |
|---|---|
| Rebecca Anne Peterson<br>**Lockridge Grindal Nauen PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br>Rapeterson@locklaw.com | Robert K. Shelquist<br>**Lockridge Grindal Nauen PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br>Rkshelquist@locklaw.com |
| Chad Throndset<br>Patrick W Michenfelder<br>**Throndset Michenfelder, LLC**<br>One Central Avenue West Suite 203<br>St. Michael, MN 55376<br>763-515-6110<br>Chad@throndsetlaw.com<br>Pat@throndsetlaw.com | Garrett D Blanchfield , Jr<br>Roberta A Yard<br>**Reinhardt Wendorf and Blanchfield**<br>First National Bank Building<br>332 Minnesota Street Suite W 1050<br>St Paul, MN 55101<br>651-287-2100<br>G.Blanchfield@rwblawfirm.com<br>R.Yard@rwblawfirm.com |
| Patrick Howard<br>**Saltz Mongeluzzi Barrett and Bendesky PC**<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>215-575-3895<br>Phoward@smbb.com | Simon Bahne Paris<br>**Saltz Mongeluzzi Barrett and Bendesky PC**<br>120 Gibraltar Road Suite 218<br>Horsham, PA 91044<br>215-575-3986<br>Sparis@smbb.com |
| Robert T Dassow<br>**Hovde Dassow and Deets LLC**<br>10201 North Illinois Street Suite 500<br>Indianapolis, IN 46290<br>317-818-3100<br>Rdassow@hovdelaw.com | George Chronic<br>**Maschka Riedy Ries and Frentz**<br>151 Saint Andrews Court Suite Building 1010<br>Mankato, MN 56001<br>507-625-6600<br>Jchronic@mrr-Law.com |
| Timothy J Becker<br>Jacob R Rusch<br>Zackary S Kaylor<br>**Johnson Becker PLLC**<br>444 Cedar Street Suite 1800<br>St Paul, MN 55101<br>612-436-1838<br>Tbecker@johnsonbecker.com<br>Jrusch@johnsonbecker.com<br>Zkaylor@johnsonbecker.com | Anne T Regan<br>Lindsey LaBelle Larson<br>Nathan D Prosser<br>**Hellmuth and Johnson**<br>8050 West 78th Street<br>Edina, MN 55439<br>952-941-4005<br>Aregan@hjlawfirm.com<br>Llabellelarson@hjlawfirm.com<br>Nprosser@hjlawfirm.com |

| | |
|---|---|
| Richard Phillip Traulsen<br>**Begam Marks and Traulsen PA**<br>11201 North Tatum Boulevard, Suite 110<br>Phoenix, AZ 85028<br>602-254-6071<br>Rtraulsen@bmt-Law.com | Cale Howard Conley<br>**Conley Griggs Partin LLP**<br>Building One<br>4200 Northside Parkway NW Suite 300<br>Atlanta, GA 30327<br>404-467-1155<br>Cale@conleygriggs.com |
| Adam J. Levitt<br>Daniel R. Ferri<br>John E. Tangren<br>**DiCello Levitt Gutzler LLC**<br>Ten North Dearborn Street, 11th Floor<br>Chicago, IL 60602<br>312-214-7900<br>Dferri@dicellolevitt.com<br>Alevitt@dicellolevitt.com<br>Jtangren@dicellolevitt.com | Jason D Gustafson<br>David A Goodwin<br>Patrick W Michenfelder<br>Kaitlyn Leeann Dennis<br>**Gustafson Gluek PLLC**<br>Canadian Pacific Plaza<br>120 South Sixth Street Ste 2600<br>Minneapolis, MN 55402<br>612-333-8844<br>Jason@throndsetlaw.com<br>Dgoodwin@gustafsongluek.com<br>Pat@throndsetlaw.com<br>Kdennis@gustafsongluek.com |
| Adam Pollock<br>Max Ephraim Rodriguez<br>Raphael Janove<br>**Pollock Cohen LLP**<br>111 Broadway Suite 1804<br>New York, NY 10006<br>646-290-7509<br>Adam@pollockcohen.com<br>Max@pollockcohen.com<br>Rafi@pollockcohen.com | Jeffrey L Spector<br>William G Caldes<br>John A Macoretta<br>**Spector Roseman and Kodroff PC**<br>2001 Market Street Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Jspector@srkattorneys.com<br>Bcaldes@srkattorneys.com<br>Jmacoretta@srkattorneys.com |
| Kenneth M Suggs<br>Gerald D Jowers , Jr<br>**Janet Jenner and Suggs**<br>500 Taylor Street Suite 301<br>Columbia, SC 29201<br>803-726-0050<br>Ksuggs@jjsjustice.com<br>Gjowers@myadvocates.com | Kenneth J Grunfeld<br>**Golomb Spirt Grunfeld PC**<br>1835 Market Street Suite 2900<br>Philadelphia, PA 19103<br>215-985-9177<br>Kgrunfeld@golomblegal.com |

| | |
|---|---|
| Louis L Gertler<br>Helen Hairston Babin<br>Gertler Law Firm<br>935 Gravier Street Suite 1900<br>New Orleans, LA 70112<br>504-581-6411<br>Lgertler@gertlerfirm.com<br>Hbabin@gertlerfirm.com | Mason A. Barney<br>**Siri and Glimstad LLP**<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>212-532-1091<br>Mbarney@sirillp.com |
| Greg Frederic Coleman<br>Justin G Day<br>**Milberg Coleman Bryson Phillips Grossman PLLC**<br>800 South Gay Street Suite 1100<br>Knoxville, TN 37929<br>865-247-0080<br>Gcoleman@milberg.com<br>Jday@milberg.com | Elias Kohn<br>Douglas A. Abrahams<br>**Kohn Swift and Graf, PC**<br>1600 Market Street Suite 2500<br>Philadelphia, PA 19103-7225<br>215-238-1700<br>Ekohn@kohnswift.com<br>Dabrahams@kohnswift.com |
| Carl Malmstrom<br>**Wolf Haldenstein Adler Freeman and Herz LLC**<br>111 West Jackson, Suite 1700<br>Chicago, IL 60604<br>312-984-0000<br>Malmstrom@whafh.com | Paul Matouka<br>**Oliver Law Group PC**<br>50 West Big Beaver Road Suite 200<br>Troy, MI 48084<br>248-327-6556<br>Notifications@oliverlawgroup.com |

| ATTORNEYS FOR SEATTLE | |
|---|---|
| Gretchen F. Cappio<br>Alison S Gaffney<br>Dean N Kawamoto<br>Derek W. Loeser<br>Ryan P. McDevitt<br>**Keller Rohrback LLP**<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Gcappio@kellerrohrback.com<br>Agaffney@kellerrohrback.com<br>Dkawamoto@kellerrohrback.com<br>Dloeser@kellerrohrback.com<br>Rmcdevitt@kellerrohrback.com | |

| ATTORNEYS FOR DEFENDANTS | |
|---|---|
| Peter J. Brennan<br>Michael T. Brody<br>**Jenner & Block LLP**<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>312-222-9350<br>Pbrennan@jenner.com<br>Mbrody@jenner.com | Kate T. Spelman<br>Alice S. Kim<br>Madeline P. Skitzki<br>**Jenner & Block LLP**<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>213-239-5100<br>Kspelman@jenner.com<br>Akim@jenner.com<br>Mskitzki@jenner.com |
| Shon Morgan<br>**Quinn Emanuel Urquhart and Sullivan LLP**<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017-2543<br>213-443-3000<br>Shonmorgan@quinnemanuel.com | |