Gretchen Freeman Cappio
gcappio@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384

*Chair of the Governmental Entities Committee*

(additional counsel listed below)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*<br><br>GOVERNMENTAL ENTITY CASES | 8:22-ml-3052-JVS-KES<br><br>**NOTICE OF RELATED CASES** |

On behalf of the Governmental Entities Committee (the "GE Committee"), and pursuant to Local Rules 83-1.3 and 83-1.4, the undersigned counsel and Chair of the GE Committee hereby notifies the Court of two actions pending in this District that are related to the actions in the above-captioned matter, *In re: Kia Hyundai Vehicle Theft*:

1. *City of Cleveland v. Hyundai Motor America et al.*, Case No. 8:23-cv-00419-CJC-JDE (C.D. Cal.); and

2. *City of Cincinnati v. Hyundai Motor America et al.*, Case No. 2:23-cv-01750-SVW-PVC (C.D. Cal.).

Cleveland and Cincinnati have both filed a notice of potential tag-along actions with the Judicial Panel on Multidistrict Litigation ("JPML"), pursuant to JPML Rule

1

7.1(a). The JPML subsequently acknowledged that it "has been properly notified of [these] potential tag-along actions," and determined that "no further action by the Panel is required."[1] Because the actions were filed in this District, the JPML referred the parties to Rule 7.2(a), which directs "part[ies to] request assignment of such actions to the Section 1407 transferee judge in accordance with applicable local rules."[2] Cleveland and Cincinnati have already filed notices of related cases in their actions, pursuant to Local Rule 83-1.3, requesting that those cases be administratively related to this litigation and reassigned to this Court. *See City of Cleveland*, ECF No. 4; *City of Cincinnati*, ECF No. 5.

Like the other actions in *In re: Kia Hyundai Vehicle Theft*, Cleveland and Cincinnati have brought suit against Hyundai Motor America and Kia America, Inc. (collectively, the "Defendants") related to their failure to install industry-standard immobilizer devices in certain 2011–2021 model year vehicles and their contributions to the resulting record rates of automobile thefts. These actions arise from the same or a closely related transaction, happening, or event and call for determination of the same or substantially related questions of fact. As Defendants have acknowledged in their prior notices of related actions, these cases each "involve 'allegations that certain Hyundai and Kia vehicles are unduly susceptible to threat.' "[3]

---

[1] MDL 3052, ECF No. 143.
[2] *Id.* (citing Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Rule 7.2(a)).
[3] ECF No. 6 at 2 (quoting Transfer Order, ECF No. 1 at 1).

The City of Cleveland alleges that Defendants' aforementioned conduct created a public nuisance in its community. Similarly, the City of Cincinnati alleges Defendants' same conduct created a public nuisance in its community. Both Cleveland's and Cincinnati's suits are like the two cases that the JPML conditionally transferred to *In re: Kia Hyundai Vehicle Theft*, in that they are brought by governmental entities asserting public nuisance claims.[4] As noted in the GE Committee's Response to Joint Case Management Statement, two additional municipalities anticipate filing similar actions in this District shortly, and news reports indicate at least two other municipalities are contemplating filing suit.[5]

If these cases were heard by different judges, there would be a substantial duplication of labor because there are common defendants and overlapping facts. In hope that the parties can efficiently resolve these cases—and to eliminate the risk of inconsistent rulings—the GE Committee respectfully submits that Cleveland's and Cincinnati's cases merit related case transfer and reassignment to this Court, administrative relation, and pretrial consolidation and coordination with *In re: Kia Hyundai Vehicle Theft*.

---

[4] *City of Seattle v. Hyundai Motor America, Inc. et al.*, No. 2:23-cv-00098 (W.D. Wash.) (filed Jan. 23, 2023); *City of Columbus, Ohio v. Kia America, Inc. et al.*, No. 2:23-cv-00654 (S.D. Ohio) (filed Feb. 15, 2023). Defendants have moved to vacate those conditional transfers and briefing is ongoing before the JPML.
[5] ECF No. 62 at 2.

DATED this 9th day of March, 2023.

KELLER ROHRBACK L.L.P.

By */s/ Gretchen Freeman Cappio*
    Gretchen Freeman Cappio
    Chair of the Governmental Entities Committee

    Dean Kawamoto
    Derek W. Loeser
    Ryan McDevitt
    Alison Gaffney
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Phone: (206) 623-1900
    Fax: (206) 623-3384
    gcappio@kellerrohrback.com
    dloeser@kellerrohrback.com
    dkawamoto@kellerrohrback.com
    rmcdevitt@kellerrohrback.com
    agaffney@kellerrohrback.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

*/s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio