1  Steve W. Berman, Esq.
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
3  Seattle, WA 98101

4  *Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*
5  *(Additional counsel on signature page)*

6  Peter J. Brennan, Esq.
7  JENNER & BLOCK LLP
   353 North Clark Street
8  Chicago, IL 60654-3456

9
10 *Counsel for Defendants*

11              **UNITED STATES DISTRICT COURT**

12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

| 14  In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) |
|---|---|
| | The Honorable James V. Selna |
| | **NOTICE OF FILING PROPOSED ORDER IMPLEMENTING JOINT CASE MANAGEMENT STATEMENT** |
| This document relates to: ALL CASES | Date:  March 13, 2023<br>Time:  8:00 a.m.<br>Place: 411 W. Fourth Street, Santa Ana, CA 92701 Court Room 10C |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, pursuant to Order No. 2: Adoption of Organization Plan and Appointment of Counsel (the "Order"), Plaintiffs and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties") hereby file their Proposed Order implementing the Joint Case Management Statement. *See* Order 3.

This Proposed Order is attached hereto as **Exhibit A**.

[signatures on following page]

| | |
|---|---|
| Dated: March 9, 2023. | Respectfully Submitted. |

By: */s/ Steve W. Berman*
Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan, Esq.
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

By: */s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

By: */s/ Roland Tellis*
Roland Tellis, Esq.
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: */s/ Peter J. Brennan*
Peter J. Brennan, Esq.
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Peter J. Brennan, hereby attest that Steve W. Berman, Elizabeth A. Fegan, Kenneth B. McClain, and Roland Tellis, on whose behalf this filing is also submitted, have concurred in the content of this Notice of Filing Proposed Order Implementing Joint Case Management Statement and have authorized its filing.

Dated: March 9, 2023.                Respectfully Submitted.

By: */s/ Peter J. Brennan*
Peter J. Brennan, Esq.
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*