1 | Gretchen Freeman Cappio
  | gcappio@kellerrohrback.com
2 | KELLER ROHRBACK L.L.P.
  | 1201 Third Avenue, Suite 3200
3 | Seattle, WA 98101
  | Telephone: (206) 623-1900
4 | Fax: (206) 623-3384

5 | *Chair of the Governmental Entities Committee*

6 | (additional counsel listed below)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| *In re: KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation* | 8:22-ml-3052-JVS-KES |
|---|---|
| GOVERNMENTAL ENTITY CASES | **OBJECTION TO SECTION C OF THE PROPOSED ORDER IMPLEMENTING JOINT CASE MANAGEMENT STATEMENT** |

Without consulting the Governmental Entities Chair that this Court appointed, the Consumer Class Action Leadership Committee ("Leadership Committee") and Defendants tardily filed a Proposed Order Implementing Joint Case Management Statement that would, if adopted, vacate the schedule for the governmental entity cases that this Court set just weeks ago. Dkt. 66-1 ("Proposed Order"). Worse, the Proposed Order leaves it to the Defendants and the Leadership Committee —which has no governmental entity counsel on it—to set any future deadlines applicable to the governmental entity cases. The Proposed Order is procedurally and substantively improper.

1

Procedurally, the Proposed Order was due by March 3, 2023. *See* Dkt. 50 (ordering the proposed order be filed "[a]t the same time" as the Joint Report). Because Class counsel and Defendants filed their Proposed Order late on March 9, instead of March 3, the Governmental Entities ("GE") Committee was unable to address the Proposed Order in the Response the Committee timely filed on March 8, 2023. Further, the Proposed Order was filed without any notice or attempt to liaise with the GE Committee Chair, despite the Chair's repeated efforts to collaborate and coordinate with the Leadership Committee and Defendants, as they have acknowledged. *See* Dkt. 60 at 13, n7. The inclusion of Section C in the Proposed Order without any notice to the GE Committee Chair is not in keeping with the collaborative spirit that this Court has exhorted leadership counsel to use. Nor is it in keeping with Rule 1.

Substantively, the Proposed Order contradicts the direction the Court gave just weeks ago and would unnecessarily delay the actions that will soon be before this Court. The arguments the Defendants and the Leadership Committee raised in opposition to a governmental entities track were heard on February 7, 2023. Over their objections, the Court created the GE Committee, appointed the undersigned counsel Chair, and set a schedule for the governmental entity track. *See* Dkt. 50.

Since the Court's order, additional cases have been filed and more are anticipated, Dkt. 62 at 2, triggering the Court ordered deadline to file a consolidated governmental entity complaint, Dkt. 50 at 4. The GE Committee is working to and intends to meet that April 10, 2023 deadline. Granting the Proposed Order would unnecessarily delay the

schedule of these actions, which seek to address important public safety concerns, and risk confusing governmental entities striving to meet the deadline.

Accordingly, the undersigned, as Chair of the Governmental Entities Committee and counsel for the Cities of Seattle, Cleveland, and Cincinnati, requests that the Court strike Section C of the Proposed Order.

DATED this 10th day of March, 2023.

KELLER ROHRBACK L.L.P.

By */s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio
Chair of the Governmental Entities Committee
Counsel for the Cities of Seattle, Cleveland, and Cincinnati

Dean Kawamoto
Derek W. Loeser
Ryan McDevitt
Alison Gaffney
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

*/s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio