# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SAML 22-03052 JVS (KESx) |
| Date | March 13, 2023 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation |

Present: The Honorable  James V. Selna

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steve Berman; Elizabeth Fegan; Kenneth McClain; Roland Tellis; Gretchen Cappio; Ryan McDevitt | Peter Brennan; Madeline Skitzki |

**Proceedings:**   Scheduling Conference

    Cause called and counsel make their appearances.  The Court and counsel confer.   The Court appoints Steve Berman as lead counsel for the leadership committee.  The Court to issue a formal order with today's rulings.

    The Court sets a further Scheduling Conference for Thursday, April 6, 2023 at 8:00 a.m. in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse at 411 W. Fourth Street, Santa Ana, CA 92701.

                                                                                                      : 27

                                          Initials of Preparer    eva