UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx)<br><br>**[Proposed] Order Appointing Mediator** |
| This document relates to:<br><br>ALL CASES | |

This matter having come before the Court; and the Court having found that mediation would conserve the resources and be in the best interests of the Court and the parties;

IT IS on this ____ day of March, 2023,

ORDERED THAT:

1. Hon. Margaret M. Morrow (ret.), of Judicate West, shall be appointed mediator in this action ("Mediator"). The Court notes that this MDL potentially encompasses groups with separate claims and interests (consumers, municipal entities, insurers) and the Court recognizes the defendants and each of these groups might reasonably find it beneficial to conduct separate settlement discussions, and shall be permitted to do so at their discretion

2. In agreeing to serve as mediator in this matter, the Mediator has run a conflicts check and has concluded that nothing prevents her from serving in this matter without bias or prejudice.

3. The terms of the Mediator's services, responsibilities, powers, and compensation shall be governed by separate agreement between the Mediator and the Parties.

4. The Court shall be permitted to contact the Mediator *ex parte* regarding the status of mediation, but not the merits of the case.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable James V. Selna
United States District Judge

Submitted by:

By: *Steve W. Berman*
Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

By: *Elizabeth A. Fegan*
Elizabeth A. Fegan, Esq.
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

By: *Kenneth B. McClain*
Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

By: *Ronald Tellis*
Roland Tellis, Esq.
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: *Peter J. Brennan*
Peter J. Brennan, Esq.
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*