1  Roland Tellis (SBN 186269)
2  rtellis@baronbudd.com
   David Fernandes (SBN 280944)
3  dfernandes@baronbudd.com
4  Adam Tamburelli (SBN 301902)
   atamburelli@baronbudd.com
5  BARON & BUDD, P.C.
6  15910 Ventura Boulevard, Suite 1600
   Encino, California 91436
7  Telephone: (818) 839-2333
8
   *Counsel for Plaintiffs*
9  Miyoshi Morrow, Tracy Spradlin, and Rachel Perry
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>(This Document Relates to All Case) | Case No.: 8:22-ML-3052-JVS(KESx)<br><br>**NOTICE OF APPEARANCE** |
|---|---|

1     **COMES NOW**, Attorney Adam Tamburelli, files his Notice of Appearance to serve as counsel for Plaintiffs Miyoshi Morrow, Tracy Spradlin and Rachel Perry ("Plaintiffs") in the above styled lawsuit. Adam Tamburelli is admitted to practice before the United States District Court for the Central District of California. Mr. Tamburelli's contact information is as follows:

    Adam Tamburelli
    atamburelli@baronbudd.com
    BARON & BUDD, P.C.
    15910 Ventura Boulevard
    Suite 1600
    Encino, California 91436
    Ph.: (818)839-2333

Dated: March 30, 2023                    Respectfully submitted,

                                                 */s/ Adam Tamburelli*

                                                 **BARON & BUDD, P.C.**
                                                 Roland Tellis (SBN 186269)
                                                 rtellis@baronbudd.com
                                                 David Fernandes (SBN 280944)
                                                 dfernandes@baronbudd.com
                                                 Adam Tamburelli (SBN 301902)
                                                 atamburelli@baronbudd.com
                                                 15910 Ventura Boulevard, Suite 1600
                                                 Encino, California 91436
                                                 Telephone: (818) 839-2333

# CERTIFICATE OF SERVICE

I, Adam Tamburelli, certify that on March 30, 2023, I caused the following Notice of Appearance to be filed using the Court's CM/ECF system, which sends notification of such filings to all counsel of record.

Dated: March 30, 2023                    Respectfully submitted,

/s/ Adam Tamburelli

**BARON & BUDD, P.C.**
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333