Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*
*(Additional counsel on signature page)*

Peter J. Brennan, Esq.
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) **PARTIES' STIPULATION FOR EXTENSION OF TIME** |
| This document relates to: ALL CASES | |

Counsel for Plaintiffs and Counsel for Defendants Hyundai Motor America, Kia America, Inc. and Hyundai America Technical Center, Inc. (the "Parties") hereby stipulate and agree to the following:

1. On March 13, 2023, this Court entered Order No. 4: Implementing Joint Case Management Statement that states the Parties are to submit proposal(s) for handling ESI, privilege logs, a protective order, and foreign discovery on or before March 31, 2023. [Doc. 70].

2. The parties have exchanged draft proposals for the above and need more time to resolve issues on the ESI, privilege log, protective order, and foreign discovery issues.

3. In an effort to reach compromise on areas of disagreement and/or to specifically identify for the Court alternative provisions for areas where there remains a dispute between the Parties, the Parties stipulate to and jointly move for an order of the Court extending the deadline for submitting proposal(s) for handling ESI, privilege logs, a protective order, and foreign discovery until April 5, 2023.

| | | |
|---|---|---|
| 1 | Dated: March 31, 2023 | Respectfully Submitted, |
| 2 | | |
| 3 | | By: */s/ Steve W. Berman* |
| 4 | |     Steve W. Berman, Esq. |
| | |     HAGENS BERMAN SOBOL SHAPIRO LLP |

Dated: March 31, 2023               Respectfully Submitted,

By:  */s/ Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

By:  */s/ Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

By:  */s/ Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON & McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050

By:  */s/ Ronald Tellis*
    Roland Tellis, Esq.
    BARON & BUDD, P.C.
    15910 Ventura Blvd., Suite 1600
    Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By:  */s/ Peter J. Brennan*
    Peter J. Brennan, Esq.
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

*Counsel for Defendants*
2

STIPULATION FOR EXTENSION OF TIME      NO. 8:22-ML-3052 JVS(KESx)

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Steve W. Berman, hereby attest that Elizabeth Fegan, Kenneth B. McClain, Roland Tellis, and Peter J. Brennan, on whose behalf this filing is also submitted, has concurred in the content of this Stipulation.

/s/ Steve W. Berman
Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*