# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx)<br><br>**Order Granting the Parties' Stipulation for Extension of Time** |
| This document relates to:<br><br>ALL CASES | |

1      This matter having come before the Court on the Parties' Stipulation for Extension of Time, this Court hereby ORDERS THAT:

1. The Parties' Stipulation for Extension of Time is hereby granted.
2. The Parties are to submit proposal(s) for handling ESI, privilege logs, a protective order, and foreign discovery on or before April 5, 2023.

IT IS SO ORDERED.

Dated: April 03, 2023

_____
The Honorable James V. Selna
United States District Judge

Submitted by:

By: */s/ Steve W. Berman*
Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan, Esq.
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

By: */s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

By: */s/ Ronald Tellis*
Roland Tellis, Esq.
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: */s/ Peter J. Brennan*
Peter J. Brennan, Esq.
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*