Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*
*(Additional counsel on signature page)*

Peter J. Brennan, Esq.
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) <br><br> **NOTICE OF LODGING IN RESPONSE TO ORDER NO. 4** |
| This document relates to: <br><br> ALL CASES | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Order No. 4: Implementing Joint Case Management Statement, Plaintiffs and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties") hereby file their [Proposed] Order No. 6: Establishing the Protocol for the Production of Documents and Electronically Stored Information ("ESI") and Privilege Logs; [Proposed] Stipulated Protective Order; and Joint Stipulation re Foreign Discovery; [Proposed] Order.

The [Proposed] Order No. 6: Establishing the Protocol for the Production of Documents and Electronically Stored Information ("ESI") and Privilege Logs is attached hereto as **Exhibit A**.

The [Proposed] Stipulated Protective Order is attached hereto as **Exhibit B**.

The Joint Stipulation re Foreign Discovery; [Proposed] Order is attached hereto as **Exhibit C**.

Dated: April 5, 2023          Respectfully Submitted.

By: */s/ Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

By: */s/ Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

By: */s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

By: */s/ Roland Tellis*
Roland Tellis, Esq.
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: */s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

*Plaintiffs' Governmental Entities Committee Chair*

By: */s/ Peter J. Brennan*
Peter J. Brennan, Esq.
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Peter J. Brennan, hereby attest that Steve W. Berman, Elizabeth A. Fegan, Kenneth B. McClain, Roland Tellis, and Gretchen Freeman Cappio, on whose behalf this filing is also submitted, have concurred in the content of this Notice of Lodging in Response to Order No. 4 and have authorized its filing.

Dated: April 5, 2023.                Respectfully Submitted.

By: */s/ Peter J. Brennan*
   Peter J. Brennan, Esq.
   JENNER & BLOCK LLP
   353 North Clark Street
   Chicago, IL 60654-3456

   *Counsel for Defendants*