# Exhibit C

1  Steve W. Berman, Esq.
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Avenue, Suite 2000
3  Seattle, WA 98101

4  *Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*
5  *(Additional Counsel on Signature Page)*

6
   Peter J. Brennan, Esq.
7  JENNER & BLOCK LLP
   353 North Clark Street
8  Chicago, IL 60654-3456

9
   *Counsel for Defendants*
10

11              **UNITED STATES DISTRICT COURT**

12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

14 | In Re: KIA HYUNDAI VEHICLE | Case No.: 8:22-ML-3052 JVS(KESx) |
15 | THEFT MARKETING, SALES |
   | PRACTICES, AND PRODUCTS | **JOINT STIPULATION RE** |
16 | LIABILITY LITIGATION | **FOREIGN DISCOVERY;** |
   | | **[PROPOSED] ORDER** |
17

18

19

20  This document relates to:

21  ALL CASES

22

23

24

25

26

27

28

### JOINT STIPULATION RE FOREIGN DISCOVERY

Counsel for Plaintiffs and Counsel for Defendants Hyundai Motor America ("HMA"), Kia America, Inc. ("KA"), and Hyundai America Technical Center, Inc. ("HATCI") (collectively, "Defendants") (together with Plaintiffs, the "Parties") hereby stipulate and agree to the following terms regarding service of Plaintiffs' forthcoming Consolidated Class Action Complaint and any consolidated complaint filed in the above-referenced action on behalf of the governmental entities on Hyundai Motor Company ("HMC") and Kia Corporation ("KC") and potential discovery from HMC and KC:

1.     HMC and KC dispute that they have either been made proper defendants or have been properly served in any action that is part of this Multi District Litigation, but in lieu of litigating those issues, counsel for HMA and KA agree to accept service on behalf of HMC and KC of the Consolidated Class Action Complaint and any consolidated complaint filed in the above-referenced action on behalf of the governmental entities, and HMC and KC agree to waive the formalities of service under the Hague Service Convention in the above-captioned litigation expressly conditioned upon the terms stated below.  Service on behalf of HMC and KC is accepted in the above-referenced action as of the date of the filing of any consolidated complaint(s).

2.     The Parties agree that, in the interests of judicial economy and orderly management of the action, a schedule should be established with respect to any discovery propounded by Plaintiffs.

3.     KC and HMC shall have an additional sixty (60) days to that permitted under the Federal Rules of Civil Procedure (*i.e.*, a total of ninety (90) days) to serve Plaintiffs with objections and/or responses to all written discovery requests propounded by Plaintiffs in this action.

4.     Domestic entities KA, HMA, and HATCI shall have an additional thirty (30) days to that permitted under the Federal Rules of Civil Procedure (*i.e.*, a total of sixty (60) days) to serve Plaintiffs with objections and/or responses to all discovery requests propounded by Plaintiffs in this action.

5.    Plaintiffs will provide at least ninety (90) days written notice for any deposition of HMC or KC personnel and at least forty five (45) days written notice for any deposition of KA, HMA, or HATCI personnel.  Plaintiffs will coordinate a date that is convenient for all attorneys, Defendants, and witnesses, giving due consideration to any restrictions and limitations imposed in response to the COVID-19 pandemic.

6.    Any deposition of HMC or KC personnel located in the Republic of Korea for this action will proceed in Seoul, Republic of Korea, or by videoconference during normal business hours in the Republic of Korea with the witness and their counsel permitted to appear in the Republic of Korea, giving due consideration to any restrictions and limitations imposed in response to the COVID-19 pandemic.  Plaintiffs may proceed to conduct the deposition by videoconference at their discretion.  The court reporter may be located within the United States and the oath may be administered remotely via video link.

7.    If any notarization is required for any discovery response, a formal notarization is not required.  In lieu, the discovery response can be signed in compliance with 28 U.S.C. § 1746.

8.    This agreement is limited to the above-captioned litigation.

9.    Defendants do not waive the right to assert objections to discovery propounded on them, and expressly reserve the right to oppose, or seek relief in connection with, any discovery requests served on them.

WHEREFORE, the Parties respectfully request that the Court enter this Stipulation as an Order of the Court.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 5, 2023                    Respectfully Submitted.


By: */s/ Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101


By: */s/ Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606


By: */s/ Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON & McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050


By: */s/ Roland Tellis*
    Roland Tellis, Esq.
    BARON & BUDD, P.C.
    15910 Ventura Blvd., Suite 1600
    Encino, CA 91436

    *Consumer Class Action Leadership Counsel and*
    *Counsel for Plaintiffs*


By: */s/ Gretchen Freeman Cappio*
    Gretchen Freeman Cappio
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA  98101

    *Plaintiffs' Governmental Entities*
    *Committee Chair*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Peter J. Brennan*
      Peter J. Brennan, Esq.
      JENNER & BLOCK LLP
      353 North Clark Street
      Chicago, IL 60654-3456

      *Counsel for Defendants*

JOINT STIPULATION RE FOREIGN DISCOVERY

1

## **[PROPOSED] ORDER**

2       Good cause appearing, the Court hereby approves this Joint Stipulation re Foreign

3  Discovery.

4

5     **IT IS SO ORDERED.**

6

7  Dated: _____, 2023     _____

8                            The Honorable James V. Selna

9                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

## <u>SIGNATURE ATTESTATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Peter J. Brennan, hereby attest that Steve W. Berman, Elizabeth A. Fegan, Kenneth B. McClain, Roland Tellis, and Gretchen Freeman Cappio, on whose behalf this filing is also submitted, have concurred in the content of this Joint Stipulation re Foreign Discovery and have authorized its filing.


Dated: April 5, 2023.　　　　Respectfully Submitted.


　　　　　　　　　　By: */s/ Peter J. Brennan*
　　　　　　　　　　　Peter J. Brennan, Esq.
　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　353 North Clark Street
　　　　　　　　　　　Chicago, IL 60654-3456

　　　　　　　　　　　*Counsel for Defendants*