# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SAML 22-03052 JVS (KESx) | Date | April 6, 2023 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation | | |

Present: The Honorable   James V. Selna, United States District Judge

| Deborah Lewman | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steve Berman; Kenneth McClain; Gretchen Cappio; Ryan McDevitt | Peter Brennan; Alice Kim |

**Proceedings:**   Scheduling Conference

    Cause called and counsel make their appearances. The Court and counsel confer.

    The Court sets a further Status Conference for Thursday, June 8, 2023 at 8:00 a.m. in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse at 411 W. Fourth Street, Santa Ana, CA 92701.

                                                                                                                                : 11

Initials of Preparer   djl