UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
IN RE:  KIA HYUNDAI        ) CERTIFIED TRANSCRIPT
VEHICLE THEFT MARKETING,   )
SALES PRACTICES, AND       )
PRODUCTS LIABILITY         )   SAML-22-03052-JVS
LITIGATION                 )
---------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

April 6, 2023

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiffs:

 3   STEVE W. BERMAN
     HAGENS BERMAN SOBOL SHAPIRO, LLP
 4   1301 Second Avenue, Suite 2000
     Seattle, WA 98101
 5   (206) 623-7292

 6   KENNETH B. MCCLAIN
     HUMPHREY, FARRINGTON & MCCLAIN, PC
 7   221 West Lexington, Suite 400
     Independence, MO 64051
 8   (816) 836-5050

 9   For the Defendants:

10   PETER J. BRENNAN
     JENNER & BLOCK, LLP
11   353 North Clark Street
     Chicago, IL 60654-3456
12   (312) 222-9350

13   ALSO PRESENT:

14   GRETCHEN FREEMAN CAPPIO
     RYAN MCDEVITT
15   KELLER ROHRBACK, LLP
     1201 Third Avenue, Suite 3200
16   Seattle, WA 98101
     (206) 623-1900
17
     NATHAN DOOLEY
18   COZEN O'CONNOR
     601 South Figueroa Street, Suite 3700
19   Los Angeles, CA  90017
     (213) 892-7933
20
     ELLIOTT R. FELDMAN
21   COZEN O'CONNOR
     One Liberty Place
22   1650 Market Street, Suite 2800
     Philadelphia, PA  19103
23   (213) 665-2071

24

25
```

```
08:05    1    SANTA ANA, CALIFORNIA; THURSDAY, APRIL 6, 2023; 8:05 A.M.
08:05    2         THE CLERK:  Calling Item No. 1, SAML-22-03052-JVS,
08:05    3    In Re: Kia Hyundai Vehicle Theft Litigation.
08:05    4         Counsel, starting with plaintiffs, state your
08:05    5    appearances for the record.
08:05    6         MR. BERMAN:  Good morning, Your Honor.  Steve
08:05    7    Berman on behalf of the proposed class.
08:05    8         THE COURT:  Good morning.
08:05    9         MR. BERMAN:  And to inform the Court, Ms. Fegan
08:05   10    got caught in the thunderstorms in Chicago and apologizes
08:05   11    that she's not here.
08:05   12         THE COURT:  No problem.
08:05   13         MS. CAPPIO:  Good morning, Your Honor.  Gretchen
08:05   14    Cappio of Keller Rohrback for the governmental entities.
08:05   15         THE COURT:  Good morning.
08:05   16         MS. CAPPIO:  Good morning.
08:05   17         MR. MCCLAIN:  Ken McClain on behalf of the
08:05   18    proposed class.
08:05   19         THE COURT:  Good morning.
08:05   20         MR. MCDEVITT:  Ryan McDevitt for the governmental
08:05   21    entities.
08:05   22         THE COURT:  Good morning.
08:05   23         MR. DOOLEY:  Good morning, Your Honor.  Nathan
08:05   24    Dooley from Cozen O'Connor here with my colleague Elliott
08:06   25    Feldman.  We have filed a petition for appointment to chair
```

```
08:06   1    a subrogation action committee on behalf of the insurance
08:06   2    carrier companies, Your Honor.
08:06   3              THE COURT:  Okay.  Thank you.
08:06   4              MR. BRENNAN:  Good morning, Your Honor.  Peter
08:06   5    Brennan on behalf of the plaintiffs.
08:06   6              THE COURT:  Good morning.
08:06   7              The three proposed orders came in late last night,
08:06   8    and I didn't see them until this morning.  I've flipped
08:06   9    through them, and I think I'm generally in agreement.
08:06  10              Are there any issues you want to flag for me in
08:06  11    those three orders?
08:06  12              MR. BERMAN:  None from the class at this time.
08:06  13              MR. BRENNAN:  Your Honor, I'm sorry we didn't get
08:06  14    them worked out earlier, but I think we did get them worked
08:06  15    out now, Your Honor.
08:06  16              THE COURT:  Okay.
08:06  17              MS. CAPPIO:  Your Honor, Gretchen Cappio for the
08:06  18    governmental entities.  We are glad to be included in that
08:06  19    and likewise don't have further comments on them.  Thank
08:06  20    you.
08:07  21              THE COURT:  Okay.  I'll give them a close reading
08:07  22    and probably enter those orders today or tomorrow.
08:07  23              We have a Complaint with probably 50 different
08:07  24    insurers.  I've not seen your petition.  When was it filed?
08:07  25              MR. DOOLEY:  It was filed on Monday, Your Honor.
```

```
08:07   1    We just appeared today out of caution.  We understand you
08:07   2    might not have not had time to read it.
08:07   3            THE COURT:  That's fine.  Let me digest it.  Any
08:07   4    initial thoughts on how we ought to deal with the claims of
08:07   5    the insurers?
08:07   6            MR. BERMAN:  I haven't seen it, Your Honor.  I'll
08:07   7    go back and check.  Ms. Cappio hasn't seen it either.
08:07   8            THE COURT:  Did you file it in the MDL, or did you
08:07   9    file it in the --
08:07  10            MR. DOOLEY:  I thought we filed it in the MDL.
08:07  11    I'll double check and make sure.  I think my assistant had a
08:08  12    problem filing because she was unable to populate our
08:08  13    parties and plaintiffs in the MDL and as a result filed it
08:08  14    under the original class of the MDL number listed second, so
08:08  15    that might have been the issue.  We weren't given an option
08:08  16    to file as the plaintiffs in the MDL on ECF.
08:08  17            THE COURT:  Well, the case was low numbered to me,
08:08  18    so I have the case under that docket number.
08:08  19            MR. DOOLEY:  Right.  Correct.
08:08  20            MR. BRENNAN:  Your Honor, just to add, I'm pretty
08:08  21    sure that is what happened.  It did get filed under the
08:08  22    original one, which did get of course transferred over to
08:08  23    you, but it's not in the MDL, and that's why it didn't show
08:08  24    up on your docket.
08:08  25            THE COURT:  Okay.
```

6

```
08:08   1              MR. BERMAN:  So once we see it, we'll have a
08:08   2    comment before the next status conference.
08:08   3              THE COURT:  Okay.  One additional development, we
08:08   4    have an increasing number of municipalities.  I think that's
08:08   5    important for two reasons.  I think we need to have a formal
08:08   6    mechanism for coordinating at least on discovery with regard
08:09   7    to the existing committees, and depending on the number of
08:09   8    entities, it might be appropriate to expand the leadership
08:09   9    for the municipalities.
08:09  10              MS. CAPPIO:  Your Honor, thank you.  I'd be happy
08:09  11    to address some of those issues, and if it would be helpful
08:09  12    to the Court, I actually have a chart of the governmental
08:09  13    entity cases that have been filed.
08:09  14              THE COURT:  Okay.
08:09  15              MS. CAPPIO:  May I hand that up?
08:09  16              THE COURT:  Yes, please.
08:09  17              (Document handed to the Court)
08:10  18              MS. CAPPIO:  Your Honor, if it would be all right,
08:10  19    I'd like to touch on four topics quite briefly this morning.
08:10  20    The first is what I've just handed Your Honor is the status
08:10  21    of the governmental entity track cases that are on file;
08:10  22    secondly, the cases we expect to be filed; third, our
08:10  23    ongoing very cooperative efforts on our side that I'm
08:10  24    pleased to report to the Court; and finally the next steps
08:10  25    here, including meeting and conferring with the defendants
```

```
08:10   1    about a schedule before the next status conference.
08:10   2             First, an update on the status of the governmental
08:10   3    entity track, as reflected in this chart, several cases have
08:10   4    been directly filed here in the Central District of
08:10   5    California, four of them, and four in their home districts.
08:10   6    In addition, there's a state case filed on behalf of
08:10   7    San Diego that was filed a few days ago.  The directly filed
08:10   8    cases are Cleveland, Cincinnati, Madison, and Buffalo.
08:10   9    Buffalo is the one case right now that I believe is still
08:11  10    assigned to Judge Carter and making its way to Your Honor.
08:11  11    So those are all filed in the Central District.
08:11  12             Turning to the four governmental entities that
08:11  13    originally filed in their home district, of course Your
08:11  14    Honor is familiar with the City of Seattle.  The briefing is
08:11  15    fully completed on that one before the JPML.  And the next
08:11  16    hearing of the JPML is on May 25, so we still have a little
08:11  17    ways to go on that.  Of course we never know when the panel
08:11  18    will rule but just letting Your Honor know about that date.
08:11  19             In addition to Seattle, three other cities
08:11  20    originally filed in their home districts:  Columbus,
08:11  21    Milwaukee, and St. Louis.  All three have been conditionally
08:11  22    transferred to the MDL.  Defendants so far have opposed the
08:11  23    transfer orders for Columbus and Milwaukee.
08:11  24             THE COURT:  Okay.
08:12  25             MS. CAPPIO:  On my second point, the City of
```

```
08:12   1    New York is planning to file, and the City of Indianapolis
08:12   2    has authorized me to report that they are strongly
08:12   3    considering filing suit, so those are two that we know of.
08:12   4    And I'll just share with Your Honor that more entities are
08:12   5    reaching out.
08:12   6            Third, I wanted to update Your Honor on our
08:12   7    ongoing efforts to coordinate between and among the
08:12   8    different tracks.  Like I said, we've worked well with the
08:12   9    consumer leadership on the foreign discovery stipulation,
08:12  10    the protective order, and ESI protocol, and we intend to
08:12  11    continue to do so, so that's going well.
08:12  12            Fourth, on resetting the governmental entities'
08:12  13    deadlines, it would just be very helpful to have a deadline
08:12  14    for the governmental entities and defendants to propose a
08:12  15    schedule for initial pleadings.  I would suggest that Your
08:12  16    Honor give us a deadline by which to report to the Court on
08:13  17    that.  Obviously, these are major public safety threats that
08:13  18    our communities are facing and so sooner is better.  I would
08:13  19    propose that defense counsel and our track confer and come
08:13  20    up with a proposal before the next status conference in May.
08:13  21            THE COURT:  I think that's appropriate.
08:13  22            MS. CAPPIO:  Thank you.
08:13  23            MR. BRENNAN:  Your Honor, our feeling on it is
08:13  24    that we should wait until scheduling for however these other
08:13  25    cases shake out.  There are other counsel involved.  Her
```

```
08:13   1   case just happened to be filed here directly, and it just
08:13   2   makes sense to have all the governmental entities together
08:13   3   where all the various counsel are represented together, so
08:13   4   we would suggest at least table this until we get to May and
08:13   5   see where things stand.  I think we'll be closer to some
08:13   6   resolution from the JPML as well.
08:13   7                THE COURT:  I think that makes sense.
08:13   8   Particularly in giving you the time to consider how you want
08:14   9   to structure your committee, I'd probably invite proposals
08:14  10   for the next status conference.
08:14  11                MS. CAPPIO:  We'd be happy to do that, Your Honor.
08:14  12                MR. BRENNAN:  Thank you, Your Honor.
08:14  13                THE COURT:  Okay.
08:14  14                MS. CAPPIO:  Your Honor, just so I'm clear on
08:14  15   timing, it sounds like you're hoping that after May 25,
08:14  16   we'll meet and confer with defendants; is that right?
08:14  17                THE COURT:  Right.
08:14  18                MS. CAPPIO:  Okay.  Thank you, Your Honor.
08:14  19                THE COURT:  And at the next status conference,
08:14  20   we'll take up the position of the insurance carriers.
08:14  21                MS. CAPPIO:  Thank you, Your Honor.
08:14  22                THE COURT:  Do you want to propose a date -- do we
08:14  23   have a date for --
08:14  24                MR. BRENNAN:  For the next status conference?
08:14  25                THE COURT:  Right.
```

```
08:14    1              MR. BERMAN:  We were talking among ourselves, and
08:14    2   we have May 11 as the first choice.
08:15    3              THE COURT:  Well, that would be before the MDL
08:15    4   meets -- or the panel meets.
08:15    5              MR. BERMAN:  That's right.  Do you want to do it
08:15    6   afterwards?
08:15    7              THE COURT:  Yes, shortly after.
08:15    8              MR. BERMAN:  Okay.
08:15    9              MR. BRENNAN:  How about Thursday, June 8?
08:15   10              THE COURT:  That's fine.
08:15   11              MR. BERMAN:  That's fine.
08:15   12              THE COURT:  8:00?
08:15   13              MR. BRENNAN:  That's very good, Your Honor.
08:15   14              THE COURT:  Okay.  Then anything else we ought to
08:15   15   take up this morning?
08:15   16              MR. BERMAN:  No.  Other than that, we're on track,
08:15   17   Your Honor, to file our consumer Amended Complaint next
08:15   18   week.  We have to make additional disclosures.  We're
08:15   19   proceeding according to schedule, and that's working just
08:15   20   fine.
08:15   21              MR. BRENNAN:  That's correct, Your Honor.
08:15   22              THE COURT:  Okay.  If we need an interim
08:16   23   conference between now and the 8th of June, just let my
08:16   24   courtroom deputy know and we'll schedule that.
08:16   25              MR. BRENNAN:  Very well.  Thank you, Your Honor.
```

```
08:16   1           MS. CAPPIO:  Thank you, Your Honor.
08:16   2           THE COURT:  Okay.  Anything else?
08:16   3           Okay, very good.  Thank you.
08:16   4           MR. BERMAN:  Thank you, Your Honor.
08:16   5           MR. BRENNAN:  Thank you.
08:16   6           (Whereupon, the proceedings were concluded)
08:16   7                        *   *   *
08:16   8
08:16   9
08:16  10
08:16  11
08:16  12
08:16  13
08:16  14
08:16  15
08:16  16
08:16  17
08:16  18
08:16  19
08:16  20
08:16  21
08:16  22
08:16  23
08:16  24
08:16  25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  April 14, 2023

/s/   Sharon A. Seffens  4/14/23
_____
SHARON A. SEFFENS, U.S. COURT REPORTER