**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Sanders v. Kia America, Inc.*, Case No. 8:23-CV-00486 | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**DEFENDANTS' REQUEST FOR BRIEFING SCHEDULE** |

1    Defendants Kia America, Inc. and Hyundai Motor America (together, "Defendants"), by and through their undersigned counsel, respectfully request that the Court issue an order setting a briefing schedule for the Motion to Remand to Superior Court of the State of California for the County of Orange and Request for Award of Attorneys Fees in the Amount of $19,005, filed by plaintiffs in *Sanders v. Kia America, Inc.*, Case No. 8:23-cv-00486-JVS-KES, a related case in the above-referenced action.

WHEREAS, plaintiffs in the *Sanders* action (the "*Sanders* Plaintiffs") filed their complaint in the Superior Court of California, County of Orange, on February 6, 2023, and effected service on February 17, 2023.

WHEREAS, Defendants removed the *Sanders* action to the United States District Court for the Central District of California on March 17, 2023.

WHEREAS, in connection with that removal, Defendants notified the Court that the *Sanders* action is related to actions transferred to this District and assigned to this Court for coordinated or consolidated proceedings by the U.S. Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407, captioned: *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, Case No. 8:22-ML-3052. *See* Notice of Related Cases, *Sanders v. Kia America, Inc.* (No. 8:23-cv-00486-JVS-KES), ECF No. 5. This Court then issued an Order re Transfer Pursuant to General Order 21-01 (Related Cases). *See* Transfer Order, *Sanders v. Kia America, Inc.* (No. 8:23-cv-00486-JVS-KES), ECF No. 11 (noting that the *Sanders* action arose from the same or closely related transactions, happenings, or events; called for determination of the same or substantially related or similar questions of law and fact; and/or for other reasons, entailed substantial duplication of labor if heard by different judges).

WHEREAS, in the above-referenced MDL proceeding, this Court has issued a stay of motions practice. *See* Order No. 1: Initial Conference, ECF No. 2 (Section 5.3 stating, "*Stay of Motions Practice.* Except for motions for emergency relief, no

1
DEFENDANTS' REQUEST FOR BRIEFING SCHEDULE

motion shall be filed until and in accordance with the Scheduling Order."); *see also id.* (Section 5.4 further stating that no Rule 11, 12, or 56 motion may be filed "without leave of court and unless it includes a certificate that the movant has conferred with opposing counsel in a good faith effort to resolve the matter without court action").

WHEREAS, this Court has also ordered that "[a]ny pending motion i[n] a single action is hereby stayed." Order No. 4: Implementing Joint Case Management Statement 3, ECF No. 70.

WHEREAS, both Order No. 1 and Order No. 4 apply with equal force to the *Sanders* action. *See* Order No. 1: Initial Conference, ECF No. 2 (Section 6 stating, "This Order shall also apply to related cases later filed in, removed to, or transferred to this Court."); *see also* Order No. 4: Implementing Joint Case Management Statement, ECF No. 70 (Section 2 stating that this Court's previous and subsequent orders, including Order No. 4, "shall apply automatically to all consolidated or coordinated cases, including cases that later become a part of this proceeding," "unless specified otherwise").

WHEREAS, on April 14, 2023, the *Sanders* Plaintiffs filed a Motion to Remand the *Sanders* action to the Superior Court of California, County of Orange, and set the hearing date for that Motion to Remand as May 15, 2023. *See* Mot. to Remand, *Sanders v. Kia America, Inc.* (No. 8:23-cv-00486-JVS-KES), ECF No. 12. Defendants' deadline to oppose the Motion to Remand is therefore on or around April 24, 2023, and the *Sanders* Plaintiffs' deadline to reply is therefore on or around May 1, 2023.

WHEREAS, given the Court's prior orders and to better align with the current briefing schedules and other deadlines set by the Court's scheduling order, Defendants believe that the *Sanders* Plaintiffs' Motion to Remand can be heard at the next status conference scheduled in the above-referenced MDL proceeding. This timing would be reasonable, serve the interest of judicial economy, conserve the

resources of the parties, and reduce the burden on the Court and its staff. This timing would also allow the other parties, including the other consumer plaintiffs, to provide the Court with their thoughts, if any.

WHEREAS, counsel for Defendants attempted to meet and confer with counsel for the *Sanders* Plaintiffs to agree to a briefing schedule and were refused. *See* Declaration of Peter J. Brennan ¶¶ 4–5 & Ex. 3.

WHEREAS, there have been no prior requests for extensions in connection with this Motion to Remand.

Defendants therefore respectfully REQUEST that the Court continue the hearing for the Motion to Remand, extend the deadlines related to the Motion to Remand, and set a briefing schedule as follows:

1. The Motion to Remand hearing, currently set for May 15, 2023 at 1:30 p.m., is continued to align with the next status conference, currently set for June 8, 2023 at 8:00 a.m.

2. Defendants' deadline to oppose the Motion to Remand is extended from April 24, 2023 to May 18, 2023.

3. The *Sanders* Plaintiffs' deadline to reply is extended from May 1, 2023 to May 25, 2023.

| | | |
|---|---|---|
| 1 | Dated: April 18, 2023 | JENNER & BLOCK LLP |

*/s/ Peter J. Brennan*
Kate T. Spelman
Alice S. Kim
Madeline P. Skitzki
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
KSpelman@jenner.com
AKim@jenner.com
MSkitzki@jenner.com

Peter J. Brennan (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

*Attorneys for Defendants*