**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Sanders v. Kia America, Inc.*, Case No. 8:23-CV-00486 | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**DECLARATION OF PETER J. BRENNAN IN SUPPORT OF DEFENDANTS' REQUEST FOR BRIEFING SCHEDULE** |

DECLARATION OF PETER J. BRENNAN

## **DECLARATION OF PETER J. BRENNAN**

I, Peter J. Brennan, respectfully declare as follows:

1. I am an attorney at law and an attorney of record for Defendants Kia America, Inc. and Hyundai Motor America (together, "Defendants") in the above-referenced MDL proceeding. I submit this declaration in support of Defendants' Request for Briefing Schedule. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify thereto.

2. On March 22, 2023, this Court issued an order transferring *Sanders v. Kia America, Inc.*, Case No. 8:23-cv-00486-JVS-KES, as a related case in the above-referenced action. Attached hereto as **Exhibit 1** is a true and correct copy of the *Sanders* docket, as accessed on April 18, 2023 by a colleague in my office at my direction.

3. On April 14, 2023, plaintiffs in the *Sanders* action filed a Notice of Motion and Motion to Remand to Superior Court of the State of California for the County of Orange and Request for Award of Attorneys Fees in the Amount of $19,005, in the underlying *Sanders* action. To my knowledge, plaintiffs in the *Sanders* action (the "*Sanders* Plaintiffs") have not filed a notice or other similar document in the above-referenced MDL proceeding to notify the Court or the other parties of their Motion to Remand filing. Attached hereto as **Exhibit 2** is a true and correct copy of the *Sanders* Plaintiffs' Notice of Motion and Motion to Remand (without accompanying supporting papers), as accessed on April 14, 2023 by a colleague in my office at my direction.

4. On April 17, 2023, I had a telephone call with Keith Allen of MLG APLC, counsel for the *Sanders* Plaintiffs and counsel for other consumer plaintiffs in the above-referenced MDL proceeding.[1] Later that same day, I sent Mr. Allen an

---

[1] Although it appears that Mr. Allen is not himself counsel of record for the *Sanders* Plaintiffs, I understand that others at Mr. Allen's law firm, MLG APLC,

email following up on that telephone call. Among other things, I explained to Mr. Allen that the Court has issued various orders and has held periodic conferences with the various parties in the above-referenced MDL proceeding, with the most recent status conference held on April 6, 2023, and the next status conference set for June 8, 2023. I also suggested to Mr. Allen that the parties could agree to a briefing schedule for the *Sanders* Plaintiffs' Motion to Remand "that is convenient for all and takes into account other briefing that is already scheduled."

5. Later that same day, I received an email from Mr. Allen, stating, among other things, "This motion is controlled by Local Rule 7-9, which I have copied and pasted below for your convenience, since you are apparently unaware of it. . . . The 'briefing schedule' is already set. Per the above, your clients' opposition is due on April 24."

6. Attached hereto as **Exhibit 3** is a true and correct copy of the aforementioned email chain between Mr. Allen and myself, which includes our email communications on April 17, 2023.

\*   \*   \*   \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 18, 2023, at Chicago, Illinois.

*/s/ Peter J. Brennan*
Peter J. Brennan

---

are counsel of record and that Mr. Allen is working on the *Sanders* matter for that law firm. *See* Ex. 1.