Exhibit 3

| | |
|---|---|
| **From:** | Keith Allen <kallen@defectattorney.com> |
| **Sent:** | Monday, April 17, 2023 6:12 PM |
| **To:** | Brennan, Peter J.; Brian Petri |
| **Cc:** | Kim, Alice S.; Amed Prado; Sonya Vasquez; Sharona Moshabad; Stacy Enciso; Randy Shrewsberry; Jonathan Michaels; Skitzki, Madeline P.; Spelman, Kate T. |
| **Subject:** | RE: SANDERS v KIA/HYUNDAI |

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**

Peter,

As I said in our telephone conversation, your consternation over the timeliness of my meet and confer call to your office is moot, since no amount of meeting and conferring was going to result in either of us changing our opinion of the other's position.

As to your statement that your colleague would be contacting me to "work out a briefing schedule," I'm not sure to what you are referring. This motion is controlled by Local Rule 7-9, which I have copied and pasted below for your convenience, since you are apparently unaware of it.

"L.R. 7-9 Opposing Papers. Each opposing party shall, not later than ten (10) days after service of the motion in the instance of a new trial motion and not later than twenty-one (21) days before the date designated for the hearing of the motion in all other instances, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion. Evidence presented in all opposing papers shall comply with the requirements of L.R. 7-6, 7-7 and 7-8."

The "briefing schedule" is already set. Per the above, your clients' opposition is due on April 24.

If, after the Court remands this to state court, you wish to continue participating, I guess you will have to make a pro hac vice application to the Orange County Court.

Regards,
Keith



**Keith Allen | Senior Trial Attorney**
**DEFECTATTORNEY.com**
**MLG Attorneys at Law**
600 Anton Blvd. | Suite 1240 | Costa Mesa, CA 92626
T. 949.581.6900 F. 949.581.6908
PRACTICE AREAS   LOCATIONS   TEAM   RESULTS

   

**From:** Brennan, Peter J. <PBrennan@jenner.com>
**Sent:** Monday, April 17, 2023 5:49 PM
**To:** Keith Allen <kallen@defectattorney.com>; Brian Petri <bpetri@defectattorney.com>
**Cc:** Kim, Alice S. <AKim@jenner.com>; Amed Prado <Aprado@defectattorney.com>; Sonya Vasquez

1

<svasquez@defectattorney.com>; Sharona Moshabad <smoshabad@defectattorney.com>; Stacy Enciso <senciso@defectattorney.com>; Randy Shrewsberry <rshrewsberry@defectattorney.com>; Jonathan Michaels <jmichaels@defectattorney.com>; Skitzki, Madeline P. <MSkitzki@jenner.com>; Spelman, Kate T. <KSpelman@jenner.com>
**Subject:** RE: SANDERS v KIA/HYUNDAI

Hi Keith:

Thanks for your follow up call today to confirm whether we do indeed have a difference of opinion.  We agree with you that there is no point in fighting over something if there really is no difference of opinion.  Our views do differ.  We understand that you feel very strongly about your position and that you believe that you are absolutely correct about your position.  That is your right.  We however feel very strongly about our position so we will have to leave it at that and let Judge Selna resolve the dispute.

Going forward, my colleague in our LA office, Alice Kim, will be your firm's point of contact and you or your designee should feel free to contact her about any issues that you want to raise.  To the concern that you raised about my pro hac vice application, you will see in the orders that Judge Selna has issued in the MDL a blanket admission of all out-of-state counsel.  Judge Selna has also held periodic conferences with the various parties with the last one being held on April 6 and the next one being held on June 8.  He has allowed the various parties to raise any issues that they like at those conferences or before those conferences for consideration at those conferences.

Alice will be in touch with your team tomorrow morning to work out a briefing schedule that is convenient for all and takes into account other briefing that is already scheduled.

Best regards,

Peter

---

**From:** Keith Allen <kallen@defectattorney.com>
**Sent:** Friday, April 14, 2023 5:57 PM
**To:** Brennan, Peter J. <PBrennan@jenner.com>; Spelman, Kate T. <KSpelman@jenner.com>
**Subject:** SANDERS v KIA/HYUNDAI

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

If you wish to call me from this point forward through the weekend you may call me on my cell at 949 637-4950.

Regards,
Keith Allen



**Keith Allen | Senior Trial Attorney**
**DEFECTATTORNEY.com**
**MLG Attorneys at Law**

600 Anton Blvd. | Suite 1240 | Costa Mesa, CA 92626
T. 949.581.6900  F. 949.581.6908

PRACTICE AREAS   LOCATIONS   TEAM   RESULTS

  

**Peter J. Brennan**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 2614 | TEL
+1 312 342 7636 | MOBILE
PBrennan@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.