**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Sanders v. Kia America, Inc.*, Case No. 8:23-CV-00486 | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR BRIEFING SCHEDULE** |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Before the Court is Defendants Kia America, Inc. and Hyundai Motor America (together, "Defendants")'s request for a briefing schedule on a motion to remand filed in connection with *Sanders v. Kia America, Inc.*, Case No. 8:23-CV-00486-JVS-KES, a related case in the above-referenced action. Having considered this request and supporting papers, the argument of counsel, and good cause appearing:

The Court hereby GRANTS Defendants' request and ORDERS as follows:

1. The Motion to Remand hearing, currently set for May 15, 2023 at 1:30 p.m., is continued to align with the next status conference, currently set for June 8, 2023 at 8:00 a.m.

2. Defendants' deadline to oppose the Motion to Remand is extended from April 24, 2023 to May 18, 2023.

3. The *Sanders* Plaintiffs' deadline to reply is extended from May 1, 2023 to May 25, 2023.

**IT IS SO ORDERED.**

Dated: _____, 2023

The Honorable James V. Selna
United States District Judge