# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR BRIEFING SCHEDULE [89]** |
| This document relates to:<br><br>*Sanders v. Kia America, Inc.*, Case No. 8:23-CV-00486 | |

ORDER

**ORDER**

Before the Court is Defendants Kia America, Inc. and Hyundai Motor America (together, "Defendants")'s request for a briefing schedule on a motion to remand filed in connection with *Sanders v. Kia America, Inc.*, Case No. 8:23-CV-00486-JVS-KES, a related case in the above-referenced action. Having considered this request and supporting papers, the argument of counsel, and good cause appearing:

The Court hereby GRANTS Defendants' request and ORDERS as follows:

1. The Motion to Remand hearing, currently set for May 15, 2023 at 1:30 p.m., is continued to align with the next status conference, currently set for June 8, 2023 at 8:00 a.m.

2. Defendants' deadline to oppose the Motion to Remand is extended from April 24, 2023 to May 18, 2023.

3. The *Sanders* Plaintiffs' deadline to reply is extended from May 1, 2023 to May 25, 2023.

**IT IS SO ORDERED.**

Dated: April 20, 2023

_____
The Honorable James V. Selna
United States District Judge