**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CONSUMER CLASS ACTION COMPLAINT** |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Before the Court is Defendants Kia America, Inc., Hyundai Motor America, Kia Corporation, and Hyundai Motor Company's (collectively, "Defendants") Motion to Dismiss Plaintiffs' Consolidated Amended Consumer Class Action Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

On March 13, 2023, the Court ordered Defendants to brief the law of six states in their motion to dismiss, three of which would be chosen by Plaintiffs. Defendants have briefed the laws of California, Florida, and Missouri, as chosen by Plaintiffs, and New York, Pennsylvania, and Texas, as chosen by Defendants (collectively, the "Subject States").

Having considered this Motion and supporting papers, the argument of counsel, and good cause appearing therefor, the Court hereby GRANTS Defendants' Motion and DISMISSES Plaintiffs' Consolidated Amended Consumer Class Action Complaint as to the laws of the Subject States with prejudice. As stated in the Court's March 13, 2023 Order No. 4, Plaintiffs shall inform Defendants of their intention to amend the complaint within two weeks of the date of this Order. If Plaintiffs do not amend the complaint, Defendants may move to dismiss the claims under the laws of remaining states consistent with this Order within four weeks of Plaintiffs notifying Defendants of their intention not to amend. Any additional briefing schedule will be set by the Court with input by the parties.

**IT IS SO ORDERED**.

Dated: _____, 2023

_____
The Honorable James V. Selna
United States District Judge