Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

*Counsel for Plaintiffs*
Miyoshi Morrow and Rachel Perry

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>(This Document Relates to All Case) | Case No.:  8:22-ML-3052-JVS(KESx)<br><br>**NOTICE OF APPEARANCE** |

**COMES NOW**, Attorney Shannon Royster, files her Notice of Appearance to serve as counsel for Plaintiffs Miyoshi Morrow and Rachel Perry ("Plaintiffs") in the above styled lawsuit.  Shannon Royster is admitted to practice before the United States District Court for the Central District of California.  Ms. Royster's contact information is as follows:

> Shannon Royster
> sroyster@baronbudd.com
> BARON & BUDD, P.C.
> 15910 Ventura Boulevard
> Suite 1600
> Encino, California 91436
> Ph.: (818)839-2333

Dated: May 3, 2023                Respectfully submitted,

*/s/ Shannon Royster*

**BARON & BUDD, P.C.**
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

## **CERTIFICATE OF SERVICE**

I, Shannon Royster, certify that on May 3, 2023, I caused the following Notice of Appearance to be filed using the Court's CM/ECF system, which sends notification of such filings to all counsel of record.

Dated: May 3, 2023                    Respectfully submitted,

*/s/ Shannon Royster*

**BARON & BUDD, P.C.**
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
Shannon Royster (SBN 314126)
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333