Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

Elliott R. Feldman (*pro hac vice pending*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**REQUEST FOR LEAVE TO FILE SUBROGATION PLAINTIFFS' MOTION TO STRIKE OR DISMISS PORTIONS OF THE CONSOLIDATED AMENDED CONSUMER CLASS ACTION COMPLAINT THAT SUBVERT SUBROGATION PLAINTIFFS' EXCLUSIVE RIGHT TO INDEPENDENTLY PROSECUTE THEIR CLAIMS** |
| This document relates to:<br><br>*State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al.*<br>Case No.: 8:23-cv-00443-JWH (KESx) | **DATE:** June 5, 2023<br>**TIME:** 1:30 p.m.<br>**PLACE:** 411 West Fourth Street<br>Santa Ana, CA 92701<br>Court Room 10C |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Plaintiffs in *State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al*. Case No.: 8:23-cv-00443-JWH ("Subrogation Plaintiffs") will and hereby do request leave to file a Motion to Dismiss or Strike Portions of the Consolidated Amended Consumer Class Action Complaint ("Motion"). The proposed Motion is attached hereto as Exhibit 1. Pursuant to Federal Rules of Civil Procedure 7(b)(1), 12(b)(1) and 12(f), the Motion seeks an order striking Paragraphs 1532, 1533, and 1534 from the Consolidated Amended Consumer Class Action Complaint ("Consumer Complaint") (Dkt. No. 84) for lack of standing, violations of due process, and for the fatally flawed allegations of adequacy, typicality, superiority, and predominance that cannot possibly by saved by amendment.

The Court's Case Management Order requires that "[t]he Consolidated Complaint shall synthesize the facts, class definitions, and causes of action alleged in the actions constituting this MDL." (Dkt. No. 70 at 2:1-5.) The Consumer Complaint failed to comply with that Order, as Subrogation Plaintiffs are excluded as named plaintiffs. The named plaintiffs in the Consumer Complaint do not allege, and cannot allege, any of Subrogation Plaintiffs' damages. Yet, as a class, Consumer Plaintiffs still lay claim to the amounts Subrogation Plaintiffs paid to their insureds as damages. While the named Consumer Plaintiffs clearly do not have standing to claim damages that necessarily reside outside the scope of their claims, these allegations also offend due process, create untenable conflicts, and offend the requirements of adequacy, typicality, superiority, and predominance. For these reasons, and because they have been relegated to an inferior, unrepresented, and secondary class by the Consumer Complaint, Subrogation Plaintiffs must protect their interests, and therefore seek leave to file their Motion.

The Court's Case Management Order sets forth the briefing schedule for Defendants' Motion to Dismiss, while ordering that "[n]o other motions to dismiss,

answers, or other responses unless and until the Court orders otherwise." Dkt. No. 70 at 2:27-28. The Defendants' Motion to Dismiss, however, does not address any of the infirmities raised by Subrogation Plaintiffs' proposed Motion. Notably, for example, Defendants did not raise the defense of claim splitting, nor did they argue that Consumer Plaintiffs lack standing to plead the affirmative defense of claim splitting as part of their claims. Due to that flaw, and other infirmities described in the attached Motion, Subrogation Plaintiffs seek leave to file their Motion.

Respectfully submitted,

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ET AL.

By: /s/ Nathan Dooley
    Nathan Dooley
    *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing documents with the Clerk of the Court by using the CM/ECF system and that foregoing document is being served on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF.

SIGNED AND DATED this 5th day of May, 2023 at Los Angeles, California.

COZEN O'CONNOR

By: *s/ Nathan Dooley*
    Nathan Dooley