1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | CASE NO: ML 22-3052 JVS (KESx)<br><br>ORDER NO. 9: SUBROGATION PLAINTIFFS' REQUEST FOR LEAVE TO FILE A MOTION TO STRIKE OR DISMISS PORTIONS OF THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT |

1    State Automobile Mutual Insurance Company, *et al.*  (collectively

2  "Subrogation Plaintiffs") seek leave to file a Motion to Strike or Dismiss Portions

3  of the Consolidated Amended Consumer Class Action Complaint.  (Docket No.

4  97.)

5

6          The request is denied without prejudice.

7

8          IT IS SO ORDERED.

9

10  Dated:  May 8, 2023

11                                                    _____

12                                                    James V. Selna
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2