# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  _____  This document relates to:  *State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al., SACV 23-443 JVS (KESx)* | CASE NO: ML 22-3052 JVS (KESx)  <u>ORDER NO. 10: REQUEST FOR DEFENDANTS' COMMENTS RE APPLICATION OF SUBROGATION PLAINTIFFS</u> |

1

The Court requests that defendants provide their comments re State Automobile Mutual Insurance Company, *et al.*'s (collectively "Subrogation Plaintiffs") Application. (Docket No. 85.) The Court is particularly interested in comments regarding the Subrogation Plaintiffs' proposal to modify the leadership structure. The Court requests that any comments be submitted no later than noon May 11, 2023.

IT IS SO ORDERED.

Dated: May 8, 2023

_____
James V. Selna
United States District Judge