# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | :   8:22-ml-03052 (JVS) (KESx) : : |

## WITHDRAWAL NOTICE OF APPEARANCE

Please withdrawal my appearance on behalf of plaintiffs Adam Murphy and Julianne Shapiro in connection with the above-captioned action.

Dated:  May 9, 2023

/s/ Douglas A. Abrahams
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
PA Bar No. 41125
1600 Market Street, Suite 2500
Philadelphia, PA 19103
T:  215-238-1700
F:  215-238-1968
dabrahams@kohnswift.com

*Counsel for Plaintiffs*

{00238992}

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

Dated: May 9, 2023

Respectfully submitted,

By: */s/ Douglas A. Abrahams*
Douglas A. Abrahams
KOHN SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
(215) 238.1700
dabrahams@kohnswift.com

{00238992 }   2