## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

Dated: May 9, 2023               Respectfully submitted,

By: */s/ Douglas A. Abrahams*
    Douglas A. Abrahams
    KOHN SWIFT & GRAF, P.C.
    1600 Market Street, Suite 2500
    Philadelphia, Pennsylvania  19103
    (215) 238.1700
    dabrahams@kohnswift.com

{00239000 }