1   Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
2   **QUINN EMANUEL URQUHART &**
    **SULLIVAN, LLP**
3
    865 South Figueroa Street, 10th Floor
4   Los Angeles, CA  90017-2543
    Telephone: (213) 443-3000
5   Facsimile: (213) 443-3100
6   Peter J. Brennan (*pro hac vice*)
    PBrennan@jenner.com
7   **JENNER & BLOCK LLP**
    353 North Clark Street
8   Chicago, IL 60654-3456
    Telephone: (312) 222-9350
9   Facsimile: (312) 527-0484
10  *Counsel for Defendants*

Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL**
**SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington  98101

Kenneth B. McClain
**HUMPHREY FARRINGTON &**
**McCLAIN, P.C.**
221 W. Lexington Ave., Suite 400
Independence, MO 64050

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Roland Tellis
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership and*
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re: KIA HYUNDAI VEHICLE
THEFT MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

This document relates to:

CONSUMER CLASS ACTION

Case No. 8:22-ML-3052-JVS(KESx)

The Honorable James V. Selna

**JOINT STATEMENT AND**
**STIPULATION OF SETTLEMENT**

**[PROPOSED] ORDER**

The Consumer Plaintiffs and Defendants are pleased to inform the Court that they have reached a settlement-in-principle of the consumer class action claims. This agreement follows months of negotiations, including multiple mediation sessions with the Court-appointed Mediator, Hon. Margaret M. Morrow (ret.), of Judicate West. The settling parties are in the process of documenting the agreement. The Consumer Plaintiffs intend to move for preliminary approval by July 10, 2023.

In light of the proposed settlement, Defendants and the Consumer Plaintiffs stipulate that further briefing on Defendants' motion to dismiss (Dkt. 95) be stayed, as well as any other deadlines involving the consumer cases unrelated to settlement approval.

Dated: May 18, 2023

By: /s/ *Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL
    SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

By: /s/ *Shon Morgan*
    Shon Morgan
    QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
    865 South Figueroa Street, 10th Fl.
    Los Angeles, CA 90017-2543

By: /s/ *Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

By: /s/ *Peter J. Brennan*
    Peter J. Brennan
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

    *Counsel for Defendants*

By: /s/ *Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON &
    McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050

1

2

By:/s/ *Roland Tellis*

3          Roland Tellis, Esq.

4          BARON & BUDD, P.C.
          15910 Ventura Blvd., Suite 1600
5          Encino, CA 91436

6
          *Consumer Class Action Leadership Counsel*
7          *and Counsel for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** Briefing on Defendants' motion to dismiss (Dkt. 95) and all other deadlines in all consumer cases unrelated to settlement approval are stayed. The Consumer Plaintiffs will move for preliminary approval by July 10, 2023.

DATED:_____, 2023

_____
Honorable James V. Selna
United States District Judge

1

**<u>FILER'S ATTESTATION</u>**

2

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other

3

signatories listed, and on whose behalf the filing is submitted, concur in the filing's

4

content and have authorized the filing.

5

6

*/s/ Shon Morgan*
Shon Morgan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28