**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*State Automobile Mutual Insurance Company v. Hyundai Motor America*, Case No. 8:23-CV-00443 | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**DEFENDANTS' COMMENTS RE SUBROGATION PLAINTIFFS' APPLICATION**<br><br>Hearing Date: June 8, 2023 |

On May 8, 2023, the Court requested Defendants' comments on the *State Automobile Mutual Insurance Company* Plaintiffs' Application,[1] particularly regarding the proposal to modify the leadership structure. ECF No. 99; *see also* ECF No. 104. In that Application, the *State Automobile Mutual Insurance Company* Plaintiffs request: (1) the creation of a Subrogation Committee in the MDL and an appointment to co-chair the Subrogation Committee; (2) two seats on the Consumer Class Action Leadership Committee; (3) an order vacating any deadlines applicable to the Insurance Plaintiffs; and (4) leave to file a Consolidated Insurance Class Action Complaint. *See* ECF No. 85.

On April 24, 2023, the Consumer Class Action Leadership Committee responded to the Application, stating that they support the creation of an insurance track led by a Subrogation Committee, but they oppose the *State Automobile Mutual Insurance Company* Plaintiffs' counsels' request for appointment to the Consumer Class Action Leadership Committee. ECF No. 92.

On May 15, 2023, plaintiffs from a newly-filed subrogation action against Defendants, *The Standard Fire Insurance Company v. Hyundai Motor America*, No. 8:23-cv-00792 (C.D. Cal. filed May 5, 2023), also submitted a response to the Application. *See* ECF No. 105. *The Standard Fire Insurance Company* Plaintiffs stated that (1) they are not pursuing their subrogation action as a class, (2) they intend to opt out of any class certified in the *State Automobile Mutual Insurance Company* action, and (3) they are requesting that the Court establish an Insurance Subrogation Track and Subrogation Committee (which would include two of their attorneys) as part of the MDL. *See id.*

---

[1] For ease of reference, Defendants refer herein to the "Objection to Case Management Order (Dkt. No. 70), and Application of Elliott R. Feldman and Nathan Dooley of Cozen O'Connor for Appointment to (1) Chair a Subrogation Insurance Class Action Committee, (2) for Representation on the Consumer Class Action Leadership Committee (3) to Vacate Case Management Deadlines related to the Subrogation Insurance Class Action and (4) Leave to File a Consolidated Insurance Class Action Complaint" filed as ECF No. 85 by the plaintiffs in *State Automobile Mutual Insurance Company v. Hyundai Motor America* as the "Application."

On May 18, 2023, Defendants and the Consumer Class Action Leadership Committee filed a Joint Statement and Stipulation of Settlement, indicating that they have reached a settlement-in-principle of the consumer class action claims, they are in the process of documenting the agreement, and the Consumer Plaintiffs intend to move for preliminary approval by July 10, 2023.  ECF No. 107.

In light of the settlement-in-principle with the Consumer Plaintiffs, Defendants provide the following comments on the Application: *First*, consistent with the position of the Consumer Plaintiffs and both sets of Insurance Plaintiffs, Defendants support the creation of a track for insurance subrogation claims to be led by a Subrogation Committee.  Defendants take no position on the membership of the Subrogation Committee.  *Second*, Defendants agree with the Consumer Class Action Leadership Committee that it does not make sense for counsel for any Insurance Plaintiffs to be members of the Consumer Class Action Leadership Committee because they do not represent consumers in the MDL, and their clients are not included in the settlement-in-principle between Defendants and the Consumer Plaintiffs.  *Third*, Defendants do not think it makes sense for the *State Automobile Mutual Insurance Company* Plaintiffs to file a "Consolidated Insurance Class Action Complaint" because there are no other class actions to be consolidated with the *State Automobile Mutual Insurance Company* action, and *The Standard Fire Insurance Company* Plaintiffs have indicated their intent to remain separate.[2]  The *State Automobile Mutual Insurance Company* and *The Standard Fire Insurance Company* actions can be litigated separately.  *Fourth*, Defendants agree that any deadlines for the Insurance cases should be vacated (to the extent any have been set) and set at the next status conference scheduled for June 8, 2023.

---

[2] To the extent the *State Automobile Mutual Insurance Company* Plaintiffs seek to amend their complaint to add other named plaintiffs, Defendants do not oppose that request.

| | | |
|---|---|---|
| 1 | Dated: May 18, 2023 | JENNER & BLOCK LLP |

*/s/ Peter J. Brennan*
Kate T. Spelman
Alice S. Kim
Madeline P. Skitzki
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
KSpelman@jenner.com
AKim@jenner.com
MSkitzki@jenner.com

Peter J. Brennan (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

*Attorneys for Defendants*