Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

Elliott R. Feldman (*pro hac vice pending*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**NOTICE OF APPEARANCE** |
| This document relates to:<br><br>*State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al.*<br>Case No.: 8:23-cv-00443-JWH (KESx) | |

PLEASE TAKE NOTICE that Nathan Dooley and Elliott R. Feldman (*pro hac vice pending*), of the law firm of Cozen O'Connor, hereby enter their Appearance on behalf of the following parties.

    Alpha Property & Casualty Insurance Company
    American Alliance Casualty Company
    Charter Indemnity Company
    Citizens United Reciprocal Exchange
    First Chicago Insurance Company
    Garrison Property & Casualty Insurance Company
    GEICO Advantage Insurance Company
    GEICO Casualty Company

GEICO Choice Insurance Company
GEICO County Mutual Company
GEICO General Insurance Company
GEICO Indemnity Company
GEICO Secure Insurance Company
GEICO Texas County Mutual Company
Government Employees Insurance Company
Home State County Mutual Insurance Company
Horace Mann Insurance Company
Horace Mann Property & Casualty Insurance Company
Infinity Assurance Insurance Company
Infinity Auto Insurance Company
Infinity Casualty Insurance Company
Infinity County Mutual Insurance Company
Infinity Indemnity Insurance Company
Infinity Insurance Company
Infinity Safeguard Insurance Company
Infinity Select Insurance Company
Old American County Mutual Fire Insurance Company
Response Insurance Company
Root Insurance Company
Root Lone Star Insurance Agency, Inc.
Root Property & Casualty Insurance Company
Teachers Insurance Company
United Security Health and Casualty Insurance Company
United Services Automobile Association
Unitrin Auto and Home Insurance Company
Unitrin County Mutual Insurance Company
Unitrin Direct Insurance Company
Unitrin Direct Property and Casualty Company
Unitrin Safeguard Insurance Company
USAA Casualty Insurance Company
USAA General Indemnity Company
Valley Property & Casualty Insurance Company

Respectfully submitted,

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ET AL.

By: *s/ Nathan Dooley*
    Nathan Dooley
    *Attorneys for Plaintiffs*