| | | |
|---|---|---|
| 1 | Shon Morgan (Bar No. 187736)<br>shonmorgan@quinnemanuel.com | Steve W. Berman, Esq.<br>**HAGENS BERMAN SOBOL** |
| 2 | **QUINN EMANUEL URQUHART &** | **SHAPIRO LLP** |
| 3 | **SULLIVAN, LLP** | 1301 Second Avenue, Suite 2000 |
| | 865 South Figueroa Street, 10th Floor | Seattle, Washington  98101 |
| 4 | Los Angeles, CA  90017-2543<br>Telephone: (213) 443-3000 | |
| 5 | Facsimile: (213) 443-3100 | Kenneth B. McClain |
| | | **HUMPHREY FARRINGTON &** |
| 6 | Peter J. Brennan (*pro hac vice*)<br>PBrennan@jenner.com | **McCLAIN, P.C.** |
| 7 | **JENNER & BLOCK LLP** | 221 W. Lexington Ave., Suite 400 |
| | 353 North Clark Street | Independence, MO 64050 |
| 8 | Chicago, IL 60654-3456<br>Telephone: (312) 222-9350 | |
| 9 | Facsimile: (312) 527-0484 | Elizabeth A. Fegan<br>**FEGAN SCOTT LLC** |
| 10 | *Counsel for Defendants* | 150 S. Wacker Dr., 24th Floor |
| 11 | | Chicago, IL 60606 |
| 12 | | |
| 13 | | Roland Tellis<br>**BARON & BUDD, P.C.** |
| 14 | | 15910 Ventura Blvd., Suite 1600 |
| | | Encino, CA 91436 |
| 15 | | |
| 16 | | *Consumer Class Action Leadership and Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| 22 | | |
| 23 | | The Honorable James V. Selna |
| 24 | | |
| 25 | | **JOINT STATEMENT AND STIPULATION OF SETTLEMENT** |
| 26 | This document relates to: | |
| 27 | CONSUMER CLASS ACTION | **ORDER** |

The Consumer Plaintiffs and Defendants are pleased to inform the Court that they have reached a settlement-in-principle of the consumer class action claims. This agreement follows months of negotiations, including multiple mediation sessions with the Court-appointed Mediator, Hon. Margaret M. Morrow (ret.), of Judicate West. The settling parties are in the process of documenting the agreement. The Consumer Plaintiffs intend to move for preliminary approval by July 10, 2023.

In light of the proposed settlement, Defendants and the Consumer Plaintiffs stipulate that further briefing on Defendants' motion to dismiss (Dkt. 95) be stayed, as well as any other deadlines involving the consumer cases unrelated to settlement approval.

Dated: May 18, 2023

By: /s/ *Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

By: /s/ *Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

By: /s/ *Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON & McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050

By: /s/ *Shon Morgan*
    Shon Morgan
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    865 South Figueroa Street, 10th Fl.
    Los Angeles, CA 90017-2543

By: /s/ *Peter J. Brennan*
    Peter J. Brennan
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

*Counsel for Defendants*

1
2
3
4
5   By:/s/ *Roland Tellis*
6          Roland Tellis, Esq.
           BARON & BUDD, P.C.
7          15910 Ventura Blvd., Suite 1600
           Encino, CA 91436
8
9          *Consumer Class Action Leadership Counsel*
           *and Counsel for Plaintiffs*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** Briefing on Defendants' motion to dismiss (Dkt. 95) and all other deadlines in all consumer cases unrelated to settlement approval are stayed. The Consumer Plaintiffs will move for preliminary approval by July 10, 2023.

DATED:  May 19, 2023

_____
Honorable James V. Selna
United States District Judge

**FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Shon Morgan
Shon Morgan