UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>*ALL CASES* | CASE NO: ML 22-3052 JVS (KESx)<br><br>ORDER NO. 11: RESTRUCTURING LEADERSHIP |

In light of potential resolution of the Consumer Class Actions (Docket No. 107), the Court believes that it is necessary to revisit the leadership structure.

1. The Consumer Class Action appointments which the Court made in Order No. 4 remain in place. However, the activities shall be limited to moving for class certification and approval of the proposed settlement and any actions ancillary thereto until further order of the Court.

2. The Court envisions following structure going forward:

• New Executive Committee consisting of one or more counsel

1

representing Governmental entities and one or more counsel representing the subrogation plaintiffs.

• Governmental Entities Committee consisting of two or more counsel representing Governmental entities. The committee shall be responsible for managing the Governmental entities track.

• Subrogation Committee consisting of two or more counsel representing subrogation plaintiffs. The committee shall be responsible for managing the subrogation track.

• Discovery Committee consisting of one or more counsel representing Governmental entities and one or more counsel representing subrogation plaintiffs.   All discovery shall be coordinated by this committee.

• Expert Committee consisting of one or more counsel representing Governmental entities and one or more counsel representing subrogation plaintiffs. All expert matters including discovery and the preparation and presentation of expert evidence shall be coordinated by this committee.

3. No later than June 7, 2023, any counsel may submit comments re the structure proposed in this Order.

4. No later than June 7, 2023, any counsel may apply for any the positions outlined above. The criteria for appointment shall be that as set forth in Order No. 1, ¶ 2.2. Any counsel who have been previously been appointed or have filed an application for appointment previously need only file a one-page expression of continued interest.

5. The Court will address the issue of further restructuring of the docket and appointments at the next scheduling conference. The presently scheduled June 8, 2023 status conference is continued to June 12, 2023.

6. All matters calendared for June 8, 2023 are continued to June 12, 2023 at 3:00 p.m.

IT IS SO ORDERED.

Dated: May 30, 2023

_____
James V. Selna
United States District Judge