TIMOTHY E. CARY, SBN 093608
CaryT@StutmanLaw.com
DANIEL HOGAN, ESQ
HoganD@StutmanLaw.com (*seeking pro hac vice admission*)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**STATEMENT OF CONTINUED INTEREST IN APPOINTMENT TO SUBROGATION COMMITTEE** |

On May 15, 2023, Plaintiffs in Case No. 8:23-cv-00792 (hereinafter, the "Subrogation Plaintiffs") requested that the Court establish a Subrogation Committee for this MDL and appoint attorneys Timothy E. Cary and Daniel Hogan to such Committee. (ECF 105) Consistent with the Court's Order No. 11 (ECF 115), Plaintiffs and their counsel, via of the instant filing, state that they have a continued interest in the appointment of Timothy E. Cary, Esq. and Daniel Hogan, Esq. to the Subrogation Committee.

///

Case No. 8:22-ml-03052-JVS-KES
STATEMENT OF CONTINUED INTEREST IN APPOINTMENT TO SUBROGATION COMMITTEE

DATED:  June 1, 2023        Respectfully Submitted,

By: _____
Timothy E. Cary, Esq.
Daniel Hogan, Esq. *(seeking phv admission)*
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
Attorneys for Plaintiffs