DANIEL HOGAN, ESQ
HoganD@StutmanLaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
500 Office Center Drive, Suite 301
Fort Washington, PA 19034
Attorneys for Plaintiffs in Case 8:23-cv-00792

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES |

## NOTICE OF APPEARANCE OF DANIEL HOGAN

Daniel Hogan, Law Offices of Robert A. Stutman, P.C., files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00792 (Central District of California, Southern Division), which was transferred to the to the above-captioned Multi-District Litigation ("MDL") on May 10, 2023. Mr. Hogan is permanently admitted to practice, and in good standing, in several federal district courts, including the U.S. District Court for the Eastern District of Pennsylvania. He is admitted pro hac vice in this case by operation of Pretrial Order No. 1, ¶ 5.1.

DATED:  June 2, 2023          Respectfully Submitted,

By: /s/Daniel Hogan
Daniel Hogan, Esq. *(seeking phv admission)*
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
Attorney for Plaintiffs