Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

Elliott R. Feldman (*pro hac vice*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al.*<br>Case No.: 8:23-cv-00443-JWH (KESx) | Case No.: 22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Nathan Dooley and Elliott R. Feldman (*pro hac vice pending*), of the law firm of Cozen O'Connor, hereby enter their Appearance on behalf of the following parties.

   Adirondack Insurance Exchange
   Agent Alliance Insurance Company
   Alliance United Insurance Company
   Allstate County Mutual Insurance Company
   Allstate Fire And Casualty Insurance Company
   Allstate Indemnity Company

LEGAL\63993969\1

| | |
|---|---|
| 1 | Allstate Insurance Company |
| 2 | Allstate New Jersey Insurance Company |
| 3 | Allstate New Jersey Property And Casualty Insurance Company |
| 4 | Allstate North American Insurance Company |
| 5 | Allstate Northbrook Indemnity Company |
| 6 | Allstate Property And Casualty Insurance Company |
| 7 | Century-National Insurance Company |
| 8 | Direct General Insurance Company |
| 9 | Direct General Insurance Company Of Mississippi |
| 10 | Direct National Insurance Company |
| 11 | Encompass Floridian Indemnity Company |
| 12 | Encompass Floridian Insurance Company |
| 13 | Encompass Home & Auto Insurance Company |
| 14 | Encompass Indemnity Company |
| 15 | Encompass Independent Insurance Company |
| 16 | Encompass Insurance Company |
| 17 | Encompass Insurance Company Of America |
| 18 | Encompass Insurance Company of Massachusetts |
| 19 | Encompass Insurance Company of New Jersey |
| 20 | Encompass Property And Casualty Company |
| 21 | Encompass Property and Casualty Insurance Company of New Jersey |
| 22 | Esurance Insurance Company |
| 23 | Esurance Insurance Company Of New Jersey |
| 24 | Esurance Property And Casualty Insurance Company |
| 25 | Financial Indemnity Company |
| 26 | Imperial Fire And Casualty Insurance Company |
| 27 | Infinity Standard Insurance Company |
| 28 | Integon Casualty Insurance Company |
| | Integon General Insurance Corporation |
| | Integon Indemnity Corporation |
| | Integon National Insurance Company |
| | Integon Preferred Insurance Company |
| | Kemper Independence Insurance Company |
| | Merastar Insurance Company |
| | Mountain Valley Indemnity Company |
| | National Farmers Union Property And Casualty Company |
| | National General Assurance Company |
| | National General Insurance Company |
| | National General Insurance Online, Inc. |
| | National General Premiere Insurance Company |
| | New Jersey Skylands Insurance Association |

LEGAL\63993969\1

Cozen O'Connor
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

New South Insurance Company
PEMCO Mutual Insurance Company
Safe Auto Insurance Company
Standard Property & Casualty Insurance Company
Trinity Universal Insurance
Unitrin Preferred Insurance Company
Warner Insurance Company

Respectfully submitted,

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ET AL.

By: *s/ Nathan Dooley*
    Nathan Dooley
    *Attorneys for Plaintiffs*

LEGAL\63993969\1

Cozen O'Connor
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017