# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No: ML 22-3052 JVS (KESx)**<br>**The Honorable James V. Selna** |
| *ALL CASES* | **APPLICATION OF EMERY K. HARLAN FOR APPOINTMENT TO THE GOVERNMENTAL ENTITIES COMMITTEE** |

Emery K. Harlan, a Founding Partner of MWH Law Group LLP ("MWH"), one of the largest Black-Owned law firms in the United States, and counsel for Plaintiffs City of Milwaukee and City of Madison, respectfully submits this individual application for appointment to the Governmental Entities Committee.[1] In addition to his own application, Mr. Harlan has conferred with and supports the leadership applications of Gretchen Freeman Cappio and Ryan McDevitt.

Mr. Harlan's practice includes complex litigation in courts throughout the United States. He has extensive trial experience and experience in sophisticated multi-party litigation involving extensive fact and expert discovery.  Most recently, Mr. Harlan served as co-counsel for the City of Milwaukee, Milwaukee Public Schools and Racine Unified School District in the federal multidistrict litigation captioned *In re Juul Labs, Inc., Marketing Sales Practices and Products Liability Litigation*, MDL No. 2913, and the coordinated proceeding captioned *Juul Labs*

---

[1] Mr. Harlan's practice is attached hereto as **Exhibit A**.

*Product Case*, JCCP No. 5052.

Mr. Harlan is admitted to practice in:

- Eastern District of Wisconsin

- Western District of Wisconsin

- Central District of Illinois

- Northern District of Illinois (including trial bar)

- Northern District of Indiana

- Southern District of Indiana

He is also admitted to practice in the United States Court of Appeals for the Sixth and Seventh Circuits. Mr. Harlan is a member in good standing of the bars of the states of New York, Wisconsin, Illinois, and Pennsylvania. There are no pending disciplinary proceedings against him.

He has never been censured, suspended, disbarred, or denied admission or readmission by any court.

In addition to Mr. Harlan's extensive litigation experience, he has been a national leader in advocating for greater diversity in the legal profession.  Most significantly, Mr. Harlan co-founded one of the most prominent associations focused on increasing opportunities for women, LGBTQ and minority-owned law firms - - The National Association of Minority and Women Owned Law Firms ("NAMWOLF").  In 2022, NAMWOLF honored Mr. Harlan's contribution to the legal profession by creating an annual award in his name.

Finally, to the extent selected for membership on the Governmental Entities Committee, Mr. Harlan can commit to expenditure of the requisite time and financial resources to assist the plaintiffs in achieving a just and fair outcome in this matter.  Therefore, Mr. Harlan respectfully

requests that the Court appoint him to the Governmental Entities Committee.

Dated this 7th day of June, 2023.

**MWH LAW GROUP LLP**

By:    */s/ Emery K. Harlan*
Emery K. Harlan
735 North Water Street
Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Fax: (414) 436-0354
emery.harlan@mwhlawgroup.com

*Counsel for Plaintiffs City of*
*Milwaukee and City of Madison*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

*/s/ Emery K. Harlan*
Emery K. Harlan
