

## EQUITY PARTNER



### EMERY K. HARLAN

735 N. Water St., Suite 610
Milwaukee, WI 53202

Tel: (414) 436-0353
Fax: (414) 436-0354

Email: emery.harlan@mwhlawgroup.com

### ADMISSIONS

- Admitted to practice in Illinois, Indiana, New York, Pennsylvania, and Wisconsin
- Admitted to practice in the Central District of Illinois
- Admitted to practice in the Northern District of Indiana
- Admitted to practice in the Eastern District of Wisconsin
- Admitted to practice in the Western District of Wisconsin
- Admitted to practice in the U.S. Circuit Court of Appeals for the Seventh Circuit
- Admitted to practice in the U.S. Circuit Court of Appeals for the Sixth Circuit

**License Date:** 6/20/1989

## BIOGRAPHY

I have 32 years of experience as a trial lawyer handling a wide range of complex disputes in courtrooms throughout the United States. Throughout my career, I have served as a leader in promoting greater diversity and inclusion in the legal profession. Immediately prior to co-founding MWH Law Group LLP, I served as Chairman of one of the largest minority-owned law firms in the United States. I also co-founded the premiere trade association focused on creating opportunities for women and minority-owned law firms - the National Association of Minority Owned Law Firms (NAMWOLF). Additionally, since its formation, I have served as an advisor to the Minority In-House Counsel Association (MIHCA) – an organization focused on developing and promoting minority in-house lawyers.

## EDUCATION

- University of Wisconsin Law School, J.D.
- Siena Heights College, B.A., Business Administration

www.mwhlawgroup.com

## HONORS

- Martindale-Hubbell® – AV Preeminent Highest Peer Rating Standard, 2013 – Present
- Wisconsin Super Lawyers®, 2006 – 2008, 2016 – 2019
- State Bar of Wisconsin, Wisconsin Lawyer – Lifetime Legal Innovator, 2018
- Savoy's Most Influential Black Lawyers, 2015
- Wisconsin Law Journal – Best Lawyers in America, 2015
- Wisconsin Association of African-American Lawyers – Outstanding Member of the Year, 2012
- Waukesha County National Association for the Advancement of Colored People (NAACP) – Community Service Award, 2011
- Wisconsin Law Journal – Leader in the Law, 2011
- ABA Journal - Legal Rebel, Diversifying the Legal Profession, 2009

## PROFESSIONAL MEMBERSHIPS

- National Association of Minority & Women Owned Law Firms (NAMWOLF), Board Member, Co-Founder, Past Board Chair
- Minority In-House Counsel Association (MIHCA), Member, Steering Committee

## PROFESSIONAL EXPERIENCE

- **MWH Law Group LLP,** *Equity Partner*, March 2016 – Present
- **Gonzalez Saggio & Harlan LLP**, *Partner*, 1994 – February 2016
- **Ross & Hardies**, *Associate*, May 1990 – March 1994
- **United States Court of Appeals for the Sixth Circuit**, *Law Clerk to Honorable George C. Edwards, Jr. (dec.)*, September 1989 – May 1990

## COMMUNITY INVOLVEMENT

- Board Member, Versiti Blood Research Institute Foundation
- Former Member, Chicago United Leaders Council
- Governor's Council on Workforce Investment, 2011
- Leadership Council on Legal Diversity
- Former Board Member, Milwaukee Health Services
- Board Member, ProHealth Care
- Member, Sigma Pi Phi Boule
- Past Vice Chair, State of Wisconsin Gaming Board
- Board Member, Urban Day School