TIMOTHY E. CARY, SBN 093608
CaryT@StutmanLaw.com
DANIEL HOGAN, ESQ
HoganD@StutmanLaw.com (*seeking pro hac vice admission*)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**STATEMENT OF CONTINUED INTEREST IN APPOINTMENT TO SUBROGATION COMMITTEE** |

On May 15, 2023, Plaintiffs in Case No. 8:23-cv-00792 (hereinafter, the "Subrogation Plaintiffs") requested that the Court establish a Subrogation Committee for this MDL and appoint attorneys Timothy E. Cary and Daniel Hogan to such Committee. (ECF 105) Consistent with the Court's Order No. 11 (ECF 115), Plaintiffs and their counsel filed a Statement of Continued Interest in Appointment to Subrogation Committee; however, the Plaintiffs original Application was limited to an Application for Appointment to a Subrogation Committee. Subrogation Plaintiffs, via of the instant filing, state that they have a continued interest in the appointment of Timothy E. Cary, Esq. and Daniel Hogan, Esq. to one or more of the committees related to the Subrogation Track, including the Executive Committee, Discovery Committee, Subrogation Committee, and/or

1 | Expert Committee.[1]

2

3 | DATED:  June 7, 2023                    Respectfully Submitted,

4 |                                    LAW OFFICES OF ROBERT A. STUTMAN,  P.C.

5

6

7 | By: _____

8 |        Timothy E. Cary, Esq.
          Daniel Hogan, Esq.

9 |        Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

[1] Counsel for Subrogation Plaintiffs recently conferred with counsel for plaintiffs in the following cases and anticipate providing the Court with an agreed upon proposed leadership structure affecting the subrogation cases: *State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America*, et al. Case No.: 8:23-cv-00043; *State Farm Mutual Insurance Company, et al., v. Hyundai Motor America, et al.*, Case No. 8:23-cv-00981; and *21st Century Centennial Insurance Company v. Hyundai Motor Company, et al*; Case No.: 2:23-cv-04288.