THOMAS PAOLINI, ESQ
paolinit@stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
20 East Taunton Road, Suite 403
Berlin, NJ 08009
Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF THOMAS PAOLINI** |

Thomas Paolini, Law Offices of Robert A. Stutman, P.C., files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00792 (Central District of California, Southern Division), which was transferred to the above-captioned Multi-District Litigation ("MDL") on May 10, 2023. Mr. Paolini is permanently admitted to practice, and in good standing, in several federal district courts, including the U.S. District Court for the District of New Jersey. He is admitted pro hac vice in this case by operation of Pretrial Order No. 1, ¶ 5.1.

DATED: June 7, 2023          Respectfully Submitted,

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: /s/ Thomas Paolini
Thomas Paolini, Esq. *(seeking phv admission)*
Attorney for PLAINTIFFS in CASE 8:23-cv-00792

Case No. 8:22-ml-03052-JVS-KES