TIMOTHY E. CARY, SBN 093608
CaryT@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF TIMOTHY E. CARY** |

    Timothy E. Cary, Law Offices of Robert A. Stutman, P.C., files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00792 (Central District of California, Southern Division), which was transferred to the above-captioned Multi-District Litigation ("MDL") on May 10, 2023.

DATED: June 7, 2023      Respectfully Submitted,

                LAW OFFICES OF ROBERT A. STUTMAN, P.C.

                By: _____
                Timothy E. Cary, Esq.
                Attorney for PLAINTIFFS in CASE 8:23-cv-00792