Diane Wayland, SBN 197802
WaylandD@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298
Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF DIANE WAYLAND** |

    Diane Wayland, Law Offices of Robert A. Stutman, P.C., files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00792 (Central District of California, Southern Division), which was transferred to the above-captioned Multi-District Litigation ("MDL") on May 10, 2023.

DATED: June 7, 2023    Respectfully Submitted,

    LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: _____
Diane Wayland, Esq.
Attorney for PLAINTIFFS in CASE 8:23-cv-00792