Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

Elliott R. Feldman (*pro hac vice pending*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**SUBROGATION PLAINTIFFS' STATEMENT OF CONTINUED INTEREST AND COMMENTS ON PROPOSED STRUCTURE PURSUANT TO ORDER NO. 11** |
| This document relates to:<br><br>*State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al.*<br>Case No.: 8:23-cv-00443-JWH (KESx) | |

Counsel for subrogation insurance plaintiffs in the class action *State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America et al.* Case No.: 8:23-cv-00443 ("Subrogation Class Action") and additional plaintiffs that subsequently appeared in this MDL action, *see* Dkt. Nos. 109 and 118, who similarly seek to represent a putative class (collectively "Lead Subrogation Plaintiffs") respectfully submit their response to the Court's Order No. 11, Dkt. No. 115.

On April 12, 2023, counsel for Lead Subrogation Plaintiffs filed an Application to, among other things, form a Subrogation Committee, chair that Subrogation Committee, and seek membership on the Executive Committee ("Application"). Dkt. No. 85. In addition to a statement of continued interest in that Application, counsel for Lead Subrogation Plaintiffs hereby provide the following comments in response to Court Order No. 11, Dkt. No. 115:

1. Counsel for Lead Subrogation Plaintiffs support the Court's proposed reformation of the Executive Committee, and having entered appearances on behalf of 155 named parties which, upon information and belief, comprise the majority of the relevant industry by market share with damages in excess of $870 million, propose the appointment of Elliott R. Feldman and Nathan Dooley to the Executive Committee along with attorneys representing governmental entities;

2. Lead Subrogation Plaintiffs continue to support the creation of a Subrogation Committee, and continue to support the appointment of Elliott R. Feldman and Nathan Dooley to chair the Subrogation Committee. Having entered appearances on behalf of 155 named parties that comprise the majority of the relevant industry by market share with claims in excess of $870 million, and as they seek to represent the interests of unnamed class members, counsel for Lead Subrogation Plaintiffs respectfully submit they should chair the Subrogation Committee, and have two seats on that committee. Lead Subrogation Plaintiffs support the position taken by Defendants, *see* Dkt. No. 108 at 2:20-22, that the subrogation class action, and individual subrogation actions such as *The Standard Fire Insurance Company v. Hyundai Motor America*, No. 8:23-cv-00792 (C.D. Cal. filed May 5, 2023), "be litigated separately."[1]

---

[1] Lead Subrogation Plaintiffs note that additional tag-along subrogation actions have also been filed. Farmers Insurance Group, Inc. filed a Complaint on June 1, 2023, and is represented by Craig Simon of Berger Kahn. *See 21st Century Centennial Ins. Co.*

2

3. Lead Subrogation Plaintiffs petition the Court to appoint Kevin Caraher of Cozen O'Connor to the Expert and Discovery Committees, on the grounds that Mr. Caraher is already familiar with experts retained by Lead Subrogation Plaintiffs, and in light of his relevant experience in matters involving complex litigation concerning engineering, and product failures including for the automobile industry.[2] Lead Subrogation Plaintiffs respectfully support the appointment of Government Entity attorneys to the discovery and expert subcommittees in equal number to subrogation counsel, just as they support the appointment of Government Entity attorneys to the Executive Committee in equal number to subrogation counsel.

---

*et al. v. Hyundai Motor America,* Case No. 9:23-cv-04288. Similarly, various State Farm entities filed a Complaint on or about June 5, 2023, *see State Farm Mutual Auto. Ins. Co. et al. v. Hyundai Motor America, et al.,* Case No. 8:23-cv-00981, and they are represented by Bill Hoffman of Grotefield Hoffman LLP. All subrogation counsel have met and conferred regarding possible roles moving forward. Counsel for Lead Subrogation Plaintiffs have also conferred with lead counsel for the Government entity track, Gretchen Cappio and Ryan McDevitt, and on information and belief, have found no position of disagreement regarding the parties' respective responses to Court Order No. 11. Lead Subrogation Plaintiffs' support any application by Ms. Cappio to the Executive Committee.

[2] Mr. Caraher's bio is attached hereto as Exhibit A. His additional relevant experience includes work on the follow matters: *In re Zurn Pex Plumbing Products Liability Litigation*, 08-md-1958 (D.MN) (class action MDL proceeding); *Federal Ins. Co. v. Fletcher Jones of Chicago and Mercedes Benz USA*, 07-L-4230 (Cook Co., IL) (vehicle defect involving 2002 Mercedes Benz C32 AMG); *Trustguard Ins. Co. v. Byrne's garage, Inc*., 22D01-0912-CT-2494 (Floyd Co., IN) (Involving 2005 Dodge Stratus); *In re After Market Sheet Metal MDL litigation*, (E.D.WI); *Dow Chemical Canada ULC v. Pentair, Inc., et al.*, 1601-08104 (Ct.King's Bench, ON); *Agrium, Inc. v. Colt Engineering, et al*., 1601-03869 (Ct.King's Bench, ON); *All America Ins. Co., et al. v. Electric Reliability Council of Texas, et al*., D-1-GN-21-007414 (Harris Co., TX) (Uri storm litigation); *Sinclair Wyoming Refining Co., v. A & B Builders, et al*., 15-cv-00091 (D.WY).

3

Respectfully submitted,

STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY, ET AL.

By: *s/ Nathan Dooley*
    Nathan Dooley
    *Attorneys for Plaintiffs*