# EXHIBIT A



# Kevin P. Caraher

### Member

### Chicago

**kcaraher@cozen.com | (312) 382-3192**

Kevin P. Caraher brings more than 30 years of experience in handling major subrogation claims to Cozen O'Connor, including matters involving complex multiparty property damage and business interruption litigation arising from design and construction errors, fires, explosions, structural collapses, defective products, energy, transportation, and cargo losses. A significant amount of Kevin's practice has also been concentrated in matters involving complex commercial litigation, appellate work, and all forms of alternative dispute resolution.

A member of the Federal Trial Bar, Kevin has litigated a multitude of cases to judgment throughout the country in more than 30 states and in numerous federal district courts. He has obtained multimillion dollar judgments and settlements on losses involving petrochemical plants, warehouses, manufacturing plants, residences, restaurants, distribution centers, industrial spray dryers, and food production facilities. He has developed innovative methods for multiparty site investigation, avoidance of spoliation issues, and resolution of complex claims. He has particular experience in matters involving complex science, engineering, and technology issues.

Kevin earned his Bachelor of Arts in 1978 from Lawrence University and his law degree from Northwestern University School of Law in 1981 where he served as a research assistant to the dean of the law school. From 1981 to 1984, Kevin served as a judicial clerk to Justice Daniel P. Ward of the Illinois Supreme Court.

Kevin has been selected by his peers as a member in the Leading Lawyers Network (generally regarded as representing the top 5% of lawyers in Illinois) in the areas of commercial litigation and in insurance, insurance coverage, and reinsurance.

## Practice Areas
- Subrogation & Recovery
- Appellate & Supreme Court

## Industry Sectors
- Insurance

## Education
- Northwestern University School of Law, J.D., 1981
- Lawrence University, B.A., 1978

## Bar Admissions
- Illinois
- Iowa
- Wisconsin
- Ontario

## Court Admissions
- U.S. District Court -- Northern District of Illinois
- U.S. District Court -- Central District of Illinois
- U.S. District Court -- Southern District of Illinois
- U.S. District Court -- Northern District of Indiana
- U.S. District Court -- Eastern District of Wisconsin
- U.S. District Court -- Western District of Wisconsin

## Affiliations
- American Trial Lawyers Association
- Blue Goose Association
- Chicago Bar Association
- Illinois State Bar Association
- Lake County (IL) Bar Association (The)
- Northern District of Illinois General and Trial Bar

## Awards & Honors
- Leading Lawyers Network, Top Illinois Practitioner
- 2017 Defender of the Innocent Award from the Illinois Innocence Project

## Clerkships
Justice Daniel P. Ward, Illinois Supreme Court

---

Kevin P. Caraher
kcaraher@cozen.com
P: (312) 382-3192 | F: (312) 706-9792

©2023 Cozen O'Connor. All rights reserved.

