Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

Elliott R. Feldman (*pro hac vice pending*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**NOTICE OF FILING IN *21ST CENTURY ETC. ET AL. V. HYUNDAI ET AL.* 2:23-CV-04288-GW-RAO** |
| This document relates to:<br><br>*ALL CASES* | |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

As a courtesy to counsel for Plaintiffs 21st Century Centennial Ins. Co. et al. ("Counsel for Farmers' Entities") in the action *21st Century Centennial Ins. Co. et al. v. Hyundai et al.* 2:23-cv-04288-GW-RAO ("*21st Century*"), and without endorsing or taking a position as to any of its contents, Lead Subrogation Counsel hereby provide notice of filing by Counsel for Farmers' Entities in *21st Century*. On information and belief, Counsel for Farmers' Entities are unable to file the documents attached hereto as Exhibit A in this MDL proceeding because *21st Century* has not been deemed related or admitted as part of this MDL proceeding, and have requested that Lead Subrogation Plaintiffs bring the attached documents to the attention of the Court and all interested parties.

Respectfully submitted,

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ET AL.

By: /s/ Nathan Dooley
Nathan Dooley
*Attorneys for Plaintiffs*