1  Rick L. Ashton (OH 0077768)
   ALLEN STOVALL NEUMAN & ASHTON LLP
2  10 West Broad Street, Suite 2400
   Columbus, OH 43215
3  Telephone: 614.221.8500
   Facsimile: 614.221.5988

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 8-22-ml-03052-JVC-KES<br><br>APPLICATION FOR APPOINTMENT OF RICK L. ASHTON TO GOVERNMENTAL ENTITIES COMMITTEE |

## INTRODUCTION[1]

Pursuant to the Court's Case Management Order No. 1: Initial Conference, dated December 22, 2022, as modified by Order No. 11: Restructuring Leadership, dated May 30, 2023, Rick L. Ashton of Allen Stovall Neuman & Ashton, LLP, respectfully submits the following application for appointment to the Governmental Entities Committee.

## BACKGROUND

On February 15, 2023, the City of Columbus, Ohio, represented by Mr. Ashton, filed its complaint against Kia America, Inc. and Hyundai Motor America in the Southern District of Ohio. The complaint related to the substantial strain and increase in costs related to Columbus's

---

[1] Mr. Ashton apologizes for the brevity of this filing as he just recently became aware of this Court's deadline for submission.

governmental services—particularly those of law enforcement/safety personnel and emergency/first responders—do to the dramatic increase in theft related to vehicles manufactured by both Kia and Hyundai.

On February 22, 2023, Columbus filed a Notice of Tag-Along Action (MDL No. 3052, Doc. 134) and the conditional transfer was opposed by both Kia and Hyundai. After the close of briefing, the United States Judicial Panel on Multistate Litigation entered a Transfer Order consolidating Columbus's case into this MDL.

**MR. ASHTON REQUESTS APPOINTMENT TO THE
GOVERNMENTAL ENTITIES COMMITTEE**

Mr. Ashton respectfully submits that he is well-qualified to serve on the Governmental Entities Committee. As discussed in more detail below, Mr. Ashton has extensive and hands-on experience in class actions and complex litigation. A copy of Mr. Ashton's CV is attached as Exhibit A.

**A. Knowledge and Experience in Prosecuting Complex and Class Litigation**

Mr. Ashton has nearly 20 years of experience litigating cases. Most recently, Mr. represented a certified class of taxpayers for tax refunds. *LaBorde v. City of Gahanna*, *et al.*, 12 CV 008517 (Franklin County, Ohio). The matter proceeded all the way through a damages hearing, and following that hearing, while the matter was on appeal, the parties reached a $9,500,000 settlement of the class's claims. Mr. Ashton also previously worked on a nationwide class action against National City Bank that settled for $10,000,000, and is currently seeking appointment in a pending class action against a large publication company. Mr. Ashton has also represented clients in WARN class actions, consumer fraud, and has also defended class actions lawsuits, thus bringing unique perspectives to each case.

### B. Willingness and Ability to Commit to a Time-Consuming Process

Mr. Ashton frequently works on cases that require him and his firm to commit substantial amounts of time over a period of years. In fact, many of his complex cases last in excess of five years and require thousands of hours from him and his firm.

### C. Ability to Work Cooperatively with Others

Mr. Ashton also has a proven track record of cooperating with co-counsel for the benefit of clients in both complex and class action cases. Since the filing of Columbus's case, he has been in frequent communication with the Chair of the Governmental Entities Committee, Gretchen Freeman Cappio and her firm, Keller Rohrback. During that time, Mr. Ashton has further gained a confidence level in Ms. Freeman Cappio's, as well as her colleague, Ryan McDevitt's, aptitude, knowledge, and experience and would support their applications for any leadership roles in this matter.

### D. Access to Sufficient Resources to Prosecute

These types of actions are legally demanding and time consuming. Mr. Ashton and his firm are frequently involved in litigation matters that require vigorous prosecution and require the devotion of time and effort necessary to bring the litigation to a successful conclusion. The firm's attorneys are experienced in every level of the state and federal judicial systems. He and his colleagues have led class actions and complex litigation that have resulted in settlements worth many millions of dollars across a variety of practice areas. Our firm has never used third-party litigation funding and will not do so here, as it has adequate resources needed to successfully prosecute this case.

### E. Geographic Location

Located in Ohio's largest city—Columbus—Mr. Ashton and his firm have experience working with attorneys and firms across the country. Because the Midwest experiences some of the highest rates of thefts of Kias and Hyundais, as evidenced by the fact that its three largest cities are litigants in this matter, a firm in geographic proximity to these cities would provide an important component of the Plaintiffs' litigation team. Moreover, Mr. Ashton and members of his firm can easily travel to other locations necessary to prosecute this litigation.

## CONCLUSION

In conclusion, Rick L. Ashton of Allen Stovall Neuman & Ashton LLP satisfies the relevant criteria for appointment to the Governmental Entities Committee and respectfully requests appointment by this honorable Court.

DATED: June 7, 2023

                                           */s/ Rick L. Ashton*
Rick L. Ashton  (OH 0077768)
*Pro Hac Vice and ECF registration forthcoming*
ALLEN STOVALL NEUMAN & ASHTON LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
Telephone:  614.221.8500
Facsimile:  614.221.5988
ashton@asnalaw.com

Counsel for the City of Columbus, Ohio

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Rick L. Ashton
Rick L. Ashton