# EXHIBIT A

10 West Broad Street, Suite 2400
Columbus, Ohio 43215
(t) 614.221.8500; (f) 614.221.5988

# RICK L. ASHTON, Esq. (CPA Inactive)

LEGAL EXPERIENCE

**ALLEN STOVALL NEUMAN & ASHTON LLP**, Columbus, Ohio          10/07–Present
**KARR & SHERMAN CO. LPA**, Columbus, Ohio                     04/04–10/07

Attorney/Partner:  Primary areas of practice include class action litigation, complex litigation, and tax controversies/litigation.  I have been appointed counsel and/or participated as litigation counsel in several national and regional class actions, resulting in recoveries in the tens of millions of dollars for clients.  In addition to class action litigation, I have been involved as litigation counsel in a number of high-profile complex litigation matters involving adversary proceedings in federal bankruptcy courts as well as corporate/shareholder tort litigation.   Also routinely practice in the areas of federal, state, and location taxation.

Notable cases:
- Laborde v. City of Gahanna, Case No. 12 CV 008517 (Franklin County, Ohio)
- Connectivity Systems Inc. v. National City Bank, 2011 U.S. Dist Lexis 7829 (S. D. Ohio 2011)
- Koenig v. USA Hockey, Case No. 2:09-cv-1097 (S.D. Ohio 2010)
- Coyne v. Haehn, et al., Case No. 10 CVH 07 10473 (Franklin County, Ohio)
- In re: Oasis Corporation, Caudill v. Burrows, Adv. Proc. Nos. 07 ap 02772, 02773 (Bank. S.D. Ohio 2007)
- Lubitz v. DaimlerChrysler Corp., Case No. BER-L-4883-04 (Bergen County, NJ); Boder v. DaimlerChrysler Corp., Case No. 2:05-cv-00557 (S.D. Ohio 2005)

PROFESSIONAL CERTIFICATIONS & LICENSES

Attorney at Law:  Ohio (2004); S.D. Ohio (2004); U.S. Tax Court (2004); Sixth Circuit Court of Appeals (2009); Pennsylvania (2011); N.D. Ohio (2011)

Certified Public Accountant: Ohio (2001)( inactive); W.V. (2000) (inactive)

EDUCATION

**The Ohio State University Moritz College of Law**, Columbus, Ohio
Juris Doctor, May 2004 (GPA: 3.42; Class Rank: Top 20-35%)
- 2004 Constitutional Law Moot Court Competition Team

**West Liberty University**, West Liberty, West Virginia
B.S. in Business Administration with Double Specialization, May 1999
- Accounting (GPA: 4.00)
- Computer Information Systems (GPA: 3.84)

PROFESSIONAL AND PHILANTHROPIC AFFILIATIONS

>Ohio State Bar Association; American Bar Association; Columbus Bar Association; American Institute of Certified Public Accountants; Ohio Society of Certified Public Accountants; Volunteer Income Tax Assistance

SPEAKING ENGAGEMENTS

>2014 Bankruptcy Law Institute (Columbus Bar Association, May 2014); intermediate-advanced discussion on utilizing the rules of civil procedure

>2013 Bankruptcy Law Institute (Columbus Bar Association, May 2013); topic: tax pitfalls in bankruptcy and insolvency

>Plaintiff's Personal Injury (NBI, 2006), topic: taxation of personal injury settlements