Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384

*Counsel for the Cities of Seattle, Cleveland,*
*Cincinnati, Milwaukee, Madison, Buffalo,*
*Rochester, New York, and Indianapolis*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*<br><br>GOVERNMENTAL ENTITY CASES | 8:22-ml-3052-JVS (KESx)<br><br>**COMMENTS ON THE LEADERSHIP STRUCTURE OFFERED BY THE CITIES OF SEATTLE, CLEVELAND, CINCINNATI, MILWAUKEE, MADISON, BUFFALO, ROCHESTER, NEW YORK, AND INDIANAPOLIS**<br><br>Date: June 12, 2023<br>Time: 3:00 p.m.<br>Courtroom: 10C |

Pursuant to the Court's Case Management Order No. 11, and considering that the Judicial Panel on Multidistrict Litigation has now transferred the complaints for the Cities of Seattle, Milwaukee, and Columbus to this Court, the Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis ("the Cities") respectfully respond to the Court's proposed structure in CMO No. 11. *See* ECF. No. 115 at 2.[1]

The Cities support the Court's proposed structure and believe it is well-tailored to the needs of this MDL. The Cities believe that this MDL can be efficiently organized with an Executive Committee comprised of the respective Chairs of the Governmental Entities and Subrogation Committees.[2] The Cities also believe that the Fact Discovery Committee and Expert Discovery Committee should consist of one or two members of each of the Governmental Entities and Subrogation Committees, as selected by those Committees.

Further, the Cities believe that it is appropriate for the Court to set a deadline for the filing of a Consolidated Amended Governmental Entity Complaint and a case management schedule.  To that end, undersigned counsel conferred and have proposed a schedule to counsel for Defendants.

---

[1] *See* Transfer Order, *In re: Kia Hyundai Vehicle Theft Mktg. Sales Practices, and Prods. Liab. Litig.*, MDL No. 3052, (J.P.M.L. June 2, 2023), ECF No. 216.

[2] In the event that the Court envisions a larger Executive Committee, the Cities suggest that the number of counsel for Government Entities and counsel for Subrogation Plaintiffs should be equal, and in that event the Cities would support Ryan McDevitt's application to join Gretchen Freeman Cappio on the Executive Committee.

1

1    Further, undersigned counsel have conferred with Nathan Dooley—counsel for

2    the Subrogation Plaintiffs in *State Auto. Mut. Ins. Co. et al. v. Hyundai Motor Am. et al.*,

3    No. 8:23-cv-00443 (C.D. Cal. Mar. 10, 2023)—and counsel for each of the other

4    Governmental Entities and have heard no substantive objections to the leadership

5    structure described in CMO No. 11.

6

7    DATED this 7th day of June, 2023.

8                                    KELLER ROHRBACK L.L.P.

9

     By */s/ Gretchen Freeman Cappio*

10        Gretchen Freeman Cappio *pro hac vice*
          Ryan McDevitt *pro hac vice*

11        1201 Third Avenue, Suite 3200
          Seattle, WA 98101-3052

12        Phone: (206) 623-1900
          Fax: (206) 623-3384

13        gcappio@kellerrohrback.com
          rmcdevitt@kellerrohrback.com

14
          *Counsel for the Cities of Seattle, Cleveland,*

15        *Cincinnati, Milwaukee, Madison, Buffalo,*
          *Rochester, New York, and Indianapolis.*

16

17

18

19

20

21

2

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

     I hereby certify that on June 7, 2023, I electronically filed the foregoing

3

document with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to all counsel of record, including counsel for Defendants.

5

6

               */s/ Gretchen Freeman Cappio*
               Gretchen Freeman Cappio

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21