Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384

*Counsel for the Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*<br><br>GOVERNMENTAL ENTITY CASES | 8:22-ml-3052-JVS (KESx)<br><br>**GRETCHEN FREEMAN CAPPIO'S STATEMENT OF CONTINUED INTEREST TO SERVE AS CHAIR OF THE GOVERNMENTAL ENTITIES COMMITTEE AND AS EXECUTIVE COMMITTEE MEMBER**<br><br>Date: June 12, 2023<br>Time: 3:00 p.m.<br>Courtroom: 10C |

Pursuant to the Court's Case Management Order No. 11, Gretchen Freeman Cappio of Keller Rohrback L.L.P. ("Keller Rohrback") respectfully expresses her continued interest in serving as Chair of the Governmental Entities Committee in MDL No. 3052. Ms. Cappio further respectfully requests that she be appointed as the Governmental Entity representative on the Executive Committee. In addition to her own appointment, Ms. Cappio supports the application of her law partner Ryan McDevitt. Additionally, Ms. Cappio has conferred with and supports the leadership applications of Emery Harlan and Rick Ashton. *See* ECF Nos. 120, 127.

The Court appointed Ms. Cappio as the Chair of the Governmental Entities Committee on February 9, 2023. *See* ECF. Nos. 35 (application), 50 (appointment.) Since being appointed as Chair of the Governmental Entities Committee, Ms. Cappio has performed substantial work on behalf of the Governmental Entities track in this litigation.

She and her firm have filed ten related actions in federal court and one in state court on behalf of the following Governmental Entities:

| Plaintiff | Case No. & Date |
|---|---|
| Seattle, WA | 2:23-cv-00098-JLR (W.D. Wash, Jan. 23 2023) |
| Cleveland, OH | 8:23-cv-00419-JVS-KES (C.D. Cal. Mar. 7, 2023) |
| Cincinnati, OH | 2:23-cv-01750-JVS-KES (C.D. Cal. Mar. 8, 2023) |
| San Diego, CA [1] | 37-2023-11527-CU-NP-CTL (Cal. Sup. Ct., March 16, 2023) |
| Milwaukee, WI [1] | 2:23-cv-00376-JPS (E.D. Wis. Mar. 22, 2023) |
| Madison, WI [1] | 8:23-cv-00555-JVS-KES (C.D. Cal. Mar. 27, 2023) |

---

[1] Keller Rohrback has co-counsel in these matters – Kazerouni Law Group, APC (*San Diego*), MWH Law Group LLP (*Milwaukee* and *Madison*), and Cohen & Malad, LLP (*Indianapolis*).

1

| Plaintiff | Case No. & Date |
|---|---|
| Buffalo, NY | 8:23-cv-00572-JVS-KES (C.D. Cal. Mar. 30, 2023) |
| Rochester, NY | 8:23-cv-00736-JVS-KES (C.D. Cal. Apr. 28, 2023) |
| New York, NY | 1:23-cv-04772-ER-JEW (S.D.N.Y. June 6, 2023) |
| Indianapolis, IN [1] | 8:23-cv-00989 (C.D. Cal. June 6, 2023) |

Ms. Cappio has led efforts to organize this litigation on behalf of the Governmental Entities. First, on behalf of her clients, Ms. Cappio and her firm have worked hard to get these cases centralized in this Court. They have amply briefed the conditional transfer of their clients' actions before the JPML and have filed notices of related actions pursuant to the local rules of the Central District of California.

Second, from day one of this MDL, Ms. Cappio has taken seriously her duties to cooperate with the other parties to promote the efficient operation of this MDL and to ensure governmental entities had a voice. Ms. Cappio has conferred repeatedly with opposing counsel and with the Consumer Class Action leadership to draft the stipulated protective order, ESI protocols, and stipulation for foreign discovery. *See* ECF No. 79.

As recently as this week, Ms. Cappio has conferred with opposing counsel about a schedule for the Governmental Entities' Track Consolidated Complaint and Rule 12 briefing schedule. She has also met with counsel for the plaintiffs in the Subrogation Class Action, *State Auto. Mut. Ins. Co. et al. v. Hyundai Motor Am. et al.*, No. 8:23-cv-00443 (C.D. Cal. Mar. 10, 2023), and Governmental Entity plaintiffs represented by other firms to confer regarding the Court's proposed leadership structure. *See* ECF No. 128. Ms. Cappio's application is supported by counsel for Columbus, St. Louis, and Baltimore, as well as by counsel for the plaintiffs in the Subrogation Class Action. *See*

2

ECF No. 125 at 3. If appointed to the Executive Committee, Ms. Cappio will continue to work cooperatively to further the efficient prosecution, and if possible, the resolution, of the Governmental Entity cases in this MDL, in keeping with Rule 1.

Finally, Ms. Cappio regrets that she cannot attend the hearing on June 12th in person. Her daughter's high school graduation is in Seattle on the same date. Should the Court permit it, Ms. Cappio would appreciate the opportunity to appear remotely via Zoom or teleconference.

**CONCLUSION**

The Governmental Entity plaintiffs would be well-served by the appointment of Ms. Cappio to the Executive Committee and her continued appointment as Chair of the Governmental Entities Committee.

DATED this 7th day of June, 2023.

KELLER ROHRBACK L.L.P.

By */s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio *pro hac vice*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Counsel for the Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

*/s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio