Ryan McDevitt (*pro hac vice*)
rmcdevitt@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384

*Counsel for Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*<br><br>GOVERNMENTAL ENTITY CASES | 8:22-ml-3052-JVS (KESx)<br><br>**APPLICATION OF RYAN MCDEVITT FOR APPOINTMENT TO THE GOVERNMENTAL ENTITIES COMMITTEE AND/OR THE EXECUTIVE COMMITTEE**<br><br>Date: June 12, 2023<br>Time: 3:00 p.m.<br>Courtroom: 10C |

With the support of his firm and pursuant to the Court's Case Management Order No. 11, Ryan McDevitt of Keller Rohrback L.L.P. respectfully requests appointment to the Government Entities Committee in MDL No. 3052. Additionally, if the Court envisions an Executive Committee comprising more than one attorney each for the Government Entities and the Subrogation Plaintiffs, Mr. McDevitt respectfully requests that he be appointed to serve on that committee alongside Gretchen Freeman Cappio.

Mr. McDevitt represents the cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, and Rochester in cases that are already before this Court either via the local rules or transfer by the Judicial Panel on Multidistrict Litigation, as well as New York (filed in the Southern District of New York and conditionally transferred by the JPML) and Indianapolis (recently filed in the Central District but not yet assigned to this Court as of this filing). In addition to his clients, his application is supported by counsel for Columbus, St. Louis, and Baltimore.[1]

Mr. McDevitt's experience and skills are well suited to serve the governmental entity plaintiffs here. He has over a decade of experience in prosecuting complex litigation, with particular expertise and experience in high-profile automotive litigation. Mr. McDevitt is backed by his colleagues at Keller Rohrback, a well-established, national law firm with a deep, diverse bench of attorneys and staff. Keller Rohrback has the extensive resources required to effectively litigate this case. The firm opened its

---

[1] Mr. McDevitt supports the applications of Emery Harlan and Rick Ashton. *See* ECF Nos. 120, 127.

1

doors over a century ago, and its success over the years is a testament to the ingenuity, hard work, and dedication of its attorneys and staff. Today, the firm includes more than 60 attorneys and 100 staff across six offices in five states, with two offices in California, one of which is located in this district.

Keller Rohrback is proud of the knowledgeable and experienced team it has built and sustained over the last century. The firm's complex litigation resume, attached hereto as Exhibit A, includes case summaries and the biographies of the attorneys who have achieved the wide-ranging work and successes of its legal team, including numerous leadership roles in class action litigation against vehicle manufacturers including Hyundai and Kia, as well as significant MDL cases on behalf of government entity clients and others. Last but not least, Keller Rohrback prides itself on the diversity of its legal team, with half of the attorneys in the firm's Complex Litigation Department identifying as women, people of color, and/or members of the LGBTQIA+ community.

### I.   MR. MCDEVITT AND KELLER ROHRBACK HAVE THE PROVEN CAPACITY TO PROSECUTE THIS CASE

Mr. McDevitt fully appreciates that committing to prosecuting a case on behalf of multiple government plaintiffs against major automaker defendants may be a significant, multiyear undertaking. He and the firm are ready to contribute their time, talent and resources to this litigation, and their track record demonstrates the value that they will bring to the case.[2]

---

[2] Keller Rohrback is fully equipped to prosecute this action without third-party litigation funding.

Keller Rohrback's resources and dedication to client and class member service in high profile automotive litigation are exemplified by their work in multibillion-dollar settlements in the Volkswagen "Clean Diesel" MDL before Judge Breyer in the Northern District of California, *In re Volkswagen "Clean Diesel" Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal.), and litigation and settlement of the similar FCA "EcoDiesel" MDL before Judge Chen, *In re Chrysler-Dodge-Jeep EcoDiesel Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. 2777 (N.D. Cal.). Keller Rohrback has also represented numerous cities, counties, and states in litigation to address pressing issues of public concern, such as the opioids epidemic (*In re: National Prescription Opiate Litig.*, MDL No. 2084 (N.D. Ohio)), the public health crisis caused by youth e-cigarette use (*In re: Juul Labs, Inc., Mktg. Sales Practices, and Prods. Liab. Litig.*, MDL No. 2913 (N.D. Cal.)), and the environmental crisis caused by PCBs (*Oregon v. Monsanto Co.*, No. 18-540 (Or. Cir. Ct., Multnomah Cnty.)), resulting in multi-million- or billion-dollar settlements. Many of Keller Rohrback's clients hire the firm repeatedly because the firm provides top-shelf service through every stage of litigation

Keller Rohrback knows that modern discovery is largely electronic and significantly data-dependent. To meet these needs, the firm maintains a robust in-house electronic discovery team ready to tailor its work to this case, an important resource that

minimizes vendor costs and maximizes efficiency for both offensive and defensive discovery needs.

In sum, Mr. McDevitt makes this application with the full support of a top-flight firm with the significant financial and human resources to support this litigation. The firm has served in multiple leadership roles in similarly complex actions and has the resources necessary to lead the effective and efficient litigation of this case.

## II.   MR. MCDEVITT COLLABORATES WITH COUNSEL AND NEUTRALS

Mr. McDevitt has worked at Keller Rohrback for nearly 13 years and has played a critical role in building the firm's automotive practice into the nationally recognized practice it is today. Mr. McDevitt strives to build civil and productive relationships with co-counsel, opposing counsel, and neutrals, to the benefit of his clients. Keller Rohrback would not be where it is today without the reputation for professionalism, collegiality, and mutual respect the firm and its attorneys have deservedly built throughout its long history. That emphasis on collaboration and collegiality is one of the firm's core values. Time and time again, Keller Rohrback has demonstrated a unique ability to work cooperatively with other counsel to advance the interests of plaintiffs and class members. Mr. McDevitt and his colleagues at Keller Rohrback pursue cases with passion, diligence, and the utmost civility.

The firm prides itself on the level of client service it provides as well as its ability to collaborate both during litigation and at the resolution stage, such as in helping absent class members navigate settlement claims processes and working with claims

administrators, notice providers, and counsel on both sides of the V in settlement administration—jobs Mr. McDevitt spent hundreds of hours on in the Volkswagen "Clean Diesel" and FCA EcoDiesel MDLs, among others.

### III. MR. MCDEVITT'S EXPERIENCE IN AUTOMOTIVE COMPLEX LITIGATION IS A NATURAL FIT FOR THIS MDL

Alongside his law partner Gretchen Freeman Cappio, the Chair of the Governmental Entities Committee as presently structured, Mr. McDevitt has taken a leading role in this litigation from the start. He has worked diligently to investigate the case and develop facts and legal theories for each of Keller Rohrback's governmental entity clients, and has met and conferred with counsel for each of the other governmental entities that have filed a case, as well as with counsel for the plaintiffs in the Subrogation Class Action, *State Auto. Mut. Ins. Co. et al. v. Hyundai Motor Am. et al.*, No. 8:23-cv-00443 (C.D. Cal. Mar. 10, 2023), counsel for the consumer class action plaintiffs, and counsel for the defendants. He has worked alongside Ms. Cappio to coordinate with the consumer class action plaintiffs on discovery issues and has attended each of the status conferences held in the MDL to date.

Mr. McDevitt has wide-ranging experience in complex litigation. He has litigated consumer protection, antitrust, and fraud cases in a wide variety of industries against Fortune 500 companies through every phase of litigation, and helped to recover billions of dollars for consumers, competitors, investors, and employees. Mr. McDevitt served on the Plaintiffs' Executive Committee in *Stringer et al. v. Nissan North America, Inc.*, No. 3:21-cv-00099 (M.D. Tenn.), which resulted in a settlement valued at over $300

1 million for consumers in litigation concerning defective transmissions in Nissan and
2 Infiniti vehicles; currently serves on several plaintiffs' leadership committees in the
3 sprawling antitrust MDL styled *In re Delta Dental Antitrust Litigation*, No. 1:19-cv-
4 06734 (N.D. Ill.); and, with Ms. Cappio, co-directs the Keller Rohrback team appointed
5 Co-Lead counsel in *In re Chevrolet Bolt EV Battery Litig.*, No. 2:20-cv-13256 (E.D.
6 Mich.), a class action concerning a serious safety defect in the dangerously defective
7 lithium-ion batteries of Chevrolet Bolt electric vehicles.

8      Mr. McDevitt also works closely with Ms. Cappio in several other high-profile
9 automotive matters. In this district, and involving the same defendants, Ms. Cappio and
10 Mr. McDevitt worked closely to litigate and reach a settlement recently granted
11 preliminary approval by Judge Staton in *In re: Hyundai/Kia Engine Litigation II*, No.
12 8:18-cv-02223 (C.D. Cal.), where Ms. Cappio was appointed Settlement Counsel. In the
13 multi-billion-dollar Volkswagen "Clean Diesel" MDL, Lead Counsel selected Ms.
14 Cappio to serve on the Plaintiffs' Settlement Committee, and she was selected to serve
15 in the same capacity in the FCA EcoDiesel MDL. Mr. McDevitt performed integral
16 work in discovery, briefing, negotiation, and settlement administration in these cases.
17 And Mr. McDevitt and Ms. Cappio collaborate on two additional cases where Ms.
18 Cappio serves on the Plaintiffs' Steering Committees: *In re ZF-TRW Airbag Control*
19 *Units Prods. Liab. Litig.*, MDL No. 2905 (C.D. Cal.), concerning defective airbag
20 control units in 12.3 million automobiles from six major automakers, and *Speerly et al.*
21

*v. General Motors LLC*, No. 19-cv-11044 (E.D. Mich.), concerning defective transmissions in millions of GM vehicles.

While Mr. McDevitt brings particular knowledge and experience in automotive litigation to this MDL, his experience is not limited to automotive cases. In addition to his leadership role in the *Delta Dental* case, he works alongside Derek Loeser in significant antitrust litigation against Amazon where Keller Rohrback was appointed to the Plaintiffs' Executive Committee. *See Frame-Wilson et al. v. Amazon.com, Inc.*, No. 2:20-cv-00424 (W.D. Wash.); *De Coster et al. v. Amazon.com, Inc.*, No. 2:21-cv-00693 (W.D. Wash.). In the past, he has successfully litigated high-stakes matters in the banking and financial services industries, and, in prior governmental entity experience, represented the Navajo Nation in defending its rights to the NAVAJO name and trademark. *See Navajo Nation v. Urban Outfitters, Inc.*, No. 12-195 LH/WDS (D.N.M.). In these cases and others, Mr. McDevitt has worked extensively on discovery, briefing, and settlement teams, working closely with co-counsel, defense counsel, and experts.

## IV. CONCLUSION

For all the foregoing reasons, including his commitment to his governmental entity clients, robust automotive litigation experience, and ability to work well with others, Plaintiffs would be well-served by the appointment of Mr. McDevitt to the Governmental Entities and/or Executive Committees in this MDL.


DATED this 7th day of June, 2023.

KELLER ROHRBACK L.L.P.

By */s/ Ryan McDevitt*
Ryan McDevitt *pro hac vice*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384
rmcdevitt@kellerrohrback.com

*Counsel for the Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

                                 */s/ Ryan McDevitt*
                                 Ryan McDevitt