```
 1  Adam M. Romney (SBN 261974)
 2  Susan M. Benson (SBN 146837) (Of Counsel)
    Jordan B. Everakes (SBN 251371)
 3  GROTEFELD HOFFMANN LLP
    5535 Balboa Blvd., Ste. 219
 4  Encino, California 91316
    Telephone: (747) 233-7150
 5  Facsimile: (747) 233-7143

 6  William J. Hoffmann (pro hac vice to be filed)
    GROTEFELD HOFFMANN LLP
 7  407 South Third Street, Suite 200
    Geneva, Illinois 60134
 8  Telephone: (312) 551-0200
    Facsimile: (630) 262-5023
 9
10  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF WILLIAM J. HOFFMANN** |

William J. Hoffmann, Grotefeld Hoffmann LLP, files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00981-JWH-DFM (Central District of California, Southern Division), which was filed on June 5, 2023 and is pending transfer and assignment to the above-captioned Multi-District Litigation ("MDL"). Mr. Hoffmann is permanently admitted to practice, and is in good standing, in several federal district courts, including the U.S. District Court for the Northern and Central Districts of Illinois. Mr. Hoffman's motion for pro hac vice admission is currently pending.

| | |
|---|---|
| Dated: June 8, 2023 | **GROTEFELD HOFFMANN** |
| | /s/ William J. Hoffmann |
| | William J. Hoffmann, Esq. |
| | *(seeking pro hac vice admission)* |
| | Attorneys for Plaintiffs in Case 8:23-cv-00981-JWH-DFM |