Adam M. Romney (SBN 261974)
Susan M. Benson (SBN 146837) *(Of Counsel)*
Jordan B. Everakes (SBN 251371)
GROTEFELD HOFFMANN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

William J. Hoffmann *(pro hac vice to be filed)*
GROTEFELD HOFFMANN LLP
407 South Third Street, Suite 200
Geneva, Illinois 60134
Telephone: (312) 551-0200
Facsimile: (630) 262-5023

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF ADAM M. ROMNEY** |

    Adam M. Romney, Grotefeld Hoffmann LLP, files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00981-JWH-DFM (Central District of California, Southern Division), which was filed on June 5, 2023 and is pending transfer and assignment to the above-captioned Multi-District Litigation ("MDL").

Dated: June 8, 2023        **GROTEFELD HOFFMANN**

        /s/ Adam M. Romney
        Adam M. Romney, Esq.
        Attorneys for Plaintiffs in Case 8:23-cv-00981-JWH-DFM

1