THOMAS PAOLINI, ESQ
paolinit@stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
20 East Taunton Road, Suite 403
Berlin, NJ 08009
Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF THOMAS PAOLINI** |

Thomas Paolini, Law Offices of Robert A. Stutman, P.C., files this notice of appearance on behalf of the below Plaintiffs in Case No. 8:23-cv-00792 (Central District of California, Southern Division):

The Standard Fire Insurance Company;
Travelers Property Casualty Insurance Company;
Travelers Commercial Insurance Company;
Consumers County Mutual Insurance Company;
Travelers Personal Insurance Company;
The Travelers Home And Marine Insurance Company;
The Automobile Insurance Company of Hartford, Connecticut;
Travelers Property Casualty Company of America;
Travelers Personal Security Insurance Company;
St. Paul Protective Insurance Company;
The Charter Oak Fire Insurance Company;
Travelers Casualty Insurance Company of America;
The Phoenix Insurance Company; Fidelity and Guaranty Insurance Company;
The Travelers Indemnity Company;
Travelers Indemnity Company of Connecticut;
The Travelers Indemnity Company of America;
Travco Insurance Company;
Travelers Casualty Company of Connecticut;
First Floridian Auto and Home Insurance Company;
Fidelity and Guaranty Insurance Underwriters Inc.;
Selective Auto Insurance Company of New Jersey;

Case No. 8:22-ml-03052-JVS-KES

Selective Insurance Company of America;
Selective Insurance Company of South Carolina;
Selective Insurance Company of The Southeast;
Mutual of Enumclaw Insurance Company;
Enumclaw Property and Casualty Insurance Company;
The Cincinnati Insurance Company;
The Cincinnati Casualty Company;
The Cincinnati Indemnity Company;
Dairyland County Mutual Insurance Company of Texas;
Dairyland National Insurance Company;
Dairyland Insurance Company;
Middlesex Insurance Company;
Patriot General Insurance Company;
Peak Property & Casualty Insurance Corporation;
Sentry Insurance Company;
Viking Insurance Company of Wisconsin; and
Guideone Mutual Insurance Company,

Case number 8:23-cv-00792 was transferred to the to the above-captioned Multi-District Litigation ("MDL") on May 10, 2023. Mr. Paolini is permanently admitted to practice, and in good standing, in several federal district courts, including the U.S. District Court for the District of New Jersey. He is admitted pro hac vice in this case by operation of Pretrial Order No. 1, ¶ 5.1.

DATED: June 9, 2023        Respectfully Submitted,

LAW OFFICES OF ROBERT A. STUTMAN, P.C.


By:     /s/ Thomas Paolini
        Thomas Paolini, Esq. *(seeking phv admission)*
        Attorney for PLAINTIFFS in CASE 8:23-cv-00792