Diane Wayland, SBN 197802_____
WaylandD@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298
Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF DIANE WAYLAND** |

Diane Wayland, Law Offices of Robert A. Stutman, P.C., files this notice of appearance on behalf of the below Plaintiffs in Case No. 8:23-cv-00792 (Central District of California, Southern Division):

The Standard Fire Insurance Company;
Travelers Property Casualty Insurance Company;
Travelers Commercial Insurance Company;
Consumers County Mutual Insurance Company;
Travelers Personal Insurance Company;
The Travelers Home And Marine Insurance Company;
The Automobile Insurance Company of Hartford, Connecticut;
Travelers Property Casualty Company of America;
Travelers Personal Security Insurance Company;
St. Paul Protective Insurance Company;
The Charter Oak Fire Insurance Company;
Travelers Casualty Insurance Company of America;
The Phoenix Insurance Company; Fidelity and Guaranty Insurance Company;
The Travelers Indemnity Company;
Travelers Indemnity Company of Connecticut;
The Travelers Indemnity Company of America;
Travco Insurance Company;
Travelers Casualty Company of Connecticut;
First Floridian Auto and Home Insurance Company;
Fidelity and Guaranty Insurance Underwriters Inc.;

Selective Auto Insurance Company of New Jersey;
Selective Insurance Company of America;
Selective Insurance Company of South Carolina;
Selective Insurance Company of The Southeast;
Mutual of Enumclaw Insurance Company;
Enumclaw Property and Casualty Insurance Company;
The Cincinnati Insurance Company;
The Cincinnati Casualty Company;
The Cincinnati Indemnity Company;
Dairyland County Mutual Insurance Company of Texas;
Dairyland National Insurance Company;
Dairyland Insurance Company;
Middlesex Insurance Company;
Patriot General Insurance Company;
Peak Property & Casualty Insurance Corporation;
Sentry Insurance Company;
Viking Insurance Company of Wisconsin; and
Guideone Mutual Insurance Company,

Case number 8:23-cv-00792 was transferred to the to the above-captioned Multi-District Litigation ("MDL") on May 10, 2023.

DATED: June 9, 2023     Respectfully Submitted,

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: _____
Diane Wayland, Esq.
Attorney for PLAINTIFFS in CASE 8:23-cv-00792