QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
stevemadison@quinnemanuel.com
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Justin C. Griffin (Bar No. 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Defendants*

KELLER ROHRBACK L.L.P.

Gretchen Freeman Cappio *pro hac vice*
gcappio@kellerrohrback.com
Ryan McDevitt *pro hac vice*
rmcdevitt@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384

*Counsel for the Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Governmental Entities Actions | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**JOINT STATEMENT RE MUNICIPAL ACTIONS IN ADVANCE OF JUNE 12, 2023 STATUS CONFERENCE** |

Plaintiffs Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, and Indianapolis ("Plaintiffs") and Defendants Hyundai Motors America and Kia America, Inc. ("Defendants") respectfully submit this statement in advance of the June 12, 2023 Status Conference.

Ten municipal public nuisance cases are pending before this Court (in order of filing: Seattle, Columbus, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, Baltimore, and Indianapolis), and the JPML will shortly transfer to this Court two additional cases, St. Louis and New York (collectively these 12 cases are referred to as the "Municipal Cases").

Six Municipal Cases were filed directly in the Central District of California and transferred to this Court as related cases (*Buffalo*, Case No. 8:23-cv-00572-JVS-KESx; *Cincinnati*, Case No. 2:23-cv-01750-JVS-KESx; *Cleveland*, Case No. 8:23-cv-00419-JVS-KESx; *Indianapolis*, Case No. 8:23-cv-00989-JVS-KESx; *Madison*, Case No. 8:23-cv-00555-JVS-KESx, and *Rochester*, Case No. 8:23-cv-00736-JVS-KESx). The remaining six cases are "tag-along" cases filed in United States District Court in their home districts but either have been or will be transferred to this Court (*Baltimore*, D. Md., Case No. 1:23-cv-01238-JRR; *Columbus*, S.D. Ohio, Case No. 2:23-cv-00654-SDM-EPD; *Milwaukee*, E.D. Wis., Case No. 2:23-cv-00376-JPS; *New York*, S.D.N.Y., Case No. 1:23-cv-04772-ER; *Seattle*, W.D. Wash., Case No. 2:23-cv-00098-JLR; *St. Louis*, E.D. Mo.; Case No. 4:23-cv-00379-RLW; ).[1]/[2]

On June 2, 2023, the JPML denied Defendants' Motions to Vacate the Conditional Transfer Orders ("CTO's") issued by the JPML as to Seattle, Columbus and Milwaukee. Following the JPML's order, Defendants (1) withdrew their motion to

---

[1] Some cases were filed by elected or appointed officials on behalf of the city, but for easier reference, are referred to by the name of the city.

[2] *Indianapolis* was filed on June 6, 2023, and reassigned to this Court as a related case on June 8, 2023.

vacate the CTO in the St. Louis case, and (2) informed counsel for New York that Defendants do not intend to oppose transfer of New York's case.[3]

Pursuant to this Court's direction in Case Management Order 10, Docket No. 99, Defendants' counsel and Keller Rohrback, counsel for Plaintiffs Milwaukee, Seattle, Buffalo, Cincinnati, Cleveland, Madison, Rochester, Indianapolis, and New York, discussed how to proceed regarding the filing of a consolidated governmental complaint as this Court previously ordered (see Case Management Order 2, Docket No. 50) and the adjudication of motions to dismiss the Municipal Cases. These parties propose the following schedule for the Court's consideration:[4]

(i) A consolidated complaint will be filed by the plaintiffs in the Municipal Cases no later than July 28, 2023;

(ii) Defendants' motion to dismiss will be filed no later than September 8, 2023;[5]

(iii) Plaintiffs' opposition will be filed no later than October 20, 2023;

(iv) Defendants' reply brief will be filed no later than November 10, 2023;

(v) A hearing on Defendants' motions to dismiss shall be held on a date convenient for the Court and counsel.

Dated: June 12, 2023

---

[3] The New York case was filed June 6, 2023, along with a tag-along notice, and the JPML issued a CTO on June 7, 2023 (CTO-13).

[4] Defendants understand Keller Rohrback has communicated with counsel for St. Louis, Baltimore, and Columbus and they are agreeable to this schedule as well.

[5] The parties also intend to discuss page limits associated with the motion to dismiss briefing.

| | |
|---|---|
| By: /s/ Steven G. Madison<br>Steven G. Madison<br>stevemadison@quinnemanuel.com<br>Shon Morgan<br>shonmorgan@quinnemanuel.com<br>Justin C. Griffin<br>justingriffin@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017-2543<br>Tel.: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendants Hyundai Motor America and Kia America, Inc.* | By */s/ Gretchen Freeman Cappio*<br>Gretchen Freeman Cappio *pro hac vice*<br>gcappio@kellerrohrback.com<br>Ryan McDevitt *pro hac vice*<br>rmcdevitt@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br><br>*Counsel for the Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis.* |