Gretchen Freeman Cappio *pro hac vice*
Ryan McDevitt *pro hac vice*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: KIA Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*<br><br>GOVERNMENTAL ENTITY CASES | 8:22-ml-3052-JVS-KES<br><br>**GOVERNMENTAL ENTITIES TRACK STATUS**<br><br>Date: June 12, 2023<br>Time: 3:00 p.m.<br>Place: 411 W. Fourth Street,<br>           Santa Ana, CA 92701<br>Courtroom: 10C |

| Plaintiff | Case No. & Date | Plaintiffs' Counsel | MDL Status |
|---|---|---|---|
| Seattle, WA | 2:23-cv-00098-JLR (W.D. Wash, Jan. 23, 2023) | Keller Rohrback L.L.P. | Transferred by JPML: 6/2/23 |
| Columbus, OH | 2:23-cv-00654-SDM-EPD (S.D. Ohio Feb. 15, 2023) | Allen Stovall Neuman & Ashton | Transferred by JPML: 6/2/23 |
| Cleveland, OH | 8:23-cv-00419-JVS-KES (C.D. Cal. Mar. 7, 2023) | Keller Rohrback L.L.P. | Intradistrict transfer: 3/9/23 |
| Cincinnati, OH | 2:23-cv-01750-JVS-KES (C.D. Cal. Mar. 8, 2023) | Keller Rohrback L.L.P. | Intradistrict transfer: 3/9/23 |
| Milwaukee, WI | 2:23-cv-00376-JPS (E.D. Wis. Mar. 22, 2023) | Keller Rohrback L.L.P. & MWH Law Group | Transferred by JPML: 6/2/23 |
| Madison, WI | 8:23-cv-00555-JVS-KES (C.D. Cal. Mar. 27, 2023) | Keller Rohrback L.L.P. & MWH Law Group | Intradistrict transfer: 4/4/23 |
| St. Louis, MO | 4:23-cv-00379-RLW (E.D. Mo., Mar. 27, 2023) | Dowd Bennett LLP | Stay of CTO-8 lifted on 6/12/23 |
| Buffalo, NY | 8:23-cv-00572-JVS-KES (C.D. Cal. Mar. 30, 2023) | Keller Rohrback L.L.P. | Intradistrict transfer: 4/11/23 |
| Rochester, NY | 8:23-cv-00736-JVS-KES (C.D. Cal. Apr. 28, 2023) | Keller Rohrback L.L.P. | Intradistrict transfer: 5/2/23 |

1

| Plaintiff | Case No. & Date | Plaintiffs' Counsel | MDL Status |
|---|---|---|---|
| Baltimore, MD | 1:23-cv-01238-JRR (D. Md. May 11, 2023) | Gordon, Wolf & Carney, Chtd. | Stay of CTO-10 lifted on 6/9/23 |
| New York, NY | 1:23-cv-04772-ER (S.D.N.Y. June 6, 2023) | Keller Rohrback L.L.P. | Conditionally transferred by JPML on 6/7/23; transfer will not be opposed |
| Indianapolis, IN | 8:23-cv-00989-JVS-KES (C.D. Cal. June 6, 2023) | Keller Rohrback L.L.P.; Cohen & Malad, LLP | Assigned to Judge Selna on 6/8/23 |

DATED this 13th day of June, 2023.

KELLER ROHRBACK L.L.P.


By */s/ Ryan McDevitt*
Ryan McDevitt *pro hac vice*
Gretchen Freeman Cappio *pro hac vice*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384
rmcdevitt@kellerrohrback.com
gcappio@kellerrohrback.com

*Counsel for the Cities of Seattle, Cleveland, Cincinnati, Milwaukee, Madison, Buffalo, Rochester, New York, and Indianapolis*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including counsel for Defendants.

/s/ Ryan McDevitt
Ryan McDevitt