# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SAML 22-03052 JVS (KESx) |
| Date | June 12, 2023 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation |

Present: The Honorable **James V. Selna**

| Elsa Vargas | Mary Rickey |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steve Berman, Roland Tellis, Ryan McDevitt, Adam Romney, Susan Benson, William Hoffman, Timothy Cary, Diane Wayland, Stephanie Ng, Craig Simon, Elliot Feldman, Nathan Dooley | Peter Brennan, Madeline Skitzki, Jenna Conwisar, Justin Griffin, Shon Morgan |

**Proceedings:** Status Conference and Hearing on Applications re Subrogation/Governmental Committees [85], [119], [120], [127], [130], [137]

Cause called and counsel make their appearances. Counsel make their arguments regarding structure and applications re Subrogation/Governmental Committees. The Court takes the referenced matters under submission.

The Court orders that a proposed scheduling order be filed by the end of the week. The parties shall also file consolidated complaints as stated on the record.

The Court sets an in person certification/settlement hearing on August 15, 2023 at 3:00 p.m. in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse at 411 W. Fourth Street, Santa Ana, CA 92701.

| | : | 24 |
|---|---|---|
| Initials of Preparer | eva | |