1 | Nathan Dooley (SBN 224331)
COZEN O'CONNOR
2 | 601 S. Figueroa Street
Suite 3700
3 | Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999
4 |
5 | Kevin P. Caraher
COZEN O'CONNOR
123 North Wacker Drive.
6 | Suite 1800
Chicago, IL 6060
7 | Tel.: 312.382.3192; Fax: 312.706.9792

8 | *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**NOTICE OF APPEARANCE** |
| This document relates to:<br><br>*State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al.*<br>Case No.: 8:23-cv-00443-JWH (KESx) | |

PLEASE TAKE NOTICE that Kevin P. Caraher of the law firm of Cozen O'Connor, hereby enters his Appearance on behalf of the following parties.

Adirondack Insurance Exchange
Agent Alliance Insurance Company
Alliance Untied Insurance Company
Allied Property & Casualty Insurance Company;
Allstate County Mutual Insurance company
Allstate Fire and Casualty Insurance Company
Allstate Indemnity Company
Allstate Insurance Company

1. Allstate New Jersey Insurance Company
2. Allstate New Jersey Property & Casualty Insurance Company
3. Allstate North American Insurance Company
4. Allstate Northbrook Indemnity Company
5. Allstate Property & Casualty Insurance Company
6. Alpha Property & Casualty Insurance Company
7. Amco Insurance Company;
8. America First Insurance Company;
9. American Alliance Insurance Company
10. American Economy Insurance Company;
11. American Family Insurance Company
12. American Family Mutual Insurance Company, S.I.;
13. American Standard Insurance Company of Ohio;
14. American Standard Insurance Company of Wisconsin;
15. American States Insurance Company;
16. American States Preferred Insurance Company;
17. Century-National Insurance Company
18. Charter Indemnity Company
19. Church Mutual Insurance Company, SI
20. Citizens United Reciprocal Exchange
21. Colonial County Mutual Insurance Co.;
22. Consolidated Insurance Company;
23. Depositors Insurance Company;
24. Direct General Insurance Company
25. Direct General Insurance Company of Mississippi
26. Direct National Insurance Company
27. Employers Insurance Company of Wausau;
28. Encompass Floridian Indemnity Company
29. Encompass Floridian Insurance Company
30. Encompass Home & Auto Insurance Company
31. Encompass Indemnity Company
32. Encompass Independent Insurance Company
33. Encompass Insurance Company
34. Encompass Insurance Company of America
35. Encompass Insurance Company of Massachusetts
36. Encompass Insurance Company of New Jersey
37. Encompass Property & Casualty Company
38. Encompass Property & Casualty Insurance Company of New Jersey
39. Erie Insurance Company
40. Erie Insurance Company of New York;
41. Erie Insurance Exchange;

LEGAL\64130679\1

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

Erie Insurance Property & Casualty Co.;
Esurance Insurance Company
Esurance Insurance Company of New Jersey
Esurance Property & Casualty Insurance Company
Financial Indemnity Company
First Chicago Insurance Company
First National Insurance Company of America;
Flagship City Insurance Company;
Garrison Property & Casualty Insurance Company
GEICO Advantage Insurance Company
GEICO Casualty Company
GEICO Choice Insurance Company
GEICO County Mutual Company
GEICO General Insurance Company
GEICO Indemnity Company
GEICO Secure Insurance Company
GEICO Texas County Mutual Company
General Casualty Company Of Wisconsin;
General Casualty Insurance Company;
General Insurance Company of America;
Government Employees Insurance Company
Harleysville Insurance Company of New Jersey;
Harleysville Insurance Company of New York;
Harleysville Insurance Company;
Home State County Mutual Insurance Company
Horace Mann Insurance Company
Horace Mann Property & Casualty Insurance Company;
Imperial Fire & Casualty Insurance Company
Infinity Assurance Insurance Company
Infinity Auto Insurance Company
Infinity Casualty Insurance Company
Infinity County Mutual Insurance Company
Infinity Indemnity Insurance Company
Infinity Insurance Company
Infinity Safeguard Insurance Company
Infinity Select Insurance Company
Infinity Standard Insurance Company
Integon Casualty Insurance Company
Integon General Insurance Corporation
Integon Indemnity Corporation
Integon National Insurance Company

1. Integon Preferred Insurance Company
2. Kemper Independence Insurance Company
3. Liberty County Mutual Insurance Company;
4. Liberty Insurance Corporation;
5. Liberty Mutual Fire Insurance Company;
6. Liberty Mutual Insurance Company;
7. Liberty Mutual Mid-Atlantic Insurance Company;
8. Liberty Mutual Personal Insurance Company;
9. Liberty Personal Insurance Company;
10. LM General Insurance Company;
11. LM Insurance Corporation;
12. Main Street America Protection Insurance Company;
13. Merastar Insurance Company
14. Milbank Insurance Company
15. Montgomery Mutual Insurance Company;
16. Mountain Valley Indemnity Company
17. National Farmers Union Property and Casualty Company
18. National General Assurance Company
19. National General Insurance Company
20. National General Insurance Online, Inc,
21. National General Premiere Insurance Company
22. Nationwide Affinity Insurance Company of America;
23. Nationwide Agribusiness Insurance Company;
24. Nationwide General Insurance Company;
25. Nationwide Insurance Company of America;
26. Nationwide Mutual Fire Insurance Company;
27. Nationwide Mutual Insurance Company;
28. Nationwide Property & Casualty Insurance Company;
29. New Jersey Indemnity Insurance Company;
30. New Jersey Manufacturers Insurance Company
31. New Jersey Skylands Insurance Association
32. New South Insurance Company
33. NGM Insurance Company;
34. Old American County Mutual Fire Insurance Company
35. Old Dominion Insurance Company;
36. Peerless Indemnity Insurance Company;
37. PEMCO Mutual Insurance Company
38. Permanent General Assurance Corporation;
39. Response Insurance Company
40. Root Insurance Company
41. Root Lone Star Insurance Agency, Inc.

Root Property & Casualty Insurance Company
Safe Auto Insurance Company
Safeco Insurance Company of America;
Safeco Insurance Company of Illinois;
Safeco Insurance Company of Indiana;
Safeco Insurance Company of Oregon;
Safeco National Insurance Company;
Southern Pilot Insurance Company;
Standard Property & Casualty Insurance Company
State Auto Property & Casualty Insurance Company;
State Automobile Mutual Insurance Company;
Teachers Insurance Company
The First Liberty Insurance Corporation;
The General Automobile Insurance Company, Inc.;
The Netherlands Insurance Company;
Titan Insurance Company;
Trinity Universal Insurance
Unigard Insurance Company
United Security Health and Casualty Insurance Company
United Services Automobile Association
Unitrin Auto and Home Insurance Company
Unitrin County Mutual Insurance Company
Unitrin Direct Insurance Company
Unitrin Direct Property & Casualty Insurance Company
Unitrin Preferred Insurance Company
Unitrin Safeguard Insurance Company
USAA Casualty Insurance Company
USAA General Indemnity Company
Valley Property & Casualty Insurance Company
Victoria Fire & Casualty Company;
Victoria Select Insurance Company
Warner Insurance Company
Wausau Underwriters Insurance Company

LEGAL\64130679\1

Respectfully submitted,

STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY, ET AL.

By: *s/ Kevin P. Caraher*
　　Kevin P. Caraher
　　*Attorneys for Plaintiffs*

LEGAL\64130679\1