Elliott R. Feldman
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282

Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone: (213) 892-7933
Facsimile: (213) 892-7999

Kevin Caraher
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 382-3192
Facsimile: (312) 706-9792

William J. Hoffmannn
(pro hac vice to be filed)
GROTEFELD HOFFMANNN LLP
407 South Third Street, Suite 200
Geneva, Illinois 60134
Telephone: (312) 551-0200
Facsimile: (630) 262-5023

Craig S. Simon (SBN 78158)
Stephanie H. Ng (SBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029

Adam M. Romney (SBN 261974)
(Of Counsel)
Susan M. Benson (SBN 146837)
(Of Counsel)
GROTEFELD HOFFMANNN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

Daniel Hogan (*pro hac vice to be filed*)
Thomas Paolini (*pro hac vice to be filed*)
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298

Attorneys for Subrogation Insurance Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: KIA and HYUNDAI VEHICLE THEFT LITIGATION | Case No.: 8:23-cb-00443, Consolidated with 22-ML-03052-JVS-KES<br><br>**SUBROGATION INSURANCE JOINT APPLICATION FOR COMMITTEE APPOINTMENTS** |

This Amended Application is being filed on behalf of all Subrogation Insurance Plaintiffs in this MDL. Pursuant to the Status Conference Hearing which was held on June 13, 2023, counsel for all Subrogation Insurance Plaintiffs submit the following amended application for approval by this Honorable Court:

1. A new Executive Committee should be formed, for which the following representation is proposed on behalf of the Subrogation Insurance Plaintiffs: Elliott R. Feldman of Cozen O'Connor and William J. Hoffmann of Grotefeld Hoffmann LLP;

2. A new Subrogation Committee should be formed, for which the following representation is proposed on behalf of the Subrogation Insurance Plaintiffs: Co-Chairs: Nathan Dooley of Cozen O'Connor and Craig S. Simon of Berger Kahn; Committee Members: Adam M. Romney of Grotefeld Hoffmann LLP; and Daniel Hogan of Stutman Law;

3. A new Discovery Committee should be formed, for which the following representation is proposed on behalf of the Subrogation Insurance Plaintiffs: Susan M. Benson of Grotefeld Hoffmann LLP, and Stephanie H. Ng of Berger Kahn; and

4. A new Expert Committee should be formed, for which the following representation is proposed on behalf of the Subrogation Insurance Plaintiffs: Kevin Caraher of Cozen O'Connor and Thomas Paolini of Stutman Law.

Respectfully submitted,

DATED: June 16, 2023　　　　**COZEN O'CONNOR**

By: _____
　　Elliott R. Feldman
　　Nathan Dooley
　　Kevin Caraher
　　Attorneys for Plaintiffs

DATED: June 16, 2023　　　　**GROTEFELD HOFFMANN**

By:　/s/ William J. Hoffmann
　　William J. Hoffmann
　　Adam M. Romney
　　Susan M. Benson
　　Attorneys for Plaintiffs

DATED: June 16, 2023　　　　**BERGER KAHN, A Law Corporation**

By: _____
　　Craig S. Simon
　　Stephanie H. Ng
　　Attorneys for Plaintiffs

DATED: June 16, 2023　　　　**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**

By:　/s/ Daniel Hogan
　　Daniel Hogan
　　Thomas Paolini
　　Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA and HYUNDAI VEHICLE THEFT LITIGATION | Case No.: 8:23-cb-00443, Consolidated with 22-ML-03052-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING SUBROGATION INSURANCE JOINT APPLICATION FOR COMMITTEE APPOINTMENTS** |

In consideration of the Subrogation Insurance Plaintiffs' Joint Application for Committee Appointments, and for good cause shown, it is ORDERED that the Application is GRANTED and Committee Assignments are as follows:

1. A new Executive Committee is formed consisting of Elliott R. Feldman of Cozen O'Connor and William J. Hoffmann of Grotefeld Hoffmann LLP on behalf of the Subrogation Insurance Plaintiffs;

2. A new Subrogation Committee is formed consisting of Co-Chairs Nathan Dooley of Cozen O'Connor and Craig S. Simon of Berger Kahn; and Committee Members Adam M. Romney of Grotefeld Hoffmann LLP; and Daniel Hogan of Stutman Law on behalf of the Subrogation Insurance Plaintiffs;

3. A new Discovery Committee is formed consisting of Susan M. Benson of Grotefeld Hoffmann LLP, and Stephanie H. Ng of Berger Kahn on behalf of the Subrogation Insurance Plaintiffs; and

4. A new Expert Committee is formed consisting of Kevin Caraher of Cozen O'Connor and Thomas Paolini of Stutman Law on behalf of the Subrogation Insurance Plaintiffs.

_____
Honorable James V. Selna
United States District Judge