Adam M. Romney (SBN 261974)
Susan M. Benson (SBN 146837) *(Of Counsel)*
Jordan B. Everakes (SBN 251371)
GROTEFELD HOFFMANN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

Kaitlyn M. Dent
GROTEFELD HOFFMANN LLP
324 S. Abernethy Street
Portland, Oregon 97239
Telephone: (503) 384-2772
Facsimile: (503) 210-5346

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF KAITLYN M. DENT** |

Kaitlyn M. Dent, Grotefeld Hoffmann LLP, files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00981-JVS-KESx (Central District of California, Southern Division), which was filed on June 5, 2023 and was transferred to the above-caption Multi-District Litigation ("MDL") on June 8, 2023. Ms. Dent is admitted to practice and in good standing in several federal district courts and is permitted to appear in this case without applying for admission to practice pro hac vice pursuant to Order No. 1: Initial Conference dated December 22, 2022.

///

| | | |
|---|---|---|
| 1 | Dated: June 23, 2023 | **GROTEFELD HOFFMANN** |
| 2 | | |
| 3 | | /s/ Kaitlyn M. Dent |
| | | Kaitlyn M. Dent, Esq. |
| 4 | | Attorneys for Plaintiffs in Case 8:23-cv-00981-JVS-KESx |