Adam M. Romney (SBN 261974)
Susan M. Benson (SBN 146837) *(Of Counsel)*
Jordan B. Everakes (SBN 251371)
GROTEFELD HOFFMANN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

William J. Hoffmann *(admitted via pro hac vice)*
Jonathon J. Tofilon
GROTEFELD HOFFMANN LLP
407 South Third Street, Suite 200
Geneva, Illinois 60134
Telephone: (312) 551-0200
Facsimile: (630) 262-5023

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF APPEARANCE OF JONATHAN J. TOFILON** |

    Jonathan J. Tofilon, Grotefeld Hoffmann LLP, files this notice of appearance on behalf of Plaintiffs in Case No. 8:23-cv-00981-JVS-KESx (Central District of California, Southern Division), which was filed on June 5, 2023 and was transferred to the above-caption Multi-District Litigation ("MDL") on June 8, 2023. Mr. Tofilon is admitted to practice and is in good standing in several federal district courts and is permitted to appear in this case without applying for admission to practice pro hac vice pursuant to Order No. 1: Initial Conference dated December 22, 2022.

///

| | |
|---|---|
| Dated: June 23, 2023 | **GROTEFELD HOFFMANN** |
| | /s/ Jonathon J. Tofilon |
| | Jonathon J. Tofilon, Esq. |
| | Attorneys for Plaintiffs in Case 8:23-cv-00981-JVS-KESx |