Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL**
**SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington  98101

Kenneth B. McClain
**HUMPHREY FARRINGTON &**
**McCLAIN, P.C.**
221 W. Lexington Ave., Suite 400
Independence, MO 64050

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Roland Tellis
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership and*
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| This document relates to: | **JOINT STIPULATION RE FILING DATE FOR MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |
| CONSUMER CLASS ACTION | **[PROPOSED] ORDER** |

1    The parties in the consumer actions have agreed to and respectfully request that
2    the Court adopt the following stipulation:

3    WHEREAS, on May 18, 2023, Consumer Plaintiffs and Defendants informed the
4    Court of a settlement-in-principle of the consumer class action claims and indicated the
5    Consumer Plaintiffs intended to move for preliminary approval by July 10, 2023.

6    WHEREAS, Consumer Plaintiffs and Defendants continue to diligently work to
7    finalize the settlement agreement and have agreed to a 10-day extension for Consumer
8    Plaintiffs to move for preliminary approval.

9    WHEREAS, the settling parties do not anticipate any opposition or reply
10   briefing, thus the proposed schedule will afford the Court 25 days before the August 15,
11   2023 hearing to review the motion and supporting materials.

12   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant
13   to Local Rule 7-1 and subject to the Court's approval, that Consumer Plaintiffs shall
14   have until July 20, 2023 to move for preliminary approval, and that the hearing shall
15   remain as scheduled on August 15, 2023.

16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: July 7, 2023

By: /s/*Steve W. Berman*                          By:  /s/*Shon Morgan*

    Steve W. Berman, Esq.                          Shon Morgan
    HAGENS BERMAN SOBOL                   QUINN EMANUEL URQUHART
    SHAPIRO LLP                                        & SULLIVAN, LLP
    1301 Second Avenue, Suite 2000          865 South Figueroa Street, 10th Fl.
    Seattle, WA 98101                              Los Angeles, CA  90017-2543

    Elizabeth A. Fegan, Esq.                      Peter J. Brennan
    FEGAN SCOTT LLC                            JENNER & BLOCK LLP
    150 S. Wacker Dr., 24th Floor              353 North Clark Street
    Chicago, IL 60606                              Chicago, IL 60654-3456

                                         *Counsel for Defendants*

    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON &
    McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050

    Roland Tellis, Esq.
    BARON & BUDD, P.C.
    15910 Ventura Blvd., Suite 1600
    Encino, CA 91436

    *Consumer Class Action Leadership Counsel*
    *and Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **[PROPOSED] ORDER**

  **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** The Consumer Plaintiffs must move for preliminary approval on or before July 20, 2023.

DATED:_____, 2023

            _____
              Honorable James V. Selna
              United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Shon Morgan*
Shon Morgan