# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER RE JOINT STIPULATION RE FILING DATE FOR MOTION FOR PRELIMINARY SETTLEMENT APPROVAL ORDER [160]** |

The parties in the consumer actions have agreed to and respectfully request that the Court adopt the following stipulation:

WHEREAS, on May 18, 2023, Consumer Plaintiffs and Defendants informed the Court of a settlement-in-principle of the consumer class action claims and indicated the Consumer Plaintiffs intended to move for preliminary approval by July 10, 2023.

WHEREAS, Consumer Plaintiffs and Defendants continue to diligently work to finalize the settlement agreement and have agreed to a 10-day extension for Consumer Plaintiffs to move for preliminary approval.

1  WHEREAS, the settling parties do not anticipate any opposition or reply
2  briefing, thus the proposed schedule will afford the Court 25 days before the August
3  15, 2023 hearing to review the motion and supporting materials.
4  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
5  pursuant to Local Rule 7-1 and subject to the Court's approval, that Consumer
6  Plaintiffs shall have until July 20, 2023 to move for preliminary approval, and that the
7  hearing shall remain as scheduled on August 15, 2023.

Dated: July 7, 2023

| | |
|---|---|
| By: /s/*Steve W. Berman* | By: /s/*Shon Morgan* |
| Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Shon Morgan<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017-2543 |
| Elizabeth A. Fegan, Esq.<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606 | Peter J. Brennan<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br><br>*Counsel for Defendants* |
| Kenneth B. McClain, Esq.<br>HUMPHREY FARRINGTON & McCLAIN<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050 | |
| Roland Tellis, Esq.<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436 | |
| *Consumer Class Action Leadership Counsel and Counsel for Plaintiffs* | |

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** The Consumer Plaintiffs must move for preliminary approval on or before July 20, 2023.

DATED: July 10, 2023

_____
Honorable James V. Selna
United States District Judge