BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

POYNTER LAW GROUP
SCOTT POYNTER
407 President Clinton Avenue, Suite 201
Little Rock, AR 72201
Tel: 501/812-3943
scott@poynterlawgroup.com

MATTHIESEN, WICKERT & LEHRER, S.C.
RICHARD A. SCHUSTER
ASHTON T. KIRSCH
1111 E. Sumner Street
Hartford, WI 270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com
akirsch@mwl-law.com

[Additional Counsel Appear on Signature Page]

Attorneys for Plaintiffs Zurich American Insurance Company et al. in Case No. 8:23-cv-01051-JVS-KES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 8:22-ml-03052-JVS-KESx<br><br>**NOTICE OF APPEARANCE OF THOMAS J. O'REARDON II** |

Thomas J. O'Reardon II, of the law firm Blood Hurst & O'Reardon LLP, files this notice of appearance on behalf of all Plaintiffs in Case No. 8:23-cv-01051-JVS-KES (Central District of California, Southern Division), which was filed on June 16, 2023, and was transferred to the above-captioned Multi-District Litigation on June 23, 2023. Mr. O'Reardon is admitted to practice and in good standing before this Court.

Respectfully submitted,

Dated: July 14, 2023

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)

By:     s/ Thomas J. O'Reardon
THOMAS J. O'REARDON II

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

MATTHIESEN, WICKERT
  & LEHRER, S.C.
RICHARD A. SCHUSTER
ASHTON T. KIRSCH
1111 E. Sumner Street
Hartford, WI 270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com
akirsch@mwl-law.com

POYNTER LAW GROUP
SCOTT POYNTER
407 President Clinton Avenue,
  Suite 201
Little Rock, AR 72201
Tel: 501/812-3943
scott@poynterlawgroup.com

*Attorneys for Plaintiffs Zurich American Insurance Company et al. in Case No. 8:23-cv-01051-JVS-KES*