| | |
|---|---|
| Steve W. Berman | Elizabeth A. Fegan |
| HAGENS BERMAN SOBOL SHAPIRO LLP | FEGAN SCOTT LLC |
| 1301 Second Avenue, Suite 2000 | 150 S. Wacker Dr., 24th Floor |
| Seattle, WA 98101 | Chicago, IL 60606 |
| | |
| Kenneth B. McClain | Roland Tellis |
| HUMPHREY FARRINGTON & McCLAIN, P.C. | BARON & BUDD, P.C. |
| 221 W. Lexington Ave., Suite 400 | 15910 Ventura Blvd., Suite 1600 |
| Independence, MO 64050 | Encino, CA 91436 |

*Plaintiffs' Consumer Class Action Leadership Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES<br><br>**CONSUMER CLASS PLAINTIFFS' UNOPPOSED APPLICATION TO EXPAND THE PAGE LIMIT FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | Judge: Hon. James V. Selna<br>Date: August 15, 2023<br>Time: 3:00 p.m.<br>Courtroom: 10C |

The Consumer Class Plaintiffs ("Plaintiffs") respectfully move the Court for an expansion of the page limit for Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"), and in support thereof, Plaintiffs assert as follows:

1. Given the intricacies of the Settlement and the substantial factual and legal arguments relating to preliminary approval of the Settlement, Plaintiffs require an extension of the page limit to 33 pages, for their Motion for Preliminary Approval.

2. The extended page limit requested is reasonable in light of the important issues to be considered by the Court, and Plaintiffs' request is made in good faith and for good cause.

3. Plaintiffs conferred in good faith with Defendants about their Application and Defendants do not oppose the relief sought herein.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Application and expand the page limit for Plaintiffs' Motion for Preliminary Approval to 33 pages. A proposed Order is attached.

Dated: July 20, 2023.                Respectfully Submitted,

By:  /s/ Steve W. Berman
Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
Email: steve@hbsslaw.com

| | |
|---|---|
| 1 | By: */s/ Elizabeth A. Fegan* |
| 2 | Elizabeth A. Fegan, Esq. |
| | **FEGAN SCOTT LLC** |
| 3 | 150 S. Wacker Dr., 24th Floor |
| 4 | Chicago, Illinois 60606 |
| | Telephone: 312.741.1019 |
| 5 | Fax: 312.264.0100 |
| 6 | Email: beth@feganscott.com |

By: */s/ Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    **FEGAN SCOTT LLC**
    150 S. Wacker Dr., 24th Floor
    Chicago, Illinois 60606
    Telephone: 312.741.1019
    Fax: 312.264.0100
    Email: beth@feganscott.com

By: */s/ Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    **HUMPHREY FARRINGTON & McCLAIN**
    221 W. Lexington Ave., Suite 400
    Independence, Missouri 64050
    Telephone: 816.836.5050
    Facsimile: 816.836.8966
    Email: kbm@hfmlegal.com

By: */s/ Roland Tellis*
    Roland Tellis, Esq.
    **BARON & BUDD, P.C.**
    15910 Ventura Boulevard, Suite 1600
    Encino, California 91436
    Telephone: 818.839.2333
    Facsimile: 214.523.5500
    Email: rtellis@baronbudd.com

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*