# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.:   8:22-ml-03052-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING CONSUMER CLASS PLAINTIFFS' UNOPPOSED APPLICATION TO EXPAND THE PAGE LIMIT FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | Judge: Hon. James V. Selna<br>Date:   August 15, 2023<br>Time: 3:00 p.m.<br>Courtroom:   10C |

     Based upon review of Consumer Class Plaintiffs' ("Plaintiffs") Unopposed Application to Expand the Page Limit for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"), and having found good cause therein for such relief, it is hereby **ORDERED** and **ADJUDGED**:

    1.    Plaintiffs' Unopposed Application is **GRANTED**.

    2.    Plaintiffs are authorized to file their Motion for Preliminary Approval with up to 33 pages.

**IT IS SO ORDERED** this _____ day of _____, 2023

                                          _____
                                          Honorable James V. Selna
                                          United States District Judge