Elliott R. Feldman
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

Kevin P. Caraher
COZEN O'CONNOR
123 North Wacker Drive.
Suite 1800
Chicago, IL 6060
Tel.: 312.382.3192; Fax: 312.706.9792

*Attorneys for Plaintiffs*

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION

This document relates to:

*ALL CASES*

Case No.: 22-ml-03052-JVS-KES

The Honorable James V. Selna

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Elliott R. Feldman, Nathan Dooley, and Kevin P. Caraher of the law firm of Cozen O'Connor, hereby enter their Appearance on behalf of the following parties.

Acuity, A Mutual Insurance Company
American Access Casualty Company
Artisan and Truckers Casualty Company
ASI Select Auto Insurance Corp.
Blue Hill Specialty Insurance Company
Drive Insurance Company f/k/a Progressive West Insurance Company
Drive New Jersey Insurance Company f/k/a Parkway Insurance Company
Mountain Laurel Assurance Company
National Continental Insurance Company
Progressive Advanced Insurance Company
Progressive American Insurance Company
Progressive Bayside Insurance Company
Progressive Casualty Insurance Company
Progressive Choice Insurance Company
Progressive Classic Insurance Company
Progressive County Mutual Insurance Company
Progressive Direct Insurance Company
Progressive Express Insurance Company
Progressive Freedom Insurance Company
Progressive Garden State Insurance Company f/k/a Salem Insurance
Progressive Gulf Insurance Company
Progressive Hawaii Insurance Corp.
Progressive Marathon Insurance Company
Progressive Max Insurance Company
Progressive Michigan Insurance Company
Progressive Mountain Insurance Company
Progressive New Jersey Insurance Company
Progressive Northern Insurance Company
Progressive Northwestern Insurance Company
Progressive Paloverde Insurance Company
Progressive Preferred Insurance Company
Progressive Premier Insurance Company
Progressive Security Insurance Company
Progressive Select Insurance Company
Progressive Southeastern Insurance Company
Progressive Specialty Insurance Company

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

Progressive Universal Insurance Company
United Financial Casualty Company

Respectfully submitted,

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ET AL.

By: *s/ Elliott R. Feldman*
Elliott R. Feldman
*Attorneys for Plaintiffs*

By: *s/ Nathan Dooley*
Nathan Dooley
*Attorneys for Plaintiffs*

By: *s/ Kevin P. Caraher*
Kevin Caraher
*Attorneys for Plaintiffs*

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017