**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants*

<u>Additional Counsel Listed</u>
<u>on Signature Page</u>

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| | **JOINT STIPULATION RE SERVICE AND DISCOVERY; [PROPOSED] ORDER** |
| This document relates to: | |
| Insurance Subrogation Cases | |

## JOINT STIPULATION RE SERVICE AND DISCOVERY

The Subrogation Plaintiffs Committee for the Insurance Subrogation Cases and Counsel for Defendants Hyundai Motor America ("HMA"), Kia America, Inc. ("KA"), Hyundai Motor Company ("HMC"), and Kia Corporation ("KC") (collectively, "Defendants") (together with the Insurance Subrogation Plaintiffs, the "Parties") hereby stipulate and agree to the following terms regarding service of the Subrogation Plaintiffs' forthcoming Consolidated Complaint and potential discovery from Defendants:

1.     Foreign entities, KC and HMC, dispute that they have been made proper defendants or that they have been properly served in any underlying action. In lieu of litigating those issues, however, counsel for KC and HMC agree to accept, and will upon receipt accept, service on behalf of KC and HMC, as well as on behalf of HMA and KA, of the Subrogation Plaintiffs' forthcoming Consolidated Complaint and hereby agree to waive the formalities of service under Federal Rules of Civil Procedure 4(d) and not to assert their rights under the Hague Service Convention for the purposes of this action only, expressly conditioned upon the terms stated below.

2.     The Parties agree that, in the interests of judicial economy and orderly management of the action, a schedule should be established with respect to any discovery propounded by the Insurance Subrogation Plaintiffs.

3.     KC and HMC shall have an additional sixty (60) days to that permitted under the Federal Rules of Civil Procedure (*i.e.*, a total of ninety (90) days) to serve the Insurance Subrogation Plaintiffs with objections and/or responses to any and all discovery requests propounded by the Insurance Subrogation Plaintiffs in this action.

4.     Domestic entities KA and HMA shall have an additional thirty (30) days to that permitted under the Federal Rules of Civil Procedure (*i.e.*, a total of sixty (60) days) to serve the Insurance Subrogation Plaintiffs with objections and/or responses to any and all discovery requests propounded by the Insurance

Subrogation Plaintiffs in this action.  The additional time will allow domestic entities, KA and HMA, to properly coordinate their responses with those of the foreign entities, KC and HMC.

5.     The Insurance Subrogation Plaintiffs will provide at least ninety (90) days written notice for any deposition of HMC or KC personnel and at least sixty (60) days written notice for any deposition of HMA or KA personnel.  The Insurance Subrogation Plaintiffs will coordinate a date that is convenient for all attorneys, Defendants, and witnesses.

6.     Any deposition of HMC or KC personnel located in the Republic of Korea for this action will proceed in Seoul, Republic of Korea, or by video-conference during normal business hours in the Republic of Korea with the witness and their counsel permitted to appear in the Republic of Korea, giving due consideration to any restrictions and limitations imposed in response to the COVID-19 pandemic.  The Insurance Subrogation Plaintiffs may proceed to conduct the deposition by video-conference at their discretion.  The court reporter may be located within the United States and the oath may be administered remotely via video link.

7.     Any deposition of HMA or KA personnel will proceed in Orange County or Los Angeles, California, at a place to be determined by HMA or KA, respectively, or by video-conference during normal business hours in California with the witness and their counsel permitted to appear in California.  The Insurance Subrogation Plaintiffs may proceed to conduct the deposition by video-conference at their discretion.  The court reporter may be located elsewhere in the United States and the oath may be administered remotely via video link.

8.     The Parties will enter into a Protective Order regarding Defendants' confidential documents and other information.

9.     If any notarization is required for any discovery response, a formal notarization is not required.  In lieu, the Parties stipulate that their respective

signatures served and/or filed in this matter carry all of the responsibilities and penalties that pertain to the type of notarized signature required for such document.

10.    This agreement is limited to the Insurance Subrogation Cases in the above-captioned litigation and should not be construed as an agreement by any Defendant to waive the requirements of Federal Rules of Civil Procedure 4(d) and/or the Hague Service Convention in any other litigation or for any purpose other than accepting service of the Insurance Subrogation Plaintiffs' forthcoming Consolidated Complaint in this action.

11.    Defendants do not waive any other defenses, including the right to challenge personal or subject matter jurisdiction and venue.   The Insurance Subrogation Plaintiffs agree that they will not argue that waiver or acceptance of service or negotiation of this Joint Stipulation re Service and Discovery supports personal jurisdiction over any Defendant.  Defendants do not waive the right to assert objections to discovery propounded on them, and expressly preserve the right to oppose, or seek relief in connection with, any discovery requests served on them.

WHEREFORE, the Insurance Subrogation Plaintiffs and Defendants respectfully request that the Court enter this Stipulation as an Order of the Court.

**IT IS SO STIPULATED AND AGREED.**

1 | Dated:  July 28, 2023

Respectfully Submitted,

2

3 | */s/ Peter J. Brennan*

Kate T. Spelman
Alice S. Kim
Madeline P. Skitzki
Jenna L. Conwisar
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
KSpelman@jenner.com
AKim@jenner.com
MSkitzki@jenner.com
JConwisar@jenner.com

Peter J. Brennan (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

*Attorneys for Defendants*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Dated:  July 28, 2023                    Respectfully Submitted,

*/s/*  *[signature]*
Elliott R. Feldman
Nathan Dooley
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933
Fax: 213.892.7999
Email:  efeldman@cozen.com
Email:  ndooley@cozen.com

*/s/  William Hoffmann*
William Hoffmann
Adam M. Romney
GROTEFELD HOFFMANN
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

*/s/*  *[signature]*
Craig S. Simon
BERGER KAHN, A LAW
CORPORATION
1 Park Plaza, Suite 340
Irvine, CA 92614
Tel: (949) 474-1880
csimon@bergerkahn.com

*/s/  Daniel Hogan*
Daniel Hogan
STUTMAN LAW
500 Office Center Drive, 301
Fort Washington, PA 19034
Phone: 215-283-1177 ext. 125
Cell: 267-210-2706
Fax: 215-283-1188
HoganD@StutmanLaw.com

*Subrogation Plaintiffs Committee and*
*Attorneys for Insurance Subrogation*
*Plaintiffs*

1                          **[PROPOSED] ORDER**

2           Good cause appearing, the Court hereby approves this Joint Stipulation re

3 Service and Discovery.

4

5           **IT IS SO ORDERED.**

6

7 Dated: _____, 2023      _____

8                                 The Honorable James V. Selna
                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Peter J. Brennan, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By ____*/s/ Peter J. Brennan*_____

Peter J. Brennan

ECF ATTESTATION