Name and address:
MATTHIESEN, WICKERT & LEHRER, S.C.
Richard A. Schuster (pro hac vice)
1111 E. Sumner Street
Hartford, WI 270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION v. PLAINTIFF(S) DEFENDANT(S) | CASE NUMBER: 8:22-ml-03052-JVS-KES |
|---|---|
| | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note**: In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

### SECTION I - IDENTIFYING INFORMATION

Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it *currently* appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):

Name: Richard A. Schuster    CA Bar Number: pro hac vice

Firm or agency: Matthiesen, Wickert & Lehrer, S.C.

Address: 1111 E. Sumner Street, Hartford, WI 270670

Telephone Number: 262/673-7850    Fax Number: 262/673-3766

Email: rschuster@mwl-law.com

Counsel of record for the following party or parties: Zurich American Insurance Company, et al.

See Attachment for full list of parties

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

- ☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

- ☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

- ☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

- ☒ By order of the court dated ___June 23, 2023___ in case number ___8:22-ml-03052-JVS-KES___ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

- ☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

- ☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

- ☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

- ☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

  *(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

- ☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

- ☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: July 29, 2023

Signature: s/ Richard A. Schuster

Name: Richard A. Schuster

## Attachment to Notice of Appearance

Zurich American Insurance Company
American Guarantee and Liability Insurance Company
American Zurich Insurance Company
Empire Fire and Marine Insurance Company
Empire Indemnity Insurance Company
Universal Underwriters Insurance Company
Universal Underwriters of Texas Insurance Company
Zurich American Insurance Company of Illinois
Country Preferred Insurance Company
Country Casualty Insurance Company
Country Mutual Insurance Company
Madison Mutual Insurance Company
Federated Mutual Insurance Company
Federated Service Insurance Company
Federated Reserve Insurance Company
Arizona Automobile Insurance Company
Century Surety Company
Celina Mutual Insurance Company
Miami Mutual Insurance Company
National Mutual Insurance Company
Frankenmuth Insurance Company
Goodville Mutual Casualty Company
MMG Insurance Company
Key Insurance Company
Farm Bureau General Insurance Company of Michigan
360 Insurance Company
Mountain West Farm Bureau Mutual Insurance Company
Battle Creek Mutual Insurance Company
Nodak Insurance Company
GoAuto Insurance Company
American West Insurance Company
Pioneer State Mutual Insurance Company
Wayne Mutual Insurance Company
Nevada General Insurance Company
Wolverine Mutual Insurance Company
Lemonade Insurance Company
Metromile Insurance Company

Auto-Owners Insurance Company
Home-Owners Insurance Company
Owners Insurance Company
Southern-Owners Insurance Company
Property-Owners Insurance Company
Farm Bureau Property & Casualty Insurance Company
Western Agricultural Insurance Company
SECURA Insurance Company (f/k/a SECURA Insurance, a Mutual Company)
SECURA Supreme Insurance Company
Illinois Casualty Company
Pharmacists Mutual Insurance Company
West Bend Insurance Company
Shelter Mutual Insurance Company
Shelter General Insurance Company