# APPENDIX A

i

**COUNSEL FOR CITY OF SEATTLE**

| | |
|---|---|
| CITY OF SEATTLE | KELLER ROHRBACK L.L.P. |
| Ann Davison - City Attorney | Gretchen Freeman Cappio |
| Thomas Kuffel | Derek W. Loeser |
| Ghazal Sharifi | Dean Kawamoto |
| Joseph Groshong | Ryan McDevitt |
| 701 5th Avenue, Suite 2050 | Alison S. Gaffney |
| Seattle, WA 98104 | Felicia J. Craick |
| Phone: (206) 684-8300 | 1201 Third Avenue, Suite 3200 |
| Fax: (206) 684-8284 | Seattle, WA 98101 |
| ann.davison@seattle.gov | Phone: (206) 623-1900 |
| thomas.kuffel@seattle.gov | Fax: (206) 623-3384 |
| ghazal.sharifi@seattle.gov | gcappio@kellerrohrback.com |
| joseph.groshong@seattle.gov | dloeser@kellerrohrback.com |
| | dkawamoto@kellerrohrback.com |
| | rmcdevitt@kellerrohrback.com |
| | agaffney@kellerrohrback.com |
| | fcraick@kellerrohrback.com |

i

**COUNSEL FOR THE CITY OF COLUMBUS**

| | |
|---|---|
| CITY OF COLUMBUS, DEPARTMENT OF LAW<br>Zachary M. Klein - City Attorney<br>Richard N. Coglianese<br>Matthew D. Sturtz<br>Columbus City Attorney<br>77 North Front Street 4th Floor<br>Columbus, OH 43215<br>Phone: (614) 645 -0818<br>Fax: (614) 645-6949<br>rncoglianese@columbus.gov<br>mdsturtz@columbus.gov | ALLEN STOVALL NEUMAN & ASHTON LLP<br>Rick L. Ashton, Trial Attorney<br>James A. Coutinho<br>Jeffrey R. Corcoran<br>Adam M. Schwartz<br>10 West Broad Street, Suite 2400<br>Columbus, OH 43215<br>Phone: (614) 221-8500<br>Fax: (614) 221-5988<br>ashton@asnalaw.com<br>coutinho@asnalaw.com<br>corcoran@asnalaw.com<br>schwartz@asnalaw.com |

**COUNSEL FOR CITY OF CLEVELAND**

<div style="display: flex;">

CITY OF CLEVELAND
Mark D. Griffin - Chief Legal Officer
Elena Boop - Chief Trial Counsel
Dylan Ford
601 Lakeside Ave., Room 106
Cleveland, OH 44114
Phone: (216) 664-2800
Fax: (216) 664-2663
mgriffin@clevelandohio.gov
eboop@clevelandohio.gov
dford5@clevelandohio.gov

KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
Derek W. Loeser
Dean Kawamoto
Ryan McDevitt
Alison S. Gaffney
Felicia J. Craick
Zachary Gussin
Kylie N. Fisher
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
fcraick@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

</div>

**COUNSEL FOR CITY OF CINCINNATI**

| | |
|---|---|
| CITY OF CINCINNATI<br>Emily Smart Woerner - City Solicitor<br>Mark Manning - Chief Counsel<br>Jon Vogt - Assistant City Solicitor<br>801 Plum Street, Room 214<br>Cincinnati, OH 45202<br>Phone: (513) 352-4576<br>mark.manning@cincinnati-oh.gov<br>jon.vogt@cincinnati-oh.gov | KELLER ROHRBACK L.L.P.<br>Gretchen Freeman Cappio<br>Derek W. Loeser<br>Dean Kawamoto<br>Ryan McDevitt<br>Alison Gaffney<br>Zachary Gussin<br>Kylie Fisher<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br>gcappio@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>dkawamoto@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br>agaffney@kellerrohrback.com<br>zgussin@kellerrohrback.com<br>kfisher@kellerrohrback.com |

**COUNSEL FOR CITY OF MILWAUKEE**

MWH LAW GROUP L.L.P.
Emery K. Harlan
Warren E. Buliox
Lynette Fons
Anne Updegraff
735 North Water Street, Suite 610
Milwaukee, WI 53202
Phone: (414) 436-0353
Fax: (414) 436-0354
emery.harlan@mwhlawgroup.com
warren.buliox@mwhlawgroup.com
lynette.fons@mwhlawgroup.com
anne.updegraff@mwhlawgroup.com

MILWAUKEE CITY ATTORNEY'S OFFICE
Tearman Spencer
City Attorney
200 East Wells Street, Room 800
Milwaukee, WI 53202
Phone: (414) 286-2601
Fax: (414) 286-8550
tspencer@milwaukee.gov

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Gretchen Freeman Cappio
Dean Kawamoto
Derek W. Loeser
Ryan McDevitt
Alison Gaffney
Felicia J. Craick
Zachary Gussin
Kylie Fisher
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
dkawamoto@kellerrohrback.com
dloeser@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
fcraick@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

**COUNSEL FOR THE CITY OF ST. LOUIS**

CITY OF ST. LOUIS
Sheena Hamilton - City Counselor
*Affirmative Litigation Unit*
Erin K. McGowan
Rebecca S. Vossmeyer
Adam Sheble
314 City Hall
1200 Market Street
St. Louis, MO 63103
Phone: (314) 622-3361
Fax: (314) 622-4956
mcgowane@stlouis-mo.gov
vossmeyerr@stlouis-mo.gov
sheblea@stlouis-mo.gov

DOWD BENNETT LLP
Edward L. Dowd Jr.
J. Russell Jackson
Rebecca McLaughlin
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Phone: (314) 889-7300
Fax: (314) 863-2111
edowd@dowdbennett.com
rjackson@dowdbennett.com
rmclaughlin@dowdbennett.com

**COUNSEL FOR CITY OF MADISON**

CITY OF MADISON
Michael Haas - City Attorney
210 Martin Luther King Jr. Blvd.
Room 401
Madison, WI 53703
Phone: (608) 266-6598
Fax: (608) 267-8715
mhaas@cityofmadison.gov

MWH LAW GROUP L.L.P.
Emery K. Harlan
Warren E. Buliox
Lynette Fons
Anne Updegraff
735 North Water Street, Suite 610
Milwaukee, WI 53202
Phone: (414) 436-0353
Fax: (414) 436-0354
emery.harlan@mwhlawgroup.com
warren.buliox@mwhlawgroup.com
lynette.fons@mwhlawgroup.com
anne.updegraff@mwhlawgroup.com

KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
Derek W. Loeser
Dean Kawamoto
Ryan McDevitt
Alison Gaffney
Garrett Heilman
Zachary Gussin
Kylie Fisher
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3385
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
gheilman@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com
gheilman@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

**COUNSEL FOR CITY OF BUFFALO**

| | |
|---|---|
| CITY OF BUFFALO<br>Cavette A. Chambers<br>Corporation Counsel<br>65 Niagara Square<br>City Hall<br>Buffalo, NY 14242<br>Phone: (716) 851-4334<br>Fax: (716) 851-4105<br>cchambers@buffalony.gov | KELLER ROHRBACK L.L.P.<br>Gretchen Freeman Cappio<br>Derek W. Loeser<br>Dean Kawamoto<br>Ryan McDevitt<br>Alison S. Gaffney<br>Garrett Heilman<br>Zachary Gussin<br>Kylie N. Fisher<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3385<br>gcappio@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>dkawamoto@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com<br>agaffney@kellerrohrback.com<br>gheilman@kellerrohrback.com<br>zgussin@kellerrohrback.com<br>kfisher@kellerrohrback.com |

**COUNSEL FOR CITY OF ROCHESTER**

| | |
|---|---|
| CITY OF ROCHESTER | KELLER ROHRBACK L.L.P |
| Linda S. Kingsley - Corporation Counsel | Gretchen Freeman Cappio |
| Patrick Beath - Deputy Corporation Counsel | Derek W. Loeser |
| 30 Church Street #400A | Dean Kawamoto |
| Rochester, NY 14614 | Ryan McDevitt |
| Phone: (585) 428-6986 | Alison Gaffney |
| Fax: (585) 428-6950 | Garrett Heilman |
| Linda.Kingsley@CityofRochester.gov | Zachary Gussin |
| Patrick.Beath@CityofRochester.gov | Kylie Fisher |
| | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA 98101 |
| | Phone: (206) 623-1900 |
| | Fax: (206) 623-3384 |
| | gcappio@kellerrohrback.com |
| | dloeser@kellerrohrback.com |
| | dkawamoto@kellerrohrback.com |
| | rmcdevitt@kellerrohrback.com |
| | agaffney@kellerrohrback.com |
| | gheilman@kellerrohrback.com |
| | zgussin@kellerrohrback.com |
| | kfisher@kellerrohrback.com |

## COUNSEL FOR THE MAYOR AND CITY COUNCIL OF BALTIMORE

BALTIMORE CITY DEPARTMENT OF LAW
Sara Gross - Chief Solicitor
Ebony M. Thompson - Acting Solicitor
City Hall
100 North Holliday Street, Suite 109
Baltimore, MD 21202
(410) 396-3947 (office)
(410) 574-1025 (fax)
Ebony.Thompson@baltimorecity.gov
Sara.Gross@baltimorecity.gov

GORDON, WOLF & CARNEY, CHTD.
Richard S. Gordon
Martin E. Wolf
100 W. Pennsylvania Avenue, Suite 100
Towson, MD 21204
Phone: (410) 825-2300
Fax: 410 825-0066
rgordon@GWCfirm.com
mwolf@GWCfirm.com

x

## COUNSEL FOR CITY OF NEW YORK

CITY OF NEW YORK
Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
Melanie C.T. Ash - Senior Counsel
Elizabeth Slater - Assistant Counsel
100 Church Street
New York, NY 10007
Phone: (212) 356-1000
Fax. (212) 356-1148
mash@law.nyc.gov
eslater@law.nyc.gov

KELLER ROHRBACK L.L.P.
David S. Preminger
1140 Sixth Avenue, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692
dpreminger@kellerrohrback.com

Gretchen Freeman Cappio
Derek W. Loeser
Dean Kawamoto
Ryan McDevitt
Alison Gaffney
Garrett Heilman
Zachary Gussin
Kylie Fisher
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3385
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
gheilman@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

**COUNSEL FOR CITY OF INDIANAPOLIS**

CITY OF INDIANAPOLIS
Matthew K. Giffin - Corporation Counsel
200 East Washington Street,
Room 1601
Indianapolis, IN 46204
Phone: (317) 327-4055
Fax: (317) 327-3968
matt.giffin@indy.gov

COHEN & MALAD, LLP
Irwin B. Levin
Jonathan A. Knoll
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Fax: (317) 636-2593
ilevin@cohenandmalad.com
jknoll@cohenandmalad.com

KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
Dean Kawamoto
Ryan McDevitt
Alison Gaffney
Garrett Heilman
Zachary Gussin
Kylie Fisher
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3385
gcappio@kellerrohrback.com
dkawamoto@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
gheilman@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

**COUNSEL FOR CITY OF KANSAS CITY**

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron
Eric L. Dirks
Clinton J. Mann
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Phone:(816) 945-7110
matt@williamsdirks.com
dirks@williamsdirks.com
cmann@williamsdirks.com

HARDWICK LAW FIRM LLC
Herbert E. Hardwick
W. Christopher Hillman
2405 Grand Boulevard, Suite 800
Kansas City, Missouri 64108
Phone: (816) 221-9445
hhardwick@hardwicklaw.com
chillman@hardwicklaw.com

**COUNSEL FOR CITY OF YONKERS**

CITY OF YONKERS
Matthew Gallagher - Corporation Counsel
Dusan Lakic - Second Deputy Corporation Counsel
City Hall Ste. 300
40 South Broadway
Yonkers, NY 10701
Phone: (914) 377-6250
Fax: (914) 964-0563
matt.gallagher@yonkersny.gov
dusan.lakic@yonkersny.gov

KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
Derek W. Loeser
Dean Kawamoto
Ryan McDevitt
Alison Gaffney
Garrett Heilman
Zachary Gussin
Kylie Fisher
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
gheilman@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

**COUNSEL FOR CITY OF PARMA**

Timothy Dobeck - Law Director
Jennifer Meyer - Principal Attorney
7335 Ridge Road (second floor)
Parma, OH 44129
Phone: (440) 885-8132
Fax: (440) 885-8008
tdobeck@cityofparma-oh.gov
jmeyer@cityofparma-oh.gov

KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
Derek W. Loeser
Dean Kawamoto
Ryan McDevitt
Alison Gaffney
Garrett Heilman
Zachary Gussin
Kylie Fisher
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
gheilman@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

**COUNSEL FOR THE CITY OF GREEN BAY**

| | |
|---|---|
| CITY OF GREEN BAY<br>Joanne Bungert - City Attorney<br>100 North Jefferson Street<br>Room 200<br>Green Bay, WI 54301<br>Phone: (920) 448-3080<br>Fax: (920) 448-3081<br>joanne.bungert@greenbaywi.gov | KELLER ROHRBACK L.L.P.<br>Gretchen Freeman Cappio<br>Ryan McDevitt<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br>gcappio@kellerrohrback.com<br>rmcdevitt@kellerrohrback.com |

**COUNSEL FOR THE TOWN OF TONAWANDA**

| | |
|---|---|
| TOWN OF TONAWANDA | KELLER ROHRBACK L.L.P. |
| Michael Kooshoian - Town Attorney | Gretchen Freeman Cappio |
| 2919 Delaware Avenue | Ryan McDevitt |
| Room 2 | 1201 Third Avenue, Suite 3200 |
| Kenmore, NY 14217 | Seattle, WA 98101 |
| Phone: (716) 875-9947 | Phone: (206) 623-1900 |
| Fax: (716) 875-9948 | Fax: (206) 623-3384 |
| mkooshoian@tonawanda.ny.us | gcappio@kellerrohrback.com |
| | rmcdevitt@kellerrohrback.com |