# EXHIBIT A

# Vehicle List of Hyundai And Kia Vehicles
# Which Are Not Eligible For Anti-Theft Software Upgrade

1. 2011 Accent
2. 2012 Accent
3. 2013 Accent
4. 2014 Accent
5. 2015 Accent
6. 2016 Accent
7. 2017 Accent
8. 2013 Elantra Coupe
9. 2014 Elantra Coupe
10. 2011 Elantra Touring
11. 2012 Elantra Touring
12. 2011 Santa Fe
13. 2012 Sana Fe
14. 2011 Veracruz
15. 2012 Veracruz
16. 2011 Genesis Coupe
17. 2012 Genesis Coupe