# EXHIBIT B

**Vehicle List of Hyundai And Kia Vehicles
Which Are Or May Not Be Equipped With An Immobilizer Or Other Anti-
Theft Protection And Which May Be Eligible For A Software Upgrade**

1.  2011 Sonata
2.  2012 Sonata
3.  2013 Sonata
4.  2014 Sonata
5.  2015 Sonata
6.  2016 Sonata
7.  2017 Sonata
8.  2018 Sonata
9.  2019 Sonata
10. 2011 Elantra
11. 2012 Elantra
12. 2013 Elantra
13. 2014 Elantra
14. 2015 Elantra
15. 2016 Elantra
16. 2017 Elantra
17. 2018 Elantra
18. 2019 Elantra
19. 2020 Elantra
20. 2021 Elantra
21. 2022 Elantra
22. 2013 Elantra GT
23. 2014 Elantra GT
24. 2015 Elantra GT
25. 2016 Elantra GT
26. 2017 Elantra GT
27. 2018 Elantra GT
28. 2019 Elantra GT
29. 2020 Elantra GT
30. 2020 Venue
31. 2021 Venue
32. 2012 Veloster
33. 2013 Veloster
34. 2014 Veloster
35. 2015 Veloster
36. 2016 Veloster

37. 2017 Veloster
38. 2019 Veloster
39. 2020 Veloster
40. 2021 Veloster
41. 2018 Kona
42. 2019 Kona
43. 2020 Kona
44. 2021 Kona
45. 2022 Kona
46. 2018 Accent
47. 2019 Accent
48. 2020 Accent
49. 2021 Accent
50. 2022 Accent
51. 2011 Tucson
52. 2012 Tucson
53. 2013 Tucson
54. 2014 Tucson
55. 2015 Tucson
56. 2016 Tucson
57. 2017 Tucson
58. 2018 Tucson
59. 2019 Tucson
60. 2020 Tucson
61. 2021 Tucson
62. 2022 Tucson
63. 2013 Santa Fe Sport
64. 2014 Santa Fe Sport
65. 2015 Santa Fe Sport
66. 2016 Santa Fe Sport
67. 2017 Santa Fe Sport
68. 2018 Santa Fe Sport
69. 2013 Santa Fe
70. 2014 Santa Fe
71. 2015 Santa Fe
72. 2016 Santa Fe
73. 2017 Santa Fe
74. 2018 Santa Fe
75. 2019 Santa Fe XL
76. 2019 Santa Fe

77. 2020 Santa Fe
78. 2021 Santa Fe
79. 2022 Santa Fe
80. 2020 Palisade
81. 2021 Palisade
82. 2013 Genesis Coupe
83. 2014 Genesis Coupe