# EXHIBIT C

ELLIOTT R. FELDMAN (*pro hac vice* to be filed)
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800 Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282
EFeldman@cozen.com

WILLIAM HOFFMANN (*pro hac vice*)
**GROTEFELD HOFFMANN**
5535 Balboa Boulevard, Suite 219
Encino, CA 91316
Tel: (747) 233-7150
BHoffmann@ghlaw-llp.com

CRAIG S. SIMON (SBN 78158)
**BERGER KAHN, A LAW CORPORATION**
2 Park Plaza, Suite 650
Irvine, CA 92614
Tel: (949) 474-1880
csimon@bergerkahn.com

TIMOTHY E. CARY (SBN 093608)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

Lead Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION | CASE NO. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ADOPTION OF SUBROGATION MASTER COMPLAINT** |

Plaintiff_____, submits this Notice of Adoption of Master Complaint, and adopts and incorporates by reference, as set forth below, the Subrogation Master Complaint filed in this matter on_____, and

1

any and all later amendments thereto (the "Subrogation Master Complaint").

All Plaintiffs adopting the Subrogation Master Complaint shall elect to join either the "Class Plaintiffs" Group or the "Independent Subrogation Plaintiffs" Group, as those groups are defined in the Subrogation Master Complaint.  By adoption of the Subrogation Master Complaint, and through selection of their respective Group, this Plaintiff adopts only the allegations attributable to their selected Group, incorporates those allegations herein by this reference subject to any exclusions noted below, and agrees to be bound by any rulings with respect to the Master Complaint.

**SUBROGATION GROUP CHOSEN BY THIS PLAINTIFF:**

☐    Class Plaintiffs

☐    Independent Subrogation Plaintiffs

Plaintiff further adopts all of the causes of action in full, as pled in the Subrogation Master Complaint, with the exception of any causes of action that Plaintiff elects to exclude by marking the corresponding box below.  Plaintiff further incorporates each cause of action in the Subrogation Master Complaint by this reference and agrees to be bound by any rulings with respect to those claims.

**THIS PLAINTIFF ADOPTS ALL OF THE CAUSES OF ACTION CONTAINED IN THE SUBROGATION MASTER COMPLAINT, EXCEPT FOR THE FOLLOWING:**

| NATIONWIDE CLASSES/CALIFORNIA STATE LAW COUNTS | | |
|---|---|---|
| | A | **Breach of Implied Warranty** |
| | B | **Breach of Express Warranty Pursuant to Cal. Comm. Code § 2313** |

| | C | Breach of Express Warranty in Violation of Song-Beverly Warranty Act |
|---|---|---|
| | D | Violations of the California Song-Beverly Consumer Warranty Act for Breach of Implied Warranty of Merchantability (Cal. Civ. Code §§ 1791.1 And 1792) |
| | E | Violations of Consumers Legal Remedies Act Cal. Civ. Code § 1750, Et Seq. |
| | F | Violations of California Unfair Competition Law Cal. Bus. & Prof. Code § 17200, Et Seq. |
| | G | Fraud By Omission and Concealment |
| | H | Breach Of Express and Implied Warranties Under The Magnuson-Moss Warranty Act – 15 U.S.C. § 2301, Et Seq. |
| | I | Negligence |
| | J | Negligent Failure to Warn |
| | K | Negligent Misrepresentation |

| ALABAMA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranties of Merchantability and Fitness for a Particular Purpose (Ala. Code §§ 7-2-314 And 7-2a-212) |
| | B | Breach of Express Warranty (Ala. Code § 7-2-13) |
| | C | Violation of the Alabama Deceptive Trade Practices Act (Ala. Code §§ 8-19-1, et seq.) |
| | D | Fraud by Misstatement and Suppression of Material Facts (Ala. Code §§ 6-5-101, 6-5-102) |
| | E | Negligence |
| | F | Gross Negligence |

| | | **ALASKA STATE LAW CLAIMS FOR RELIEF** |
|---|---|---|
| | | **Plaintiff elects to exclude all of the causes of action for this state.** |
| | **A** | **Breach of Implied Warranty (Alaska Stat. Ann. §§ 45.02.314 and 45.12.212)** |
| | **B** | **Breach of Express Warranty (Alaska Stat. §§ 45.02.313 and 45.12.210)** |
| | **C** | **Violation of the Alaska Unfair Trade Practices and Consumer Protection Act (Alaska Stat. Ann. § 45.50.471, et seq.)** |
| | **D** | **Fraud by Misrepresentation, Concealment and Omission** |
| | **E** | **Negligence** |
| | **F** | **Negligent Misrepresentation** |
| | **G** | **Gross Negligence** |

| | | **ARIZONA STATE LAW CLAIMS FOR RELIEF** |
|---|---|---|
| | | **Plaintiff elects to exclude all of the causes of action for this state.** |
| | **A** | **Breach of Implied Warranty of Merchantability (Ariz. Rev. Stat. Ann. §§ 47-2314 and 47-2A212)** |
| | **B** | **Breach of Express Warranty (Ariz. Rev. Stat. Ann. §§ 47-2313, 47-2A210)** |
| | **C** | **Violation of the Arizona Consumer Fraud Act (Ariz. Rev. Stat. Ann. § 44-1521, et seq.)** |
| | **D** | **Fraud Based on Material Omissions and Misstatements** |
| | **E** | **Negligence** |
| | **F** | **Gross Negligence** |

| ARKANSAS STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| | Plaintiff elects to exclude all of the causes of action for this state. | |
| | A | Breach of Implied Warranty (Ark. Code Ann. §§ 4-2-314 and 4- 2A-212) |
| | B | Breach of Express Warranty (Ark. Code Ann. §§ 4-2-313 and 4-2A-210) |
| | C | Violation of the Arkansas Deceptive Trade Practices Act (Ark. Code Ann. § 4-88-101, et seq.) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Constructive Fraud Based on Statements Recklessly Made and Negligent Misrepresentation |
| | G | Gross Negligence |

| COLORADO STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| | Plaintiff elects to exclude all of the causes of action for this state. | |
| | A | Breach of Implied Warranty (C.R.S. § 4-2-314) |
| | B | Breach of Express Warranty (C.R.S. §§ 4-2-714 and 4-2-715) |
| | C | Violation of the Colorado Consumer Protection Act (C.R.S. § 6-1-113) |
| | D | Fraud Based on Concealment or Omission |
| | E | Negligence |
| | F | Gross Negligence |

| CONNECTICUT STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| | Plaintiff elects to exclude all of the causes of action for this state. | |
| | A | Breach of Implied Warranty of Merchantability (Conn. Gen. |

| | | Stat. Ann. §§ 42a-2-314 and 42a-2a-504) |
|---|---|---|
| | B | Breach of Express Warranty (Conn. Gen. Stat. Ann. § 42a-2-313) |
| | C | Violation of the Connecticut Unlawful Trade Practices Act (Conn. Gen. Stat. § 42-100a, *et seq.*) |
| | D | Fraud by Misstatements and Omissions |
| | E | Negligence |
| | F | Negligent Misrepresentation |

| DELAWARE STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (6 Del. Code §§ 2-314, 2-315, 2A-212 and 2A-213) |
| | B | Breach of Express Warranty (6 Del. Code §§ 2-313 and 2A-210) |
| | C | Violation of the Delaware Consumer Fraud Act (6 Del. Code § 2511, *et seq.*) |
| | D | Violation of the Delaware Deceptive Trade Practices Act (6 Del. Code § 2531, et seq.) |
| | E | Fraud by Omission and Concealment |
| | F | Negligence |
| | G | Gross Negligence |

| DISTRICT OF COLUMBIA CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action listed for District of Columbia. | | |
| | A | Breach of Implied Warranty of Merchantability (D.C. § 28:2- |

| | | |
|---|---|---|
| | | 314) |
| | B | Breach of Express Warranty (D.C. § 28:2-313) |
| | C | Violation of District of Columbia's Unlawful Trade Practices Act (D.C. § 28-3904) |
| | D | Fraud by Misstatements and Omissions |
| | E | Negligence |
| | F | Negligent Misrepresentation |
| | G | Gross Negligence |

| | | |
|---|---|---|
| **FLORIDA STATE LAW CLAIMS FOR RELIEF** | | |
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability (Fla. Stat. §§ 672.314 and 680.212) |
| | B | Breach of Express Warranty (Fla. Stat. §§ 672.313, 680.21) |
| | C | Violations of Florida Unfair and Deceptive Trade Practices Act (Fla. Stat. § 501 et seq.) |
| | D | Fraud Based on Omissions, Concealment, and Misstatements |
| | E | Negligence |
| | F | Negligent Misrepresentation |
| | G | Gross Negligence |

| | | |
|---|---|---|
| **GEORGIA STATE LAW CLAIMS FOR RELIEF** | | |
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability (Ga. Code Ann. §§ 11-2-314 and 11-2A-212) |
| | B | Breach of Express Warranty (Ga. Code Ann. § 11-2-313, *et seq.*) |

7

| | C | Violation of the Georgia Uniform Deceptive Trade Practices Act (Ga Code Ann. § 10-1-390, *et seq*.) |
|---|---|---|
| | D | Violation of the Georgia Fair Business Practices Act (Ga Code Ann. § 10-1-390, *et seq*.) |
| | E | Fraud by Omission and Concealment |
| | F | Negligence |
| | G | Negligent Misrepresentation |

| **HAWAII STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (Haw. Rev. Stat. §§ 490:2-314 and 490:2A-212) |
| | B | Breach of Express Warranty (HRS §§ 409:2-313 and 409:2A-210) |
| | C | Unfair and Deceptive Acts in Violation of Hawaii Law (Haw. Rev. Stat. § 480, et seq.) |
| | D | Fraud by Omission, Suppression or Concealment |
| | E | Negligent Misrepresentation |
| | F | Negligence |
| | G | Gross Negligence |

| **IDAHO STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (Idaho Code §§ 28-2-314 and 28-12-212) |
| | B | Breach of Express Warranty (Idaho Code §§ 28-2-313 and 28-12-210) |

| | C | Violation of the Idaho Consumer Protection Act (Idaho Code § 48-601, et seq.) |
|---|---|---|
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Gross Negligence |

| ILLINOIS STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability (810 Ill. Comp. Stat. 5/2-314 and 5/2A-212) |
| | B | Breach of Express Warranty (810 ILCS 5/2-313 and 810 ILCS 5/2A-210) |
| | C | Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act (815 Ill. Comp. Stat. 505/1, et seq.) |
| | D | Violation of the Illinois Uniform Deceptive Trade Practices Act (815 Ill. Comp. Stat. 510/1, et seq.) |
| | E | Fraud by Omission or Concealment |
| | F | Negligent Misrepresentation |
| | G | Negligence |
| | H | Gross Negligence |

| INDIANA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability (Ind. Code §§ 26-1-2-314 and 26-1-2.1-212) |
| | B | Breach of Express Warranty (Indiana Code §§ 26-1-2-313 and 26-1-2.1-210) |

9

| | C | **Violation of the Indiana Deceptive Consumer Sales Act (Ind. Code § 24-5-0.5-1, et seq.)** |
|---|---|---|
| | D | **Fraud by Omission, Suppression and Concealment** |
| | E | **Negligent Misrepresentation** |
| | F | **Negligence** |
| | G | **Gross Negligence** |

| **IOWA STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| **Plaintiff elects to exclude all of the causes of action for this state.** | | |
| | A | **Breach of Implied Warranty (Iowa Code §§ 554.2314 and 554.13212)** |
| | B | **Breach of Express Warranty (Iowa Code §§ 554.2313 and 554.13210)** |
| | C | **Violation of the Private Right of Action for Consumer Frauds Act (Iowa Code § 714h.1, et seq.)** |
| | D | **Fraud by Omission, Suppression and Concealment** |
| | E | **Negligent Misrepresentation** |
| | F | **Negligence** |
| | G | **Gross Negligence** |

| **KANSAS STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| **Plaintiff elects to exclude all of the causes of action for this state.** | | |
| | A | **Breach of Implied Warranty (Kan. Stat. Ann. §§ 84-2-314 and 84-2A-212)** |
| | B | **Breach of Express Warranty (Kan. Stat. Ann. §§ 84-2-2-313 and 84-2a-210)** |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| | C | Violation of the Kansas Consumer Protection Act (Kan. Stat. Ann. § 50-623, et seq.) |
|---|---|---|
| | D | Fraud by Omission, Suppression and Concealment |
| | E | Negligent Misrepresentation |
| | F | Negligence |
| | G | Gross Negligence |

| **KENTUCKY STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (Ky. Rev. Stat. §§ 335.2-314 and 355.2A-212) |
| | B | Breach of Express Warranty (Ky. Rev. Stat. §§ 355.2-313 and 355.2A-210) |
| | C | Violation of the Consumer Protection Act (Kentucky Rev. Stat. § 367.110, et seq.) |
| | D | Fraud by Omission, Suppression and Concealment |
| | E | Negligent Misrepresentation |
| | F | Negligence |
| | G | Gross Negligence |

| **LOUISIANA STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability/Warranty Against Redhibitory Thief Friendly Designs (La. Civ. Code Art. 2520, 2524) |
| | B | Breach of Express Warranty under La. C.C. § 2529) |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| | C | Violation of the Louisiana Unfair Trade Practices and Consumer Protection Law (La. Rev. Stat. § 51:1401, et seq.) |
|---|---|---|
| | D | Fraud by Omission, Suppression or Concealment under La. Civ. Code § 1953 et. Seq. |
| | E | Negligent Misrepresentation under La. C.C. §§ 2315 and 2316 |
| | F | Negligence under La. C.C. § 2315 |
| | G | Gross Negligence La. C.C. § 2315 |
| | H | Product Liability under La. R.S. § 9:2800.54 et seq. |

| MAINE STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (Me. Rev. Stat. Tit. 11 §§ 2-314 and 2-1212) |
| | B | Breach of Express Warranty (Me. Rev. Stat. Tit. 11 §§ 2-313 and 2-1210) |
| | C | Violation of the Maine Unfair Trade Practices Act (Me. Rev. Stat. Ann. Tit. 5 § 205-a, et seq.) |
| | D | Negligence |
| | E | Gross Negligence |

| MARYLAND STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability (Md. Code Com. Law §§ 2-314 and 2A-212) |
| | B | Breach of Express Warranty (Md. Code Com. Law §§ 2-313 and 2A 210) |
| | C | Violation of the Maryland Consumer Protection Act (Md. |

| | | |
|---|---|---|
| | | Code, Com. Law, § 13-101, et seq.) |
| | D | **Fraud by Omission, Suppression or Concealment** |
| | E | **Negligent Misrepresentation** |
| | F | **Negligence** |
| | G | **Gross Negligence** |
| | H | **Product Liability** |

| | | |
|---|---|---|
| | | **MASSACHUSETTS STATE LAW CLAIMS FOR RELIEF** |
| | | **Plaintiff elects to exclude all of the causes of action for this state.** |
| | A | **Breach of Implied Warranty of Merchantability under Mass. Gen. Laws Ch. 106, §§ 2-314 and 2A-212** |
| | B | **Breach of Express Warranty under Mass. Gen. Laws Ch. 106, §§ 2-313** |
| | C | **Violation of the Deceptive Acts or Practices Prohibited by Mass. Gen. Laws Ch. 93a §1, *et seq*.** |
| | D | **Fraud by Omission and Concealment** |
| | E | **Negligence** |

| | | |
|---|---|---|
| | | **MICHIGAN STATE LAW CLAIMS FOR RELIEF** |
| | | **Plaintiff elects to exclude all of the causes of action for this state.** |
| | A | **Breach of Implied Warranty of Merchantability under Mich. Comp. Laws §§ 440.214 and 440.2862** |
| | B | **Breach of Express Warranty under Mich. Comp. Laws §§ 440.2313** |
| | C | **Violation of the Michigan Consumer Protection Act (Mich.** |

| | | Comp. Laws § 445.901, et seq.) |
|---|---|---|
| | D | Fraud by Omission, and Concealment |
| | E | Negligence |

| **MINNESOTA STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Minn. Stat. §§ 336.2-314 and 336.2A-212 |
| | B | Breach of Express Warranty under Minn. Stat. §§ 336.2-313 |
| | C | Violation of the Minnesota Prevention of Consumer Fraud Act pursuant to Minn. Stat. § 325F.68, et seq. and Minn. Stat. § 8.31, subd. 3a |
| | D | Violation of the Deceptive Trade Practices Act pursuant to Minn. Stat. § 325D.44 |
| | E | Fraud by Omission, and Concealment |
| | F | Negligence |

| **MISSISSIPPI STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Miss. Code §§ 75-2-314 and 75-2A-212 |
| | B | Breach of Express Warranty under Miss. Code § 75-2-313 |
| | C | Violation of the Mississippi Consumer Protection Act under Miss. Code. Ann. § 75-24-1, et seq. |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| MISSOURI STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Mo. Rev. Stat. §§ 400.2-314 and 400.2A-212 |
| | B | Breach of Express Warranty under Mo. Rev. Stat. §§ 400.2-313 |
| | C | Violation of Missouri Merchandising Practices Act under Mo. Rev. Stat. § 4070.010, et seq. |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| MONTANA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Mont. Code §§ 30-2-314 and 30-2A-212 |
| | B | Breach of Express Warranty under Mont. Code § 30-2-313 |
| | C | Violation of the Montana Unfair Trade Practices and Consumer Protection Act of 1973 (Mont. Code Ann. § 30-14-101, et seq.) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| NEBRASKA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Neb. Rev. St. U.C.C. §§ 2-314 and 2A-212 |
| | B | Breach of Express Warranty under Neb. Rev. St. U.C.C. §§ 2- |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| | | 313 |
|---|---|---|
| | C | Violation of the Nebraska Consumer Protection Act (Neb. Rev. Stat. § 59-1601, *et seq.*) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| NEVADA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Nev. Rev. Stat. §§ 104.2314 and 104A.2212 |
| | B | Breach of Express Warranty under Nev. Rev. Stat. § 104.2313 |
| | C | Violation of the Deceptive Trade Practices Act under Nev. Rev. Stat. § 598.0903, et seq. |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| NEW HAMPSHIRE STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under N.H. Rev. Stat. §§ 382-A:2-314 and 2A-212 |
| | B | Breach of Express Warranty under N.H. Rev. Stat. §§ 382-A:2-313 |
| | C | Violation of the New Hampshire Consumer Protection Act under N.H. Rev. Stat. Ann. § 358-a:1, et seq. |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| NEW JERSEY STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under N.J. Stat. Ann. §§ 12A:2-314 and 12A:2A-212 |
| | B | Breach of Express Warranty under N.J. Stat. Ann. § 12A:2-313 |
| | C | Violation of New Jersey Consumer Fraud Act under N.J. Stat. Ann. § 56:8-1, et seq. |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| NEW MEXICO STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (N.M. Stat. §§ 55-2-314 and 55-2A-212) |
| | B | Breach of Express Warranty N.M.S.A. §55-2-313 |
| | C | Violation of the New Mexico Unfair Practices Act (N.M. Stat. Ann. §§ 57-12-1, et seq.) |
| | D | Fraud by Omission, Suppression and Concealment |
| | E | Negligence by Words |
| | F | Negligence |

| NEW YORK STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (N.Y. U.C.C. Law §§ § 2-314 and § 2-315) |
| | B | Breach of Express Warranty NY UCC §2-313 |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| | C | Violation of New York General Business Law § 349 (N.Y. Gen. Bus. Law § 349) |
|---|---|---|
| | D | Violation of New York General Business Law § 350 (N.Y. Gen. Bus. Law § 350) |
| | E | Fraud by Omission and Concealment |
| | F | Negligent Misrepresentation |
| | G | Negligence |
| | H | Gross Negligence |

| NORTH CAROLINA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty (N.C.G.S. §§ 2-314 and § 2-315) |
| | B | Breach of Express Warranty N.C.G.S. §2-313. |
| | C | Violation of the North Carolina Unfair and Deceptive Trade Practices Act (N.C. Gen. Stat. § 75-1.1, et seq.) |
| | D | Negligence |
| | E | Gross Negligence |

| NORTH DAKOTA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under N.D. Cent. Code §§ 41-02-31 and 41-02.1-21 |
| | B | Breach of Express Warranty under N.D. Cent. Code § 41-02-30 |
| | C | Violation of North Dakota Consumer Fraud Act under N.D. Cent. Code § 51-15-02, et seq. |
| | D | Fraud by Omission and Concealment |

18

| | E | Negligence |
|---|---|---|
| | F | Negligent Misrepresentation |

| OHIO STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Ohio Rev. Code Ann. §§ 1302.27 and 1310.19 |
| | B | Breach of Express Warranty under Ohio Rev. Code Ann. § 1302.26 |
| | C | Violation of Ohio Consumer Sales Practices Act under Ohio Rev. Code § 1345.01. et seq. |
| | D | Violation of Ohio Deceptive Trade Practices Act under Ohio Rev. Code § 4165.01 et seq. |
| | E | Fraud by Misrepresentation, Omission and Concealment |
| | F | Negligence |

| OKLAHOMA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Okla. Stat. Ann. Tit. §§ 2-314 and 2A-212 |
| | B | Breach of Express Warranty under Okla. Stat. Ann. tit. 12A, § 2-313 |
| | C | Violation of Oklahoma Consumer Protection Act under Okla. Stat. Ann. tit. 15, § 751, et seq. |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Negligent Misrepresentation |

19

| | | **OREGON STATE LAW CLAIMS FOR RELIEF** |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | **Breach of Implied Warranty of Merchantability (ORS §72.3140)** |
| | B | **Breach of Express Warranty (ORS § 72.3130)** |
| | C | **Violation of Oregon's Unlawful Trade Practices Act (ORS § 646.607)** |
| | D | **Fraud** |
| | E | **Negligence** |
| | F | **Gross Negligence** |

| | | **PENNSYLVANIA STATE LAW CLAIMS FOR RELIEF** |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | **Breach of Implied Warranty of Merchantability (13 Pa. Cons. Stat. §§ 2314 and 2A212)** |
| | B | **Breach of Express Warranty (13 Pa. Cons. Stat. §§ 2313, 2A210, *et seq*.)** |
| | C | **Violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law (73 Pa. Cons. Stat. §§ 201-1, *et seq*.)** |
| | D | **Fraud by Omission and Concealment** |
| | E | **Negligence** |
| | F | **Negligent Misrepresentation** |

| | | **RHODE ISLAND STATE LAW CLAIMS FOR RELIEF** |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | **Breach of Implied Warranty of Merchantability (R.I. Gen.** |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| | | Laws 1956, §§ 6A-1-201, 6A-2-314, *et seq.*) |
|---|---|---|
| | B | Breach of Express Warranty (R.I. Gen. Laws 1956, §§ 6A-1-201, 6A-2-313, *et seq.*) |
| | C | Violation of the Rhode Island Unfair Trade Practice and Consumer Protection Act (RI Gen L § 6-13.1-11, *et seq.*) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Negligent Misrepresentation |

| | PUERTO RICO LAW CLAIMS FOR RELIEF | |
|---|---|---|
| | Plaintiff elects to exclude all of the causes of action listed for Puerto Rico. | |
| | A | Breach of Implied Warranty of Merchantability (P.R.Laws Ann. tit. 31, § 3841) |
| | B | Breach of Express Warranty |
| | C | Violation of the Rule 7 of Puerto Rico Rules Against Misleading Practices and Advertisements |
| | D | Fraud based on Misstatements, Omissions and Concealment |
| | E | Negligence |

| | SOUTH CAROLINA STATE LAW CLAIMS FOR RELIEF | |
|---|---|---|
| | Plaintiff elects to exclude all of the causes of action for this state. | |
| | A | Breach of Implied Warranty of Merchantability under S.C. Code Ann. §§ 36-2-314 and 36-2A-212 |
| | B | Breach of Express Warranty under S.C. Code Ann. § 36-2-313 |
| | C | Violation of the South Carolina Unfair Trade Practices Act |

| | | (S.C. Code Ann. §§ 39-5-10, et seq.) |
|---|---|---|
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| | | SOUTH DAKOTA STATE LAW CLAIMS FOR RELIEF |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | Breach of Implied Warranty of Merchantability under S.D. Codified Laws §§ 57A-2-314 and 57A-2A-212 |
| | B | Breach of Express Warranty under S.D. Codified Laws § 57A-2-313 |
| | C | Violation of the South Dakota Deceptive Trade Practices and Consumer Protection Law (S.D. Codified Laws §§ 37-24-1, et seq.) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| | | TENNESSEE STATE LAW CLAIMS FOR RELIEF |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | Breach of Implied Warranty of Merchantability under Tenn. Code Ann. §§ 47-2-314 and 47-2A-212 |
| | B | Breach of Express Warranty under Tenn. Code Ann. § 47-2-313 |
| | C | Violation of the Tennessee Consumer Protection Act of 1977 (Tenn. Code Ann. §§ 47-18-101, et seq.) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |

| **TEXAS STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | Breach of Implied Warranty of Merchantability under Tex. Bus. & Com. Code Ann. §§ 2.314 and 2A.212 |
| | B | Breach of Express Warranty under Tex. Bus. & Com. Code Ann. § 2.313 |
| | C | Fraud by Omission and Concealment |
| | D | Negligence |
| | E | Negligent Misrepresentation |

| **UTAH STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | Breach of Implied Warranty of Merchantability under Utah Code Ann. §§ 70A-2-314 and 70A-2A-212 |
| | B | Breach of Express Warranty under Utah Code Ann. § 70A-2-313 |
| | C | Violation of the Utah Consumer Sales Practices Act (Utah Code Ann. §§ 13-11-1, et seq.) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Negligent Misrepresentation |

| **VERMONT STATE LAW CLAIMS FOR RELIEF** | | |
|---|---|---|
| | | Plaintiff elects to exclude all of the causes of action for this state. |
| | A | Breach of Implied Warranty of Merchantability under Vt. Stat. Ann. Tit. 9A, §§ 2-314 and 2A-212 |
| | B | Breach of Express Warranty under Vt. Stat. Ann. Tit. 9A, § 2- |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| | | 313 |
|---|---|---|
| | **C** | **Violation of the Vermont Consumer Protection Act (Vt. Stat. Ann. Tit. 9, § 2451, et seq.)** |
| | **D** | **Fraud by Omission and Concealment** |
| | **E** | **Negligence** |
| | **F** | **Negligent Misrepresentation** |

| | | **VIRGINIA STATE LAW CLAIMS FOR RELIEF** |
|---|---|---|
| | | **Plaintiff elects to exclude all of the causes of action for this state.** |
| | **A** | **Breach of Implied Warranty of Merchantability under Va. Code Ann. §§ 8.2-314 and 8.2A-212** |
| | **B** | **Breach of Express Warranty under Va. Code Ann. § 8.2-313** |
| | **C** | **Violation of the Virginia Consumer Protection Act (Va. Code Ann. §§ 59.1-196, et seq.)** |
| | **D** | **Fraud by Omission and Concealment** |
| | **E** | **Negligence** |
| | **F** | **Constructive Fraud** |

| | | **WASHINGTON STATE LAW CLAIMS FOR RELIEF** |
|---|---|---|
| | | **Plaintiff elects to exclude all of the causes of action for this state.** |
| | **A** | **Breach of Implied Warranty of Merchantability under Wash. Rev. Code Ann. §§ 62A.2-314 and 62A.2A-212** |
| | **B** | **Breach of Express Warranty under Wash. Rev. Code Ann. § 62A.2-313** |
| | **C** | **Violation of the Washington Consumer Protection Act (Wash. Rev. Code Ann. §§ 19.86.010, et seq.)** |
| | **D** | **Fraud by Omission and Concealment** |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| | E | Negligence |
|---|---|---|
| | F | Negligent Misrepresentation |

| WEST VIRGINIA STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under W. Va. Code Ann. §§ 46-2-314 and 46-2A-212 |
| | B | Breach of Express Warranty under W. Va. Code Ann. § 46-2-313 |
| | C | Violation of the West Virginia Consumer Credit and Protection Act (W. Va. Code Ann. §§ 46A-1-101, et seq.) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Negligent Misrepresentation |

| WISCONSIN STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| Plaintiff elects to exclude all of the causes of action for this state. | | |
| | A | Breach of Implied Warranty of Merchantability under Wis. Stat. Ann. §§ 402.314 and 411.212 |
| | B | Breach of Express Warranty under Wis. Stat. Ann. § 402.313 |
| | C | Violation of Wisconsin Deceptive Trade Practices Act (Wis. Stat. Ann. § 100.18) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Negligent Misrepresentation |

ADOPTION OF SUBROGATION MASTER COMPLAINT

| WYOMING STATE LAW CLAIMS FOR RELIEF | | |
|---|---|---|
| | Plaintiff elects to exclude all of the causes of action for this state. | |
| | A | Breach of Implied Warranty of Merchantability under Wyo. Stat. Ann. §§ 34.1-2-314 and 34.1-2.A-212 |
| | B | Breach of Express Warranty under Wyo. Stat. Ann. § 34.1-2-313 |
| | C | Violation of Wyoming Consumer Protection Act (Wyo. Stat. Ann. §§ 40-12-101, et seq.) |
| | D | Fraud by Omission and Concealment |
| | E | Negligence |
| | F | Negligent Misrepresentation |

**ADDITIONAL ALLEGATIONS**

**PRAYER FOR RELIEF**

Plaintiff hereby adopts the Prayer for Relief from the Subrogation Master Complaint in its entirety.

DATED:  _____, 2023

_____

ADOPTION OF SUBROGATION MASTER COMPLAINT