# EXHIBIT D



| GROUP | NUMBER |
|---|---|
| **CAMPAIGN** | **23-01-014H-3** |

| DATE | MODEL(S) |
|---|---|
| **APRIL, 2023** | **VARIOUS MODELS** |

## Technical Service Bulletin

**SUBJECT:** IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993)

*This TSB supersedes 23-01-014H-2 to include additional models 2011-2014MY Sonata (YFa), 2021-2022MY Elantra (CN7/CN7a), 2018-2020MY Elantra GT (PD), 2018-2022MY Accent (HC), 2011-2015MY Tucson (LM), 2016-2021MY Tucson (TL), 2022MY Tucson (NX4/NX4a), 2013-2018MY Santa Fe Sport (AN), and 2013-2018MY Santa Fe & 19MY Santa Fe XL (NC).  Also added a note in the "Information" box on page 4 to confirm the vehicle does not have an immobilizer lamp displayed on the instrument cluster when ignition is turned ON, before proceeding with the TSB procedure.*

---

### ✶ IMPORTANT

Dealers must perform this service campaign on all affected vehicles prior to customer retail delivery and whenever an affected vehicle is in the shop for any maintenance or repair.

Access the "Vehicle Information" screen via WEBDCS to identify open campaigns.

---

**Description:**  Certain Hyundai vehicles may not be equipped with an immobilizer.

This bulletin provides the service procedure to update the IBU/BCM (Integrated Body Control Unit/Body Control Module), to revise the OEM Hyundai burglar alarm system operation and ignition start logic, and installation of two anti-theft decals for the front windows.

### STUI 

**This TSB includes STUI pictures as a requirement. Where indicated, please include the last 6 digits of the VIN and date of repair on a piece of paper. Ensure the VIN and date of repair are clearly visible. Finally, please ensure the captured pictures are completed according to the steps in this TSB and uploaded to STUI. All claims submitted that have illegible, incomplete, missing, or incorrect picture(s) are subject to debit.**

### NOTICE

**Vehicles equipped with aftermarket/add-on alarms or remote start systems may not operate normally if the IBU/BCM is updated with this software.**

### ℹ Information

**Perform the anti-theft decals installation while the BCM software is being updated.**

---

Circulate To: General Manager, Service Manager, Parts Manager, Warranty Manager, Service Advisors, Technicians, Body Shop Manager, Fleet Repair

| SUBJECT: | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) |
|---|---|

**Applicable Vehicles:**

**Vehicles <u>not equipped</u> with immobilizer and <u>not equipped</u> START/STOP ignition button**

- Certain 2011-2014MY Sonata (YFa) (VIN starts with "5NP")
- Certain 2015-2019MY Sonata (LFa) (VIN starts with "5NP")
- Certain 2017-2020MY Elantra (AD/ADa) (ADa VIN starts with "5NP", AD VIN starts with 'KMH')
- Certain 2021-2022MY Elantra (CN7/CN7a) (CN7a VIN starts with "5NP", CN7 VIN starts with 'KMH')
- Certain 2018-2020MY Elantra GT (PD)
- Certain 2020-2021MY Venue (QX)
- Certain 2012-2017MY Veloster (FS)
- Certain 2019-2021MY Veloster (JS)
- Certain 2018-2022MY Kona (OS)
- Certain 2018-2022MY Accent (HC)
- Certain 2011-2015MY Tucson (LM)
- Certain 2016-2021MY Tucson (TL)
- Certain 2022MY Tucson (NX4/NX4a) (NX4a VIN starts with "5NM", NX4 VIN starts with 'KM8')
- Certain 2013-2018MY Santa Fe Sport (AN)
- Certain 2013-2018MY Santa Fe & 2019MY Santa Fe XL (NC)

**Parts Information:**

| PART NAME | PART NUMBER | PART IMAGE | QTY. |
|---|---|---|---|
| Anti-Theft Decal | NP001-SC993<br><br>**NOTE 1:** Parts ordering information can be found in the SC993 Parts Bulletin located in the Documents Library in WebDCS. (HD.com/Parts/DocumentsLibrary/Reference Materials/Parts Bulletin).<br>**NOTE 2:** Order comes in a roll of 500 decals. |  | 2 decals per vehicle |

**Warranty Information:**

| MODEL | OP. CODE | OPERATION | OP. TIME | CAUSAL PART | NATURE | CAUSE |
|---|---|---|---|---|---|---|
| SONATA (LFa) | HYIMMOA0 | BCM/IBU UPGRADE AND DECALS APPLICATION | 0.3 M/H | 95400-C2100 | I14 | ZZ3 |
| ELANTRA (AD) "KMH" | HYIMMOA1 | | | 95400-F2AW0 | | |
| ELANTRA (ADa) "5NP" | HYIMMOA2 | | | 95400-F2AW0 | | |
| VENUE (QX) | HYIMMOA3 | | | 95400-K2500 | | |
| KONA (OS) | HYIMMOA4 | | | 95400-J9GJ0 | | |
| VELOSTER (FS) | HYIMMOA5 | | | 95400-2V054 | | |
| VELOSTER (JS) | HYIMMOA6 | | | 95400-J3720 | | |
| SONATA (YFa) | HYIMMOA7 | | | 95400-3Q000 | | |
| ELANTRA (CN7) "KMH" | HYIMMOA8 | | 0.4 M/H | 95400-F2AW0 | | |
| ELANTRA (CN7a) "5NP" | HYIMMOA9 | | | 95400-AB100 | | |
| ELANTRA GT (PD) | HYIMMOB0 | | 0.3 M/H | 95400-G3970 | | |
| ACCENT (HC) | HYIMMOB1 | | | 95400-J0400 | | |
| TUCSON (LM) | HYIMMOB2 | | | 95400-2S710 | | |
| TUCSON (TL) | HYIMMOB3 | | | 95400-D3600 | | |
| TUCSON (NX4) "KM8" | HYIMMOB4 | | | 95400-N9001 | | |
| TUCSON (NX4a) "5NM" | HYIMMOB5 | | | 95400-CW051 | | |
| SANTA FE SPORT (AN) | HYIMMOB6 | | | 95400-4Z100 | | |
| SANTA FE (NC) | HYIMMOB7 | | | 95400-4Z240 | | |

**NOTE 1:** Submit claim on Campaign Claim Entry Screen.

**NOTE 2:** If a part that is not covered by this campaign is found in need of replacement while performing this campaign and the affected part is still under warranty, submit a separate claim using the same repair order. If the affected part is out of warranty, submit a Prior Approval request for goodwill consideration prior to performing the work.

**NOTE 3:** Op times include completing the decal installation for both front windows while the software update is being performed, taking STUI photos, and uploading. The STUI photos must include the anti-theft decals on the driver and passenger front windows clearly visible along with a piece of paper displaying the last 6 digits of the VIN and date of the repair. **If not included, claim will be subject to debit.**

# IBU/BCM SOFTWARE UPDATE NOTES



Refer to the QR code or link below for guided video information:
https://vimeo.com/796843448/49ace103a8

---

**ℹ Information**

- **Before proceeding, ensure the vehicle is <u>not equipped</u> with a START/STOP push button.**
- **Also, ensure the vehicle is <u>not equipped</u> with an immobilizer lamp on the instrument cluster when ignition is turned ON.**



---

**ℹ Information**

**Check if the vehicle's current software version will need to be updated:**
- Check the current version of the IBU/BCM ROM ID and compare it to the ROM ID information table listed below before attempting to perform the software update.

---

**ℹ Information**

**You must initially perform the GDS IBU/BCM Update in Auto Mode.**
- Refer to the TSB **15-GI-001** for the tablet-based Mobile GDS ECU update procedures.
- If the IBU/BCM update starts but then fails in Auto Mode, perform the update in Manual Mode to recover.
- If Auto Mode update is not available due to unidentified ROM ID, then **DO NOT** perform the update using Manual Mode, call Techline for further instructions.

---

**ℹ Information**

- **In the ECU Upgrade screen, select IBU/BCM as the system to update.**

---

| TABLE OF CONTENT | | |
|---|---|---|

| | MODEL | PAGE |
|---|---|---|
| IBU/BCM EVENT, PASSCODE, AND ROM ID INFORMATION | Sonata (YFa) | 6 |
| | Sonata (LFa) | 7 |
| | Elantra (AD/ADa) | 8 |
| | Elantra (CN7/CN7a) | 9 |
| | Elantra GT (PD) | 10 |
| | Venue (QX) | 11 |
| | Veloster (FS)(JS) | 12 |
| | Kona (OS) | 13-14 |
| | Accent (HC) | 15 |
| | Santa Fe Sport (AN) | 16-17 |
| | Santa Fe (NC) | 18 |
| | Tucson (LM) | 19 |
| | Tucson (TL) | 20 |
| | Tucson (NX4/NX4a) | 21 |
| Service Procedure | | 22-26 |
| Anti-Theft Decals Installation Template | | 27 |

| SUBJECT: | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) |
|---|---|

## SONATA (YFa)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Sonata (YFa) | 980. YFA IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| | MENU | PASSCODE |
|---|---|---|
| Sonata (YFa) | YFa BCM 95400-3Q000/100/001/101(A.6, A.8) | 9431 |
| | YFa BCM 95400-3Q003/103(B.3, B.7), 95400-3Q004/104(C.0, C.2) | 9432 |
| | YFa BCM 95400-3Q005/025/105/125(C.7, D.2, D.3) | 9433 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | OLD | NEW |
| Sonata (YFa) | 2011 - 2014 | 95400-3Q000 95400-3Q100 95400-3Q001 95400-3Q101 | 954003Q000_0A6 954003Q001_0A8 954003Q100_0A6 954003Q101_0A8 | 954003Q***_0DD |
| | | 95400-3Q003 95400-3Q103 95400-3Q004 95400-3Q104 | 954003Q003_0B3 954003Q003_0B7 954003Q004_0C0 954003Q004_0C2 954003Q103_0B3 954003Q103_0B7 954003Q104_0C0 954003Q104_0C2 | |
| | | 95400-3Q005 95400-3Q025 95400-3Q105 95400-3Q125 | 954003Q005_0C7 954003Q005_0D2 954003Q005_0D3 954003Q025_0C7 954003Q025_0D2 954003Q025_0D3 954003Q105_0C7 954003Q105_0D2 954003Q105_0D3 954003Q125_0C7 954003Q125_0D2 954003Q125_0D3 | |

## SONATA (LFa)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Sonata (LFa) | 932. LF(a) IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Sonata (LFa) | BCM 95400-C2100/200 | 5920 |
| | BCM 95400-C2101/201 | 6921 |
| | BCM 95400-C2600/610/620/700 | 7970 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Sonata (LFa) | 2015 - 2019 | 95400-C2100<br>95400-C2200 | 95400C2100_100* (*100 – 104)<br>95400C2200_100* (*100 – 104) | 95400C2***_I00 |
| | | 95400-C2101<br>95400-C2201 | 95400C2101_200<br>95400C2201_200 | |
| | | 95400-C2600<br>95400-C2610<br>95400-C2620<br>95400-C2700 | 95400C2600_100* (*100 – 101)<br>95400C2610_100* (*100 – 101)<br>95400C2620_100* (*100 – 101)<br>95400C2700_100* (*100 – 101) | |

| SUBJECT: | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) |
|----------|----------------------------------------------------------------------|

### ELANTRA (AD/ADa)

| EVENT INFORMATION | |
|-------------------|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Elantra (AD/ADa) | 933. AD(a) IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

### MANUAL MODE PASSCODE INFORMATION TABLE:

| MENU | | PASSCODE |
|------|---|----------|
| Elantra (AD/ADa) | BCM 95400-F2AW0/BB0 (1.00 – 1.08) | 2200 |
| | BCM 95400-F2AW0/BB0 (1.09 – 1.11) | 2211 |
| | BCM 95400-F2AW1/BB1 (1.12) | 2202 |
| | BCM 954A0-F2AL0/AL1 (1.00 – 1.04) | 2204 |
| | BCM 954A0-F2AL2/DB0 (1.05 – 1.06) | 2206 |

### ROM ID INFORMATION TABLE:

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|-------|-----------|-------------|--------|---|
| | | | **OLD** | **NEW** |
| Elantra (AD/ADa) | 2017 - 2020 | 95400-F2AW0 | 95400F2AW0_100* (*100 – 108) | 954*0F2***_200 |
| | | 95400-F2BB0 | 95400F2BB0_100* (*100 – 108) | |
| | | 95400-F2AW1 | 95400F2AW1_112 | |
| | | 95400-F2BB1 | 95400F2BB1_112 | |
| | | 954A0-F2AL0 | 954A0F2AL0_100* (*100 – 104) | |
| | | 954A0-F2AL1 | 954A0F2AL1_100* (*100 – 104) | |
| | | 954A0-F2AL2 | 954A0F2AL2_105* (*105 – 106) | 954*0F2***_300 or 954*0F2***_200 |
| | | 954A0-F2DB0 | 954A0F2DB0_105* (*105 – 106) | |
| | | 95400-F2AW0 | 95400F2AW0_109* (*109 – 111) | |
| | | 95400-F2BB0 | 95400F2BB0_109* (*109 – 111) | |

### ELANTRA (CN7/CN7a)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Elantra (CN7) ("KMH") | 964. CN7 IMMOBILIZER (BCM) LOGIC IMPROVEMENT |
| Elantra (CN7a)("5NP") | 965. CN7a IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Elantra (CN7)("KMH") | CN7 BCM 95400-AA920/930/BQ0 | 9452 |
| Elantra (CN7a)("5NP") | CN7a BCM 95400-AB100/10 | 9541 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Elantra (CN7) "KMH" | 2021 - 2022 | 95400-AA920 | 95400AA920_100* (*100 – 109) | 95400-AA**0_120 |
| | | 95400-AA930 | 95400AA930_100* (*100 – 109) | |
| | | 95400-AABQ0 | 95400AABQ0_100* (*100 – 109) | |
| Elantra (CN7a) "5NP" | | 95400-AB100 | 95400AB100_100* (*100 – 106) | 95400-AB1*0_110 |
| | | 95400-AB110 | 95400AB110_100* (*100 – 106) | |

| SUBJECT: | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) |

## ELANTRA GT (PD)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Elantra GT (PD) | 976. PD IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Elantra GT (PD) | PD BCM 95400-G3970/AP0 | 9700 |
| | PD BCM 95400-G3972/AP2 | 9722 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Elantra GT (PD) | 2018 - 2020 | 95400-G3970 | 95400G3970_100 (*100 – 106)<br>95400G3970_400 (*400 – 402)<br>95400G3970_600 (*600 – 602) | 95400G3**0_800 |
| | | 95400-G3AP0 | 95400G3AP0_100 (*100 – 106)<br>95400G3AP0_400 (*400 – 402)<br>95400G3AP0_600 (*600 – 602) | |
| | | 95400-G3972 | 95400-G3972_105<br>95400-G3972_300* (*300 – 301)<br>95400-G3972_500* (*500 – 502) | 95400G3**2_800 |
| | | 95400-G3AP2 | 95400-G3AP2_105<br>95400-G3AP2_300* (*300 – 301)<br>95400-G3AP2_500* (*500 – 502) | |

## VENUE (QX)

| EVENT INFORMATION | |
|---|---|
| MODEL | EVENT DESCRIPTION |
| Venue (QX) | 934.QX IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Venue (QX) | BCM 95400-K2500/01/10/11, 954A0-K2240/41 | 5400 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | OLD | NEW |
| Venue (QX) | 2020 - 2021 | 95400-K2500 | 95400-K2500_0 | 954*0-K2***_1 |
| | | 95400-K2510 | 95400-K2510_0 | |
| | | 95400-K2501 | 95400-K2501_0 | |
| | | 95400-K2511 | 95400-K2511_0 | |
| | | 954A0-K2241 | 954A0-K2241_0 | |
| | | 954A0-K2240 | 954A0-K2240_0 | |

| SUBJECT: | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) |
|---|---|

### VELOSTER (FS)(JS)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Veloster (FS) | 966. FS IMMOBILIZER (BCM) LOGIC IMPROVEMENT |
| Veloster (JS) | 968. JS IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Veloster (FS) | FS BCM 95400-2V070/1 (1.00~1.11) | 2070 |
| | FS BCM 95400-2V074/54 (1.00~1.02) | 2074 |
| | FS BCM 95400-2V074/184/054 (1.03~1.05) | 2184 |
| | FS BCM 95400-2V057/077/187 (2.00~2.05) | 2057 |
| Veloster (JS) | JS BCM 95400-J3720 | 5400 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Veloster (FS) | 2012 - 2017 | 95400-2V054<br>95400-2V074 | 954002V054_100* (*100 – 102)<br>954002V074_100* (*100 – 102) | 954002V***_110 |
| | | 95400-2V070<br>95400-2V071 | 954002V070_100* (*100 – 111)<br>954002V071_100* (*100 – 111) | 954002V***_120 |
| | | 95400-2V074 | 954002V074_103* (*103 – 105) | |
| | | 95400-2V054<br>95400-2V184 | 954002V054_103* (*103 – 105)<br>954002V184_103* (*103 – 105) | |
| | | 95400-2V057<br>95400-2V077<br>95400-2V187 | 954002V057_200* (*200 – 205)<br>954002V077_200* (*200 – 205)<br>954002V187_200* (*200 – 205) | 954002V***_210 |
| Veloster (JS) | 2019 - 2021 | 95400-J3720 | 95400-J3720_0 | 95400-J3720_1 |

### KONA (OS)

**GDS INFORMATION:**

| EVENT INFORMATION | |
|---|---|
| MODEL | EVENT DESCRIPTION |
| Kona (OS) | 975. OS IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| | MENU | PASSCODE |
|---|---|---|
| Kona (OS) | OS BCM 95400-J9GE0~LA0 (1.00/1.01/1.02) | 4485 |
| | OS BCM 954A0-J9GJ0~LA0 (1.03/1.04/1.05/1.06/1.07/1.08) | 7840 |
| | OS BCM 954C0-J9BK0~BZ0 (1.00/1.01/1.02/1.03/1.04/1.05) | 2222 |

> **ℹ Information**
>
> When selecting the manual update PASSCODE for Kona (OS), only look at the first 5 prefix of the BCM number. For example 95400-J9GE0, use the passcode 4485 because the first 5 prefix are 95400.

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | OLD | NEW |
| Kona (OS) | 2018 - 2022 | 95400-J9GE0 | 95400J9GE0_100* (*100 – 102) | 95400J9**0_300 |
| | | 95400-J9GF0 | 95400J9GF0_100* (*100 – 102) | |
| | | 95400-J9GG0 | 95400J9GG0_100* (*100 – 102) | |
| | | 95400-J9GH0 | 95400J9GH0_100* (*100 – 102) | |
| | | 95400-J9GJ0 | 95400J9GJ0_100* (*100 – 102) | |
| | | 95400-J9GK0 | 95400J9GK0_100* (*100 – 102) | |
| | | 95400-J9GL0 | 95400J9GL0_100* (*100 – 102) | |
| | | 95400-J9GM0 | 95400J9GM0_100* (*100 – 102) | |
| | | 95400-J9HG0 | 95400J9HG0_100* (*100 – 102) | |
| | | 95400-J9HJ0 | 95400J9HJ0_100* (*100 – 102) | |
| | | 95400-J9HK0 | 95400J9HK0_100* (*100 – 102) | |
| | | 95400-J9HL0 | 95400J9HL0_100* (*100 – 102) | |
| | | 95400-J9HM0 | 95400J9HM0_100* (*100 – 102) | |
| | | 95400-J9HN0 | 95400J9HN0_100* (*100 – 102) | |
| | | 95400-J9HP0 | 95400J9HP0_100* (*100 – 102) | |
| | | 95400-J9HR0 | 95400J9HR0_100* (*100 – 102) | |
| | | 95400-J9KH0 | 95400J9KH0_100* (*100 – 102) | |
| | | 95400-J9KJ0 | 95400J9KJ0_100* (*100 – 102) | |
| | | 95400-J9KK0 | 95400J9KK0_100* (*100 – 102) | |
| | | 95400-J9KL0 | 95400J9KL0_100* (*100 – 102) | |
| | | 95400-J9KX0 | 95400J9KX0_100* (*100 – 102) | |
| | | 95400-J9KY0 | 95400J9KY0_100* (*100 – 102) | |
| | | 95400-J9KZ0 | 95400J9KZ0_100* (*100 – 102) | |
| | | 95400-J9LA0 | 95400J9LA0_100* (*100 – 102) | |

| **SUBJECT:** | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) | | |
|---|---|---|---|
| Kona (OS) | 2018 - 2022 | 954A0-J9GJ0<br>954A0-J9GK0<br>954A0-J9GL0<br>954A0-J9GM0<br>954A0-J9HM0<br>954A0-J9HN0<br>954A0-J9HP0<br>954A0-J9HR0<br>954A0-J9KH0<br>954A0-J9KJ0<br>954A0-J9KK0<br>954A0-J9KL0<br>954A0-J9KX0<br>954A0-J9KY0<br>954A0-J9KZ0<br>954A0-J9LA0 | 954A0J9GJ0_103* (*103 – 108)<br>954A0J9GK0_103* (*103 – 108)<br>954A0J9GL0_103* (*103 – 108)<br>954A0J9GM0_103* (*103 – 108)<br>954A0J9HM0_103* (*103 – 108)<br>954A0J9HN0_103* (*103 – 108)<br>954A0J9HP0_103* (*103 – 108)<br>954A0J9HR0_103* (*103 – 108)<br>954A0J9KH0_103* (*103 – 108)<br>954A0J9KJ0_103* (*103 – 108)<br>954A0J9KK0_103* (*103 – 108)<br>954A0J9KL0_103* (*103 – 108)<br>954A0J9KX0_103* (*103 – 108)<br>954A0J9KY0_103* (*103 – 108)<br>954A0J9KZ0_103* (*103 – 108)<br>954A0J9LA0_103* (*103 – 108) | 954A0J9**0_300 |
| | | 954C0-J9BK0<br>954C0-J9BL0<br>954C0-J9BM0<br>954C0-J9BN0<br>954C0-J9BW0<br>954C0-J9BX0<br>954C0-J9BY0<br>954C0-J9BZ0 | 954C0J9BK0_100* (*100 – 105)<br>954C0J9BL0_100* (*100 – 105)<br>954C0J9BM0_100* (*100 – 105)<br>954C0J9BN0_100* (*100 – 105)<br>954C0J9BW0_100* (*100 – 105)<br>954C0J9BX0_100* (*100 – 105)<br>954C0J9BY0_100* (*100 – 105)<br>954C0J9BZ0_100* (*100 – 105) | 954C0J9**0_300 |

## ACCENT (HC)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Accent (HC) | 967. HC IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | **PASSCODE** |
|---|---|---|
| Accent (HC) | HC BCM 95400-J0400/410/420/430/440/450/460/470/560/570/580/590/600/610/620/630 | 9351 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Accent (HC) | 2018 - 2022 | 95400-J0400<br>95400-J0410<br>95400-J0420<br>95400-J0430<br>95400-J0440<br>95400-J0450<br>95400-J0460<br>95400-J0470<br>95400-J0560<br>95400-J0570<br>95400-J0580<br>95400-J0590<br>95400-J0600<br>95400-J0610<br>95400-J0620<br>95400-J0630 | 95400J0400_100* (*100 – 300)<br>95400J0410_100* (*100 – 300)<br>95400J0420_100* (*100 – 300)<br>95400J0430_100* (*100 – 300)<br>95400J0440_100* (*100 – 300)<br>95400J0450_100* (*100 – 300)<br>95400J0460_100* (*100 – 300)<br>95400J0470_100* (*100 – 300)<br>95400J0560_100* (*100 – 300)<br>95400J0570_100* (*100 – 300)<br>95400J0580_100* (*100 – 300)<br>95400J0590_100* (*100 – 300)<br>95400J0600_100* (*100 – 300)<br>95400J0610_100* (*100 – 300)<br>95400J0620_100* (*100 – 300)<br>95400J0630_100* (*100 – 300) | 95400J0***_310 |

| SUBJECT: | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) |
|---|---|

## SANTA FE SPORT (AN)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Santa Fe Sport (AN) | 962. AN IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| | MENU | PASSCODE |
|---|---|---|
| Santa Fe Sport (AN) | AN BCM 95400-4Z100(3.00) | 4100 |
| | AN BCM 95400-4Z110(3.00) | 4110 |
| | AN BCM 95400-4Z101(4.00/5.00) | 4101 |
| | AN BCM 95400-4Z111(4.00/5.00) | 4111 |
| | AN BCM 95400-4Z200(1.00) | 4200 |
| | AN BCM 95400-4Z210(1.00) | 4210 |
| | AN BCM 95400-4Z240(1.00) | 4240 |
| | AN BCM 95400-4Z250(1.00) | 4250 |
| | AN BCM 95400-4Z300(1.00/1.10) | 4300 |
| | AN BCM 95400-4Z310(1.00/1.10) | 4310 |
| | AN BCM 95400-4Z320(1.00/1.10) | 4320 |
| | AN BCM 95400-4Z330(1.00/1.10) | 4330 |
| | AN BCM 95400-4Z340(1.00/1.10) | 4340 |
| | AN BCM 95400-4Z350(1.00/1.10) | 4350 |
| | AN BCM 95400-4Z360(1.00/1.10) | 4360 |
| | AN BCM 95400-4Z370(1.00/1.10) | 4370 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | OLD | NEW |
| Santa Fe Sport (AN) | 2013 - 2018 | 95400-4Z100<br>95400-4Z110 | 954004Z100_300<br>954004Z110_300 | 95400-4Z**0_I00 |
| | | 95400-4Z101<br>95400-4Z111 | 954004Z101_400* (*400 – 500)<br>954004Z111_400* (*400 – 500) | |
| | | 95400-4Z200<br>95400-4Z210<br>95400-4Z240<br>95400-4Z250 | 954004Z200_100<br>954004Z210_100<br>954004Z240_100<br>954004Z250_100 | |
| | | 95400-4Z300 | 954004Z300_100<br>954004Z300_110 | |
| | | 95400-4Z310 | 954004Z310_100<br>954004Z310_110 | |
| | | 95400-4Z320 | 954004Z320_100<br>954004Z320_110 | |

| | | 95400-4Z330 | 954004Z330_100<br>954004Z330_110 | |
| --- | --- | --- | --- | --- |
| | | 95400-4Z340 | 954004Z340_100<br>954004Z340_110 | |
| | | 95400-4Z350 | 954004Z350_100<br>954004Z350_110 | |
| | | 95400-4Z360 | 954004Z360_100<br>954004Z360_110 | |
| | | 95400-4Z370 | 954004Z370_100<br>954004Z370_110 | |

**SUBJECT:** IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993)

## SANTA FE (NC)
## SANTA FE XL (NC)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Santa Fe (NC) Santa Fe XL (NC) | 972. NC IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Santa Fe (NC) Santa Fe XL (NC) | NC BCM 95400-4Z240 | 0804 |
| | NC BCM 95400-B8900 | 0098 |
| | NC BCM 95400-B8910 | 0198 |
| | NC BCM 95400-B8FO0 | 0800 |
| | NC BCM 95400-B8FN0 | 0801 |
| | NC BCM 95400-B8FP0 | 0802 |
| | NC BCM 95400-B8FQ0 | 0803 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Santa Fe (NC) Santa Fe XL (NC) | 2013 – 2018 2019 | 95400-4Z240 | 954004Z240_100 | 954004Z240_I00 |
| | | 95400-B8900 | 95400B8900_100 95400B8900_300 | 95400B8900_I00 |
| | | 95400-B8910 | 95400B8910_100 95400B8910_300 | 95400B8910_I00 |
| | | 95400-B8FO0 | 95400B8FO0_100 95400B8FO0_200 | 95400B8FO0_I00 |
| | | 95400-B8FN0 | 95400B8FN0_100 95400B8FN0_200 | 95400B8FN0_I00 |
| | | 95400-B8FP0 | 95400B8FP0_100 95400B8FP0_200 | 95400B8FP0_I00 |
| | | 95400-B8FQ0 | 95400B8FQ0_100 95400B8FQ0_200 | 95400B8FQ0_I00 |

## TUCSON (LM)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Tucson (LM) | 969. LM IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Tucson (LM) | LM BCM 95400-2S710 (003/004/005) | 2210 |
| | LM BCM 95400-2S711 (006) | 2211 |
| | LM BCM 95400-2S712 (007/008) | 2212 |
| | LM BCM 95400-2SEB0 (001/002/003/004/005) | 2200 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Tucson (LM) | 2011 - 2015 | 95400-2S710 | 954002S710_003<br>954002S710_004<br>954002S710_005 | 954002S710_020 |
| | | 95400-2S711 | 954002S711_006 | 954002S711_020 |
| | | 95400-2S712 | 954002S712_007<br>954002S712_008 | 954002S712_020 |
| | | 95400-2SEB0 | 954002SEB0_001<br>954002SEB0_002<br>954002SEB0_003<br>954002SEB0_004<br>954002SEB0_005 | 954002SEB0_020 |

| SUBJECT: | IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993) |
|---|---|

## TUCSON (TL)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Tucson (TL) | 978. TL IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| | MENU | PASSCODE |
|---|---|---|
| Tucson (TL) | TL BCM 95400-D3600/610/620/630/GA0/GB0/GD0/GE0 | 9471 |
| | TL PE BCM 95410-D3980/990/AA0/AB0/AG0/AH0/AJ0/AK0/CT0/CV0/CW0/CX0/DC0/DD0/DE0/DF0 | 9472 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | **OLD** | **NEW** |
| Tucson (TL) | 2016 - 2021 | 95400-D3600<br>95400-D3610<br>95400-D3620<br>95400-D3630<br>95400-D3GA0<br>95400-D3GB0<br>95400-D3GD0<br>95400-D3GE0 | 95400D3600_100* (*100 – 106)<br>95400D3610_100* (*100 – 106)<br>95400D3620_100* (*100 – 106)<br>95400D3630_100* (*100 – 106)<br>95400D3GA0_100* (*100 – 106)<br>95400D3GB0_100* (*100 – 106)<br>95400D3GD0_100* (*100 – 106)<br>95400D3GE0_100* (*100 – 106)<br>95400D3600_300* (*300 – 302)<br>95400D3610_300* (*300 – 302)<br>95400D3620_300* (*300 – 302)<br>95400D3630_300* (*300 – 302)<br>95400D3GA0_300* (*300 – 302)<br>95400D3GB0_300* (*300 – 302)<br>95400D3GD0_300* (*300 – 302)<br>95400D3GE0_300* (*300 – 302) | 95400-D3**0_I.00 |
| | | 95410-D3980<br>95410-D3990<br>95410-D3AA0<br>95410-D3AB0<br>95410-D3AG0<br>95410-D3AH0<br>95410-D3AJ0<br>95410-D3AK0<br>95410-D3CT0<br>95410-D3CV0<br>95410-D3CW0<br>95410-D3CX0<br>95410-D3DC0<br>95410-D3DD0<br>95410-D3DE0<br>95410-D3DF0 | 95410D3980_100* (*100 – 104)<br>95410D3990_100* (*100 – 104)<br>95410D3AA0_100* (*100 – 104)<br>95410D3AB0_100* (*100 – 104)<br>95410D3AG0_100* (*100 – 104)<br>95410D3AH0_100* (*100 – 104)<br>95410D3AJ0_100* (*100 – 104)<br>95410D3AK0_100* (*100 – 104)<br>95410D3CT0_100* (*100 – 104)<br>95410D3CV0_100* (*100 – 104)<br>95410D3CW0_100* (*100 – 104)<br>95410D3CX0_100* (*100 – 104)<br>95410D3DC0_100* (*100 – 104)<br>95410D3DD0_100* (*100 – 104)<br>95410D3DE0_100* (*100 – 104)<br>95410D3DF0_100* (*100 – 104) | 95410-D3**0_I.00 |

## TUCSON (NX4/NX4a)

| EVENT INFORMATION | |
|---|---|
| **MODEL** | **EVENT DESCRIPTION** |
| Tucson (NX4) ("KM8") | 973. NX4 IMMOBILIZER (BCM) LOGIC IMPROVEMENT |
| Tucson (NX4a) ("5NM") | 974. NX4a IMMOBILIZER (BCM) LOGIC IMPROVEMENT |

**MANUAL MODE PASSCODE INFORMATION TABLE:**

| MENU | | PASSCODE |
|---|---|---|
| Tucson (NX4) ("KM8") | NX4 BCM 95400-N9000/010/120/130/180/190 | 1238 |
| | NX4 BCM 95400-N9001/011/121/131/181/191 | 9181 |
| | NX4 BCM 95400-N9002/012/122/132/182/192 | 9182 |
| Tucson (NX4a) ("5NM") | NX4a BCM 95400-CW000/50 | 4050 |
| | NX4a BCM 95400-CW001/51 | 9551 |

**ROM ID INFORMATION TABLE:**

| MODEL | MODEL YEAR | BCM/IBU P/N | ROM ID | |
|---|---|---|---|---|
| | | | OLD | NEW |
| Tucson (NX4) ("KM8") | 2022 | 95400-N9000<br>95400-N9010<br>95400-N9120<br>95400-N9130<br>95400-N9180<br>95400-N9190 | 95400N9000_100* (*100 – 104)<br>95400N9010_100* (*100 – 104)<br>95400N9120_100* (*100 – 104)<br>95400N9130_100* (*100 – 104)<br>95400N9180_100* (*100 – 104)<br>95400N9190_100* (*100 – 104) | 95400-N9**0_I00 |
| | | 95400-N9001<br>95400-N9011<br>95400-N9121<br>95400-N9131<br>95400-N9181<br>95400-N9191 | 95400N9001_100* (*105 – 106)<br>95400N9011_100* (*105 – 106)<br>95400N9121_100* (*105 – 106)<br>95400N9131_100* (*105 – 106)<br>95400N9181_100* (*105 – 106)<br>95400N9191_100* (*105 – 106) | 95400-N9**1_I00 |
| | | 95400-N9002<br>95400-N9012<br>95400-N9122<br>95400-N9132<br>95400-N9182<br>95400-N9192 | 95400N9002_100* (*100 – 112)<br>95400N9012_100* (*100 – 112)<br>95400N9122_100* (*100 – 112)<br>95400N9132_100* (*100 – 112)<br>95400N9182_100* (*100 – 112)<br>95400N9192_100* (*100 – 112) | 95400-N9**2_I00 |
| Tucson (NX4a) ("5NM") | 2022 | 95400-CW000<br>95400-CW050 | 95400CW000_100* (*100 – 104)<br>95400CW050_100* (*100 – 104) | 95400-CW0*0_I00 |
| | | 95400-CW001<br>95400-CW051 | 95400CW001_100* (*100 – 106)<br>95400CW051_100* (*100 – 106) | 95400-CW0*1_I00 |

**SUBJECT:** IBU/BCM SOFTWARE UPDATE AND DECALS APPLICATION (SERVICE CAMPAIGN 993)

**Service Procedure:**

## SOFTWARE UPDATE

 **Information**

**Perform the anti-theft decals installation while the BCM software is being updated.**

1. Select IBU/BCM as the system to update.



2. Select ID Check.

   Check the current version of the IBU/BCM ROM ID and compare it to the ROM ID information table listed above before attempting to perform the software update.

2. Perform GDS software update. Refer to TSB **15-GI-001** for the tablet-based Mobile GDS ECU update procedures.

3. While the software is updating, perform the anti-theft decals installation as outlined on page 7.

4. Ensure the software update was successful with the latest ROM ID.



5. After the software has updated, check for Diagnostic Trouble Codes in the **ALL** menus and erase any DTC.

6. Software update complete.

## ANTI-THEFT DECALS INSTALLATION

 **Information**

**Perform the anti-theft decals installation while the BCM software is being updated.**

1. Print the last page of this TSB, as it is the template to assist with the decals installation.

2. Fold the template from the bottom upward to the solid line.



3. Cut out the two rectangles.



4. Roll both the front driver and passenger windows to the upmost position.

5. Use rubbing alcohol and a new rag to clean the inside lower left corner of the front driver side window, and lower right corner of the front passenger side window.



**The anti-theft decals can be installed over a tinted window film.**



6. Align the template edge approximately ¼" next to the existing label's/decal's edge.

Use masking tape to tape down the template onto the glass and door panel.





7.  Tear/Cut two anti-theft decals from the roll.



8.  Without touching the bottom (glue side) of the decal, carefully pull back the paper side halfway and align it within the cut-out rectangle template.

    Use thumb to firmly press the decal down onto the window glass.



**NOTICE**

**Avoid touching the bottom (glue side) of the decal as the fingerprint will reduce the adhesive strength to the window glass.**



9.  Remove the template.

    Continue pressing down in the decal, ensuring there are no visible bubbles within the decal.

10. Repeat the steps 5-9 for the other window.

11.

**STUI** 

Using STUI, take pictures of both the driver and passenger anti-theft decals on the front windows with a piece of paper including the last 6 digits of the VIN and date of the repair. Upload the photos to STUI.

> **NOTICE**
>
> If the window is tinted with a non-legal shade, inform the customer of the possible poor visibility of the anti-theft decals.

> **NOTICE**
>
> The anti-theft decal template can be reused for all models.

> **NOTICE**
>
> Once the upgrade procedure has been completed, the key fob buttons to lock and unlock the vehicle are required to activate/deactivate the anti-theft system. After using the key fob to activate the anti-theft system, the key fob must be used to first disarm the system prior to attempting to start the vehicle.

Driver Front Window



Passenger Front Window



**ANTI-THEFT DECALS INSTALLATION TEMPLATE**

1. Fold the bottom of the page upward at the solid line as indicated below.
2. Cut the two rectangles out as indicated below.
3. Align the template closely, approximately ¼" to the existing label's edge.
4. Use masking tape to tape down the template onto the glass and door panel.
5. Carefully peel the anti-theft decal paper side halfway and align it to the template.
6. Use thumb to firmly press the label down onto the window glass.
7. Ensure there are no visible bubbles within the decal.

