# EXHIBIT E

|  **Technical Service Bulletin** | GROUP<br>**CAMPAIGN** | NUMBER<br>**23-01-055H** |
|---|---|---|
| | DATE<br>**JUNE 2023** | MODEL(S)<br>**SEE BELOW** |

| **SUBJECT:** | ANTI-THEFT STEERING WHEEL LOCKS<br>(CUSTOMER SATISFACTION INITIATIVE P32) |
|---|---|

> ★ **IMPORTANT**
>
> Dealers must perform this customer satisfaction campaign for all retail customers. Access the "Vehicle Information" screen via WEBDCS to identify open campaigns.

**Description:** Hyundai Motor America is offering steering wheel locks to owners of certain 2011 – 2017MY vehicles that are not eligible for Service Campaign 993 anti-theft software. This bulletin describes the procedure to provide the steering wheel locks to customers on the dealership service drive.

**Background**: In response to increasing and persistent thefts targeting certain Hyundai vehicles without push-button ignitions and immobilizer anti-theft devices, Hyundai is providing steering wheel locks to affected customers free of charge.



**Applicable Vehicles: Certain vehicles <u>not equipped</u> with START/STOP button and <u>not equipped</u> with immobilizer anti-theft devices:**
- 2011–2017MY Accent (MC/RB)
- 2013–2014MY Elantra Coupe (JK)
- 2011–2012MY Elantra Touring (FD)
- 2011–2012MY Santa Fe (CM)
- 2011–2012MY Veracruz (EN)
- 2011–2012MY Genesis Coupe (BK)

Circulate To: General Manager, Service Manager, Parts Manager, Warranty Manager, Service Advisors, Technicians, Body Shop Manager, Fleet Repair

**Parts Information:**

| Model | Part Name | Part Number | Figure | Quantity |
|---|---|---|---|---|
| All | Steering Wheel Lock | 6009L | | 1 (Orders come in cases of 8) |

**Warranty Information:**

| Model | Op. Code | Operation | Op. Time | Causal Part | Nature | Cause |
|---|---|---|---|---|---|---|
| All | CAMPP32A | PROVIDE STEERING WHEEL LOCK TO CUSTOMER | 0.1 M/H | 6009L | I14 | ZZ6 |
| | CAMPP32B | CUSTOMER **DECLINED** OFFER | 0.1 M/H | 6009L | I14 | ZZ6 |

**NOTE 1:** Submit claim on Claim Entry Screen as "Campaign" type.
**NOTE 2:** If customer declined to receive the steering wheel lock (Op Code CAMPP32B), please ensure customer signature is on the Repair Order explicitly stating as such.

**Service Procedure:**

1. Provide the customer with the Steering Wheel Lock.

2. Refer to the related P32 Dealer Best Practice for talk tracks and customer FAQ.