1  Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
2  **QUINN EMANUEL URQUHART &**
3  **SULLIVAN, LLP**
   865 South Figueroa Street, 10th Floor
4  Los Angeles, CA  90017-2543
   Telephone: (213) 443-3000
5  Facsimile: (213) 443-3100

6  Peter J. Brennan (*pro hac vice*)
   PBrennan@jenner.com
7  **JENNER & BLOCK LLP**
   353 North Clark Street
8  Chicago, IL 60654-3456
   Telephone: (312) 222-9350
9  Facsimile: (312) 527-0484

10 *Counsel for Defendants*

11           **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
|---|---|
|  | The Honorable James V. Selna |
| This document relates to: CONSUMER CLASS ACTION | **NOTICE OF NON-OPPOSITION TO CONSUMER CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1    PLEASE TAKE NOTICE THAT defendants Hyundai Motor America, Hyundai
2 Motor Company, Kia America, Inc., and Kia Corporation do not oppose consumer
3 plaintiffs' motion for preliminary approval of the proposed consumer class action
4 settlement. (ECF No. 166). Without necessarily adopting plaintiffs' characterization of
5 the underlying facts or the strength of their claims, defendants agree the settlement
6 presented for preliminary approval was reached through good-faith and rigorous
7 negotiations, and provides substantial benefits to class members.
8 Dated: August 2, 2023

By: /s/*Shon Morgan*
Shon Morgan
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Fl.
Los Angeles, CA  90017-2543

Peter J. Brennan
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*