# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 8:22-ml-03052-JVS (KESx) |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation |
| Date | August 3, 2023 |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order for Supplemental Declarations**

Before the Court is able to fully consider the fairness of the Preliminary Settlement (Dkt. No. 166), the Court requires the following information from the Parties:

1. An explanation of how the Parties calculated the maximum payout for each Reimbursement for Qualifying Loss (see Settlement Agreement § II.D.3(a-d)), including whether and in what amount the reimbursement amount accounts for a risk assessment discount;
2. A statement of no more than 10 pages from the Governmental Entities regarding their impressions of the Settlement Agreement;
3. A statement of no more than 10 pages from the Insurance Agency Parties regarding their impressions of the Settlement Agreement.

The Parties shall submit such supplemental declarations within 7 days of this Order. Should the Parties need additional time to compile and submit the required information, they may request a continuance of the date for the Preliminary Settlement hearing.

**IT IS SO ORDERED.**