| | |
|---|---|
| Shon Morgan (Bar No. 187736)<br>shonmorgan@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Peter J. Brennan (*pro hac vice*)<br>PBrennan@jenner.com<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>*Counsel for Defendants* | Steve W. Berman, Esq.<br>**HAGENS BERMAN SOBOL<br>SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington  98101<br><br>Kenneth B. McClain<br>**HUMPHREY FARRINGTON &<br>McCLAIN, P.C.**<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050<br><br>Elizabeth A. Fegan<br>**FEGAN SCOTT LLC**<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606<br><br>Roland Tellis<br>**BARON & BUDD, P.C.**<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436<br><br>*Consumer Class Action Leadership and<br>Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**JOINT NOTICE OF SETTLEMENT ADMINISTRATOR SELECTION** |

-1-

The Consumer Plaintiffs and Defendants are pleased to inform the Court that pursuant to the settlement agreement (Dkt. 166-2 at 9, 17), they have jointly selected Angeion Group, LLC to serve as settlement administrator, subject to Court approval.

Steven Weisbrot, Esq., from Angeion will submit a declaration before the August 15 preliminary approval hearing that further describes the plan to promptly and effectively distribute class notice in the event the Court grants preliminary approval.

Dated: August 10, 2023

By: /s/*Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL
    SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON &
    McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050

    Roland Tellis, Esq.
    BARON & BUDD, P.C.
    15910 Ventura Blvd., Suite 1600
    Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: /s/*Shon Morgan*
    Shon Morgan
    QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
    865 South Figueroa Street, 10th Fl.
    Los Angeles, CA 90017-2543

    Peter J. Brennan
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

*Counsel for Defendants*

**FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Shon Morgan*
Shon Morgan