1  Gretchen Freeman Cappio (*pro hac vice*)
2  gcappio@kellerrohrback.com
   KELLER ROHRBACK L.L.P.
3  1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
4

5  *Chair of the Governmental Entities Committee*

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10  IN RE: KIA HYUNDAI VEHICLE          No. 8:22-ML-03052-JVS-KES
    THEFT MARKETING, SALES
11  PRACTICES, AND PRODUCTS            The Honorable James V. Selna
    LIABILITY LITIGATION
12                                      **DECLARATION OF GRETCHEN**
                                        **FREEMAN CAPPIO RE:**
13                                      **GOVERNMENTAL ENTITIES'**
                                        **STATEMENT ON PROPOSED**
14  *This document relates to:*         **CONSUMER SETTLEMENT**
                                        **AGREEMENT**
15      GOVERNMENTAL ENTITIES
        TRACK
16                                      Date: August 15, 2023
                                        Time: 3:00 P.M.
17                                      Courtroom: 10C

18

19      I, Gretchen Freeman Cappio, hereby declare as follows:

20      1.      I am a partner with the firm of Keller Rohrback L.L.P. and represent the

21  Governmental Entity Plaintiffs in the above-captioned case.

22      2.      I am a member in good standing with the state bars of Washington and

23  Michigan, and admitted *pro hac vice* in this matter. I have personal knowledge of the

24                                     1
       DECL. OF GRETCHEN FREEMAN CAPPIO RE GOVERNMENTAL ENTITIES'
         STATEMENT ON PROPOSED CONSUMER SETTLEMENT AGREEMENT

matters stated below. If called as a witness, I could competently testify under oath concerning the substance of this declaration based upon my own personal knowledge.

3.      Attached as Exhibit A is a true and accurate copy of an August 4, 2023 article by Vince Grzegorek of the Cleveland Scene newspaper, titled "21-Year-Old Dead, Passenger in Critical Condition After Being Hit By Teens Driving Stolen Kia in Old Brooklyn," available at https://www.clevescene.com/news/21-year-old-dead-passenger-in-critical-condition-after-being-hit-by-stolen-kia-driven-by-teens-in-old-brooklyn-42491913.

4.      Attached as Exhibit B is a true and accurate copy of an August 3, 2023 ABC Eyewitness News article titled "Driver who allegedly hit 10 people in Midtown appears in court," available at https://abc7ny.com/nyc-accident-car-strikes-pedestrians-42nd-and-lexington-breaking-news/13591512/.

5.      Attached as Exhibit C is a true and accurate copy of a May 3, 2023 article by Stephen Rivers of Carscoops, titled "Two minors Injured After Stolen Kia Recklessly Smashes Into School Bus," available at https://www.carscoops.com/2023/05/two-minors-injured-after-stolen-kia-recklessly-smashes-into-school-bus/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 10th day of August, 2023.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO

2
DECL. OF GRETCHEN FREEMAN CAPPIO RE GOVERNMENTAL ENTITIES'
STATEMENT ON PROPOSED CONSUMER SETTLEMENT AGREEMENT

1

2

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO

DECL. OF GRETCHEN FREEMAN CAPPIO RE GOVERNMENTAL ENTITIES'
STATEMENT ON PROPOSED CONSUMER SETTLEMENT AGREEMENT