# EXHIBIT A

# 21-Year-Old Dead, Passenger in Critical Condition After Being Hit By Teens Driving Stolen Kia in Old Brooklyn

**It's the second fatal accident involving a stolen Kia or Hyundai in less than a month**

By Vince Grzegorek on Fri, Aug 4, 2023 at 9:15 am



Car thefts have tripled in Cleveland in 2023 compared to last year

The 21-year-old driver of a car is dead and her passenger is in critical condition after a stolen Kia crashed into their vehicle last night in Old Brooklyn near the intersection of Pearl and Altoon.

All four in the stolen Kia were teenagers, ranging in ages from 12 to 17. According to officials, it's not even clear at the moment who was driving, since they were thrown all over the car during the rollover collision. The teens were transported to Metro for injuries, including one patient with two broken femurs.

Cleveland city council in a Wednesday public safety committee meeting grilled Police Chief Wayne Drummond and Safety Director Karrie Howard on the summer crime wave, which has seen homicides and stolen cars skyrocket. There have been 3,789 vehicle thefts in the city in 2023 so far, with the majority of those being Kias and Hyundais and the majority of total cases coming in the Second and Third districts.

"This is what we're dealing with every day," Cuyahoga County prosecutor Mike O'Malley told Scene. "These stolen Kias and Hyundais are the heartbeat of crime in the county. They are driving the crime rate up throughout our community and have created numerous tragedies as the result of wreckless driving."

Ex. A

p. 5

He noted this is the second time an innocent victim has been killed in a car crash involving a stolen Kia or Hyundai in less than a month: A passenger in a vehicle died on July 10 after a stolen car traveling at 85 mph blew a red light at E. 79th and Cedar and hit another car.

Drummond, in talking to council, reiterated the precarious and unique situation that cops are dealing with, citing a recent incident. "I'm talking ages 12 to 17. That should shock you, folks!" Drummond said. "We're talking about 12 year olds here. A 12-year-old girl involved in this."

[Subscribe to Cleveland Scene newsletters.](#)

Follow us: [Apple News](#) | [Google News](#) | [NewsBreak](#) | [Reddit](#) | [Instagram](#) | [Facebook](#) | [Twitter](#) | Or sign up for our [RSS Feed](#)

**Tags:**
- [Kia Boys](#),

    [Stolen Cars Cleveland](#)

## ABOUT THE AUTHOR



_Vince Grzegorek_

Vince Grzegorek has been with Scene since 2007 and editor-in-chief since 2012. He previously worked at Discount Drug Mart and Texas Roadhouse.