# EXHIBIT C

OFFBEAT

# Two Minors Injured After Stolen Kia Recklessly Smashes Into School Bus

One minor that was in the stolen Kia sustained critical injuries and requires brain surgery according to a relative



by **Stephen Rivers**

May 3, 2023 at 13:29



Two minors are recovering after a crash involving a stolen Kia and a school bus. The Kia Optima owner says that it's the fourth time someone has tried to steal the car. Video cameras captured the scene from multiple angles and police are still searching for the driver.

Persha Henison never thought it would be her car that ended up stolen. She had a club steering wheel locking device on her vehicle. It didn't end up being enough to keep her Kia Optima safe. Police didn't mention it in this case but many Kia and Hyundai models have a well-documented security exploit that makes them easy to steal.

Video from the intersection of 80th and Kienhau in Milwaukee shows a group of young individuals in the car. It swerves back and forth as kids hang out of the windows before the Kia impacts the back of a parked bus. The crash is so violent that it lifts the rear wheels of the bus up off of the ground.

"It's scary. Very scary. Because this isn't the first time I've seen reckless driving in this area during school hours. Stupidity. It's sad, but it's stupidity. They messed around and they found out, one person got hurt. Another person got hurt on the bus and his friends ditched him. Stupidity in my book," local Therese Nelson said.

"When I saw them coming this way, I dialed 911 right away because it's reckless driving., they're hanging out of the windows. In the process of actually getting in touch with a dispatcher, they turned around and everything happened so quickly," she continued.

One of the two injured kids was riding in the Kia when it struck the bus. An unnamed relative said that the minor was in critical condition and required brain surgery as a result of the accident.

The other injury happened to 11-year-old Nate Skinner who was stepping off of the bus as it was hit. "The white car, it swerved and hit the bus and as the bus was going up, I fell out the bus and the tire ran over my foot," Skinner told WISN 12 News Monday.

Surveillance footage shows a group of teens running down the road after the crash. Police have yet to find the driver. Anyone with any information is asked to contact Milwaukee police at 414-935-7360, or to remain anonymous, contact Crime Stoppers at 414-224-Tips.

*Image Credit: WISN 12 News*

**TAGS** BUS KIA OFFBEAT NEWS SAFETY VIDEO