Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

PLEASE TAKE NOTICE that pursuant to Section IV.C.3 of the consumer class plaintiffs' unopposed motion for preliminary approval of the class action settlement (Dkt. 166) and Section IV.A of the Settlement Agreement (Dkt. 166-2 at 21), defendants Hyundai Motor Company, Hyundai Motor America, Kia America, Inc., and Kia Corporation, respectfully file this notice and Declaration from Epiq Class Action & Claims Solutions, Inc. to confirm that the required notice of the proposed settlement was sent pursuant to 28 U.S.C. § 1715 on July 28, 2023.

Dated: August 13, 2023

By: /s/*Shon Morgan*
    Shon Morgan
    QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
    865 South Figueroa Street, 10th Fl.
    Los Angeles, CA  90017-2543

    Peter J. Brennan
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

    *Counsel for Defendants*