Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Peter J. Brennan (*pro hac vice*)
  PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| | **DEFENDANTS' RESPONSE TO GOVERNMENTAL ENTITIES' STATEMENT AND LETTER FROM SIX STATE ATTORNEYS GENERAL RE: THE PROPOSED CONSUMER SETTLEMENT AGREEMENT** |
| This document relates to: | |
| CONSUMER CLASS ACTION | |

As requested by the Court, the Governmental Entity Plaintiffs ("GE Plaintiffs") filed a statement regarding the proposed Consumer Class Settlement (Dkt. 183, "GE Statement") and one day later, six State Attorneys General (the "Six AGs") submitted an unsolicited letter to the Court as well.  (Dkt. 186, "Six AGs Letter").[1]  Neither the GE Plaintiffs nor the Six AGs take any position on the fairness and adequacy of the proposed Consumer Class Settlement.  *See* Dkt 183 at 1 ("GE Plaintiffs . . . take no

---

[1]   In July, Defendants gave notice of the Consumer Class Settlement to all 50 States' Attorneys General pursuant to the requirements of the Class Action Fairness Act, 28 U.S.C. § 1715.  Not one State Attorney General has objected to the Settlement and only the Six AGs submitted a written response.

position on the sufficiency of the monetary relief provided or whether the proposed consumer settlement should be approved"); Dkt. 186 at 4 n.8 ("Just as the [GE] Plaintiffs, we take no position on the adequacy of the monetary relief provided in the Settlement Agreement.").   Instead, both groups speculate that the Settlement is unlikely to "abate" the alleged "nuisance" caused by those who perpetrate the unlawful thefts and reckless misuse of the vehicles at issue, and then post videos of their feats as part of a social media "challenge."  Significantly, no nuisance claim is at issue in the consumer case or the Settlement under review, and the conjecture offered in the comments of these groups is irrelevant to the Court's consideration of the proposed settlement.   Nonetheless, both the GE Plaintiffs and the Six AGs mischaracterize several key points and omit material information, as described in detail below.

*First,* the GE Plaintiffs and Six AGs assert that the Class Vehicles contain a safety defect that requires a recall of the Class Vehicles.  Regrettably, neither the GE Plaintiffs nor the Six AGs disclose to this Court that the Six AGs (along with 12 other State Attorneys General) made the exact same assertion in a written recall request to the agency exclusively vested with authority to regulate automobile safety nationally under federal law, the Department of Transportation's National Highway Traffic Safety Administration ("NHTSA").  The recall request claimed the Class Vehicles violate Federal Motor Vehicle Safety Standards and/or "have a defect posing an unreasonable risk to motor vehicle safety" and asked NHTSA to order that a recall of the Class Vehicles be conducted.  (*See* April 20, 2023 recall request of 18 State Attorneys General, including the Six AGs, attached hereto as Exhibit "A").

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

Case No. 8:22-ML-3052-JVS(KESx)
DEFENDANTS' RESPONSE TO GE STATEMENT AND AG LETTER RE: PROPOSED CONSUMER
SETTLEMENT AGREEMENT

NHTSA clearly and unambiguously rejected this contention in a detailed response, stating that immobilizer technology is *not* required and *no* safety defect exists so as to justify a recall:

> NHTSA has not determined that this issue constitutes either a safety defect or noncompliance requiring a recall under the National Traffic and Motor Vehicle Safety Act, 49 U.S.C. Chapter 301 . . . FMVSS [Federal Motor Vehicle Safety Standards] No. 114, does not require an engine immobilizer . . .. Here, the safety risk arises from unsafe use of a motor vehicle by an unauthorized person after taking significant destructive actions to parts of the vehicle.

(June 5, 2023 NHTSA response, attached as Exhibit "B" hereto).  Both the GE Plaintiffs and Six AGs are well aware NHTSA clearly determined 1) there is no requirement that immobilizers be installed, 2) there is no safety defect in the Class Vehicles, 3) any safety risk is caused by reckless driving following intentional thefts, not the design or manufacture of the vehicle, and 4) there is no basis for a recall.  Yet neither group brought NHTSA's determination to this Court's attention in their submissions, instead merely repeating their unfounded claims.[2]  The failure of the Six AGs to do so is especially troubling given that they each signed the recall request to NHTSA and in turn received the rejection and detailed explanation in response from NHTSA.[3]

**Second**, both the GE Plaintiffs and Six AGs assert that the software upgrade installation rates are low and will take "years" to complete; but in fact the calculations used fail to account for the fact that approximately 15- 20% of the Class Vehicles are no longer in service, having been scrapped or otherwise taken off the road in the

---

[2]   NHTSA's determination, the grounds therefor, and the legal implications will be more fully addressed in the Motion to Dismiss the Consolidated Governmental Entities' Complaint, due to be filed by September 8, 2023 and heard by this Court on November 13, 2023.

[3]   Notably, the other 12 State Attorneys General who made the recall request to NHTSA and received NHTSA's response rejecting their request, did not join in the Six AGs' Letter to this Court.

Case No. 8:22-ML-3052-JVS(KESx)
DEFENDANTS' RESPONSE TO GE STATEMENT AND AG LETTER RE: PROPOSED CONSUMER SETTLEMENT AGREEMENT

ordinary course of use.[4]  Moreover, Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KUS") are actively encouraging and promoting installation of the anti-theft upgrade, often in collaboration with local law enforcement or other governmental agencies, and are pleased and encouraged by the consumer response at this relatively early stage of the rollout.

*Third,* the Six AGs' complaint that the class notice plan is inadequate because it relies only on "press campaigns" rather than mailed, written notice (Dkt. 186 at 3) is puzzling.  The Settlement—which as noted above was sent to all 50 State Attorneys General in July—expressly provides for individual, mailed notice to every registered Class Vehicle owner.  Dkt. 166-2 at 22.

*Fourth*, both the GE Plaintiffs and the Six AGs highlight injuries and deaths caused by the thefts and reckless driving of the Class Vehicles by non-party individuals, but cite no determinations that Defendants were liable or otherwise at fault for such tragic events.  In one such incident, a wrongful death case was filed against Kia Corporation ("KC") and KUS that asserted some of the same claims as those asserted by GE Plaintiffs, including public nuisance and negligence (*Payne v. Kia Corporation and Kia America, Inc.*, Case No. 1:22-cv-00881-JLS (W.D.N.Y.)). The *Payne* case was dismissed *with prejudice* at plaintiffs' request following the filing of KC and KUS's motion to dismiss, which raised many of the same grounds to be raised in the motion to dismiss the Consolidated Governmental Entities Complaint herein.[5]

---

[4]   The Class Vehicles encompass 2011 through 2022 model year vehicles manufactured without an engine immobilizer; a reliable third-party authorized to obtain current state vehicle registration information and in-service vehicle data identifies and notifies eligible customers of the software upgrade.

[5]   The dismissal with prejudice resulted from no agreement other than that each side would pay its own costs of suit and attorneys' fees. *See Payne v. Kia Corporation and Kia America, Inc.*, Case No. 1:22-cv-00881-JLS (W.D.N.Y.), Dkt. 25 (Stipulation re dismissal), Dkt. 26 (Order of dismissal with prejudice).

Stripped of these misstatements and omissions, the balance of the GE Plaintiffs' and Six AGs' submissions is reduced to unsupported supposition.  For example, the Six AGs provide no evidentiary support for their allegation that in July 2023, the number of Hyundai and Kia vehicles stolen in Minneapolis and St. Paul was 15 and six times (respectively) the monthly average in 2021, and perhaps more importantly, conspicuously avoids any mention of 2022, leaving the Court to wonder whether in fact the data confirms a *downward* trend in theft rates as a result of Defendants' voluntary mitigation measures and other factors.  Similarly, contentions in the GE Plaintiffs' Statement and Six AGs' Letter about the efficacy of the software upgrade are based primarily on uncorroborated media articles about anecdotal incidents, not hard data or testing.[6]  As to the portion of the Consumer Class not eligible for the software upgrade, the GE Plaintiffs and Six AGs say they would prefer a recall or vehicle buyback to the monetary assistance toward anti-theft devices the proposed Settlement provides.  That a non-party can conceive of a more comprehensive remedy (one that here would be so prohibitively expensive as to preclude any settlement at all) does not render the negotiated settlement unfair or inadequate.  *See Lane v. Facebook,* 696 F.3d 811, 819 (9th Cir. 2012) ("As our precedents have made clear, the question whether a settlement is fundamentally fair within the meaning of Rule 23 is different from the question whether the settlement is perfect in the estimation of the reviewing court. . . [A]district court's only role in reviewing the substance of that settlement is to ensure that it is 'fair, adequate, and free from collusion'").  Moreover, as pointed out in the response of the Consumer Class Plaintiffs (Dkt. 187), such concerns are speculative and premature.  Confirmatory discovery will provide the Consumer Class Plaintiffs, and in turn the Court, with reliable and comprehensive information about the efficacy and progress of the software upgrade.  Any legitimate

---

[6]   Despite lamenting the thefts in their communities, only a few of the GE Plaintiffs participated in HMA and KUS's efforts to provide free steering wheel locks to owners of Class Vehicles in their cities, or even contacted HMA or KUS before filing suit.

concerns about such issues (that relate to the claims actually being settled) are properly raised at the final approval stage on a developed record.

DATED:  August 13, 2023                    Respectfully submitted,

By:/s/ *Shon Morgan*

Shon Morgan
QUINN EMANUEL URQUHART  &
SULLIVAN, LLP
865 South Figueroa Street, 10th Fl.
Los Angeles, CA  90017-2543

Peter J. Brennan
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Counsel for Defendants*

# EXHIBIT A



### State of California
## Office of the Attorney General

### ROB BONTA
*ATTORNEY GENERAL*

April 20, 2023

**<u>Sent via Mail and E-Mail</u>**

Ann Carlson
Acting Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Dear Ms. Carlson:

We are writing to ask that the National Highway Traffic Safety Administration (NHTSA) use its authority to institute a recall of unsafe Hyundai and Kia vehicles manufactured between 2011 and 2022 whose easily-bypassed ignition switches and lack of engine immobilizers make them particularly vulnerable to theft. Due to this vulnerability in their starting systems, the vehicles can be hotwired and stolen in a matter of minutes, presenting a serious safety issue nationwide. Thefts of these Hyundai and Kia vehicles have led to at least eight deaths, numerous injuries and property damage, and they have diverted significant police and emergency services resources from other priorities.

Hyundai and Kia announced that they will initiate voluntary service campaigns to offer software updates for certain vehicles with this starting-system vulnerability. Unfortunately, however, this is an insufficient response to the problem and does not adequately remedy the safety concerns facing vehicle owners and the public. First, it will reportedly take months to release software updates for all models, and more troubling, an update is not even feasible for a significant percentage of the affected vehicles.[1] Second, this voluntary service campaign lacks the notice and other regulatory requirements of a noncompliance or safety recall process and thus is unlikely to remedy as many vehicles as necessary in a timely manner.

---

[1] For example, according to Hyundai, "[s]ome 2011-2022 model year vehicles without engine immobilizers cannot accommodate the software upgrade." See Hyundai, "Anti-Theft Software Upgrade," available at hyundaiantitheft.com [answer to FAQ, "What if my vehicle cannot be fitted with the software upgrade?"].

Ann Carlson
April 20, 2023
Page 2

In short, the affected vehicles' starting systems are not in compliance with federal standards and pose an unreasonable risk to public safety. We call on NHTSA to exercise its authority to order a mandatory recall or ensure Hyundai and Kia institute a voluntary recall.

## I.   Hyundai and Kia Vehicles' Vulnerability to Hotwiring and Theft Has Created a Safety Crisis on U.S. Roads

As you know, news reports and public safety agencies across the country have described the widespread theft of certain models of Hyundai and Kia vehicles whose starting systems render them easily hotwired and stolen. In particular, the vehicles' ignition switches can be easily bypassed by removing the steering wheel column cover, accessing the keyed ignition, and turning it with a USB cable or similar shaped item. As discussed below, this is a violation of federal motor vehicle safety standards.[2] The vehicles also lack engine immobilizers, ubiquitous antitheft devices that provide a second line of defense against theft by preventing vehicles from being started unless a unique code is transmitted from the vehicle key. Immobilizers have been industry-standard for years, reducing rates of vehicle theft substantially, yet they are absent from these Hyundai and Kia vehicles, rendering them particularly vulnerable to theft.[3]

A viral social media trend has exposed this vulnerability and exacerbated the problem. Gaining notoriety in 2021, individuals known as the "Kia Boyz" uploaded videos to the social media platform TikTok showing the ease of stealing Hyundai and Kia vehicles.[4] Using only a USB cable and a screwdriver, the Kia Boyz demonstrated how to quickly bypass the keyed ignition by prying off the steering wheel column, accessing the ignition switch, and starting the vehicle without a key in as little as 20 to 30 seconds.[5] The Kia Boyz challenged viewers to steal

---

[2] See 49 C.F.R. § 571.114 ("Standard No. 114; Theft protection and rollaway prevention"); NHTSA Guidance Document, No. GF005229-2 (Sept. 24, 2004), available at https://www.nhtsa.gov/interpretations/gf005229-2.

[3] See Highway Loss Data Institute, "Hyundai and Kia theft losses" Bulletin (Dec. 2021), available at https://www.iihs.org/media/0e14ba17-a3c2-4375-8e66-081df9101ed2/opm7QA/HLDI%20Research/Bulletins/hldi_bulletin_38-28.pdf [Figure 1 showing percentage of vehicle series with engine immobilizer as standard equipment by model year 2000-2021]; Insurance Institute for Highway Safety, "Hyundais, Kias are easy targets amid boom in vehicle thefts" (Sept. 22, 2022), available at https://www.iihs.org/news/detail/hyundais-kias-are-easy-targets-amid-boom-in-vehicle-thefts ["Immobilizers are standard on all Hyundai vehicles built after Nov. 1, 2021, and immobilizers were installed on all 2022 Kia models and trims either at the beginning of the model year or as a running change."]; Yahoo!, "Solution to rising problem of stolen vehicles? Kia and Hyundai announce software update" (Feb. 15, 2023), available at https://www.yahoo.com/now/solution-rising-problem-stolen-vehicles-141009533.html ["The vehicles being targeted are Kia models from 2011-21 and Hyundai models from 2015-21."].

[4] Car and Driver, "As Hyundai/Kia Thefts Grow, 2 Victims of the TikTok Trend Show Us What Happened to Their Cars" (Aug. 27, 2022), available at https://www.caranddriver.com/news/a40979551/hyundai-kia-car-thefts-tiktok-trend-milwaukee.

[5] Car and Driver, "Hyundai, Kia Take Action after Cars Become Theft Targets in Milwaukee" (Dec. 11, 2021), available at https://www.caranddriver.com/news/a38491394/hyundai-kia-thefts-milwaukee-action ["[T]hieves know they can break the back window without setting off an alarm, unlock the door, quickly peel back the steering column, and either use a screwdriver or a USB port to crank the

Ann Carlson
April 20, 2023
Page 3

Hyundai and Kia vehicles using this technique, take the vehicles for dangerous joyrides, and upload videos of these exploits to social media.[6]

Particularly since the summer of 2022, thefts of Hyundais and Kias with keyed ignitions and lacking engine immobilizers have risen sharply, as have dangerous driving incidents resulting in injuries, fatalities, and property damage. Recent data highlights the disproportionately high theft rates for these vehicles. For example, in Los Angeles, thefts of Hyundais and Kias increased by approximately 85% in 2022, and made up almost three quarters of the entire increase in stolen cars of any make and model in the city.[7] Hyundais and Kias also constituted approximately 20% of stolen cars in Los Angeles in 2022, up from 13% in 2021.[8] Similarly, in Berkeley, California, thefts of these cars have made up 38% of vehicle thefts since the end of 2022.[9] California cities' data is consistent with data from other states. For instance, in Minneapolis and St. Paul, Minnesota, thefts of Hyundais and Kias increased 836% and 611%, respectively, in 2022.[10] In Columbus, Ohio, Hyundais and Kias constituted nearly 45% of stolen cars in 2022, in Milwaukee, 58%, and in Minneapolis, 33%.[11]

Moreover, thieves have driven these vehicles recklessly, speeding and performing wild stunts and causing numerous crashes, at least eight deaths, and significant injuries.[12] Many of the victims have been minors. For example, a 16-year-old driving a stolen Kia in Milwaukee drove

---

car and go."]; CNBC, "TikTok challenge spurs rise in thefts of Kia, Hyundai cars" (Sept. 8, 2022), available at https://www.cnbc.com/2022/09/08/tiktok-challenge-spurs-rise-in-thefts-of-kia-hyundai-cars.html ["[The perpetrators are] doing it in 20 to 30 seconds."].

[6] CNBC, "TikTok challenge spurs rise in thefts of Kia, Hyundai cars" (Sept. 8, 2022), available at https://www.cnbc.com/2022/09/08/tiktok-challenge-spurs-rise-in-thefts-of-kia-hyundai-cars.html.

[7] Mercury News, "Thousands more Kia, Hyundai vehicles stolen in Los Angeles this year because of a TikTok challenge, LAPD says" (Sept. 1, 2022), available at https://www.mercurynews.com/2022/09/01/thousands-more-kia-hyundai-vehicles-stolen-in-los-angeles-this-year-because-of-a-tiktok-challenge-lapd-says

[8] Santa Monica Mirror, "Los Angeles Sees Increase in Kia and Hyundai Thefts Fueled by TikTok" (Mar. 6, 2023), available at https://smmirror.com/2023/01/los-angeles-sees-increase-in-kia-and-hyundai-thefts-fueled-by-tiktok.

[9] Fox 2 KTVU, "Berkeley police note rise in Hyundai, Kia thefts" (Mar. 3, 2023), available at https://www.ktvu.com/news/berkeley-police-note-rise-in-hyundai-kia-thefts .

[10] StarTribune, "Kia and Hyundai thefts skyrocket 836% in Minneapolis; attorney general and Twin Cities mayors urge recalls" (Mar. 2, 2023), available at https://www.startribune.com/kia-hyundai-thefts-tiktok-ellison-minneapolis-frey-st-paul-carter-mayor-urge-recall/600255806.

[11] Fox Business, "Hyundai, Kia owners face threat of theft due to social media challenge" (Jan. 4, 2023), available at https://www.foxbusiness.com/markets/hyundai-kia-owners-face-threat-theft-due-social-media-challenge.

[12] Mercury News, "Thousands more Kia, Hyundai vehicles stolen in Los Angeles this year because of a TikTok challenge, LAPD says" (Sept. 1, 2022), available at https://www.mercurynews.com/2022/09/01/thousands-more-kia-hyundai-vehicles-stolen-in-los-angeles-this-year-because-of-a-tiktok-challenge-lapd-says; Fortune, "Millions of Hyundais and Kias are updating software because a TikTok challenge exposed how to steal them" (Feb. 14, 2023), available at https://fortune.com/2023/02/14/hyundai-kia-tiktok-challenge-car-theft-auto-software-update/?queryly=related_article.

Ann Carlson
April 20, 2023
Page 4

into oncoming traffic and hit another vehicle, killing the driver of the stolen vehicle and injuring at least five other individuals.[13] In another incident, a stolen Kia crashed into another car in Minneapolis, killing one occupant and injuring the other.[14] And in New York, four people between 14 and 19 years-old riding in a stolen Kia were killed in a rollover crash.[15] These are only a few of the many crashes resulting from these safety defects.[16]

Owners of stolen Hyundai and Kia vehicles have expressed frustration at the lack of meaningful corrective action. A review of publicly available complaints in NHTSA's database[17] underscores the damage this has inflicted on vehicle owners, many of whom are burdened with significant out-of-pocket costs and delay to repair their stolen vehicles (if successfully recovered), or to obtain alternative means of transportation—not to mention the disruption to daily life caused by having one's car stolen.

## II.    Thefts of Unsafe Hyundai and Kia Vehicles Have Consumed Law Enforcement and Emergency Responder Resources

The high rate of theft of Hyundai and Kia vehicles has demanded time and resources from public safety agencies, diverting resources from other priorities. Thefts reported to law enforcement require documentation and investigation, and crashes of stolen vehicles require emergency responder services. In addition to responding to Hyundai and Kia vehicle thefts and related crashes or crimes,[18] local agencies have also had to allocate scarce resources to preventative measures. For example, in Los Angeles County, LAPD and the Sheriff's Department have broadcast community alerts regarding the alarming uptick in thefts, and California State University police have had to increase patrols in parking lots in response to

---

[13] WISN ABC, "Critics question design of Kia, Hyundai vehicles in massive theft spike" (Jun. 24, 2021), available at https://www.wisn.com/article/critics-question-design-of-kia-hyundai-vehicles-in-massive-theft-spike/36828234.

[14] Fox9, "Stolen Kia crashes into couple's car in St. Paul, 70-year-old woman killed" (Jul. 18, 2022), available at https://www.fox9.com/news/stolen-kia-crashes-into-couples-car-in-st-paul-70-year-old-woman-killed.

[15] Buffalo News, "A TikTok challenge went viral. This week in Buffalo, the consequences turned fatal" (updated Jan. 12, 2023), available at https://buffalonews.com/news/local/accident-and-incident/a-tiktok-challenge-went-viral-this-week-in-buffalo-the-consequences-turned-fatal/article_2c2321e6-5479-11ed-8815-6f966235d300.html.

[16] E.g., Joint Letter from Attorney General of Minnesota and Mayors of Minneapolis and St. Paul to Hyundai and Kia (Mar. 2, 2023), available at https://www.ag.state.mn.us/Office/Communications/2023/docs/KiaHyundai_Ltr.pdf [noting a "significant increase" in stolen Hyundais and Kias involved "in serious, and sometimes fatal, traffic crashes"; "In Minneapolis alone, stolen Kia or Hyundai vehicles were tied to . . . 265 motor vehicle accidents in 2022."].

[17] Available at https://www.nhtsa.gov/recalls#vehicle.

[18] In Minneapolis, for example, stolen Hyundais and Kias were tied to 5 homicides, 13 shootings, and 36 robberies in 2022. See Joint Letter from Attorney General of Minnesota and Mayors of Minneapolis and St. Paul to Hyundai and Kia (Mar. 2, 2023), available at https://www.ag.state.mn.us/Office/Communications/2023/docs/KiaHyundai_Ltr.pdf.

Ann Carlson
April 20, 2023
Page 5

thefts on campus.[19] Indeed, police departments across the country have issued public alerts to give notice to vehicle owners of this dangerous trend,[20] and others have used police time to distribute steering wheel locks in the hopes of deterring thefts.[21] As long as these easily hotwired and stolen Hyundai and Kia vehicles remain unfixed, local police departments and emergency services agencies will continue expending resources in response to the public safety threat.

## III.   The Phased, Voluntary Service Campaigns of Software Updates Are Insufficient to Protect Drivers and the General Public

On February 14, 2023, Hyundai and Kia announced that they would initiate service campaigns to offer software updates that would supposedly eliminate the starting-system vulnerability.[22] According to the announcements, the proposed software updates will modify the

---

[19] Los Angeles Police Department on Twitter, "Tik-Tok Auto Theft Trend" Community Alert (Aug. 25, 2022), available at https://twitter.com/lapdhq/status/1562953014838640640?lang=en; Los Angeles County Sheriff's Department on Twitter, "Community Alert, Tik Tok Auto Theft Craze, 2010-2021 KIA and HYUNDAI thefts (various models)" (Sept. 12, 2022), available at https://twitter.com/lasdhq/status/1569469114066018305; ABC7 News, "CSULA sees rise in car thefts with certain vehicles on campus, recent crime caught on camera" (Apr. 15, 2022), available at https://abc7.com/car-theft-cal-state-la-in-county-rise/11753279.

[20] E.g., Chicago Police Department on Twitter, "Protect Your Vehicle" Alert (Jan. 19, 2023), available at https://twitter.com/ChicagoCAPS14/status/1616111496966160387?cxt=HHwWhoC-4YG2yu0sAAAA ["Car thieves are targeting Hyundai and Kia vehicles following a viral social media challenge"]; Lincoln Police Department on Twitter, "Be Aware" Alert (Jul. 28, 2022), available at https://twitter.com/lincoln_police/status/1552650076258029568?lang=en ["2011-2021 Kia models & 2015-2021 Hyundai models are being targeted b/c of a social media challenge called 'KIA BOYZ'"]; Fairfax County Police Department, "HYUNDAI AND KIA MODELS TARGETED BY THIEVES" (Jan. 18, 2023), available at https://fcpdnews.wordpress.com/2023/01/18/hyundai-and-kia-models-targeted-by-thieves ["[O]fficers responded to numerous calls for service involving stolen or damaged vehicles in Lorton. The thieves appeared to target Hyundai and Kia vehicles."].

[21] E.g., University Times, "BREAKING: Public Safety to begin distributing steering wheel locks for some drivers" (Sept. 8, 2022), available at https://csulauniversitytimes.com/public-safety-to-begin-distributing-steering-wheel-locks-for-some-drivers [Los Angeles, California]; Fox 13 News, "Clearwater police providing free steering wheel locks to Hyundai vehicle owners to combat auto thefts" (Jan. 11, 2023), available at https://www.fox13news.com/news/clearwater-police-providing-free-steering-wheel-locks-to-to-hyundai-vehicle-owners-to-combat-auto-thefts [Clearwater, Florida]; Evanston RoundTable, "Police announce steering wheel lock give away for Hyundai vehicle owners" (Jan. 23, 2023), available at https://evanstonroundtable.com/2023/01/23/police-announce-steering-wheel-lock-give-away-for-hyundai-vehicle-owners [Evanston, Illinois].

[22] Hyundai Media Center, "Hyundai Introduces Free Anti-Theft Software Upgrade, Beginning With More Than 1 Million Elantras, Sonatas and Venues" (Feb. 14, 2023), available at https://www.hyundainews.com/en-us/releases/3768 ["The technology will be launched as a service campaign for a total of almost 4 million vehicles beginning on February 14, with the upgrade rolling out first to more than 1 million model year 2017-2020 Elantra, 2015-2019 Sonata and 2020-2021 Venue vehicles. The software upgrade is scheduled to be available for the remaining eligible affected vehicles by June 2023 (see chart below)."]; see also NHTSA, "Hyundai and Kia Launch Service Campaign to Prevent Theft of Millions of Vehicles Targeted by Social Media Challenge" (Feb. 14, 2023), available at https://www.nhtsa.gov/press-releases/hyundai-kia-campaign-prevent-vehicle-theft.

Ann Carlson
April 20, 2023
Page 6

affected vehicles' theft alarm software to require the key to be in the ignition to start the vehicle and extend the length of the alarm sound from 30 seconds to one minute.[23] Before February 2023, Hyundai and Kia responded to the theft epidemic and complaints from owners by reportedly providing a limited quantity of steering wheel locks to "select" local police departments,[24] and by selling a "glass break sensor security kit" that impacted vehicle owners had to pay out of pocket to purchase (approximately $170) and install.[25]

While the effectiveness of the software updates remains to be seen, it is already apparent that this voluntary service campaign is an insufficient response to the safety problem posed by these vehicles. First, the software updates will not work for all affected vehicles. At a minimum, Hyundai has acknowledged that approximately 15% of the affected vehicles cannot accommodate the software updates, and Kia has also confirmed that some unspecified number of affected vehicles cannot receive the updates.[26] Hyundai has said that it will provide additional information as to these vehicles in the future and both companies will reportedly institute a program to reimburse owners for the purchase of steering wheel locks or another anti-theft device.[27] Steering wheel locks, however, still would not correct the underlying safety flaw in the vehicles' starting systems, and the proposed program would impermissibly shift the responsibility for fixing this problem from the company to individual vehicle owners and require them to sustain out-of-pocket costs unless and until reimbursement is approved.

Second, even for the vehicles that can accommodate software updates, not all eligible vehicles can receive the updates immediately. Instead, the software updates are being released in phases through June 2023.[28] Currently, according to information released by the companies,

_____

[23] NHTSA, "Hyundai and Kia Launch Service Campaign to Prevent Theft of Millions of Vehicles Targeted by Social Media Challenge" (Feb. 14, 2023), available at https://www.nhtsa.gov/press-releases/hyundai-kia-campaign-prevent-vehicle-theft.

[24] Fox Business, "Hyundai, Kia owners face threat of theft due to social media challenge" (updated Jan. 4, 2023), available at https://www.foxbusiness.com/markets/hyundai-kia-owners-face-threat-theft-due-social-media-challenge.

[25] Forbes Wheels, "Kia, Hyundai Offer Owners Security Kits, Locks After Targeted Car Thefts" (updated Feb. 14, 2023), available at https://www.forbes.com/wheels/news/kia-hyundai-car-thefts-security-kit; Car and Driver, "Hyundai Charging Customers $170 for a Kit to Protect Its Easy-to-Steal Cars" (Oct. 1, 2022), available at https://www.caranddriver.com/news/a41477937/hyundai-security-kit-easy-to-steal-models; see also City of Milwaukee News Release, "Hyundai security kit to prevent car thefts should be offered free of charge" (Oct. 3, 2022), available at https://city.milwaukee.gov/ImageLibrary/Groups/ccCouncil/News/2022/District-06/HyundaiSecurityKitsJointRelease.pdf [City Council calling for Hyundai and Kia to equip vehicles with security kits at no charge to owners].

[26] Letter from Hyundai Motor America to Attorneys General (Mar. 28, 2023); Letter from Kia America to Attorneys General (Mar. 31, 2023).

[27] Letter from Hyundai Motor America to Attorneys General (Mar. 28, 2023); Hyundai Media Center, "Hyundai Introduces Free Anti-Theft Software Upgrade, Beginning With More Than 1 Million Elantras, Sonatas and Venues" (Feb. 14, 2023), available at https://www.hyundainews.com/en-us/releases/3768; Letter from Kia America to Attorneys General (Mar. 31, 2023).

[28] Hyundai recently announced that all eligible models can receive the software updates, but Kia reportedly will not complete its rollout of the software updates until June 2023. See Hyundai, "Anti-Theft

Ann Carlson
April 20, 2023
Page 7

about one-quarter of the approximately 8,000,000 vehicles with the starting system flaw cannot obtain the updates.[29] In the meantime, vehicle owners will receive no software remedy from Hyundai or Kia and their vehicles will remain on the road, vulnerable to theft and posing a threat to public safety.

Third, voluntary service campaigns like the ones announced by Hyundai and Kia are distinct from recalls and offer insufficient assurance that vehicles with the starting-system flaw will be corrected or taken off the road in a timely manner. A recall, whether ordered by NHTSA or voluntarily undertaken by Hyundai and Kia, should be conducted under NHTSA's supervision.[30] A service campaign, by contrast, does not trigger the same regulatory requirements and oversight and instead places additional burdens on individual vehicle owners.[31] Hyundai's and Kia's planned service campaigns to provide software updates to a subset of affected vehicles is simply inadequate to remedy the safety issues presented by these vehicles.

## IV.    NHTSA Should Order a Recall of Unsafe Hyundai and Kia Vehicles

NHTSA's regulatory tools include the authority to order recalls of passenger vehicles that do not comply with Federal Motor Vehicle Safety Standards (FMVSS) and/or that have a defect posing an unreasonable risk to motor vehicle safety.[32] Both conditions are satisfied with respect to Hyundai and Kia vehicles with easily bypassed ignition switches and no engine immobilizers. Whether ordered by NHTSA or voluntarily performed by Hyundai and Kia, a recall of all affected Hyundai and Kia vehicles is necessary to ensure the safety issue is resolved fully in a timely manner.

---

Software Upgrade," available at hyundaiantitheft.com [Rollout Schedule]; Letter from Kia America to Attorneys General (Mar. 31, 2023).

[29] See Letter from Kia America to Attorneys General (Mar. 31, 2023) [software updates expected to be released to approximately two million eligible Kia vehicles by April 2023]; Hyundai, "Anti-Theft Software Upgrade," available at hyundaiantitheft.com ["All of the nearly 4 million [Hyundai] vehicles involved will be eligible to receive the upgrade."]; Fortune, "Millions of Hyundais and Kias are updating software because a TikTok challenge exposed how to steal them" (Feb. 14, 2023), available at https://fortune.com/2023/02/14/hyundai-kia-tiktok-challenge-car-theft-auto-software-update/?queryly=related_article ["About 3.8 million Hyundais and 4.5 million Kias are eligible for the software update, the National Highway Traffic Safety Administration said Tuesday."].

[30] See, e.g., 49 U.S.C. § 30119(e) [NHTSA may order manufacturer to provide additional recall notifications to vehicle owners if NHTSA determines prior notifications have not resulted in an adequate number of motor vehicles being returned for remedy]; id., § 30120(c)(3) [NHTSA may order the acceleration of manufacturers' recall remedy programs]; id., § 30120(d) [manufacturers must submit to NHTSA a copy of their recall programs for remedying a defect or noncompliance]; id., § 30120(k) [NHTSA publishes reports on recall completion rates].

[31] See General Motors, LLC, Denial of Petition for Decision of Inconsequential Noncompliance, 86 FR 48812-01, 2021 WL 3857555 (Aug. 31, 2021) ["[A] manufacturer's decision to conduct a service campaign is not a substitute for conducting a recall since consumers will neither be notified of the noncompliance nor informed to return to the dealership for a free remedy."].

[32] 49 U.S.C. § 30118(b).

Ann Carlson
April 20, 2023
Page 8

First, these vehicles violate FMVSS Number 114, which provides vehicle performance requirements to reduce the incidence of crashes resulting from theft and accidental rollaway of motor vehicles.[33] Specifically, FMVSS Number 114, S5.1 requires vehicles to have "a starting system which, whenever the key is removed from the starting system prevents: (a) [t]he normal activation of the vehicle's engine or motor; and (b) [e]ither steering, or forward self-mobility, of the vehicle, or both."[34]

The rampant theft of Hyundai and Kia vehicles makes clear that these vehicles' starting systems do not prevent engine activation, steering, or forward self-mobility when the key is removed from the starting system. Indeed, because the vehicles have easily bypassed ignition switches, a screwdriver and USB cable are sufficient to start and drive off with the cars in a matter of seconds or minutes—no key required. Such starting systems do not meet FMVSS Number 114's requirements. The lack of engine immobilizers in these vehicles, which could have provided a second line of defense against theft, has compounded and exacerbated this problem.

Additionally, these Hyundai and Kia vehicles' vulnerability to theft constitutes a defect posing an unreasonable risk to safety, providing NHTSA with an independent basis to order a recall. Even young teenagers are able to access the ignition system and drive off in these vehicles.[35] The consequences of this safety-related defect are well documented, with many incidents of reckless driving resulting in injuries, death, and property damage.[36] Stolen Hyundai and Kia vehicles have also been used in the commission of further crimes, including homicides, robberies, and other violent crimes.[37] Furthermore, the surging thefts of Hyundai and Kia

---

[33] 49 C.F.R. § 571.114 ("Standard No. 114; Theft protection and rollaway prevention").

[34] *Id.*; see also NHTSA Guidance Document, No. GF005229-2 (Sept. 24, 2004), available at https://www.nhtsa.gov/interpretations/gf005229-2 ["We note that in promulgating FMVSS No. 114, the agency expressed concern about car thieves who could bypass the ignition lock. In response to this concern, the agency decided to require a device, which would prevent either self-mobility or steering even if the ignition lock were bypassed (see 33 FR 4471, April 27, 1968)."].

[35] E.g., CNBC, "TikTok challenge spurs rise in thefts of Kia, Hyundai cars" (Sept. 8, 2022), available at https://www.cnbc.com/2022/09/08/tiktok-challenge-spurs-rise-in-thefts-of-kia-hyundai-cars.html ["[T]he thieves are mainly young teens — some, not even old enough to legally drive."].

[36] E.g., Mercury News, "Thousands more Kia, Hyundai vehicles stolen in Los Angeles this year because of a TikTok challenge, LAPD says" (Sept. 1, 2022), available at https://www.mercurynews.com/2022/09/01/thousands-more-kia-hyundai-vehicles-stolen-in-los-angeles-this-year-because-of-a-tiktok-challenge-lapd-says.

[37] E.g., Joint Letter from Attorney General of Minnesota and Mayors of Minneapolis and St. Paul to Hyundai and Kia (Mar. 2, 2023), available at https://www.ag.state.mn.us/Office/Communications/2023/docs/KiaHyundai_Ltr.pdf ["stolen Kia or Hyundai vehicles were tied to five homicides, 13 shootings, [and] 36 robberies" in Minneapolis in 2022]; ABC6, "Columbus Police: homicide of teen is linked to 'Operation: Game Over' car theft ring" (Mar. 21, 2022), available at https://abc6onyourside.com/news/local/columbus-police-homicide-of-teen-is-linked-to-operation-game-over-car-theft-ring ["dangerous crimes related to Hyundai and Kia thefts in Columbus, Ohio, including homicide]; ABC24, "Got a Kia? What Memphis Police say you can do to protect your car from theft" (Dec. 14, 2022), available at https://www.localmemphis.com/article/news/crime/stolen-kia-

Ann Carlson
April 20, 2023
Page 9

vehicles have burdened public safety agencies, as police departments across the country investigate thefts and related crimes.[38] In short, a recall—either voluntary or ordered by NHTSA—is needed to correct this safety-related defect.

***

A voluntary service campaign, particularly one that does not cover all affected vehicles, is not a sufficient corrective response under these circumstances. These Hyundai and Kia vehicles are susceptible to theft using the most rudimentary of tools. The vehicles thus violate federal safety standards regarding starting systems and constitute a serious safety-related defect. A recall with its accompanying regulatory requirements is needed to address the safety threat of these vehicles. We therefore urge NHTSA to work with Hyundai and Kia to implement a recall as soon as possible to prevent additional injuries, fatalities, and related harm to vehicle owners and the public.

Sincerely,

ROB BONTA
California Attorney General

KRISTIN K. MAYES
Arizona Attorney General

PHILIP J. WEISER
Colorado Attorney General

WILLIAM TONG
Connecticut Attorney General

BRIAN L. SCHWALB
District of Columbia Attorney General

KWAME RAOUL
Illinois Attorney General

---

thefts-breakins-what-memphis-police-say-you-can-do-to-protect-your-car-crime/522-0e169d3a-e4a1-4c9f-8219-59d9fbd8d854 [Kias stolen in Memphis used to carry out other crimes].

[38] E.g., ABC 7 Eyewitness News, "More Hyundais, Kias stolen on NW Side, Chicago police say" (Jan. 16, 2023), available at https://abc7chicago.com/chicago-crime-car-theft-stolen-kia/12711088; WSB-TV, "APD searching for solutions to stop theft of Kia, Hyundai vehicles in social media challenge" (Nov. 18, 2022), available at https://www.wsbtv.com/news/local/atlanta/atlanta-police-searching-solutions-stop-vehicular-theft-kias-hyundais/7WYC6BJEJNEI3OTEB3OJ23UMRY.

Ann Carlson
April 20, 2023
Page 10

ANDREA JOY CAMPBELL
Massachusetts Attorney General

ANTHONY G. BROWN
Maryland Attorney General

DANA NESSEL
Michigan Attorney General

KEITH ELLISON
Minnesota Attorney General

MATTHEW J. PLATKIN
New Jersey Attorney General

RAÚL TORREZ
New Mexico Attorney General

LETITIA JAMES
New York Attorney General

ELLEN F. ROSENBLUM
Oregon Attorney General

MICHELLE A. HENRY
Pennsylvania Attorney General

PETER F. NERONHA
Rhode Island Attorney General

CHARITY R. CLARK
Vermont Attorney General

BOB FERGUSON
Washington Attorney General

# EXHIBIT B



U.S. Department of Transportation
**National Highway Traffic Safety Administration**

# CERTIFICATE OF AUTHENTICITY

I HEREBY CERTIFY that the annexed is a copy of a response letter from NHTSA dated June 5, 2023, to The Honorable

Rob Bonta, Attorney General of California.  This letter is regarding the recent reported increase in thefts of certain

Models of Hyundai and Kia vehicles

electronically accessed by NHTSA Technical Information Services, in my custody.

Signed and dated at Washington, D.C.

this   1 3 t h   day of   J u l y   , 2023

by

Derrick Lewis
Lead Technical Information Services Analyst

(Title)

I HEREBY CERTIFY that   Derrick Lewis

who signed the foregoing certificate, is now, and was, at the time of signing, Lead TIS Analyst

National Highway Traffic Safety Administration

and official custodian of the subject record, and that full faith and credit should be given his/her certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name,

and caused the seal of the Department of Transportation to be

affixed this   13th   day of   July

two thousand and   twenty-three

For the SECRETARY OF TRANSPORTATION

Derrick Lewis
Certifying Officer

HS-For     A (5-01) 75335-M34



U.S. Department
of Transportation

**National Highway
Traffic Safety
Administration**

1200 New Jersey Avenue SE.
Washington, DC  20590

June 5, 2023

The Honorable Rob Bonta
Attorney General
State of California
1300 I Street, Suite 1740
Sacramento, CA  95814

Dear Attorney General Bonta:

Thank you for your letter, cosigned by your colleagues in a number of other States, regarding the recent reported increase in thefts of certain models of Hyundai and Kia vehicles.  The U.S. Department of Transportation appreciates your work to spread awareness of this important issue, as well as the opportunity to address your concerns about these thefts and describe the actions the National Highway Traffic Safety Administration (NHTSA) and the companies have undertaken to address them.

As part of NHTSA's enforcement oversight, NHTSA meets frequently with vehicle manufacturers to discuss potential safety concerns, identify vehicle owner reports, and review companies' plans to address emerging issues.  NHTSA has closely followed the reports of increases in thefts of certain models of Hyundai and Kia vehicles since the initial emergence of the video trend on TikTok and other social media platforms.  NHTSA has worked closely with Hyundai and Kia to determine the causes contributing to the theft vulnerability, review the scope of differing software and hardware in the affected models, and receive regular updates on the companies' action plans.  NHTSA has also coordinated with local authorities to help address this problem.

As noted in your letter, both Hyundai and Kia have now developed and launched measures that the companies are providing free of charge to millions of affected vehicle owners to help prevent and deter future thefts, including providing anti-theft software updates to counteract the method by which the thieves were starting the vehicles and doubling the length of time the vehicle's alarm sounds to enhance deterrence.  The companies are also providing window stickers that advise would-be-thieves of the anti-theft software and have provided more than 59,000 steering wheel locks since November 2022 to 77 law enforcement agencies for distribution to drivers in 12 States.

Following these actions, NHTSA published a Consumer Alert on February 14, 2023, which is aimed at spreading awareness of the availability of the free vehicle updates.  See *Hyundai and Kia Launch Service Campaign to Prevent Theft of Millions of Vehicles Targeted by Social Media Challenge* (Feb. 14, 2023), available at https://www.nhtsa.gov/press-releases/hyundai-kia-campaign-prevent-vehicle-theft.

Page 2
The Honorable Rob Bonta

We understand and appreciate the significant resources deployed in your States to address this issue, including the efforts of local authorities to respond to the serious problem that the thefts pose to their local communities. NHTSA works closely with law enforcement and first responders, such as through its investigative activities and its Office of Emergency Medical Services and Office of Safety Programs. In this case, once Hyundai and Kia developed their action plans, NHTSA contacted numerous national law enforcement associations to ensure they were aware of NHTSA's Consumer Alert and of the companies' updates.

At this time, NHTSA has not determined that this issue constitutes either a safety defect or noncompliance requiring a recall under the National Traffic and Motor Vehicle Safety Act, 49 U.S.C. Chapter 301. The Federal Motor Vehicle Safety Standard identified in your letter, FMVSS No. 114, does not require an engine immobilizer. *See* 49 C.F.R. § 571.114. Also, the test procedure specified in that standard does not contemplate actions taken by criminal actors to break open or remove part of the steering column and take out the ignition lock to start a vehicle. *See id.* § 571.114, S6. Here, the safety risk arises from unsafe use of a motor vehicle by an unauthorized person after taking significant destructive actions to parts of the vehicle.

We agree that reckless driving is a serious safety issue, whether by an authorized or unauthorized person. NHTSA will continue to work closely with States and law enforcement officials to address unsafe driving behaviors, consistent with its statutory mission and authorities. NHTSA will also continue to closely monitor this issue, receive regular updates from the companies, spread awareness of further updates to local authorities, and lend its expertise to efforts that strengthen motor vehicle safety.

A similar response has been sent to each cosigner of your letter. We appreciate your commitment to enhancing awareness of this problem. If I can provide further information or assistance, please reach out to contact me at cem.hatipoglu@dot.gov.

Sincerely,

Cem Hatipoglu, Ph.D.
Acting Associate Administrator
  for Enforcement

1

## <u>**PROOF OF SERVICE**</u>

I, Shon Morgan, certify that on August 13, 2023, I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record via the Court's CM/ECF automated filing system.

<u>/s/ *Shon Morgan*</u>

Shon Morgan