ELLIOTT R. FELDMAN
NATHAN DOOLEY (SBN 224331)
KEVIN CARAHER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
EFeldman@cozen.com

WILLIAM J. HOFFMANN
ADAM M. ROMNEY (SBN 261974)
SUSAN M. BENSON (SBN 146837)
GROTEFELD HOFFMANNN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
LAW OFFICES OF ROBERT A.
STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

CRAIG S. SIMON (SBN 78158)
STEPHANIE H. NG (SBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com
sng@bergerkahn.com

Attorneys for Subrogation Insurance Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | CASE NO. 8:22-ML-3052-JVS(KESx) |
| | **INSURANCE SUBROGATION PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF INTENT TO RAISE ISSUE AT AUGUST 15 HEARING CONCERNING THE SCOPE OF THE INSURANCE SUBROGATION PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| | Date:        August 15, 2023<br>Time:        3:00 P.M.<br>Courtroom:   10C |
| This document relates to:<br><br>Insurance Subrogation Cases | The Honorable James V. Selna |

1

Case No. 8:22-ML-3052-JVS(KESx)

Subrogation Plaintiffs' Response to Defendants' Notice of Intent to Raise Issue re Subrogation Consolidated Amended Complaint

This response is filed on behalf of Subrogation Plaintiffs, by and through their counsel of record: Elliott Feldman in his capacity as co-Chair of the Executive Committee; Nathan Dooley in his capacity as co-Chair of the Subrogation Plaintiffs Committee; William Hoffmann in his capacity as a member of the Executive Committee; Adam Romney in his capacity as a member of the Subrogation Plaintiffs Committee; Craig Simon in his capacity as co-Chair of the Subrogation Plaintiffs Committee; and Daniel Hogan in his capacity as a member of the Subrogation Plaintiffs Committee.

Subrogation Plaintiffs respond to the "Notice of Intent to Raise Issue At August 15 Hearing Concerning the Scope of the Insurance Subrogation Plaintiffs' Consolidated Amended Complaint" filed by Defendants Hyundai Montor America, Kia America, Inc., Hyundai Motor Company, and Kia Corporation (collectively, "Defendants") on August 10, 2023 (ECF No. 179).

As a preliminary matter, Defendants' filing of its intent to raise issues with Subrogating Plaintiffs' Amended Consolidated Complaint ("Subrogation Master Complaint") is improper. Defendants introduce issues that should be properly raised by a filing under Fed. R. Civ. P. 12. Therefore, Defendants' filing is a waiver of their right to file a subsequent motion under Fed. R. Civ. P. 12. As detailed below, Subrogation Plaintiffs will address each of the issues that Defendants have raised as to the Subrogation Master Complaint.

## I.   Subrogation Master Complaint was filed pursuant to the authority of the Subrogation Plaintiffs Committee

Despite Defendants' extensive preamble about the Court's order as to the Subrogation Master Complaint, the issues raised are fairly straightforward. The Court appointed Nathan Dooley of Cozen O'Connor, Craig S. Simon of Berger Khan, Daniel Hogan of the Law Offices of Robert A. Stutman, P.C., and Adam Romney of Grotefeld Hoffmann to the Subrogation Plaintiffs Committee. As expected, the members of the Subrogation Plaintiffs Committee worked collaboratively with other

2

Case No. 8:22-ML-3052-JVS(KESx)

Subrogation Plaintiffs' Response to Defendants' Notice of Intent to Raise Issue re Subrogation Consolidated Amended Complaint

individuals from their respective law firms in addition to collaborating amongst all four law firms listed on the Subrogation Master Complaint. The law firms of all of the members of the Subrogation Plaintiffs Committee signed the Subrogation Master Complaint, and all members of the Subrogation Plaintiffs Committee took part in drafting and finalizing of the Subrogation Master Complaint. Most importantly, all members of the Subrogation Plaintiffs Committee approve of the Subrogation Master Complaint and had authorized the filing of the Subrogation Master Complaint.

## II.   Subrogation Master Complaint applies to and covers all of the Insurance Subrogation Cases and Insurance Subrogation Plaintiffs

The Subrogation Plaintiffs filed the Subrogation Master Complaint at the express order of the Court to create a pleading that will organize and provide structure for subsequent motion practice as to all Subrogation Plaintiffs and their cases. This was no easy task as Defendants have pointed out that there are numerous Subrogation Plaintiffs with varying claims, legal counsel, and geographic constraints. The Subrogation Master Complaint does not create two separate tracks for the insurance subrogation cases. Defendants will file one responsive pleading to the Subrogation Master Complaint. Subsequently, Subrogation Plaintiffs will file single briefings as to any future motion practice.

Subrogation Plaintiffs laboriously drafted the Subrogation Master Complaint with an adoption form, Exhibit C of the Subrogation Master Complaint, that accomplishes the goals tasked to Subrogation Plaintiffs by the Court. The adoption form allows later filing insurers to be bound by the Court's rulings. The adoption form also allows later filing insurers to determine whether they are making class allegations and whether they are asserting certain causes of actions in specific states. The insurers represented by Grotefeld Hoffmann, Berger Kahn, and Law Offices of Robert A. Stutman, will file adoption forms. Members of the Subrogation Plaintiffs Committee have been informed and believe that insurers, who have not yet filed in this case, will file adoption forms to join this action. In order to assuage Defendants' fears of rogue

insurers refusing to file adoption forms, the Court can set a deadline for filing an adoption form and can similarly require all subsequent filing insurers to join the Subrogation Master Complaint.

### III.    Conclusion

As Defendants have improperly raised issues that fall under Fed. R. Civ. P. 12 as to the Subrogation Master Complaint, Defendants have waived their right to a subsequent filing under Fed. R. Civ. P. 12. The Subrogation Plaintiffs have responded to the two issues raised: (1) the Subrogation Master Complaint was approved and authorized by the Subrogation Plaintiffs Committee and (2) the Subrogation Master Complaint is one track and applies to all insurance subrogation plaintiffs and cases through the adoption mechanism.

DATED: August 14, 2023          COZEN O'CONNOR


By:  */s/Elliott R. Feldman*
     ———————————————
     Elliott R. Feldman
     *in his capacity as co-Chair of the Executive Committee*

DATED: August 14, 2023          COZEN O'CONNOR


By:  */s/Nathan Dooley*
     ———————————————
     Nathan Dooley
     *in his capacity as co-Chair of the Subrogation Plaintiffs Committee*

DATED: August 14, 2023          GROTEFELD HOFFMANN LLP


By:  */s/William J. Hoffmann*
     ———————————————
     William J. Hoffmann
     *in his capacity as a member of the Executive Committee*

Case No. 8:22-ML-3052-JVS(KESx)

Subrogation Plaintiffs' Response to Defendants' Notice of Intent to Raise Issue re Subrogation Consolidated Amended Complaint

1   DATED: August 14, 2023          GROTEFELD HOFFMANN LLP

2

3                                   By: _____

4                                   Adam M. Romney
                                    *in his capacity as a member of the*
5                                   *Subrogation Plaintiffs Committee*

6
    DATED: August 14, 2023          BERGER KAHN, A LAW CORPORATION
7

8                                   By: _____

9                                   Craig S. Simon
                                    *in his capacity as co-Chair of the*
10                                  *Subrogation Plaintiffs Committee*

11
    DATED: August 14, 2023          LAW OFFICES OF ROBERT A. STUTMAN,
12                                  P.C.

13

14                                  By: */s/Daniel Hogan*_____

15                                  Daniel Hogan
                                    *in his capacity as a member of the*
16                                  *Subrogation Plaintiffs Committee*

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

### Kia and Hyundai Immobilizer Products Liability Litigation
### Case No. 8:22-ml-03052-JVS-KES

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1 Park Plaza, Suite 340, Irvine, California 92614.

On August 14, 2023, I served true copies of the following document(s) described as **INSURANCE SUBROGATION PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF INTENT TO RAISE ISSUE AT AUGUST 15 HEARING CONCERNING THE SCOPE OF THE INSURANCE SUBROGATION PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 14, 2023, at Irvine, California.

_____
Tanlong Ngo