UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL Subrogation cases | CASE NO: ML 22-3052 JVS (KESx)<br><br>ORDER TO SHOW CAUSE |

The Court has reviewed the Defendants' Notice of Intent to Raise Issue and the Insurance Subrogation Plaintiffs's Response. (Docket Nos. 179, 190.)

The Court finds that the concept of Adoption–allowing an individual insurer plaintiff, presumably both current and future insurance plaintiffs, to independently determine whether it wishes to be bound by the Court's orders–is fundamentally antithetical to 28 U.S.C. 1407 and the purposes of the multi-district process.

The Court orders the Subrogation Plaintiffs to show cause in writing why the Court should not on its own motion strike paragraphs 19 and 20 and Exhibit C to the MASTER COMPLAINT FOR ALL SUBROGATION

1

PLAINTIFFS and any other provision which are intended to support or implement the concept of Adoption within ten days.  Thereafter Defendants may file a response within ten days.  There will be no further briefing unless invited by the Court.  Once the briefing is completed, the Court will determine whether a hearing would be helpful.

    IT IS SO ORDERED.

Dated: August 15, 2023

_____
James V. Selna
United States District Judge