UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SAML 22-03052 JVS (KESx) |
| Date | August 15, 2023 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation |

Present: The Honorable   James V. Selna, United States District Court Judge

| Erica Bustos for Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steve Berman; Gretchen Cappio; Elizabeth Fegan, Kenneth McClain | Peter Brennan Shon Morgan |

**Proceedings:** PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [166]

    Cause called and counsel make their appearances. The Court and counsel confer. The Court takes the matter under submission. A separate order to follow.

                                                                         : 25

Initials of Preparer   eb