NATHAN DOOLEY (SBN 224331)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
EFeldman@cozen.com

ADAM M. ROMNEY (SBN 261974)
GROTEFELD HOFFMANNN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
ARomney@ghlaw-llp.com

DANIEL HOGAN
LAW OFFICES OF ROBERT A.
STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
HoganD@Stutmanlaw.com

CRAIG S. SIMON (SBN 78158)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
CSimon@bergerkahn.com

Subrogation Committee

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION | CASE NO. 8:22-ML-3052-JVS(KESx) |
| | **SUBROGATION INSURANCE PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: PARAGRAPHS 19 AND 20 AND EXHIBIT C TO THE MASTER COMPLAINT FOR ALL SUBROGATION PLAINTIFFS** |
| | The Honorable James V. Selna |
| This document relates to: Insurance Subrogation Cases | |

Pursuant to the Court's Order to Show Cause (Dkt. No. 191), the Subrogation Plaintiffs respectfully submit as follows:

1

1.     By and through the appointments made by this Court, Dkt. No. 154, and related Case Management Orders, the Subrogation Committee filed a Master Complaint (Dkt. No. 176) governing the claims of all Subrogation Plaintiffs: consolidating all actions filed to date as well as any future subrogation actions;

2.     The Subrogation Committee will similarly file, serve and submit unified pleadings, motions, answers to motions, memoranda of law, discovery responses and requests on behalf of all Subrogation Plaintiffs;

3.     In the interest of clarity and administrative simplicity, the Subrogation Committee propose utilizing the attached revised Adoption Form in lieu of the previously filed adoption form; attached to the Master Complaint. (Dkt. No. 176 at Ex. C).   Further, any Subrogation Plaintiff which does not submit an Adoption Form by November 1, 2023 will be deemed to have adopted the Master Complaint in its entirety as a member of the "Independent Subrogation Plaintiffs" group, and be bound by any rulings with respect to the Master Complaint.

4.     For purposes of clarity, there is only one track for all Subrogation Plaintiffs, and it shall be governed by the Master Complaint.

As to the propriety of an adoption form, a master complaint combined with an adoption form is a well-recognized vehicle for expeditiously and fairly adjudicating complex issues in large multi-party actions. Federal MDL Courts in mass tort actions have regularly used this pleading structure for the purpose of determining litigants' motions to dismiss.  *In re Bridgestone/Firestone, ATX, ATX II, & Wilderness Tires Prods. Liab. Litig.,* 155 F. Supp. 2d 1069 (S.D. Ind. 2001). "That approach focuses pragmatically" on the parties' behavior and intentions, and permits the Court to treat the master complaint as the "operative pleading." *Bell v. Publix Super Markets, Inc.,* 982 F.3d 468, 489 (7th Cir. 2020).  Crucially, the use of master complaints and adoptions "holds the court and the parties to their actions to prevent them from springing traps by treating a consolidated complaint as the real

complaint in the district court, but then denying its importance and effect once a party tries to appeal." *Id.* It is precisely this structure that Plaintiffs envisioned when they filed the Master Complaint.

To be clear, the Master Complaint will function as a single pleading that "supersede[s] prior individual pleadings" and merges all of the discrete subrogation actions that have been filed to date, and/or will be filed in the future, into a single action. *Gelboim v. Bank of America Corp.,* 574 U.S. 405, 413 fn. 3 (2015). Defendants will need to file only one Rule 12(b) Motion challenging the Master Complaint, and the ruling on this motion will be final as to all Subrogation Plaintiffs. *See Bell v. Publix Super Markets, Inc.,* 982 F.3d 468, 490 (7th Cir. 2020).

To illustrate, counsel for Grange Insurance Association, having previously entered a separate appearance in this action, (Dkt. No. 197), recently filed a Notice of Adoption of the Master Complaint, Dkt. No. 203. Similarly, counsel for the subrogation plaintiffs identified in related case *American National Property & Casualty Company, v. Hyundai Motor America et al.* Case No. 8:23-CV-1225 ("ANPAC Plaintiffs") have reached out to the Subrogation Committee and inquired as to the mechanism for joining the Master Complaint; requesting only that the adoption form be simplified so that ANPAC could adopt "all of the causes of action contained in the subrogation master complaint except for the causes of action for those state law claims for relief for which Plaintiffs' insureds did not sustain a loss in that state." Accordingly, Subrogation Plaintiffs submit the below revised adoption form.

Respectfully submitted,

DATED:  August 25, 2023          COZEN O'CONNOR


                                 By:  /s/Nathan Dooley
                                      Nathan Dooley


DATED:  August 25, 2023          GROTEFELD HOFFMANNN LLP


                                 By:  /s/Adam M. Romney
                                      Adam M. Romney


DATED:  August 25, 2023          LAW OFFICES OF ROBERT A. STUTMAN,
                                 P.C.


                                 By:  /s/ Daniel Hogan
                                      Daniel Hogan


DATED:  August 25, 2023          BERGER KAHN, A Law Corporation


                                 By:  /s/ Craig S.
                                      Craig S. Simon


                                 *Subrogation Committee*

# EXHIBIT C

ELLIOTT R. FELDMAN *(pro hac vice* to be filed)
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800 Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282
EFeldman@cozen.com

WILLIAM HOFFMANN *(pro hac vice)*
**GROTEFELD HOFFMANN**
5535 Balboa Boulevard, Suite 219
Encino, CA 91316
Tel: (747) 233-7150
BHoffmann@ghlaw-llp.com

CRAIG S. SIMON (SBN 78158)
**BERGER KAHN, A LAW CORPORATION**
2 Park Plaza, Suite 650
Irvine CA 92614
Tel: (949) 474-1880
csimon@bergerkahn.com

TIMOTHY E. CARY (SBN 093608)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

Lead Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| | **ADOPTION OF SUBROGATION MASTER COMPLAINT** |

Plaintiff _____, ("Plaintiff") submits this Notice of Adoption

of Master Complaint, and adopts and incorporates by reference, as set forth below,

1

LEGAL\65571856\1

the Subrogation Master Complaint filed in this matter on _____,     and

any and all later amendments thereto (the "Subrogation Master Complaint").

All Plaintiffs adopting the Subrogation Master Complaint shall elect to join

either the "Class Plaintiffs" Group or the "Independent Subrogation Plaintiffs" Group,

as those groups are defined in the Subrogation Master Complaint. By adoption of the

Subrogation Master Complaint, and through selection of their respective Group, this

Plaintiff adopts only the allegations attributable to their selected Group, incorporates

those allegations herein by this reference, and agrees to be bound by any rulings with

respect to the Master Complaint.

### SUBROGATION GROUP CHOSEN BY THIS PLAINTIFF:

☐     Class Plaintiffs

☐     Independent Subrogation Plaintiffs

Plaintiff further adopts the Subrogation Master Complaint, including all state

law counts to the extent Plaintiff has or subsequently will pay for theft related losses

in each such state.

### PRAYER FOR RELIEF

Plaintiff hereby adopts the Prayer for Relief from the Subrogation Master

Complaint in its entirety.

DATED: _____, 2023

_____