# EXHIBIT C

ELLIOTT R. FELDMAN *(pro hac vice* to be filed)
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800 Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282
EFeldman@cozen.com

WILLIAM HOFFMANN *(pro hac vice)*
**GROTEFELD HOFFMANN**
5535 Balboa Boulevard, Suite 219
Encino, CA 91316
Tel: (747) 233-7150
BHoffmann@ghlaw-llp.com

CRAIG S. SIMON (SBN 78158)
**BERGER KAHN, A LAW CORPORATION**
2 Park Plaza, Suite 650
Irvine CA 92614
Tel: (949) 474-1880
csimon@bergerkahn.com

TIMOTHY E. CARY (SBN 093608)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

Lead Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ADOPTION OF SUBROGATION MASTER COMPLAINT** |

Plaintiff _____, ("Plaintiff") submits this Notice of Adoption of Master Complaint, and adopts and incorporates by reference, as set forth below,

the Subrogation Master Complaint filed in this matter on _____, and any and all later amendments thereto (the "Subrogation Master Complaint").

All Plaintiffs adopting the Subrogation Master Complaint shall elect to join either the "Class Plaintiffs" Group or the "Independent Subrogation Plaintiffs" Group, as those groups are defined in the Subrogation Master Complaint. By adoption of the Subrogation Master Complaint, and through selection of their respective Group, this Plaintiff adopts only the allegations attributable to their selected Group, incorporates those allegations herein by this reference, and agrees to be bound by any rulings with respect to the Master Complaint.

**SUBROGATION GROUP CHOSEN BY THIS PLAINTIFF:**

☐ Class Plaintiffs

☐ Independent Subrogation Plaintiffs

Plaintiff further adopts the Subrogation Master Complaint, including all state law counts to the extent Plaintiff has or subsequently will pay for theft related losses in each such state.

**PRAYER FOR RELIEF**

Plaintiff hereby adopts the Prayer for Relief from the Subrogation Master Complaint in its entirety.

DATED: _____, 2023

_____