# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br>The Honorable James V. Selna<br><br>**ORDER RE JOINT STIPULATION RE FILING DATE FOR RENEWED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL, REVISED SETTLEMENT AGREEMENT, AND DEFENDANTS' SUPPLEMENTAL SUBMISSION**<br>**ORDER [211]** |

The parties in the consumer class action have agreed to and respectfully request that the Court adopt the following stipulation:

WHEREAS, on May 18, 2023, Consumer Plaintiffs and Defendants informed the Court of a settlement-in-principle of the consumer class action claims and Consumer Plaintiffs moved for preliminary approval on July 20, 2023 (Dkt. 166) and Defendants did not oppose that motion. Dkt. 177.

WHEREAS, the Court heard oral argument on Consumer Plaintiffs' motion for preliminary approval on August 15, 2023.

WHEREAS, the Court issued an order on August 16, 2023 that provided views on certain settlement terms, requested further information concerning the Software

1 Upgrade element of the proposed settlement, and that contemplated that the Consumer Plaintiffs would renew their motion for preliminary approval by September 6, 2023. *See* Dkt. 200.

WHEREAS, Consumer Plaintiffs and Defendants continue to work diligently to prepare these materials in accordance with the Court's guidance but would benefit from an additional 21 days, particularly with respect to the submission concerning the Software Upgrade, which requires additional expert analysis and collection and processing of real-time data concerning the field implementation of the Software Upgrade.

WHEREAS, the settling parties do not anticipate any opposition or reply briefing to the renewed motion for preliminary approval.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1 and subject to the Court's approval, that Consumer Plaintiffs and Defendants shall have until September 27, 2023 to renew the motion for preliminary approval of a revised settlement agreement and to provide supporting submissions.

Dated: September 1, 2023

By: /s/*Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

By: /s/*Shon Morgan*
    Shon Morgan
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    865 South Figueroa Street, 10th Fl.
    Los Angeles, CA  90017-2543

    Peter J. Brennan
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

*Counsel for Defendants*

Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON &

McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

Roland Tellis, Esq.
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership Counsel
and Counsel for Plaintiffs*

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** Consumer Plaintiffs and Defendants shall have until September 27, 2023 to renew the motion for preliminary approval of a revised settlement agreement and provide supporting submissions.

DATED: September 05, 2023

_____
Honorable James V. Selna
United States District Judge

## FILER'S ATTESTATION

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Shon Morgan
Shon Morgan