Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Cristina Henriquez (Bar No. 317445)
cristinahaneriquez@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) <br><br> The Honorable James V. Selna <br><br> **DECLARATION OF NICHOLAS DEMPKOWSKI** |
| This document relates to: <br> CONSUMER CLASS ACTION | |

# DECLARATION OF NICHOLAS DEMPKOWSKI

Pursuant to 28 U.S.C. § 1746, I, Nicholas Dempkowski, declare as follows:

1. I offer this declaration to support the submission of Kia America, Inc. ("KA") concerning its voluntary measures in the wake of social media-inspired vehicle thefts, including the development, validation, and implementation of the anti-theft software upgrade designed to enhance anti-theft protection against the social media mode of theft. I further address KA's investigation of thefts and attempted thefts of vehicles without an engine immobilizer reported by customers after purportedly receiving the anti-theft software upgrade offered by KA.

2. I am a Technical Project Service Engineer in the Product Quality Department at KA. I make this declaration based upon my personal knowledge and information provided by other KA employees. If called upon to testify to those facts, I could and would competently testify thereto.

**Kia's Voluntary Measures**

3. I understand and believe that Kia voluntarily:

- made efforts to remove social media "Kia Boyz" videos;
- made immobilizers standard equipment on all new vehicles as of late 2021, which means that most 2022 model-year vehicles and all 2023 and later model-year vehicles include immobilizers;
- distributed free steering wheel locks. As of September 26, 2023, KA has distributed more than 260,000 steering wheel locks by either shipping them directly to customers or making them available through local law enforcement; and
- developed a free anti-theft software upgrade for software-eligible vehicles.

**The Anti-Theft Software Upgrade**

4. KA began offering free installation of an anti-theft software upgrade on a rolling basis beginning on January 19, 2023. Kia Owners and lessees in the United States were notified by mail (and some also by e-mail) starting in January 2023.

5. The Kia vehicles that are eligible for the anti-theft software upgrade were equipped with a burglar alarm system that incorporates an ignition kill feature. As originally designed, the ignition kill feature would activate for a certain time when the burglar alarm was triggered. Under the original design, the burglar alarm would trigger after it has been armed by properly locking the vehicle with the key or fob with all doors, hood, and trunk fully closed, and subsequently a door, hood, or trunk is opened without the key. The anti-theft software upgrade enhances the ignition kill system by requiring the use of an authorized key or fob to first disarm the system in order to start the vehicle. The burglar alarm will be triggered to activate the ignition kill when an attempt is made to start the vehicle without first properly disarming the burglar alarm. Until the vehicle is properly disarmed, the ignition kill will remain active. From a technical perspective, the anti-theft software upgrade is implemented by modifying the Integrated Body Control Unit/Body Control Module (IBU/BCM) software logic on eligible vehicles.

6. The anti-theft software upgrade is designed to prevent the vehicle from being started when subjected to window break-ins of the social-media style challenge, as long as the vehicle owner locks their vehicle and arms the burglar alarm. By design, the anti-theft software upgrade does not impair vehicle reliability or performance; it simply expands the logic and parameters by which the existing alarm system operates.

7. Although the anti-theft software upgrade operates the same way across all eligible Kia vehicles, many different iterations of the anti-theft software had to be developed. Due to differences in the number and design of control modules, including among different trim levels within the same vehicle model, the antitheft software upgrades need to be specifically designed to account for different model variations.

Multiple vehicle systems, including body control modules, engine control modules, and ignition systems, interact in order to accommodate this technology. Because of the need to develop many variations of the anti-theft software upgrade across models and trims, the anti-theft software upgrade was rolled out at different times for eligible vehicles.

8. I participated in some of the KA testing and validation of certain versions of the anti-theft software and understand that before being released to vehicle owners and lessees, each tested version of the anti-theft software upgrade for Kia vehicles underwent a rigorous validation process. This validation testing required confirmation that all alarm and ignition kill functions operated properly under many different scenarios, which tested both the conditions under which the alarm and ignition kill functions were supposed to activate as well as when they should not activate. The testing parameters were provided by Research and Development team counterparts overseas at KC that worked directly with the module suppliers who provided the enhanced anti-theft software logic. Included in those test scenarios were numerous functionality tests to ensure the updated anti-theft software operated compatibly with other vehicle functions such as vehicle lights, windshield wipers, defoggers, various warning signals, etc. and a "sleep mode" test to ensure the Body Control Module in which the anti-theft software upgrade operates remains stable when in a low-power state (key off and all entry points such as doors, hood, trunk, tailgate closed). I understand this testing process combined with later field troubleshooting provided KA engineers with a commercially appropriate level of confidence that overall the anti-theft software upgrades perform as intended and operate compatibly and safely with all other vehicle functions.

9. A few minor issues have arisen during implementation of the software upgrade, all of which have now been addressed. For example, in a small number of vehicles equipped with a Kia genuine remote start accessory, the horn might have honked after the remote start feature was commanded. This issue did not affect

operation of the anti-theft software upgrade or any factory-equipped remote start feature. Additional software addressed this issue and became available July 7, 2023. Similarly, there was an upload error with respect to the software version installed on a limited number of certain Kia Rio models. Affected owners are being notified to obtain free installation of the appropriate software version.

10. The below chart shows software upgrade installations as of September 26, 2023.

| Model | MY | Completed | Total | Completed % |
|---|---|---|---|---|
| K5 | 2021-2022 | 3,126 | 6,368 | 49.1% |
| Sportage | 2011-2016 | 45,052 | 192,501 | 23.4% |
| Sportage | 2017-2022 | 136,885 | 328,375 | 41.7% |
| Optima (TF) | 2011-2015 | 18,991 | 120,793 | 15.7% |
| Optima (QF) | 2011-2015 | 42,258 | 224,132 | 18.9% |
| Optima (JFa) | 2016-2020 | 70,310 | 279,523 | 25.2% |
| Optima (JF) | 2016-2018 | 5,839 | 25,163 | 23.2% |
| Sorento | 2011-2015 | 57,043 | 403,744 | 14.1% |
| Sorento | 2016-2020 | 124,677 | 421,935 | 29.5% |
| Sorento | 2021-2022 | 5,712 | 13,495 | 42.3% |
| Forte | 2014-2016 | 28,069 | 207,046 | 13.6% |
| Forte | 2017-2018 | 33,775 | 183,709 | 18.4% |
| Forte | 2019-2021 | 62,915 | 232,260 | 27.1% |
| Soul | 2020-2022 | 59,229 | 57,450 | 35.7% |
| Rio | 2012-2017 | 7,333 | 91,839 | 8.0% |
| Rio | 2018-2021 | 16,387 | 69,702 | 23.5% |
| Sedona | 2020-2021 | 2,910 | 44,376 | 6.6% |
| Sedona | 2015-2021 | 15,247 | 79,336 | 19.2% |
| Seltos | 2021-2022 | 19,952 | 50,784 | 39.3% |
| **Grand Total** | | 755,710 | 3,140,851 | 24.1% |

11. Adjusted completion rates account for vehicles that are scrapped, unregistered, or otherwise unlikely to return to road service. And the adjusted total accounting for Kia vehicles that are scrapped, unregistered, or are otherwise unlikely to return to road service approaches 40% for all anti-theft software-eligible Kia vehicles.

12. On August 12, 2023, KA collaborated with the Atlanta police department, Atlanta Mayor Andre Dickens, and Kia dealers in Atlanta to provide a mobile service center in Atlanta. Specially trained mobile service technicians were available on-site and installed and completed the anti-theft software upgrade on many vehicles and distributed numerous steering wheel locks. In light of KA's outreach activities with respect to the anti-theft software upgrade, KA is forecasting a completion rate well above the typical notified campaign completion rate.

13. Vehicles that receive the software upgrade receive two stickers that caution that the vehicle is equipped with anti-theft logic. Based on software upgrade completions as of September 26, 2023, I understand and believe KA has issued more than 1,511,420 decals.

14. I understand and believe that as of September 26, 2023, KA has incurred reimbursement costs associated with the software upgrade of at least $33,269,200.67.

**KA Investigations of Reported Thefts and Attempted Thefts of Vehicles Without An Engine Immobilizer That Allegedly Received the Software Upgrade**

15. KA is endeavoring to investigate all reports that come to its attention of thefts and attempted thefts of vehicles equipped with the anti-theft software upgrade to confirm the efficacy of the upgrade in the field; I have been involved in these efforts. These investigations typically begin when a customer reports that his/her vehicle was the subject of a theft or attempted theft. To the extent possible, KA investigations involve interviewing the customer, reviewing any documentation or other materials relating to the incident, and inspecting the vehicle if made available to KA. Some customers submit photographs and/or make their vehicles available to us. KA also makes reasonable independent efforts to gather the available information about the purported thefts, such as police reports.

16. If the mode of theft is not apparent from circumstances or interviews, and to the extent the vehicle is available to KA, the vehicle is evaluated to confirm

the anti-theft software upgrade is operating as intended and activates the ignition kill feature as designed to prevent the theft mode popularized on social media.

17. Investigations into many customer reports of theft after purported installation of the anti-theft software upgrade remain ongoing or were inconclusive (in part because the vehicle might not have been made available for inspection). But several conclusions can be drawn from the available data:

    i. These investigations have yet to confirm an instance where the vehicle-appropriate, anti-theft software upgrade does not perform as designed.

    ii. In some instances, there was no indication of forced entry, thus the vehicle was likely left unlocked—the anti-theft software upgrade requires that the system be armed (vehicle locked) in order for it to activate.

    iii. There were at least one hundred eighty-seven occasions where the theft mode popularized by social media had been attempted but no theft resulted, indicating that the anti-theft software upgrade worked precisely as designed to prevent the theft.

    iv. KA found at least sixty-two thefts perpetrated by a method other than the theft mode popularized by social media, which the anti-theft software upgrade was not designed to prevent.

    v. These investigations also found at least twenty occasions where an owner reported a vehicle stolen but either dealer records or records from the company that runs the software could not confirm.

    vi. Several thefts were likely perpetrated by "chop shop" organizations that appeared to have used a mode of theft different than the theft mode popularized by social media.

    vii. Although the 2020 Kia Sportage of Guerrero-Pincheria reportedly stolen after receiving the software upgrade has not been recovered and thus not inspected, we believe that because no glass was left at the scene, this

1 | vehicle was likely subject to a different method of theft than that popularized on social media.

2 | viii. The investigation of the 2020 Kia Optima of Rose that was reportedly stolen remains inconclusive as the vehicle had no keys, so the alarm could not be armed and disarmed at the time of the inspection to determine if the anti-theft software upgrade was operating.

ix. And with respect to the 2019 Kia Sportage of Cook that was reported as the subject of a window break-in attempted theft, it is reasonable to conclude the anti-theft software upgrade worked as designed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2023 at Irvine, California.

*Nicholas Dempkowski*
Nicholas Dempkowski