1  Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
2  Cristina Henriquez (Bar No. 317445)
   cristinahaneriquez@quinnemanuel.com
3  **QUINN EMANUEL URQUHART &**
   **SULLIVAN, LLP**
4  865 South Figueroa Street, 10th Floor
5  Los Angeles, CA  90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100
7  Peter J. Brennan (*pro hac vice*)
8  PBrennan@jenner.com
   **JENNER & BLOCK LLP**
9  353 North Clark Street
   Chicago, IL 60654-3456
10 Telephone: (312) 222-9350
   Facsimile: (312) 527-0484
11
   *Counsel for Defendants*
12
13           **UNITED STATES DISTRICT COURT**
14           **CENTRAL DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| In re: HYUNDAI HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| | **DECLARATION OF LONG NGUYEN** |
| This document relates to: CONSUMER CLASS ACTION | |

16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF LONG NGUYEN

Pursuant to 28 U.S.C. § 1746, I, Long Nguyen, declare as follows:

1.    I offer this declaration to support the submission of Hyundai Motor America. ("HMA") concerning its voluntary measures in the wake of social media-inspired vehicle thefts, including the development, validation, and implementation of the anti-theft software upgrade designed to enhance antitheft protection against the social media mode of theft.

2.    I am Systems Engineer, Body Electrical & Multimedia at HMA.  I make this declaration based upon my personal knowledge and information provided by other HMA employees.  If called upon to testify to those facts, I could and would competently testify thereto.

**Hyundai's Voluntary Measures**

3.    I understand and believe that Hyundai voluntarily:

- made efforts to remove social media "Kia Boyz" videos;
- made immobilizers standard equipment on all new vehicles as of late 2021, which means that most 2022 model-year vehicles and all 2023 and later model-year vehicles will include immobilizers;
- distributed free steering wheel locks.  As of September 25, 2023, Hyundai has distributed more than 130,000 steering wheel locks by making them available through local law enforcement or dealers; and
- developed a free anti-theft software upgrade for software-eligible vehicles.

**The Anti-Theft Software Upgrade**

4.    HMA began offering free installation of an anti-theft software upgrade on a rolling basis beginning on or about February 14, 2023.  Hyundai owners and lessees in the United States were notified by mail starting on February 20, 2023; some were also notified by email starting on February 28, 2023.

5.      The Hyundai vehicles that are eligible for the anti-theft software upgrade were equipped with a burglar alarm system that incorporates an ignition kill feature. As originally designed, the ignition kill feature would activate for a certain time when the burglar alarm was triggered.  Under the original design, the burglar alarm would trigger after it has been armed by properly locking the vehicle with the key or fob with all doors, hood, and trunk fully closed, and subsequently a door, hood, or trunk is opened without the key.  The anti-theft software upgrade enhances the ignition kill system by requiring the use of an authorized key or fob to first disarm the system in order to start the vehicle.  The burglar alarm will be triggered to activate the ignition kill when an attempt is made to start the vehicle without first properly disarming the burglar alarm.  Until the vehicle is properly disarmed, the ignition kill will remain active.  From a technical perspective, the anti-theft software upgrade is implemented by modifying the Integrated Body Control Unit/Body Control Module (IBU/BCM) software logic on eligible vehicles.

6.      The anti-theft software upgrade is designed to prevent the vehicle from being started when subjected to window break-ins of the social-media style challenge, as long as the vehicle owner locks their vehicle and arms the burglar alarm.  By design, the anti-theft software upgrade does not impair vehicle reliability or performance; it simply expands the logic and parameters by which the existing alarm system operates.

7.      Although the anti-theft software upgrade operates the same way across all eligible Hyundai vehicles, many different iterations of the anti-theft software had to be developed.  Due to differences in the number and design of control modules, including among different trim levels within the same vehicle model, the antitheft software upgrades need to be specifically designed to account for different model variations.  Multiple vehicle systems, including body control modules, engine control modules, and ignition systems, interact in order to accommodate this technology. Because of the need to develop many variations of the anti-theft software upgrade

across models and trims, the anti-theft software upgrade was rolled out at different times for eligible vehicles.

8.  Before the first launch of the anti-theft software upgrade on February 14, 2023, I participated in some of the HMA testing and validation of certain versions of the anti-theft software.  Each tested version of the anti-theft software upgrade for Hyundai vehicles underwent a rigorous validation process that required passing more than 60 separate tests.  This validation testing required confirmation that all alarm and ignition kill functions operated properly under 65 different scenarios, which tested both the conditions under which the alarm and ignition kill functions were supposed to activate as well as when they should not activate.  The testing parameters were provided by Research and Development team counterparts overseas at HMC that worked directly with the module suppliers who provided the enhanced anti-theft software logic.  Included in those test scenarios were 26 functionality tests to ensure the updated anti-theft software operated compatibly with other vehicle functions such as vehicle lights, windshield wipers, defoggers, various warning signals, etc. and a "sleep mode" test to ensure the Body Control Module in which the anti-theft software upgrade operates remains stable when in a low-power state (key off and all entry points such as doors, hood, trunk, tailgate closed).  I understand this testing process combined with later field troubleshooting provided Hyundai engineers with a commercially appropriate level of confidence that overall the anti-theft software upgrades perform as intended and operate compatibly and safely with all other vehicle functions.

9.  There are some reported instances of minor compatibility issues with vehicle remote start convenience features, some of which have been resolved with new software deployment and the remaining of which are currently being investigated.  For example, in a small number of vehicles, the horn might have honked after the remote start feature was commanded.  That issue did not affect operation of the anti-theft software upgrade or any factory-equipped remote start feature.

Additional software addressing this issue in some vehicles became available on August 16, 2023. Further improvements will be forthcoming.

10.    The below charts shows software upgrade installations as of September 21, 2023.

| Model | MY | Completed | Total | Completed % | Account For Total | Adj Comp % |
|---|---|---|---|---|---|---|
| Elantra | 2017-2020 | 134,341 | 467,594 | 28.7% | 88,865 | 47.7% |
| Sonata | 2015-2019 | 123,237 | 457,356 | 26.9% | 109,918 | 51.0% |
| Venue | 2020-2021 | 18,054 | 31,735 | 56.9% | 1,668 | 62.1% |
| Kona | 2018-2022 | 37,062 | 78,645 | 47.1% | 5,829 | 54.5% |
| Veloster | 2012-2021 | 17.043 | 95,141 | 17.9% | 23,147 | 42.2% |
| Accent | 2018-2022 | 25,010 | 81,927 | 30.5% | 10,725 | 43.6% |
| Elantra | 2021-2022 | 8,376 | 19,886 | 42.1% | 1,003 | 47.2% |
| Elantra Gt | 2018-2020 | 5,446 | 17,342 | 31.4% | 2,314 | 44.7% |
| Santa Fe | 2013-2018 | 15,832 | 63,902 | 24.8% | 8,821 | 38.6% |
| Santa Fe Sport | 2013-2018 | 91,147 | 356,157 | 25.6% | 55,397 | 41.1% |
| Santa Fe Xl | 2019 | 1,289 | 3,128 | 41.2% | 217 | 48.1% |
| Sonata | 2011-2014 | 77,845 | 542,733 | 14.3% | 168,123 | 45.3% |
| Tucson | 2011-2022 | 159,161 | 514,540 | 30.9% | 74,267 | 45.4% |
| Elantra | 2011-2020 | 116,084 | 893,383 | 13.0% | 256,006 | 41.6% |
| Elantra Gt | 2013-2017 | 14,113 | 75,751 | 18.6% | 17,944 | 42.3% |

| Model | MY | Completed | Total | Completed % | Account For Total | Adj Comp % |
|-------|-----|-----------|-------|-------------|-------------------|-----------|
| Genesis Coupe | 2013-2014 | 1,160 | 13,032 | 8.9% | 4,546 | 43.8% |
| Palisade | 2020-2021 | 4,039 | 8,572 | 47.1% | 377 | 51.5% |
| Santa Fe | 2019-2022 | 31,690 | 83,782 | 37.8% | 5,856 | 44.8% |
| Sonata | 2015-2019 | 0 | 61 | 0.0% | 45 | 73.8% |
| **Grand Total** | | **880,929** | **3,804,667** | **23.2%** | **835,068** | **45.1%** |



11.    Adjusted completion rates account for vehicles that are scrapped, unregistered, or otherwise unlikely to return to road service.

12.    Below is a map that reflects anti-theft software installations completed on Hyundai vehicles across the United States.





13.    From July 27-31, 2023, HMA collaborated with Washington D.C. Mayor Muriel Bowser and acting Metropolitan Police Chief Pamela A. Smith to provide a mobile service center at RFK Stadium.  Specially trained mobile service technicians were available on-site and installed and completed the software upgrade on more than 6,000 vehicles during the event.  In light of HMA's outreach activities with respect to the software upgrade, HMA is forecasting a completion rate well above the typical notified campaign completion rate.

14.    Vehicles that receive the software upgrade receive two stickers that caution that the vehicle is equipped with anti-theft logic.  Based on software upgrade completions as of September 21, 2023, I understand and believe HMA has issued more than 1,761,858 decals.

15.    I understand and believe that as of September 22, 2023, HMA has incurred reimbursement costs associated with the software upgrade of at least $41,134,701.25.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2023 at Fountain Valley, California.

_____
Long Nguyen