Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Cristina Henriquez (Bar No. 317445)
cristinahanriquez@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: HYUNDAI HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**DECLARATION OF JOHN GRAMATA** |
| This document relates to:<br><br>CONSUMER CLASS ACTION | |

## DECLARATION OF JOHN GRAMATA

Pursuant to 28 U.S.C. § 1746, I, John Gramata, declare as follows:

1. I offer this declaration to support the submission of Hyundai Motor America ("HMA") concerning HMA's investigation of thefts and attempted thefts of vehicles without an engine immobilizer reported by customers after purportedly receiving the anti-theft software upgrade offered by HMA pursuant to Campaign 993.

2. I am Director of Customer Care at HMA. Unless stated on information and belief, I have personal knowledge of the facts below. If called upon to testify to those facts, I could and would competently testify thereto.

3. HMA is endeavoring to investigate all reports that come to its attention of thefts of vehicles equipped with the anti-theft software upgrade to confirm the efficacy of the upgrade in the field; I have been involved in these efforts. These investigations typically begin when a customer reports that his/her vehicle was the subject of a theft or attempted theft. To the extent possible, the investigations involve interviewing the customer, reviewing any documentation or other materials relating to the incident, and inspecting the vehicle if made available to HMA. Some customers submit photographs and/or make their vehicles available to us. HMA also makes reasonable independent efforts to gather the available information about the purported thefts, such as police reports.

4. If the mode of theft is not apparent from circumstances or interviews, and to the extent the vehicle is available to HMA, the vehicle is evaluated to confirm the anti-theft software upgrade is operating as intended and activates the ignition kill feature as designed to prevent the theft mode popularized on social media.

5. Investigations into many customer reports of theft after purported installation of the anti-theft software upgrade remain ongoing or were inconclusive (in part because the vehicle might not have been made available for inspection). But several conclusions can be drawn from the available data:

  i. These investigations have yet to confirm an instance where the vehicle-appropriate, anti-theft software upgrade does not perform as designed.

  ii. In some instances, there was no indication of forced entry, thus the vehicle was likely left unlocked—the anti-theft software upgrade requires that the system be armed (vehicle locked) in order for it to activate.

  iii. There were at least some occasions where the theft mode popularized by social media had been attempted but no theft resulted, indicating that the anti-theft software upgrade worked precisely as designed to prevent the theft.

  iv. HMA found at least thirty-seven thefts perpetrated by a method other than the theft mode popularized by social media—my understanding is that the anti-theft software upgrade was not designed to prevent all thefts, including thefts such as these.

  v. These investigations also found some occasions where an owner reported a vehicle stolen but dealer records could not confirm that those vehicles had ever received the anti-theft software upgrade.

  vi. Several thefts were likely perpetrated by "chop shop" organizations that appeared to have used a mode of theft different than the theft mode popularized by social media.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2023, at Fountain Valley, California.

*/s/ John Gramata*

John Gramata