Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Cristina Henriquez (Bar No. 317445)
cristinahaneriquez@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**DECLARATION OF CRISTINA HENRIQUEZ IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL SUBMISSION RE: SOFTWARE UPGRADE IN SUPPORT OF CONSUMER CLASS ACTION SETTLEMENT** |

**DECLARATION OF CRISTINA HENRIQUEZ**

Pursuant to 28 U.S.C. § 1746, I, Cristina Henriquez, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Hyundai Motor America ("HMA"), Kia America, Inc. ("KA"), Hyundai Motor Company ("HMC"), and Kia Corporation ("KC"). Unless stated on information and belief, I make this declaration based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. HMA, KA, HMC, and KC together provided me with ninety-eight Microsoft Excel spreadsheets containing results from the anti-theft software, vehicle-level final validation testing performed on Integrated Body Control Unit/Body Control Modules (IBU/BCM) of anti-theft software-eligible vehicle models and model years.

3. Each spreadsheet contains the following information: (1) test vehicle information (model and model year); (2) the IBU/BCM part number; (3) the software version corresponding to final validation; (4) the hardware version; (5) the result of the final validation testing; and (6) individualized results for sixty-five different test scenarios. Sometimes further notes are also provided to explain the individual results.

4. Charts summarizing the information in the ninety-eight spreadsheets are attached as **Exhibit A**. The charts include information regarding vehicle model and model year, the part number for the IBU/BCM receiving the anti-theft software upgrade as corresponding to the model years and model, the finally validated software version, and the final validation results.

5. The ninety-eight spreadsheets provided to me have also been produced to plaintiffs as part of confirmatory discovery.

6. I understand and believe these vehicle-level final validation tests took place between November 2022 and March 2023, and that all the different versions

of the anti-theft software upgrade corresponding to different Class Vehicles were finally validated through these vehicle-level tests before the anti-theft software upgrades were offered to consumers. It is also my understanding and belief that the ninety-eight spreadsheets comprise the entire universe of results of these vehicle-level final anti-theft software validation testing that occurred between November 2022 and March 2023.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on the 27th of September 2023 in Culver City, California.

/s/ Cristina Henriquez
Cristina Henriquez