# EXHIBIT A

## HYUNDAI FINAL VALIDATION CHART

| MY (Model) | IBU(BCM) PART-NO. | (FINAL) S/W VERSION | RESULT |
|---|---|---|---|
| **HYUNDAI SONATA (YF/YFa/LF)** | | | |
| 2010-2011 (YF) | 95400-3Q001 | 0DD | PASSED |
| 2010- 2011 (YFa) | 95400-3Q000 | 0A6 | PASSED |
| 2012 (YF) | 95400-3Q003 | 0DD | PASSED |
| 2013 (YFa) | 95400-3Q004 | 0DD | PASSED |
| 2016 (LF) | 95400-C2201 | 1.00 | PASSED |
| 2017-2018 (LF) | 95400-C2700 | 1.00 | PASSED |
| **HYUNDAI TUCSON (LM/TL/NX4/NX4a)** | | | |
| 2010 (LM) | 95400-2S710 | 020 | PASSED |
| 2011 (LM) | 95400-2S711 | 020 | PASSED |
| 2012-2013 (LM) | 95400-2S712 | 020 | PASSED |
| 2014-2015 (LM) | 95400-2SEB0 | 020 | PASSED |
| 2015-2017 (TL) | 95400-D3600 | 100 | PASSED |
| 2018-2021 (TL) | 95410-D3AA0 | 100 | PASSED |
| 2020 (NX4) | 95400-N9001 | 100 | PASSED |
| 2021 (NX4) | 95400-N9001 | 100 | PASSED |
| 2021 (NX4a) | 95400-CW051 | 100 | PASSED |
| **HYUNDAI SANTA FE SPORT (AN)** | | | |
| 2012-2013 (AN) | 95400-4Z100 | 100 | PASSED |
| 2014 (AN) | 95400-4Z101 | 100 | PASSED |
| 2015 (AN) | 95400-4Z200 | 100 | PASSED |
| 2016-2018 (AN) | 95400-4Z310 | 100 | PASSED |
| **HYUNDAI SANTA FE (NC/TMa)** | | | |
| 2013-2019 (NC) | 95400-4Z240 | 100 | PASSED |
| 2013-2014 (NC) | 95400-B8900 | 100 | PASSED |
| 2018-2019 (TMa) | 95400-S2500 | 300 | PASSED |
| 2020 (TMa) | 954A0-S2500 | 100 | PASSED |
| 2021-2022 (TMa) | 954BO-S2BL0 | 100 | PASSED |
| 2021-2022 (TMa) | 954BO-S2BL2 | 100 | PASSED |
| **HYUNDAI SANTA FE XL (NC)** | | | |
| 2016-2019 (NC) | 95400-B8FO0 | 100 | PASSED |
| **HYUNDAI PALISADE (LX2)** | | | |
| 2019-2020 (LX2) | 95400-S8MB0 | 100 | PASSED |
| 2021 (LX2) | 95400-S8MB2 | 100 | PASSED |
| **HYUNDAI ELANTRA (MD/ADa/CN7/CN7a)** | | | |
| 2011 (MD) | 95400-3X532 | 0A0 | PASSED |
| 2012 (MD) | 95400-3X830 | 0AA | PASSED |
| 2014-2016 (MD) | 95400-3XE10 | 0AA | PASSED |
| 2015-2017 (ADa) | 95400-F2BBO | 1.07 | PASSED |
| 2019 (ADa) | 95400-F2AL0 | 1.04 | PASSED |
| 2021-2022(CN7) | 95400-AA920 | 1.20 | PASSED |

| | | | |
|---|---|---|---|
| **2021-2022 (CN7a)** | 95400-AB100 | 1.10 | PASSED |
| **HYUNDAI KONA (OS)** | | | |
| **2018 (OS)** | 95400-J9KHO | 300 | PASSED |
| **2019-2020 (OS)** | 95400-J9KHO | 300 | PASSED |
| **2021-2022 (OS)** | 95400-J9BK0 | 300 | PASSED |
| **HYUNDAI VELOSTER (FS/JS)** | | | |
| **2011-2012 (FS)** | 95400-2V070 | 120 | PASSED |
| **2014 (FS)** | 95400-2V184 | 120 | PASSED |
| **2015-2017 (FS)** | 95400-2V187 | 210 | PASSED |
| **2019-2021 (JS)** | 95400-J3720 | 101 (x506) | PASSED |
| **HYUNDAI ACCENT (HC)** | | | |
| **2018-2021 (HC)** | 95400-J0400 | 3.10 | PASSED |
| **2019-2021 (HC)** | 95400-J0410 | 3.10 | PASSED |
| **HYUNDAI VENUE (QX)** | | | |
| **2020 (QX)** | 95400-K2510 | 1.02 | PASSED |
| **2020 (QX) (R/C)** | 95400-K2510 | 1.03 | PASSED |
| **2021 (QX)** | 95400-K2511 | 1.04 | PASSED |
| **HYUNDAI ELANTRA GT (GD/PD)** | | | |
| **2012-2013 (GD)** | 95400-A5560 | 100 | PASSED |
| **2014 (GD)** | 95400-A5582 | 100 | PASSED |
| **2015-2017 (GD)** | 95400-A5560 | 100 | PASSED |
| **2017-2021 (PD)** | 95400-G3970 | 800 | PASSED |
| **HYUNDAI GENESIS COUPE (BK)** | | | |
| **2012-2013 (BK)** | 95400-2M870 | 10 | PASSED |
| **2014-2015 (BK)** | 95400-2M871 | 1.0 | PASSED |

## KIA FINAL VALIDATION CHART

| MY (MODEL) | IBU(BCM) PART-NO. | (FINAL) S/W VERSION | Result |
|---|---|---|---|
| **KIA SPORTAGE (SL/QL)** | | | |
| 2011 (SL) | 95400-3W830 | 1.12 | PASSED |
| 2012 (SL) | 95400-3W832 | 401 | PASSED |
| 2013 (SL) | 95400-3W822 | 103 | PASSED |
| 2014 (SL) | 95400-3WLD0 | 400 | PASSED |
| 2016-2017 (QL) | 95400-D9700 | 100 | PASSED |
| 2018-2019 (QL) | 95400-D9701 | 100 | PASSED |
| 2020 (QL) | 95400-D9AX0 | 100 | PASSED |
| 2021-2022 (QL) | 954B0-D9AX0 | 100 | PASSED |
| **KIA SORENTO (XMa/UMa/MQ4a)** | | | |
| 2011 (XMa) | 95400-1U021 | 10 | PASSED |
| 2012 (XMa) | 95400-1U022 | 10 | PASSED |
| 2013 (XMa) | 95400-1U023 | 10 | PASSED |
| 2014-2015 (XMa) | 95400-1U210 | 10 | PASSED |
| 2016-2020 (UMa) | 95400-C6020 | 300 | PASSED |
| 2019 (UMa) | 95400-C6525 | 300 | PASSED |
| 2020 (UMa) | 95400-C6030 | 300 | PASSED |
| 2021 (MQ4a) | 95400-R5350 | 1.01 | PASSED |
| 2022 (MQ4a) | 954A0-R5350 | 2.01 | PASSED |
| **KIA K5 (DL3a)** | | | |
| 2021 (DL3a) | 95400-L3600 | 107 | PASSED |
| 2021 (DL3a) (R/C) | 95400-L3601 | 109 | PASSED |
| 2021 (DL3a) (A/S) | 95400-L3600 | 107 | PASSED |
| 2021 (DL3a) (R/C) (A/S) | 95400-L3601 | 109 | PASSED |
| 2022 (DL3a) | 954B0-L3600 | 108 | PASSED |
| 2022 (DL3a) (R/C) | 954B0-L3600 | 110 | PASSED |
| **KIA SEDONA (VQ/YP)** | | | |
| 2011-2014 (VQ) | 91955-4DXXX | D.00F | PASSED |
| 2015-2021 (YP) | 95400-A9510 | 100 | PASSED |
| 2015-2021 (YP) | 95400-A9540 | 100 | PASSED |
| **KIA FORTE (YD/YDm/BDm)** | | | |
| 2014-2016 (YD) | 95400-A7BT0 | 900 | PASSED |
| 2014-2016 (YD) | 95400-A7DJ0 | 900 | PASSED |
| 2014-2016 (YD) | 95400-A7630 | 900 | PASSED |
| 2014-2016 (YD) | 95400-B0720 | 900 | PASSED |
| 2017-2018 (YDm) | 95400-B0220 | 900 | PASSED |
| 2017-2018 (YDm) | 95400-B0221 | 900 | PASSED |
| 2019-2021(BDm) | 95400-M7270 | 204(AKM); 205 (NXP) | PASSED |

| | | | |
|---|---|---|---|
| **KIA RIO (UB/SC)** | | | |
| **2012-2017 (UB)** | 95400-1W862 | 1 | PASSED |
| **2012-2017 (UB)** | 95400-1W860 | 1 | PASSED |
| **2012-2017 (UB)** | 95400-1W963 | 1 | PASSED |
| **2012-2017 (UB)** | 95400-1WND0 | 1 | PASSED |
| **2018-2021 (SC)** | 95400-H9880 | 410 | PASSED |
| **KIA SELTOS (SP2)** | | | |
| **2021-2022 (SP2)** | 95400-Q5CY0 | 110 | PASSED |
| **2021-2022 (SP2)** | 954B0-Q5BU0 | 110 | PASSED |
| **KIA OPTIMA (TF/QF/JFa)** | | | |
| **2012 (QF)** | 95400-2T900 | 1.3 | PASSED |
| **2012 (TF)** | 95400-2T900 | 1.3 | PASSED |
| **2014 (QF)** | 95400-2T815 | 2.1 | PASSED |
| **2015 (TF)** | 95400-2T815 | 2.1 | PASSED |
| **2018 (JFa)** | 95400-D5010 | 260 | PASSED |
| **2019 (JFa)** | 954A0-D5010 | 100 | PASSED |
| **KIA SOUL (SK3)** | | | |
| **2020-2022 (SK3)** | 95400-K0Q80 | 101 | PASSED |
| **2020-2022 (SK3)** | 95400-K0QB0 | 103 | PASSED |
| **2020-2022 (SK3)** | 95400-K0QB0 | 110 | PASSED |