QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| This Document Relates to: | **STIPULATION RE DEADLINE TO RESPOND TO AMENDED COMPLAINT, [PROPOSED] ORDER** |
| *City of Chicago v. Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company* | |

Governmental Entity Plaintiff City of Chicago ("Plaintiff"), and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA"), hereby stipulate and agree to the following:

    1.    WHEREAS, on August 24, 2023, Plaintiff filed suit against HMA, KA, Hyundai Motor Corporation, and Kia Corporation in the Circuit Court of Cook County, Illinois ("Complaint");

    2.    WHEREAS, after seeking and being granted leave of court to file an amended complaint, on September 18, 2023, Plaintiff filed a First Amended

Complaint against HMA, KA, Hyundai Motor Corporation, and Kia Corporation in the Circuit Court of Cook County, Illinois ("FAC");

3. WHEREAS, on September 22, 2023, Defendants HMA and KA filed a Notice of Removal in the U.S. District Court for the Northern District of Illinois, and in the Circuit Court of Cook County, Illinois;

4. WHEREAS, on September 25, 2023, Defendants HMA and KA filed a Notice of Potential Tagalong with the Judicial Panel on Multidistrict Litigation ("JPML");

5. WHEREAS, on September 26, 2023, the JPML issued a Conditional Transfer Order ("CTO"), conditionally transferring the Chicago case to this Multidistrict Litigation ("MDL"), no Notice of Objection to that CTO was filed, and the CTO was finalized on October 4, 2023;

6. WHEREAS, Defendant HMA was served with the FAC on October 12, 2023;

7. WHEREAS, Defendant KA was served with the FAC on September 27, 2023;

8. WHEREAS, Hyundai Motor Corporation and Kia Corporation are Korean corporations who contend that they are not subject to the personal jurisdiction of this Court or of the U.S. District Court for the Northern District of Illinois, and who have not been served with the FAC;

9. WHEREAS, under the Federal Rules of Civil Procedure, the deadline for Defendant HMA to respond to the FAC is November 2, 2023, and the deadline for Defendant KA to respond to the FAC is October 18, 2023;

10. WHEREAS, Paragraph 5.5 of Order No. 1 provides that dates for pleading or discovery from the transferor courts are vacated and Paragraph 5.3 of Order No. 1 provides that no motion shall be filed until and in accordance with a Scheduling Order by this Court;

11. WHEREAS, as of this date the Court has not issued a Scheduling Order for later-filed cases such as Plaintiff's that are not part of the Consolidated Governmental Entities Complaint ("CGEC");

12. WHEREAS, Plaintiff is not part of the CGEC, and briefing on the Motion to Dismiss the CGEC will be completed as of October 27, 2023, and a hearing on that Motion is set for November 13, 2023;

13. WHEREAS, counsel for Plaintiff and Defendants are attending the hearing set for November 13, 2023, and will be available should the Court wish to address anything within this Stipulation;

14. WHEREAS, Plaintiff and Defendants HMA and KA wish to provide for the orderly processing of any response to Plaintiff's FAC; and

15. WHEREAS, The Parties hereto are discussing and anticipate presenting the Court with an additional stipulation regarding discovery, the foreign defendants, and related matters, but wished to submit this Stipulation to Court promptly now that the Chicago case is part of the MDL.

//

//

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

1. Unless otherwise ordered by the Court, Defendants HMA and KA will file their response to the FAC within 30 days after this Court issues its decision on the pending Motion to Dismiss the CGEC;

2. Should either Defendant file a motion to dismiss, Plaintiff's Opposition will be due within 30 days after the filing of that motion, the Reply will be due within 21 days after Plaintiff's Opposition; and the Parties will agree on a mutually agreeable hearing date, subject to the approval of the Court.

DATED: October 17, 2023   Respectfully submitted.

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Hyundai Motor America and Kia America, Inc.*

*/s/ Jimmy Rock*
Jimmy Rock
EDELSON PC
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel: (202) 270-4777

Shantel Chapple Knowlton
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

*Attorneys for Plaintiff*

# [PROPOSED] ORDER

Good cause appearing, the Court hereby approves this Joint Stipulation.

**IT IS SO ORDERED.**

Dated: October __, 2023  _____
Hon. James V. Selna
United States District Judge

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: October 17, 2023

                                          */s/ Steven G. Madison*
                                          Steven G. Madison