Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Cristina Henriquez (Bar No. 317445)
cristinahenriquez@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx) <br><br> The Honorable James V. Selna <br><br> **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

PLEASE TAKE NOTICE that pursuant to Section IV.C.3 of the consumer class plaintiffs' unopposed motion for preliminary approval of the amended class action settlement (Dkt. 228 at 32) and Section IV.A of the amended Settlement Agreement (Dkt. 228-2 at 22), defendants Hyundai Motor Company, Hyundai Motor America, Kia America, Inc., Hyundai-Kia American Technical Center, Inc., and Kia Corporation, respectfully file this notice and the attached Declaration from Angeion

1  Group, LLC to confirm that the required notice of the proposed settlement was sent
2  pursuant to 28 U.S.C. § 1715 on October 6, 2023.
3  Dated: October 25, 2023

By:  /s/*Shon Morgan*
     Shon Morgan
     Cristina Henriquez
     QUINN EMANUEL URQUHART
     & SULLIVAN, LLP
     865 South Figueroa Street, 10th Fl.
     Los Angeles, CA  90017-2543

     Peter J. Brennan
     JENNER & BLOCK LLP
     353 North Clark Street
     Chicago, IL 60654-3456

     *Counsel for Defendants*