## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-03052-JVS (KESx)<br><br>**DECLARATION OF STEVEN R. PLATT OF ANGEION GROUP REGARDING DISSEEMINATION OF SUPPLEMENTAL CAFA NOTICE** |
| This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | |

I, Steven R. Platt, declare and state as follows:

1. My name is Steven R. Platt. I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a Project Manager at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, unbiased, legal notification plans. I have worked as a Project Manager in the class action industry for over 18 years and managed hundreds of class action settlements and Class Action Fairness Act ("CAFA") notice mailings.

3. Angeion is an experienced class action notice and claims administration company formed by a team of executives that have had extensive tenures at five other nationally recognized claims administration companies. Collectively, the management team at Angeion has overseen more than 2,000 class action settlements and distributed over $15 billion to class members.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Angeion.

## SUPPLEMENTAL CAFA NOTICE DISSEMINATION

5. On October 6, 2023, Angeion sent Supplemental CAFA Notice on behalf of Defendants Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC"), Hyundai Technical Center, Inc., also doing business as Hyundai-Kia America Technical Center ("HATCI"), Kia America, Inc. ("KA"), and Kia Corporation ("KC"), to 57 federal and state officials (the Attorney General of each of the 50 states, the District of Columbia and the United States Territories). This list of federal and state officials is maintained by Angeion for purposes of disseminating CAFA Notice. Attached hereto as **Exhibit A**, is a list of the federal and state officials to whom Angeion sent Supplemental CAFA Notice.

6. The Supplemental CAFA Notice was sent via Federal Express to this list of federal and state officials maintained by Angeion for the purpose of effectuating CAFA Notice. Attached hereto as **Exhibit B**, is a copy of the Supplemental CAFA Notice Cover Letter ("Cover Letter").

7. The Cover Letter provided a link to a website (https://www.administratorclassaction.com/cafa/22-ml-03052) that Angeion created for the purpose of providing the federal and state officials with a means to download electronic versions of the Court filings pertinent to the CAFA Notice. These Court filings were also burned onto a CD-ROM and enclosed with the Cover Letter mailed to each of the 57 federal and state officials to whom Angeion disseminated Supplemental CAFA Notice. The website and CD-ROM provided to these federal and state officials, included the following:

**A. Per 28 U.S.C. § 1715(b)(1)-Complaint:**

- The Consolidated Amended Consumer Class Action Complaint, filed with the Court on April 10, 2023.

**B. Per 28 U.S.C. § 1715(b)(3)-Notification to Class Members:**

- The Notice of Proposed Class Action Settlement (*Exhibit A to the Amended Settlement Agreement*); and
- The Claim Form (*Exhibit B to the Amended Settlement Agreement*).

**C. Per 28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**

- Amended Settlement Agreement, filed with the Court on September 27, 2023.
- Proposed Order Granting Consumer Plaintiffs' Amended Motion For Preliminary Approval of Class Action Settlement, filed with the *Consumer Class Plaintiffs' Amended Notice of Motion and Motion For Preliminary Approval of Class Action Settlement*, on September 27, 2023.

8. I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2023, at Jacksonville, Florida.

*/s/ Steven Platt*
STEVEN R. PLATT

# EXHIBIT A

**EXHIBIT A**
**FEDERAL AND STATE OFFICIALS**

| Attorney General | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Office of the Alaska Attorney General | 1031 W 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| American Samoa Attorney General | UTULEI, Territory of American Samoa | EXEC. OFC. BLDG - 3rd Floor | Pago Pago | AS | 96799 |
| Office of the Arizona Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 |
| Office of the California Attorney General | 455 Golden Gate Ave, Ste 11000 | Consumer Law Section | San Francisco | CA | 94102 |
| Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State of Connecticut Attorney General's Office | 165 Capitol Ave | | Hartford | CT | 06106 |
| District of Columbia Attorney General | 400 6th St, NW | | Washington | DC | 20001 |
| Office of the Attorney General of the United States | 950 Pennsylvania Avenue, NW | United States Department of Justice | Washington | DC | 20530-0001 |
| Delaware Attorney General | 820 N. French Street 6th FL | Carvel State Office Building | Wilmington | DE | 19801 |
| Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Office of the Attorney General Guam | 590 S.Marine Corps Drive, Suite 901 | | Tamuning | GU | 96913 |
| Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Iowa Attorney General | 1305 E. Walnut Street | Hoover State Office Building | Des Moines | IA | 50319 |
| State of Idaho Attorney General's Office | 700 W Jefferson St Suite 210 | PO Box 83720 | Boise | ID | 83720-0010 |
| Illinois Attorney General | 100 W. Randolph Street | James R. Thompson Center | Chicago | IL | 60601 |
| Indiana Attorney General's Office | 302 West Washington Street, 5th Floor | Indiana Government Center South | Indianapolis | IN | 46204 |
| Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612 |
| Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Office of the Louisiana Attorney General | PO Box 94005 | | Baton Rouge | LA | 70804-4095 |
| Office of the Attorney General of Massachusetts | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108-1698 |
| Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Office of the Maine Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Michigan Attorney General | 525 W. Ottawa Street, PO Box 30212 | G Mennen Williams Bldg., 7th Fl | Lansing | MI | 48909 |
| Minnesota Attorney General's Office | 445 Minnesota St Ste 1400 | STATE CAPITOL | St. Paul | MN | 55101-2190 |
| Missouri Attorney General's Office | 207 W. High Street, PO Box 899 | Supreme Court Building | Jefferson City | MO | 65101 |
| Office of the Northern Mariana Islands Attorney General | Caller Box 10007 | Administration Building | Saipan | MP | 96950-8907 |
| Mississippi Attorney General's Office | 550 High Street, Suite 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| Office of the Montana Attorney General | 215 N Sanders | Justice Bldg. | Helena | MT | 59620-1401 |
| Office of the North Carolina Attorney General | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| State of North Dakota Office of the Attorney General | 600 E. Boulevard Avenue, Dept 125 | State Capitol | Bismarck | ND | 58505-0040 |
| Office of the Nebraska Attorney General | PO BOX 98920 | 2115 State Capitol | Lincoln | NE | 68509 |
| New Hampshire Attorney General | 33 Capitol Street | State House Annex | Concord | NH | 03301-6397 |
| Office of the New Jersey Attorney General | 25 Market Street, PO Box 080 | Richard J. Hughes Justice Complex | Trenton | NJ | 08625 |
| Office of the New Mexico Attorney General | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Nevada Attorney General | 100 North Carson Street | Old Supreme Ct. Bldg. | Carson City | NV | 89701 |
| Office of the New York Attorney General | 25 Liberty Street, 15th Floor | | Albany | NY | 12224-0341 |
| Ohio Attorney General | 30 E. Broad Street, 14th Floor | State Office Tower | Columbus | OH | 43215 |
| Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Oregon Attorney General | 1162 Court Street NE | Oregon Department of Justice | Salem | OR | 97301-4096 |
| Pennsylvania Office of the Attorney General | 1600 Strawberry Square, 16 FL | | Harrisburg | PA | 17120 |
| Puerto Rico Secretary of Justice | PO BOX 9020192 | | San Juan | PR | 00902-0192 |
| State of Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| South Carolina Attorney General | PO Box 11549 | Rembert C. Dennis Bldg. | Columbia | SC | 29211-1549 |
| South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Tennessee Office of the Attorney General and Reporter | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Attorney General of Texas | PO Box 12548 | Capitol Station | Austin | TX | 78711-2548 |
| Utah Office of the Attorney General | PO Box 142320 | 350 North State Street Suite 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Virginia Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| Virgin Islands Attorney General | 3438 Kronprindsens Gade | GERS Building, 2nd Fl | St. Thomas | VI | 00802 |
| Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Office of the Wisconsin Attorney General | PO Box 7857 | Wisconsin Department of Justice, State Ca | Madison | WI | 53707-7857 |
| West Virginia Attorney General | 1900 Kanawha Blvd., E. | Capitol Complex, Building 1, Room E-26 | Charleston | WV | 25305 |
| Office of the Wyoming Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |

# EXHIBIT B



1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839
www.angeiongroup.com

October 6, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*
Case No. 8:22-ml-03052-JVS-KES (C.D. Cal.)

Dear Counsel or Official:

Angeion Group, an independent claims administrator, writes on behalf of the Defendants Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC"), Hyundai American Technical Center, Inc. also doing business as Hyundai-Kia America Technical Center ("HATCI"), Kia America, Inc. ("KA"), and Kia Corporation ("KC") in the action described below, to provide your office with an update to the CAFA Notice previously sent to your office on July 28, 2023, pursuant to the provisions of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*
> **Index Number:** 8:22-ml-03052-JVS-KES (C.D. Cal.)
> **Jurisdiction:** United States District Court for the Central District of California
> **Date Amended Notice of Motion and Motion For Preliminary Approval Was Filed:** September 27, 2023

On July 20, 2023, an initial motion for preliminary approval was filed, which was followed by a July 28, 2023, letter to your office.  On September 27, 2023, class counsel filed the *Amended Notice of Motion and Motion For Preliminary Approval of Class Action Settlement*.  In accordance with the requirements of 28 U.S.C. § 1715, we hereby provide the following information, and copies of the documents described below associated with this action on the enclosed CD-ROM and at the following website: https://www.administratorclassaction.com/cafa/22-ml-03052:

1. **28 U.S.C. § 1715(b)(1)-Complaint**:  The Consolidated Amended Consumer Class Action Complaint, filed with the Court on April, 10, 2023 is included on the enclosed CD-ROM.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The hearing on the class plaintiffs' motion for preliminary approval of the settlement is currently scheduled to occur at 1:30 p.m. (Pacific Time), on October 30, 2023.  No other judicial hearings relating to the settlement are scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** Copies of the Notice of Proposed Class Settlement and Claim Form to be sent to Class Members and filed with the Court as exhibits to the Amended Settlement Agreement on September 27, 2023, are included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The Amended Settlement Agreement, filed with the Court on September 27, 2023, is included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** There are no other settlements or other agreements that have been contemporaneously made between class counsel and counsel for the defendant.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this letter, no final judgment or notice of dismissal has been entered in this case. A copy of the revised Proposed Order Granting Consumer Plaintiffs' Amended Motion for Preliminary Approval of Class Action Settlement, and filed with the Court on September 27, 2023, is included on the enclosed CD-ROM.

7. **28 U.S.C. § 1715(b)(7)-Estimate of Class Members:** It is not feasible to provide the names of Class Members who reside in each state. The Class Member list is made of all owners and lessees of Class Vehicles with specified Vehicle Identification Numbers. The Defendants will be employing the assistance of HIS Automotive, driven by Polk, or a similar third-party entity to endeavor to compile the most complete and up to date list of all potential Class Members. Upon the Defendants' competition of compiling the Class Member list, the Settlement Administrator will provide, if you request, the names of Class Members who reside in your state relative to the entire Class.

8. **28 U.S.C. §1715(b)(8): Judicial Opinions Related to the Settlement:** The Court has not issued any judicial opinion relating to the above-described settlement materials.

If you have any questions about this notice, the above-referenced action, or the enclosures, please contact:

- Shon Morgan at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for HMA, HMC, HATCI, KA and KC. Shon Morgan can be reached by phone at (213) 443-3252 or via email at shonmorgan@quinnemanuel.com.
- Yvonne Dalton at the law firm Lee, Hong, Degerman, Kang & Waimey, discovery counsel for Defendant KA and KC. Yvonne Dalton can be reached by phone at (949) 250-9954 or via email at Yvonne.dalton@lhlaw.com.

Sincerely,

Administrator
Angeion Group, LLC



1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839
www.angeiongroup.com

October 6, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*
Case No. 8:22-ml-03052-JVS-KES (C.D. Cal.)

Dear Counsel or Official:

Angeion Group, an independent claims administrator, writes on behalf of the Defendants Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC"), Hyundai American Technical Center, Inc. also doing business as Hyundai-Kia America Technical Center ("HATCI"), Kia America, Inc. ("KA"), and Kia Corporation ("KC") in the action described below, to provide your office with an update to the CAFA Notice previously sent to your office on July 28, 2023, pursuant to the provisions of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*
> **Index Number:** 8:22-ml-03052-JVS-KES (C.D. Cal.)
> **Jurisdiction:** United States District Court for the Central District of California
> **Date Amended Notice of Motion and Motion For Preliminary Approval Was Filed:** September 27, 2023

On July 20, 2023, an initial motion for preliminary approval was filed, which was followed by a July 28, 2023, letter to your office.  On September 27, 2023, class counsel filed the *Amended Notice of Motion and Motion For Preliminary Approval of Class Action Settlement*.  In accordance with the requirements of 28 U.S.C. § 1715, we hereby provide the following information, and copies of the documents described below associated with this action on the enclosed CD-ROM and at the following website: https://www.administratorclassaction.com/cafa/22-ml-03052:

1. **28 U.S.C. § 1715(b)(1)-Complaint**:  The Consolidated Amended Consumer Class Action Complaint, filed with the Court on April, 10, 2023 is included on the enclosed CD-ROM.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The hearing on the class plaintiffs' motion for preliminary approval of the settlement is currently scheduled to occur at 1:30 p.m. (Pacific Time), on October 30, 2023.  No other judicial hearings relating to the settlement are scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** Copies of the Notice of Proposed Class Settlement and Claim Form to be sent to Class Members and filed with the Court as exhibits to the Amended Settlement Agreement on September 27, 2023, are included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The Amended Settlement Agreement, filed with the Court on September 27, 2023, is included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** There are no other settlements or other agreements that have been contemporaneously made between class counsel and counsel for the defendant.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this letter, no final judgment or notice of dismissal has been entered in this case. A copy of the revised Proposed Order Granting Consumer Plaintiffs' Amended Motion for Preliminary Approval of Class Action Settlement, and filed with the Court on September 27, 2023, is included on the enclosed CD-ROM.

7. **28 U.S.C. § 1715(b)(7)-Estimate of Class Members:** It is not feasible to provide the names of Class Members who reside in each state. The Class Member list is made of all owners and lessees of Class Vehicles with specified Vehicle Identification Numbers. The Defendants will be employing the assistance of HIS Automotive, driven by Polk, or a similar third-party entity to endeavor to compile the most complete and up to date list of all potential Class Members. Upon the Defendants' competition of compiling the Class Member list, the Settlement Administrator will provide, if you request, the names of Class Members who reside in your state relative to the entire Class.

8. **28 U.S.C. §1715(b)(8): Judicial Opinions Related to the Settlement:** The Court has not issued any judicial opinion relating to the above-described settlement materials.

If you have any questions about this notice, the above-referenced action, or the enclosures, please contact:

- Shon Morgan at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for HMA, HMC, HATCI, KA and KC. Shon Morgan can be reached by phone at (213) 443-3252 or via email at shonmorgan@quinnemanuel.com.
- Yvonne Dalton at the law firm Lee, Hong, Degerman, Kang & Waimey, discovery counsel for Defendant KA and KC. Yvonne Dalton can be reached by phone at (949) 250-9954 or via email at Yvonne.dalton@lhlaw.com.
- 

Sincerely,

Administrator
Angeion Group, LLC

2

3

**EXHIBIT B**
**FEDERAL AND STATE OFFICIALS**

| Attorney General | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Office of the Alaska Attorney General | 1031 W 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| American Samoa Attorney General | UTULEI, Territory of American Samoa | EXEC. OFC. BLDG - 3rd Floor | Pago Pago | AS | 96799 |
| Office of the Arizona Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 |
| Office of the California Attorney General | 455 Golden Gate Ave, Ste 11000 | Consumer Law Section | San Francisco | CA | 94102 |
| Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State of Connecticut Attorney General's Office | 165 Capitol Ave | | Hartford | CT | 06106 |
| District of Columbia Attorney General | 400 6th St, NW | | Washington | DC | 20001 |
| Office of the Attorney General of the United States | 950 Pennsylvania Avenue, NW | United States Department of Justice | Washington | DC | 20530-0001 |
| Delaware Attorney General | 820 N. French Street 6th FL | Carvel State Office Building | Wilmington | DE | 19801 |
| Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Office of the Attorney General Guam | 590 S.Marine Corps Drive, Suite 901 | | Tamuning | GU | 96913 |
| Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Iowa Attorney General | 1305 E. Walnut Street | Hoover State Office Building | Des Moines | IA | 50319 |
| State of Idaho Attorney General's Office | 700 W Jefferson St Suite 210 | PO Box 83720 | Boise | ID | 83720-0010 |
| Illinois Attorney General | 100 W. Randolph Street | James R. Thompson Center | Chicago | IL | 60601 |
| Indiana Attorney General's Office | 302 West Washington Street, 5th Floor | Indiana Government Center South | Indianapolis | IN | 46204 |
| Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612 |
| Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Office of the Louisiana Attorney General | PO Box 94005 | | Baton Rouge | LA | 70804-4095 |
| Office of the Attorney General of Massachusetts | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108-1698 |
| Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Office of the Maine Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Michigan Attorney General | 525 W. Ottawa Street, PO Box 30212 | G Mennen Williams Bldg., 7th Fl | Lansing | MI | 48909 |
| Minnesota Attorney General's Office | 445 Minnesota St Ste 1400 | STATE CAPITOL | St. Paul | MN | 55101-2190 |
| Missouri Attorney General's Office | 207 W. High Street, PO Box 899 | Supreme Court Building | Jefferson City | MO | 65101 |
| Office of the Northern Mariana Islands Attorney General | Caller Box 10007 | Administration Building | Saipan | MP | 96950-8907 |
| Mississippi Attorney General's Office | 550 High Street, Suite 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| Office of the Montana Attorney General | 215 N Sanders | Justice Bldg. | Helena | MT | 59620-1401 |
| Office of the North Carolina Attorney General | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| State of North Dakota Office of the Attorney General | 600 E. Boulevard Avenue, Dept 125 | State Capitol | Bismarck | ND | 58505-0040 |
| Office of the Nebraska Attorney General | PO BOX 98920 | 2115 State Capitol | Lincoln | NE | 68509 |
| New Hampshire Attorney General | 33 Capitol Street | State House Annex | Concord | NH | 03301-6397 |
| Office of the New Jersey Attorney General | 25 Market Street, PO Box 080 | Richard J. Hughes Justice Complex | Trenton | NJ | 08625 |
| Office of the New Mexico Attorney General | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Nevada Attorney General | 100 North Carson Street | Old Supreme Ct. Bldg. | Carson City | NV | 89701 |
| Office of the New York Attorney General | 25 Liberty Street, 15th Floor | | Albany | NY | 12224-0341 |
| Ohio Attorney General | 30 E. Broad Street, 14th Floor | State Office Tower | Columbus | OH | 43215 |
| Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Oregon Attorney General | 1162 Court Street NE | Oregon Department of Justice | Salem | OR | 97301-4096 |
| Pennsylvania Office of the Attorney General | 1600 Strawberry Square, 16 FL | | Harrisburg | PA | 17120 |
| Puerto Rico Secretary of Justice | PO BOX 9020192 | | San Juan | PR | 00902-0192 |
| State of Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| South Carolina Attorney General | PO Box 11549 | Rembert C. Dennis Bldg. | Columbia | SC | 29211-1549 |
| South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Tennessee Office of the Attorney General and Reporter | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Attorney General of Texas | PO Box 12548 | Capitol Station | Austin | TX | 78711-2548 |
| Utah Office of the Attorney General | PO Box 142320 | 350 North State Street Suite 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Virginia Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| Virgin Islands Attorney General | 3438 Kronprindsens Gade | GERS Building, 2nd Fl | St. Thomas | VI | 00802 |
| Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Office of the Wisconsin Attorney General | PO Box 7857 | Wisconsin Department of Justice, State Ca | Madison | WI | 53707-7857 |
| West Virginia Attorney General | 1900 Kanawha Blvd., E. | Capitol Complex, Building 1, Room E-26 | Charleston | WV | 25305 |
| Office of the Wyoming Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |