Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Cristina Henriquez (Bar No. 317445)
cristinahenriquez@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for Defendants*

Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101

Kenneth B. McClain
**HUMPHREY FARRINGTON & McCLAIN, P.C.**
221 W. Lexington Ave., Suite 400
Independence, MO 64050

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Roland Tellis
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership and Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br>The Honorable James V. Selna<br><br>**JOINT STIPULATION RE REVISED SETTLEMENT AGREEMENT**<br><br>**[PROPOSED] ORDER** |

The Parties in this MDL—Consumer Plaintiffs, Defendants, Insurer Plaintiffs, and Government Entities—have agreed to and respectfully request that the Court

adopt the following stipulation with respect to the Consumer Plaintiffs' amended motion for preliminary approval of a class action settlement (Dkt. 228).

WHEREAS, the Insurer Plaintiffs and Government Entities requested certain additional modifications to the proposed Consumer Settlement Agreement that relate to the interests of parties they represent;

WHEREAS, the Parties have revised the Settlement Agreement to address the concerns of the Insurer Plaintiffs and Government Entities, and hereby submit as **Exhibit A** a revised Settlement Agreement that reflects changes to the definitions of Class (I.E., p.3), Insurance Entities and Government Entities (I.N and I.O, p.5), and Releasors (I.CC, p.8) to make clear that the Class excludes the Insurer Plaintiffs, including the named and unnamed class members they seek to represent, and also excludes government claims for redress of consequences resulting from the Qualifying Thefts or Qualifying Theft Attempts, as defined in the Settlement Agreement.

WHEREAS, the Insurer Plaintiffs and Government Entities agree these revisions to the Settlement Agreement resolve their concerns with respect to ensuring that the Insurer Plaintiffs and Government Entities' causes of action are excluded from the scope of the proposed Settlement Agreement.  The parties to the Consumer Settlement invited the Insurer Plaintiffs and Government Entities to specify any additional objections to the revised proposed Consumer Settlement Agreement that they intended to raise at preliminary approval.  None were identified by the Government Entities; the Insurer Plaintiffs indicated they reserve all rights to raise other concerns or objections with respect to the Settlement Agreement between the Consumer Plaintiffs and Defendants.

WHEREAS, the Consumer Plaintiffs and Defendants also propose changing—at the suggestion of the third-party administrator, Angeion—the Notice Date to 120 days (rather than 90 days) after preliminary approval, to allow sufficient time to disseminate notice.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1 and subject to the Court's approval, that Exhibit A is the operative Settlement Agreement that should be considered for preliminary approval.

Dated: October 26, 2023

By: /s/ *Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

    Elizabeth A. Fegan, Esq.
    FEGAN SCOTT LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

    Kenneth B. McClain, Esq.
    HUMPHREY FARRINGTON & McCLAIN
    221 W. Lexington Ave., Suite 400
    Independence, MO 64050

    Roland Tellis, Esq.
    BARON & BUDD, P.C.
    15910 Ventura Blvd., Suite 1600
    Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: /s/ *Shon Morgan*
    Shon Morgan
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    865 South Figueroa Street, 10th Fl.
    Los Angeles, CA 90017-2543

    Peter J. Brennan
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654-3456

*Counsel for Defendants*

By: /s/*Gretchen Freeman Cappio*
    Gretchen Freeman Cappio.
    KELLER ROHRBACK LLP
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Phone: (206) 623-1900
    Fax: (206) 623-3384
    gcappio@kellerrohrback.com

*Chair of the Government Entities Committee*

By: /s/*Elliot Feldman*
    Elliot R. Feldman
    EFeldman@cozen.com
    COZEN O'CONNOR
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 665-2071
    Facsimile: (215) 701-2282

*Counsel for Insurer Plaintiffs and Proposed Insurer Class*

## [PROPOSED] ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.** The revised Settlement Agreement submitted as Exhibit A shall be considered by the Court for purposes of preliminary approval in connection with the motion made in Dkt 228.

DATED:_____, 2023     _____
                                                                                    Honorable James V. Selna
                                                                                    United States District Judge

**FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

      /s/ Shon Morgan
      Shon Morgan