| | |
|---|---|
| Shon Morgan (Bar No. 187736)<br>shonmorgan@quinnemanuel.com<br>Cristina Henriquez (Bar No. 317445)<br>cristinahenriquez@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Peter J. Brennan (*pro hac vice*)<br>PBrennan@jenner.com<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>*Counsel for Defendants* | Steve W. Berman, Esq.<br>**HAGENS BERMAN SOBOL<br>SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington  98101<br><br>Kenneth B. McClain<br>**HUMPHREY FARRINGTON &<br>McCLAIN, P.C.**<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050<br><br>Elizabeth A. Fegan<br>**FEGAN SCOTT LLC**<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606<br><br>Roland Tellis<br>**BARON & BUDD, P.C.**<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436<br><br>*Consumer Class Action Leadership<br>and Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br>The Honorable James V. Selna<br><br>**JOINT NOTICE OF SETTLING PARTIES SUBMITTING ON TENTATIVE ORDER GRANTING PRELIMINARY APPROVAL** |

-1-

Case No. 8:22-ML-3052-JVS (KESx)
JOINT NOTICE OF SETTLING PARTIES SUBMITTING ON TENTATIVE ORDER GRANTING PRELIMINARY APPROVAL

PLEASE TAKE NOTICE that the Consumer Plaintiffs and Defendants have reviewed the Court's tentative order granting preliminary approval of the revised Settlement Agreement and submit on the Court's tentative order.

The parties additionally would like to clarify that the estimated Settlement administrative costs, which were referenced in the Court's tentative, do appear in Section II.E of the Settlement Agreement.

Dated: October 26, 2023

By: /s/ *Steve W. Berman*  
    Steve W. Berman, Esq.  
    HAGENS BERMAN SOBOL SHAPIRO LLP  
    1301 Second Avenue, Suite 2000  
    Seattle, WA 98101

    Elizabeth A. Fegan, Esq.  
    FEGAN SCOTT LLC  
    150 S. Wacker Dr., 24th Floor  
    Chicago, IL 60606

    Kenneth B. McClain, Esq.  
    HUMPHREY FARRINGTON & McCLAIN  
    221 W. Lexington Ave., Suite 400  
    Independence, MO 64050

    Roland Tellis, Esq.  
    BARON & BUDD, P.C.  
    15910 Ventura Blvd., Suite 1600  
    Encino, CA 91436

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: /s/ *Shon Morgan*  
    Shon Morgan  
    QUINN EMANUEL URQUHART & SULLIVAN, LLP  
    865 South Figueroa Street, 10th Fl.  
    Los Angeles, CA  90017-2543

    Peter J. Brennan  
    JENNER & BLOCK LLP  
    353 North Clark Street  
    Chicago, IL 60654-3456

*Counsel for Defendants*

**FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                     */s/ Shon Morgan*
                                                    Shon Morgan