# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SAML 22-03052 JVS (KESx) |
| Date | November 13, 2023 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation |

Present: The Honorable **James V. Selna**

| Elsa Vargas | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Roland Tellis, Gretchen Cappio, Adam Romney, Nathan Dooley, Elliot Feldman, Gretchen Cappio | Peter Brennan, Madeline Skitzki, Steven Madison |

**Proceedings:** Defendants' Motion to Dismiss Subrogation Plaintiffs' Consolidated Complaint [217];
Defendants' Motion to Dismiss Consolidated Governmental Entities [222]

Cause called and counsel make their appearances.

The Court's tentative ruling is issued. Motions are argued and taken under submission. A separate order to follow.

As stated on the record the Court orders the parties to meet and confer and file a proposed scheduling conference order within 20 days.

| | 1 : 08 |
|---|---|
| Initials of Preparer | eva |