ELLIOTT R. FELDMAN
NATHAN DOOLEY (SBN 224331)
KEVIN CARAHER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
EFeldman@cozen.com

WILLIAM J. HOFFMANN
ADAM M. ROMNEY (SBN 261974)
SUSAN M. BENSON (SBN 146837)
GROTEFELD HOFFMANN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
LAW OFFICES OF ROBERT A.
STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

CRAIG S. SIMON (SBN 78158)
STEPHANIE H. NG (SBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com

*Attorneys for Subrogation Plaintiffs*

Additional Counsel Listed on Signature Page

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) <br><br> The Honorable James V. Selna <br><br> **STIPULATION FOR EXTENSION OF TIME FOR FILING CLAIMS DATA SPREADSHEETS AND AMENDED CONSOLIDATED COMPLAINT, FOR FILING SCHEDULING ORDER, AND FOR RESPONDING TO AMENDED CONSOLIDATED COMPLAINT; [PROPOSED] ORDER** |
| This document relates to: <br><br> ALL SUBROGATION CASES | |

JOINT STIPULATION FOR EXTENSION OF TIME

1
2
3
4

**STIPULATION FOR EXTENSION OF TIME**
**FOR FILING CLAIMS DATA SPREADSHEETS AND AMENDED**
**CONSOLIDATED COMPLAINT, FOR FILING SCHEDULING ORDER,**
**AND FOR RESPONDING TO AMENDED CONSOLIDATED COMPLAINT**

5
6
7
8
9
10

Subrogation Plaintiffs, through Counsel for Subrogation Plaintiffs who are on the Executive Committee and the Subrogation Plaintiffs Committee, (collectively, the "Subrogation Plaintiffs") and Defendants Hyundai Motor America ("HMA"), Kia America, Inc. ("KA"), Hyundai Motor Company ("HMC"), and Kia Corporation ("KC") (collectively, "Defendants")[1] (collectively, the "Parties") hereby stipulate and agree to the following:

11
12
13

WHEREAS, on July 28, 2023, the Subrogation Plaintiffs filed a Consolidated Complaint (titled "Master Complaint for All Subrogation Plaintiffs") (Dkt. 176) (the "Consolidated Complaint").

14
15
16
17

WHEREAS, Defendants filed a motion to dismiss the Consolidated Complaint on September 8, 2023 (Dkt. 217); Subrogation Plaintiffs filed their Opposition on October 2, 2023 (Dkt. 234); and Defendants filed their Reply on October 27, 2023 (Dkt. 250).

18
19
20
21
22
23
24

WHEREAS, a hearing on Defendants' motion to dismiss was heard on November 13, 2023, and the Court subsequently issued its Order on Defendants' Motion to Dismiss on November 15, 2023 (Dkt. 269). In its Order, the Court required Subrogation Plaintiffs to "attach to their amended complaint the current spreadsheets containing claims data for thefts and attempted thefts of the Vehicles to Defendants[]", and to file an amended complaint incorporating additional facts with

25
26
27
28

---

[1] Defendants do not waive any defenses, including the right to challenge personal jurisdiction, through the filing of this stipulation. The Subrogation Plaintiffs agree that they will not argue that the filing of this stipulation supports personal jurisdiction over any Defendant.

respect to specific personal jurisdiction over HMC and KC, within 10 days of the Order, *i.e.*, on or before November 27, 2023.

WHEREAS, Counsel for Subrogation Plaintiffs and Counsel for Defendants have met and conferred, and will be having further meetings to address the issues associated with the Subrogation Plaintiffs' filing of claim data spreadsheets, including additional fields of information to be included on the claim spreadsheets, and further supplements to the spreadsheets, both by existing Subrogation Plaintiffs, and by new Subrogation Plaintiffs, as well as to review the additional facts to be alleged by Subrogation Plaintiffs with respect to specific personal jurisdiction over HMC and KC.

WHEREAS, Counsel for Defendants has requested to extend the deadline for filing the scheduling order, which will include the deadline to respond to the Amended Consolidated Complaint, to a date after the filing of the Amended Consolidated Complaint.

As a result of these discussions, the parties have agreed to the following extension of time for Subrogation Plaintiffs to file their Amended Consolidated Complaint with revised claims data spreadsheets and for Defendants to respond to Subrogation Plaintiffs' Amended Consolidated Complaint:

1.    Subrogation Plaintiffs shall have thirty (30) days from the date of the Court entering this Stipulation as an Order of the Court within which to file revised claims data spreadsheets and to file their Amended Consolidated Complaint; and

2.    The scheduling order shall be due fourteen (14) days after the deadline for Subrogation Plaintiffs to file their Amended Consolidated Complaint; and

3.    The deadline for responding to the Amended Consolidated Complaint shall be set in the scheduling order.

WHEREFORE, Subrogation Plaintiffs and Defendants respectfully request that the Court enter this Stipulation as an Order of the Court.

**IT IS SO STIPULATED AND AGREED.**

DATED: November 22, 2023                Respectfully submitted,


/s/Elliott R. Feldman                   /s/William J. Hoffmann
ELLIOTT R. FELDMAN                      WILLIAM J. HOFFMANN
NATHAN DOOLEY (SBN 224331)              ADAM M. ROMNEY (SBN 261974)
KEVIN CARAHER                           SUSAN M. BENSON (SBN 146837)
COZEN O'CONNOR                          GROTEFELD HOFFMANN LLP
One Liberty Place                       5535 Balboa Blvd., Ste. 219
1650 Market Street, Suite 2800          Encino, California 91316
Philadelphia, Pennsylvania 19103        Telephone: (747) 233-7150
Telephone: (215) 665-2071               Facsimile: (747) 233-7143
Facsimile: (215) 701-2282
EFeldman@cozen.com

/s/Timothy E. Cary                      /s/Craig S. Simon
TIMOTHY E. CARY (SBN 093608)            CRAIG S. SIMON (SBN 78158)
DANIEL HOGAN                            STEPHANIE H. NG (SBN 309389)
THOMAS PAOLINI                          BERGER KAHN, A Law Corporation
LAW OFFICES OF ROBERT A.                1 Park Plaza, Suite 340
STUTMAN, P.C.                           Irvine, California 92614
1260 Corona Pointe Court, Suite 306     Telephone: (949) 474-1880
Corona, California 92879                Facsimile: (949) 313-5029
Telephone: (951) 387-4700               csimon@bergerkahn.com
Facsimile: (951) 963-1298               sng@bergerkahn.com
CaryT@Stutmanlaw.com


/s/Peter J. Brennan
PETER J. BRENNAN (*pro hac vice*)
MICHAEL T. BRODY (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Daniel Hogan, hereby attest that Peter Brennan, Nathan Dooley, Adam M. Romney, and Craig S. Simon, on whose behalf this filing is also submitted, has concurred in the content of this Joint Stipulation.

> /s/Daniel Hogan
> Daniel Hogan
> LAW OFFICES OF ROBERT A.
> STUTMAN, P.C.
> 1260 Corona Pointe Court, Suite 306
> Corona, California 92879
> Telephone: (951) 387-4700
> Facsimile: (951) 963-1298
> Hogand@Stutmanlaw.com
>
> *Attorneys for the Subrogation Plaintiffs*