UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL SUBROGATION CASES | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME FOR FILING CLAIMS DATA SPREADSHEETS AND AMENDED CONSOLIDATED COMPLAINT, FOR FILING SCHEDULING ORDER, AND FOR RESPONDING TO AMENDED CONSOLIDATED COMPLAINT; [272]** |

**STIPULATION FOR EXTENSION OF TIME FOR FILING CLAIMS DATA SPREADSHEETS AND AMENDED CONSOLIDATED COMPLAINT, FOR FILING SCHEDULING ORDER, AND FOR RESPONDING TO AMENDED CONSOLIDATED COMPLAINT**

Subrogation Plaintiffs, through Counsel for Subrogation Plaintiffs who are on the Executive Committee and the Subrogation Plaintiffs Committee, (collectively, the "Subrogation Plaintiffs") and Defendants Hyundai Motor America ("HMA"),

Kia America, Inc. ("KA"), Hyundai Motor Company ("HMC"), and Kia Corporation ("KC") (collectively, "Defendants")[1] (collectively, the "Parties") hereby stipulate and agree to the following:

WHEREAS, on July 28, 2023, the Subrogation Plaintiffs filed a Consolidated Complaint (titled "Master Complaint for All Subrogation Plaintiffs") (Dkt. 176) (the "Consolidated Complaint").

WHEREAS, Defendants filed a motion to dismiss the Consolidated Complaint on September 8, 2023 (Dkt. 217); Subrogation Plaintiffs filed their Opposition on October 2, 2023 (Dkt. 234); and Defendants filed their Reply on October 27, 2023 (Dkt. 250).

WHEREAS, a hearing on Defendants' motion to dismiss was heard on November 13, 2023, and the Court subsequently issued its Order on Defendants' Motion to Dismiss on November 15, 2023 (Dkt. 269). In its Order, the Court required Subrogation Plaintiffs to "attach to their amended complaint the current spreadsheets containing claims data for thefts and attempted thefts of the Vehicles to Defendants[]", and to file an amended complaint incorporating additional facts with respect to specific personal jurisdiction over HMC and KC, within 10 days of the Order, *i.e.*, on or before November 27, 2023.

WHEREAS, Counsel for Subrogation Plaintiffs and Counsel for Defendants have met and conferred, and will be having further meetings to address the issues associated with the Subrogation Plaintiffs' filing of claim data spreadsheets, including additional fields of information to be included on the claim spreadsheets, and further supplements to the spreadsheets, both by existing Subrogation Plaintiffs, and by new Subrogation Plaintiffs, as well as to review the additional facts to be

---

[1] Defendants do not waive any defenses, including the right to challenge personal jurisdiction, through the filing of this stipulation. The Subrogation Plaintiffs agree that they will not argue that the filing of this stipulation supports personal jurisdiction over any Defendant.

1  alleged by Subrogation Plaintiffs with respect to specific personal jurisdiction over
2  HMC and KC.
3      WHEREAS, Counsel for Defendants has requested to extend the deadline for
4  filing the scheduling order, which will include the deadline to respond to the
5  Amended Consolidated Complaint, to a date after the filing of the Amended
6  Consolidated Complaint.
7      As a result of these discussions, the parties have agreed to the following
8  extension of time for Subrogation Plaintiffs to file their Amended Consolidated
9  Complaint with revised claims data spreadsheets and for Defendants to respond to
10 Subrogation Plaintiffs' Amended Consolidated Complaint:
11     1.    Subrogation Plaintiffs shall have thirty (30) days from the date of the
12 Court entering this Stipulation as an Order of the Court within which to file revised
13 claims data spreadsheets and to file their Amended Consolidated Complaint; and
14     2.    The scheduling order shall be due fourteen (14) days after the deadline
15 for Subrogation Plaintiffs to file their Amended Consolidated Complaint; and
16     3.    The deadline for responding to the Amended Consolidated Complaint
17 shall be set in the scheduling order.
18     WHEREFORE, Subrogation Plaintiffs and Defendants respectfully request
19 that the Court enter this Stipulation as an Order of the Court.
20     **IT IS SO STIPULATED AND AGREED.**

DATED: November 22, 2023        Respectfully submitted,

| /s/Elliott R. Feldman | /s/William J. Hoffmann |
|---|---|
| ELLIOTT R. FELDMAN | WILLIAM J. HOFFMANN |
| NATHAN DOOLEY (SBN 224331) | ADAM M. ROMNEY (SBN 261974) |
| KEVIN CARAHER | SUSAN M. BENSON (SBN 146837) |
| COZEN O'CONNOR | GROTEFELD HOFFMANNN LLP |
| One Liberty Place | 5535 Balboa Blvd., Ste. 219 |
| 1650 Market Street, Suite 2800 | Encino, California 91316 |
| Philadelphia, Pennsylvania 19103 | Telephone: (747) 233-7150 |
| Telephone: (215) 665-2071 | Facsimile: (747) 233-7143 |

Facsimile: (215) 701-2282
EFeldman@cozen.com

*/s/Timothy E. Cary*
TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

*/s/Craig S. Simon*
CRAIG S. SIMON (SBN 78158)
STEPHANIE H. NG (SBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com
sng@bergerkahn.com

*/s/Peter J. Brennan*
PETER J. BRENNAN (*pro hac vice*)
MICHAEL T. BRODY (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

**ORDER**

Good cause appearing, the Court hereby APPROVES this Stipulation for: an extension of time for the Subrogation Plaintiffs to file claims data spreadsheets and an Amended Consolidated Complaint, for the Parties to file a joint scheduling order, and for the Defendants to respond to Subrogation Plaintiffs' Amended Consolidated Complaint, and ORDERS as follows:

1. Subrogation Plaintiffs shall have thirty (30) days from the date of this Order to file claims data spreadsheets and an Amended Consolidated Complaint.

2. The scheduling order shall be due fourteen (14) days after the deadline for Subrogation Plaintiffs to file their Amended Consolidated Complaint.

The deadline for responding to the Amended Consolidated Complaint shall be set in the scheduling order.

**IT IS SO ORDERED.**

Dated: November 27, 2023

_____
The Honorable James V. Selna
United States District Judge

ORDER

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Daniel Hogan, hereby attest that Peter Brennan, Nathan Dooley, Adam M. Romney, and Craig S. Simon, on whose behalf this filing is also submitted, has concurred in the content of this Joint Stipulation.

/s/Daniel Hogan
Daniel Hogan
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
Hogand@Stutmanlaw.com

*Attorneys for the Subrogation Plaintiffs*