QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Governmental Entities Action | Case No.: 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION EXTENDING TIME TO FILE A PROPOSED SCHEDULING CONFERENCE ORDER, [PROPOSED] ORDER** |

WHEREAS, on September 8, 2023, Defendants filed a Motion to Dismiss the Consolidated Governmental Entities' Complaint (Dkt. 222);

WHEREAS, on October 3, 2023, the Governmental Entity Plaintiffs ("Plaintiffs") filed their Opposition to the Motion to Dismiss (Dkt. 241);

WHEREAS, on October 27, 2023, Defendants filed a Reply to the Motion to Dismiss (Dkt. 252);

WHEREAS, Defendants' motion to dismiss was heard on November 13, 2023, and the Court subsequently issued its tentative ruling and minute order on November 13 (Dkt. 267).  In its minute order, the Court ordered the parties to meet and confer and to file a proposed scheduling conference order within 20 days of the minute order, *i.e.*, on or before December 4, 2023;

WHEREAS, the Court issued its order on Defendants' motion to dismiss on November 17, 2023 (Dkt. 270);

WHEREAS, Counsel for Plaintiffs and Counsel for Defendants have met and conferred and agreed to jointly request a one-week extension of the parties' deadline to file a proposed scheduling conference order;

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective attorneys, subject to the Court's approval, that:

1. Unless otherwise ordered by the Court, the deadline for Plaintiffs and Defendants to file a proposed scheduling conference order in this action shall be extended to December 11, 2023.

DATED: December 1, 2023                Respectfully submitted,

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

*/s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio
(pro hac vice)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 5200
Seattle, WA 98101-3052
gcappio@kellerrohrback.com
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Chair, Governmental Entities Committee*

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: December 1, 2023

                                          */s/ Steven G. Madison*
                                          Steven G. Madison