1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Governmental Entities Action | Case No.: 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER EXTENDING TIME TO FILE A PROPOSED SCHEDULING CONFERENCE ORDER [274]** |

**ORDER**

Having reviewed the Stipulation Extending Time to File a Proposed Scheduling Conference Order, dated December 1, 2023, submitted by Plaintiffs and Defendants, and good cause being shown:

IT IS HEREBY ORDERED THAT the deadline for Plaintiffs and Defendants to file a proposed scheduling conference order is hereby extended to December 11, 2023.

DATED: December 05, 2023

_____
Hon. James V. Selna
United States District Judge