QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Chicago v. Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company* | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT, [PROPOSED] ORDER** |

Governmental Entity Plaintiff City of Chicago ("Plaintiff"), and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA"), hereby stipulate and agree to the following:

WHEREAS, on August 24, 2023, Plaintiff filed suit against HMA, KA, Hyundai Motor Corporation, and Kia Corporation in the Circuit Court of Cook County, Illinois ("Complaint");

WHEREAS, after seeking and being granted leave of court to file an amended complaint, on September 18, 2023, Plaintiff filed a First Amended Complaint against HMA, KA, Hyundai Motor Corporation, and Kia Corporation in the Circuit Court of Cook County, Illinois ("FAC");

WHEREAS, on September 22, 2023, Defendants HMA and KA filed a Notice of Removal in the U.S. District Court for the Northern District of Illinois, and in the Circuit Court of Cook County, Illinois;

WHEREAS, on September 25, 2023, Defendants HMA and KA filed a Notice of Potential Tagalong with the Judicial Panel on Multidistrict Litigation ("JPML");

WHEREAS, on September 26, 2023, the JPML issued a Conditional Transfer Order ("CTO"), conditionally transferring the Chicago case to this Multidistrict Litigation ("MDL"), no Notice of Objection to that CTO was filed, and the CTO was finalized on October 4, 2023;

WHEREAS, Defendant HMA was served with the FAC on October 12, 2023;

WHEREAS, Defendant KA was served with the FAC on September 27, 2023;

WHEREAS, Hyundai Motor Corporation and Kia Corporation are Korean corporations who contend that they are not subject to the personal jurisdiction of this Court or of the U.S. District Court for the Northern District of Illinois, and who have not been served with the FAC;

WHEREAS, on October 17, 2023, Plaintiff and Defendants HMA and KA filed a joint stipulation proposing a deadline for Defendants HMA and KA to respond to the FAC within 30 days after the Court issued its decision on the then-

pending Motion to Dismiss the CGEC, and, in the event either Defendant filed a motion to dismiss, providing for 30 days from filing for Plaintiff to file an Opposition, and a deadline of 21 days after Plaintiff's Opposition for the Reply (Dkt. 242);

WHEREAS, on October 17, 2023, the Court issued an Order approving the joint stipulation regarding the deadline for Defendants HMA and KA to respond to the FAC (Dkt. 243);

WHEREAS, the Court issued a Final Order on the Motion to Dismiss the CGEC on November 17, 2023;

WHEREAS, based on the date of the issuance of the Order on the Motion to Dismiss the CGEC and the provisions of the Order approving the joint stipulation regarding Defendants HMA's and KA's deadline to respond to the FAC, Defendants HMA's and KA's deadline to respond to the FAC is currently December 18, 2023 (resulting in the first two out of four weeks of Plaintiff's response time coinciding with the holiday season) and, the hearing would be February 26, 2024;

WHEREAS, Plaintiff's counsel has conflicts on February 26, 2024, March 4, 2024, and March 10, 2024 and requested that the hearing on any Motion to Dismiss the FAC be set for March 18, 2024 or later;

WHEREAS, Plaintiff and Defendants HMA and KA agree as a professional courtesy to set a hearing before the Court on a Motion to Dismiss the FAC for March 18, 2024 and to extend Defendants HMA's and KA's deadline to respond to the FAC so that the briefing schedule avoids the holiday season and is completed closer to the date of the March hearing;

WHEREAS, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants HMA and KA, through their respective attorneys, subject to the Court's approval, that:

1. Defendants HMA and KA's deadline to respond to the FAC shall be extended to January 8, 2024;

2. Should either HMA or KA file a Motion to Dismiss:

    a. Plaintiff's Opposition will be due on February 13, 2024;

    b. the Reply will be due on March 4, 2024; and

    c. the hearing shall be set for March 18, 2024.

DATED: December 15, 2023      Respectfully submitted.

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Hyundai Motor America and Kia America, Inc.*

*/s/ Jimmy Rock*
Jimmy Rock
EDELSON PC
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel: (202) 270-4777

Shantel Chapple Knowlton
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

*Attorneys for Plaintiff*

-4-
STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: December 15, 2023

                                              */s/ Steven G. Madison*
                                              Steven G. Madison