1

2

3

4

5

6

7

.

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

In re: KIA HYUNDAI VEHICLE THEFT LITIGATION

This Document Relates to:

*City of Chicago v. Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*

Case No. 8:22-ML-3052-JVS(KESx)

The Honorable James V. Selna

**ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT [280]**

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the Stipulation Extending Defendants' Time to Respond to the First Amended Complaint dated December 15, 2023, submitted by Plaintiff and Defendants Hyundai Motor America, Inc. and Kia America, Inc., and good cause being shown:

IT IS HEREBY ORDERED THAT the deadline for Defendants to respond to Plaintiff's First Amended Complaint is hereby extended to January 8, 2024. If either Defendant's response to the First Amended Complaint is a motion to dismiss, a hearing shall be set for March 18, 2024; Plaintiff shall file its Opposition no later than February 13, 2024; and the Reply will be due no later than March 4, 2024.

Dated: December 18, 2023    _____

                                              Hon. James V. Selna
                                         United States District Judge