| | |
|---|---|
| ELLIOTT R. FELDMAN | WILLIAM HOFFMANN |
| NATHAN M. DOOLEY (SBN 224331) | ADAM ROMNEY (SBN 261974) |
| KEVIN P. CARAHER | SUSAN BENSON (SBN 146837) |
| MEGAN R. PEITZKE (SBN 230275) | GROTEFELD HOFFMANN |
| COZEN O'CONNOR | 5535 Balboa Blvd., Ste. 219 |
| One Liberty Place | Encino, California 91316 |
| 1650 Market Street, Suite 2800 | Tel: 747.233.7150 |
| Philadelphia, PA 19103 | Fax: 747.233.7143 |
| Tel.: 215.665.2071 | |
| Fax: 215.701.2282 | |
| EFeldman@cozen.com | CRAIG S. SIMON (SBN 78158) |
| | BERGER KAHN, A LAW CORPORATION |
| TIMOTHY E. CARY (SBN 093608) | 2 Park Plaza, Suite 650 |
| LAW OFFICES OF ROBERT A. STUTMAN, P.C. | Irvine, CA 92614 |
| | Tel: 949.474.880 |
| 1260 Corona Pointe Court, Ste 306 | Fax: 949.313.5029 |
| Corona, California 92879 | csimon@bergerkahn.com |
| Tel: 951.387.4700 | |
| Fax: 951.963.1298 | |
| CaryT@Stutmanlaw.com | |

*Lead Attorneys for Subrogation Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**SUBROGATION PLAINTIFFS' NOTICE OF LODGING EXHIBIT C TO THE FIRST AMENDED MASTER COMPLAINT FOR ALL SUBROGATION PLAINTIFFS UNDER SEAL PURSUANT TO [DKT. 270] ORDER OF THE COURT DATED NOVEMBER 17, 2023** |
| This document relates to:<br>*APPLIES TO ALL SUBROGATION CLAIMS* | |

Subrogation Plaintiffs hereby give notice to the Court and all interested parties that they are lodging under seal with the Court Exhibit C to the First Amended Master Complaint for all Subrogation Plaintiffs.

Respectfully submitted,

COZEN O'CONNOR

By: *s/Nathan Dooley*

GROTEFELD HOFFMANN

By: s/*William Hoffmann*

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: *s/Timothy E. Cary*

BERGER KAHN, A LAW CORPORATION

By: *s/Craig S. Simon*

*Attorneys for Subrogation Plaintiffs*