| | |
|---|---|
| JENNER & BLOCK LLP<br>Kate T. Spelman (SBN 269109)<br>KSpelman@jenner.com<br>Alice S. Kim (SBN 317479)<br>AKim@jenner.com<br>Madeline P. Skitzki (SBN 318233)<br>MSkitzki@jenner.com<br>Jenna L. Conwisar (SBN 341521)<br>JConwisar@jenner.com<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199 | |
| JENNER & BLOCK LLP<br>Peter J. Brennan (pro hac vice)<br>PBrennan@jenner.com<br>Michael T. Brody (pro hac vice)<br>MBrody@jenner.com<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br>*Attorneys for Defendants* | CRAIG S. SIMON (SBN 78158)<br>CSimon@bergerkahn.com<br>BERGER KAHN, A LAW CORPORATION<br>2 Park Plaza, Suite 650<br>Irvine, CA 92614<br>Tel: 949.474.880<br>Fax: 949.313.5029<br>*Attorneys for Subrogation Plaintiffs* |
| ELLIOTT R. FELDMAN<br>EFeldman@cozen.com<br>NATHAN M. DOOLEY (SBN 224331)<br>NDooley@cozen.com<br>KEVIN P. CARAHER<br>KCaraher@cozen.com<br>MEGAN R. PEITZKE (SBN 230375)<br>MPeitzke@cozen.com<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Tel.: 215.665.2071<br>Fax: 215.701.2282<br>*Attorneys for Subrogation Plaintiffs* | WILLIAM HOFFMANN<br>BHoffmann@ghlaw-llp.com<br>ADAM ROMNEY (SBN 261974)<br>ARomney@ghlaw-llp.com<br>SUSAN BENSON (SBN 146837)<br>SBenson@ghlaw-llp.com<br>GROTEFELD HOFFMANN<br>5535 Balboa Blvd., Ste. 219<br>Encino, California 91316<br>Tel: 747.233.7150<br>Fax: 747.233.7143<br>*Attorneys for Subrogation Plaintiffs*<br><br>TIMOTHY E. CARY (SBN 093608)<br>CaryT@Stutmanlaw.com<br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br>1260 Corona Pointe Court, Ste 306<br>Corona, California 92879<br>Tel: 951.387.4700<br>Fax: 951.963.1298<br>*Attorneys for Subrogation Plaintiffs* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

1

[PROPOSED] SCHEDULING CONFERENCE ORDER

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL SUBROGATION CASES | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**[PROPOSED] SCHEDULING CONFERENCE ORDER** |

Pursuant to this Court's Order of November 27, 2023, counsel for the Subrogation Plaintiffs[1] and Defendants Kia America, Inc. ("KA"), Hyundai Motor America ("HMA"), Kia Corporation ("KC"), and Hyundai Motor Company (HMC") (collectively, "Defendants")[2] met and conferred on January 8, 2024, and submit the following Proposed Scheduling Conference Order.

### A. Initial Disclosures

1. The Subrogation Plaintiffs and Defendants KA and HMA shall exchange initial disclosures as provided for under Rule 26(a)(1) on or before February 15, 2024.

### B. Pleadings

2. Defendants KA and HMA shall answer the Subrogation Plaintiffs' Amended Consolidated Complaint (the "ACC") on or before February 15, 2024.

3. In light of the Subrogation Plaintiffs' 805-page and 4079-paragraph ACC, the parties have agreed that it is reasonable and judicially efficient for Defendants KA and HMA to generally deny all material allegations in the ACC in lieu of specifically denying and admitting the allegations paragraph-by-paragraph. Defendants KA and HMA may also allege their defenses in their answer.[3]

---

[1] "Subrogation Plaintiffs" refers to the Subrogation Plaintiffs named in the following subrogation complaints currently part of the above-captioned multidistrict litigation: (1) *State Automobile Mutual Insurance Company v. Hyundai Motor America*, No. 8:23-cv-00443 (C.D. Cal., filed March 10, 2023); (2) *The Standard Fire Insurance Company v. Hyundai Motor America*, No. 8:23-cv-00792 (C.D. Cal., filed May 5, 2023); (3) *21st Century Centennial Insurance Company v. Hyundai Motor America*, No. 2:23-cv-04288 (C.D. Cal., filed June 1, 2023); (4) *State Farm Automobile Insurance Company v. Hyundai Motor America*, No. 8:23-cv-00981 (C.D. Cal., filed June 5, 2023); (5) *Zurich American Insurance Company v. Kia America, Inc.*, No. 8:23-cv-01051 (C.D. Cal., filed June 14, 2023); (6) *American National Property & Casualty Company v. Hyundai Motor America*, No. 8:23-cv-01225 (C.D. Cal., filed July 10, 2023); (7) *Grange Insurance Association v. Hyundai Motor America*, No. 8:23-cv-01354 (C.D. Cal, filed July 27, 2023); and (8) *Westfield Insurance Company v. Hyundai Motor America*, No. 2:23-cv-06212 (C.D. Cal., filed Aug. 1, 2023).

[2] Defendants do not waive any defenses, including the right to challenge personal jurisdiction, through the filing of this Proposed Scheduling Conference Order. The Subrogation Plaintiffs agree that they will not argue that the filing of this Proposed Scheduling Conference Order supports personal jurisdiction over any Defendant.

[3] If the Court rejects the parties' proposal regarding a general denial of the ACC, Defendants KA and HMA shall answer the ACC on or before April 5, 2024.

4.   Defendants KC and HMC either shall answer the ACC or move to dismiss the ACC on personal jurisdiction grounds on or before February 23, 2024. The deadline for the Subrogation Plaintiffs to respond to KC and HMC's motion to dismiss is March 22, 2024. The deadline for KC and HMC to reply in support of their motion to dismiss is April 5, 2024. At the Court's election, oral argument may be scheduled thereafter.

5.   Any subrogation action filed after the ACC and subsequently related to this MDL will be deemed to be automatically incorporated into the ACC and will require no additional response from Defendants. Claim spreadsheets for new Subrogation Plaintiffs will be served within 45 days of the filing of each subrogation action filed after the ACC.

6.   If counsel for any existing Subrogation Plaintiffs wish to add new Subrogation Plaintiffs to any existing subrogation actions,[4] they shall file (1) a notice of additional Subrogation Plaintiff(s) in the underlying action; and (2) a notice of additional Subrogation Plaintiff(s) in the above-captioned matter.[5] Each notice shall (a) identify the newly-added Subrogation Plaintiff(s), and (b) state: "The Subrogation Plaintiff(s) identified herein are hereby incorporated into the complaint filed in [*underlying action case name, case number, and complaint docket number*] and the Subrogation Plaintiffs' Amended Consolidated Complaint filed in *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283." In addition, claim spreadsheets for new Subrogation Plaintiffs will be served within 45 days of the date of filing of such notices. Such notices will require no additional response from Defendants.

---

[4] For the avoidance of doubt, any insurers that are not currently and specifically named in an existing subrogation action's underlying complaint are "new Subrogation Plaintiffs" and are not "existing Subrogation Plaintiffs."

[5] For the avoidance of doubt, the above-captioned matter refers to *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.).

### C. Class Certification

7. Class Plaintiffs[6] shall move for class certification and provide any expert reports related to class certification on or before June 30, 2025.

8. The deadline for Defendants to respond to the motion for class certification and provide any expert reports related to class certification is August 15, 2025.

9. The deadline for the Subrogation Plaintiffs to reply in support of their motion for class certification and provide any rebuttal expert reports related to class certification is September 15, 2025.

### D. Discovery

10. Fact discovery shall be completed on or before February 3, 2025.

11. Subrogation Plaintiffs shall provide expert reports unrelated to class certification on or before April 1, 2025.

12. Defendants shall provide any expert reports unrelated to class certification on or before June 2, 2025.

13. Subrogation Plaintiffs shall provide any rebuttal expert reports unrelated to class certification on or before August 1, 2025.

14. Depositions of the Subrogation Plaintiffs' experts will be completed on or before October 1, 2025.

15. Depositions of Defendants' experts will be completed on or before December 1, 2025.

### E. Dispositive Motions

16. Dispositive motions shall be filed on or before February 12, 2026. The Parties will file by November 1, 2025 written proposals for how to best and most efficiently proceed with dispositive motions given the number of claims at issue in this matter.

17. Briefs in opposition to dispositive motions shall be filed on or before

---

[6] "Class Plaintiffs" refers to the group of Subrogation Plaintiffs who seek certification of a class, as referenced in paragraph 6 of the ACC.

March 26, 2026.

18. Reply briefs in support of dispositive motions shall be filed on or before April 23, 2026.

**F.  Trial**

*Subrogation Plaintiffs' Position:*

19. Trial will be bifurcated, initially liability, followed by damages. Trial of liability issues will commence on June 1, 2026. Trial of damages issues will commence on July 1, 2026.

*Defendants' Position:*

20. Trial(s) will commence after the Court rules on all pending dispositive motions. Before setting the trial date(s), the Court will entertain proposals for how to best and most efficiently proceed with trial(s) on any issues and/or claims that are not resolved by dispositive motions.

**G.  Proposed Timetable Schedule**

| Event | Deadline |
|---|---|
| Initial Disclosures (for Subrogation Plaintiffs, KA, and HMA) | February 15, 2024 |
| KA and HMA's Answer to Amended Consolidated Complaint | February 15, 2024[7] |
| KC and HMC's Motion to Dismiss Amended Consolidated Complaint on Personal Jurisdiction Grounds | February 23, 2024 |
| Opposition to Motion to Dismiss | March 22, 2024 |
| Reply in Support of Motion to Dismiss | April 5, 2024 |
| Fact Discovery Completion | February 3, 2025 |
| Production of Subrogation Plaintiffs' Expert Reports (unrelated to class certification) | April 1, 2025 |

---

[7] If the Court rejects the parties' proposal regarding a general denial of the ACC, Defendants KA and HMA shall answer the ACC on or before April 5, 2024.

| | |
|---|---|
| **Production of Defendants' Expert Reports (unrelated to class certification)** | **June 2, 2025** |
| **Motion for Class Certification** | **June 30, 2025** |
| **Production of Subrogation Plaintiffs' Rebuttal Expert Reports (unrelated to class certification)** | **August 1, 2025** |
| **Opposition to Motion for Class Certification** | **August 15, 2025** |
| **Reply in Support of Motion for Class Certification** | **September 15, 2025** |
| **Depositions of Plaintiffs' Experts** | **October 1, 2025** |
| **Dispositive Motion Proposals** | **November 1, 2025** |
| **Depositions of Defendants' Experts** | **December 1, 2025** |
| **Dispositive Motions** | **February 12, 2026** |
| **Oppositions to Dispositive Motions** | **March 26, 2026** |
| **Replies in Support of Dispositive Motions** | **April 23, 2026** |
| **Trial(s)** | **Subrogation Plaintiffs' Proposal:** Trial on liability issues will commence on June 1, 2026; Trial on damages issues will commence on July 1, 2026.<br><br>**Defendants' Proposal:** Trial(s) will commence after the Court rules on all pending dispositive motions.  Before setting the trial date(s), the Court will |

| | |
|---|---|
| | **entertain proposals for how to best and most efficiently proceed with trial(s) on any issues and/or claims that are not resolved by dispositive motions.** |

Dated:  January 10, 2024        JENNER & BLOCK LLP

*/s/ Peter J. Brennan*
Kate T. Spelman
Alice S. Kim
Madeline P. Skitzki
Jenna L. Conwisar
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:  (213) 239-5100
Facsimile:  (213) 239-5199
KSpelman@jenner.com
AKim@jenner.com
MSkitzki@jenner.com
JConwisar@jenner.com

Peter J. Brennan (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

*Attorneys for Defendants*

| | | |
|---|---|---|
| 1 | Dated: January 10, 2024 | COZEN O'CONNOR |
| 2 | | |
| 3 | | */s/ Elliott R. Feldman* |
| | | Elliott R. Feldman |
| 4 | | Nathan M. Dooley |
| 5 | | Kevin P. Caraher |
| | | Megan R. Peitzke |
| 6 | | One Liberty Place |
| 7 | | 1650 Market Street, Suite 2800 |
| | | Philadelphia, Pennsylvania 19103 |
| 8 | | Telephone: (215) 665-2071 |
| 9 | | Facsimile: (215) 701-2282 |
| | | EFeldman@cozen.com |

*Executive Committee Co-Chair, Subrogation Plaintiffs' Committee Co-Chair, and Attorneys for the Subrogation Plaintiffs*

Dated: January 10, 2024     LAW OFFICES OF ROBERT A. STUTMAN, P.C.

*/s/ Timothy E. Cary*
Timothy E. Cary
Daniel Hogan
Thomas Paolini
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

*Subrogation Plaintiffs Committee Member and Attorneys for the Subrogation Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: January 10, 2024 | GROTEFELD HOFFMANN LLP |

*/s/ William J. Hoffmann*
William J. Hoffmann
Adam M. Romney
Susan M. Benson
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143

*Executive Committee Member, Subrogation Plaintiffs Committee Member, Discovery Committee Member, Expert Committee Member, and Attorneys for the Subrogation Plaintiffs*

Dated: January 10, 2024                 BERGER KAHN

*/s/ Craig S. Simon*
Craig S. Simon
Stephanie H. Ng
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com
sng@bergerkahn.com

*Subrogation Plaintiffs Committee Co-Chair and Attorneys for the Subrogation Plaintiffs*

# [PROPOSED] ORDER

Good cause appearing, the Court hereby approves the foregoing Scheduling Conference Order. In their answer due February 15, 2024, Defendants KA and HMA are permitted to generally deny all material allegations in the ACC in lieu of specifically denying and admitting the allegations paragraph-by-paragraph. Defendants KA and HMA may also allege their defenses in their answer. Trial(s) will [select one]:

☐ Be bifurcated, initially liability, followed by damages. Trial of liability issues will commence on June 1, 2026. Trial of damages issues will commence on July 1, 2026 [*Subrogation Plaintiffs' Proposal*].

☐ Commence after the Court rules on all pending dispositive motions. Before setting the trial date(s), the Court will entertain proposals for how to best and most efficiently proceed with trial(s) on any issues and/or claims that are not resolved by dispositive motions [*Defendants' Proposal*].

**IT IS SO ORDERED.**

Dated: _____, 2024    _____
                                                     The Honorable James V. Selna
                                                     United States District Judge

## ECF ATTESTATION

I, Peter J. Brennan, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By: */s/ Peter J. Brennan*
Peter J. Brennan

ECF ATTESTATION