1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| | |
| | INITIAL SCHEDULING ORDER FOR GOVERNMENTAL ENTITIES' TRACK |
| *This document relates to:* | |
| Governmental Entities Actions | |

10

11

12

13

14

15

16

17

18

19

20

21

The Court thanks the parties for their proposal for an initial Scheduling Order for the Government Entities track. (Docket No. 276.)

22

23

24

25

26

27

The Court does not believe that it possible at this time to set a complete schedule from this point to trial. There are a number of uncertainties to be resolved along the way which will affect the need for and timing of certain events. The Court prefers to proceed in an incremental fashion with adjustments based on events and input from the parties at regularly held Status Conferences. This does vary from the Court's overall that the docket should proceed at a vigorous pace.

28

-1-

SCHEDULING ORDER

For the present, the Court orders:

A.  Responsive Pleadings to GE Complaints.

As previously ordered (Docket No. 282), Defendants shall respond to the Consolidated Governmental Entities Complaint (the "CGEC") by January 8, 2024. Except for City of Chicago (Docket No. 243), the Court stays the time for Defendants' response to any other follow on/tag along case until the Court and the parties have had an opportunity at the next status conference to discuss how the pleading stage for these actions should be handled.

B. Initial Disclosures.

The parties shall exchange initial disclosures as provided for under Rule 26(a)(1) on or before February 15, 2024.

C.  Discovery

Structural Discovery and Foundational Discovery.

The parties shall discuss and agree on the scope of discoverable information, search methodologies, and the lists of search terms, custodians, and date ranges for Electronically Stored Information.  Also as part of this process, the parties may pursue discovery concerning the organization of the governmental entities that are at issue on the Plaintiffs' side, as well as of the Defendants, through a disclosure process, focused requests for production, written discovery, and/or Rule 30(b)(6) depositions.  The Parties will meet and confer regarding the categories of discovery to occur during this phase, which shall be set forth in a Case Management Order

-2-

1  submitted to the Court by February 12, 2024.

2       .

3       Additional Fact Discovery:  After the completion of Structural and

4  Foundational Discovery, the parties may conduct additional fact discovery within the

5  scope upon which the parties agree.  Fact discovery shall be completed on or before

6  August 15, 2025.

7

8       The Court declines at this time to address to address expert discovery, Daubert

9  motions or any other issues.

10

11       D.  Status Conference.

12

13       The Court sets a status conference for February 14, 2024[1] at 3:00 p.m. to

14  address the following:

15

16       --The handling of pleading matters in follow on/tag along cases.

17       --Structural and Foundational Discovery and noted above.

18       --Any other matters which the parties wish to address.

19

20       In a joint status report filed not later than February 9, 2024, the parties shall

21  set forth any joint or separate views on the issues.

22

23

24

25

26

27  [1]In view of the delay in issuing this Order, the Court is amenable to adjusting the
date to another date in the general time frame.

28                                          -3-

Good cause appearing, IT IS SO ORDERED.

DATED: January 26, 2024

The Honorable James V. Selna

United States District Judge

-4-