# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Governmental Entities Actions | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**SCHEDULING ORDER FOR GOVERNMENTAL ENTITIES TRACK** [301] |

On January 26, 2024, the Court issued an Initial Scheduling Order for Governmental Entities' Track (Dkt. 295). In that Order, the Court stated that it was "amenable to adjusting" the dates for the convenience of the Parties. On January 29, 2024, the Parties appeared before the Court and requested a short extension of the Scheduling Order's deadlines. The Court directed the Parties to meet and confer and file a proposed scheduling conference order. The Governmental Entities Committee (the "GE Plaintiffs") and counsel for Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (collectively, "Defendants") (together with the GE Plaintiffs, the "Parties") stipulate and agree to this Joint

Proposed Scheduling Order for the Governmental Entities Track amending certain dates.

The Court hereby ORDERS as follows:

**A. Responsive Pleadings to GE Complaints**

Defendants must answer the Consolidated Governmental Entities Complaint (the "CGEC") by February 15, 2024. Except for *City of Chicago*, the Court stays the time for Defendants' response to any other follow on/tag along case until the Court and the Parties have had an opportunity at the next status conference to discuss how the pleading stage for these actions shall be handled.

**B. Status Conference**

The Court shall hold a Status Conference on February 28, 2024, at 1:30 PM to discuss:

– The handling of pleading matters in follow on/tag along cases;

– Structural and Foundational discovery; and

– Any other matters which the Parties wish to address.

In a joint status report filed not later than February 23, 2024, the Parties shall set forth any joint or separate views on these issues. The Parties shall submit a Proposed Case Management Order by February 27, 2024, regarding the categories of structural and foundational discovery to occur.

**C. Initial Disclosures**

The Parties shall exchange initial disclosures no later than February 29, 2024.

///

///

///

All other aspects of the Initial Scheduling Order for Governmental Entities Track (Dkt. 295) are unchanged.

**IT IS SO ORDERED.**

Dated: February 12, 2024

_____
HONORABLE JAMES V. SELNA
U.S. DISTRICT JUDGE