Stephen J. Kane (*pro hac vice*)
stephen.kane@cityofchicago.org
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
Tel: (312) 744-6934
Fax: (312) 744-5185

Jimmy R. Rock (*pro hac vice*)
jrock@edelson.com
EDELSON PC
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel: (202) 987-6303
Fax: (312) 589-6378

Shantel Chapple Knowlton (*pro hac vice*)
schappleknowlton@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff the City of Chicago*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Chicago v. Kia America, Inc., and Hyundai Motor America* | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**CITY OF CHICAGO'S OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND/OR NOTICE OF INCORPORATION-BY-REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OF PLAINTIFF CITY OF CHICAGO**<br><br>Hearing Date: March 18, 2024<br>Hearing Time: 1:30 pm |

The City of Chicago ("Chicago") respectfully requests that the Court deny in part Defendants' Request for Judicial Notice and/or Notice of Incorporation-by-Reference In Support of Defendants' Motion to Dismiss First Amended Complaint of Plaintiff City of Chicago (hereinafter "Request" or "Request for Judicial Notice"). (Dkt. 287.) The Request for Judicial Notice requests judicial notice of eight exhibits. Chicago opposes Defendants' Request with respect to Exhibits 1 and 2.

The Request asks the Court to take judicial notice of Exhibit 1, a Letter from Attorneys General to Ann Carlson, Acting Administrator of NHTSA (the "AG Letter"), dated April 20, 2023 and Exhibit 2, a Certificate of Authenticity issued by NHTSA, dated July 13, 2023, and the accompanying letter from NHTSA to Attorney General of California Rob Bonta (the "NHTSA Letter"), dated June 5, 2023. (Dkt. 287 at 1.)

Defendants requested judicial notice of these very same documents in the proceedings on Motions to Dismiss for both the Subrogation Plaintiffs' Consolidated Complaint and the Government Entities ("GE") Consolidated Complaint. (Dkts. 218, 220.) The Subrogation Plaintiffs and GE Plaintiffs objected to the requests by: (1) disputing the facts contained in the exhibits, the relevance to those facts to this proceeding, and the weight Defendants sought to be given to those exhibits; (2) objecting that the exhibits contain hearsay; and (3) objecting that the exhibits are not referenced in the complaint and therefore are not appropriate for consideration at this stage of the proceeding. (Dkt. 236 at 3-7; Dkt. 237 at 2-4.)

These objections are equally applicable here, as Chicago's Complaint did not reference either of these documents and Chicago disputes the facts contained in the exhibits, the relevance of those facts to this proceeding, and the weight Defendants give those exhibits in their briefing of their Motion to Dismiss (Dkt. 286 at 2-3, 10-11).

This Court has considered these arguments, ruled on this issue, and granted judicial notice only "to the existence of the documents, and not the truth of the matters asserted therein." (Dkt. 269 at 3-7.) Defendants have provided no reason why the Court should take broader notice here, and there is no reason for the Court to reach a different result for the purposes of ruling on Defendants' Motion to Dismiss Chicago's Complaint. As a result, and in order to avoid further wasting judicial resources, Chicago incorporates and adopts the objections set forth in the Subrogation and GE Plaintiffs' Oppositions (Dkt. 236 at 3-7; Dkt. 237 at 2-4), and opposes any broader notice of Exhibits 1 and 2 than was taken by this Court in the previous proceedings. To the extent the Court believes additional briefing on this issue is necessary, Chicago respectfully requests leave to supplement its opposition.

DATED: February 13, 2024

Respectfully submitted,

**City of Chicago**,

*/s/ Stephen J. Kane*
Stephen J. Kane (*pro hac vice*)
stephen.kane@cityofchicago.org
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
Tel: (312) 744-6934
Fax: (312) 744-5185

*/s/ Jimmy Rock*
Jimmy Rock (*pro hac vice*)
jrock@edelson.com
EDELSON PC
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel: (202) 270-4777
Fax: (312) 589-6378

|    |    |
|----|----|
| 1  | Shantel Chapple Knowlton (*pro hac vice*) |
| 2  | schappleknowlton@edelson.com |
| 3  | EDELSON PC |
| 4  | 350 North LaSalle Street, 14th Floor |
|    | Chicago, Illinois 60654 |
| 5  | Tel: (312) 589-6370 |
|    | Fax: (312) 589-6378 |
| 6  |    |
| 7  | *Attorneys for Plaintiff City of Chicago* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jimmy Rock*

-4-

OPP. TO DEFS' REQ. FOR JUDICIAL NTC.                            CASE NO. 8:22-ML-3052-JVS(KESx)