**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  +1 312 222 9350
Facsimile:   +1 312 527 0484

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | **DECLARATION OF SEUNG HYUN BAIK IN SUPPORT OF HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS THE SUBROGATION PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |
| This document relates to: | |
| ALL SUBROGATION CASES | Judge:   The Honorable James V. Selna |
| | Ctrm:   10C |
| | Date:   TBD |
| | Time:   TBD |

---

DECLARATION OF SEUNG HYUN BAIK

## DECLARATION OF SEUNG HYUN BAIK

I, Seung Hyun Baik, declare and state as follows:

1.     I am currently employed as Counsel at Hyundai Motor Company ("HMC").  I am over the age of 18.  I make this declaration based on my personal knowledge, except where I have indicated otherwise.  If called as a witness, I could and would testify competently and truthfully to the matters stated herein.

2.     I make this declaration in support of Hyundai Motor Company and Kia Corporation's Motion to Dismiss the Subrogation Plaintiffs' Amended Consolidated Complaint for Lack of Personal Jurisdiction.

3.     In my role, I have an understanding of HMC's structure and business operations, and the policies and procedures governing its day-to-day operations.

4.     HMC is a corporation established under the laws of the Republic of Korea.

5.     HMC's principal place of business is located at 12 Heolleung-Ro, Seocho-Gu, Seoul, 06797, in the Republic of Korea.

6.     HMC does not maintain a place of business in California.

7.     HMC does not have an agent for service of process in California.

8.     HMC does not maintain a sales force in California (or anywhere else in the United States).

9.     HMC does not own or lease any real property in California.

10.     HMC is not registered to do business in California.

11.     HMC does not pay taxes to the State of California.

12.     Hyundai Motor America ("HMA") is a subsidiary of HMC.

13.     HMC also has other subsidiaries in the United States, including Hyundai America Technical Center, Inc. ("HATCI").

14.     HMC and its United States subsidiaries, including HMA and HATCI, are separate legal entities.

15.     HMC and its United States subsidiaries, including HMA and HATCI, are adequately capitalized entities.

16.     HMC and its United States subsidiaries each observe corporate formalities.  For example, HMC, HMA, and HATCI maintain independent bank accounts, maintain separate corporate records, maintain separate financial records, and do not comingle assets.

17.     HMC does not pay its subsidiaries' taxes in California (or anywhere else in the United States).

18.     HMC is not responsible for owning or leasing its subsidiaries' facilities in the United States.

19.     HMC's subsidiaries, including HMA and HATCI, make their own decisions regarding their operations.

20.     HMC's United States subsidiaries, including HMA and HATCI, operate and contract in their own name.

21.     HMC designs, tests, manufactures, and assembles Hyundai-branded vehicles in the Republic of Korea.  HMC sells some of those vehicles to HMA in the Republic of Korea.

22.     HMA distributes (sells) Hyundai-branded vehicles to independent dealers throughout the United States, including California.  HMC does not distribute or sell vehicles in California (or anywhere else in the United States).

23.     HATCI is a design and technical center that works on Hyundai- and Kia-branded vehicles.

24.     HMC is informed that HMA employs several hundred people at its headquarters in Fountain Valley, California.

25.     Some Hyundai-branded vehicles are manufactured at facilities in the United States.  Those facilities are not owned or operated by HMC.

26.     HMC has no relationship, contractual or otherwise, with independent Hyundai dealers in the United States.  HMC also does not share in the cost of any

1  advertisements made by independent Hyundai dealers.  Additionally, HMC does not

2  certify or provide certification training to mechanics who work at independent

3  Hyundai dealers in California.

4      27.   HMC does not conduct any advertising or marketing activity in

5  California (or the United States generally).  HMC also does not target specific

6  marketing at California residents.

7      28.   HMC does not operate any sales or service network for any product in

8  California.

9      29.   HMC does not direct California consumers to service centers in

10  California for any work associated with recalls of Hyundai-branded products.

11      30.   HMC does not issue any warranties to consumers in California and is

12  not responsible for implementing or carrying out the warranty process from within

13  California.

14      31.   HMC does not send technical service bulletins to dealers regarding

15  work procedures for Hyundai-branded products in California.  HMC also does not

16  mail recall notices to consumers in California related to any alleged safety defect.

17

18      I declare under penalty of perjury under the laws of the United States of

19  America that the foregoing is true and correct.  Executed on February 23, 2024 in

20  Seoul, South Korea.

21

22          By:

23  _____

24          Seung Hyun Baik

25

26

27

28

3
DECLARATION OF SEUNG HYUN BAIK