1  **JENNER & BLOCK LLP**
2  Kate T. Spelman (SBN 269109)
   KSpelman@jenner.com
3  Alice S. Kim (SBN 317479)
   AKim@jenner.com
4  Madeline P. Skitzki (SBN 318233)
   MSkitzki@jenner.com
5  Jenna L. Conwisar (SBN 341521)
   JConwisar@jenner.com
6  515 South Flower Street, Suite 3300
   Los Angeles, CA  90071-2246
7  Telephone:   +1 213 239 5100
   Facsimile:    +1 213 239 5199

8  **JENNER & BLOCK LLP**
   Peter J. Brennan (*pro hac vice*)
9  PBrennan@jenner.com
   Michael T. Brody (*pro hac vice*)
10 MBrody@jenner.com
   353 North Clark Street
11 Chicago, IL  60654-3456
   Telephone:   +1 312 222 9350
12 Facsimile:    +1 312 527 0484

13 *Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) **DECLARATION OF SEUNGHEE SHIN IN SUPPORT OF HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS THE SUBROGATION PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |
|---|---|
| This document relates to: ALL SUBROGATION CASES | Judge:   The Honorable James V. Selna<br>Ctrm:    10C<br>Date:    TBD<br>Time:    TBD |

DECLARATION OF SEUNGHEE SHIN

## DECLARATION OF SEUNGHEE SHIN

I, Seunghee Shin, declare and state as follows:

1. I am currently employed as Senior Counsel at Kia Corporation ("KC"). I am over the age of 18. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to the matters stated herein.

2. I make this declaration in support of Hyundai Motor Company and Kia Corporation's Motion to Dismiss the Subrogation Plaintiffs' Amended Consolidated Complaint for Lack of Personal Jurisdiction.

3. In my role, I have an understanding of KC's structure and business operations, and the policies and procedures governing its day-to-day operations.

4. KC is a corporation established under the laws of the Republic of Korea.

5. KC's principal place of business is located at 12 Heolleung-Ro, Seocho-Gu, Seoul, 06797, in the Republic of Korea.

6. KC does not maintain a place of business in California.

7. KC does not have an agent for service of process in California.

8. KC does not maintain a sales force in California (or anywhere else in the United States).

9. KC does not own or lease any real property in California.

10. KC is not registered to do business in California.

11. KC does not pay taxes to the State of California.

12. Kia America, Inc. ("KA") is a subsidiary of KC.

13. KC and KA are separate legal entities.

14. KC and KA are adequately capitalized entities.

15. KC and KA each observe corporate formalities. For example, KC and KA maintain independent bank accounts, maintain separate corporate records, maintain separate financial records, and do not comingle assets.

16. KC does not pay KA's taxes in California (or anywhere else in the United States).

17. KC is not responsible for owning or leasing KA's facilities in the United States.

18. KA makes its own decisions regarding its operations.

19. KA operates and contracts in its own name.

20. KC designs, tests, manufactures, and assembles Kia-branded vehicles in the Republic of Korea. KC sells some of those vehicles to KA in the Republic of Korea.

21. KA distributes (sells) Kia-branded vehicles to independent dealers throughout the United States, including California. KC does not distribute or sell vehicles in California (or anywhere else in the United States).

22. KC is informed that KA employs several hundred people at its headquarters in Irvine, California.

23. Some Kia-branded vehicles are manufactured at facilities in the United States. Those facilities are not owned or operated by KC.

24. KC has no relationship, contractual or otherwise, with independent Kia dealers in the United States. KC also does not share in the cost of any advertisements made by independent Kia dealers. Additionally, KC does not certify or provide certification training to mechanics who work at independent Kia dealers in California.

25. KC does not conduct any advertising or marketing activity in California (or the United States generally). KC also does not target specific marketing at California residents.

26. KC does not operate any sales or service network for any product in California.

27. KC does not direct California consumers to service centers in California for any work associated with recalls of Kia-branded products.

28. KC does not issue any warranties to consumers in California and is not responsible for implementing or carrying out the warranty process from within California.

29. KC does not send technical service bulletins to dealers regarding work procedures for Kia-branded products in California. KC also does not mail recall notices to consumers in California related to any alleged safety defect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 23, 2024 in Seoul, South Korea.

By: _____
Seunghee Shin