# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL SUBROGATION CASES | Case No. 8:22-ML-3052-JVS(KESx)<br><br>**[PROPOSED] ORDER GRANTING HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS THE SUBROGATION PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Before the Court is Defendants Hyundai Motor Company and Kia Corporation's Motion to Dismiss the Subrogation Plaintiffs' Amended Consolidated Complaint for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

Having considered this Motion and supporting papers, the argument of counsel, and good cause appearing therefor, the Court hereby orders as follows: The Motion is GRANTED, and the claims in the Subrogation Plaintiffs' Amended Consolidated Complaint (titled "First Amended Master Complaint for All Subrogation Plaintiffs") (Dkt. 283) are DISMISSED as to Defendants Hyundai Motor Company and Kia Corporation without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2024     _____
The Honorable James V. Selna
United States District Judge