UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.:  8:22-ML-03052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO STRIKE [311]** |
| This document relates to:<br><br>*ALL SUBROGATION CASES* | |

The Court, having fully considered the Class Subrogation Plaintiffs and Defendants Kia America, Inc. ("KA") and Hyundai Motor America ("HMA")'s Joint Stipulation, and GOOD CAUSE appearing, enters the stipulation.

**IT IS HEREBY ORDERED** that:

1. The Class Subrogation Plaintiffs' deadline to respond to KA and HMA's Motion to Strike is March 22, 2024;

2. KA and HMA's deadline to reply to the Class Subrogation Plaintiffs' response to the Motion to Strike is April 5, 2024;

3. The hearing on KA and HMA's Motion to Strike currently noticed for March 18, 2024, is vacated and will be scheduled for the same date as

Defendants Kia Corporation and Hyundai Motor Company's motion to dismiss should the Court elect oral argument per the Scheduling Order (Dkt. 300).

IT IS SO ORDERED.

Dated: February 26, 2024

The Honorable James V. Selna
United States District Judge