Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**NOTICE OF LODGING OF [JOINT PROPOSED] CASE MANAGEMENT ORDER NO. _____** |
| *This document relates to*:<br><br>Governmental Entities Actions | |

Plaintiffs by and through undersigned counsel, hereby gives Notice of Lodging of the attached [Joint Proposed] Case Management Order No. ____.

Dated this 27TH day of February, 2024.

Respectfully submitted,

By */s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities
Committee*

**CERTIFICATE OF SERVICE**

I certify that on February 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Gretchen Freeman Cappio
GRETCHEN FREEMAN CAPPIO