TIMOTHY E. CARY, SBN 093608
CaryT@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 304
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>Insurance Subrogation Cases | CASE NO. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION RELATED TO THE INSTANT ACTION**<br><br>[Civ.L.R. 83-1.4.2] |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 83-1.4.2, Subrogation Plaintiffs ("Plaintiffs") hereby give notice of the pendency of other action presently being litigated in the Superior Court of California, County of Orange, related to the instant action.

## I.   NOTICE OF PENDENCY OF OTHER ACTION

On January 15, 2024, certain subrogation plaintiffs filed a Complaint for Damages in the Superior Court of the State of California, County of Orange entitled *American Mercury Insurance Company v. Hyundai Motor America, et al.*, bearing

Case No. 30-2024-01375971-CU-MT-CXC, which was assigned to the Honorable Judge Melissa R. McCormick; Civil Complex Department CX-104 (the "State of California action").

    **a.**    **Parties and Participants of the State of California Action**

The State of California action involves the following parties and their counsel of record:

*Plaintiffs:*

AMERICAN MERCURY INSURANCE COMPANY;

BRANCH INSURANCE EXCHANGE;

CALIFORNIA AUTOMOBILE INSURANCE COMPANY;

MERCURY CASUALTY COMPANY;

MERCURY COUNTY MUTUAL INSURANCE COMPANY;

MERCURY INDEMNITY COMPANY OF AMERICA;

MERCURY INDEMNITY COMPANY OF GEORGIA;

MERCURY INDEMNITY COMPANY OF ILLINOIS; and

ORION INDEMNITY COMPANY

    The above-named Plaintiffs are represented by:

    Timothy E. Cary and W. Diane Wayland

    LAW OFFICES OF ROBERT A. STUTMAN, P.C.

    1260 Corona Pointe Court, Suite 304

    Corona, California 92879

    PH: (951) 387-4700 / FAX: (951) 963-1298

    CaryT@Stutmanlaw.com  /  WaylandD@Stutmanlaw.com

*Defendants:*

HYUNDAI MOTOR AMERICA;

HYUNDAI MOTOR COMPANY;

KIA AMERICA, INC.; and

KIA CORPORATION.

The above-named Defendants have not yet responded to the Complaint and therefore do not have counsel of record at this time. Counsel for Plaintiffs has caused the pleadings to be served by mail on Defendants' known counsel of record in the instant action with the belief that said counsel may represent Defendants in the State of California action as well. The deadline for said counsel to return the Acknowledgement of Receipt is March 11, 2024. If service by mail is not accepted, counsel for Plaintiffs will effect personal service on the above-named Defendants.

### b. Brief Factual Statement

The action on file in the Orange County Superior Court arises out of the same set of facts as the subject action and involves essentially the same allegations asserted by the other subrogated insurers against the same defendants. It was filed in the Orange County Superior Court due to the fact that it failed to meet the criteria for federal jurisdiction.

DATED: February 29, 2024

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: _____
Timothy E. Cary
Attorneys for Plaintiffs

# PROOF OF SERVICE

**Kia and Hyundai Immobilizer Products Liability Litigation**
**Case No. CASE NO. 8:22-ML-3052-JVS(KESx)**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 1260 Corona Pointe Court, Suite 304, Corona, CA 92879.

On February 29, 2024, I served true copies of the following document(s) described as **PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION RELATED TO THE INSTANT ACTION** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 29, 2024, at Corona, California.

/s/ Kristi Marquardt
Kristi Marquardt