**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Shon Morgan (Bar No. 187736)
    shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Cristina Henriquez (Bar No. 317445)
    cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801 5100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE No. 8:22-ml-03052-JVS-KES |
|---|---|
| | **STATUS UPDATE RE MAIL NOTICE TO CERTAIN CLASS MEMBERS** |
| | The Hon. James V. Selna |
| This document relates to: CONSUMER CLASS ACTION | |

Defendants submit this notice to inform the Court that, due to a delay in receiving necessary address information from the Department of Motor Vehicles for certain owners and lessees of class vehicles from Pennsylvania and California, mail notice has not yet been sent to those class members.

The Court's Order granting Consumer Class Plaintiffs' Amended Motion for Preliminary Approval of Class Action Settlement provides for mail notice of the settlement, among other forms of notice, by March 4, 2024.  Dkt. No. 256 at 13; *see also* Dkt. Nos. 247-1, 259.  Kia and Hyundai submitted requests for the addresses to the Pennsylvania DMV on November 8, 2023, and December 13, 2023, respectively.  *See* Declaration of S. Platt ("Platt Decl.") ¶ 2; Declaration of E. Fernandez ("Fernandez Decl.") ¶ 2.  Defendants did not receive the addresses until the week ending March 1st.  Platt Decl. ¶ 3; Fernandez Decl. ¶ 3.  Hyundai requested addresses from the California DMV on December 13, 2023 and has yet to receive them.  Fernandez Decl. ¶¶ 2, 5.  Kia has completed mail notice to California class members.

Kia and Hyundai sent mail notices to Pennsylvania class members on March 8, 2024.  Platt Decl. ¶ 4; Fernandez Decl. ¶ 4.  The California DMV anticipates it will provide Hyundai with California address information by March 15, 2024.  Fernandez Decl. ¶ 6.  Hyundai expects to send mail notices to the California class members no later than March 29, 2024.  *Id.* ¶ 7.

Defendants have proceeded with reasonable diligence to assure complete and accurate class notice by the contemplated date.  As of February 28, 2024, defendants have collectively sent 13,857,179 email notices.  Platt Decl. ¶ 5.  A national press release providing notice of the settlement was issued March 4, 2024.  *Id.* ¶ 6.  The settlement websites for each company have been live since February 9, 2024.  *Id.* ¶ 7.  To date, Kia has sent more than seven million notices via traditional mail, *id.* ¶ 9, and Hyundai more than eight million such notices, Fernandez Decl. ¶ 8.  The notices are also available on the settlement websites and linked within the email notices to class members.  Platt Decl. ¶ 8.  Defendants do not believe the relatively brief delay in one

form of notice to two states within the nationwide class requires modifying any settlement deadlines. Class members have until May 3, 2024 to object or submit an exclusion request, and until May 10, 2024 to give notice of intent to appear at the fairness hearing. The two groups who have not yet received mail notice would still have more than one month following mail notice to object, submit an exclusion request, or give notice of their intent to appear at the fairness hearing. The deadline to submit claims for reimbursement is 180 days following a Final Approval Order, so that deadline will not be affected. Defendants have conferred with Class Counsel, who agree no adjustment of the settlement deadlines is warranted given the other forms of notice (including direct email) and the relatively brief delay. Moreover, the parties believe that any extension of the fairness hearing would only cause harm to class members by delaying administration of the settlement and claim payments.

DATED: March 12, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *Shon Morgan*
Shon Morgan
*Attorney for Defendants*