UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE No. 8:22-ml-03052-JVS-KES <br><br> **DECLARATION OF ELIZABETH FERNANDEZ** <br><br> The Hon. James V. Selna |
|---|---|
| This document relates to: <br><br> CONSUMER CLASS ACTION | |

I, Elizabeth Fernandez, declare as follows:

1. I am Manager of Settlement Communications and Legal Compliance at Hyundai Motor America ("HMA"). I am responsible for administering the mailings and data for HMA in the settlement of the above-referenced matter. The facts set forth herein are true of my own personal knowledge. If called as a witness, I could and would competently testify thereto.

2. Hyundai submitted requests to the Pennsylvania and California DMVs for the addresses of Pennsylvania and California class members on December 13, 2023.

3. Hyundai did not receive the addresses for Pennsylvania class members until February 29, 2024.

4. Hyundai sent mail notices to Pennsylvania class members on March 8, 2024.

5. As of March 11, 2024, Hyundai has not received the addresses for California class members.

6. The California DMV informed Hyundai that it expects to provide the addresses for California class members to Hyundai by March 15, 2024.

7. Hyundai will send mail notices to California class members within 7 to 10 business days of receiving the California data. Accordingly, assuming that Hyundai receives the California data on or before March 18, 2024, Hyundai will send mail notices to California class members no later than March 29, 2024.

8. As of March 8, 2024, HMA has sent 10,226,095 notices via mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 11, 2024, in Orange, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[signature]*
Elizabeth Fernandez
Manager, Settlement Communications
and Legal Compliance