TIMOTHY E. CARY, SBN 093608
CaryT@StutmanLaw.com
DANIEL HOGAN, ESQ
HoganD@StutmanLaw.com (*seeking pro hac vice admission*)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 304
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CASE 8:23-cv-00792 | CASE NO. 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF ADDITIONAL SUBROGATION PLAINITFFS** |

The Subrogation Plaintiffs identified herein are hereby incorporated into the complaint filed in *The Standard Fire Insurance Company, et al. v. Hyundai Motor America, et al.*, Case Number 8:23-cv-00792 and ECF No. 1, and the Subrogation Plaintiffs' Amended Consolidated Complaint filed in In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

  1. Plaintiff, ATLANTIC STATES INSURANCE COMPANY, is a corporation organized under the laws of the State of Pennsylvania, with a principal place of business located at 1195 River Road, Marietta, PA 17547-0302.

  2. Plaintiff, DONEGAL MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Pennsylvania, with a principal place of business located at 1195 River Road, Marietta, PA 17547-0302.

  3. Plaintiff, GUIDEONE AMERICA INSURANCE COMPANY, is a

corporation organized under the laws of the State of Iowa, with a principal place of business located at 1111 Ashworth Road, West Des Moines, IA 50265.

4. Plaintiff, GUIDEONE ELITE INSURANCE COMPANY, is a corporation organized under the laws of the State of Iowa, with a principal place of business located at 1111 Ashworth Road, West Des Moines, IA 50265.

5. Plaintiff, GUIDEONE NATIONAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Iowa, with a principal place of business located at 1111 Ashworth Road, West Des Moines, IA 50265.

6. Plaintiff, GUIDEONE SPECIALTY INSURANCE COMPANY, is a corporation organized under the laws of the State of Iowa, with a principal place of business located at 1111 Ashworth Road, West Des Moines, IA 50265.

7. Plaintiff, MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, is a corporation organized under the laws of the State of New Jersey, with a principal place of business located at 40 Wantage Avenue, Branchville, NJ 07890.

8. Plaintiff, MICHIGAN INSURANCE COMPANY, is a corporation organized under the laws of the State of Michigan, with a principal place of business located at 1700 East Beltline N.E., Suite 100, Grand Rapids, MI 49525.

9. Plaintiff, MOUNTAIN STATES INDEMNITY COMPANY, is a corporation organized under the laws of the State of New Mexico, with a principal place of business located at 5051 Journal Center Boulevard, NE, Albuquerque, NM 87109.

10. Plaintiff, PHILADELPHIA INDEMNITY INSURANCE COMPANY, is a corporation organized under the laws of the State of Pennsylvania, with a principal place of business located at One Bala Plaza, Suite 100, Bala Cynwyd, PA 19004.

11. Plaintiff, SELECTIVE WAY INSURANCE COMPANY, is a corporation organized under the laws of the State of New Jersey, with a principal

place of business located at 40 Wantage Avenue, Branchville, NJ 07890.

12. Plaintiff, SOUTHERN INSURANCE COMPANY OF VIRGINIA, is a corporation organized under the laws of the State of Virginia, with a principal place of business located at 1195 River Road, Marietta, PA 17547.

13. Plaintiff, SOUTHERN MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Georgia, with a principal place of business located at 360 Alps Road, Athens, GA 30606.

14. Plaintiff, THE PENINSULA INSURANCE COMPANY, is a corporation organized under the laws of the State of Pennsylvania, with a principal place of business located at 1195 River Road, Marietta, PA 17547.

15. Plaintiff, THE PREMIER INSURANCE COMPANY OF MASSACHUSETTES, is a corporation organized under the laws of the State of Massachusetts, with a principal place of business located at One Cabot Road, Suite 280, Hudson, MA 01749.

16. Plaintiff, THE TRAVELERS LLOYDS INSURANCE COMPANY, is a corporation organized under the laws of the State of Texas, with a principal place of business located at 1301 East Collins Blvd., Richardson TX 75081.

DATED: March 13, 2024     LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: _____
Timothy E. Cary, Esq.
Daniel Hogan, Esq.
Attorneys for PLAINTIFFS in CASE 8:23-cv-00792

**PROOF OF SERVICE**

**Kia and Hyundai Immobilizer Products Liability Litigation
Case No. 8:22-ml-03052-JVS-KES**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 1260 Corona Pointe Court, Suite 304, Corona, CA 92879.

On March 13, 2024, I served true copies of the following document(s) described as **NOTICE OF ADDITIONAL SUBROGATION PLAINTIFFS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2024, at Corona, California.

/s/ Kristi Marquardt
Kristi Marquardt