Elliott R. Feldman (*pro hac*)
 *efeldman@cozen.com*
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

Kevin Caraher (*pro hac*)
 *kcaraher@cozen.com*
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel.: 312.382.3192; Fax: 312.706.9792

Nathan Dooley (SBN 224331)
 *ndooley@cozen.com*
Megan R. Peitzke (SBN 230375)
 *mpeitzke@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

*Attorneys for Subrogation Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES |
| | The Honorable James V. Selna |
| | **NOTICE OF ADDITIONAL SUBROGATION PLAINTIFFS** |
| This document relates to: | |
| ALL SUBROGATION CASES | |

The Subrogation Plaintiff(s) identified herein are hereby incorporated into the complaint filed in *State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al.*, Case Number 8:23-cv-00443-JVS (KESx) and ECF No. 1, and the Subrogation Plaintiffs' Amended Consolidated Complaint filed in *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

1.      Plaintiff, VALLEY FORGE INSURANCE COMPANY, is a corporation organized under the laws of the State of Pennsylvania, with a principal address of Three Radnor Corporate Center, 100 Matsonford Road, Suite 200, Radnor, PA 19087.

2.      Plaintiff, AMERICAN CASUALTY COMPANY, is a corporation organized under the laws of the State of Pennsylvania, with a principal address of Three Radnor Corporate Center, 100 Matsonford Road, Suite 200, Radnor, PA 19087.

3.      Plaintiff, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, is a corporation organized under the laws of the State of Illinois, with a principal address of 151 N. Franklin St., Chicago, IL 60606.

4.      Plaintiff, CONTINENTAL CASUALTY COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal address of 151 N. Franklin St., Chicago, IL 60606.

5.      Plaintiff, CONTINENTAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal address of 151 N. Franklin St., Chicago, IL 60606.

6.      Plaintiff, TRANSPORTATION INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal address of 151 N. Franklin St., Chicago, IL 60606.

7.      Plaintiff, COMMERCE INSURANCE COMPANY, is a corporation organized under the laws of the State of Massachusetts, with a principal place of business located at 211 Main Street, Webster, MA 01570-0758.

8.     Plaintiff, AMERICAN COMMERCE INSURANCE COMPANY, is a corporation organized under the laws of the State of Ohio, with a principal place of business located at 4400 Easton Commons Way, Suite 125, Columbus, OH 43219.

9.     Plaintiff, COMMERCE WEST INSURANCE COMPANY, is a corporation organized under the laws of the State of Ohio, with a principal place of business located at 2633 Camino Ramon, Bishop Ranch 3, Building HH, San Ramon, CA 94583.

10.     Plaintiff, MAPFRE INSURANCE COMPANY, is a corporation organized under the laws of the State of Massachusetts, with a principal place of business located at 211 Main Street, Webster, MA 01570.

11.     Plaintiff, NONPROFITS INSURANCE ALLIANCE OF CALIFORNIA, INC. ("NIAC"), is a corporation organized under the laws of the State of California, with a principal place of business located at 333 Front Street, Santa Cruz, CA 95060.

12.     Plaintiff, SAFEWAY INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 790 Pasquinelli Drive, Westmont, IL 60559.

13.     Plaintiff, SPRING VALLEY MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Minnesota, with a principal place of business located at 15490 101st Avenue N Maple Grove, MN 55369.

14.     Plaintiff, GRAIN DEALERS MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Indiana, with a principal place of business located at 900 E. 96th ST., Ste. 200, Indianapolis, IN 43278.

15.     Plaintiff, AUSTIN MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Minnesota, with a principal place of business located at 15490 101st Avenue N Maple Grove, MN 55369.

16.     Plaintiff, ENCOVA MUTUAL INSURANCE GROUP, is a corporation organized under the laws of the State of Ohio, with a principal place of business located at 471 East Broad St., Columbus, OH 43215.

17.     Plaintiff, NATIONWIDE ASSURANCE COMPANY, is a corporation organized under the laws of the State of Ohio, with a principal place of business located at One West Nationwide Blvd., Columbus, OH 43215.

18.     Plaintiff, MIDVALE INDEMNITY COMPANY, is a corporation organized under the laws of the State of Wisconsin, with a principal place of business located at 6000 American Pkwy, Madison, WI 53783.

19.     Plaintiff, AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, is a corporation organized under the laws of the State of Wisconsin, with a principal place of business located at 3500 Packerland Dr., De Pere, WI 54115.

20.     Plaintiff, AMERICAN FAMILY CONNECT INSURANCE COMPANY, is a corporation organized under the laws of the State of Wisconsin, with a principal place of business located at 3500 Packerland Dr., De Pere, WI 54115.

21.     Plaintiff, GRINNELL MUTUAL REINSURANCE COMPANY, is a corporation organized under the laws of the state of Iowa, with a principal place of business located at 4215 Highway 146, Grinnell, Iowa 50112.

22.     Plaintiff, GRINNELL COMPASS, INC., is a corporation organized under the laws of the state of Iowa, with a principal place of business located at 4215 Highway 146, Grinnell, Iowa 50112.

23.     Plaintiff, GRINNELL SELECT INSURANCE COMPANY, is a corporation organized under the laws of the state of Iowa, with a principal place of business located at 4215 Highway 146, Grinnell, Iowa 50112.

24.     Plaintiff, SAFECO LLOYDS INSURANCE GROUP, is a corporation organized under the laws of the state of Texas, with a principal place of business located at 7900 Windrose Ave., Plano, TX 75024.

25.     Plaintiff, SAFE AUTO CHOICE INSURANCE COMPANY, is a corporation organized under the laws of the state of Ohio, with a principal place of business located at 4 Easton Oval, Columbus, OH 43219.

26.     Plaintiff, MIC GENERAL INSURANCE CORP., is a corporation organized under the laws of the state of Michigan, with a principal place of business located at 1111 W. Long Lake Rd., Troy, MI 48098.

27.     Plaintiff, PERSONAL EXPRESS INSURANCE, is a corporation organized under the laws of the state of California, with a principal place of business located at 31 Upper Ragsdale Dr., Monterey, CA 93940.

28.     Plaintiff, DIRECT INSURANCE COMPANY, is a corporation organized under the laws of the state of North Carolina, with a principal place of business located at 5630 University Parkway, Winston-Salem, NC 27105.

29.     Plaintiff, NATIONAL CASUALTY COMPANY, is a corporation organized under the laws of the state of Ohio, with a principal place of business located at One West Nationwide Boulevard, Columbus, OH, 43215.

30.     Plaintiff, CRESTBROOK INSURANCE COMPANY, is a corporation organized under the laws of the state of Ohio, with a principal place of business located at One West Nationwide Boulevard, Columbus, OH, 43215.

31.     Plaintiff, SCOTTSDALE INDEMNITY COMPANY, is a corporation organized under the laws of the state of Ohio, with a principal place of business located at One West Nationwide Boulevard, Columbus, OH, 43215.

32.     Plaintiff, SCOTTSDALE INSURANCE COMPANY, is a corporation organized under the laws of the state of Ohio, with a principal place of business located at One West Nationwide Boulevard, Columbus, OH, 43215.

33.     Plaintiff, FREEDOM SPECIALTY INSURANCE COMPANY, is a corporation organized under the laws of the state of Ohio, with a principal place of business located at One West Nationwide Boulevard, Columbus, OH, 43215.

///

Dated: March 22, 2024

Respectfully submitted,

COZEN O'CONNOR

By: /s/   *Megan R. Peitzke*
        Elliott R. Feldman
        Kevin Caraher
        Nathan Dooley
        Megan R. Peitzke
        *Attorneys for Subrogation Plaintiffs*
        *In Case No. 8:23-cv-00443-JVS (KES)*