Elliott R. Feldman (Pro Hac)
Nathan M. Dooley (SBN 224331)
Kevin P. Caraher (Pro Hac)
Megan R. Peitzke (SBN 230375)
COZEN O'CONNOR
One Liberty Place 1650 Market Street,
Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071/Fax: 215.701.2282
EFeldman@cozen.com

Timothy E. Cary (SBN 093608)
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
1260 Corona Pointe Court, Ste 306
Corona, California 92879
Tel: 951.387.4700/Fax: 951.963.1298
CaryT@Stutmanlaw.com

Craig S. Simon (SBN 78158)
BERGER KAHN, A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614
Tel: 949.474.880/Fax: 949.313.5029
csimon@bergerkahn.com

William Hoffmann
Adam Romney (SBN 261974)
Susan Benson (SBN 146837)
GROTEFELD HOFFMANN
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Tel: 747.233.7150/Fax: 747.233.7143

*Attorneys for Subrogation Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL SUBROGATION CASES | Case No.: 22-ML-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**NOTICE OF ERRATA REGARDING DOCKET NO. 338**<br><br>Judge: Hon. James V. Selna<br>Ctrm:  10C<br>Date:   April 29, 2024<br>Time:  1:30 p.m. |

**TO THE COURT, TO ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that Plaintiff respectfully submits this Notice of Errata regarding the Notice of Motion and Motion for Leave for Jurisdictional Discovery; Memorandum of Points and Authorities in Support Thereof and its supporting Declaration of Nathan Dooley in Support of Plaintiff's Motion for Leave for Jurisdictional Discovery and Exhibits (Docket No. 338) ("Motion").

Plaintiffs' Motion was timely filed electronically on March 22, 2024; however, due to a technical problem, the Declaration of Nathan Dooley ("Declaration") failed to attach to the filing. The Exhibits to the Declaration ("Exhibits") were filed along with the Motion, but the Declaration was not included with the ECF filing due to a technical problem. Regarding the Exhibits, Exhibits 16 and 17 were attached to the filing but did not include Exhibit slip sheets. No changes to the content of the Exhibits are made. A true and correct copy of the Declaration of Nathan Dooley along with all Exhibits with proper slip sheets are attached hereto as Exhibit 1, and a courtesy copy of the Declaration and correct Exhibits will be forwarded to chambers.

Dated: March 25, 2024

Respectfully submitted,

COZEN O'CONNOR

By: /s/ *Megan Peitzke*
Elliott R. Feldman
Nathan Dooley
Megan R. Peitzke
Kevin P. Caraher

*Attorneys for Subrogation Plaintiffs*