| | |
|---|---|
| ELLIOTT R. FELDMAN<br>NATHAN DOOLEY (SBN 224331)<br>KEVIN CARAHER<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 665-2071<br>Facsimile: (215) 701-2282<br>EFeldman@cozen.com | WILLIAM J. HOFFMANN<br>ADAM M. ROMNEY (SBN 261974)<br>SUSAN M. BENSON (SBN 146837)<br>GROTEFELD HOFFMANN LLP<br>5535 Balboa Blvd., Ste. 219<br>Encino, California 91316<br>Telephone: (747) 233-7150<br>Facsimile: (747) 233-7143 |
| TIMOTHY E. CARY (SBN 093608)<br>DANIEL HOGAN<br>THOMAS PAOLINI<br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br>1260 Corona Pointe Court, Suite 306<br>Corona, California 92879<br>Telephone: (951) 387-4700<br>Facsimile: (951) 963-1298<br>CaryT@Stutmanlaw.com | CRAIG S. SIMON (SBN 78158)<br>STEPHANIE H. NG (SBN 309389)<br>BERGER KAHN, A Law Corporation<br>1 Park Plaza, Suite 340<br>Irvine, California 92614<br>Telephone: (949) 474-1880<br>Facsimile: (949) 313-5029<br>csimon@bergerkahn.com |

*Attorneys for Subrogation Plaintiffs*

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL SUBROGATION CASES | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO SEVER; [PROPOSED] ORDER** |

JOINT STIPULATION TO CONTINUE MOTION HEARING

# JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO SEVER

Subrogation Plaintiffs, through Counsel for Subrogation Plaintiffs who are on the Executive Committee and the Subrogation Plaintiffs Committee, (collectively, the "Subrogation Plaintiffs") and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (collectively, "Defendants") (collectively, the "Parties") hereby stipulate and agree to the following:

WHEREAS, on March 25, 2024, the Defendants filed a Notice of Motion and Motion for Sever (Dkt. 340) ("Motion");

WHEREAS, the hearing for the Motion is on April 29, 2024 at 1:30 p.m., the opposition is due April 8, 2024, and the reply is due April 15, 2024; and

WHEREAS, Counsel for Subrogation Plaintiffs and Counsel for Defendants have met and conferred regarding the extension of deadlines.

As a result of these discussions, the Parties have agreed to the following extension of time for Subrogation Plaintiffs to file their opposition to the Motion; for Defendants to file their reply to the opposition; and for the Motion to be continued:

NOW THEREFORE, pursuant to Local Rule 7-1, the Parties stipulate and jointly request the Court enter the following briefing schedule contained in the accompanying proposed order:

1. Subrogation Plaintiffs shall have until May 3, 2024, to file their opposition to the Motion;

2. Defendants shall have until May 24, 2024, to file their reply to the opposition; and

3. The Motion hearing shall be continued to June 10, 2024, at 1:30 p.m.

WHEREFORE, Subrogation Plaintiffs and Defendants respectfully request that the Court enter this Stipulation as an Order of the Court.

**IT IS SO STIPULATED AND AGREED.**

|   |   |
|---|---|
| DATED: April 5, 2024 | Respectfully submitted, |

*/s/Elliott R. Feldman*
ELLIOTT R. FELDMAN
NATHAN DOOLEY (SBN 224331)
KEVIN CARAHER
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
EFeldman@cozen.com
*Attorneys for Subrogation Plaintiffs*

*/s/William J. Hoffmann*
WILLIAM J. HOFFMANN
ADAM M. ROMNEY (SBN 261974)
SUSAN M. BENSON (SBN 146837)
GROTEFELD HOFFMANN LLP
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
*Attorneys for Subrogation Plaintiffs*

*/s/Timothy E. Cary*
TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com
*Attorneys for Subrogation Plaintiffs*

*/s/Craig S. Simon*
CRAIG S. SIMON (SBN 78158)
STEPHANIE H. NG (SBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com
sng@bergerkahn.com
*Attorneys for Subrogation Plaintiffs*

*/s/Peter J. Brennan*
PETER J. BRENNAN (*pro hac vice*)
MICHAEL T. BRODY (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com
*Co-Counsel for Defendants*

*/s/Edward Susolik*
EDWARD SUSOLIK (SBN 151081)
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
Facsimile: (714) 241-4445
ES@callahan-law.com
*Co-Counsel for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Craig Simon, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document.

/s/Stephanie H. Ng
CRAIG S. SIMON (SBN 78158)
STEPHANIE H. NG (SNBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com
sng@bergerkahn.com