| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | APR 2 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CITY OF BUFFALO, et al.;<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>HYUNDAI MOTOR AMERICA,<br>INC. and KIA MOTOR AMERICA, INC,<br><br>        Defendants - Petitioners. | No. 24-739<br><br>D.C. No.<br>8:22-ml-03052-JVS<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: FRIEDLAND and VANDYKE, Circuit Judges.

    The motions for leave to file a reply (Docket Entry No. 5) and leave to file a surreply (Docket Entry No. 6) are granted. The reply and surreply have been filed.

    The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).