Elliott R. Feldman (*pro hac*)
 *efeldman@cozen.com*
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

Kevin Caraher (*pro hac*)
 *kcaraher@cozen.com*
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel.: 312.382.3192; Fax: 312.706.9792

Nathan Dooley (SBN 224331)
 *ndooley@cozen.com*
Megan R. Peitzke (SBN 230375)
 *mpeitzke@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

*Attorneys for Subrogation Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES |
| | The Honorable James V. Selna |
| | **NOTICE OF ADDITIONAL SUBROGATION PLAINTIFFS** |
| This document relates to: | |
| ALL SUBROGATION CASES | |

1    The Subrogation Plaintiff(s) identified herein are hereby incorporated into the

2  complaint filed in *State Automobile Mutual Insurance Company, et al. v. Hyundai*

3  *Motor America, et al.*, Case Number 8:23-cv-00443-JVS (KESx) and ECF No. 1, and

4  the Subrogation Plaintiffs' Amended Consolidated Complaint filed in *In re: Kia*

5  *Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*,

6  Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

7    1.    Plaintiff, SAFEWAY INSURANCE COMPANY OF ALABAMA, INC.,

8  is a corporation organized under the laws of Illinois, with a principal address of 790

9  Pasquinelli Drive, Westmont, IL 60559.

10    2.    Plaintiff, SAFEWAY INSURANCE COMPANY OF GEORGIA, is a

11  company organized under the laws of Georgia, with a principal address of 1165

12  Sanctuary Parkway, Suite #200, Alpharetta, GA 30009.

13    3.    Plaintiff, SAFEWAY INSURANCE COMPANY OF LOUISIANA, is a

14  company organized under the laws of the State of Louisiana, with a principal address

15  of 400 E. Kaliste Saloom Road,  Suite 2300, Lafayette, LA 70508.

16

17

18  Dated: April 5, 2024

                                          Respectfully submitted,

19                                            COZEN O'CONNOR

20                                            By: /s/   *Megan R. Peitzke*

21                                                  Elliott R. Feldman

                                                  Kevin Caraher

22                                                    Nathan Dooley

                                                  Megan R. Peitzke

23                                                    *Attorneys for Subrogation Plaintiffs*

                                                  *In Case No. 8:23-cv-00443-JVS (KES)*

24

25

26

27

28