1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL SUBROGATION CASES | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO SEVER; ORDER [342]** |

### JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO SEVER

Subrogation Plaintiffs, through Counsel for Subrogation Plaintiffs who are on the Executive Committee and the Subrogation Plaintiffs Committee, (collectively, the "Subrogation Plaintiffs") and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (collectively, "Defendants") (collectively, the "Parties") hereby stipulate and agree to the following:

WHEREAS, on March 25, 2024, the Defendants filed a Notice of Motion and Motion for Sever (Dkt. 340) ("Motion");

WHEREAS, the hearing for the Motion is on April 29, 2024 at 1:30 p.m., the opposition is due April 8, 2024, and the reply is due April 15, 2024; and

WHEREAS, Counsel for Subrogation Plaintiffs and Counsel for Defendants have met and conferred regarding the extension of deadlines.

As a result of these discussions, the Parties have agreed to the following extension of time for Subrogation Plaintiffs to file their opposition to the Motion; for Defendants to file their reply to the opposition; and for the Motion to be continued:

NOW THEREFORE, pursuant to Local Rule 7-1, the Parties stipulate and jointly request the Court enter the following briefing schedule contained in the accompanying proposed order:

1. Subrogation Plaintiffs shall have until May 3, 2024, to file their opposition to the Motion;

2. Defendants shall have until May 24, 2024, to file their reply to the opposition; and

3. The Motion hearing shall be continued to June 10, 2024, at 1:30 p.m.

WHEREFORE, Subrogation Plaintiffs and Defendants respectfully request that the Court enter this Stipulation as an Order of the Court.

**IT IS SO STIPULATED AND AGREED.**

DATED: April 5, 2024                                  Respectfully submitted,

| | |
|---|---|
| /s/Elliott R. Feldman | /s/William J. Hoffmann |
| ELLIOTT R. FELDMAN | WILLIAM J. HOFFMANN |
| NATHAN DOOLEY (SBN 224331) | ADAM M. ROMNEY (SBN 261974) |
| KEVIN CARAHER | SUSAN M. BENSON (SBN 146837) |
| COZEN O'CONNOR | GROTEFELD HOFFMANNN LLP |
| One Liberty Place | 5535 Balboa Blvd., Ste. 219 |
| 1650 Market Street, Suite 2800 | Encino, California 91316 |
| Philadelphia, Pennsylvania 19103 | Telephone: (747) 233-7150 |
| Telephone: (215) 665-2071 | Facsimile: (747) 233-7143 |

| | |
|---|---|
| Facsimile: (215) 701-2282<br>EFeldman@cozen.com<br>*Attorneys for Subrogation Plaintiffs* | *Attorneys for Subrogation Plaintiffs* |
| */s/Timothy E. Cary*<br>TIMOTHY E. CARY (SBN 093608)<br>DANIEL HOGAN<br>THOMAS PAOLINI<br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br>1260 Corona Pointe Court, Suite 306<br>Corona, California 92879<br>Telephone: (951) 387-4700<br>Facsimile: (951) 963-1298<br>CaryT@Stutmanlaw.com<br>*Attorneys for Subrogation Plaintiffs* | */s/Craig S. Simon*<br>CRAIG S. SIMON (SBN 78158)<br>STEPHANIE H. NG (SBN 309389)<br>BERGER KAHN, A Law Corporation<br>1 Park Plaza, Suite 340<br>Irvine, California 92614<br>Telephone: (949) 474-1880<br>Facsimile: (949) 313-5029<br>csimon@bergerkahn.com<br>sng@bergerkahn.com<br>*Attorneys for Subrogation Plaintiffs* |
| */s/Peter J. Brennan*<br>PETER J. BRENNAN (*pro hac vice*)<br>MICHAEL T. BRODY (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br>PBrennan@jenner.com<br>MBrody@jenner.com<br>*Co-Counsel for Defendants* | */s/Edward Susolik*<br>EDWARD SUSOLIK (SBN 151081)<br>CALLAHAN & BLAINE<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, CA 92707<br>Tel: (714) 241-4444<br>Facsimile: (714) 241-4445<br>ES@callahan-law.com<br>*Co-Counsel for Defendants* |

# ORDER

Good cause appearing, the Court hereby APPROVES this Stipulation for: an extension of time for Subrogation Plaintiffs to file their opposition to Defendants' Motion to Sever; for Defendants to file their reply to the opposition; and for the Motion hearing to be continued, and ORDERS as follows:

1. The opposition to the Motion is due by May 3, 2024;
2. The reply to the opposition is due by May 24, 2024; and
3. The Motion hearing is continued to June 10, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: April 09, 2024

_____
The Honorable James V. Selna
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Craig Simon, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document.

/s/Stephanie H. Ng
CRAIG S. SIMON (SBN 78158)
STEPHANIE H. NG (SNBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com
sng@bergerkahn.com