Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Governmental Entities Actions | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**NOTICE OF LODGING OF [JOINT PROPOSED] CASE MANAGEMENT ORDER NO. \_\_\_\_\_** |

    Plaintiffs, by and through undersigned counsel, hereby give Notice of Lodging of the attached [Joint Proposed] Case Management Order No. \_\_\_\_.

Dated this 9TH day of April, 2024.

                                            Respectfully submitted,

                                            By */s/ Gretchen Freeman Cappio*
                                              Gretchen Freeman Cappio (*pro hac vice*)
                                              KELLER ROHRBACK L.L.P.
                                              1201 Third Avenue, Suite 3200
                                              Seattle, WA 98101-3052
                                              Phone: (206) 623-1900

Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO