Stephen J. Kane (*pro hac vice*)
stephen.kane@cityofchicago.org
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
Tel: (312) 744-6934
Fax: (312) 744-5185

Jimmy R. Rock (*pro hac vice*)
jrock@edelson.com
EDELSON PC
1255 Union St. NE, 7th Floor
Washington, DC 20002
Tel: (202) 270-4777
Fax: (312) 589-6378

Shantel Chapple Knowlton (*pro hac vice*)
schappleknowlton@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff City of Chicago*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Chicago v. Kia America, Inc., and Hyundai Motor America*, Case No.: 8:23-cv-02045-JVS(KESx) | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**NOTICE OF FILING SECOND AMENDED COMPLAINT** |

Pursuant to this Court's March 21, 2024 Order (Dkt. No. 334), Plaintiff City of Chicago filed a Second Amended Complaint on April 10, 2024 in Case No. 8:23-cv-02045-JVS(KESx), the member case for which its First Amended Complaint is docketed. For convenience, Plaintiff has attached a copy of the Second Amended Complaint and exhibits to this notice.

Respectfully submitted,

Date: April 10, 2024

By: */s/ Shantel Chapple Knowlton*

Shantel Chapple Knowlton (*pro hac vice*)
EDELSON PC
schappleknowlton@edelson.com
350 North LaSalle Street, 14th Floor,
Chicago, Illinois 60654
Tel: 312.589.6370

Jimmy Rock (*pro hac vice*)
EDELSON PC
jrock@edelson.com
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel: 202.270.4777

Stephen J. Kane (*pro hac vice*)
CITY OF CHICAGO DEPARTMENT OF LAW
AFFIRMATIVE LITIGATION DIVISION
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: 312.744.6934

*Attorneys for Plaintiff City of Chicago*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Shantel Chapple Knowlton*