QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Newark v. Hyundai Motor America, Inc. and Kia America, Inc.* | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF CITY OF NEWARK'S COMPLAINT** |

# [PROPOSED] ORDER

Before the Court is Defendants Hyundai Motor America's and Kia America, Inc.'s (collectively, "Defendants") Motion to Dismiss Plaintiff City of Newark's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having considered this Motion and supporting papers, the argument of counsel, and good cause appearing therefor, the Court hereby GRANTS Defendants' Motion and DISMISSES Plaintiff City of Newark's Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. James V. Selna
United States District Judge