

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

APR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:             24-2350
Originating Case Number:   8:22-ml-03052-JVS-KES

Short Title:               City of Buffalo, et al. v. Hyundai Motor America, Inc., et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The $605 docketing fee remains due.** Failure to correct this deficiency within 14 days will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the district court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-2350 |
| Originating Case Number: | 8:22-ml-03052-JVS-KES |
| Case Title: | City of Buffalo, et al. v. Hyundai Motor America, Inc., et al. |

**Friday, April 19, 2024**
Hyundai Motor America, Inc.                    Appeal Transcript Order Due
KIA Motor America, Inc                          Appeal Transcript Order Due

**Monday, April 22, 2024**
Hyundai Motor America, Inc.                    Mediation Questionnaire due
KIA Motor America, Inc                          Mediation Questionnaire due

**Monday, May 20, 2024**
Hyundai Motor America, Inc.                    Appeal Transcript Due
KIA Motor America, Inc                          Appeal Transcript Due

**Friday, June 28, 2024**
Hyundai Motor America, Inc.                    Appeal Opening Brief Due
KIA Motor America, Inc                          Appeal Opening Brief Due

**Monday, July 29, 2024**
City of Cincinnati                              Appeal Answering Brief Due
City of Cleveland                               Appeal Answering Brief Due
City of Seattle                                 Appeal Answering Brief Due

| | |
|---|---|
| City of Rochester | Appeal Answering Brief Due |
| City of Yonkers, | Appeal Answering Brief Due |
| City of Green Bay | Appeal Answering Brief Due |
| Town of Tonawanda | Appeal Answering Brief Due |
| City of Columbus | Appeal Answering Brief Due |
| City of Kansas City | Appeal Answering Brief Due |
| City of Indianapolis | Appeal Answering Brief Due |
| City of Buffalo | Appeal Answering Brief Due |
| City of Madison | Appeal Answering Brief Due |
| City of Milwaukee | Appeal Answering Brief Due |
| City of New York | Appeal Answering Brief Due |
| City of Parma | Appeal Answering Brief Due |
| City of St. Louis | Appeal Answering Brief Due |
| City of Baltimore | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**