Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br><br>*This document relates to*:<br>Governmental Entities Actions | Case No. 8:22-ML-3052-JVS (KESx)<br><br>The Honorable James V. Selna<br><br>**PARTIES' PROPOSED DISCOVERY SPECIAL MASTERS** |

Pursuant to the parties' submission of April 15, 2024 (Dkt. No. 368), and the Court's Order of April 16, 2024 (Dkt. No. 370), the parties each propose three possible discovery special masters for the Court's consideration:

GE Plaintiffs' Proposals:

- Hon. Gail Andler (Ret.) – JAMS

- Hon. Elizabeth Laporte (Ret.) – JAMS

- Hon. Suzanne Segal (Ret.) – Signature Resolution

//

Defendants' Proposals:

- Viggo Boserup – JAMS

- Hon. James Otero (Ret.) – JAMS

- Hon. Peter Wilson (Ret.) – Signature Resolution

The parties will be available to discuss this potential appointment at tomorrow's status conference.

RESPECTFULLY SUBMITTED this 17TH DAY OF APRIL, 2024.

/s/ Gretchen Freeman Cappio
Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

/s/ Steven G. Madison
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO