QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for* Defendants Hyundai Motor America and Kia America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Lorain, Ohio v. Hyundai Motor America and Kia America, Inc.*,<br>Case No. 8:23-cv-02083 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF LORAIN, OHIO'S COMPLAINT** |

Plaintiff City of Lorain, Ohio ("Plaintiff"), and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (collectively, "Defendants"), hereby stipulate and agree to the following:

1. WHEREAS, on March 13, 2023, the Court ordered that any related or "tag-along" actions will automatically be consolidated or coordinated with this proceeding without the necessity of future motions or orders, and that "[n]o other motions to dismiss, answers, or other responses shall be required unless and until the Court orders otherwise." Dkt. 70 at 2.

2. WHEREAS, on November 6, 2023, Plaintiff filed suit against Defendants in the U.S. District Court for the Central District of California ("Complaint").

3. WHEREAS, on April 4, 2024, the parties met and conferred in accordance with Local Rule 7-3 regarding Defendants' intention to file a motion to dismiss Plaintiff's Complaint ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. WHEREAS, on April 9, 2024, the parties lodged a joint proposed case management order, Dkt. 348-1, in which the parties agreed that Defendants would respond to Plaintiff's Complaint by April 12, 2024.

5. WHEREAS, on April 12, 2024, the parties agreed that the hearing for the Motion would be noticed for July 15, 2024, and to modify the briefing schedule provided for by the Local Rules so that Plaintiff will file its Opposition no later than May 31, 2024, and that Defendants will file their Reply no later than July 1, 2024.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, SUBJECT TO THE COURT'S APPROVAL THAT:

1. Plaintiff's Opposition will be due on May 31, 2024;

2. Defendants' Reply will be due on July 1, 2024; and

3.    The hearing shall be set for July 15, 2024.

DATED: April 19, 2024     Respectfully submitted.

      */s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc*

      */s/ Gretchen F. Cappio*
Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: April 19, 2024

                                            */s/ Steven G. Madison*
                                            Steven G. Madison