# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Lorain, Ohio v. Hyundai Motor America and Kia America, Inc.,* Case No. 8:23-cv-02083 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF LORAIN, OHIO'S COMPLAINT [385]** |

# ORDER

Before the Court is the parties' stipulation regarding the hearing and briefing schedule for Hyundai Motor America's and Kia America, Inc.'s (collectively, "Defendants") Motion to Dismiss Plaintiff City of Lorain, Ohio's ("Plaintiff") Complaint.

Good cause appearing, the Court hereby approves the parties' stipulation. Plaintiff shall file its Opposition no later than May 31, 2024. Defendants shall file their Reply no later than July 1, 2024. The Motion shall be heard on July 15, 2024.

**IT IS SO ORDERED.**

Dated: April 22, 2024

_____
Hon. James V. Selna
United States District Judge