QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Chicago v. Kia America, Inc. and Hyundai Motor America* | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Governmental Entity Plaintiff City of Chicago ("Plaintiff"), and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (together, Defendants), hereby stipulate and agree to the following:

WHEREAS, the Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") in its entirety on March 21, 2024, and granted Plaintiff twenty days to replead;

WHEREAS, Plaintiff filed a Second Amended Complaint ("SAC") against Defendants on April 10, 2024;

WHEREAS, under Federal Rule of Civil Procedure 15, the deadline for Defendants' response to the SAC is April 24, 2024;

WHEREAS, Plaintiff and Defendants met and conferred on April 17, 2024, pursuant to Local Rule 7-3, and were unable to reach a resolution that eliminates the necessity for a hearing; and

WHEREAS, Plaintiff and Defendants agree to extend the deadline for Defendants' response to Plaintiff's SAC, and, in the event either Defendant responds to Plaintiff's SAC, establish the deadlines for the Opposition and Reply.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

1. Defendants' deadline to respond to the SAC shall be extended to May 24, 2024;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

2. Should either Defendant file a Motion to Dismiss the SAC:

    a. Plaintiff's Opposition shall be due on June 28, 2024;

    b. the Reply shall be due on July 19, 2024; and

    c. the hearing shall be set for August 5, 2024.

DATED: April 22, 2024    Respectfully submitted.

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

*/s/ Jimmy Rock*
Jimmy Rock
EDELSON PC
1255 Union Street NE, 7th Floor
Washington, DC 20002
Tel: (202) 270-4777

Shantel Chapple Knowlton
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370

*Attorneys for Plaintiff*

-3-
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: April 22, 2024

                                            */s/ Steven G. Madison*
                                            Steven G. Madison