1  QUINN EMANUEL URQUHART & SULLIVAN LLP
   Steven G. Madison (SBN: 101006)
2  stevemadison@quinnemanuel.com
3  Justin C. Griffin (SBN: 234675)
   justingriffin@quinnemanuel.com
4  865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100
7
   *Attorneys for Defendants Hyundai Motor
8  America and Kia America, Inc.*
9
10                **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| This Document Relates to: | **STIPULATION TO AMEND BRIEFING SCHEDULE** |
| *City of Newark v. Hyundai Motor America, Inc. and Kia America, Inc.* | |

Plaintiff City of Newark ("Plaintiff"), and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (together, "Defendants"), hereby stipulate and agree to the following:

1. WHEREAS, on March 13, 2023, the Court ordered that any related or "tag-along" actions will automatically be consolidated or coordinated with this proceeding without the necessity of future motions or orders, and that "[n]o other motions to dismiss, answers, or other responses shall be required unless and until the Court orders otherwise." Dkt. 70 at 2.

2. WHEREAS, on January 16, 2024, Plaintiff filed suit against Defendants in the U.S. District Court for the District of New Jersey ("Complaint");

3. WHEREAS, on February 1, 2024, Defendants filed a Notice of Tag-Along Action with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer this action to this Multidistrict Litigation ("MDL") pursuant to JPML Rule 7.1;

4. WHEREAS, on February 5, 2024, the JPML issued a Conditional Transfer Order ("CTO"), conditionally transferring the Newark case to this MDL, no Notice of Objection to that CTO was filed, and the CTO was finalized on February 20, 2024;

5. WHEREAS, on April 9, 2024, the Governmental Entities Committee and Defendants in the MDL filed a Joint Proposed Case Management Order, agreeing that Defendants shall respond to Plaintiff's Complaint by April 12, 2024, *see* Dkt. 348, which the Court approved on April 16, 2024, *see* Dkt. 370;

6. WHEREAS, on April 12, 2024, Plaintiff and Defendants agreed to set a hearing before the Court on a Motion to Dismiss the Complaint for June 17, 2024 and to amend the briefing schedule;

7. WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") on April 12, 2024, and therein noticed a hearing with the Court for June 17, 2024 at 1:30 P.M.;

8.     WHEREAS, the Court reset the hearing on the Motion to Dismiss for June 27, 2024 at 1:30 P.M., because Defendants had noticed the motion on a closed motion date for the Court, Dkt. 364, 366;

9.     WHEREAS, under Local Rules 7-9 and 7-10, the deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss is June 6, 2024, and the deadline for Defendants' Reply is June 13, 2024; and

10.     WHEREAS, as a professional courtesy Plaintiff and Defendants agree to amend the deadlines for Plaintiff's Opposition and Defendants' Reply.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

1.     Plaintiff's Opposition to the Motion to Dismiss shall be due on May 23, 2024;

2.     Defendants' Reply shall be due on June 13, 2024; and

3.     The hearing on the Motion to Dismiss shall be set for June 27, 2024.

DATED: April 23, 2024          Respectfully submitted.

    */s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc*

| | |
|---|---|
| 1 | */s/ Janie Byalik* |
| 2 | Janie Byalik, Esq. |
|  | Rachel E. Simon, Esq. |
| 3 | Raymond M. Brown, Esq. |
| 4 | PASHMAN STEIN WALDER HAYDEN PC |
|  | 21 Main St., Suite 200 |
| 5 | Hackensack, NJ 07601 |
| 6 | 201-488-8200 |
|  | rsimon@pashmanstein.com |

Kenyatta K. Stewart, Esq.
CORPORATION COUNSEL
CITY OF NEWARK LAW DEPARTMENT
920 Broad St., Room 316
Newark, NJ 07102
973-733-3880
stewartk@ci.newark.nj.us

*Attorneys for Plaintiff City of Newark*

**ECF ATTESTATION**

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: April 23, 2024

*Steven G. Madison*
Steven G. Madison