**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NIXIE    910  SE 1    7204/20/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED



RECEIVED
CLERK, U.S. DISTRICT COURT
APR 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY





FILED
CLERK, U.S. DISTRICT COURT
APR 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY MPV DEPUTY

8:22ml03052-JVS

Case: 8:22ml3052   Doc: 365

James M. Davis
Blood Hurst and O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37746031@cacd.uscourts.gov>Subject:Activity in Case 8:22-ml-03052-JVS-KES In Re: Kia Hyundai Vehicle Theft Litigation Response By Court to Notice of Deficiencies (G-112B) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/15/2024 at 2:58 PM PDT and filed on 4/15/2024

| | |
|---|---|
| **Case Name:** | In Re: Kia Hyundai Vehicle Theft Litigation |
| **Case Number:** | 8:22-ml-03052-JVS-KES |
| **Filer:** | |
| **Document Number:** | 365 |

**Docket Text:**
**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: NOTICE OF MOTION AND MOTION to Dismiss CITY OF LORAIN, OHIOS COMPLAINT [362] by Judge James V. Selna. The hearing date has been rescheduled. Motion set for hearing on Thursday, 6/27/2024 at 01:30 PM before Judge James V. Selna. (es)**

**8:22-ml-03052-JVS-KES Notice has been electronically mailed to:**
Toby Patrick Edwin Mulholland     tpm@rkminjurylaw.com
Raphael Janove     raphael@janove.law
Jay Madison Smith     smitmcel@aol.com
Alison S. Gaffney     cate-brewer-0141@ecf.pacerpro.com, agaffney@kellerrohrback.com, alison-gaffney-0923@ecf.pacerpro.com, cbrewer@kellerrohrback.com
William J. Hoffmann     bhoffmann@ghlaw-llp.com
Jason D Gustafson     jason@throndsetlaw.com
Justin C Griffin     calendar@quinnemanuel.com, candytamai@quinnemanuel.com, justingriffin@quinnemanuel.com, candy-liao-quinn-emanuel-8683@ecf.pacerpro.com
Max Ephraim Rodriguez     max@pollockcohen.com
Tom Adams     thomasgadams@gmail.com, tom@adamsassocs.com
Peter J Brennan     docketing@jenner.com, pbrennan@jenner.com, kgarcia@jenner.com, lsaltzman@jenner.com, jconwisar@jenner.com, 7971786420@filings.docketbird.com, mskitzki@jenner.com
Nathan D Prosser     nprosser@hjlawfirm.com