BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

MATTHIESEN, WICKERT & LEHRER, S.C.
RICHARD A. SCHUSTER
ASHTON T. KIRSCH
1111 E. Sumner Street
Hartford, WI  270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com
akirsch@mwl-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL SUBROGATION CASES | Case No. 8:22-ml-03052-JVS-KESx<br><br>**NOTICE OF ADDITIONAL SUBROGATION PLAINTIFFS**<br><br>District Judge:   James V. Selna<br>Courtroom:         10C, Santa Ana<br>Magistrate Judge: Karen E. Scott<br>Courtroom:         6D, Santa Ana<br><br>Date Filed: June 16, 2023<br>Trial Date: Not Yet Set<br><br>**DEMAND FOR JURY TRIAL** |

The Subrogation Plaintiffs identified herein are hereby incorporated into the complaint filed in *Zurich American Insurance Company, et al. v. Kia America Inc. and Hyundai Motor America.*, Case Number 8:23-cv-01051 JVS (KESx) and ECF No. 1 and the Subrogation Plaintiffs' Amended Consolidated Complaint filed in *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

1. Plaintiff, ATLANTIC CASUALTY INSURANCE COMPANY, is a corporation organized under the laws of the State of North Carolina, with a principal place of business located at 400 Commerce Ct, Goldsboro, NC 27534-7048.

2. Plaintiff, FOUNDERS INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 1350 E. Touhy Ave., Ste. 200W, Des Plaines, IL 60018.

3. Plaintiff, UTICA MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of New York, with a principal place of business located at 180 Genesee St., New Hartford, NY 13413.

4. Plaintiff, UTICA NATIONAL INSURANCE COMPANY OF TEXAS, is a corporation organized under the laws of the State of New York, with a principal place of business located at 180 Genesee St., New Hartford, NY 13413.

5. Plaintiff, UNIQUE INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 7400 N Caldwell Ave., Niles, IL 60714.

6. Plaintiff, STONEGATE INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 7400 N Caldwell Ave., Niles, IL 60714.

7. Plaintiff, VIVA SEGUROS INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 7400 N Caldwell Ave., Niles, IL 60714.

| | |
|---|---|
| 1 | 8. Plaintiff, LIGHTHOUSE CASUALTY COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 7400 N Caldwell Ave., Niles, IL 60714. |

8. Plaintiff, LIGHTHOUSE CASUALTY COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 7400 N Caldwell Ave., Niles, IL 60714.

9. Plaintiff, REDPOINT COUNTY MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Texas, with a principal place of business located at 13215 Bee Cave Parkway, Bldg. B., Ste 150 Austin, TX 78738.

10. Plaintiff, WAWANESA GENERAL INSURANCE COMPANY, is a corporation organized under the laws of the State of California, with a principal place of business located at 7650 Mission Valley Road, San Diego, CA 92108.

11. Plaintiff, PEKIN INSURANCE COMPANY, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 2505 Court Street, Pekin, IL 61558.

12. Plaintiff, FARMERS AUTOMOBILE INSURANCE ASSOCIATION, is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 2505 Court Street, Pekin, IL 61558.

13. Plaintiff, FARMERS MUTUAL INSURANCE COMPANY OF NEBRASKA, is a corporation organized under the laws of the State of Nebraska, with a principal place of business located at 501 S. 13th Street, Lincoln, NE 68508.

Respectfully submitted,

Dated: April 24, 2024

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)

By:     *s/ Timothy G. Blood*
       TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)

3     Case No. 8:22-ml-03052-JVS-KES
NOTICE OF ADDITIONAL SUBROGATION PLAINTIFFS

|   |                                           |
|---|-------------------------------------------|
| 1 | tblood@bholaw.com                         |
| 2 | toreardon@bholaw.com<br>jdavis@bholaw.com |
| 3 | MATTHIESEN, WICKERT & LEHRER, S.C.        |
| 4 | RICHARD A. SCHUSTER<br>ASHTON T. KIRSCH   |
| 5 | 1111 E. Sumner Street<br>Hartford, WI  270670 |
| 6 | Tel: 262/673-7850<br>262/673-3766 (fax)   |
| 7 | rschuster@mwl-law.com<br>akirsch@mwl-law.com |
| 8 |                                           |
|   | *Attorneys for Plaintiffs*                |

BLOOD HURST & O' REARDON, LLP

00213023

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 140-
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com