Steven G. Madison (SBN: 101006)
Justin Griffin (SBN: 234675)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Phone: (213) 443-3000
Fax: (213) 443-3100
stevemadison@quinnemanuel.com
justingriffin@quinnemanuel.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS (KESx) |
| | The Honorable James V. Selna |
| | **DEFENDANTS' STATUS REPORT RE SPECIAL MASTERS** |
| *This document relates to:* | |
| Governmental Entities Actions | |

On April 17, 2024, each side nominated for the Court's consideration the names of three neutrals who could serve as a discovery Special Master herein. Dkt. 372. At the April 18, 2024 conference, the Court directed each side to provide the Court with 1) confirmation of the availability of each of their nominees to serve as a Special Master herein, and 2) one name from the opposing side's nominees. Accordingly, Defendants submit the following.

1

<u>**Availability of Defendants' Special Master Nominees:**</u>

2

Defendants nominated Viggo Boserup, Esq, of JAMS, Hon. James Otero (Ret.)

3

of JAMS, and Hon. Peter Wilson (Ret.) of Signature Resolution.  Mr. Boserup and

4

Judge Wilson have confirmed their availability to serve as a Special Master, but

5

Defendants have learned that Judge Otero is *not* available.

6

<u>**Defendants' Selection from Plaintiffs' Proposed Special Masters:**</u>

7

As Defendants' counsel stated to the Court during the April 18 status

8

conference, Defendants select Hon. Gail Andler (Ret.) of JAMS from the list of

9

Plaintiffs' nominees.

10

11

Respectfully submitted;

12

QUINN EMANUEL URQUHART &

13

DATED:  April 24, 2024

SULLIVAN, LLP

14

15

By:   */s/ Steven G. Madison*

16

Steven G. Madison (SBN 101006)

17

Justin Griffin (SBN 234675)

QUINN EMANUEL URQUHART &

18

SULLIVAN, LLP

19

865 South Figueroa Street, 10th Floor

Los Angeles, California 90017-2543

20

Phone:  (213) 443-3000

21

Fax:  (213) 443-3100

22

stevemadison@quinnemanuel.com

justingriffin@quinnemanuel.com

23

24

*Attorneys for Defendants*

25

26

27

28