Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Governmental Entities Actions | Case No. 8:22-ML-3052-JVS (KESx)<br><br>The Honorable James V. Selna<br><br>**GE AND SUBROGATION PLAINTIFFS' JOINT SUBMISSION REGARDING DISCOVERY SPECIAL MASTER** |

    The Governmental Entity and Subrogation Plaintiffs ("Plaintiffs") have conferred regarding the Court's request that we consider Discovery Special Masters. Plaintiffs continue to believe that one Discovery Special Master would be sufficient and most in keeping with Rule 1. Of the candidates on the GE Plaintiffs' list, Dkt. No. 372, Defendants' stated preference at the Status Conference on April 18, 2024 is the Honorable Gail Andler (Ret.). Considering Defendants' preference, Plaintiffs would also support Judge Andler's appointment.[1]

---

[1] The Subrogation Plaintiffs are checking conflicts and will inform the Court no later than tomorrow, April 25, 2024, if there is any change in their track's stance.

As stated on the record at the April 18 Status Conference, the Governmental Entity Plaintiffs have confirmed the availability of their proposed Discovery Special Masters.

The Court also requested that the Governmental Entity Plaintiffs state a preference for a candidate on Defendants' list. Of those, their preference would be Viggo Boserup.

RESPECTFULLY SUBMITTED this 24TH DAY OF APRIL, 2024.

| | |
|---|---|
| */s/ Gretchen Freeman Cappio* | */s/ Elliott R. Feldman* |
| Gretchen Freeman Cappio (*pro hac vice*) | Elliott R. Feldman (*pro hac vice*) |
| KELLER ROHRBACK L.L.P. | COZEN O'CONNOR |
| 1201 Third Avenue, Suite 3200 | One Liberty Place |
| Seattle, WA 98101-3052 | 1650 Market Street, Suite 2800 |
| Phone: (206) 623-1900 | Philadelphia, PA 19103 |
| Fax: (206) 623-3384 | Phone: (215) 665-2071 |
| gcappio@kellerrohrback.com | Fax: (215) 701-2282 |
| | EFeldman@cozen.com |
| *Chair of the Governmental Entities Committee* | *Co-Chair of the Subrogation Executive Committee* |
| | */s/ William J. Hoffmann* |
| | William J. Hoffmann (*pro hac vice*) |
| | GROTEFELD HOFFMANN LLP |
| | 5535 Balboa Blvd., Suite 219 |
| | Encino, CA 91316 |
| | Phone: (747) 233-7150 |
| | Fax: (747) 233-7143 |
| | bhoffmann@ghlaw-llp.com |
| | *Co-Chair of the Subrogation Executive Committee* |

## CERTIFICATE OF SERVICE

I certify that on April 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Gretchen Freeman Cappio
GRETCHEN FREEMAN CAPPIO