# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Lorain, Ohio v. Hyundai Motor America and Kia America, Inc.,* | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>[389] |

**ORDER**

Good cause appearing, the Court hereby approves this Joint Stipulation and orders that:

1. Defendants' deadline to respond to Plaintiff's Second Amended Complaint shall be extended to May 24, 2024;

2. Should either Defendant file a Motion to Dismiss Plaintiff's Second Amended Complaint:

   a. Plaintiff's Opposition shall be due on June 28, 2024;
   b. the Reply shall be due on July 19, 2024; and
   c. the hearing shall be set for August 5, 2024.

**IT IS SO ORDERED.**

Dated: April 25, 2024

*[signature]*

Hon. James V. Selna
United States District Judge