**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
PBrennan@jenner.com
Michael T. Brody (*pro hac vice*)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL SUBROGATION CASES | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**HYUNDAI MOTOR AMERICA AND KIA AMERICA, INC.'S SUBMISSION RE DISCOVERY SPECIAL MASTER IN THE SUBROGATION TRACK** |

Pursuant to the Court's direction at the April 19, 2024 Subrogation status conference, counsel for the Subrogation Plaintiffs and for Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (together, "Defendants")[1] met and conferred regarding the possible appointment of a discovery special master, whose appointment could cover both the Government Entities track and the Subrogation track. *See* Apr. 19, 2024 Tr. 34:19–20. Following that meet and confer, Defendants respectfully submit the following:

### Government Entities Track

On April 17, 2024, the Government Entity Plaintiffs (the "GE Plaintiffs") and Defendants each proposed for the Court's consideration three possible discovery special masters for the Government Entities track. *See* Government Entities Parties' Proposed Discovery Special Masters, ECF No. 372.

Following the April 18, 2024 Government Entities status conference and pursuant to the Court's direction at that status conference, on April 24, 2024, Defendants reiterated their nominations of the Honorable Peter Wilson (Ret.) of Signature Resolution and Viggo Boserup, Esq. of JAMS and confirmed their availability to serve. *See* Defs.' Status Report re Special Masters 2, ECF No. 396. Defendants also selected the Honorable Gail A. Andler (Ret.) of JAMS from the GE Plaintiffs' list. *See id.*

The GE Plaintiffs, jointly with the Subrogation Plaintiffs, reiterated their nomination of Judge Andler and also selected Mr. Boserup from Defendants' list. *See* GE and Subrogation Pls.' Joint Submission re Discovery Special Master 1–2, ECF No. 399.

### Subrogation Track

Defendants agree that a discovery special master appointed in the Government Entities track can also cover the Subrogation track. Such appointment should be

---

[1] Hyundai Motor Company and Kia Corporation contest this Court's jurisdiction and therefore did not join in the filing of this submission.

limited in scope to discovery disputes.

If the Court were inclined to do so, Defendants would support the appointment of two discovery special masters to serve jointly in the Subrogation track: Judge Andler and Judge Wilson, or, in the alternative, Judge Andler and Mr. Boserup.

Dated: April 26, 2024

JENNER & BLOCK LLP

*/s/ Peter J. Brennan*
Kate T. Spelman
Alice S. Kim
Madeline P. Skitzki
Jenna L. Conwisar
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
KSpelman@jenner.com
AKim@jenner.com
MSkitzki@jenner.com
JConwisar@jenner.com

Peter J. Brennan (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com
MBrody@jenner.com

Edward Susolik
John D. Van Ackeren
Stephen P. Farkas
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor,
Santa Ana, CA 92707
Telephone: (714) 862-1081
Facsimile: (714) 241-4445
ES@callahan-law.com
JVanAckeren@callahan-law.com
SFarkas@callahan-law.com

*Attorneys for Defendants*