Elliott R. Feldman (*pro hac*)
 *efeldman@cozen.com*
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

Kevin Caraher (*pro hac*)
 *kcaraher@cozen.com*
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel.: 312.382.3192; Fax: 312.706.9792

Nathan Dooley (SBN 224331)
 *ndooley@cozen.com*
Megan R. Peitzke (SBN 230375)
 *mpeitzke@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

*Attorneys for Subrogation Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES |
| | The Honorable James V. Selna |
| | **NOTICE OF ADDITIONAL SUBROGATION PLAINTIFF** |
| This document relates to: | |
| ALL SUBROGATION CASES | |

1      The Subrogation Plaintiff(s) identified herein are hereby incorporated into the

2 complaint filed in *State Automobile Mutual Insurance Company, et al. v. Hyundai*

3 *Motor America, et al.*, Case Number 8:23-cv-00443-JVS (KESx) and ECF No. 1, and

4 the Subrogation Plaintiffs' Amended Consolidated Complaint filed in *In re: Kia*

5 *Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*,

6 Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

7      1.     Plaintiff, CLEAR BLUE SPECIALTY INSURANCE, is a corporation

8 organized under the laws of the State of Texas, with a principal address of 2626 Cole

9 Avenue, Suite 710, Dallas, Texas 75204.

10

11

Dated: May 1, 2024

12                     Respectfully submitted,

13                     COZEN O'CONNOR

14                     By: /s/  *Megan R. Peitzke*

15                         Elliott R. Feldman
                        Kevin Caraher

16                         Nathan Dooley
                        Megan R. Peitzke

17                         *Attorneys for Subrogation Plaintiffs*
                        *In Case No. 8:23-cv-00443-JVS (KES)*

18

19

20

21

22

23

24

25

26

27

28