1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT
8       CENTRAL DISTRICT OF CALIFORNIA
9

10   In Re: KIA HYUNDAI VEHICLE          CASE NO: ML 22-3052 JVS (KESx)
     THEFT LITIGATION

11   This document relates to:

12   Subrogation Plaintiffs Track and     ORDER RE APPOINTMENT OF
     Governmental Entities Track         DISCOVERY SPECIAL MASTER
13

14
15
16

17
18          Having sought the parties' views with respect to the appointment of a

19   Discovery Special Master for te Subrogation Plaintiffs Track ane the Governmental

20   Entities Track, and having considered the parties' written filings, *e.g.,* Docket Nos.

21   396, 399, 402, the Court now enters the following order:

22          The Court appoints the Honorable Gail A. Andler (Ret.)  as Discovery

23   Special Master for all non-dispositive discovery matters arising in the Subrogation

24   Plaintiffs and Governmental Entities Tracks.

25
26          The parties shall submit a proposed order of appointment within seven days.

27
28   May 7, 2024                          1

The Court and the parties had discussed and considered the appointment of an additional Special Master.  The Court is prepared to adjust for events, but believes that appointment of a single master at this time is appropriate.

IT IS SO ORDERED.

Dated: May 7, 2024

_____
James V. Selna
United States District Judge