Janie Byalik, Esq. (*pro hac vice*)
**PASHMAN STEIN WALDER HAYDEN PC**
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Fax: (201) 488-5556

*Counsel for Plaintiff City Newark, New Jersey*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICE, and PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br>The Honorable James V. Selna<br><br>**NOTICE OF LODGING OF THE CITY OF NEWARK'S AMENDED COMPLAINT** |
| *This document relates to:*<br><br>*City of Newark v. Hyundai Motor Company, et al.,* Case No. 8:24-cv-00323-JVS-KES | |

Plaintiff, by and through undersigned counsel, hereby give Notice of Lodging of the Amended Complaint (Dkt. No. 12) in the City of Newark v. Hyundai Motor America, et al., C.D. California Case No. 8:24-cv-00323-JVS-KES.

Dated this 9TH day of May, 2024

                                      Respectfully submitted,

                                      By */s/ Janie Byalik*
Janie Byalik (*pro hac vice*)
**PASHMAN STEIN WALDER HAYDEN PC**
21 Main Street, Suite 200
Hackensack, NJ 07601
Phone: (201) 488-8200
Fax: (201) 488-5556
JByalik@pashmanstein.com
*Counsel for Plaintiff City of Newark*

## CERTIFICATE OF SERVICE

I certify that on May 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Janie Byalick*
　　　　　　　　　　　　　　　　　　**JANIE BYALICK**