| | |
|---|---|
| Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101 | Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606 |
| Kenneth B. McClain<br>HUMPHREY FARRINGTON & McCLAIN, P.C.<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050 | Roland Tellis<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436 |

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-03052-JVS(KESx)<br><br>**NOTICE OF VIDEOTAPED DEPOSITON OF ANDREW BARILE** *DUCES TECUM* |
| This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | |

|     |                                                                                                      |
| --- | ---------------------------------------------------------------------------------------------------- |
| 1   | Pursuant to Rule 30, Federal Rules of Civil Procedure, Counsel for Class Plaintiffs                  |
| 2   | will take the deposition of Andrew Barile.                                                           |
| 3   | DATE:            May 29, 2024                                                                        |
| 4   | TIME:            9:30 a.m. EDT                                                                       |
| 5   | LOCATION:        McKee Court Reporting, Inc.                                                         |
| 6   |                  106 Montgomery Street, Savannah, GA 31401                                           |
| 7   | REPORTER:        McKee Court Reporting, Inc.                                                         |
| 8   | VIDEOGRAPHER:    McKee Court Reporting, Inc.                                                         |

The deposition is subject to continuation until completed. All counsel of record are invited to attend either in person or via videoconference. To the extent not previously provided, the deponent is requested to produce the materials identified in Exhibit A at the time of deposition.

Dated: Dated: May 10, 2024        Respectfully Submitted.

By: */s/ Steve W. Berman*
Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
Email: steve@hbsslaw.com

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan, Esq.
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, Illinois 60606
Telephone:  312.741.1019
Fax:        312.264.0100
Email: beth@feganscott.com

By: /s/ Kenneth B. McClain
Kenneth B. McClain, Esq.
**HUMPHREY FARRINGTON & McCLAIN**
221 W. Lexington Ave., Suite 400
Independence, Missouri 64050
Telephone:   816.836.5050
Facsimile:    816.836.8966
Email: kbm@hfmlegal.com

By: /s/ Roland Tellis
Roland Tellis, Esq.
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818.839.2333
Facsimile:    214.523.5500
Email: rtellis@baronbudd.com

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that the above document was filed on May 10, 2024, with the Court via the ECF system which provides electronic service to all counsel of record.

/s/ Kenneth B. McClain
Counsel for Plaintiffs

# EXHIBIT A

1. A current resume or curriculum vitae;

2. All billing records for work performed in connection with this matter;

3. Any lists of deposition and/or trial testimony maintained by you (Federal Rule 26 disclosure or other similar list);

4. All notes or summaries regarding this matter provided to you or prepared by you or anyone working on your behalf;

5. Any documents and materials reviewed by you in preparation of your opinions in this matter;

6. Any documents and materials reviewed by you in preparation for your deposition in this matter;

7. All references, texts, or other authoritative materials relied upon by you in preparation of your opinions in this matter;

8. Any statements reviewed by you regarding this matter; and

9. Any other documents or materials that you intend to rely upon for the opinions you intend to offer in this matter.