1  Steve W. Berman, Esq.
2  HAGENS BERMAN SOBOL
   SHAPIRO LLP
3  1301 Second Avenue, Suite 2000
   Seattle, Washington 98101
4
5  Kenneth B. McClain
6  HUMPHREY FARRINGTON &
   McCLAIN, P.C.
7  221 W. Lexington Ave., Suite 400
   Independence, MO 64050
8

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Roland Tellis
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

9
10  *Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*
11
12
13           UNITED STATES DISTRICT COURT
14       FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-03052-JVS(KESx) **NOTICE OF VIDEOTAPED DEPOSITON OF RUTH RUBIN** |
| This document relates to: ALL CONSUMER CLASS ACTION CASES | |

| | |
|---|---|
| 1 | Pursuant to Rule 30, Federal Rules of Civil Procedure, Counsel for Class Plaintiffs will take the deposition of Ruth Rubin. |

DATE: May 31, 2024

TIME: 9:00 a.m. EDT

LOCATION: Vorys Sater Seymour & Pease, LLP
52 E. Gay Street, Columbus, OH 43215

REPORTER: Spectrum Reporting & Litigation Services

VIDEOGRAPHER: Spectrum Reporting & Litigation Services

The deposition is subject to continuation until completed. All counsel of record are invited to attend either in person or via videoconference.

Dated: Dated: May 10, 2024

Respectfully Submitted.

By: */s/ Steve W. Berman*
Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
Email: steve@hbsslaw.com

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan, Esq.
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, Illinois 60606
Telephone: 312.741.1019
Fax: 312.264.0100
Email: beth@feganscott.com

By: /s/ Kenneth B. McClain
Kenneth B. McClain, Esq.
**HUMPHREY FARRINGTON & McCLAIN**
221 W. Lexington Ave., Suite 400
Independence, Missouri 64050
Telephone:   816.836.5050
Facsimile:   816.836.8966
Email: kbm@hfmlegal.com

By: /s/ Roland Tellis
Roland Tellis, Esq.
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818.839.2333
Facsimile:   214.523.5500
Email: rtellis@baronbudd.com

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that the above document was filed on May 10, 2024, with the Court via the ECF system which provides electronic service to all counsel of record.

/s/ Kenneth B. McClain
Counsel for Plaintiffs

2

NOTICE OF VIDEOTAPED DEPOSITION OF RUTH RUBIN