QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

In re: KIA HYUNDAI VEHICLE THEFT LITIGATION

This Document Relates to:

*City of Lorain, Ohio v. Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*, Case No. 8:23-cv-02083

Case No. 8:22-ML-03052-JVS-(KESx)

The Honorable James V. Selna

**STIPULATION RE LORAIN'S FIRST AMENDED COMPLAINT**

Plaintiff City of Lorain, Ohio ("Plaintiff"), and Defendants Hyundai Motor Company ("HMC"), Kia Corporation ("KC"), Hyundai Motor America ("HMA"), and Kia America, Inc. ("KA") (together, "Defendants") hereby stipulate and agree to the following:

1. WHEREAS, on November 6, 2023, Plaintiff filed suit against HMA, KA, HMC, and KC in the U.S. District Court for the Central District of California.

2. WHEREAS, on January 12, 2024, Plaintiff and Defendants filed a stipulation, in which Plaintiff agreed to dismiss its claims against HMC and KC. Dkt. 290.

3. WHEREAS, on January 18, 2024, the Court entered an Order approving the January 12, 2024 stipulation, and the claims against HMC and KC were dismissed without prejudice. Dkt. 292.

4. WHEREAS, on April 12, 2024, HMA and KA filed a motion to dismiss Plaintiff's complaint. Dkt. 362.

5. WHEREAS, on April 19, 2024, Plaintiff, HMA, and KA filed a stipulation modifying the briefing and hearing schedule for the motion to dismiss Plaintiff's complaint. Dkt. 385.

6. WHEREAS, on April 22, 2024, the Court granted the parties' April 19, 2024 stipulation. Dkt. 388.

7. WHEREAS, on May 3, 2024, Plaintiff filed a first amended complaint (the "City of Lorain FAC") that names HMC and KC as defendants. Dkt. 406-1.

8. WHEREAS, the references to HMC and KC in the City of Lorain FAC are simply to ensure that Plaintiff City of Lorain remains similarly situated to the other governmental entities in this multidistrict litigation in its operative complaint, and Plaintiff did not intend to reassert claims against HMC or KC.

9. WHEREAS, the parties have agreed on a briefing and hearing schedule for HMA's and KA's motion to dismiss the City of Lorain FAC;

//

//

//

//

//

//

//

//

//

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

10. The City of Lorain FAC is dismissed without prejudice against HMC and KC on the same terms and conditions as contained in the January 12, 2024 stipulation (Dkt. 290);

11. HMA's and KA's Motion to Dismiss the City of Lorain FAC shall be filed and served on or before May 22, 2024;

12. Plaintiff's Opposition shall be filed and served on or before July 8, 2024;

13. HMA's and KA's Reply shall be filed and served on or before July 29, 2024; and

14. The hearing on the Motion to Dismiss is set for August 12, 2024 at 1:30 p.m.

DATED: May 13, 2024 Respectfully submitted.

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

*Attorneys for Defendants*

*/s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384

*Chair of the Governmental Entities Committee and Attorney for Plaintiff City of Lorain, Ohio*

**ECF ATTESTATION**

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: May 13, 2024

*/s/ Steven G. Madison*
Steven G. Madison