QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants in the Governmental Entities Track*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Governmental Entities Track<br>Subrogation Plaintiffs Track | Case No.: 8:22-ML-03052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**NOTICE OF LODGING OF [JOINT PROPOSED] ORDER APPOINTING SPECIAL MASTER** |

Defendants, by and through undersigned counsel, hereby give Notice of Lodging of the attached [Joint Proposed] Order Appointing Special Master.

| | | |
|---|---|---|
| 1 | DATED: May 14, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ *Steven G. Madison* |
| 5 | | Steven G. Madison (SBN: 101006) stevemadison@quinnemanuel.com |
| 6 | | Justin C. Griffin (SBN: 234675) justingriffin@quinnemanuel.com |
| 7 | | 865 South Figueroa Street, 10th Floor |
| 8 | | Los Angeles, California 90017-2543 Telephone: (213) 443-3000 |
| 9 | | Facsimile: (213) 443-3100 |
| 10 | | |
| 11 | | *Attorneys for Defendants in the Governmental Entities Track* |