UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Lorain, Ohio v. Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*,<br>Case No. 8:23-cv-02083 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING STIPULATION RE LORAIN'S FIRST AMENDED COMPLAINT [418]** |

-1-

# ORDER

Before the Court is the parties' stipulation regarding the Plaintiff City of Lorain, Ohio's ("Plaintiff") first amended complaint ("City of Lorain FAC"). Good cause appearing, the Court hereby approves the parties' stipulation.

The City of Lorain FAC is dismissed without prejudice against Hyundai Motor Company and Kia Corporation on the same terms and conditions as contained in the parties' January 12, 2024 stipulation (Dkt. 290), and the Court's January 18, 2024 Order approving the January 12, 2024 stipulation (Dkt. 292).

Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") shall file and serve their Motion to Dismiss the City of Lorain FAC on or before May 22, 2024. Plaintiff's Opposition shall be filed and served on or before July 8, 2024. HMA's and KA's Reply shall be filed and served on or before July 29, 2024. The hearing on the Motion to Dismiss is set for August 12, 2024 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: <u>May 15, 2024</u>

Hon. James V. Selna
United States District Judge