Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| *This document relates to*: Governmental Entities Track & Insurance Subrogation Track | **NOTICE OF LODGING OF CONSENT OF MASTER AND AFFIDAVIT OF THE HONORABLE GAIL ANDLER** |

Plaintiffs, by and through undersigned counsel, hereby give Notice of Lodging of the Consent of Master and Affidavit of the Honorable Gail Andler (Ret.).

Dated this 16th day of May, 2024.

Respectfully submitted,

By /s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO