QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Newark v. Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and Kia America, Inc.*<br>Case No. 8:24-cv-00323 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF HYUNDAI MOTOR COMPANY AND KIA CORPORATION, DISCOVERY, AND SCHEDULE FOR MOTION TO DISMISS NEWARK'S FIRST AMENDED COMPLAINT** |

Plaintiff City of Newark ("Plaintiff"), and Defendants Hyundai Motor Company ("HMC"), Hyundai Motor America ("HMA"), Kia Corporation ("KC") and Kia America, Inc. ("KA") (together, "Defendants"), hereby stipulate and agree to the following:

1. WHEREAS, on March 13, 2023, the Court ordered that any related or "tag-along" actions will automatically be consolidated or coordinated with this proceeding without the necessity of future motions or orders, and that "[n]o other motions to dismiss, answers, or other responses shall be required unless and until the Court orders otherwise." Dkt. 70 at 2.

2. WHEREAS, on January 16, 2024, Plaintiff filed suit against HMA and KA in the U.S. District Court for the District of New Jersey ("Complaint");

3. WHEREAS, on February 1, 2024, HMA and KA filed a Notice of Tag-Along Action with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer this action to this Multidistrict Litigation ("MDL") pursuant to JPML Rule 7.1;

4. WHEREAS, on February 5, 2024, the JPML issued a Conditional Transfer Order ("CTO"), conditionally transferring the Newark case to this MDL, no Notice of Objection to that CTO was filed, and the CTO was finalized on February 20, 2024;

5. WHEREAS, on April 9, 2024, the Governmental Entities Committee and Defendants in the MDL filed a Joint Proposed Case Management Order, agreeing that Defendants shall respond to Plaintiff's Complaint by April 12, 2024, *see* Dkt. 348, which the Court approved on April 16, 2024, *see* Dkt. 370;

6. WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on April 12, 2024;

7. WHEREAS, on May 9, 2024, Plaintiff filed a First Amended Complaint (the "City of Newark FAC") that for the first time names HMC and KC as defendants, Dkt. 412-1;

8. WHEREAS, HMC and KC are Korean corporations who contend that they are not subject to the personal jurisdiction of this Court or of the U.S. District Court for the District of New Jersey, and who have not been served with the City of Newark FAC, and the Parties have agreed that this Stipulation and Proposed Order may not be construed so as to establish jurisdiction over HMC or KC, or as a waiver of any defense herein;

9. WHEREAS, Plaintiff disputes HMC's and KC's contentions regarding personal jurisdiction described in paragraph 8 above;

10. WHEREAS, the parties wish to avoid adjudicating the issues of personal jurisdiction described in paragraphs 8 and 9 above, and instead move forward with the litigation of the other issues raised in the City of Newark FAC; and

11. WHEREAS, the Parties have agreed on a briefing and hearing schedule for HMA's and KA's Motion to Dismiss the City of Newark FAC.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

1. Plaintiff hereby dismisses without prejudice the City of Newark FAC and all claims in their entirety as against HMC and KC, with each party to bear its own costs and fees in connection with Plaintiff's claims against HMC and KC being dismissed without prejudice;

2. Any statute of limitation, statute of repose, equitable defense related thereto (including, without limitation, laches), statutory or contractual limitations or provisions containing time, notice, or action requirements or periods, and/or any other argument or defense based on delay or passage of time ("Time-Based Defenses") shall be tolled as to the claims that Plaintiff asserted against HMC and KC in the City of Newark FAC, for a period of two years from January 12, 2024;

3. Counsel for HMC and KC are authorized to and will accept service of a subpoena and notice from Plaintiff for documents and deposition testimony under Rule 30(b)(6) from each company, subject to all applicable rules, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence, without requiring Plaintiff to follow the procedures set forth in the Hague Service Convention for the service of deposition subpoenas on foreign corporations;

4. Plaintiff shall provide at least 90 days written notice for the 30(b)(6) depositions of HMC or KC, and at least 60 days written notice for any deposition of HMA or KA personnel;

5. HMC and KC shall have 60 days from the date of receipt to serve objections and/or responses to such subpoenas and notices propounded by Plaintiff;

6. The deposition of any HMC or KC designee for such Rule 30(b)(6) deposition who is domiciled in the Republic of Korea, shall be taken in person in Seoul, Republic of Korea, or remotely by video-conference, during normal business hours in the Republic of Korea, and the deposition officer may be located within the United States and administer the oath or affirmation remotely;

7. The deposition of any current or former HMA or KA employee will proceed in person in Orange County or Los Angeles County, California, at a place to be determined by HMA or KA, or remotely by video-conference during normal business hours in California; the deposition officer may be located elsewhere in the United States and administer the oath or affirmation remotely;

8. Regarding document production generally and/or in connection with any 30(b)(6) deposition subpoena, HMC and KC agree in good faith to meet and confer with counsel for Plaintiff and thereafter voluntarily produce certain relevant, non-privileged documents to Plaintiff;

9. Defendants HMA and KA shall have an additional 30 days to serve objections and/or responses to any and all written discovery propounded by Plaintiff, in addition to the time provided by the Federal Rules of Civil Procedure for such objections and responses; and

10. This Stipulation is limited to Plaintiff's case identified in the above-captioned litigation, and should not be construed as an agreement by any defendant to waive any of the requirements of the Federal Rules of Civil Procedure, including but not limited to Rule 4(d), or the Hague Service Convention in any other litigation.

11. HMA's and KA's Motion to Dismiss the City of Newark FAC shall be filed and served on or before June 12, 2024;

12. Plaintiff's Opposition to the Motion to Dismiss shall be due on July 15, 2024;

13. Defendants' Reply shall be due on August 12, 2024; and

14. The hearing on the Motion to Dismiss shall be set for August 26, 2024.

DATED: May 17, 2024          Respectfully submitted,

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com

Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

*/s/ Janie Byalik*
Janie Byalik, Esq.
Raymond M. Brown, Esq.
PASHMAN STEIN WALDER HAYDEN PC
21 Main St., Suite 200
Hackensack, NJ 07601
201-488-8200
rsimon@pashmanstein.com

Kenyatta K. Stewart, Esq.
CORPORATION COUNSEL
CITY OF NEWARK LAW DEPARTMENT
920 Broad St., Room 316
Newark, NJ 07102
973-733-3880
stewartk@ci.newark.nj.us

*Attorneys for Plaintiff City of Newark*

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: May 17, 2024

*/s/ Steven G. Madison*
Steven G. Madison