UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-ml-03052-JVS-KES | Date | May 17, 2024 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order Regarding Motion to Dismiss [362]

Before the Court is a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Mot., Dkt. No. 362.) The instant Motion to Dismiss was filed on April 12, 2024, by Defendants Hyundai Motor America ("HMA") and Kia America, Inc.'s ("KA") (collectively, "Defendants"). (Id.) On May 3, 2024, Plaintiff City of Lorain filed a First Amended Complaint ("FAC"). (FAC, Dkt. No. 406-1; Dkt. No. 30, 8:23-cv-020883-JVS-KES.)

When an amended complaint is filed, the original complaint "cease[s] to exist." Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015). Here, the First Amended Complaint was filed after Defendants filed the Motion to Dismiss the Complaint. The FAC was timely under Federal Rule of Civil Procedure 15(a). The First Amended Complaint supersedes the Complaint. Therefore, the Motion to Dismiss is moot. Id. ("Because the Defendants' motion to dismiss targeted the Plaintiff's [] Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it.").

The Court **DENIES** the motion to dismiss as moot. The Court **VACATES** the July 15, 2024, hearing. The Court finds that oral argument would not be helpful in this matter. Fed R. Civ. P. 78; L.R. 7-15.

**IT IS SO ORDERED.**