1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Newark v. Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and Kia America, Inc.*<br>Case No. 8:24-cv-00323 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING STIPULATION RE VOLUNTARY DISMISSAL OF HYUNDAI MOTOR COMPANY AND KIA CORPORATION, DISCOVERY, AND SCHEDULE FOR MOTION TO DISMISS NEWARK'S FIRST AMENDED COMPLAINT [423]** |

**ORDER**

Before the Court is the parties' stipulation regarding the voluntary dismissal of Hyundai Motor Company ("HMC") and Kia Corporation ("KC"), discovery matters, and the hearing and briefing schedule for the Motion to Dismiss Plaintiff City of Newark's ("Plaintiff") First Amended Complaint ("City of Newark FAC"). Good cause appearing, the Court hereby approves the parties' stipulation.

The City of Newark FAC is dismissed without prejudice against HMC and KC pursuant to the terms and conditions as contained in the parties' stipulation.

Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") shall file and serve their Motion to Dismiss the City of Newark FAC on or before June 12, 2024. Plaintiff's Opposition shall be filed and served on or before July 15, 2024. HMA's and KA's Reply shall be filed and served on or before August 12, 2024. The hearing on the Motion to Dismiss is set for August 26, 2024 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 21, 2024

_____
Hon. James V. Selna
United States District Judge