Hon. Gail Andler (Ret.)
JAMS
5 Park Plaza, Suite 400
Irvine, CA 92614
Tel:  714-941-0283
Fax:  714-939-8710

SPECIAL DISCOVERY MASTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE NO:  8:22-ML-03052-JVS-(KESx)<br>JAMS Reference # 1200061864<br><br>The Honorable James V. Selna<br><br>**AFFIDAVIT OF CLERK MS. DEBORAH O'CONNOR, ESQ.** |

1. I, Deborah O'Connor, Esq., hereby consent to serve as Clerk in the above-entitled case. My normal rate of compensation as a Clerk is $250 per hour plus administrative fees.

2.  I have read and reviewed the grounds for disqualification under 28 U.S.C. § 455 and declare as follows:

a.  I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.

b.  I have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served during such association as a lawyer concerning the matter, nor as a lawyer have I been a material witness concerning it.

c. I have not served in government employment wherein I would have participated as counsel, adviser or material witness concerning the proceeding, nor have I

expressed an opinion concerning the merits of the case herein.

        d. I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

        e.  I state that neither I nor my spouse or any of our immediate family:

        (i) is a party to the proceeding, nor an officer, director, nor trustee of a party

        (ii) is acting as a lawyer in the proceeding;

        (iii) is known by this Clerk to have an interest that could be substantially affected by the outcome of the proceeding;

        (iv) is to the Clerk's knowledge, likely to be a material witness in the proceeding. I declare under penalty of perjury that the preceding facts are true as known to me or those matters not directly known to me are true on information and belief.

Dated: May 21, 2024

_Deborah O'Connor_

        Deborah O'Connor, Esq.
        Clerk to Special Discovery Master



# General Fee Schedule
### *Deborah L. O'Connor, Esq.*
### *Clerk*

## PROFESSIONAL FEES

### $250 per hour
- Professional time (including additional hearing time, post-hearing follow-up and additional services rendered after the session) will be billed at the Clerk's hourly rate.
- Travel and lodging expenses will be billed at cost.

## CASE MANAGEMENT FEE
- 13% of Professional Fees

- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support.  Weekends and holidays are subject to additional charges.

- Hearing fees, including all applicable CMF, are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Clerk's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced.  In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.

- A deposit request for anticipated preparation and follow-up time will be billed to the parties. Any unused portion will be refunded.

- Refund Policy: Overpayments are issued to the billing contact on the matter regardless of the paying party.

- All fees are due and payable by the due date stated in the confirmation letter.  Payment must be received in advance of services rendered. JAMS reserves the right to cancel your session if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.

- Receipt of payment for all fees is required prior to service of an arbitration order or award.

- For arbitrations arising out of employer-promulgated plans, the only fee that an employee may be required to pay is $400. The employer must bear the remainder of the employee's share of the Filing Fee and all Case Management Fees. Any questions or disagreements about whether a matter arises out of an employer-promulgated plan or an individually negotiated agreement or contract will be determined by JAMS, whose determination shall be final.

- For arbitrations arising out of pre-dispute arbitration clauses between companies and individual consumers, JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses, Minimum Standards of Procedural Fairness applies. In those cases, when a consumer (as defined by those Minimum Standards) initiates arbitration against the company, the only fee required to be paid by the consumer is $250. The company must bear the remainder of the consumer's share of the Filing Fee and all Case Management Fees.

JAMS agreement to render services is with the attorney, the party, and/or other representatives of the party.

# Deborah O'Connor



8 Tesoro • Newport Coast, CA 92657 • Phone: 949-933-1189 • E-Mail: Deborah.oconnor93@gmail.com

## Experience

**CLYDE & CO, US, LLP,** Irvine, CA, Senior Counsel                    Jan. 2018 – July 2018
* Handled insurance litigation at international firm with home office in United Kingdom.

**SEDGWICK, LLP,** Irvine, CA, Special Counsel                    August 1993 – December 2017
- Extensive experience handling every stage of civil litigation at this multi-national firm from initial pleadings to fact and expert discovery, motion practice, specializing in business defense litigation, professional liability, and product liability.

**GRACE, SKOCYPEC, COSGROVE & SCHIRM,** Los Angeles, CA, Associate      September 1991- August 1993
- Performed law and motion writing, as well as pleading and appellate briefs for this 37-attorney general practice firm specializing in construction defect, real estate litigation, commercial litigation, products liability, employment law, environmental liability coverage.

## Panels & Appointments

**COUNTY OF ORANGE,** Santa Ana, CA, Administrative Hearing Officer      August 2015 - present
- Serve on panel to adjudicate disputes involving alleged violations of barking dog ordinances.

**ORANGE COUNTY SUPERIOR COURT,** Santa Ana, CA, Judge Pro Tem      April 2007 – December 2015
- Served as a Judge Pro Tem in small claims court and for mandatory settlement conference in civil litigation.

**ORANGE COUNTY BAR ASS'N –MFA,** Newport Beach, CA, Arbitrator      May, 2004 - present
- Serve as an arbitrator on the Mandatory Fee Arbitration panel handling binding and non-binding arbitrations involving disputes between lawyers and clients over fees charged.

## Education

**UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW,**   J.D. 1991
Moot Court Competition, Nominated "Best Oral Argument," Phi Alpha Delta Legal Fraternity

**CALIFORNIA STATE UNIVERSITY, CHICO**                    B.A., Political Science 1987
Ranking: Top 2.5%, Graduated *Magna Cum Laude,* Phi Kappa Phi Honor Society

## Admissions & Affiliations

Admitted to practice law in all of the courts in the state of California (November, 1991), the United States Court of Appeals for the Ninth Circuit, and the United States District Court including the Northern, Southern, Eastern and Central Districts.  Also, admitted and handled numerous appeals including oral argument before the California Court of Appeal, Second Appellate District (Los Angeles), and the Fourth Appellate District, Division Two (San Bernardino) and Three (Santa Ana).

Member of the American Bar Association, State Bar of California, Orange County Bar Association, and National Association of Women Lawyers.