| | |
|---|---|
| Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101 | Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606 |
| Kenneth B. McClain<br>HUMPHREY FARRINGTON & McCLAIN, P.C.<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050 | Roland Tellis<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436 |

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | Case No.: 8:22-ML-03052-JVS(KESx)<br><br>**AMENDED NOTICE OF VIDEOTAPED DEPOSITON OF ANDREW BARILE**<br>*DUCES TECUM* |

1  Pursuant to Rule 30, Federal Rules of Civil Procedure, Counsel for Class Plaintiffs
2  will take the deposition of Andrew Barile.
3      DATE:                May 29, 2024
4      TIME:                11:30 a.m. EDT
5      LOCATION:       McKee Court Reporting, Inc.
6                             106 Montgomery Street, Savannah, GA 31401
7      REPORTER:       McKee Court Reporting, Inc.
8      VIDEOGRAPHER:   McKee Court Reporting, Inc.
9
10  The deposition is subject to continuation until completed. All counsel of record
11  are invited to attend either in person or via videoconference. To the extent not previously
12  provided, the deponent is requested to produce the materials identified in Exhibit A at the
13  time of deposition.
14
15  Dated: Dated: May 28, 2024       Respectfully Submitted.
16                                          By: */s/ Steve W. Berman*
         Steve W. Berman, Esq.
17       **HAGENS BERMAN SOBOL SHAPIRO LLP**
         1301 Second Avenue, Suite 2000
18       Seattle, Washington 98101
         Telephone: 206-623-7292
19       Facsimile: 206-623-0594
         Email: steve@hbsslaw.com
20                                          By: */s/ Elizabeth A. Fegan*
         Elizabeth A. Fegan, Esq.
21       **FEGAN SCOTT LLC**
22       150 S. Wacker Dr., 24th Floor
23       Chicago, Illinois 60606
         Telephone:  312.741.1019
24       Fax:             312.264.0100
25       Email: beth@feganscott.com
26
27
28

1
AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF ANDREW BARILE

By: */s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
**HUMPHREY FARRINGTON & McCLAIN**
221 W. Lexington Ave., Suite 400
Independence, Missouri 64050
Telephone:   816.836.5050
Facsimile:   816.836.8966
Email: kbm@hfmlegal.com

By: */s/ Roland Tellis*
Roland Tellis, Esq.
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818.839.2333
Facsimile:   214.523.5500
Email: rtellis@baronbudd.com

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that the above document was filed on May 28, 2024, with the Court via the ECF system which provides electronic service to all counsel of record.

*/s/ Kenneth B. McClain*
Counsel for Plaintiffs