| | |
|---|---|
| Shon Morgan (Bar No. 187736)<br>shonmorgan@quinnemanuel.com<br>Cristina Henriquez (Bar No. 317445)<br>cristinahenriquez@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Counsel for Defendants* | Steve W. Berman, Esq.<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington  98101<br><br>Kenneth B. McClain<br>**HUMPHREY FARRINGTON & McCLAIN, P.C.**<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050<br><br>Elizabeth A. Fegan<br>**FEGAN SCOTT LLC**<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606<br><br>Roland Tellis<br>**BARON & BUDD, P.C.**<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436<br><br>*Consumer Class Action Leadership and Counsel for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br>The Honorable James V. Selna<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO OBJECTIONS  AND TO FILE REPLY BRIEFS IN SUPPORT OF FINAL APPROVAL AND ATTORNEYS' FEES** |

The parties in the consumer class action hereby stipulate and agree to the following:

WHEREAS, on October 31, 2023, the Court granted the Consumer Class Plaintiffs' amended motion for preliminary approval of the class action settlement. Dkt. 256.

WHEREAS, on April 17, 2024, Ruth Rubin filed an objection to the Amended Settlement Agreement, with a supporting declaration from Andrew Barile. Dkt. 371.

WHEREAS, on April 18, 2024, the Consumer Class Plaintiffs filed their motion for final approval of the class action settlement and their motion for attorneys' fees, costs and class representative service awards. Dkt. 376 & 377.

WHEREAS, on May 3, 2024, Donald K. Birner filed an objection to the Amended Settlement Agreement. Dkt. 407.

WHEREAS, Class Counsel has received numerous additional written objections to the Amended Settlement Agreement.

WHEREAS, Class Counsel and Defendants deposed Andrew Barile on May 29, 2024 and deposed Ruth Rubin on May 31, 2024. Dkts. 417 & 433.

WHEREAS, pursuant to the Court's October 31, 2023 Order, the parties' responses to all objections are due June 3, 2024. Dkt. 256.

WHEREAS, pursuant to the Court's October 31, 2023 Order, the Consumer Class Plaintiffs' reply briefs in support of their motion for final approval of class settlement and their motion for attorneys' fees, costs and class representative service awards is due on June 3, 2024.

WHEREAS, the parties desire a modest extension of their deadline to respond to the written objections received to date, and to adequately present Class Counsel's motions for final approval and for attorneys' fees, costs and class representative service awards.

WHEREAS, the Settlement Fairness and Evidentiary Hearing is set for July 15, 2024. Dkt. 259.

-1-   Case No. 8:22-ML-3052-JVS (KESx)
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO OBJECTIONS AND TO FILE REPLY BRIEFS IN SUPPORT OF FINAL APPROVAL AND ATTORNEYS' FEES

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-1 and subject to the Court's approval, that:

- The Consumer Class Plaintiffs and Defendants shall have an extension until June 17, 2024 to file their responses to the objections to the Settlement, including those of Ruth Rubin and Donald Birner;
- The Consumer Class Plaintiffs shall have an extension until June 17, 2024 to file their reply briefs in support of their motion for final approval of the class settlement and their motion for attorneys' fees, costs and class representative service awards;

Dated: May 31, 2024

By: /s/ *Roland Tellis*
Roland Tellis, Esq.
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

Elizabeth A. Fegan, Esq.
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

By: /s/ *Shon Morgan*
Shon Morgan
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Fl.
Los Angeles, CA 90017-2543

*Counsel for Defendants*

**FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Shon Morgan*
Shon Morgan

-3- Case No. 8:22-ML-3052-JVS (KESx)
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO OBJECTIONS AND TO FILE REPLY BRIEFS IN SUPPORT OF FINAL APPROVAL AND ATTORNEYS' FEES