| | |
|---|---|
| 1 | **JENNER & BLOCK LLP** |
| 2 | Kate T. Spelman (SBN 269109)<br>KSpelman@jenner.com |
| 3 | Alice S. Kim (SBN 317479)<br>AKim@jenner.com |
| 4 | Madeline P. Skitzki (SBN 318233)<br>MSkitzki@jenner.com |
| 5 | Jenna L. Conwisar (SBN 341521)<br>JConwisar@jenner.com |
| 6 | 515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246 |
| 7 | Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199 |
| 8 | **JENNER & BLOCK LLP** |
| 9 | Peter J. Brennan (*pro hac vice*)<br>PBrennan@jenner.com |
| 10 | Michael T. Brody (*pro hac vice*)<br>MBrody@jenner.com |
| 11 | 353 North Clark Street<br>Chicago, IL 60654-3456 |
| 12 | Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484 |
| 13 | *Attorneys for Defendants* |
| 14 | <u>Additional Counsel Listed</u> |
| 15 | <u>on Signature Page</u> |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**JOINT STIPULATION RE HEARING DATE FOR HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS THE SUBROGATION PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT FOR LACK OF PERSONAL JURISDICTION; [PROPOSED] ORDER** |
| This document relates to:<br><br>ALL SUBROGATION CASES | |

**JOINT STIPULATION RE MOTION TO DISMISS HEARING DATE**

Counsel for the Subrogation Plaintiffs and Counsel for Defendants Hyundai Motor Company ("HMC") and Kia Corporation ("KC")[1] (together with the Subrogation Plaintiffs, the "Parties") hereby stipulate and agree to the following with reference to the following facts:

WHEREAS, on December 26, 2023, the Subrogation Plaintiffs filed their Amended Consolidated Complaint (titled "First Amended Master Complaint for All Subrogation Plaintiffs") (Dkt. 283) (the "Amended Consolidated Complaint" or "ACC").

WHEREAS, on February 23, 2024, HMC and KC filed a motion to dismiss the ACC for lack of personal jurisdiction (Dkt. 312).

WHEREAS, on March 22, 2024, the Subrogation Plaintiffs filed (1) an opposition to HMC and KC's motion to dismiss (Dkt. 335), and (2) a motion for leave to seek jurisdictional discovery (Dkt. 338).

WHEREAS, on March 27, 2024, the Court *sua sponte* stayed HMC and KC's motion to dismiss pending the Subrogation Plaintiff's motion for leave to seek jurisdictional discovery (Dkt. 341).

WHEREAS, on April 22, 2024, the Court denied the Subrogation Plaintiffs' motion for leave to seek jurisdictional discovery (Dkt. 390).

WHEREAS, on May 30, 2024, HMC and KC filed their reply in support of their motion to dismiss (Dkt. 441).

WHEREAS, a status conference for the Subrogation track and a hearing on Hyundai Motor America and Kia America, Inc.'s motion to sever is scheduled for June 10, 2024 at 3:00 p.m.

WHEREAS, the Parties agree that, in the interest of judicial efficiency, HMC and KC's motion to dismiss should be heard on the same day as the motion to sever.

---

[1] HMC and KC submit this stipulation without waiving their right to dispute this Court's jurisdiction.

1  WHEREFORE, the Parties respectfully request that the Court enter this
2  Stipulation as an Order of the Court and set the hearing for HMC and KC's motion
3  to dismiss for June 10, 2024 at 3:00 p.m.

4  **IT IS SO STIPULATED AND AGREED.**

6  Dated: May 31, 2024   JENNER & BLOCK LLP

   */s/ Peter J. Brennan*
   Kate T. Spelman
   Alice S. Kim
   Madeline P. Skitzki
   Jenna L. Conwisar
   515 South Flower Street, Suite 3300
   Los Angeles, CA 90071-2246
   Telephone: (213) 239-5100
   Facsimile: (213) 239-5199
   KSpelman@jenner.com
   AKim@jenner.com
   MSkitzki@jenner.com
   JConwisar@jenner.com

   Peter J. Brennan (*pro hac vice*)
   Michael T. Brody (*pro hac vice*)
   JENNER & BLOCK LLP
   353 North Clark Street
   Chicago, IL 60654-3456
   Telephone: (312) 222-9350
   Facsimile: (312) 527-0484
   PBrennan@jenner.com
   MBrody@jenner.com

   *Attorneys for Defendants*

Dated:  May 31, 2024               Respectfully Submitted,

/s/ Nathan Dooley
Elliott R. Feldman
Nathan Dooley
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933
Fax: 213.892.7999
Email:  efeldman@cozen.com
Email:  ndooley@cozen.com

/s/ Adam M. Romney
William Hoffmann
Adam M. Romney
GROTEFELD HOFFMANN
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
Email:  bhoffmann@ghlaw-llp.com
Email:  ARomney@ghlaw-llp.com

/s/ Craig S. Simon
Craig S. Simon
BERGER KAHN, A LAW CORPORATION
1 Park Plaza, Suite 340
Irvine, CA 92614
Tel: (949) 474-1880
Email:  csimon@bergerkahn.com

/s/ Daniel Hogan
Daniel Hogan
STUTMAN LAW
500 Office Center Drive, 301
Fort Washington, PA 19034
Phone: 215-283-1177 ext. 125
Cell: 267-210-2706
Fax: 215-283-1188
Email:  HoganD@StutmanLaw.com

*Subrogation Plaintiffs Committee*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Peter J. Brennan, hereby attest that Nathan Dooley, Adam M. Romney, Craig S. Simon, and Daniel Hogan, on whose behalf this filing is also submitted, has concurred in the content of this Joint Stipulation re Motion to Dismiss Hearing Date.

*/s/ Peter J. Brennan*
Peter J. Brennan
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
PBrennan@jenner.com

*Attorneys for Defendants*