UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br>The Honorable James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO OBJECTIONS AND TO FILE REPLY BRIEFS IN SUPPORT OF FINAL APPROVAL AND ATTORNEYS' FEES [443]** |

### ORDER

Before the Court is the parties' joint stipulation to extend time to respond to objections to the Settlement and the Marvin & Henry plaintiffs' motion for fees. Good cause appearing, the Court hereby approves the parties' stipulation.

- The Consumer Class Plaintiffs and Defendants shall have an extension until June 17, 2024 to file their responses to objections to the Settlement, including those of Ruth Rubin and Donald Birner;

- The Consumer Class Plaintiffs shall have an extension until June 17, 2024 to file their reply briefs in support of their motion for final approval

of the class settlement and their motion for attorneys' fees, costs and class representative awards.

**IT IS SO ORDERED.**

DATED: June 03, 2024

_____
Honorable James V. Selna
United States District Judge