**DENIED**
**BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER RE JOINT STIPULATION RE HEARING DATE FOR HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S MOTION TO DISMISS THE SUBROGATION PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT FOR LACK OF PERSONAL JURISDICTION; [PROPOSED] ORDER** [444] |
| This document relates to:<br><br>ALL SUBROGATION CASES | |

### [PROPOSED] ORDER

Good cause appearing, the Court hereby APPROVES this Joint Stipulation re Motion to Dismiss Hearing Date and ORDERS that the hearing on Hyundai Motor Company and Kia Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt No. 312), be scheduled for June 10, 2024 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: June 4, 2024

**DENIED BY ORDER OF THE COURT**

The Honorable James V. Selna
United States District Judge

Denied: The Court has no objection to hearing the Motion to Dismiss on the same date as the Motion to Sever but the June 10 calendar is already congested. JVS June 04, 2024

1
PROPOSED ORDER