# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: KIA HYUNDAI VEHICLE THEFT LITIGATION – SUBROGATION CASES**<br><br>**This document relates to:**<br>*Westfield Insurance Company, et al. v. Hyundai Motor America, et al.*<br>**Case No. 2:23-cv-06212** | **Case No. 8:22-ml-03052-JVS-KES**<br><br>**The Honorable James v Selna** |

## NOTICE OF ADDITIONAL SUBROGATION PLAINTIFFS

The Subrogation Plaintiffs identified herein are hereby incorporated into the Complaint filed in *Westfield Insurance Company, et al. v. Hyundai Motor America, et al.*, Case No. 2:23-cv-06212, ECF No. 1, and the Subrogation Plaintiffs' Amended Consolidated Complaint filed in In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

1. Plaintiff, Ohio Farmers Insurance Company, is an insurance company organized under the laws of the state of Ohio and authorized to do business in the state of California, with a principal place of business located at One Park Circle, Westfield Center, OH 44251.

2. Plaintiff, Old Guard Insurance Company, is an insurance company organized under the laws of the state of Ohio and authorized to do business in the state of California, with a principal place of business located at One Park Circle, Westfield Center, OH 44251.

3. These parties were identified as the Westfield Insurance Group underwriters in prior claim disclosures shared with Defendants' counsel.

By: <u>Kenneth T. Levine</u>

                                    Kenneth T. Levine
                                    Matthew Connolly
                                    de Luca Levine, LLC
                                    301 E. Germantown Pike, 3rd Floor
                                    East Norriton, PA 19401
                                    215-383-0081
                                    215-383-0082 (fax)
                                    Klevine@delucalevine.com
                                    Mconnolly@delucalevine.com
                                    *Attorneys for Westfield Insurance*
                                    *Subrogation Plaintiffs*

Dated: 6/7/2024

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: KIA HYUNDAI VEHICLE THEFT LITIGATION – SUBROGATION CASES**<br><br>**This document relates to:**<br>*Westfield Insurance Company, et al. v. Hyundai Motor America, et al.*<br>**Case No. 2:23-cv-06212** | **Case No. 8:22-ml-03052-JVS-KES**<br><br>**The Honorable James v Selna** |

### CERTIFICATE OF SERVICE

I, Kenneth T. Levine, Esquire, certify that a true and correct copy of the foregoing Notice of Additional Subrogation Plaintiffs was served on the interested parties in this action on June 7, 2024 via CM/ECF Notice of Electronic Filing.

                                              *Kenneth T. Levine*
                                              Kenneth T. Levine