1  James B. Barton, Esq. (admitted *pro hac vice*)
2  *jbb@bartoncerjak.com*
   BARTON CERJAK S.C.
3  313 N. Plankinton Ave., Ste. 207
4  Milwaukee, WI 53203
   Telephone: (414) 488–1822
5  Facsimile: (414) 877–3039
6  *Counsel for Plaintiffs In The Marvin*
   *& Henry Actions*
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  In Re: KIA HYUNDAI VEHICLE THEFT       CASE NO.: 8:22–ML–3052 JVS(KESx)
    MARKETING, SALES PRACTICES,
13  AND PRODUCTS LIABILITY              **SUPPLEMENTAL DECLARATION**
    LITIGATION                         **OF JAMES B. BARTON IN**
14                                      **SUPPORT OF *MARVIN & HENRY***
                                       **PLAINTIFFS' NOTICE OF MOTION**
15                                      **AND MOTION FOR FEE &**
    This document relates to:          **EXPENSE AWARD (DKT. # 379)**
16  CONSUMER CLASS ACTION
17                                       Date: July 15, 2024
                                         Time: 1:30 p.m.
18                                       Place: 411 W. Fourth St.
                                                Santa Ana, CA 92701
19                                              Courtroom 10C

20

21

22

23

24

25

26

27

28

### SUPPLEMENTAL DECLARATION OF JAMES B. BARTON

I, James B. Barton, submit the following supplemental declaration pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1.      My name is James Bennett Barton and I am the founding shareholder of Barton Cerjak S.C., f/k/a Barton Legal S.C.  I serve as counsel of record for the plaintiffs *Marvin et al. v. Kia America Inc., et al.*, No. 8:22–cv–02304–JVS–KES (E.D. Wis.) (the "*Marvin* Action") *& Henry et al. v. Kia America Inc., et al.*, No. 8:22–cv–01729–JWH –DFM (C.D. Cal.) (the "*Henry* Action"), which were consolidated in this Court.

2.      On April 18, 2024, our firm filed the *Marvin* & *Henry* Plaintiffs' Notice of Motion and Motion For Fee & Expense Award. (*See* Dkt. # 379.)

3.      Paragraph 32 of my supporting declaration (Dkt. # 380) also set forth a lodestar calculation—reproduced in the table below—for the time incurred in connection with prosecuting the *Marvin* & *Henry* Actions up to February 8, 2023:

| Name | Role | Rate | Hours | Lodestar |
|---|---|---|---|---|
| James Barton | Partner | $765 | 958.5 | $733,252.50 |
| Joshua Greenberg | Associate | $445 | 873.0 | $388,485.00 |
| Jonathan Wiest | Contract Atty. | $350 | 56.9 | $19,915.00 |
| Benjamin Edelstein | Paralegal | $225 | 104.4 | $23,490.00 |
| Ian Clark | Law Clerk | $195 | 39.6 | $7,722.00 |
| Kristie Leahy | Legal Asst. | $100 | 17 | $1,700.00 |
| **Totals** | | | *2,049.4*[1] | *$1,174,564.50* |

---

[1] The table set forth in my original declaration inadvertently transposed the "4" and the "0" in this calculation, such that it stated we spent 2_40_9.4 hours on the *Marvin* and *Henry* Action rather than the correct number of 2,_04_9.4 hours.

1

4.     My declaration offered to submit the time records supporting this calculation *in camera* given the attorney–client communications reflected therein. (*See* Dkt. # 380, ¶ 33.)

5.     To streamline a presentation of these issues at the Final Approval Hearing, however, we redacted these time entries supporting the lodestar calculation, so the Court has access to them in advance of the hearing.

6.     Accordingly, attached hereto as **Exhibit 1** (*Marvin*) and **Exhibit 2** (*Henry*), respectively, are copies of the redacted time entries, which reflect the time our firm spent in connection with litigating both matters up to the Court's appointment of Class Counsel in this MDL.

7.     Further, given the Court's preference for physical copies of filings to be delivered in chambers, this supplemental declaration also attaches as **Exhibit 3** a redacted version of the First Amended Complaint ("FAC") in the *Marvin* Action, which was previously filed with the Court and referenced in our firm's fee petition, but for which no physical copy was previously provided. The corresponding exhibits to the *Marvin* FAC (Exs. A–S) are also being filed herewith following Exhibit 3 and marked as originally filed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of June, 2024

*/s/ Electronically Signed by James B. Barton*
James B. Barton

SUPPLEMENTAL DECLARATION OF JAMES B. BARTON