| | |
|---|---|
| Steve W. Berman | Elizabeth A. Fegan |
| HAGENS BERMAN SOBOL SHAPIRO LLP | FEGAN SCOTT LLC |
| 1301 Second Avenue, Suite 2000 | 150 S. Wacker Dr., 24th Floor |
| Seattle, WA 98101 | Chicago, IL 60606 |
| | |
| Kenneth B. McClain | Roland Tellis |
| HUMPHREY FARRINGTON & McCLAIN, P.C. | BARON & BUDD, P.C. |
| 221 W. Lexington Ave., Suite 400 | 15910 Ventura Blvd., Suite 1600 |
| Independence, MO 64050 | Encino, CA 91436 |

*Plaintiffs' Consumer Class Action Leadership Committee*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES  **NOTICE OF LODGING PUTATIVE OBJECTIONS AND INTENTIONS TO APPEAR AT FAIRNESS HEARING** |
| This document relates to:  ALL CONSUMER CLASS ACTION CASES | Judge: Hon. James V. Selna  Date: July 15, 2024  Time: 1:30 p.m.  Courtroom: 10C |

Plaintiffs hereby give Notice of Lodging of the following communications, attached hereto as **Exhibits 1-89,** sent to Class Counsel as putative objections to the Hyundai and Kia Vehicle Theft Litigation Consumer Plaintiffs Amended Settlement Agreement (the "Settlement") or notices of intent to appear at the Fairness Hearing.[1]

| Exhibit Number | Name | Nature of Submission |
|---|---|---|
| 1 | Crystal Adams | Objection |
| 2 | James Aldridge | Objection |
| 3 | Alexandria Amaki | Objection |
| 4 | Jerad Anderson | Objection |
| 5 | John Milford | Objection |
| 6 | Tomea Bean | Objection |
| 7 | Kristi Boyes | Objection |
| 8 | Amanda Broussard | Objection |
| 9 | Jacob Carey | Objection |
| 10 | Eva Chalabi | Objection |
| 11 | Maria Coiley | Objection |
| 12 | Matthew Conrardy | Objection |
| 13 | Sophie Cook | Notice of Intent to Appear |
| 14 | Susanne Cosentino | Objection |
| 15 | Laini Dakar | Objection |
| 16 | Tomera J. Davis | Objection |
| 17 | Caraballo De Jesus | Objection |
| 18 | Casey DeKam | Objection |
| 19 | Alexis DiPietro | Notice of Intent to Appear |
| 20 | Danielle Dunlap | Objection |
| 21 | Sharry Edwards | Objection |
| 22 | Elena Ehrlich | Objection |
| 23 | Gloria Felts | Objection |
| 24 | Phyllis Killibrew Flanders | Objection |
| 25 | Shauntiquea Foston | Objection |
| 26 | Braunwynn Franklin | Objection |
| 27 | Brandon Fraser | Objection |

---

[1] As discussed in Plaintiffs' Reply in Support of Final Approval of Class Settlement and Class Counsel Fee and Expense Award, many of the putative objections are not valid.

| | | |
|---|---|---|
| 28 | Amy Gann | Objection |
| 29 | Roesia Gerstein | Objection |
| 30 | Brenda L. Grall | Objection |
| 31 | Ronald Green | Objection |
| 32 | Mariah Guerrero | Objection |
| 33 | Tia Hadnot | Objection |
| 34 | Crystal Harrel | Objection |
| 35 | James Hartman | Objection |
| 36 | June Hunt | Objection |
| 37 | Jerry Jones | Objection |
| 38 | Meghan S. Jones | Objection |
| 39 | Coreen Keller | Objection |
| 40 | Ryan Kennedy | Objection |
| 41 | Eric Kracht | Objection |
| 42 | Richard Ladouceur | Objection |
| 43 | Eric Langland | Objection |
| 44 | Garren Laymon | Objection |
| 45 | Robin McCormack | Objection |
| 46 | Glenn McDowell | Objection |
| 47 | Patricia McElderry | Objection |
| 48 | Joseph Messina | Objection |
| 49 | Alyson Mickey | Objection |
| 50 | David Mickinac | Objection |
| 51 | Jacqueline Minemier | Objection |
| 52 | Mardi Minx | Objection |
| 53 | Taimane Walls Mitchell | Objection |
| 54 | Chris Moretti | Objection |
| 55 | Marcela Andrea Nicol | Objection |
| 56 | Angela Northness | Objection |
| 57 | Daryl Olszewski | Objection |
| 58 | Michael Olvera | Objection |
| 59 | Muhammad Omer | Objection |
| 60 | Dana Perantie | Objection |
| 61 | Nancy Pawlowski | Objection |
| 62 | Sabrina Perry | Objection |
| 63 | John Paul Podgornik | Objection |
| 64 | Travis Preston | Objection |
| 65 | Jill Puleo | Objection |
| 66 | David Quezada | Objection |
| 67 | Philip Ricciardi | Objection |

| 68 | Kylee Reinholtz | Objection |
|---|---|---|
| 69 | Robin Serino | Objection |
| 70 | Bassel Shanab | Objection |
| 71 | Bill Simser | Objection |
| 72 | Tyler Skarda | Objection |
| 73 | Michael Smith | Objection |
| 74 | Jacob Steinberg | Objection |
| 75 | Cindy Suddreth | Objection |
| 76 | Jhaza Tanner | Objection |
| 77 | Shadrika Thomas | Objection |
| 78 | Wanda Thomas | Notice of Intent to Appear |
| 79 | Steven Trostle | Objection |
| 80 | Brandon Unruh | Objection |
| 81 | David Watson | Objection |
| 82 | Debra Watson | Objection |
| 83 | Wesley Watson | Objection |
| 84 | Wyatt Watson | Objection |
| 85 | Kimberly Williams | Objection |
| 86 | Katherine Wittig | Objection |
| 87 | Brenda Page Barler | Objection |
| 88 | Christopher Bouton | Objection |
| 89 | Charles Hedges | Objection |

In accordance with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2-1, Class Counsel has redacted certain confidential and personal identifiable information contained in the attached communications. Should the Court require this redacted information, Class Counsel will provide the unredacted information for review *in camera*.

In addition to the putative objections attached hereto, Class Counsel received the objections filed by putative Class members Ruth Rubin and Donald Birner, which were filed with the Court. Dkt. Nos. 371, 407.

Dated: June 17, 2024.                    Respectfully Submitted.

By: /s/ Steve W. Berman
    Steve W. Berman, Esq.
    **HAGENS BERMAN SOBOL SHAPIRO LLP**

3

1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
Email: steve@hbsslaw.com

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan, Esq.
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, Illinois 60606
Telephone: 312.741.1019
Fax:     312.264.0100
Email: beth@feganscott.com

By: */s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
**HUMPHREY FARRINGTON & McCLAIN**
221 W. Lexington Ave., Suite 400
Independence, Missouri 64050
Telephone: 816.836.5050
Facsimile: 816.836.8966
Email: kbm@hfmlegal.com

By: */s/ Roland Tellis*
Roland Tellis, Esq.
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818.839.2333
Facsimile: 214.523.5500
Email: rtellis@baronbudd.com

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*