**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Cristina Henriquez (Bar No. 317445)
  cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE No. 8:22-ml-03052-JVS-KES |
|---|---|
|  | **DEFENDANTS' NON-OPPOSITION TO CONSUMER CLASS PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL (DKT. 376)** |
|  | Date: July 15, 2024<br>Time: 1:30 p.m.<br>The Hon. James V. Selna<br>Courtroom: 10C |
| This document relates to:<br>CONSUMER CLASS ACTION |  |

Defendants Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company do not oppose plaintiffs' motion for final approval of the class action settlement (Dkt. 376).

Without necessarily adopting plaintiffs' characterization of the underlying facts, the strength of their claims, or their estimated value of the settlement, defendants agree the settlement presented for final approval was reached through good-faith and rigorous negotiations (*see id.* at 5–6) and provides class members with valuable remedial options (*see id.* at 8). Accordingly, defendants support plaintiffs' motion for final approval of the settlement.

DATED: June 17, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Shon Morgan*
Shon Morgan
*Attorneys for Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*

**L.R. 11-6.2. Certificate of Compliance**

The undersigned, counsel of record for defendants, certifies that this brief contains 92 words, which complies with the word limit of L.R. 11-6.1.

DATED: June 17, 2024        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/ Shon Morgan*
       Shon Morgan

*Attorneys for Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*