# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | Case No.:  8:22-ml-03052-JVS-KES<br><br>**ORDER GRANTING  CONSUMER CLASS PLAINTIFFS' UNOPPOSED APPLICATION TO EXPAND THE WORD LIMIT FOR REPLY BRIEF IN SUPPORT OF MOTIONS FOR FINAL APPROVAL AND FOR CLASS COUNSEL FEE AND EXPENSE AWARD  [465]**<br>Judge: Hon. James V. Selna<br>Date:   July 15, 2024<br>Time:  1:30 p.m.<br>Courtroom:  10C |

Based upon review of Consumer Class Plaintiffs' ("Plaintiffs") Unopposed Application to Expand the Word Limit for Plaintiffs' Reply Brief in Support of Motions for Final Approval and for Class Counsel Fee and Expense Award (the "Reply Brief"), and having found good cause therein for such relief, it is hereby **ORDERED** and **ADJUDGED**:

    1.    Plaintiffs' Unopposed Application is **GRANTED**.

    2.    Plaintiffs are authorized to file a consolidated Reply Brief with up to 14,681 words.

**IT IS SO ORDERED** this 18 day of June, 2024.

_____
Honorable James V. Selna
United States District Judge