**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re: Kia Hyundai Vehicle Theft Litigation<br><br>PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S) | CASE NUMBER<br>8:22-ml-03052-JVS-KES<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING [459]** |
|---|---|

IT IS ORDERED that the Application for Permission for Electronic Filing by ________________ ________________ is hereby:

☐ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: ________________

________________________
United States District/Magistrate Judge

---

☑ DENIED

*Comments:* Electronic Document Submission System (EDSS) is an online portal available for pro se litigants that allows them to submit documents for filing electronically as an alternative to submitting documents for filing in person, by mail, or using CM/ECF to electronically file. Pro se litigants do not need permission or leave of Court to utilize EDSS. The Request is unnecessary, because objector does not need Court permission to utilize EDSS. Accordingly, the Request is DENIED on the ground that the relief sought is not needed.

Dated: June 18, 2024

James V. Selna
United States District