**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Shon Morgan (Bar No. 187736)
   shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Cristina Henriquez (Bar No. 317445)
   cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CONSUMER CLASS ACTION | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**SUPPLEMENTAL DECLARATION OF CRISTINA HENRIQUEZ IN SUPPORT OF DEFENDANTS' RESPONSE TO RUTH RUBIN'S OBJECTION TO THE AMENDED SETTLEMENT AGREEMENT** |

# SUPPLEMENTAL DECLARATION OF CRISTINA HENRIQUEZ

Pursuant to 28 U.S.C. § 1746, I, Cristina Henriquez, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendants Hyundai Motor America, Kia America, Inc., Hyundai Motor Company, and Kia Corporation . Unless stated on information and belief, I make this declaration based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On June 17, 2024, defendants filed a response to Ruth Rubin's objection to the Amended Settlement Agreement. Dkt. 470. Out of an abundance of caution, defendants did not file a document Rubin produced bearing bates numbers RUBIN000346–RUBIN000355 because Rubin designated the document as "confidential." *Id.* at 4 n.2.

3. On June 18, 2024, Rubin consented to defendants publicly filing the document as long as it redacted personal identifying information.

4. Attached as **Exhibit C** is a true and correct copy of the document Rubin produced in this action bearing bates numbers RUBIN000346–RUBIN000355, which redacts personal identifying information pursuant to Central District of California Local Rule 5.2-1 and Rubin's request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th of June 2024 in Culver City, California.

*/s/ Cristina Henriquez*
Cristina Henriquez

# EXHIBIT C



# Your Insurance Identification Card

Prepared on May 1, 2024

- Detach your identification cards along the perforated lines.
- Keep this card in your vehicle.
- See section following ID Cards for What's enclosed.

**Important Notice ...**

OHIO law requires insurance companies to provide each Policyholder with an Identification (ID) card for each insured vehicle. The card shows that a Liability Insurance Policy has been issued which satisfies the financial responsibility requirements of the law.

You are required to maintain financial responsibility on each vehicle. It is against OHIO law to use the ID card fraudulently - for example, as proof of financial responsibility after the policy is terminated.

Your ID card must be shown to any peace officer, judge or hearing officer if requested. In the event of an accident, your ID card may be used to exchange information with other drivers.

Kenneth J Rubin & Ruth Z Rubin

Columbus OH



PLAINTIFF'S EXHIBIT 69

0815500072016

### Ohio Insurance Identification Card

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
|  | Apr 30, 2024 | Aug 22, 2024 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2024 | Volk/Jetta | 3VW4M7BU4RM060742 |

**24 Hour Claims 1.800.421.3535**
See the reverse side for more information.

Kenneth J Rubin
Ruth Z Rubin

Driver(s)
  Ruth Z Rubin

$500 Deductible - Collision
$100 Deductible - Other Than Collision (Comp)

Nationwide Insurance Company Of America
PO Box 8379
Canton OH 44711-8379

NAIC Company Number 25453

## Nationwide's On Your Side® Claims Guarantee means fast and fair handling of your claim.

## If you lose your card, contact your Nationwide agent.



 **Nationwide's On Your Side® Claims Guarantee means fast and fair handling of your claim.**

### 24 Hour Claims 1.800.421.3535
Report Claims anytime, anywhere in the U.S.A.

When calling, please give these details:
1. Policy number and zip code
2. Make and model year
3. Location of accident, injuries and damages
4. Other vehicle and persons involved

**PLEASE KEEP THIS ID CARD IN THE VEHICLE AT ALL TIMES**

Ohio law requires that evidence of financial responsibility be produced upon request of law enforcement and when required by the courts. This ID card will serve as evidence of financial automobile liability insurance responsibility.

For Billing Questions or to file a claim, visit nationwide.com or your Nationwide Agent, Rolland Insurance Solutions at 1.614.789.1891.

CONFIDENTIAL                                                                 RUBIN000347

Prepared on May 1, 2024    Page 1 of 2

# Your Revised Policy

**Your bill is sent separately.**
Nationwide Auto Policy
Policy Period: Apr 30, 2024 - Aug 22, 2024
Policy Number: 

Kenneth J Rubin & Ruth Z Rubin

Columbus OH

**What's enclosed**

✓ **Insurance Identification Cards** - Your ID cards are enclosed in this packet.

✓ **Declarations** - These pages show **your coverages** under this policy. Carefully review these details and see **How to Contact Us** below if you have questions or want to make changes.

✓ **Insurance Documents** - Please keep these documents for future reference.



✓ **Congratulations! You saved on your policy premium because you are a member of the Farm Bureau®.**

Farm Bureau® is a registered service mark of American Farm Bureau Federation used with license by Nationwide.

**How to Contact Us**
Your Nationwide Agent      Rolland Insurance Solutions 1.614.789.1891
Customer Service            1.614.789.1891
Internet                    Nationwide.com
24-Hour Claims Reporting    1.800.421.3535
Hearing Impaired (TTY)      1.800.622.2421

CONFIDENTIAL
A 2001 07 16

RUBIN000348

Prepared on May 1, 2024    Page 2 of 2



## Important Reminders from Nationwide

## NOTES:

An additional premium of $ 431.65 is for recent policy change(s).



**Nationwide®** is on your side

Prepared on May 1, 2024     Page 1 of 6

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period: Apr 30, 2024 - Aug 22, 2024
Policy Number: ███

**Policyholder (Named Insured):**
Kenneth J Rubin & Ruth Z Rubin
███
Columbus OH ███

Keep these Declarations for your records.

---

## General Policy Information

**Issued: May 1, 2024**
These Declarations are a part of the policy named above and identified by the policy number above. They supersede any Declarations issued earlier. Your policy provides the coverages and limits shown in the schedule of coverages. They apply to each insured vehicle as indicated. Your policy complies with the motorists' financial responsibility laws of your state only for vehicles for which Property Damage and Bodily Injury Liability coverages are provided.

**Policy Period: April 30, 2024 - August 22, 2024** but only if the required premium for this period has been paid and only for six month renewal periods if renewal premiums have been paid as required. This policy is initially effective at (1) the time the application for insurance is completed, or (2) 12:01 a.m. on the first day of the policy period, whichever is later. Each renewal period begins and ends at 12:01 a.m. standard time at the address of the named insured stated herein. This policy cancels at 12:01 a.m. at the address of the named insured stated herein.

**Where to access your policy documents**



In order to view, print, or save your policy documents that do not contain personally identifiable information, go to www.nationwide.com/insurancecontracts on your Internet browser and enter your policy number. You can get hard copies of your documents mailed or emailed to you free of charge by calling the customer service number on the bottom of this document. Please note that any policy documents containing personally identifiable information are not available for online viewing, unless you have registered for online account access. Go to www.nationwide.com/signup to create an account.

Your carrier is Nationwide Insurance Company Of America, NAIC #25453.

---

## Changes Made to Your Policy

**Effective April 30, 2024**
Multi-Vehicle Discount Was Added To Your Policy - You are receiving a discount because you have more than one vehicle insured with us.
Added 2024 Volk Jetta
New Vehicle Discount Added - You are receiving a discount because you have a vehicle(s) less than 5 years old. This discount amount decreases yearly, until it expires.



Prepared on: May 1, 2024 — Page 2 of 6

# Your Policy Declarations

For coverage definitions and descriptions, visit Nationwide.com

**Nationwide Auto Policy**
Policy Period: Apr 30, 2024 - Aug 22, 2024
Policy Number: ███████

## Premium Summary and Other Charges

| | |
|---|---:|
| 2019 Volkswagen Golf | $ 1,034.88 |
| 2024 Volkswagen Jetta | $ 689.54 |
| 2021 Kia Soul | $ 644.43 |
| 2022 Ford Bronco | $ 672.74 |
| 2023 Subaru Crosstrek | $ 548.68 |
| Total For Policy Coverages | $ 21.00 |
| **Total Policy Premium** | **$ 3,611.27** |

## How You Saved on this Policy with Nationwide

- Multi Car
- Accident Free
- Farm Bureau
- Recurring Eft
- New Vehicle
- Good Student
- Home & Car
- Passive Restraint
- Resident Student
- Paperless Policy

Thank you for being a long-term customer.

## Rated Driver(s)

| Name | Date of Birth | Marital Status |
|---|---|---|
| Kenneth J Rubin | ███ | Married |
| Ruth Z Rubin | ███ | Married |
| ███ | | Single |



Continued on the next page

CONFIDENTIAL

RUBIN000351



Prepared on May 1, 2024  Page 3 of 6

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period:  Apr 30, 2024 - Aug 22, 2024
Policy Number: ▉▉▉▉▉▉▉

## Insured Vehicle(s) and Schedule of Coverages

### 2019 Volk Golf
VIN WVWWA7AU3KW168054

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $ 300,000 Each Person | | $ 243.62 |
| | $ 300,000 Each Occurrence | | |
| Property Damage Liability | $ 100,000 Each Occurrence | | $ 124.57 |
| Medical Payments | $   5,000 Each Person | | $  10.78 |
| Uninsured Motorists Bodily Injury | $ 300,000 Each Person | | $  34.05 |
| | $ 300,000 Each Occurrence | | |
| | See Endorsement | | |
| Damage To Your Auto | | | |
|   Other Than Collision (Comprehensive) | Actual Cash Value Less $ | 100 | $ 134.01 |
|     With OEM | See Endorsement | | |
|     With Safety Glass | See Endorsement | | |
|   Collision | Actual Cash Value Less $ | 500 | $ 487.85 |
|     With OEM | See Endorsement | | |
|   Custom Equipment | $   3,000 | | Included |

Garaged At - ▉▉▉▉▉▉▉  Columbus, OH ▉▉▉▉▉

**Total for this Vehicle**  $ 1,034.88

### 2024 Volk Jetta
VIN 3VW4M7BU4RM060742



| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $ 300,000 Each Person | | $  83.94 |
| | $ 300,000 Each Occurrence | | |
| Property Damage Liability | $ 100,000 Each Occurrence | | $ 110.31 |
| Medical Payments | $   5,000 Each Person | | $   7.92 |
| Uninsured Motorists Bodily Injury | $ 300,000 Each Person | | $  24.38 |
| | $ 300,000 Each Occurrence | | |
| | See Endorsement | | |
| Damage To Your Auto | | | |
|   Other Than Collision (Comprehensive) | Actual Cash Value Less $ | 100 | $ 117.22 |
|     With OEM | See Endorsement | | |
|     With Safety Glass | See Endorsement | | |
|   Collision | Actual Cash Value Less $ | 500 | $ 309.45 |
|     With OEM | See Endorsement | | |
|   Custom Equipment | $   3,000 | | Included |
| New Car Replacement Plus | See Endorsement | | $  36.32 |

**Total for this Vehicle**  $ 689.54

Continued on the next page

CONFIDENTIAL

RUBIN000352



Prepared on May 1, 2024     Page 4 of 6

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period:  Apr 30, 2024 - Aug 22, 2024
Policy Number: ▮▮▮▮▮▮▮

---

## Insured Vehicle(s) and Schedule of Coverages (continued)

### 2021 Kia Soul
VIN KNDJ22AU8M7742770

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $ 300,000 Each Person | | $ 106.41 |
| | $ 300,000 Each Occurrence | | |
| Property Damage Liability | $ 100,000 Each Occurrence | | $ 121.85 |
| Medical Payments | $ 5,000 Each Person | | $ 10.94 |
| Uninsured Motorists Bodily Injury | $ 300,000 Each Person | | $ 24.38 |
| | $ 300,000 Each Occurrence | | |
| | See Endorsement | | |
| Damage To Your Auto | | | |
|   Other Than Collision (Comprehensive) | Actual Cash Value Less $ | 100 | $ 108.12 |
|     With OEM | See Endorsement | | |
|     With Safety Glass | See Endorsement | | |
|   Collision | Actual Cash Value Less $ | 500 | $ 272.73 |
|     With OEM | See Endorsement | | |
|   Custom Equipment | $ 3,000 | | Included |
| | | **Total for this Vehicle** | **$ 644.43** |

### 2022 Ford Bronco
VIN 1FMEE5DH7NLA76367

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $ 300,000 Each Person | | $ 81.94 |
| | $ 300,000 Each Occurrence | | |
| Property Damage Liability | $ 100,000 Each Occurrence | | $ 108.52 |
| Medical Payments | $ 5,000 Each Person | | $ 7.18 |
| Uninsured Motorists Bodily Injury | $ 300,000 Each Person | | $ 24.38 |
| | $ 300,000 Each Occurrence | | |
| | See Endorsement | | |
| Damage To Your Auto | | | |
|   Other Than Collision (Comprehensive) | Actual Cash Value Less $ | 100 | $ 118.47 |
|     With OEM | See Endorsement | | |
|     With Safety Glass | See Endorsement | | |
|   Collision | Actual Cash Value Less $ | 500 | $ 297.16 |
|     With OEM | See Endorsement | | |
|   Custom Equipment | $ 3,000 | | Included |
| New Car Replacement Plus | See Endorsement | | $ 35.09 |
| | | **Total for this Vehicle** | **$ 672.74** |

Continued on the next page

CONFIDENTIAL

RUBIN000353



Prepared on May 1, 2024         Page 5 of 6

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period: Apr 30, 2024 - Aug 22, 2024
Policy Number: ███

## Insured Vehicle(s) and Schedule of Coverages (continued)

### 2023 Suba Crosstrek
VIN JF2GTACC6PG288157

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Bodily Injury Liability | $ 300,000 Each Person<br>$ 300,000 Each Occurrence | $ 69.14 |
| Property Damage Liability | $ 100,000 Each Occurrence | $ 105.60 |
| Medical Payments | $ 5,000 Each Person | $ 2.98 |
| Uninsured Motorists Bodily Injury | $ 300,000 Each Person<br>$ 300,000 Each Occurrence<br>See Endorsement | $ 22.44 |
| Damage To Your Auto | | |
| Other Than Collision (Comprehensive) | Actual Cash Value Less $ 100 | $ 149.50 |
| With OEM | See Endorsement | |
| With Safety Glass | See Endorsement | |
| Collision | Actual Cash Value Less $ 500 | $ 173.52 |
| With OEM | See Endorsement | |
| Custom Equipment | $ 3,000 | Included |
| New Car Replacement Plus | See Endorsement | $ 25.50 |
| Garaged At ███ | Cincinnati, OH ███ | |
| | **Total for this Vehicle** | $ 548.68 |



## Policy Level Schedule of Coverages

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Roadside Assistance Plus | Disablement Up To 100 Miles<br>$100 Lockout<br>$500 Trip Interruption<br>See Endorsement | $ 21.00 |
| Accident Forgiveness Feature<br>  Currently Eligible To Use | | Included |
| Minor Violation Forgiveness Feature<br>  Currently Eligible To Use | | Included |
| | **Total for Policy Coverages** | $ 21.00 |

Continued on the next page

CONFIDENTIAL                                                                                         RUBIN000354


Prepared on May 1, 2024  Page 6 of 6

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period:   Apr 30, 2024 - Aug 22, 2024
Policy Number:   ▇▇▇▇▇▇▇▇

## Policy Form and Endorsements

| | |
|---|---|
| A 4500 07 16 | Your Nationwide Auto Policy |
| A 4568 07 16 | Roadside Assistance Coverage |
| A 4572 07 16 | New Car Replacement Plus Coverage |
| A 4577 07 16 | Loss Settlement Endorsement - Original Equipment Manufacturer Parts |
| A 4578 07 16 | Full Safety Glass Coverage |
| A 5034 07 16 | Special Provisions - Ohio |
| A 5134 07 16 | Uninsured Motorists Coverage - Ohio |
| A 5234 07 16 | Underinsured Motorists Coverage - Ohio |

**For Office Use Only:**
02/09/24  $   431.65    Terr: 035

**Issued By:** Nationwide Insurance Company Of America

**How to Contact Us**
Your Nationwide Agent        **Rolland Insurance Solutions 1.614.789.1891**
Customer Service             **1.614.789.1891**
Internet                     **Nationwide.com**
24-Hour Claims Reporting     **1.800.421.3535**
Hearing Impaired (TTY)       **1.800.622.2421**

