Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) |
| | The Honorable James V. Selna |
| *This document relates to*: | **NOTICE OF LODGING OF DISCOVERY SPECIAL MASTER'S STATUS REPORT NO. 1 TO THE COURT** |
| Governmental Entities Track & Insurance Subrogation Track | |

Plaintiffs, by and through undersigned counsel, hereby give Notice of Lodging of Discovery Special Master's Status Report No. 1 to the Court.

Dated this 21st day of June, 2024.

Respectfully submitted,

By /*s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900

Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

**CERTIFICATE OF SERVICE**

I certify that on June 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO