Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Governmental Entities Track | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**NOTICE OF LODGING OF DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION RE: PARTIES' FACT SHEET DISPUTE** |

Plaintiffs, by and through undersigned counsel, hereby give Notice of Lodging of Discovery Special Master's Report and Recommendation Re: Parties' Fact Sheet Dispute.

Dated this 21st day of June, 2024.

Respectfully submitted,

By /*s/ Gretchen Freeman Cappio*
   Gretchen Freeman Cappio (*pro hac vice*)
   KELLER ROHRBACK L.L.P.
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052

Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

**CERTIFICATE OF SERVICE**

I certify that on June 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO