Elliott R. Feldman (*pro hac*)
 *efeldman@cozen.com*
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

Kevin Caraher (*pro hac*)
 *kcaraher@cozen.com*
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel.: 312.382.3192; Fax: 312.706.9792

Nathan Dooley (SBN 224331)
 *ndooley@cozen.com*
Megan R. Peitzke (SBN 230375)
 *mpeitzke@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

*Attorneys for Subrogation Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL SUBROGATION CASES | Case No.: 8:22-ml-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**NOTICE OF ADDITIONAL SUBROGATION PLAINTIFF** |

The Subrogation Plaintiff(s) identified herein are hereby incorporated into the complaint filed in *State Automobile Mutual Insurance Company, et al. v. Hyundai Motor America, et al.*, Case Number 8:23-cv-00443-JVS (KESx) and ECF No. 1, and the Subrogation Plaintiffs' Amended Consolidated Complaint filed in *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

1. Plaintiff, CSAA GENERAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Indiana, with a principal address of 450 E. 96th Street, Suite 500, Indianapolis, Indiana, 46240.

2. Plaintiff, CSAA INSURANCE EXCHANGE, is a corporation organized under the laws of the State of California, with a principal address of 3055 Oak Road, Walnut Creek, California, 94597.

3. Plaintiff, CSAA AFFINITY INSURANCE COMPANY, is a corporation organized under the laws of the State of Arizona, with a principal address of 5353 West Bell Road, Glendale, Arizona, 85308.

4. Plaintiff, CSAA FIRE AND CASUALTY COMPANY, is a corporation organized under the laws of the State of Indiana, with a principal address of 450 E. 96th Street, Suite 500, Indianapolis, Indiana, 46240.

5. Plaintiff, MOBILITAS GENERAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Arizona, with a principal address of 5353 West Bell Road, Glendale, Arizona, 85308.

6. Plaintiff, HARTFORD ACCIDENT & INDEMNITY COMPANY, is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

7. Plaintiff, HARTFORD CASUALTY INSURANCE COMPANY, is a corporation organized under the laws of the State of Indiana, with a principal address of 201 North Illinois Steet, 16th Floor, Indianapolis, Indiana, 46204.

8. Plaintiff, HARTFORD FIRE INSURANCE COMPANY, is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

9. Plaintiff, HARTFORD INSURANCE CO. OF THE MIDWEST, is a corporation organized under the laws of the State of Indiana, with a principal address of 201 North Illinois Steet, 16th Floor, Indianapolis, Indiana, 46204.

10. Plaintiff, HARTFORD INSURANCE CO. OF THE SOUTHEAST, is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

11. Plaintiff, HARTFORD INSURANCE COMPANY OF ILLINOIS, is a corporation organized under the laws of the State of Illinois, with a principal address of 1415 West Diehl Road, Suite 405, Naperville, Illinois, 60563.

12. Plaintiff, HARTFORD UNDERWRITERS INSURANCE COMPANY, is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

13. Plaintiff, NUTMEG INSURANCE COMPANY, is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

14. Plaintiff, PACIFIC INSURANCE COMPANY, LTD., is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

15. Plaintiff, PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, is a corporation organized under the laws of the State of Indiana, with a principal address of 201 North Illinois Steet, 16th Floor, Indianapolis, Indiana, 46204.

16. Plaintiff, REDPOINT COUNTY MUTUAL INSURANCE COMPANY, is a corporation organized under the laws of the State of Texas, with a principal address of 13215 Bee Cave Parkway, Building B, Suite 150, Austin, Texas, 78738.

17. Plaintiff, SENTINEL INSURANCE COMPANY, LTD., is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

18. Plaintiff, SOUTHERN COUNTY MUTUAL INSURANCE, is a corporation organized under the laws of the State of Texas, with a principal address of 2280 N. Greenville Ave., Richardson, Texas, 75082.

19. Plaintiff, TRUMBULL INSURANCE COMPANY, is a corporation organized under the laws of the State of Connecticut, with a principal address of One Hartford Plaza, Hartford, Connecticut, 06155.

20. Plaintiff, TWIN CITY FIRE INSURANCE COMPANY, is a corporation organized under the laws of the State of Indiana, with a principal address of 201 North Illinois Steet, 16th Floor, Indianapolis, Indiana, 46204.

Dated: June 24, 2024

Respectfully submitted,

COZEN O'CONNOR

By: /s/ *Megan R. Peitzke*
Elliott R. Feldman
Kevin Caraher
Nathan Dooley
Megan R. Peitzke
*Attorneys for Subrogation Plaintiffs*
*In Case No. 8:23-cv-00443-JVS (KES)*