QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION | Case No. 8:22-ML-3052-JVS-(KESx) |
| This Document Relates to: | The Honorable James V. Selna |
| *City of Tacoma v. Hyundai Motor Company, et. al.*<br>Case No. 8:24-cv-01193 | **STIPULATION RE VOLUNTARY DISMISSAL OF HYUNDAI MOTOR COMPANY AND KIA CORPORATION AND DISCOVERY** |

Plaintiff City of Tacoma ("Plaintiff"), and Defendants Hyundai Motor Company ("HMC"), Hyundai Motor America ("HMA"), Kia Corporation ("KC") and Kia America, Inc. ("KA") (together, "Defendants"), hereby stipulate and agree to the following:

1. WHEREAS, on June 3, 2024, Plaintiff filed suit against HMC, HMA, KC, and KA in the U.S. District Court for the Central District of California ("Complaint");

2. WHEREAS, HMC and KC are Korean corporations who contend that they are not subject to the personal jurisdiction of this Court, and who have not been served with the Complaint, and the parties have agreed that this Stipulation and Proposed Order may not be construed so as to establish jurisdiction over HMC or KC or as a waiver of any defense, except as expressly provided herein;

3. WHEREAS, Plaintiff disputes HMC's and KC's contentions regarding personal jurisdiction described in paragraph 2 above; and

4. WHEREAS, the parties wish to avoid adjudicating the issues of personal jurisdiction described in paragraphs 2 and 3 above, and instead move forward with the litigation of the other issues raised in the Complaint,

//
//

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

1. Plaintiff hereby dismisses without prejudice the Complaint, and all claims, in their entirety as against HMC and KC, with each party to bear its own costs and fees in connection with Plaintiff's claims against HMC and KC being dismissed without prejudice;

2. Any statute of limitation, statute of repose, equitable defense related thereto (including, without limitation, laches), statutory or contractual limitations or provisions containing time, notice, or action requirements or periods, and/or any other

argument or defense based on delay or passage of time ("Time-Based Defenses") shall be tolled as to the claims that Plaintiff asserted against HMC and KC in the Complaint, for a period of two years from the date of execution of this Stipulation;

3. Counsel for HMC and KC are authorized to and will accept service of a subpoena and notice from Plaintiff for documents and deposition testimony under Rule 30(b)(6) from each company, subject to all applicable rules, including the Federal Rules of Civil Procedure and the Federal Rules of Evidence, without requiring Plaintiff to follow the procedures set forth in the Hague Service Convention for the service of deposition subpoenas on foreign corporations;

4. Plaintiff shall provide at least 90 days written notice for the 30(b)(6) depositions of HMC or KC, and at least 60 days written notice for any deposition of HMA or KA personnel;

5. HMC and KC shall have 60 days from the date of receipt to serve objections and/or responses to such subpoenas and notices propounded by Plaintiff herein;

6. The deposition of any HMC or KC designee for such Rule 30(b)(6) deposition who is domiciled in the Republic of Korea, shall be taken in person in Seoul, Republic of Korea, or remotely by video-conference, during normal business hours in the Republic of Korea, and the deposition officer may be located within the United States and administer the oath or affirmation remotely;

7. The deposition of any current or former HMA or KA employee will proceed in person in Orange County or Los Angeles County, California, at a place to be determined by HMA or KA, or remotely by video-conference during normal business hours in California; the deposition officer may be located elsewhere in the United States and administer the oath or affirmation remotely;

8. Regarding document production generally and/or in connection with any 30(b)(6) deposition subpoena, HMC and KC agree in good faith to meet and confer

with counsel for Plaintiff and thereafter voluntarily produce certain relevant, non-privileged documents to Plaintiff;

9. Defendants HMA and KA shall have an additional 30 days to serve objections and/or responses to any and all written discovery propounded by Plaintiff herein, in addition to the time provided by the Federal Rules of Civil Procedure for such objections and responses; and

10. This Stipulation is limited to Plaintiff's case identified in the above-captioned litigation, and should not be construed as an agreement by any defendant to waive any of the requirements of the Federal Rules of Civil Procedure, including but not limited to Rule 4(d), or the Hague Service Convention in any other litigation.

DATED: June 24, 2024          Respectfully submitted,

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

*/s/ Gretchen Freeman Cappio*
Jennifer Taylor*
Deputy City Attorney
Tacoma City Attorney's Office
747 Market Street, Room 1120
Tacoma, WA 98402
Telephone: (253) 591-5637
Fax: (253) 591-5755
JTAYLOR@cityoftacoma.org

Dean Kawamoto, CSB #232032
Gretchen Freeman Cappio*
Derek W. Loeser*
Ryan McDevitt*
Alison Gaffney*
Garrett Heilman*
Zachary Gussin*
Kylie Fisher*
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384
dawamoto@kellerrohrback.com
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
rmcdevitt@kellerrohrback.com
agaffney@kellerrohrback.com
gheilinan@kellerrohrback.com
zgussin@kellerrohrback.com
kfisher@kellerrohrback.com

*Attorneys for Plaintiff City of Tacoma*

\* *Pro hac vice* forthcoming

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: June 24, 2024

                                         */s/ Steven G. Madison*
                                         Steven G. Madison