**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100
  Cristina Henriquez (Bar No. 317445)
  cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CONSUMER CLASS ACTION | CASE No. 8:22-ml-03052-JVS-KES<br><br>**DEFENDANTS' RESPONSE TO THE *MARVIN & HENRY* PLAINTIFFS' MOTION FOR FEE & EXPENSE AWARD (DKT. 379)**<br><br>**The Hon. James V. Selna**<br><br>Date:   July 15, 2024<br>Time:  1:30 p.m.<br>Place:  411 W. Fourth St., 10C<br>            Santa Ana, CA 92701 |

Defendants join in full Class Plaintiffs' Opposition to the *Marvin & Henry* Plaintiffs' Motion for Fee & Expense Award (Dkt. 379, "Mot.").

In addition, defendants submit this opposition to correct any misimpression created by the fee motion concerning the background of the *Marvin & Henry* litigations and discussions by those counsel with defendants.

*First*, the *Marvin* and *Henry* plaintiffs fail to provide any evidence supporting their contention that defendants agreed "the FAC painstakingly alleged a defect" or that such allegations were the reason the complaint merited sealing (Mot. at 3). Nor can they do so, because defendants never agreed that the *Marvin* complaint sufficiently alleged a purported defect. Rather, defendants merely did not oppose the *Marvin & Henry* plaintiffs' contention in their sealing papers that "[n]o public purpose is served by publishing and/or republishing how these vehicles can be stolen." *Marvin v. Kia America, Inc. et al.*, Case No. 2:21-cv-01146-PP (E.D. Wis.), Dkt. 27 at 2.

*Second*, the *Marvin* and *Henry* plaintiffs contend that arguments they made in opposing the motion to dismiss the *Marvin* action—a motion that was never decided—caused defendants to "abandon" their standing and preemption defenses in their Motion to Dismiss the Consolidated Amended Consumer Class Action Complaint (Dkt. 95) in this action (Mot. at 5 and n.2). Defendants' motion to dismiss in the MDL *did* address standing (Dkt. 95 at 15-18). And as the Court is well aware, defendants continue to assert a preemption defense across the MDL tracks being litigated. Defendants' motion to dismiss in the MDL focused on some different arguments than in the *Marvin* action, primarily because the MDL complaint implicated the laws of fifty states while *Marvin* addressed only Wisconsin law.

*Finally*, it is unclear what the *Marvin* and *Henry* plaintiffs are referring to when saying defendants "rejected" all their "settlement overtures." (Mot. at 2). But unsurprisingly, upon formation of the MDL, defendants negotiated a settlement that would resolve not only the *Marvin* action but also the others consolidated in this

Court. Those settlement discussions reasonably (and necessarily) occurred between defendants and the Court-appointed lead counsel for the consumer plaintiffs.

For these and the reasons stated in the Consumer Plaintiffs' Opposition (Dkt. 478), defendants respectfully ask this Court to deny the *Marvin & Henry* plaintiffs' fee motion in its entirety.

DATED: June 24, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Shon Morgan
Shon Morgan

*Attorneys for Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*

## L.R. 11-6.2. Certificate of Compliance

The undersigned, counsel of record for Defendants, certifies that this brief contains 380 words, which complies with the word limit of L.R. 11-6.1.

DATED: June 24, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Shon Morgan*
      Shon Morgan

*Attorneys for Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*