| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606 |
| Kenneth B. McClain<br>HUMPHREY FARRINGTON & McCLAIN, P.C.<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050 | Roland Tellis<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436 |

*Plaintiffs' Consumer Class Action Leadership Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES<br><br>**NOTICE OF LODGING OF INDEX OF ALL PLEADINGS IN REFERENCE TO THE CONSUMER CLASS ACTION SETTLEMENT AND ATTORNEYS' FEE MOTIONS** |
| This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | Judge: Hon. James V. Selna<br>Date: July 15, 2024<br>Time: 1:30 p.m.<br>Courtroom: 10C |

1  The Consumer Class Plaintiffs, by and through undersigned counsel, hereby give Notice of Lodging of the attached index of all pleadings referencing the class action settlement and attorneys' fee motions.

Dated: June 27, 2024.    Respectfully Submitted.

By: *Steve W. Berman*
   Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

By: *Elizabeth A. Fegan*
   Elizabeth A. Fegan, Esq.
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, Illinois 60606
Telephone: 312-741-1019
Fax: 312-264-0100
Email: beth@feganscott.com

By: *Kenneth B. McClain*
   Kenneth B. McClain, Esq.
**HUMPHREY FARRINGTON & McCLAIN**
221 W. Lexington Ave., Suite 400
Independence, Missouri 64050
Telephone: 816.836.5050
Facsimile: 816.836.8966
Email: kbm@hfmlegal.com

By: *Roland Tellis*
    Roland Tellis, Esq.
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818.839.2333
Facsimile: 214.523.5500
Email: rtellis@baronbudd.com

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*