| | |
|---|---|
| James B. Barton | Roland Tellis, Esq. |
| **Barton Cerjak S.C.** | **Baron & Budd, P.C.** |
| 313 North Plankinton Ave., Ste. 207 | 15910 Ventura Blvd., Suite 1600 |
| Milwaukee, WI 53203 | Encino, CA 91436 |
| | |
| | Steve W. Berman, Esq. |
| *Counsel for Plaintiffs In The Marvin* | **Hagens Berman Sobol Shapiro LLP** |
| *& Henry Actions* | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | |
| Shon Morgan | Elizabeth A. Fegan, Esq. |
| **Quinn Emanuel Urquhart & Sullivan, LLP** | **Fegan Scott LLC** |
| 865 South Figueroa Sreet, 10th Floor | 150 S. Wacker Dr., 24th Floor |
| Los Angeles, CA 90017-2543 | Chicago, IL 60606 |
| | |
| *Counsel for Defendants* | Kenneth B. McClain, Esq. |
| | **Humphrey Farrington & McClain** |
| | 221 W. Lexington Ave., Suite 400 |
| | Independene, MO 64050 |
| | |
| | *Consumer Class Action Leadership* |
| | *and Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE No. 8:22–ML–3052 JVS(KESx) **The Honorable James V. Selna** **JOINT STIPULATION TO EXTEND TIME TO FILE *MARVIN* & *HENRY* PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR FEE AND EXPENSE AWARD** |
| This document relates to: CONSUMER CLASS ACTION | |

1    The parties in the consumer class action hereby stipulate and agree to the
2 following:
3    WHEREAS, the *Marvin* & *Henry* Plaintiffs filed a Motion for Fee and Expense
4 Award (Doc. 379) on April 18, 2024;
5    WHEREAS, the Court set a hearing on this and other motions for July 15,
6 2024 (Doc. 388);
7    WHEREAS, oppositions to the *Marvin* & *Henry* Plaintiffs Motion for Fee and
8 Expense Award were filed on June 24, 2024 (Doc. 478, 481);
9    WHEREAS, under Local Rule 7-1 the *Marvin* & *Henry* Plaintiffs' reply brief
10 is due fourteen (14) days prior to the hearing, which is July 1, 2024;
11    WHEREAS, Attorney James B. Barton, counsel for the *Marvin* & *Henry*
12 Plaintiffs, is engaged in a motion hearing in the Eastern District of Wisconsin on
13 June 27, 2024, which required significant preparation, and is out of the office on
14 Friday, June 28, 2024 and Monday, July 1, 2024 for all-day meetings;
15    WHEREAS, in light of Mr. Barton's schedule, he requested a brief, two-day
16 extension of time by which to file a reply brief in in support of the *Marvin* & *Henry*
17 Plaintiffs' motion in the above-captioned matter;
18    WHEREAS, the undersigned class counsel and counsel for Defendants agree,
19 subject to Court approval, to a two-day extention of the July 1, 2024 deadline, to
20 July 3, 2024, for filing the reply brief in support of the Motion for Fee and Expense
21 Award; and
22    WHEREAS, the brief extension will not otherwise affect the Settlement
23 Fairness and Evidentiary Hearing, which is scheduled for **July 15, 2024** (Dkt. 250).
24    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
25 pursuant to Local Rule 7-1 and subject to the Court's approval, that:

1

JOINT STIPULATION TO EXTEND TIME TO FILE *MARVIN* & *HENRY* PLAINTIFFS'
REPLY BRIEF IN SUPPORT OF MOTION FOR FEE AND EXPENSE AWARD

- The *Marvin* & *Henry* Plaintiffs shall have an extension until on or before July 3, 2024 to file their reply brief in support of the Motion for Fee and Expense Award.

Dated: June 27, 2024

By: */s/Roland Tellis*
    Roland Tellis, Esq.
    Baron & Budd, P.C.
    15910 Ventura Blvd., Suite 1600
    Encino, CA 91436

    Steve W. Berman, Esq.
    Hagens Berman Sobol Shapiro LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

    Elizabeth A. Fegan, Esq.
    Fegan Scott LLC
    150 S. Wacker Dr., 24th Floor
    Chicago, IL 60606

    Kenneth B. McClain, Esq.
    Humphrey Farrington & McClain
    221 W. Lexington Ave., Suite 400
    Independene, MO 64050

*Consumer Class Action Leadership and Counsel for Plaintiffs*

By: */s/James B. Barton*
    James B. Barton
    Barton Cerjak S.C.
    313 North Plankinton Ave., Ste. 207
    Milwaukee, WI 53203

*Counsel for Plaintiffs In The Marvin & Henry Actions*

By: */s/Shon Morgan*
    Shon Morgan
    Quinn Emanuel Urquhart & Sullivan, LLP
    865 South Figueroa Sreet, 10th Floor
    Los Angeles, CA 90017-2543

*Counsel for Defendants*

JOINT STIPULATION TO EXTEND TIME TO FILE *MARVIN* & *HENRY* PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR FEE AND EXPENSE AWARD

**FILER'S ATTESTATION**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I, James B. Barton, attest that all other signatories listed, and on whose behald the filing is submitted, concur in the filing's content and have authorized the filing.

                                              */s/James B. Barton*
                                              James B. Barton

3

JOINT STIPULATION TO EXTEND TIME TO FILE *MARVIN* & *HENRY* PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR FEE AND EXPENSE AWARD