| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CONSUMER CLASS ACTION | CASE No. 8:22-ML-3052 JVS(KESx)<br>**The Honorable James V. Selna**<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF *MARVIN & HENRY* MOTION FOR FEE AND EXPENSE AWARD [483] |

## ORDER

Before the Court is the parties' joint stipulation to extend time for the *Marvin & Henry* Plaintiffs to file a reply brief in support of the Motion for Fee and Expense Award. Good cause appearing, the Court hereby approves the parties' stipulation.

///
///
///

- The *Marvin* & *Henry* Plaintiffs shall have an extension until on or before July 3, 2024 to file their reply brief in support of the Motion for Fee and Expense Award.

**IT IS ORDERED.**

Dated: June 28, 2024

_____
Honorable James V. Selna
United States District Judge