BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

MATTHIESEN, WICKERT & LEHRER, S.C.
RICHARD A. SCHUSTER
ASHTON T. KIRSCH
1111 E. Sumner Street
Hartford, WI 270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com
akirsch@mwl-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re KIA and HYUNDAI IMMOBILIZER PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL SUBROGATION CASES | Case No. 8:22-ml-03052-JVS-KESx<br><br>**NOTICE OF ADDITIONAL SUBROGATION PLAINTIFFS**<br><br>District Judge: James V. Selna<br>Courtroom: 10C, Santa Ana<br>Magistrate Judge: Karen E. Scott<br>Courtroom: 6D, Santa Ana<br><br>**DEMAND FOR JURY TRIAL** |

The Subrogation Plaintiff(s) identified herein are hereby incorporated into the complaint filed in *Zurich American Insurance Company, et al. v. Kia America Inc. and Hyundai Motor America.*, Case Number 8:23-cv-01051 JVS (KESx) and ECF No. 1 and the Subrogation Plaintiffs' Amended Consolidated Complaint filed in *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, Case No. 8:22-ML-3052-JVS(KESx) (C.D. Cal.), ECF No. 283.

1. Plaintiff, DIRECT AUTO INSURANCE COMPANY, is a corporation organized under the laws of the State of North Dakota, with a principal place of business located at 1101 1st Ave N, Fargo, ND 58102.

2. Plaintiff, PATRIOT INSURANCE COMPANY, is a corporation organized under the laws of the State of Maine, with a principal place of business located at 701 US Route One, Suite1, Yarmouth, ME 04096.

Respectfully submitted,

Dated: June 28, 2024

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)

By:   *s/ Timothy G. Blood*
              TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

MATTHIESEN, WICKERT
   & LEHRER, S.C.
RICHARD A. SCHUSTER
ASHTON T. KIRSCH
1111 E. Sumner Street
Hartford, WI  270670
Tel: 262/673-7850
262/673-3766 (fax)
rschuster@mwl-law.com
akirsch@mwl-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 140-
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
