QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Defendants Kia America, Inc. and Hyundai Motor America*

KELLER ROHRBACK L.L.P.

Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax:    (206) 623-3384

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>Government Entities Track | Case No. 8:22-ML-03052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**JOINT STATEMENT RE SPECIAL MASTER REPORT AND RECOMMENDATION REGARDING FACT SHEETS** |

Governmental Entities ("GE") Plaintiffs ("GE Plaintiffs") and Defendants Kia America, Inc. and Hyundai Motor America ("Defendants") submit this joint statement in response to the June 21, 2024 Report and Recommendation Regarding Parties' Fact Sheet Dispute issued by Special Master Gail Andler's ("Report"), *see* Dkt. 477-1, and to respectfully request that the Court issue an order adopting Exhibit A as the Plaintiff Fact Sheet ("PFS") and Exhibit B as the Defendant Fact Sheet

("DFS"), that the parties shall complete pursuant to the Case Management Order ("CMO") issued on April 16, 2024.  *See* Dkt. 370.

After a June 18, 2024 hearing on the fact sheets, Special Master Gail Andler issued the Report, in which she recommended that the Court adopt one of two options: (1) Option A—GE Plaintiffs' proposed fact sheets as filed, or (2) Option B—GE Plaintiffs' proposed fact sheets incorporating three modifications: (a) changing the relevant timeframe to 2011 to the present for all questions across both fact sheets, (b) limiting the definition of "Subject Vehicles" to 25 specific models of Kia and Hyundai vehicles for model years 2011 through 2022, consistent with the definition set forth in the CMO, and (c) adding a request to Plaintiffs' proposed PFS (*i.e.*, to be propounded on Plaintiffs) for the number of "other crimes" per month since 2011. *See* Dkt. 477-1 at 9.

In order to avoid further delay and litigation before the Court, the parties met and conferred regarding the two options proposed by Special Master Andler and agreed to request that the Court approve Option B, with one modification, requested by GE Plaintiffs' counsel, to apply an open-ended timeframe to questions in Section III of the DFS.  *See* Ex. C, Redline of Plaintiffs' Proposed Modification to DFS Under Option B.  In other words, the 2011 to present time frame recommended by Special Master Andler in Option B would not apply to Section III of the DFS.  Exhibits A and B reflect the parties' agreement in response to the Report and the options presented by Special Master Andler.

///
///
///
///
///
///

Having agreed on the content of the PFS and DFS, the parties respectfully request that the Court issue an order adopting Exhibits A and B as the operative PFS and DFS, respectively.  As soon as the Court approves the fact sheets, the parties will have 60 days to complete them.

DATED:  July 5, 2024

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP | KELLER ROHRBACK L.L.P. |
| By */s/ Steven G. Madison* | By */s/ Gretchen Freeman Cappio* |
| Steven G. Madison (SBN: 101006) | Gretchen Freeman Cappio (*pro hac vice*) |
| stevemadison@quinnemanuel.com | 1201 Third Avenue, Suite 3200 |
| Justin C. Griffin (SBN: 234675) | Seattle, WA 98101-3052 |
| justingriffin@quinnemanuel.com | Phone: (206) 623-1900 |
| 865 South Figueroa Street, 10th Floor | Fax: (206) 623-3384 |
| Los Angeles, California 90017-2543 | gcappio@kellerrohrback.com |
| Telephone:  (213) 443-3000 | |
| Facsimile:  (213) 443-3100 | |
| | |
| *Attorneys for Defendants Kia America, Inc. and Hyundai Motor America* | *Chair of the Governmental Entities Committee* |

## **ECF ATTESTATION**

I, Steve G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By */s/ Steven G. Madison*
Steven G. Madison

# Exhibit A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*: Governmental Entities Track | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**GOVERNMENTAL ENTITY PLAINTIFF FACT SHEET** |

## Instructions

<u>Use of this fact sheet</u>. Every governmental entity plaintiff whose lawsuit against Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and/or Kia America, Inc., has been consolidated or related to MDL 3052 must complete this Plaintiff Fact Sheet. This Plaintiff Fact Sheet constitutes discovery responses subject to the Federal Rules of Civil Procedure. The information provided will be used only for purposes related to this litigation and may be disclosed only as permitted by the Protective Order entered in this action.

<u>Terms used</u>.

a. **"Document"** refers to documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

b. **"Subject Vehicles"** refers to the following vehicles that were designed, manufactured, or distributed without engine immobilizers in model years 2011 through 2022: Hyundai Accent, Elantra, Elantra GT, Elantra Coupe, Elantra Touring, Genesis Coupe, Kona, Palisade, Santa Fe, Santa Fe Sport, Santa Fe XL, Sonata, Tucson, Veloster, Venue, and Veracruz; and the Kia Forte, K5, Optima, Rio, Sedona, Seltos, Sorento, Soul, and Sportage.

c. **"You"** and **"Your"** refers to the governmental entity completing this fact sheet, including any police department or similar agency or division over which You exercise control.

<u>Instructions regarding requests for information</u>. You must provide information reasonably available to You. Do not leave any questions unanswered or

blank; if You contend any information requested is not reasonably accessible, provide as much information as You can. You should insert additional space where necessary to answer the questions completely. None of the requests are designed to require an expert evaluation or limit expert testimony.

Instructions regarding Document requests. For each question seeking Documents, You are required to conduct a reasonable search for responsive Documents. If you locate any responsive Documents, indicate so in response to the request below and, where requested, provide copies of the Documents as they are kept in the ordinary course of business.

Timeframe. The timeframe for responses to these questions is between 2011 and the present.

**Plaintiff reserves the right to amend, supplement, correct, clarify, or otherwise revise the information contained herein based on further discovery and investigation.**

## I.   Who is Completing the Plaintiff Fact Sheet

1. Name of Plaintiff:
   _____

2. Name(s) of individual(s) completing this Fact Sheet:

   _____

3. Role within Plaintiff's organization:

   _____

## II.   Case and Attorney Contact Information

4. Case caption and number:
   _____

5. Contact attorney name: _____

6. Firm: _____

7. Telephone number: _____

8. E-mail address: _____

9. Description of whom You represent in this lawsuit:

   _____

2

### III.   Structural Information

10. Identify each of Your department(s), division(s), and unit(s) that are or were responsible for compiling or evaluating data relating to the theft of the Subject Vehicles and any alleged related crimes since 2011:

11. For each division, department, and unit You listed in response to Question 10, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

12. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 10?

    ____Yes ____ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

13. For each department, division, and unit You listed in response to Question 10, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

14. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 10?

    ____Yes ____No

    **If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

15. Identify each of Your department(s), division(s), and unit(s) that are or were responsible since 2011 for creating and/or implementing policies related to the theft of Subject Vehicles and any alleged related crimes:

3

16. For each division, department, and unit You listed in response to Question 15, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

17. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 15?

    ___ Yes ___No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

18. For each department, division, and unit You listed in response to Question 15, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

19. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 15?

    ___ Yes ___No

    **If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

20. Identify each of Your department(s), division(s), and unit(s) that are or were responsible since 2011 for responding to, investigating, and/or referring for prosecution or prosecuting (or undertaking the applicable procedure for juveniles, as applicable) the alleged thefts of vehicles including the Subject Vehicles as alleged in Your complaint, and any alleged related crimes:

21. For each division, department, and unit You listed in response to Question 20, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

22. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 20?

____Yes ____No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

23. For each department, division, and unit You listed in response to Question 20, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

24. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 20?

____Yes ____No

**If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

25. Identify each of Your department(s), division(s), and unit(s) that are or were responsible since 2011 for preparing budgets and/or tracking spending for Your law enforcement and any prosecutorial agencies:

26. For each division, department, and unit You listed in response to Question 25, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

27. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 25?

____Yes____ No

5

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

28. For each department, division, and unit You listed in response to Question 25, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

29. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 25?

    ____Yes ____No

    **If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

30. Identify any of Your department(s), division(s), and unit(s) not identified in response to the prior questions that You contend has been impacted by the conduct alleged in Your complaint:

31. For each division, department, and unit You listed in response to Question 30, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

32. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 30?

    ____Yes ____No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

33. For each department, division, and unit You listed in response to Question 30, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

34. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 30?

___Yes ___No

**If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

## IV.   Foundational Information

35. Based on information reasonably available to You, provide the number of Hyundai and Kia thefts and automobile thefts reported in your geographical area since January 1, 2011 on a month-by-month basis:

| 2011 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | |

| 2012 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | |

| 2013 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Makes | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | |

| **2014 Thefts** | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |

| **2015 Thefts** | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |

| **2016 Thefts** | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |

| **2017 Thefts** | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |

8

| Total | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 2018 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | |

| 2019 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | |

| 2020 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | |

| 2021 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | |

| 2022 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |

| 2023 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | | | | | |
| Kia | | | | | | | | | | | | | |
| Other Makes | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |

| 2024 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept |
|---|---|---|---|---|---|---|---|---|---|
| Hyundai | | | | | | | | | |
| Kia | | | | | | | | | |
| Other Makes | | | | | | | | | |
| **Total** | | | | | | | | | |

36. Based on information reasonably available to You, provide the number of Other Crimes reported in your geographical area since January 1, 2011 on a month-by-month basis:

| **Other Crimes** | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | |

10

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2014** | | | | | | | | | | | | | |
| **2015** | | | | | | | | | | | | | |
| **2016** | | | | | | | | | | | | | |
| **2017** | | | | | | | | | | | | | |
| **2018** | | | | | | | | | | | | | |
| **2019** | | | | | | | | | | | | | |
| **2020** | | | | | | | | | | | | | |
| **2021** | | | | | | | | | | | | | |
| **2022** | | | | | | | | | | | | | |
| **2023** | | | | | | | | | | | | | |
| **2024** | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |

37. Do You have in Your possession, custody, or control, Documents that summarize or otherwise provide an overview of the number of arrests You have made for automobile thefts in Your geographical boundaries since 2011?

_____Yes _____No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

38. Do You have in Your possession, custody, or control, Documents that summarize or otherwise provide an overview of the number of prosecutions for automobile thefts in Your geographical boundaries since 2011?

_____Yes _____ No

11

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

39. Do You have in Your possession, custody, or control, Documents that summarize or otherwise provide an overview of Your policies concerning investigations of, arrests for, and/or prosecutions of motor vehicle thefts since 2011?

____Yes ____ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

40. Identify each Defendant with which You have communicated regarding the theft of any Subject Vehicle since 2011 and when said communication(s) began:

41. Do You have in Your possession, custody, or control any Documents that summarize or otherwise provide an overview of the annual budget and/or expenditures since 2011 of Your department(s), if any, responsible for responding to and investigating thefts of motor vehicles?

____Yes ____No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

42. Do You have in Your possession, custody, or control any Documents that summarize or otherwise provide an overview of the annual budget and/or expenditures since 2011 of Your department(s), if any, responsible for prosecuting thefts of motor vehicles?

____Yes ____No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

43. Do You have in Your possession, custody, or control any Documents that summarize or otherwise provide an overview of the annual budget and/or expenditures since 2011 of Your department(s), if any, responsible for diverting or rehabilitating individuals alleged to have stolen a motor vehicle?

12

___Yes ___No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

## V.   Certification

I have made reasonable inquiries to answer the foregoing questions. Based on my personal knowledge and the information provided by other Plaintiff employees, I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is complete, true, and correct to the best of my knowledge and information, and that I have provided all of the requested documents that are reasonably accessible to me and/or my attorneys, to the best of my knowledge.

_____              _____              _____
Signature                              Print Name                              Date

# Exhibit B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br>Governmental Entities Track | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**GOVERNMENTAL ENTITY DEFENDANT FACT SHEET** |

## Instructions

Use of this fact sheet. Hyundai Motor America, Kia America, Inc., and any other person or entity named as a defendant by a governmental entity in an action that has been consolidated or related to MDL 3052 must complete this Defendant Fact Sheet. This Defendant Fact Sheet constitutes discovery responses subject to the Federal Rules of Civil Procedure. The information provided will be used only for purposes related to this litigation and may be disclosed only as permitted by the Protective Order entered in this action.

Terms used.

a. "**Document**" refers to documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

b. "**Similar Vehicles**" refers to the following automobile models, and their localized equivalent if distributed outside of the United States, that were distributed with an engine immobilizer for model years 2011 through 2022: Hyundai Accent, Elantra, Elantra GT, Elantra Coupe, Elantra Touring, Genesis Coupe, Kona, Palisade, Santa Fe, Santa Fe Sport, Santa Fe XL, Sonata, Tucson, Veloster, Venue, and Veracruz; and the Kia Forte, K5, Optima, Rio, Sedona, Seltos, Sorento, Soul, and Sportage.

c. "**Subject Vehicles**" refers to the following vehicles that were designed, manufactured, or distributed without engine immobilizers in model years 2011 through 2022: Hyundai Accent, Elantra, Elantra GT, Elantra Coupe, Elantra Touring, Genesis Coupe, Kona, Palisade, Santa Fe, Santa Fe Sport,

Santa Fe XL, Sonata, Tucson, Veloster, Venue, and Veracruz; and the Kia Forte, K5, Optima, Rio, Sedona, Seltos, Sorento, Soul, and Sportage.

d. "**You**" and "**Your**" refers to the entity completing this fact sheet, including any subsidiaries, affiliates, and agents over which You exercise control.

Instructions regarding requests for information. You must provide information reasonably available to You. Do not leave any questions unanswered or blank; if You contend any information requested is not reasonably accessible, provide as much information as You can. You should insert additional space where necessary to answer the questions completely. None of the requests are designed to require an expert evaluation or limit expert testimony.

Instructions regarding Document requests. For each question seeking Documents, You are required to conduct a reasonable search for responsive Documents. If you locate any responsive Documents, indicate so in response to the request below and, where requested, provide copies of the Documents as they are kept in the ordinary course of business.

Timeframe. The timeframe for responses to these questions is between 2011 and the present.  The timeframe does not apply to Section III below.

**Defendant reserves the right to amend, supplement, correct, clarify, or otherwise revise the information contained herein based on further discovery and investigation.**

## I.   Who is Completing the Defendant Fact Sheet

1.  Name of Defendant: _____

2.  Name(s) of individual(s) completing this Fact Sheet:

   _____

3.  Role within Defendant's organization:

   _____

## II.   Structural Information

4.  Identify each of Your department(s), division(s), and unit(s) that are or were responsible for the decisions, research, design, marketing, distribution, and regulatory compliance of and for each Subject Vehicle and the Similar Vehicles:

5.  For each division, department, and unit You listed in response to Question 4, identify the person(s) within each department, division, and unit who is

most knowledgeable about the topics for which You identified that department, division, or unit:

6. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 4?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

7. For each department, division, and unit You listed in response to Question 4, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

8. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 4?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

9. Identify each of Your department(s), division(s), and unit(s) that are or were responsible for the design, specifications, and manufacture of the anti-theft technology, including devices and related components, for each of the Subject Vehicles and Similar Vehicles, including but not limited to recalls, updates, and repairs thereof:

10. For each division, department, and unit You listed in response to Question 9, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

11. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of

3

individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 9?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

12. For each department, division, and unit You listed in response to Question 9, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

13. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 9?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

14. Identify each of Your department(s), division(s), and unit(s) that are or were responsible for Your response to insurance, warranty, and legal claims regarding thefts and attempted thefts of each Subject Vehicle and Similar Vehicle since 2011:

15. For each division, department, and unit You listed in response to Question 14, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit since 2011:

16. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 14?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

4

17. For each department, division, and unit You listed in response to Question 14, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

18. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 14?

    ___ Yes ___ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

19. Identify each of Your department(s), division(s), and unit(s) that since 2011 are or were responsible for Your interactions with federal, state, and local regulatory and government agencies and entities, respectively, regarding (a) regulatory compliance of and for the Subject Vehicles and Similar Vehicles with regard to anti-theft standards; and (b) thefts or attempted thefts of the Subject Vehicles:

20. For each division, department, and unit You listed in response to Question 19, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

21. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 19?

    ___ Yes ___ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

22. For each department, division, and unit You listed in response to Question 19, identify any Document management system it has used and generally

describe its practices (e.g., where and how) for storing Documents since 2011.

23. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 19?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

## III.   Foundational Information

24. For each of the Subject and Similar Vehicle models, identify the approximate date (i.e., month and year) by which decisions were made regarding whether to equip them with an engine immobilizer or equivalent anti-theft technology:

25. Do You have in Your possession, custody, or control any Documents reflecting Your decision(s) not to equip the Subject Vehicles with an engine immobilizer or equivalent anti-theft technology?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

26. Do You have in Your possession, custody, or control any Documents reflecting Your decision(s) to equip the Similar Vehicles with an engine immobilizer?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

27. Do You have in Your possession, custody, or control any Documents reflecting any research or analysis You conducted or relied on in connection with the process of deciding whether to equip the Subject Vehicles with an engine immobilizer or equivalent anti-theft technology?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

28. Do You have in Your possession, custody, or control any Documents reflecting any research or analysis You conducted or relied on in connection with the process of deciding whether to install an immobilizer in the Similar Vehicles?

    ___ Yes ___ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

29. Do You have in Your possession, custody, or control any Documents reflecting the final design of the anti-theft technology and equipment with which each Subject Vehicle and Similar Vehicle is equipped, if any?

    ___ Yes ___ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

30. Do You have in Your possession, custody, or control any Documents reflecting Your representations about the anti-theft technology and equipment with which each Subject Vehicle and Similar Vehicle is equipped, if any?

    ___ Yes ___ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

31. For each model of Subject Vehicle, state the total number You distributed to the United States:

32. State how many of each model of Subject Vehicle You distributed to each state in the United States:

33. Do You have in Your possession, custody, or control any Documents reflecting how many and where You distributed Subject Vehicles?

    ___ Yes ___ No

    **If yes**, provide a copy of the Document(s) responsive to this question.

7

34. Do You have in Your possession, custody, or control any Documents reflecting communications with NHTSA regarding each Subject Vehicle's compliance or non-compliance with FMVSS 114?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

35. Do You have in Your possession, custody, or control any Documents reflecting communications with NHTSA regarding each Similar Vehicle's compliance or non-compliance with FMVSS 114?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

36. For each Subject Vehicle, state whether You have issued a recall, campaign, technical service bulletin, or field service action concerning any anti-theft technology or equipment and, if so which of these action(s) were taken and when for each Subject Vehicle:

37. For each recall, campaign, technical service bulletin, or field service action identified in response to question 36, state whether You have in Your possession, custody, or control any Documents reflecting communications with NHTSA regarding these.

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

38. Identify each state and local government agency or entity with which You have communicated regarding any Subject Vehicle and when said communications began:

39. Do You have in Your possession, custody, or control any Documents reflecting the communications identified in response to question 38?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:


## IV.   Certification

I have made reasonable inquiries to answer the foregoing questions. Based on my personal knowledge and the information provided by other Defendant employees, I declare under penalty of perjury that all of the information provided in this Defendant Fact Sheet is complete, true, and correct to the best of my knowledge and information, and that I have provided all of the requested documents that are reasonably accessible to me and/or my attorneys, to the best of my knowledge.

_____          _____          _____
Signature                Print Name                   Date

# Exhibit C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br><br>*This Document Relates to*:<br>Governmental Entities Track | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**GOVERNMENTAL ENTITY DEFENDANT FACT SHEET** |

## Instructions

Use of this fact sheet. Hyundai Motor America, Kia America, Inc., and any other person or entity named as a defendant by a governmental entity in an action that has been consolidated or related to MDL 3052 must complete this Defendant Fact Sheet. This Defendant Fact Sheet constitutes discovery responses subject to the Federal Rules of Civil Procedure. The information provided will be used only for purposes related to this litigation and may be disclosed only as permitted by the Protective Order entered in this action.

Terms used.

a. "**Document**" refers to documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

b. "**Similar Vehicles**" refers to the following automobile models, and their localized equivalent if distributed outside of the United States, that were distributed with an engine immobilizer for model years 2011 through 2022: Hyundai Accent, Elantra, Elantra GT, Elantra Coupe, Elantra Touring, Genesis Coupe, Kona, Palisade, Santa Fe, Santa Fe Sport, Santa Fe XL, Sonata, Tucson, Veloster, Venue, and Veracruz; and the Kia Forte, K5, Optima, Rio, Sedona, Seltos, Sorento, Soul, and Sportage.

c. "**Subject Vehicles**" refers to the following vehicles that were designed, manufactured, or distributed without engine immobilizers in model years 2011 through 2022: Hyundai Accent, Elantra, Elantra GT, Elantra Coupe, Elantra Touring, Genesis Coupe, Kona, Palisade, Santa Fe, Santa Fe Sport,

1

Santa Fe XL, Sonata, Tucson, Veloster, Venue, and Veracruz; and the Kia Forte, K5, Optima, Rio, Sedona, Seltos, Sorento, Soul, and Sportage.

d.   "**You**" and "**Your**" refers to the entity completing this fact sheet, including any subsidiaries, affiliates, and agents over which You exercise control.

<u>Instructions regarding requests for information</u>. You must provide information reasonably available to You. Do not leave any questions unanswered or blank; if You contend any information requested is not reasonably accessible, provide as much information as You can. You should insert additional space where necessary to answer the questions completely. None of the requests are designed to require an expert evaluation or limit expert testimony.

<u>Instructions regarding Document requests</u>. For each question seeking Documents, You are required to conduct a reasonable search for responsive Documents. If you locate any responsive Documents, indicate so in response to the request below and, where requested, provide copies of the Documents as they are kept in the ordinary course of business.

<u>Timeframe</u>. The timeframe for responses to these questions is between 2011 and the present. The timeframe does not apply to Section III below.

**Defendant reserves the right to amend, supplement, correct, clarify, or otherwise revise the information contained herein based on further discovery and investigation.**

## I.   Who is Completing the Defendant Fact Sheet

1.   Name of Defendant:

_____

2.   Name(s) of individual(s) completing this Fact Sheet:

_____

3.   Role within Defendant's organization:

_____

## II.   Structural Information

4.   Identify each of Your department(s), division(s), and unit(s) that are or were responsible for the decisions, research, design, marketing, distribution, and regulatory compliance of and for each Subject Vehicle and the Similar Vehicles:

5. For each division, department, and unit You listed in response to Question 4, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

6. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 4?

   ___ Yes ___ No

   **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

7. For each department, division, and unit You listed in response to Question 4, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

8. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 4?

   ___ Yes ___ No

   **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

9. Identify each of Your department(s), division(s), and unit(s) that are or were responsible for the design, specifications, and manufacture of the anti-theft technology, including devices and related components, for each of the Subject Vehicles and Similar Vehicles, including but not limited to recalls, updates, and repairs thereof:

10. For each division, department, and unit You listed in response to Question 9, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

3

11. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 9?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

12. For each department, division, and unit You listed in response to Question 9, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

13. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 9?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

14. Identify each of Your department(s), division(s), and unit(s) that are or were responsible for Your response to insurance, warranty, and legal claims regarding thefts and attempted thefts of each Subject Vehicle and Similar Vehicle since 2011:

15. For each division, department, and unit You listed in response to Question 14, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit since 2011:

16. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 14?

___ Yes ___ No

4

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

17. For each department, division, and unit You listed in response to Question 14, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

18. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 14?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

19. Identify each of Your department(s), division(s), and unit(s) that since 2011 are or were responsible for Your interactions with federal, state, and local regulatory and government agencies and entities, respectively, regarding (a) regulatory compliance of and for the Subject Vehicles and Similar Vehicles with regard to anti-theft standards; and (b) thefts or attempted thefts of the Subject Vehicles:

20. For each division, department, and unit You listed in response to Question 19, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

21. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 19?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

22. For each department, division, and unit You listed in response to Question 19, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

23. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 19?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

## III.   Foundational Information

24. For each of the Subject and Similar Vehicle models, identify the approximate date (i.e., month and year) by which decisions were made regarding whether to equip them with an engine immobilizer or equivalent anti-theft technology:

25. Do You have in Your possession, custody, or control any Documents reflecting Your decision(s) not to equip the Subject Vehicles with an engine immobilizer or equivalent anti-theft technology?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

26. Do You have in Your possession, custody, or control any Documents reflecting Your decision(s) to equip the Similar Vehicles with an engine immobilizer?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

27. Do You have in Your possession, custody, or control any Documents reflecting any research or analysis You conducted or relied on in connection

with the process of deciding whether to equip the Subject Vehicles with an engine immobilizer or equivalent anti-theft technology?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

28. Do You have in Your possession, custody, or control any Documents reflecting any research or analysis You conducted or relied on in connection with the process of deciding whether to install an immobilizer in the Similar Vehicles?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

29. Do You have in Your possession, custody, or control any Documents reflecting the final design of the anti-theft technology and equipment with which each Subject Vehicle and Similar Vehicle is equipped, if any?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

30. Do You have in Your possession, custody, or control any Documents reflecting Your representations about the anti-theft technology and equipment with which each Subject Vehicle and Similar Vehicle is equipped, if any?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

31. For each model of Subject Vehicle, state the total number You distributed to the United States:

32. State how many of each model of Subject Vehicle You distributed to each state in the United States:

33. Do You have in Your possession, custody, or control any Documents reflecting how many and where You distributed Subject Vehicles?

___ Yes ___ No

**If yes**, provide a copy of the Document(s) responsive to this question.

34. Do You have in Your possession, custody, or control any Documents reflecting communications with NHTSA regarding each Subject Vehicle's compliance or non-compliance with FMVSS 114?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

35. Do You have in Your possession, custody, or control any Documents reflecting communications with NHTSA regarding each Similar Vehicle's compliance or non-compliance with FMVSS 114?

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

36. For each Subject Vehicle, state whether You have issued a recall, campaign, technical service bulletin, or field service action concerning any anti-theft technology or equipment and, if so which of these action(s) were taken and when for each Subject Vehicle:

37. For each recall, campaign, technical service bulletin, or field service action identified in response to question 36, state whether You have in Your possession, custody, or control any Documents reflecting communications with NHTSA regarding these.

___ Yes ___ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

38. Identify each state and local government agency or entity with which You have communicated regarding any Subject Vehicle and when said communications began:

8

39. Do You have in Your possession, custody, or control any Documents reflecting the communications identified in response to question 38?

\_\_\_ Yes \_\_\_ No

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

## IV.    Certification

I have made reasonable inquiries to answer the foregoing questions. Based on my personal knowledge and the information provided by other Defendant employees, I declare under penalty of perjury that all of the information provided in this Defendant Fact Sheet is complete, true, and correct to the best of my knowledge and information, and that I have provided all of the requested documents that are reasonably accessible to me and/or my attorneys, to the best of my knowledge.

_____          _____          _____
Signature                          Print Name                          Date