Thomas N. McCormick (Bar No. 325537)
tnmccormick@vorys.com
Vorys, Sater, Seymour and Pease LLP
4675 4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
(949) 526-7903

Kara M. Mundy (*admitted pro hac vice*)
kmmundy@vorys.com
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215

Gary E. Mason (*admitted pro hac vice*)
gmason@masonllp.com
Mason LLP
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015

Attorneys for Objector Ruth Rubin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | CASE NO. 8:22-ML-3052-JVS(KESx)<br><br>**RUTH RUBIN'S *EX PARTE* APPLICATION FOR LEAVE TO FILE RESPONSE TO CONSUMER CLASS PLAINTIFFS' REPLY IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT AND CLASS COUNSEL FEE AND EXPENSE AWARD**<br><br>The Honorable James V. Selna<br>Date: July 15, 2024<br>Time: 1:30 p.m.<br>Courtroom: 10C |

Objector Ruth Rubin hereby applies to this Court *ex parte* for an order granting Leave to File a Response ("Response") to Consumer Class Plaintiffs' Reply in Support of Final Approval of Class Settlement and Class Counsel Fee and Expense Award.

1

This *Ex Parte* Application is made pursuant to Local Rules 7-19 and 7-20, this Court's Standing Order related to *ex parte* applications, and for good cause because the requested relief will aid in the administration of justice, facilitate informed argument at the July 15, 2024 hearing on Consumer Plaintiffs' Motion for Final Approval of Class Settlement and Class Counsel Fee and Expense Aware and Ruth Rubin's Objection to the same, and not result in prejudice to any party.

This Motion is filed *ex parte* because after obtaining an extension from this Court, the Consumer Class Plaintiffs' Reply in Support of Final Approval of Class Settlement and Class Counsel Fee and Expense Award was not filed until June 17, 2024, leaving only 28 days between that filing and the Final Approval Hearing on the Class Action Settlement scheduled for July 15, 2024.  This shortened window of time was insufficient for Objectors Rubin to review the filing, draft this Response, and obtain a hearing date for a regularly scheduled Noticed Motion for Leave to file this Response.

The proposed Response from Rubin is necessary to address the grossly inaccurate and blatantly false allegations of professional misconduct, conflicts, and ethical violations directed at Rubin and her counsel Vorys, Sater, Seymour and Pease LLP ("Vorys") and Mason LLP ("Mason").  While the substantive arguments contained in Class Counsel's Reply in Support are also incorrect, Rubin's counsel will address those errors and misstatements at the Final Approval Hearing, whereas the false charges of ethical violations and professional misconduct mandate a written response.

Rubin has complied with the meet and confer and notice obligations set forth in Local Rule 7-19.  Specifically, counsel for Rubin contacted counsel for Consumer Class Plaintiffs and Defendants (as identified in the Certificate of Service which is fully incorporated here) on July 2, 2024 to provide the notice required by Local Rule 7-19, and to requested that counsel respond and notify Rubin whether they intended to oppose Rubin's Motion. As of this filing, no party has responded to Rubin's counsel's

2

RUTH RUBIN'S *EX PARTE* APPLICATION FOR LEAVE TO FILE RESPONSE TO CONSUMER CLASS PLAINTIFFS' REPLY IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT AND CLASS COUNSEL FEE AND EXPENSE AWARD
Case No. 8:22-ML-3052-JVS(KESx)

communication.

Last, this *ex parte* application is based upon the Memorandum of Points and Authorities, the attached Declarations in Support submitted by Douglas Matthews and Kara Mundy which are submitted as Exhibits A and B to the Memorandum of Points and Authorities, a proposed Order granting Leave to file the Response which is attached as Exhibit C, and a true and accurate copy of the Response for which Rubin is seeking leave to file which is attached as Exhibit D.

Dated: July 9, 2024  Respectfully submitted,

*/s/ Thomas N. McCormick*
Thomas N. McCormick
tnmccormick@vorys.com
Vorys, Sater, Seymour and Pease LLP
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
(949) 526-7903

Kara M. Mundy (pro hac vice)
kmmundy@vorys.com
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
Columbus, OH 43215
(614) 464-5669

Gary E. Mason (pro hac vice)
gmason@masonllp.com
Mason LLP
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(202) 292-4490

*Counsel for Ruth Rubin*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, the above document was served by electronic mail to the following individuals:

| | |
|---|---|
| Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-523-594<br>email: steve@hbsslaw.com | Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606<br>Telephone: 312-741-1019<br>Facsimile: 312-264-0100<br>Email: beth@feganscott.com |
| Kenneth B. McClain<br>HUMPHREY FARRINGTON & McCLAIN, P.C.<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050<br>Telephone: 816-836-5050<br>Facsimile: (816) 836-8966<br>Email: kbm@hfmlegal.com | Roland Tellis<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436<br>Telephone: (818) 839-2333<br>Facsimile: (214) 523-5500<br>Email: rtellis@baronbudd.com |

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*

Shon Morgan
Quinn Emanuel Urquhart & Sullivan, LLP
5335 Wisconsin Avenue, NW, Suite 640
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: shonmorgan@quinnemanuel.com

*Counsel for Defendants*

　　　　　　　　　　　　　　/s/ Kara M. Mundy
　　　　　　　　　　　　　　Kara M. Mundy
　　　　　　　　　　　　　　*Counsel for Ruth Rubin*