**DENIED
BY ORDER OF THE COURT**

Date: 07/09/2024
Hon. James V. Selna

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | CASE NO. 8:22-ML-3052-JVS(KESx)<br><br>**[PROPOSED] ORDER GRANTING RUTH RUBIN'S *EX PARTE* APPLICATION FOR LEAVE TO FILE RESPONSE TO CONSUMER CLASS PLAINTIFFS' REPLY IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT AND CLASS COUNSEL FEE AND EXPENSE AWARD** |

This Court has considered the *Ex Parte* Application for Leave to File a Response to Consumer Class Plaintiffs' Reply in Support of Final Approval of Class Settlement and Class Counsel Fee and Expense Award filed by Ruth Rubin. Good cause appearing, it is hereby ordered that Rubin's *Ex Parte* Application is **GRANTED**. This Court accepts the Response attached to Rubin's Application as Exhibit D.

**IT IS SO ORDERED.**

Dated: _____
The Honorable James V. Selna
United States District Court Judge

**DENIED BY ORDER OF THE COURT**