James B. Barton (admitted *pro hac vice*)
**Barton Cerjak S.C.**
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203

*Counsel for Plaintiffs In The Marvin & Henry Actions*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CONSUMER CLASS ACTION | CASE No. 8:22-ML-3052 JVS(KESx)<br>**The Honorable James V. Selna**<br><br>**NOTICE OF LODGING OF INDEX OF ALL PLEADINGS RELATED TO THE *MARVIN* & *HENRY* PLAINTIFFS' MOTION FOR FEE & EXPENSE AWARD**<br><br>Judge: Hon. James V. Selna<br>Date: July 15, 2024<br>Time: 1:30 P.M.<br>Courtroom: 10C |

The *Marvin* & *Henry* Plaintiffs here by give Notice of Lodging of the attached index of all pleadings related to the *Marvin* & *Henry* Plaintiffs' Motion for Fee & Expense Award.

Dated: July 10, 2024

By: /s/James B. Barton
James B. Barton
Barton Cerjak S.C.
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203

*Counsel for Plaintiffs In The Marvin & Henry Actions*

1

NOTICE OF LODGING OF INDEX OF ALL PLEADINGS RELATED TO THE *MARVIN* & *HENRY* PLAINTIFFS' MOTION FOR FEE & EXPENSE AWARD