# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>Government Entities Track | Case No. 8:22-ML-03052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER APPROVING FACT SHEETS** |

**ORDER**

Having reviewed the Joint Statement Regarding the Special Master's June 21, 2024 Report and Recommendation Regarding Fact Sheets, submitted on July 5, 2024 by Governmental Entities Plaintiffs ("GE Plaintiffs") and Defendants Kia America, Inc. and Hyundai Motor America ("Defendants"), and good cause being shown:

IT IS HEREBY ORDERED THAT Exhibits A and B are approved as the operative Plaintiff Fact Sheet and Defendant Fact Sheet, respectively.

Dated: July 11, 2024

_____
Hon. James V. Selna
United States District Judge