UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SAML 22-03052-JVS(KESx) | Date | July 15, 2024 |
| Title | In re Kia Hyundai Vehicle Theft Litigation | | |

PRESENT:

**HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal for Elsa Vargas　　　　　Sharon Seffens
Deputy Clerk　　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　　ATTORNEYS PRESENT FOR DEFENDANT:

Steve Berman, Elizabeth Fegan,　　　　　　Shon Morgan, Cristina Henriquez
Kenneth McClain, David Fernandes,
James Barton

Attorney Present for Objector Ruth Rubin: Kara Mundy

**PROCEEDINGS:** SETTLEMENT FAIRNESS AND EVIDENTIARY HEARING;
PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [376];
PLAINTIFFS' MOTION FOR CLASS COUNSEL FEE AND EXPENSE AWARD AND CLASS REPRESENTATIVE AWARDS [377];
PLAINTIFFS' MOTION FOR FEE AND EXPENSE AWARD [379]

Cause called and counsel make their appearances.

The Court hears oral argument from the parties. The Court's tentative ruling is issued. The Court takes the Motions under submission.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　-　：　55

　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　rrp/ev

cc: