Raymond M. Brown, Esq., NJSB#010891974
Janie Byalik, Esq., NJB#040702006
**PASHMAN STEIN WALDER HAYDEN PC**
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Fax: (201) 488-5556
rbrown@pashmanstein.com
jbyalik@pashmanstein.com
*Counsel for Plaintiff City Newark, New Jersey*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICE, and PRODUCTS LIABILITY LITIGATION | No. 8:22-ML-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>PLAINTIFF CITY OF NEWARK'S NOTICE OF ERRATA RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |
| This document relates to:<br><br>*City of Newark v. Hyundai Motor Company, et al.,*<br><br>Case No. 8:24-cv-00323-JVS-KES | Hearing Date: August 26, 2024<br>Hearing Time: 1:30 PM |

TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:

PLEASE TAKE NOTICE that the Plaintiff City of Newark hereby respectfully submits this Notice of Errata regarding their Opposition to Defendants Motion to Dismiss (Dkt. No. 508) ("Opposition"). Due to an oversight, the word "not" was omitted from the second paragraph on page 2, line 11. The letter "i" was incorrectly included on page 6, line 8. Plaintiff City of Newark will therefore promptly refile the Opposition correcting these errors. There will be no changes to the substance of the brief.

RESPECTFULLY SUBMITTED this 17th day of July, 2024.

| CITY OF NEWARK | PASHMAN STEIN WADER HAYDEN, PC |
|---|---|
| By /s/ Kenyatta K. Stewart<br>Kenyatta K. Stewart<br>Corporation Counsel<br>City of Newark Law Department<br>920 Broad Street, Room 316<br>Newark, NJ 07102<br>Telephone: (973) 733-6560<br>Fax: (440) 204-2257<br>stewartk@ci.newark.nj.us | By /s/ Raymond M. Brown<br>Raymond M. Brown (*pro hac vice*)<br>Janie Byalik (*pro hac vice*)<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Fax: (201) 488-5556<br>rbrown@pashmanstein.com<br>jbyalik@pashmanstein.com<br>*Counsel for Plaintiff City of Newark* |

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2024, I electronically filed the foregoing document with the clerk of the court using the cm/ecf system which will send notification of such filing to all counsel of record.

/s/ Raymond M. Brown
Raymond M. Brown (*pro hac vice*)