UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ml-3052-JVS (KESx) <br><br> **JUDGMENT [502]** <br><br> Judge: The Honorable James V. Selna <br> Ctrm: 10C |
| This document relates to: <br><br> ALL SUBROGATION CASES | |

JUDGMENT

The Court, having dismissed all of the claims asserted against Defendants Hyundai Motor Company ("HMC") and Kia Corporation ("KC") for lack of personal jurisdiction for the reasons set forth in its July 5, 2024, Order (Dkt. 495), expressly finds, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay, and therefore expressly directs the entry of final judgment as to HMC and KC:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Judgment is hereby entered on all of the claims against HMC and KC in favor of HMC and KC, and the Subrogation Plaintiffs shall recover nothing. The parties shall bear their own costs.

**IT IS SO ORDERED.**

Dated: July 22, 2024

_____
The Honorable James V. Selna
United States District Judge