| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606 |
| Kenneth B. McClain<br>HUMPHREY FARRINGTON & McCLAIN, P.C.<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050 | Roland Tellis<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436 |

*Consumer Class Action Leadership Counsel*
*(Counsel for Defendants and Objector Ruth Rubin on Signature Page)*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | Case No.: 8:22-ML-3052 JVS(KESx)<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR CONSUMER CLASS PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING DIMINUTION IN VALUE** |

The Consumer Class Plaintiffs, Defendants, and Objector Ruth Rubin (collectively, the "Parties") hereby stipulate, by and through their respective counsel, and agree to the following terms:

1. WHEREAS, on July 15, 2024, the Court held a hearing regarding the Consumer Class Plaintiffs' Motion for Final Approval of Class Action Settlement;

2. WHEREAS, during the hearing, counsel for the Consumer Class Plaintiffs offered to file a supplemental brief addressing the Court's questions regarding alleged diminution in value of the Class Vehicles;

3. WHEREAS, the Court directed the Parties to meet and confer on a briefing schedule for the supplemental brief;

NOW THEREFORE, the Parties, through their respective counsel, stipulate as follows and jointly apply for an order entering the dates below:

   a. Consumer Class Plaintiffs' supplemental brief regarding diminution in value shall be filed by **August 5, 2024**;
   b. Responses from objectors who submitted a timely objection regarding diminution in value shall be filed by **August 26, 2024**;
   c. Replies from Consumer Class Plaintiffs and Defendants shall be filed by **September 9, 2024**; and
   d. If the Court determines that a further hearing is appropriate, the Parties request the Court set the hearing for **September 16, 2024**, or on a date that is convenient for the Court.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 25, 2024            Respectfully Submitted.

By: /s/ *Steve W. Berman*
    Steve W. Berman, Esq.
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan, Esq.
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606


By: */s/ Kenneth B. McClain*
Kenneth B. McClain, Esq.
HUMPHREY FARRINGTON & McCLAIN
221 W. Lexington Ave., Suite 400
Independence, MO 64050


By: */s/ Roland Tellis*
Roland Tellis, Esq.
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Consumer Class Action Leadership Counsel*

By: */s/ Shon Morgan*
Shon Morgan
QUINN EMANUEL URQUHART & SULLIVAN, LLP 865 South Figueroa Street, 10th Fl. Los Angeles, CA 90017-2543

*Counsel for Defendants*

By: */s/ Thomas N. McCormick*
Thomas N. McCormick
Vorys, Sater, Seymour and Pease LLP 4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
(949) 526-7903

*Counsel for Ruth Rubin*

2
JOINT STIPULATION RE BRIEFING SCHEDULE FOR SUPP. BRIEF RE DIMINUTION IN VALUE

**ECF ATTESTATION**

I, Roland Tellis, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By: */s/ Roland Tellis*
Roland Tellis

JOINT STIPULATION RE BRIEFING SCHEDULE FOR SUPP. BRIEF RE DIMINUTION IN VALUE