| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-3052 JVS(KESx) **ORDER REGARDING BRIEFING SCHEDULE FOR CONSUMER CLASS PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING DIMINUTION IN VALUE [525]** |
| This document relates to: ALL CONSUMER CLASS ACTION CASES | |

# ORDER

Having reviewed the Stipulation Regarding Briefing Schedule for Consumer Class Plaintiffs' Supplemental Brief Regarding Diminution in Value submitted by the Consumer Class Plaintiffs, Defendants, and Objector Ruth Rubin, and good cause being shown:

IT IS HEREBY ORDERED THAT the Consumer Class Plaintiffs shall file their supplemental brief regarding diminution in value by August 5, 2024. Responses from objectors who submitted a timely objection regarding diminution in value shall be filed by August 26, 2024, and replies from the Consumer Class Plaintiffs and Defendants shall be filed by September 9, 2024. If the Court determines that a further hearing is appropriate, that hearing shall be on September 16, 2024, at 1:30 p.m.

Dated: August 01, 2024      By: _____
                                Hon. James V. Selna
                                United States District Court