QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Kia America, Inc. and Hyundai Motor America*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Governmental Entities Action | Case No.: 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION MODIFYING GOVERNMENTAL ENTITIES TRACK PHASE 1 FACT DISCOVERY DEADLINES; [PROPOSED] ORDER FILED CONTEMPORANEOUSLY HEREWITH** |

The Governmental Entity Plaintiffs ("GE Plaintiffs") and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (together, "Defendants" and each, a "Defendant"), hereby stipulate and agree to the following:

WHEREAS, on February 27, 2024, GE Plaintiffs and Defendants (the "Parties") proposed that Phase 1 of fact discovery—*i.e.*, structural and foundational discovery, including each GE Plaintiff and each Defendant (a) completing a fact sheet/questionnaire ("Fact Sheet"), (b) responding to interrogatories and requests for production, and (c) sitting for a 30(b)(6) deposition—be completed by December 1, 2024, Dkt. 315-1;

WHEREAS, on April 11, 2024, the Parties exchanged initial drafts of their Fact Sheets and met and conferred regarding the contents and scope of the proposed Fact Sheets, but were unable to reach agreement, thereafter seeking the Court's guidance;

WHEREAS, on April 16, 2024, the Court entered its Case Management Order for the GE Track ("CMO"). Dkt. 370. In the CMO the Court ordered, among other things, that completed Fact Sheets would be due no later than 60 days from the date of the Court's order entering and approving the proposed Fact Sheets,[1] to be followed by limited written discovery and thereafter one 30(b)(6) deposition of each party; that Phase 1 of fact discovery be completed by October 1, 2024; and that the Court would address whether to select bellwether GE Plaintiffs, and if so, the process for selection, in August 2024, Dkt. 370 at 8;

---

[1] This deadline applies only to cases that were proceeding in the MDL at the time the Court entered its order approving the Fact Sheets. The same CMO also provides timelines for later-filed GE cases: GE plaintiffs whose actions are directly filed in the Central District of California must complete their factsheets within 60 days from the date of Defendants' receipt of the complaint or from the date of formal service thereof, and GE plaintiffs whose cases are transferred to the MDL via the Judicial Panel on Multidistrict Litigation have 60 days from the day the Conditional Transfer Order is finalized. Nothing in this Stipulation is intended to modify these timelines.

1  WHEREAS, at the Court's April 18, 2024 Status Conference, the Court
2  directed the Parties to present disputes regarding the Fact Sheets to the Special Master,
3  once appointed, Dkt. 391 at 14;

4  WHEREAS, following the selection and formal appointment of the Hon. Gail
5  Andler (Ret.) as Special Master, the Parties' disputes regarding the contents of the
6  Fact Sheets were resolved in a Report and Recommendation by Judge Andler
7  followed by a stipulation by the Parties based on the Report and Recommendation,
8  and the Court's issuance of an order approving the stipulation and Fact Sheets on July
9  11, 2024, Dkt. 503;

10  WHEREAS, pursuant to the CMO dated April 16, 2024, the Parties' responses
11  to the Fact Sheets are due on September 9, 2024[2] (*after* the current August 22, 2024
12  deadline for the Parties' submissions regarding bellwethers), Dkt. 370 at 8, to be
13  followed by service of written discovery and a 30(b)(6) deposition of each Party; and

14  WHEREAS, the Parties agree that in light of the timeline above, the Parties
15  will not have exchanged the discovery they had anticipated exchanging before the
16  current August 22, 2024 deadline for submissions regarding bellwethers, and there is
17  insufficient time before the current October 1, 2024 Phase 1 fact discovery cutoff to
18  complete Phase 1 fact discovery;

19  //
20  //
21  //
22  //
23  //

---

[2] Except that, as noted in FN1 above, the due dates for Fact Sheet responses of GEs whose cases are or were filed or transferred to the MDL after the Court's July 11, 2024 Order are those set by the Court's CMO, Dkt. 370.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, THAT THE DEADLINES PROVIDED BY THE CMO IN THE GE TRACK BE MODIFIED BY THE COURT AS FOLLOWS:

1. The last day for the Parties to serve completed Fact Sheets shall be **September 9, 2024**;[3]

2. The last day for the Parties to file briefs regarding bellwethers, including whether to use bellwethers, and if so, the process for selection, shall be **November 5, 2024**;

3. The August 29 hearing on bellwethers is continued to **November 12, 2024 at 3:00 p.m.**;[4]

4. Phase 1 fact discovery shall be completed by **January 17, 2025**; and

5. The Parties shall submit proposals regarding Phase 2 fact discovery by **February 4, 2025**.

DATED: August 2, 2024                    Respectfully submitted,

*/s/ Steven G. Madison*
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

---

[3] Except that, as noted in FN1 and FN2 above, the due dates for Fact Sheet responses of GEs whose cases are or were filed or transferred to the MDL after the Court's July 11, 2024 Order are those set by the Court's CMO, Dkt. 370.

[4] The Parties do not propose to move the joint status conference set for that same day and time.

Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Kia America, Inc. and Hyundai Motor America*

*/s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio
(pro hac vice)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
gcappio@kellerrohrback.com
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Chair, Governmental Entities Committee*

**ECF ATTESTATION**

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

*/s/ Steven G. Madison*