1  Steve W. Berman
2  HAGENS BERMAN SOBOL
   SHAPIRO LLP
3  1301 Second Avenue, Suite 2000
4  Seattle, WA 98101

5  Kenneth B. McClain
6  HUMPHREY FARRINGTON &
   McCLAIN, P.C.
7  221 W. Lexington Ave., Suite 400
8  Independence, MO 64050

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Roland Tellis
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

9  *Plaintiffs' Consumer Class Action Leadership Committee*

10

11          **UNITED STATES DISTRICT COURT**
12          **CENTRAL DISTRICT OF CALIFORNIA**

13

14  In Re: KIA HYUNDAI VEHICLE THEFT
15  MARKETING, SALES PRACTICES,
    AND PRODUCTS LIABILITY
16  LITIGATION
17

18

19  This document relates to:
20
21  ALL CONSUMER CLASS ACTION
22  CASES
23

Case No.: 8:22-ml-03052-JVS-KES

**CONSUMER CLASS PLAINTIFFS'
SUPPLEMENTAL BRIEF
REGARDING DIMINISHED VALUE**

Judge: Hon. James V. Selna
Date: September 16, 2024
Time: 1:30 p.m.
Courtroom: 10C

24
25
26
27
28

At the Final Approval Hearing on July 15, 2024 (the "Hearing"), the Court asked Plaintiffs to submit a supplemental filing regarding whether the Class Vehicles have experienced diminution in value. Trans. at 6, 37. Plaintiffs respectfully submit this supplemental brief regarding diminution in value, in accord with the Court's Order Regarding Briefing Schedule for Consumer Class Plaintiffs' Supplemental Brief Regarding Diminution in Value (Dkt. No. 529).

As Plaintiffs pointed out at the Hearing, Plaintiffs did not believe that at the time they were negotiating the proposed Settlement (and continue to believe based on additional analysis) they could prove diminution in value damages on a class-wide basis. Trans. at 6. As a result we believed that a release of such claims in return for the benefits received was in the best interests of all class members including those who did not have theft-related damages. On this point, Plaintiffs submit the Supplemental Declaration of Edward M. Stockton on the Issue of Diminished Value in Support of Consumer Class Plaintiffs' Motion for Final Approval of Class Action Settlement (the "Supp. Stockton Decl."), which presents a sophisticated and reliable analysis of the relative trade-in values of the Class Vehicles compared to comparator models. In short, Mr. Stockton found that (i) relative value for 25 Class Vehicles over an 11-year period using clean trade in value as a percent of Manufacturer's Suggested Retail Price ("MSRP") did not materially decline as of July 2023, when the parties were negotiating the Settlement, and (ii) relative retention value of the Class Vehicles actually went up in 2020, 2021, and 2022, even after the "Kia Boyz" videos became prevalent.

## A.   Stockton Supplemental Declaration

Mr. Stockton is an economist who has opined in many dozens of matters relating to the evaluation of economic harm in the retail automotive industry, and he previously submitted a Declaration in this case regarding Total and Partial Loss claims. *See* Dkt.

1

Consumer Pls.' Supp. Brief re: Diminished Value
Case No.:  8:22-ml-03052-JVS-KES

No. 228-3.[1] Mr. Stockton selected a broad group of 25 Class Vehicles, which vary by age, product type, and model year, along with at least five non-Hyundai/Kia comparator vehicles from each product segment (e.g., midsize car, compact utility vehicle, etc.). For each model selected, Mr. Stockton acquired MSRP data from JD Power and the vehicle's Clean Trade-In ("CTI") value for each January and July for which data were available in the calendar years following the model year (that is, 2013 and forward for a model year 2012 vehicle). Supp. Stockton Decl., ¶ 11.

Mr. Stockton then conducted a regression analysis to control for some portions of the variation observed across various vehicles and time periods, including the vehicle's (a) make, (b) type or product segment, and (c) age at the time of valuation, and about general market conditions, including (d) the resale vehicle price level at the time of the valuation (similar to an inflation factor for used vehicles), and (e) retail fuel prices. With these controls, the model estimates the proportion of a vehicle's MSRP value that it will retain at a given age, considering its make, its type, used vehicle price levels generally, and fuel prices. Supp. Stockton Decl., ¶ 13.

Mr. Stockton found that between 2021 and the time of the Settlement Agreement (through July 2023), Class Vehicles showed no significant evidence of changes in value retention relative to comparator models. This finding holds whether evaluating the potential damage period as a single time period, 2021 through July 2023, or doing so on a calendar year basis for 2021, 2022, and 2023. Supp. Stockton Decl., ¶¶ 6, 15-18 & Tabs 2, 4.

Class Vehicles do show evidence of a very modest lower value retention in calendar year 2024 (that is, a time period post-dating the negotiation of the proposed Settlement) of about 8%. Supp. Stockton Decl., ¶ 19. Importantly, this does not necessarily indicate that the models declined in value *as a result of the Defect*. There

---

[1] The Court found that "Stockton qualifies as an expert to discuss the amount of damages incurred by Class Members under Federal Rule of Evidence 702." Dkt. No. 259 at 5.

are two significant confounding variables (neither of which objectors grapple with). *First*, as Mr. Stockton explains, 2024 captures "the period when the resale market emerged and likely corrected from historical price run-ups, which allows for the possibility different patterns of resale pricing inflation/deflation beyond that captured by the resale price level variable." Supp. Stockton Decl., ¶¶ 7, 22.[2] *Second*, in 2023, Hyundai/Kia and consumers settled two large class actions related to undisclosed safety defects and issued "park outside" recalls for more than 3 million additional vehicles,[3] and the publicity surrounding that case could have had an impact on relative values. *Id*. And, of course, the relative values of the Class Vehicles may recover in the future, as they did for the vehicles at issue in the *Toyota Unintended Acceleration* Litigation. Indeed, the 2024 downtick in relative values of for Hyundai/Kia vehicles is consistent with the notion that its cause is something other than the risk of theft, which has been highly publicized since 2020.

**B.    Diminished Value Recovery in *Toyota Unintended Acceleration* Litigation**

During the July 15, 2024, hearing, the Court asked about whether any class members in the *Toyota Unintended Acceleration* settlement recovered for alleged diminished value. The answer is: yes. In that case (and unlike here), Plaintiffs' expert economist (Mr. Stockton's former colleague at the Fontana Group, Ernest Manuel) found that the class vehicles sold or traded in from September 1, 2009, to December 31, 2010, suffered a <u>realized</u> loss in value due to publicity associated with reports of unintended acceleration events. No diminished value was found to be associated with sales before or after that damage period, except for instances of early lease terminations following a reported UA event. The expert found that the sale prices of the affected

---

[2] *See* https://finance.yahoo.com/news/car-market-fundamentally-broken-130000935.html ("As a result [of the Covid-19 pandemic], the traditional model of automotive car price forecasting has been upended.").

[3] https://www.nhtsa.gov/press-releases/consumer-alert-kia-and-hyundai-park-outside.

---

011112-11/2694988 V1

models at the end of 2010 were on a trajectory towards pre-damage period depreciation levels:  throughout the latter months of 2010, growing percentages of class vehicle sales showed either little-to-no evidence of abnormal price depreciation or price variation for reasons unrelated to unintended acceleration. Accordingly, only class members who sold or traded in from September 1, 2009, to December 31, 2010, were eligible to submit claims. Thus, the settlement in *Toyota* included a diminished value component, but only because—unlike here—there was reliable, scientific evidence that the vehicles at issue suffered a temporary decline in value during the class period and that, therefore, class members who sold during the relevant period suffered realized losses. What this means for this case is that owners who sell in 2024 might have a claim for diminished value, but objector Rubin did not sell her car.[4] So whether she will suffer diminished value is highly conjectural—by the time of a trial she could have appreciation versus other comparators. However, given the statistical data available, there is no reliable scientific evidence showing that at the time of settlement (or currently) diminished value due to the Defect can be proven. As a result Class Counsel had more than a good faith basis to enter into the settlement agreement that released diminished value claims in return for the other benefits made available to class members.

Dated: August 5, 2024.                    Respectfully Submitted.


                                By:  *Steve W. Berman*
                                     Steve W. Berman, Esq.
                                     **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                     1301 Second Avenue, Suite 2000
                                     Seattle, Washington 98101
                                     Telephone: (206) 623-7292
                                     Facsimile: (206) 623-0594

---

[4] Nor has Ms. Rubin even attempted to sell it. *See* Rubin Tr. at 96:4-14 (ECF 466-2, PageID#:15733).

011112-11/2694988 V1

Email: steve@hbsslaw.com

By: *Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    **FEGAN SCOTT LLC**
    150 S. Wacker Dr., 24th Floor
    Chicago, Illinois 60606
    Telephone: (312) 741-1019
    Fax: (312) 264-0100
    Email: beth@feganscott.com

By: *Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    **HUMPHREY FARRINGTON & McCLAIN**
    221 W. Lexington Ave., Suite 400
    Independence, Missouri 64050
    Telephone: (816) 836-5050
    Facsimile: (816) 836-8966
    Email: kbm@hfmlegal.com

By: *Roland Tellis*
    Roland Tellis, Esq.
    **BARON & BUDD, P.C.**
    15910 Ventura Boulevard, Suite 1600
    Encino, California 91436
    Telephone: (818) 839-2333
    Facsimile: (214) 523-5500
    Email: rtellis@baronbudd.com

*Consumer Class Action Leadership Counsel
and Counsel for Plaintiffs*

011112-11/2694988 V1

**L.R. 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains 1,236 words which complies with the word limit of L.R. 11-6.1.

Dated: August 5, 2024.                    Respectfully Submitted.

By: *Steve W. Berman*
       Steve W. Berman, Esq.
       **HAGENS BERMAN SOBOL SHAPIRO LLP**
       1301 Second Avenue, Suite 2000
       Seattle, Washington 98101
       Telephone: 206-623-7292
       Facsimile: 206-623-0594
       Email: steve@hbsslaw.com

## **PROOF OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party listed on the attached service list through the Court's electronic filing service on August 5, 2024.

*/s/ Steve W. Berman*
Steve W. Berman

CONSUMER PLS.' SUPP. BRIEF RE: DIMINISHED VALUE
CASE NO.:  8:22-ml-03052-JVS-KES

011112-11/2694988 V1

**Mailing Information for a Case 8:22-ml-03052-JVS-KES In Re: Kia Hyundai Vehicle Theft Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **21st Century Centennial Insurance Company**
  sng@bergerkahn.com

- **21st Century Insurance Company**
  sng@bergerkahn.com

- **21st Century Premier Insurance Company**
  sng@bergerkahn.com

- **Tom Adams**
  thomasgadams@gmail.com,tom@adamsassocs.com

- **Paul D. Anderson**
  pda@hfmlegal.com

- **Gail A. Andler**
  gandler@jamsadr.com,asprague@jamsadr.com

- **Melanie Calandra Teresa Ash**
  mash@law.nyc.gov

- **Rick L. Ashton**
  ashton@asnalaw.com,schenck@asnalaw.com

- **Helen Hairston Babin**
  hbabin@gertlerfirm.com

- **Mason A. Barney**
  mbarney@sirillp.com,cjernigan@sirillp.com,khertz@sirillp.com,apena@sirillp.com,ntenney@sirillp.com

- **James Bennett Barton**
  jbb@bartoncerjak.com,docketing@bartoncerjak.com

- **Timothy J Becker**
  tbecker@johnsonbecker.com

- **Theodore B Bell**
  tbell@masonllp.com

- **Susan M Benson**
  sbenson@bensonlegal.net,e-service@bensonlegal.net

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleh@hbsslaw.com

- **Garrett D Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **Timothy G Blood**
  tblood@bholaw.com,jdavis@bholaw.com,efile@bholaw.com,toreardon@bholaw.com

- **John D Blythin**
  jblythin@ademilaw.com

- **Peter J Brennan**
  pbrennan@jenner.com,jconwisar@jenner.com,docketing@jenner.com,mskitzki@jenner.com,lsaltzman@jenner.com,7971786420@filings.docketbird.com,kgarcia@jen

- **Bristol West Casualty Insurance Company**
  sng@bergerkahn.com

- **Bristol West Insurance Company**
  sng@bergerkahn.com

- **Bristol West Preferred Insurance Company**
  sng@bergerkahn.com

- **Michael T. Brody**
  mbrody@jenner.com

- **Raymond M. Brown**
  rbrown@pashmanstein.com

- **Janie Byalik**
  jbyalik@pashmanstein.com,icallandrillo@pashmanstein.com

- **William G Caldes**
  Bcaldes@srkattorneys.com

- **Gretchen F. Cappio**
  gcappio@kellerrohrback.com,gretchen-freeman-cappio-5238@ecf.pacerpro.com

- **Kevin P. Caraher**
  kcaraher@cozen.com

- **Timothy Edward Cary**
  caryt@stutmanlaw.com,guerram@stutmanlaw.com,marquardtk@stutmanlaw.com,ashl@stutmanlaw.com

- **Shantel M. Chapple Knowlton**
  schappleknowlton@edelson.com,9783928420@filings.docketbird.com,docket@edelson.com

- **George Chronic**
  jed_chronic@mrr-law.com

- **Coast National Insurance Company**
  sng@bergerkahn.com

- **Alicia Cobb**
  aliciacobb@quinnemanuel.com

- **Greg Frederic Coleman**
  gcoleman@milberg.com,gcoleman@ecf.courtdrive.com,cbryant@milberg.com

- **Cale Howard Conley**
  cale@conleygriggs.com

- **Matthew Connolly**
  mconnolly@delucalevine.com,jjones@delucalevine.com,swbradley@delucalevine.com,kgrant@delucalevine.com

- **Jenna L. Conwisar**
  JConwisar@jenner.com

- **Matthew Lee Dameron**
  matt@williamsdirks.com

- **Robert T Dassow**
  rdassow@hovdelaw.com

- **Justin G Day**
  jday@milberg.com,jday1@ecf.courtdrive.com,cbryant@milberg.com

- **Kaitlyn Leeann Dennis**
  kdennis@gustafsongluek.com

- **Kaitlyn M Dent**
  kdent@ghlaw-llp.com

- **Lauren Dickie**
  laurendickie@quinnemanuel.com

- **Nathan Dooley**
  ndooley@cozen.com,nathan-dooley-3562@ecf.pacerpro.com,mpeitzke@cozen.com,mvandenbosch@cozen.com

- **Economy Fire and Casualty Company**
  sng@bergerkahn.com

- **Economy Preferred Insurance Company**
  sng@bergerkahn.com

- **Economy Premier Assurance Insurance Company**
  sng@bergerkahn.com

- **David M. Eisenberg**
  eisenberg@bakersterchi.com

- **Jordan Bryan Everakes**
  jeverakes@ghlaw-llp.com,gzamudio@ghlaw-llp.com

- **Farah N Famouri**
  ffamouri@greeneespel.com

- **Stephen P. Farkas**
  sfarkas@callahan-law.com,cgallardo@callahan-law.com,mkingsbury@callahan-law.com

- **Farmers Casualty Insurance Company**
  sng@bergerkahn.com

- **Farmers Direct Property and Casualty Insurance Company**
  sng@bergerkahn.com

- **Farmers Group Property and Casualty Insurance Company**
  sng@bergerkahn.com

- **Farmers Insurance Company of Arizona**
  sng@bergerkahn.com

- **Farmers Insurance Company of Idaho**
  sng@bergerkahn.com

- **Farmers Insurance Company of Oregon**
  sng@bergerkahn.com

- **Farmers Insurance Company of Washington**
  sng@bergerkahn.com

- **Farmers Insurance Company, Inc**
  sng@bergerkahn.com

- **Farmers Insurance Exchange**
  sng@bergerkahn.com

- **Farmers Insurance of Columbus, Inc.**
  sng@bergerkahn.com

- **Farmers Lloyds Insurance Company of Texas**
  sng@bergerkahn.com

- **Farmers New Century Insurance Company**
  sng@bergerkahn.com

- **Farmers Property and Casualty Insurance Company**
  sng@bergerkahn.com

- **Farmers Specialty Insurance Company**
  sng@bergerkahn.com

- **Farmers Texas County Mutual Insurance Company**
  sng@bergerkahn.com

- **Elizabeth A. Fegan**
  beth@feganscott.com,1111388420@filings.docketbird.com,111388420@filings.docketbird.com

- **Elliott R. Feldman**
  efeldman@cozen.com,calbright@cozen.com

- **David Brian Fernandes , Jr**
  dfernandes@baronbudd.com

- **Daniel R. Ferri**
  dferri@dicellolevitt.com

- **Fire Insurance Exchange**
  sng@bergerkahn.com

- **Foremost County Mutual Insurance Company**
  sng@bergerkahn.com

- **Foremost Insurance Company Grand Rapids, Michigan**
  sng@bergerkahn.com

- **Foremost Signature Insurance Company**
  sng@bergerkahn.com

- **Rhett Thomas Francisco**
  rhett_francisco_law@yahoo.com,rfrancisco@ejlglaw.com

- **Jesse Fruchter**
  jfruchter@ademilaw.com

- **David A. Futscher**
  david@futscherlaw.com

- **Todd E. Gadtke**
  tgadtke@gadtkelawfirm.com,dstewart@gadtkelawfirm.com

- **Alison S. Gaffney**
  agaffney@kellerrohrback.com,cbrewer@kellerrohrback.com,alison-gaffney-0923@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com

- **Jenny Gassman-Pines**
  jgassman-pines@greeneespel.com,smiddag@greeneespel.com

- **Louis L Gertler**
  lgertler@gertlerfirm.com

- **Jeffrey S. Goldenberg**
  jgoldenberg@gs-legal.com,svaaler@gs-legal.com,cpence@gs-legal.com

- **David A Goodwin**
dgoodwin@gustafsongluek.com

- **Joshua S Greenberg**
jsg@bartonlegalsc.com

- **Justin C Griffin**
justingriffin@quinnemanuel.com,candytamai@quinnemanuel.com,candy-liao-quinn-emanuel-8683@ecf.pacerpro.com,calendar@quinnemanuel.com

- **Kenneth J. Grunfeld**
grunfeld@kolawyers.com,marcheco@kolawyers.com

- **Jason D Gustafson , I**
jason@throndsetlaw.com

- **Emery K Harlan**
emery.harlan@mwhlawgroup.com

- **Emery K. Harlan**
emery.harlan@mwhlawgroup.com,paiton.robertson@mwhlawgroup.com,tammy.williams@mwhlawgroup.com,Anne.Updegraff@mwhlawgroup.com,tracy.tompkins@

- **Christopher Draden Henderson**
chris@cdhlawoffices.com

- **Cristina Aide Henriquez**
cristinahenriquez@quinnemanuel.com,calendar@quinnemanuel.com

- **William J. Hoffmann**
bhoffmann@ghlaw-llp.com

- **Daniel Hogan**
hogand@stutmanlaw.com,gordonc@stutmanlaw.com

- **Patrick Howard**
phoward@smbb.com,bhartman@smbb.com,alafontaine@smbb.com

- **Illinois Farmers Insurance Company**
sng@bergerkahn.com

- **Raphael Janove**
raphael@janove.law,filings@janove.law,2544565420@filings.docketbird.com

- **Christopher J. Jessen**
cjessen@belinmccormick.com

- **Gerald D Jowers , Jr**
gjowers@myadvocates.com

- **Stephen J Kane**
Stephen.Kane@cityofchicago.org

- **Joshua B Katz**
jbk@kbg-law.com

- **Dean N. Kawamoto**
dkawamoto@kellerrohrback.com,dloeser@kellerrohrback.com,bwatson@kellerrohrback.com,cbrewer@kellerrohrback.com,dean-kawamoto-6396@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com

- **Zackary S Kaylor**
zkaylor@johnsonbecker.com

- **Ron Kilgard**
rkilgard@kellerrohrback.com,rmckinlay-mench@kellerrohrback.com,dwilcher@kellerrohrback.com,kkendrick@kellerrohrback.com

- **Alice S. Kim**
akim@jenner.com,docketing@jenner.com

- **Ashton Kirsch**
akirsch@mwl-law.com

- **Amanda K. Klevorn**
aklevorn@burnscharest.com,jgravois@burnscharest.com,aprovost@burnscharest.com

- **Elias Kohn**
ekohn@kohnswift.com,jkammerer@kohnswift.com

- **Jean Louise Larsen**
jlarsen@edelson.com

- **Lindsey LaBelle Larson**
llabellelarson@hjlawfirm.com

- **Jennifer A. Lenze**
jlenze@lenzelawyers.com,lwest@cohenhirsch.com

- **Kenneth T. Levine**
  klevine@delucalevine.com,agottlieb@delucalevine.com,sbranson@delucalevine.com,jjones@delucalevine.com

- **Adam J. Levitt**
  alevitt@dicellolevitt.com,5525369420@filings.docketbird.com

- **Jonathan D. Lindenfeld**
  jonathan@feganscott.com,wendy@feganscott.com

- **Derek W. Loeser**
  dloeser@kellerrohrback.com,bwatson@kellerrohrback.com,cbrewer@kellerrohrback.com,derek-loeser-0264@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com

- **Victoria Nikki Lui**
  vlui@bakpatlaw.com

- **Joseph M. Lyon**
  jlyon@thelyonfirm.com

- **John A Macoretta**
  jmacoretta@srkattorneys.com

- **Steven G Madison**
  stevemadison@quinnemanuel.com

- **Carl Malmstrom**
  malmstrom@whafh.com

- **John Maroney**
  John@maroney-law.com

- **Gary E. Mason**
  gmason@masonllp.com,jsuhr@masonllp.com,1175880420@filings.docketbird.com,mgribble@masonllp.com,theath@masonllp.com

- **Paul Matouka**
  notifications@oliverlawgroup.com

- **Sean Matt**
  sean@hbsslaw.com

- **Kenneth B McClain**
  kbm@hfmlegal.com

- **Chelsea McClain Pierce**
  cmp@hfmlegal.com

- **Thomas N. McCormick**
  tnmccormick@vorys.com,catompkins@vorys.com,edocketing@vorys.com

- **Ryan P. McDevitt**
  rmcdevitt@kellerrohrback.com,bspangler@kellerrohrback.com

- **Metropolitan General Insurance Company**
  sng@bergerkahn.com

- **Jonathan A. Michaels**
  jmichaels@defectattorney.com,bpetri@defectattorney.com,atermambreyan@defectattorney.com,jlopez@defectattorney.com,gknighten@defectattorney.com,isorat@de

- **Patrick W Michenfelder**
  pat@throndsetlaw.com

- **Mid-Century Insurance Company**
  sng@bergerkahn.com

- **Mid-Century Insurance Company of Texas**
  sng@bergerkahn.com

- **Nicholas A. Migliaccio**
  nmigliaccio@classlawdc.com,info@classlawdc.com

- **Shon Morgan**
  shonmorgan@quinnemanuel.com,mariko-fonseca-9540@ecf.pacerpro.com,calendar@quinnemanuel.com,marikofonseca@quinnemanuel.com

- **Margaret M Morrow**
  margaret.morrow@judicatewest.com

- **Toby Patrick Edwin Mulholland**
  tpm@rkminjurylaw.com

- **Kara M. Mundy**
  kmmundy@vorys.com

- **Todd B Naylor**
  tnaylor@gs-legal.com

- **Stephanie Heidi Ng**
  csimon@bergerkahn.com,aketcher@bergerkahn.com,tngo@bergerkahn.com

- **Thomas Joseph O'Reardon , II**
  toreardon@bholaw.com,jmacpherson@bholaw.com

- **Thomas Paolini**
  paolinit@stutmanlaw.com,worrellt@stutmanlaw.com

- **Simon B. Paris**
  sparis@smbb.com,bhartman@smbb.com,alafontaine@smbb.com

- **Megan Rae Peitzke**
  mpeitzke@cozen.com,megan-peitzke-2081@ecf.pacerpro.com,daynasmith@cozen.com

- **Emily Penkowski Perez**
  epenkowski@edelson.com

- **Rebecca Anne Peterson**
  rapeterson@locklaw.com,emmayer@locklaw.com,kjleroy@locklaw.com,bgilles@locklaw.com

- **Christopher Pitoun**
  christopherp@hbsslaw.com,cindyj@hbsslaw.com,carrie@hbsslaw.com,nicolleh@hbsslaw.com,bills@hbsslaw.com,rachelf@hbsslaw.com

- **Adam Pollock**
  adam@pollockcohen.com,adam-pollock-4287@ecf.pacerpro.com

- **Scott E Poynter**
  scott@poynterlawgroup.com,kim@swcfirm.com

- **Nathan D Prosser**
  nprosser@hjlawfirm.com

- **Michael F Ram**
  MRam@forthepeople.com,jbmiller@forthepeople.com,bdo@forthepeople.com,jcabezas@forthepeople.com,MAppel@forthepeople.com

- **Jason S. Rathod**
  jrathod@classlawdc.com

- **Michael R. Reck**
  mrreck@belinmccormick.com

- **Anne T Regan**
  aregan@hjlawfirm.com,jkuehn@hjlawfirm.com

- **Jimmy R Rock**
  jrock@edelson.com,3956638420@filings.docketbird.com,docket@edelson.com

- **Adam Michael Romney**
  ARomney@ghlaw-llp.com,gzamudio@ghlaw-llp.com

- **Shannon E. Royster**
  sroyster@baronbudd.com

- **Ruth Rubin**
  tnmccormick@vorys.com

- **Jacob R Rusch**
  jrusch@johnsonbecker.com,tforster@johnsonbecker.com

- **Matthew D. Schelkopf**
  Mds@sstriallawyers.com

- **Scott Evan Schlafer**
  scottschlafer@quinnemanuel.com

- **Amber Love Schubert**
  aschubert@sjk.law,paralegal@sjk.law,ecf@sjk.law

- **Richard A. Schuster**
  rschuster@mwl-law.com,cpogorzelski@mwl-law.com

- **Michael J Scola**
  mscola@ghlaw-llp.com

- **Security National Insurance Company**
  sng@bergerkahn.com

- **Robert K. Shelquist**
  rkshelquist@locklaw.com,jpdailey@locklaw.com,kjleroy@locklaw.com,bgilles@locklaw.com

- **Craig S Simon**
  csimon@bergerkahn.com

- **Madeline Paige Skitzki**
  mskitzki@jenner.com,6233585420@filings.docketbird.com,docketing@jenner.com,LSaltzman@jenner.com

- **Ben James Slatky**
  bslatky@ademilaw.com

- **Andrew K. Smith**
  aks@hfmlegal.com

- **Jay Madison Smith**
  smitmcel@aol.com

- **Bradford R. Sohn**
  brad@bradsohnlaw.com,paralegal@bradsohnlaw.com

- **Jonathan Mesle Soper**
  jms@hfmlegal.com,las@hfmlegal.com

- **Jeffrey L Spector**
  jspector@srkattorneys.com

- **Kate Spelman**
  KSpelman@jenner.com,7019227420@filings.docketbird.com,docketing@jenner.com,CRangel@jenner.com,kgarcia@jenner.com

- **Kevin Daniel Stanley**
  kds@hfmlegal.com,sah@hfmlegal.com

- **Mitchell B Stoddard**
  mbs@clalaw.com

- **Edward Susolik**
  es@callahan-law.com,esusolik@callahan-law.com,yjimenez@callahan-law.com

- **Adam M. Tamburelli**
  atamburelli@baronbudd.com,atamburelli@ecf.courtdrive.com

- **John E. Tangren**
  jtangren@dicellolevitt.com,3931276420@filings.docketbird.com

- **Marshall H Tanick**
  mtanick@meyernjus.com

- **Roland Tellis**
  rtellis@baronbudd.com,jcampbell@ecf.courtdrive.com,scluff@baronbudd.com,jcampbell@baronbudd.com

- **Chad Throndset**
  chad@throndsetlaw.com

- **Jonathan Tofilon**
  jtofilon@ghlaw-llp.com

- **Toggle Insurance Company**
  sng@bergerkahn.com

- **Catharine Michelle Tolson**
  ctolson@wolkincurran.com,arojas@wolkincurran.com

- **Richard Phillip Traulsen**
  rtraulsen@BMT-law.com

- **Truck Insurance Exchange**
  sng@bergerkahn.com

- **John D Van Ackeren**
  jvanackeren@callahan-law.com,mkingsbury@callahan-law.com

- **W. Diane Wayland**
  waylandd@stutmanlaw.com,guerram@stutmanlaw.com,ashl@stutmanlaw.com

- **Joshua C. Webb**
  jwebb@hwhlaw.com

- **Michael A Williams**
  mwilliams@williamsdirks.com

- **Roberta A Yard**
  r.yard@rwblawfirm.com

- **Tiffany Marko Yiatras**
  tiffany@consumerprotectionlegal.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices on this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Donald K Biner
256 Osprey Circle
Saint Marys, GA 31558

James           M. Davis
Blood Hurst and O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

Direct Auto Insurance Company
,

Laurence        A. Harrington
508 B Glen Echo Road
Philadelphia, PA 19119

Patriot Insurance Company
,

Melissa         Ann Payne
Payne Law
Ste. 250
26600 Detroit Road
Westlake, OH 44054

Max             Ephraim Rodriguez
Pollock Cohen LLP
111 Broadway  Suite 1804
New York, NY 10006
```