1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Governmental Entities Action | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER ADOPTING STIPULATION MODIFYING GOVERNMENTAL ENTITIES TRACK PHASE 1 FACT DISCOVERY DEADLINES**   [531] |

**ORDER**

Before the Court is the Governmental Entity Plaintiffs' and Defendants Hyundai Motor America and Kia America, Inc.'s (together, the "Parties") Stipulation Modifying Governmental Entities Track Phase 1 Fact Discovery Deadlines.

Having considered this Stipulation, the Court hereby ADOPTS the Parties' Stipulation and ORDERS that the Case Management Order in the Governmental Entities Track, Dkt. 370, be MODIFIED with the following new deadlines:

1. The Parties shall serve completed Fact Sheets by **September 9, 2024**;[1]

2. The last day for the Parties to file briefs regarding bellwethers, including whether to use bellwethers, and if so, the process for selection, shall be **November 5, 2024**;

3. The August 29 hearing on bellwethers is continued to **November 12, 2024 at 3:00 p.m.**; the Joint Status Conference re Governmental Entities and Subrogation Plaintiffs scheduled for **August 29 at 3:00 p.m.** shall proceed;

4. Phase 1 fact discovery shall be completed by **January 17, 2025**; and

5. The Parties shall submit proposals regarding Phase 2 fact discovery by **December 20, 2024** *(note date change)*.

**IT IS SO ORDERED.**

Dated: August 5, 2024

_____
Hon. James V. Selna
United States District Judge

---

[1] This deadline applies only to cases that were proceeding in the MDL at the time the Court entered its order approving the Fact Sheets. The Court's CMO, Dkt. 370, provides timelines for later-filed GE cases: GE plaintiffs whose actions are directly filed in the Central District of California must complete their fact sheets within 60 days from the date of Defendants' receipt of the complaint or from the date of formal service thereof, and GE plaintiffs whose cases are transferred to the MDL via the Judicial Panel on Multidistrict Litigation have 60 days from the day the Conditional Transfer Order is finalized. This Order does not modify those timelines.