**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Cristina Henriquez (Bar No. 317445)
  cristinahenriquez@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CONSUMER CLASS ACTION | CASE No. 8:22-ml-03052-JVS-KES<br><br>**DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING DIMINISHED VALUE** |

Plaintiffs' submission and expert report regarding settlement evaluation of purported diminished value for the Class Vehicles, ECF Nos. 532 & 532-1, largely addresses the Court's questions at the July 15 Final Approval hearing. Defendants, as the other settling party, briefly offer a few additional observations.

Diminished value in automotive cases is notoriously difficult to establish on a class basis because of the myriad and dynamic factors that affect resale prices, as well as the inefficient markets in which such sales occur (stated trade-in values that are impacted by other negotiation variables; below-value sales to family and friends; etc.). *E.g., see Eisen v. Porsche Cars of North America, Inc.*, 2014 WL 439006, *8 (C.D. Cal. Jan. 30, 2014) ("diminution in value damages pose great difficulties in a class action context, particularly when considering the challenge of proving such damages on a classwide basis") (approving class action settlement notwithstanding objections that it did not compensate the purported diminished value).

Plaintiffs' submission candidly and accurately confirms the absence of reliable market data that might indicate that Class Vehicles were impacted by disproportionate resale decreases during the most relevant period to this dispute, 2021-23. ECF No. 532 at 4. Plaintiffs' analysis of resale value data for this period is consistent with the independent review by defendants both during settlement negotiations and through the settlement approval process.

Although plaintiffs' expert noted some relative decline in resale values for Class Vehicles during 2024, that finding is likely a result of the particular data set evaluated, and not necessarily reflected in other available data. Because used car resale data is so variable-dependent, reporting sources vary in their results. Plaintiffs' expert, Mr. Stockton, relied exclusively on J.D. Power data for his valuation analysis. Dkt. 532-1 at ¶ 11; Dkt. 532 at 2. For a comparison, defendants evaluated resale data

from another popular source, Edmunds.com,[1] for the period of August 2023-July 2024.

The Edmunds-estimated trade-in values for various 2018 makes and models (one sample model year) are reflected in the chart below and more extensively in Exhibit A to the Declaration of Sung Hwan Hong In Support Of Defendants' Supplemental Brief Regarding Diminished Value ("Hong Declaration")

In five of six vehicle classes, the Edmunds data shows that some other makes and models diminished *more* (on a percentage basis) than comparable Hyundai and Kia vehicle models during August 2023-July 2024.

| **Vehicles** | Edmunds Trade-in value Aug 2023 | Edmunds Trade-in value July 2024 | % Change in Edmunds Trade-in value from Aug 2023 to July 2024 |
|---|---|---|---|
| **Subcompact Cars** | | | |
| 2018 Hyundai Accent | $8,987 | $7,837 | -12.8% |
| 2018 Kia Rio | $9,584 | $8,411 | -12.2% |
| 2018 Chevrolet Sonic | $9,121 | $7,775 | -14.8% |
| 2018 Nissan Versa | $6,981 | $6,110 | -12.5% |
| 2018 Toyota Yaris | $12,783 | $11,695 | -8.5% |
| **Compact Cars** | | | |
| 2018 Hyundai Elantra | $11,498 | $9,808 | -14.7% |
| 2018 Kia Forte | $10,352 | $8,749 | -15.5% |
| 2018 Toyota Corolla | $13,574 | $12,330 | -9.2% |
| 2018 Honda Civic | $13,973 | $12,849 | -8.0% |
| 2018 Volkswagen Jetta | $11,483 | $9,588 | -16.5% |
| 2018 Nissan Sentra | $10,730 | $9,043 | -15.7% |
| 2018 Mazda 3 | $13,013 | $11,930 | -8.3% |
| **Midsize Cars** | | | |
| 2018 Hyundai Sonata | $12,754 | $10,952 | -14.1% |
| 2018 Kia Optima | $12,412 | $10,356 | -16.6% |

---

[1] Although defendants view Blackbook data as a reliable source well-suited for administration of the Settlement, its terms of use discourage subscribers from using Blackbook data in support of litigation positions. Edmunds data is readily available to consumers and can serve as one of many resources that reflect market values. Edmunds data is available at: https://www.edmunds.com/used-cars-for-sale/

| **Vehicles** | Edmunds Trade-in value Aug 2023 | Edmunds Trade-in value July 2024 | % Change in Edmunds Trade-in value from Aug 2023 to July 2024 |
|---|---|---|---|
| 2018 Honda Accord | $17,387 | $15,616 | -10.2% |
| 2018 Toyota Camry | $17,090 | $15,640 | -8.5% |
| 2018 Chevrolet Malibu | $13,544 | $12,049 | -11.0% |
| 2018 Nissan Altima | $13,515 | $12,120 | -10.3% |
| 2018 Mazda 6 | $16,355 | $14,313 | -12.5% |
| **Subcompact SUV** | | | |
| 2018 Hyundai Kona | $14,693 | $12,549 | -14.6% |
| 2018 Kia Soul | $10,711 | $9,106 | -15.0% |
| 2018 Jeep Renegade | $14,293 | $11,974 | -16.2% |
| 2018 Nissan Kicks | $14,069 | $11,996 | -14.7% |
| 2018 Ford EcoSport | $12,710 | $10,985 | -13.6% |
| 2018 Toyota C-HR | $15,308 | $12,966 | -15.3% |
| 2018 Honda HR-V | $15,830 | $13,941 | -11.9% |
| **Compact SUV** | | | |
| 2018 Hyundai Tucson | $13,992 | $11,656 | -16.7% |
| 2018 Kia Sportage | $13,662 | $11,158 | -18.3% |
| 2018 Chevrolet Equinox | $14,407 | $12,032 | -16.5% |
| 2018 Nissan Rogue | $16,532 | $13,603 | -17.7% |
| 2018 Ford Escape | $13,284 | $10,829 | -18.5% |
| 2018 Toyota RAV4 | $19,022 | $17,365 | -8.7% |
| **Midsize SUV** | | | |
| 2018 Hyundai Santa Fe | $14,687 | $12,021 | -18.2% |
| 2018 Kia Sorento | $15,643 | $13,224 | -15.5% |
| 2018 Jeep Grand Cherokee | $20,553 | $16,985 | -17.4% |
| 2018 Volkswagen Tiguan | $18,045 | $14,182 | -21.4% |
| 2018 Ford Explorer | $20,048 | $16,437 | -18.0% |
| 2018 Toyota Highlander | $25,592 | $22,478 | -12.2% |

According to the Edmunds data, the lone vehicle class where Hyundai and Kia vehicles saw slightly greater decreases than competitor vehicles for 2024 was among midsize vehicles. But as plaintiffs point out in their submission, there is no basis to conclude that the absence of engine immobilizers or the TikTok-inspired theft phenomenon is the cause of this small relative value decrease. Most obviously, if

those factors were the cause, one would logically expect to see the same result across all vehicle classes. The Edmunds data refutes this conclusion. In addition, as plaintiffs further correctly note, the midsize Hyundai Sonata and Kia Optima were subject during this same period to class actions (and settlements) relating to claimed catastrophic engine failures and fire propensity (as well as class actions asserting various other claimed defects, including excessive oil consumption), which could just as reasonably explain any relative decrease in values. ECF No. 532 at 3; *In re: Hyundai and Kia Engine Litigation*, Case No. 8:17-cv-00838-JLS-JDE (C.D. Cal.), ECF No.194-1 (class action settlement covering many of the same vehicle models at issue here, including the 2018 Kia Optima and 2018 Hyundai Sonata); *In re Hyundai and Kia Engine Litigation II*, Case No. 8:18-cv-02223-JLS-JDE (C.D. Cal.), ECF No. 79-2 (class action settlement covering many of the same vehicle models at issue here); *Cho v. Hyundai Motor Company, Ltd.*, Case No. 8:22-cv-00448-SPG-KES (C.D. Cal.), ECF No. 58 (class action settlement complaint alleging many of the same vehicle models at issue here, including the 2018 Kia Optima and 2018 Hyundai Sonata, consume oil excessively). Further, these reporting companies summarize resale value on a model-year basis and do not undertake the VIN-level analysis necessary to differentiate Hyundai and Kia vehicles manufactured without an immobilizer from Hyundai and Kia vehicles of the same year manufactured with immobilizers.

For all these reasons and those articulated by the Consumer Class Plaintiffs, no data assessed by the settling parties revealed a resale differential for Class Vehicles that could be deemed material, consistent, or fairly attributable to the immobilizer-related issues in this litigation.

| | | |
|---|---|---|
| 1 | DATED:  August 6, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  */s/ Shon Morgan* |
| 5 | | Shon Morgan |
| 6 | | |
| 7 | | *Attorneys for Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company* |

**L.R. 11-6.2. Certificate of Compliance**

The undersigned, counsel of record for defendants, certifies that this brief contains 1050 words, which complies with the word limit of L.R. 11-6.1.

DATED: August 6, 2024        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Shon Morgan*
      Shon Morgan

*Attorneys for Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*

**Proof of Service**

I hereby certify that on August 6, 2024, a true copy of the above document, titled Defendants' Supplemental Brief Regarding Diminished Value, was served upon the attorney of record for all *pro se* parties who have been granted leave to file documents electronically in this case pursuant to L.R. 5-4.1.1 and all those who have appeared in this case and are registered to receive service through the CM/ECF System. In addition, on August 6, 2024, I also caused a true and correct copy of the foregoing document to be served by causing it to be mailed to the following at the below addresses:

| | |
|---|---|
| Patriot Insurance Company<br>C/O Melissa Ann Payne<br>Payne Law, Ste. 250<br>26600 Detroit Road<br>Westlake, OH 44054 | Direct Auto Insurance Company<br>C/O Laurence A. Harrington<br>508 B. Glen Echo Road<br>Philadelphia, PA 19119 |
| Max Ephraim Rodriguez<br>Pollock Cohen LLP<br>111 Broadway Suite 1804<br>New York, NY 10006 | James M. Davis<br>Blood Hurst and O'Reardon LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101 |
| | Donald K. Biner<br>256 Osprey Circle<br>Saint Marys, GA 31558 |

DATED:  August 6, 2024                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     */s/ Shon Morgan*
       Shon Morgan

*Attorneys for Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company*