**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
ES@callahan-law.com
John D. Van Ackeren (SBN 240739)
jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel.: (714) 241-4444 / Fax: (714) 241-4445

**JENNER & BLOCK LLP**
Peter J. Brennan (pro hac vice)
PBrennan@jenner.com
Michael T. Brody (pro hac vice)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350 / Fax: (312) 527-0484

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>ALL SUBROGATION CASES, | CASE NO. 8:22-ML-03052-JVS(KESx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL SUBROGATION PLAINTIFFS TO PROVIDE FURTHER RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION, SET TWO**<br><br>Hon. Gail A. Andler (Ret.)<br>Discovery Special Master<br><br>Motion Hearing Date: August 20, 2024<br>Motion Hearing Time: 8:00 a.m.<br><br>Discovery Cutoff:     February 3, 2025<br>Pretrial Conference:  Not Set<br>Trial Date:           Not Set |

DEFENDANTS' NOTICE OF MOTION TO COMPEL

TO SUBROGATION PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON August 20, 2024, at 8:00 a.m., or as soon thereafter as the matter may be heard, before the Discovery Special Master Honorable Gail Andler at JAMS Orange County Resolution Center, 5 Park Plaza, Suite 400, Irvine, California 92614, and via Zoom, Defendants Hyundai Motor America and Kia America, Inc. (together, "Defendants") will and hereby do move for an Order compelling the Subrogation Plaintiffs to (i) provide separate, further responses to each of the Requests for Production in Set Two stating an agreement to comply, (ii) produce all responsive, nonprivileged documents in their possession, custody, and control, and (iii) provide a privilege log for all documents withheld on the grounds of privilege. This Motion is made on the grounds that the requested documents are relevant to the subject matter of this action, and the Subrogation Plaintiffs' refusal to comply with the Requests and produce documents is without justification.

This Motion will be based on this Notice of Motion, the Joint Stipulation filed herewith, and the Declaration of Edward Susolik and exhibits thereto filed herewith.

DEFENDANTS' NOTICE OF MOTION TO COMPEL

| | |
|---|---|
| Dated: July 30, 2024 | **CALLAHAN & BLAINE, APLC**<br><br>By: */s/ Edward Susolik*<br>Edward Susolik<br>John D. Van Ackeren<br>Stephen P. Farkas<br>CALLAHAN & BLAINE<br>3 Hutton Centre Drive, Ninth Floor,<br>Santa Ana, CA 92707<br>Telephone: (714) 862-1081<br>Facsimile: (714) 241-4445<br>ES@callahan-law.com<br>JVanAckeren@callahan-law.com<br>SFarkas@callahan-law.com<br><br>Peter J. Brennan (*pro hac vice*)<br>Michael T. Brody (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: +1 312 222 9350<br>Facsimile: +1 312 527 0484<br>PBrennan@jenner.com<br>MBrody@jenner.com<br><br>Kate T. Spelman<br>Alice S. Kim<br>Madeline P. Skitzki<br>Jenna L. Conwisar<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Telephone: +1 213 239 5100<br>Facsimile: +1 213 239 5199<br>KSpelman@jenner.com<br>AKim@jenner.com<br>MSkitzki@jenner.com<br>JConwisar@jenner.com<br><br>Attorneys for Defendants<br>HYUNDAI MOTOR AMERICA and<br>KIA AMERICA, INC. |