ELLIOTT R. FELDMAN
NATHAN DOOLEY (SBN 224331)
MEGAN PEITZKE
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
EFeldman@cozen.com

WILLIAM J. HOFFMANN
ADAM M. ROMNEY (SBN 261974)
SUSAN M. BENSON (SBN 146837)
GROTEFELD HOFFMANN LLP
15303 Ventura Blvd., Bldg. C, Ste. 1505,
Sherman Oaks, CA 91403
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
bhoffmann@ghlaw-llp.com

TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
CaryT@Stutmanlaw.com

CRAIG S. SIMON (SBN 78158)
STEPHANIE H. NG (SBN 309389)
BERGER KAHN, A Law Corporation
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
csimon@bergerkahn.com

Attorneys for Subrogation Insurance Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION.<br><br>This document relates to:<br><br>Insurance Subrogation Cases | CASE NO. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**SUBROGATION PLAINTIFFS' JOINT NOTICE OF APPEAL**<br><br>*Concerning Subrogation Actions:*<br>23-cv-00443; State Auto. Mutual Ins. Co. v. Hyundai Motor Am.<br>23-cv-00792; Standard Fire Ins. Co. v. Hyundai Motor Am.<br>23-cv-04288; 21st Century Centennial Ins. Co. v. Hyundai Motor Am.<br>23-cv-00981; State Farm Mutual Auto. Ins. Co. v. Hyundai Motor Am.<br>23-cv-01051; Zurich Am. Ins. Co. v. Kia Am., Inc.<br>23-cv-01225; Am. Nat'l Prop. & Cas. |

| | Co. v. Hyundai Motor Am. 23-cv-01354; <u>Grange Ins. Ass'n v. Hyundai Motor Am.</u> 23-cv-06212; <u>Westfield Ins. Co. v. Hyundai Motor Am.</u> 24-cv-00519; <u>Am. Mercury Ins. Co. v. Hyundai Motor Am.</u> 24-cv-01261; <u>AMICA Mutual Ins. Co. v. Hyundai Motor Am. et al.</u> |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT** Plaintiffs, Acuity, A Mutual Insurance Company, Adirondack Insurance Exchange, Agent Alliance Insurance Company, Allied Property & Casualty Insurance Company, Allstate County Mutual Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property & Casualty Insurance Company, Allstate North American Insurance Company, Allstate Northbrook Indemnity Company, Allstate Property & Casualty Insurance Company, Alpha Property & Casualty Insurance Company, Amco Insurance Company, America First Insurance Company, American Alliance Casualty Company, American Casualty Company, American Commerce Insurance Company, American Economy Insurance Company, American Family Connect Insurance Company, American Family Connect Property and Casualty Insurance Company, American Family Insurance Company, American Family Mutual Insurance Company, S.I., American Standard Insurance Company of Ohio, American Standard Insurance Company of Wisconsin, American States Insurance Company, American States Preferred Insurance Company, Artisan and Truckers Casualty Company, ASI Select Auto Insurance Corporation, Austin Mutual Insurance Company, Blue Hill Specialty Insurance Company, Century-National Insurance Company, Charter Indemnity Company, Church Mutual Insurance Company, S.I.,

Citizens United Reciprocal Exchange, Erie Insurance Company, Clear Blue Specialty Insurance, Colonial County Mutual Insurance Co., Commerce Insurance Company, Commerce West Insurance Company, Consolidated Insurance Company, Continental Casualty Company, Continental Insurance Company, Crestbrook Insurance Company, CSAA Affinity Insurance Company, CSAA Fire and Casualty Company, CSAA General Insurance Company, CSAA Insurance Exchange, Depositors Insurance Company, Direct General Insurance Company, Direct General Insurance Company of Mississippi, Direct Insurance Company, Direct National Insurance Company, Drive Insurance Company f/k/a Progressive West Insurance Company, Drive New Jersey Insurance Company, f/k/a Parkway Insurance Company, Employers Insurance Company of Wausau, Encompass Floridian Indemnity Company, Encompass Floridian Insurance Company, Encompass Home & Auto Insurance Company, Encompass Indemnity Company, Encompass Independent Insurance Company, Encompass Insurance Company, Encompass Insurance Company of America, Encompass Insurance Company of Massachusetts, Encompass Insurance Company of New Jersey, Encompass Property & Casualty Insurance Company, Encompass Property & Casualty Insurance Company of New Jersey, Encova Mutual Insurance Group, Erie Insurance Company of New York, Erie Insurance Exchange, Erie Insurance Property & Casualty Co., Esurance Insurance Company, Esurance Insurance Company of New Jersey, Esurance Property & casualty Insurance Company, Financial Indemnity Company, First Chicago Insurance Company, First National Insurance Company of America, Flagship City Insurance Company, Freedom Specialty Insurance Company, Garrison Property & Casualty Insurance Company, General Casualty Company of Wisconsin, General Casualty Insurance Company, General Insurance Company of America, Grain Dealers Mutual Insurance Company, Grinnell Compass Inc., Grinnell Mutual Reinsurance Company, Grinnell Select Insurance Company, Harleysville Insurance Company, Harleysville Insurance Company of New Jersey, Harleysville Insurance Company of New York,

Hartford Accident & Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Co. of the Midwest, Hartford Insurance Co. of the Southeast, Hartford Insurance Company of Illinois, Hartford Underwriters Insurance Company, Home State County Mutual Insurance Company, Horace Mann Insurance Company, Horace Mann Property & Casualty Insurance Company, Imperial Fire & Casualty Insurance Company, Infinity Assurance Insurance Company, Infinity Auto Insurance Company, Infinity Casualty Insurance Company, Infinity County Mutual Insurance Company, Infinity Indemnity Company, Infinity Insurance Company, Infinity Safeguard Insurance Company, Infinity Select Insurance Company, Infinity Standard Insurance Company, Integon Casualty Insurance Company, Integon General Insurance Corporation, Integon Indemnity Corporation, Integon National Insurance Company, Integon Preferred Insurance Company, Kemper Independence Insurance Company, Liberty County Mutual Insurance Company, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, Liberty Mutual Personal Insurance Company, Liberty Personal Insurance Company, LM General Insurance Company, LM Insurance Corporation, Main Street America Protection Insurance Company, MAPFRE Insurance Company, Merastar Insurance Company, MIC General Insurance Company, Midvale Indemnity Company, Milbank Insurance Company, Mobilitas General Insurance Company, Montgomery Mutual Insurance Company, Mountain Laurel Assurance Company, Mountain Valley Indemnity Company, National Casualty Company, National Continental Insurance Company, National Farmers Union Property and Casualty Company, National Fire Insurance Company, National General Assurance Company, National General Insurance Company, National General Insurance Online, Inc., National General Premiere Insurance Company, Nationwide Affinity Insurance Company of America, Nationwide Agribusiness Insurance Company, Nationwide Assurance Company, Nationwide General Insurance Company, Nationwide

Insurance Company of America, Nationwide Mutual Fire Insurance Company, Nationwide Mutual Insurance Company, Nationwide Property & Casualty Insurance Company, New Jersey Indemnity Insurance Company, New Jersey Manufacturers Insurance Company, New Jersey Skyland Insurance Association, New South Insurance Company, NGM Insurance Company, Old Dominion Insurance Company, NonProfits Ins. Alliance of CA, Inc. ("NIAC"), Nutmeg Insurance Company, Old American County Mutual Fire Insurance Company, Pacific Insurance Company, Ltd., Peerless Indemnity Insurance Company, PEMCO Mutual Insurance Company, Permanent General Assurance Corporation, Personal Express Insurance, Progressive Advanced Insurance Company, Progressive American Insurance Company, Progressive Bayside Insurance Company, Progressive Casualty Insurance Company, Progressive Choice Insurance Company, Progressive Classic Insurance Company, Progressive County Mutual Insurance Company, Progressive Direct Insurance Company, Progressive Express Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company f/k/a Salem Insurance, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Corporation, Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive New Jersey Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Premier Insurance Company of Illinois, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Property & Casualty Insurance Company of Hartford, Redpoint County Mutual Insurance Company, Response Insurance Company, Root Insurance Company, Root Lone Star Insurance Agency, Inc., Root Property & Casualty Insurance Company, Safe Auto Choice Insurance Company, Safe Auto

1  Insurance Company, Safeco Insurance Company of America, Safeco Insurance
2  Company of Illinois, Safeco Insurance Company of Indiana, Safeco Insurance
3  Company of Oregon, Safeco Lloyds Insurance Company, Safeco National Insurance
4  Company, Safeway Insurance Company, Safeway Insurance Company of Alabama,
5  Inc., Safeway Insurance Company of Georgia, Safeway Insurance Company of
6  Louisiana, Scottsdale Indemnity Company, Scottsdale Insurance Company, Sentinel
7  Insurance Company, Ltd., Southern County Mutual Insurance, Southern Pilot
8  Insurance Company, Spring Valley Mutual Insurance Company, Standard Property &
9  Casualty Insurance Company, State Auto Property & Casualty Insurance Company,
10 State Automobile Mutual Insurance Company, Teachers, Insurance Company, The
11 First Liberty Insurance Corporation, The General Automobile Insurance Company,
12 Inc., The Netherlands Insurance Company, Titan Insurance Company, Transportation
13 Insurance Company, Trinity Universal Insurance, Trumbull Insurance Company,
14 Twin City Fire Insurance Company, Unigard Insurance Company, United Financial
15 Casualty Company, United Security Health and Casualty Insurance Company, United
16 Services Automobile Association, Unitrin Auto and Home Insurance Company,
17 Unitrin County Mutual Insurance Company, Unitrin Direct Insurance Company,
18 Unitrin Direct Property & Casualty Insurance Company, Unitrin Preferred Insurance
19 Company, Unitrin Safeguard Insurance Company, USAA Casualty Insurance
20 Company, USAA General Indemnity Company, Valley Forge Insurance Company,
21 Valley Property & Casualty Insurance Company, Victoria Fire & Casualty Company,
22 Victoria Select Insurance Company, Warner Insurance Company, and Wausau
23 Underwriters Insurance Company (Plaintiffs in 23-cv-00443); American Mercury
24 Insurance Company, Atlantic States Insurance Company, Branch Insurance
25 Exchange, California Automobile Insurance Company, Consumers County Mutual
26 Insurance Company, Dairyland County Mutual Insurance Company of Texas,
27 Dairyland Insurance Company, Dairyland National Insurance Company, Donegal
28 Mutual Insurance Company, Enumclaw Property and Casualty Insurance Company,

1  Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance
2  Underwriters Inc., Fidelity and Guaranty Insurance Underwriters Inc., First Floridian
3  Auto and Home Insurance Company, Guideone America Insurance Company,
4  Guideone Elite Insurance Company, Guideone Insurance Company F/K/A Guideone
5  Mutual Insurance, Guideone Mutual Insurance Company, Guideone National
6  Insurance Company, Guideone Specialty Insurance Company, Mercury Casualty
7  Company, Mercury County Mutual Insurance Company, Mercury Indemnity
8  Company of America, Mercury Indemnity Company of Georgia, Mercury Insurance
9  Company of Illinois, Mesa Underwriters Specialty Insurance Company, Michigan
10 Insurance Company, Middlesex Insurance Company, Mountain States Indemnity
11 Company, Mutual of Enumclaw Insurance Company, Orion Indemnity Company,
12 Patriot General Insurance Company, Peak Property & Casualty Insurance
13 Corporation, Philadelphia Indemnity Insurance Company, Selective Auto Insurance
14 Company of New Jersey, Selective Insurance Company of America, Selective
15 Insurance Company of South Carolina, Selective Insurance Company of the
16 Southeast, Selective Way Insurance Company, Sentry Insurance Company, Southern
17 Insurance Company of Virginia, Southern Mutual Insurance Company, St. Paul
18 Protective Insurance Company, St. Paul Protective Insurance Company, The
19 Automobile Insurance Company of Hartford Connecticut, The Charter Oak Fire
20 Insurance Company, The Cincinnati Casualty Company, The Cincinnati Indemnity
21 Company, The Cincinnati Insurance Company, The Peninsula Insurance Company,
22 The Phoenix Insurance Company, The Premier Insurance Company of Massachusetts,
23 The Standard Fire Insurance Company, The Travelers Home and Marine Insurance
24 Company, The Travelers Indemnity Company, The Travelers Indemnity Company of
25 America, The Travelers Lloyds Insurance Company, Travco Insurance Company,
26 Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company
27 of America, Travelers Commercial Insurance Company, Travelers Indemnity
28 Company of Connecticut, Travelers Personal Insurance Company, Travelers Personal

| | |
|---|---|
| 1 | Security Insurance Company, Travelers Property Casualty Company of America, |
| 2 | Travelers Property Casualty Insurance Company, and Viking Insurance Company of |
| 3 | Wisconsin (Plaintiffs in 23-cv-00792 and 24-cv-00519); 21st Century Centennial |
| 4 | Insurance Company, 21st Century Insurance Company, 21st Century Premier |
| 5 | Insurance Company, Bristol West Casualty Insurance Company, Bristol West |
| 6 | Insurance Company, Bristol West Preferred Insurance Company, Coast National |
| 7 | Insurance Company, Economy Fire and Casualty Company, Economy Preferred |
| 8 | Insurance Company, Economy Premier Assurance Insurance Company, Farmers |
| 9 | Casualty Insurance Company, Farmers Direct Property and Casualty Insurance |
| 10 | Company, Farmers Group Property and Casualty Insurance Company, Farmers |
| 11 | Insurance Company of Arizona, Farmers Insurance Company of Idaho, Farmers |
| 12 | Insurance Company of Oregon, Farmers Insurance Company of Washington, Farmers |
| 13 | Insurance Company, Inc., Farmers Insurance Exchange, Farmers Insurance of |
| 14 | Columbus, Inc., Farmers Lloyds Insurance Company of Texas, Farmers New Century |
| 15 | Insurance Company, Farmers Property and Casualty Insurance Company, Farmers |
| 16 | Specialty Insurance Company, Farmers Texas County Mutual Insurance Company, |
| 17 | Fire Insurance Exchange, Foremost County Mutual Insurance Company, Foremost |
| 18 | Insurance Company Grand Rapids, Michigan, Foremost Signature Insurance |
| 19 | Company, Illinois Farmers Insurance Company, Metropolitan General Insurance |
| 20 | Company, Mid-Century Insurance Company, Mid-Century Insurance Company of |
| 21 | Texas, Security National Insurance Company, Toggle Insurance Company, and Truck |
| 22 | Insurance Exchange (Plaintiffs in 23-cv-04288); State Farm Mutual Automobile |
| 23 | Insurance Company, State Farm Fire and Casualty Company, State Farm Guaranty |
| 24 | Insurance Company, State Farm Indemnity Company, State Farm County Mutual |
| 25 | Insurance Company of Texas, State Farm General Insurance Company, Hiroad |
| 26 | Assurance Company, and Gainsco, Inc. (Plaintiffs in 23-cv-0098); 360 Insurance, |
| 27 | American Guarantee and Liability Insurance Company, American West Insurance |
| 28 | Company, American Zurich Insurance Company, Arizona Automobile Insurance |

Company, Atlantic Casualty Insurance Company, Auto-Owners Insurance Company, Battle Creek Mutual Insurance Company, Celina Mutual Insurance Company, Century Surety Company, Country Casualty Insurance Company, Country Mutual Insurance Company, Country Preferred Insurance Company, Direct Auto Insurance Company, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Farm Bureau General Insurance Company, Farm Bureau General Insurance Company of Michigan, Farm Bureau Property & Casualty Insurance Company, Farmers Automobile Insurance Association, Farmers Mutual Insurance Company of Nebraska, Federated Mutual Insurance Company, Federated Reserve Insurance Company, Federated Service Insurance Company, Founders Insurance Company, Frankenmuth Insurance Company, GoAuto Insurance Company, Goodville Mutual Casualty Company, Home-Owners Insurance Company, Illinois Casualty Company, Key Insurance Company, Lemonade Insurance Company, Lighthouse Casualty Company, Madison Mutual Insurance Company, Metromile Insurance Company, Miami Mutual Insurance Company, MMG Insurance Company, Mountain West Farm Bureau Insurance Company, National Mutual Insurance Company, Nevada General Insurance Company, Nodak Insurance Company, Owners Insurance Company, Patriot Insurance Company, Pekin Insurance Company, Pharmacists Mutual Insurance Company, Pioneer State Mutual Insurance Company, Property-Owners Insurance Company, SECURA Insurance Company (f/k/a Secura Insurance, a Mutual Company), SECURA Supreme Insurance Company, Shelter General Insurance Company, Shelter Mutual Insurance Company, Southern-Owners Insurance Company, Stonegate Insurance Company, Unique Insurance Company, Universal Underwriters Insurance Company, Universal Underwriters of Texas Insurance Company, Utica Mutual Insurance Company, Utica National Insurance Company of Texas, Viva Seguros Insurance Company, Wawanesa General Insurance Company, Wayne Mutual Insurance Company, West Bend Mutual Insurance Company, Western Agricultural Insurance Company, Wolverine Mutual Insurance

Company, Zurich American Insurance Company, and Zurich American Insurance Company of Illinois (Plaintiffs in 23-cv-01051); American National Property & Casualty Company, American National County Mutual Insurance Company, American National General Insurance Company, Farm Family Casualty Insurance Company and United Farm Family Insurance Company (Plaintiffs in 23-cv-01225); Grange Insurance Association (Plaintiff in 23-cv-01354); Westfield Insurance Company, Westfield National Insurance Company, American Select Insurance Company, Westfield Superior Insurance Company, and Westfield Champion Insurance Company (Plaintiffs in 23-cv-06212); and Amica Mutual Insurance Company (Plaintiff in 24-cv-01261); collectively referred to as "Plaintiffs", hereby jointly appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered by the United States District Court for the Central District of California in this action on July 22, 2024 dismissing all of the claims asserted by Plaintiffs against Defendants Hyundai Motor Company and Kia Corporation (Docket #518).

DATED: August 20, 2024            COZEN O'CONNOR

                                  By:    /s/ Nathan Dooley
                                              Counsel

DATED: August 20, 2024            GROTEFELD HOFFMANNN LLP

                                  By:    /s/ Adam M. Romney
                                              Counsel

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## REPRESENTATION STATEMENT

**APPELLANTS:**

**Names of Parties:** Acuity, A Mutual Insurance Company, Adirondack Insurance Exchange, Agent Alliance Insurance Company, Allied Property & Casualty Insurance Company, Allstate County Mutual Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property & Casualty Insurance Company, Allstate North American Insurance Company, Allstate Northbrook Indemnity Company, Allstate Property & Casualty Insurance Company, Alpha Property & Casualty Insurance Company, Amco Insurance Company, America First Insurance Company, American Alliance Casualty Company, American Casualty Company, American Commerce Insurance Company, American Economy Insurance Company, American Family Connect Insurance Company, American Family Connect Property and Casualty Insurance Company, American Family Insurance Company, American Family Mutual Insurance Company, S.I., American Standard Insurance Company of Ohio, American Standard Insurance Company of Wisconsin, American States Insurance Company, American States Preferred Insurance Company, Artisan and Truckers Casualty Company, ASI Select Auto Insurance Corporation, Austin Mutual Insurance Company, Blue Hill Specialty Insurance Company, Century-National Insurance Company, Charter Indemnity Company, Church Mutual Insurance Company, S.I., Citizens United Reciprocal Exchange,  Erie Insurance Company, Clear Blue Specialty Insurance, Colonial County Mutual Insurance Co., Commerce Insurance Company, Commerce West Insurance Company, Consolidated Insurance Company, Continental Casualty Company, Continental Insurance Company, Crestbrook Insurance Company, CSAA Affinity Insurance Company, CSAA Fire and Casualty Company, CSAA General Insurance Company, CSAA Insurance Exchange, Depositors Insurance Company, Direct General Insurance Company, Direct General Insurance Company of Mississippi, Direct Insurance Company, Direct National Insurance Company, Drive Insurance Company f/k/a Progressive West Insurance Company, Drive New Jersey Insurance Company, f/k/a Parkway Insurance Company, Employers Insurance Company of Wausau, Encompass Floridian Indemnity Company, Encompass Floridian Insurance Company, Encompass Home & Auto Insurance Company, Encompass Indemnity Company, Encompass Independent Insurance Company, Encompass Insurance Company, Encompass Insurance Company of America, Encompass Insurance Company of Massachusetts, Encompass Insurance Company

of New Jersey, Encompass Property & Casualty Insurance Company, Encompass Property & Casualty Insurance Company of New Jersey, Encova Mutual Insurance Group, Erie Insurance Company of New York, Erie Insurance Exchange, Erie Insurance Property & Casualty Co., Esurance Insurance Company, Esurance Insurance Company of New Jersey, Esurance Property & casualty Insurance Company, Financial Indemnity Company, First Chicago Insurance Company, First National Insurance Company of America, Flagship City Insurance Company, Freedom Specialty Insurance Company, Garrison Property & Casualty Insurance Company, General Casualty Company of Wisconsin, General Casualty Insurance Company, General Insurance Company of America, Grain Dealers Mutual Insurance Company, Grinnell Compass Inc., Grinnell Mutual Reinsurance Company, Grinnell Select Insurance Company, Harleysville Insurance Company, Harleysville Insurance Company of New Jersey, Harleysville Insurance Company of New York, Hartford Accident & Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Co. of the Midwest, Hartford Insurance Co. of the Southeast, Hartford Insurance Company of Illinois, Hartford Underwriters Insurance Company, Home State County Mutual Insurance Company, Horace Mann Insurance Company, Horace Mann Property & Casualty Insurance Company, Imperial Fire & Casualty Insurance Company, Infinity Assurance Insurance Company, Infinity Auto Insurance Company, Infinity Casualty Insurance Company, Infinity County Mutual Insurance Company, Infinity Indemnity Company, Infinity Insurance Company, Infinity Safeguard Insurance Company, Infinity Select Insurance Company, Infinity Standard Insurance Company, Integon Casualty Insurance Company, Integon General Insurance Corporation, Integon Indemnity Corporation, Integon National Insurance Company, Integon Preferred Insurance Company, Kemper Independence Insurance Company, Liberty County Mutual Insurance Company, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, Liberty Mutual Personal Insurance Company, Liberty Personal Insurance Company, LM General Insurance Company, LM Insurance Corporation, Main Street America Protection Insurance Company, MAPFRE Insurance Company, Merastar Insurance Company, MIC General Insurance Company, Midvale Indemnity Company, Milbank Insurance Company, Mobilitas General Insurance Company, Montgomery Mutual Insurance Company, Mountain Laurel Assurance Company, Mountain Valley Indemnity Company, National Casualty Company, National Continental Insurance Company, National Farmers Union Property and Casualty Company, National Fire Insurance Company, National General Assurance Company, National General Insurance Company, National General Insurance Online, Inc., National General Premiere Insurance Company, Nationwide Affinity Insurance Company of America, Nationwide Agribusiness Insurance Company, Nationwide Assurance Company, Nationwide

General Insurance Company, Nationwide Insurance Company of America, Nationwide Mutual Fire Insurance Company, Nationwide Mutual Insurance Company, Nationwide Property & Casualty Insurance Company, New Jersey Indemnity Insurance Company, New Jersey Manufacturers Insurance Company, New Jersey Skyland Insurance Association, New South Insurance Company, NGM Insurance Company, Old Dominion Insurance Company, NonProfits Ins. Alliance of CA, Inc. ("NIAC"), Nutmeg Insurance Company, Old American County Mutual Fire Insurance Company, Pacific Insurance Company, Ltd., Peerless Indemnity Insurance Company, PEMCO Mutual Insurance Company, Permanent General Assurance Corporation, Personal Express Insurance, Progressive Advanced Insurance Company, Progressive American Insurance Company, Progressive Bayside Insurance Company, Progressive Casualty Insurance Company, Progressive Choice Insurance Company, Progressive Classic Insurance Company, Progressive County Mutual Insurance Company, Progressive Direct Insurance Company, Progressive Express Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company f/k/a Salem Insurance, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Corporation, Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive New Jersey Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Premier Insurance Company of Illinois, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Property & Casualty Insurance Company of Hartford, Redpoint County Mutual Insurance Company, Response Insurance Company, Root Insurance Company, Root Lone Star Insurance Agency, Inc., Root Property & Casualty Insurance Company, Safe Auto Choice Insurance Company, Safe Auto Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco Insurance Company of Oregon, Safeco Lloyds Insurance Company, Safeco National Insurance Company, Safeway Insurance Company, Safeway Insurance Company of Alabama, Inc., Safeway Insurance Company of Georgia, Safeway Insurance Company of Louisiana, Scottsdale Indemnity Company, Scottsdale Insurance Company, Sentinel Insurance Company, Ltd., Southern County Mutual Insurance, Southern Pilot Insurance Company, Spring Valley Mutual Insurance Company, Standard Property & Casualty Insurance Company, State Auto Property & Casualty Insurance Company, State Automobile Mutual Insurance Company, Teachers, Insurance Company, The First Liberty Insurance Corporation, The General Automobile Insurance Company, Inc., The Netherlands Insurance Company, Titan Insurance

Company, Transportation Insurance Company, Trinity Universal Insurance, Trumbull Insurance Company, Twin City Fire Insurance Company, Unigard Insurance Company, United Financial Casualty Company, United Security Health and Casualty Insurance Company, United Services Automobile Association, Unitrin Auto and Home Insurance Company, Unitrin County Mutual Insurance Company, Unitrin Direct Insurance Company, Unitrin Direct Property & Casualty Insurance Company, Unitrin Preferred Insurance Company, Unitrin Safeguard Insurance Company, USAA Casualty Insurance Company, USAA General Indemnity Company, Valley Forge Insurance Company, Valley Property & Casualty Insurance Company, Victoria Fire & Casualty Company, Victoria Select Insurance Company, Warner Insurance Company, and Wausau Underwriters Insurance Company (Plaintiffs in 23-cv-00443); American Mercury Insurance Company, Atlantic States Insurance Company, Branch Insurance Exchange, California Automobile Insurance Company, Consumers County Mutual Insurance Company, Dairyland County Mutual Insurance Company of Texas, Dairyland Insurance Company, Dairyland National Insurance Company, Donegal Mutual Insurance Company, Enumclaw Property and Casualty Insurance Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters Inc., Fidelity and Guaranty Insurance Underwriters Inc., First Floridian Auto and Home Insurance Company, Guideone America Insurance Company, Guideone Elite Insurance Company, Guideone Insurance Company F/K/A Guideone Mutual Insurance, Guideone Mutual Insurance Company, Guideone National Insurance Company, Guideone Specialty Insurance Company, Mercury Casualty Company, Mercury County Mutual Insurance Company, Mercury Indemnity Company of America, Mercury Indemnity Company of Georgia, Mercury Insurance Company of Illinois, Mesa Underwriters Specialty Insurance Company, Michigan Insurance Company, Middlesex Insurance Company, Mountain States Indemnity Company, Mutual of Enumclaw Insurance Company, Orion Indemnity Company, Patriot General Insurance Company, Peak Property & Casualty Insurance Corporation, Philadelphia Indemnity Insurance Company, Selective Auto Insurance Company of New Jersey, Selective Insurance Company of America, Selective Insurance Company of South Carolina, Selective Insurance Company of the Southeast, Selective Way Insurance Company, Sentry Insurance Company, Southern Insurance Company of Virginia, Southern Mutual Insurance Company, St. Paul Protective Insurance Company, St. Paul Protective Insurance Company, The Automobile Insurance Company of Hartford Connecticut, The Charter Oak Fire Insurance Company, The Cincinnati Casualty Company, The Cincinnati Indemnity Company, The Cincinnati Insurance Company, The Peninsula Insurance Company, The Phoenix Insurance Company, The Premier Insurance Company of Massachusetts, The Standard Fire Insurance Company, The Travelers Home and Marine Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of America, The Travelers Lloyds Insurance

Company, Travco Insurance Company, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Commercial Insurance Company, Travelers Indemnity Company of Connecticut, Travelers Personal Insurance Company, Travelers Personal Security Insurance Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, and Viking Insurance Company of Wisconsin (Plaintiffs in 23-cv-00792 and 24-cv-00519); 21st Century Centennial Insurance Company, 21st Century Insurance Company, 21st Century Premier Insurance Company, Bristol West Casualty Insurance Company, Bristol West Insurance Company, Bristol West Preferred Insurance Company, Coast National Insurance Company, Economy Fire and Casualty Company, Economy Preferred Insurance Company, Economy Premier Assurance Insurance Company, Farmers Casualty Insurance Company, Farmers Direct Property and Casualty Insurance Company, Farmers Group Property and Casualty Insurance Company, Farmers Insurance Company of Arizona, Farmers Insurance Company of Idaho, Farmers Insurance Company of Oregon, Farmers Insurance Company of Washington, Farmers Insurance Company, Inc., Farmers Insurance Exchange, Farmers Insurance of Columbus, Inc., Farmers Lloyds Insurance Company of Texas, Farmers New Century Insurance Company, Farmers Property and Casualty Insurance Company, Farmers Specialty Insurance Company, Farmers Texas County Mutual Insurance Company, Fire Insurance Exchange, Foremost County Mutual Insurance Company, Foremost Insurance Company Grand Rapids, Michigan, Foremost Signature Insurance Company, Illinois Farmers Insurance Company, Metropolitan General Insurance Company, Mid-Century Insurance Company, Mid-Century Insurance Company of Texas, Security National Insurance Company, Toggle Insurance Company, and Truck Insurance Exchange (Plaintiffs in 23-cv-04288); State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, State Farm County Mutual Insurance Company of Texas, State Farm General Insurance Company, Hiroad Assurance Company, and Gainsco, Inc. (Plaintiffs in 23-cv-0098); 360 Insurance, American Guarantee and Liability Insurance Company, American West Insurance Company, American Zurich Insurance Company, Arizona Automobile Insurance Company, Atlantic Casualty Insurance Company, Auto-Owners Insurance Company, Battle Creek Mutual Insurance Company, Celina Mutual Insurance Company, Century Surety Company, Country Casualty Insurance Company, Country Mutual Insurance Company, Country Preferred Insurance Company, Direct Auto Insurance Company, Empire Fire and Marine Insurance Company, Empire Indemnity Insurance Company, Farm Bureau General Insurance Company, Farm Bureau General Insurance Company of Michigan, Farm Bureau Property & Casualty Insurance Company, Farmers Automobile Insurance Association, Farmers Mutual Insurance Company of Nebraska, Federated Mutual

Insurance Company, Federated Reserve Insurance Company, Federated Service Insurance Company, Founders Insurance Company, Frankenmuth Insurance Company, GoAuto Insurance Company, Goodville Mutual Casualty Company, Home-Owners Insurance Company, Illinois Casualty Company, Key Insurance Company, Lemonade Insurance Company, Lighthouse Casualty Company, Madison Mutual Insurance Company, Metromile Insurance Company, Miami Mutual Insurance Company, MMG Insurance Company, Mountain West Farm Bureau Insurance Company, National Mutual Insurance Company, Nevada General Insurance Company, Nodak Insurance Company, Owners Insurance Company, Patriot Insurance Company, Pekin Insurance Company, Pharmacists Mutual Insurance Company, Pioneer State Mutual Insurance Company, Property-Owners Insurance Company, SECURA Insurance Company (f/k/a Secura Insurance, a Mutual Company), SECURA Supreme Insurance Company, Shelter General Insurance Company, Shelter Mutual Insurance Company, Southern-Owners Insurance Company, Stonegate Insurance Company, Unique Insurance Company, Universal Underwriters Insurance Company, Universal Underwriters of Texas Insurance Company, Utica Mutual Insurance Company, Utica National Insurance Company of Texas, Viva Seguros Insurance Company, Wawanesa General Insurance Company, Wayne Mutual Insurance Company, West Bend Mutual Insurance Company, Western Agricultural Insurance Company, Wolverine Mutual Insurance Company, Zurich American Insurance Company, and Zurich American Insurance Company of Illinois (Plaintiffs in 23-cv-01051); American National Property & Casualty Company, American National County Mutual Insurance Company, American National General Insurance Company, Farm Family Casualty Insurance Company and United Farm Family Insurance Company (Plaintiffs in 23-cv-01225); Grange Insurance Association (Plaintiff in 23-cv-01354); Westfield Insurance Company, Westfield National Insurance Company, American Select Insurance Company, Westfield Superior Insurance Company, and Westfield Champion Insurance Company (Plaintiffs in 23-cv-06212); and Amica Mutual Insurance Company (Plaintiff in 24-cv-01261);

**Names of Counsel for Appellants:**

Nathan Dooley
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
NDooley@cozen.com

1  Adam M. Romney
   **GROTEFELD HOFFMANN LLP**
2  15303 Ventura Blvd., Bldg. C, Ste. 1505,
   Sherman Oaks, CA 91403
3  Telephone: (747) 233-7150
   Facsimile: (747) 233-7143
4  ARomney@ghlaw-llp.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBROGATION PLAINTIFFS' JOINT NOTICE
OF APPEAL                                    17                    Case No. 8:22-ML-3052-JVS(KESx)

**APPELLEES:**

<u>**Names of Parties:**</u> Hyundai Motor Company, Kia Corporation

<u>**Names of Counsel for Appellees:**</u>

Michael T. Brody
Peter J. Brennan
**Jenner and Block LLP**
One IBM Plaza
353 North Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
mbrody@jenner.com
pbrennan@jenner.com

Alice S. Kim
Kate Spelman
Madeline Paige Skitzki
**Jenner and Block LLP**
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: 213-239-5100
akim@jenner.com
kspelman@jenner.com
mskitzki@jenner.com

Shon Morgan
**Quinn Emanuel Urquhart and Sullivan LLP**
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
Telephone: 213-443-3000
shonmorgan@quinnemanuel.com