1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT LITIGATION<br><br>This Document Relates to:<br><br>*City of Chicago v. Kia America, Inc., and Hyundai Motor America* | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER EXTENDING DEFENDANTS HMA AND KA'S DEADLINE TO ANSWER CITY OF CHICAGO'S SECOND AMENDED COMPLAINT** [555] |

# ORDER

Having reviewed the Stipulation Extending Deadline to Answer City of Chicago's Second Amended Complaint dated August 22, 2024, submitted by Plaintiff City of Chicago ("Plaintiff") and Defendants Hyundai Motor America, Inc. ("HMA") and Kia America, Inc. ("KA"), and good cause being shown:

IT IS HEREBY ORDERED THAT the deadline for Defendants HMA and KA to answer Plaintiff's Second Amended Complaint is extended to September 18, 2024.

Dated:  August 23, 2024

_____
Hon. James V. Selna
United States District Judge