**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re: Kia Hyundai Vehicle Theft Litigation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:22-ml-03052-JVS-KES |
| v. | |
| DEFENDANT(S). | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/26/2024 | 560 | Response |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Incorrect format used. Document cannot be opened. The document must be flattened prior to filing.

Counsel is ordered to consult Local Rules AND the Court's Procedures and Schedules page prior to filing any future documents.

Dated: 8/27/2024       By: *James V. Selna*
                                U.S. District Judge / U.S. Magistrate Judge