| | |
|---|---|
| ELLIOTT R. FELDMAN<br>NATHAN DOOLEY (SBN 224331)<br>MEGAN PEITZKE<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 665-2071<br>Facsimile: (215) 701-2282<br>EFeldman@cozen.com | WILLIAM J. HOFFMANN<br>ADAM M. ROMNEY (SBN 261974)<br>SUSAN M. BENSON (SBN 146837)<br>GROTEFELD HOFFMANN LLP<br>15303 Ventura Blvd., Bldg. C, Ste. 1505<br>Sherman Oaks, CA 91403<br>Telephone: (747) 233-7150<br>Facsimile: (747) 233-7143<br>bhoffmann@ghlaw-llp.com |
| TIMOTHY E. CARY (SBN 093608)<br>DANIEL HOGAN<br>THOMAS PAOLINI<br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br>1260 Corona Pointe Court, Suite 306<br>Corona, California 92879<br>Telephone: (951) 387-4700<br>Facsimile: (951) 963-1298<br>CaryT@Stutmanlaw.com | CRAIG S. SIMON (SBN 78158)<br>STEPHANIE H. NG (SBN 309389)<br>BERGER KAHN, A Law Corporation<br>1 Park Plaza, Suite 340<br>Irvine, California 92614<br>Telephone: (949) 474-1880<br>Facsimile: (949) 313-5029<br>csimon@bergerkahn.com |

Attorneys for Subrogation Insurance Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION.<br><br>This document relates to:<br><br>Subrogation Plaintiffs Track | CASE NO. 8:22-ML-3052-JVS(KESx)<br><br>Honorable Judge Selna<br><br>**SUBROGATION PLAINTIFFS PROPOSED AGENDA FOR STATUS CONFERENCE**<br><br>Date: August 29, 2024<br>Time: 3:00 PM<br>Dept: 10C |

**SUBROGATION PLAINTIFFS PROPOSED AGENDA FOR STATUS CONFERENCE**

The Subrogation Plaintiffs' Track submits this proposed agenda for the status conference scheduled for August 29, 2024 before the Honorable James V. Selna:

1. Coordination of discovery with the Governmental Entity ("GE") and Subrogation Plaintiffs including the exchange of documents and discovery responses between the Subrogation Plaintiffs and GE tracks;

2. Production of documents to which Defendants have access that may be in the possession of sister or parent companies;

3. Defendants' Production of Documents:

    a. Identify the Requests for Production associated with the documents that have been produced given the various document productions

    b. Provide a date certain for the completion of document production

4. Implementing Judge Andler's instructions for all parties to meet and confer to schedule dates for the depositions that were noticed in March, 2024;

5. Confirming date for Defendants to produce a privilege log on or before September 29, 2024 and discussion of an associated procedure for an in-camera review;

6. Committee Member Reassignment.

DATED: August 28, 2024

COZEN O'CONNOR

By:   /s/ Megan Peitzke
         *Counsel*

| | | |
|---|---|---|
| 1 | DATED: August 28, 2024 | GROTEFELD HOFFMANN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: ___/s/ William Hoffmann___ |
| 5 | | *Counsel* |
| 6 | | |
| 7 | DATED: August 28, 2024 | LAW OFFICES OF ROBERT A. STUTMAN, P.C |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | By: ___/s/ Daniel Hogan___ |
| 12 | | *Counsel* |