KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384

*Chair of the Governmental Entities Committee*

QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br>Governmental Entities Track | Case No. 8:22-ML-3052-JVS(KESx)<br><br>Hon. James V. Selna<br><br>**JOINT PROPOSED AGENDA FOR AUGUST 29, 2024 STATUS CONFERENCE**<br><br>Date: August 29, 2024<br>Time: 3:00 p.m.<br>Dept: 10C |

Parties to the Governmental Entities ("GE") Track submit this proposed agenda for the GE Track portion of the August 29, 2024 status conference:

- Timing of Discovery and Related Deadlines Between GE and Subrogation Tracks;

- Coordination and Exchange of Discovery Between GE and Subrogation Tracks;

- Discovery From Foreign Parents Pursuant to the Parties' Stipulations and the Court's Orders (Dkt. Nos. 82, 223, 292, 426, 515) During Fact Discovery;

1

1    and

2    • Common Benefit Order.

3

4    DATED this 28th day of August, 2024     Respectfully submitted,

5    KELLER ROHRBACK L.L.P.              QUINN EMANUEL URQUHART & SULLIVAN LLP

6

7    By */s/ Gretchen Freeman Cappio*        By */s/ Steven G. Madison*
     Gretchen Freeman Cappio (*pro hac vice*)   Steven G. Madison (SBN: 101006)
8    gcappio@kellerrohrback.com             stevemadison@quinnemanuel.com
                                            Justin C. Griffin (SBN: 234675)
9    1201 Third Avenue, Suite 3400          justingriffin@quinnemanuel.com
                                            865 South Figueroa Street, 10th Floor
10   Seattle, WA 98101-3052                 Los Angeles, California 90017-2543
     Telephone: (206) 623-1900             Telephone:  (213) 443-3000
11   Facsimile:  (206) 623-3384             Facsimile:   (213) 443-3100

12
     *Chair of the Governmental Entities*
13   *Committee*                            *Attorneys for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## CERTIFICATE OF SERVICE

2    I certify that on August 28, 2024, I electronically filed the foregoing document

3

4 with the Clerk of the Court using the CM/ECF system which will send notification of

5 such filing to all counsel of record.

6

7                                        /s/ Gretchen Freeman Cappio
                                        Gretchen Freeman Cappio

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED AGENDA FOR AUGUST 29, 2024 HEARING