| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 26 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In Re:  Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation:  Insurance Subrogation Appeal | No. 24-5219<br><br>D.C. No.<br>8:22-ml-03052-JVS-KES<br>Central District of California, Santa Ana<br><br>ORDER |

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

Instead of listing each individual plaintiff-appellant on the docket, appellants will proceed under the grouping name of:  Subrogation Insurance Appellants.  A list of all appellants is attached as Exhibit A to this order.  All attorneys for appellants listed on the August 20, 2024 notice of appeal who are registered for Ninth Circuit electronic case filing have been added to the docket.  Both defendant-appellees Hyundai Motor Company and Kia Corporation and all attorneys for appellees who are registered for Ninth Circuit electronic case filing have been added to the docket.

Moving forward, the phrase "Subrogation Insurance Appellants" in any court notice, order, or opinion will refer to all appellants listed in Exhibit A.  The case will proceed under the name:  In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation:  Insurance Subrogation Appeal.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT