**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 151081)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel.: (213) 239-5100 / Fax: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (pro hac vice)
PBrennan@jenner.com
Michael T. Brody (pro hac vice)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350 / Fax: (312) 527-0484

**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
ES@callahan-law.com
John D. Van Ackeren (SBN 240739)
jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel.: (714) 241-4444 / Fax: (714) 241-4445

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>ALL SUBROGATION CASES, | CASE NO.  8:22-ML-03052-JVS(KESx)<br>Judge:       Hon. James V. Selna<br><br>**NOTICE OF LODGING THE DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION RE: MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENTS TO REQUEST FOR PRODUCTION, SET TWO**<br><br>Complaint Filed:   December 22, 2022 |

NOTICE OF LODGING

1  Defendants Hyundai Motor Company and Kia Corporation, by and through
2  undersigned counsel, hereby lodge the Discovery Special Master's Report and
3  Recommendation Re: Motion to Compel Further Responses and Documents to
4  Request for Production, Set Two, a copy of which is attached hereto as Exhibit 1.

Dated:  September 5, 2024        **CALLAHAN & BLAINE, APLC**

By: _____
Edward Susolik
John D. Van Ackeren
Attorneys for Defendants
HYUNDAI MOTOR COMPANY and
KIA CORPORATION

- 1 -
NOTICE OF LODGING