**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 151081)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel.: (213) 239-5100 / Fax: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (pro hac vice)
PBrennan@jenner.com
Michael T. Brody (pro hac vice)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350 / Fax: (312) 527-0484

**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
ES@callahan-law.com
John D. Van Ackeren (SBN 240739)
jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel.: (714) 241-4444 / Fax: (714) 241-4445

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>ALL SUBROGATION CASES, | CASE NO.  8:22-ML-03052-JVS(KESx)<br><br>Judge:    Hon. James V. Selna<br><br>**DEFENDANTS' RESPONSE TO SUBROGATION PLAINTIFFS' OBJECTION TO DISCOVERY SPECIAL MASTER JUDGE ANDLER'S REPORT & RECOMMENDATION RE: MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENTS** |

| | |
|---|---|
| 1 | **TO REQUEST FOR PRODUCTION, SET # 2** |
| 2 | Complaint Filed: December 22, 2022 |
| 3 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

DEFENDANTS' RESPONSE TO SUBROGATION PLAINTIFFS' OBJECTION TO
DISCOVERY SPECIAL MASTER'S REPORT & RECOMMENDATION

Fourteen days after the Discovery Special Master Judge Andler issued her Report & Recommendation re: Motion to Compel Further Responses and Documents to Request for Production, Set #2 (the "Report & Recommendation"), Subrogation Plaintiffs served an objection to the Report & Recommendation (the "Objection"). In the Objection, Subrogation Plaintiffs do not challenge any of Judge Andler's substantive rulings on the Requests for Production at issue in the Motion to Compel. Rather, Subrogation Plaintiffs merely request that "each proposed ruling be modified to specify that it applies to non-stayed claims." Given the nature and timing of the Objection, it is clear that it is nothing more than yet another delay tactic by Subrogation Plaintiffs.

The Report & Recommendation expressly recognizes the stay imposed by this Court in connection with its Ruling on Defendants Hyundai Motor America and Kia America, Inc.'s (together, "Defendants") Motion to Sever: "As acknowledged by the parties following the Order on the Motion to Sever, only ten claims are proceeding at this time." (*See* Dkt. 594-1 (Report & Recommendation) at 12:6-7.) Furthermore, there is no reason other than to further delay discovery that Subrogation Plaintiffs would need fourteen days to prepare and file the Objection.

The record in this case is clear that all claims are temporarily stayed except for those of the first named insurer's first named insured. (*See* Dkt. No. 494 (Order Regarding Motion to Sever) at 20.) Thus, the Report & Recommendation does not need to be modified as requested by Subrogation Plaintiffs. Accordingly, Defendants respectfully request the Court execute the Order on the Report & Recommendation forthwith so that Defendants can obtain the documents that Subrogation Plaintiffs have been ordered to produce without any further delay.

DEFENDANTS' RESPONSE TO SUBROGATION PLAINTIFFS' OBJECTION TO DISCOVERY SPECIAL MASTER'S REPORT & RECOMMENDATION

Dated: September 25, 2024

**CALLAHAN & BLAINE, APLC**

By: _____
Edward Susolik
John D. Van Ackeren
Stephen P. Farkas

JENNER & BLOCK LLP
Peter J. Brennan (*pro hac vice*)
Michael T. Brody (*pro hac vice*)

JENNER & BLOCK LLP
Kate T. Spelman
Alice S. Kim
Madeline P. Skitzki
Jenna L. Conwisar

Attorneys for Defendants
HYUNDAI MOTOR AMERICA and KIA AMERICA, INC.