| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606 |
| Kenneth B. McClain<br>HUMPHREY FARRINGTON & McCLAIN, P.C.<br>221 W. Lexington Ave., Suite 400<br>Independence, MO 64050 | Roland Tellis<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd., Suite 1600<br>Encino, CA 91436 |

*Plaintiffs' Consumer Class Action Leadership Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES<br><br>**CONSUMER CLASS PLAINTIFFS' NOTICE OF LODGING [PROPOSED] FINAL JUDGMENT** |
| This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | |

**PLEASE TAKE NOTICE THAT** the Consumer Plaintiffs are hereby lodging a [Proposed] Final Judgment. The [Proposed] Final Judgment is attached hereto.

Dated: October 14, 2024.          Respectfully Submitted.

By: *Roland Tellis*
    Roland Tellis, Esq.
    **BARON & BUDD, P.C.**
    15910 Ventura Boulevard, Suite 1600
    Encino, California 91436
    Telephone: (818) 839-2333
    Facsimile: (214) 523-5500

By: *Steve W. Berman*
    Steve W. Berman, Esq.
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    1301 Second Avenue, Suite 2000
    Seattle, Washington 98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    Email: steve@hbsslaw.com

By: *Elizabeth A. Fegan*
    Elizabeth A. Fegan, Esq.
    **FEGAN SCOTT LLC**
    150 S. Wacker Dr., 24th Floor
    Chicago, Illinois 60606
    Telephone: (312) 741-1019
    Fax: (312) 264-0100
    Email: beth@feganscott.com

By: *Kenneth B. McClain*
    Kenneth B. McClain, Esq.
    **HUMPHREY FARRINGTON & McCLAIN**
    221 W. Lexington Ave., Suite 400
    Independence, Missouri 64050
    Telephone: (816) 836-5050
    Facsimile: (816) 836-8966
    Email: kbm@hfmlegal.com

*Consumer Class Action Leadership Counsel and Counsel for Plaintiffs*