UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES<br><br>**FINAL JUDGMENT [638]** |
| This document relates to:<br><br>ALL CONSUMER CLASS ACTION CASES | |

**FINAL JUDGMENT**[1]

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The Order Regarding Motion for Final Approval of Class Action Settlement (ECF No. 629), the Order Regarding Motion for Class Counsel Fee, Expense Award, and Class Representative Awards (ECF No. 630) (collectively, the "Orders"), the Amended Settlement Agreement (ECF No. 247-1), and this Judgment are binding on and have res judicata and preclusive effect in all pending and future lawsuits or

---

[1] This Judgment incorporates by reference the definitions in the Amended Settlement Agreement, and all terms herein shall have the same meaning as set forth in the Amended Settlement Agreement.

    other proceedings concerning the claims released in the Action;

2. The Action is dismissed with prejudice and, except as expressly set forth in the Orders, without costs or attorneys' fees as to any party;

3. The Consumer Plaintiffs, Class Counsel, Consumer Plaintiffs' Counsel, and each and every Settlement Class member who did not validly and timely opt-out are permanently enjoined from bringing, joining, assisting in, or continuing to prosecute against Defendants or any Releasees any claim that was brought in the Action or for which a release and covenant not to sue is being given under the Amended Settlement Agreement.

4. Without in any way affecting the finality of this Judgment for purposes of appeal, this Court retains jurisdiction as to all matters relating to the interpretation, administration, implementation, effectuation and/or enforcement of the Amended Settlement Agreement and the Orders.

5. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay in the entry of Judgment. This Judgment shall have no effect on the Governmental Entities track or the Subrogation Insurers track.

IT IS SO ORDERED this 29th day of October 29, 2024.

_____
Hon. James V. Selna
United States District Judge