# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Central District of California |

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 8:22-ML-03052-JVS-KES |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 12/28/2022 |

Date of judgment or order you are appealing: | 10/09/2024 |

Docket entry number of judgment or order you are appealing: | 634 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Barton Cerjak S.C.

Is this a cross-appeal? ○ Yes  ◉ No

If yes, what is the first appeal case number? | N/A |

Was there a previous appeal in this case? ◉ Yes  ○ No

If yes, what is the prior appeal case number? | No. 24-739 |

Your mailing address (if pro se):

City: | | State: | | Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

Signature | /s/ JVS | Date | 11/08/2024 |

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                  Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Barton Cerjak S.C.

Name(s) of counsel (if any):

Attorney James B. Barton

Address: 313 North Plankinton Ave., Suite 207, Milwaukee, WI 53203

Telephone number(s): 414-488-1822

Email(s): jbb@bartoncerjak.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Plaintiffs' Consumer Class

Name(s) of counsel (if any):

Steve W. Berman

Address: 1301 Second Avenue, Suite 2000, Seattle, WA 98101

Telephone number(s): (206) 623-7292

Email(s): steve@hbsslaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Kia America, Inc., Hyundai Motor America, Hyundai Motor Company, Kia Corporation

Name(s) of counsel (if any):

Shon Morgan

Address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017

Telephone number(s): (650) 801-5004

Email(s): shonmorgan@quinnemanuel.com

Name(s) of party/parties:

Plaintiffs' Consumer Class

Name(s) of counsel (if any):

Roland Tellis

Address: 15910 Ventura Boulevard, Suite 1600, Encino, CA 91436

Telephone number(s): (818) 839-2333

Email(s): rtellis@baronbudd.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Plaintiffs' Consumer Class

Name(s) of counsel (if any):
Elizabeth Fegan

Address: 150 S. Wacker Dr., 24th Floor, Chicago, IL 60606

Telephone number(s): (312) 741-1019

Email(s): beth@feganscott.com

Name(s) of party/parties:
Plaintiffs' Consumer Class

Name(s) of counsel (if any):
Kenneth B. McClain

Address: 221 W. Lexington Ave., Suite 400, Independence, MO 64050

Telephone number(s): (816) 836-5050

Email(s): kbm@hfmlegal.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                          2                               New 12/01/2018