Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS(KESx) <br><br> The Honorable James V. Selna <br><br> **NOTICE OF LODGING OF DISCOVERY SPECIAL MASTER'S STATUS REPORT NO. 4** |
| *This document relates to*: <br><br> Governmental Entities Track | |

     Governmental Entity Plaintiffs, by and through undersigned counsel, hereby give Notice of Lodging of Discovery Special Master's Status Report No. 4 to the Court.

Dated this 21st day of November, 2024.

                                                   Respectfully submitted,

                                                   By */s/ Gretchen Freeman Cappio*
                                                   Gretchen Freeman Cappio (*pro hac vice*)
                                                   KELLER ROHRBACK L.L.P.

|     |                                                                                                  |
| --- | ------------------------------------------------------------------------------------------------ |
| 1   | 1201 Third Avenue, Suite 3400                                                                    |
| 2   | Seattle, WA 98101<br>Phone: (206) 623-1900                                                       |
| 3   | Fax: (206) 623-3384<br>gcappio@kellerrohrback.com                                                |
| 4   |                                                                                                  |
| 5   | *Chair of the Governmental Entities Committee*                                                   |
| 6   |                                                                                                  |

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO