Hon. Gail Andler (Ret.)
JAMS
5 Park Plaza, Suite 400
Irvine, CA 92614
TEL: (714) 939-1300
FAX: (714) 939-8710

*DISCOVERY SPECIAL MASTER*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ML-03-052-JVS-(KESx) The Honorable James V. Selna |
| *This Document Relates to:* Governmental Entities Track, and Subrogation Plaintiffs Track. | **DISCOVERY SPECIAL MASTER'S STATUS REPORT NO. 4 TO THE COURT** |

The Court appointed the undersigned pursuant to Rule 53 of the Federal Rules of Civil Procedure as Discovery Special Master for all non-dispositive discovery matters arising in the Governmental Entities ("GE") and Subrogation Tracks by order of appointment dated May 15, 2024 ("May 24, 2024 Order"). (Dtk. No. 421.) Under Section I.C. of the May 15, 2024 Order, the Special Master is charged with providing "a brief written status report to the Court, with notice to the Parties" within sixty (60) days of the issuance of this Order, and every sixty (60) days thereafter." (*Id.* 3:15-18.) The Special Master hereby provides the following Status Report No. 4 to the Court within sixty days of its prior October 1, 2024, Status Report No. 3.

///

## I.    OCTOBER 28, 2024 INFORMAL DISCOVERY CONFERENCE

An Informal Discovery Conference was held via Zoom on October 28, 2024, in the Governmental Entities ("GE") Track, but the Subrogation Track was permitted to attend.  The focus of the conference was a discovery dispute in the GE Track over the scope of topics in the October 18, 2024, Notices of 30(b)(6) Depositions served by Defendants Hyundai Motor America ("HMA") and KIA America, Inc. ("KA") in the GE Track.  The primary objections raised by the GE Plaintiffs to the topics in the Notices were that the topics were overbroad and not confined to the structural and foundational discovery as delineated in the CMO at Dkt. No. 370. With the undersigned's assistance, the parties agreed at the Discovery Conference to limit the topics for the GE Plaintiffs 30(b)(6) depositions notices to those outlined in the CMO Dkt. No. 370. The undersigned's guidance was intended to ensure the parties' deposition topics are within the spirit of and consistent with the CMO's underlying purpose.

## II.    NOVEMBER 15, 2024 *EMERGENCY* DISCOVERY CONFERENCE

An Emergency Discovery Conference was held via Zoom on Friday, November 15, 2024, in the GE Track, but the Subrogation Track was permitted to and did attend.  The focus of the Emergency Conference was a discovery dispute over the *Amended* 30(b)(6) Deposition Notices ("Amended Notices") served by GE Defendants for four GE Plaintiffs, with the first deposition set to commence in three calendar days from the conference – to wit, on Monday, November 18, 2024.

Following a review of the Joint Letter Brief and oral argument, on November 15, 2024, the Discovery Special Master issued a Report and Recommendation on the scope of Topics 8 and 10 in Rule 30(b)(6) Amended Notices.   As to Topic 8, the Discovery Special Master was not

persuaded by the objections raised by GE Plaintiffs that it was overly broad, sought legal conclusions, or called for expert testimony.  Therefore, the Discovery Special Master recommended that GE Plaintiffs' objections to Topic 8 in the Amended Notices be overruled. As to Topic 10, the Discovery Special Master found GE Plaintiffs' objections to Topic 10 well-founded and recommended that they be sustained on the grounds that the disputed language of "including Your efforts to mitigate, remediate, or abate the alleged nuisance" impermissibly sought legal conclusions and expert testimony.

### III.     NOVEMBER 18, 2024 INFORMAL DISCOVERY CONFERENCE

An Informal Discovery Conference was held via Zoom on November 18, 2024, in the GE Track, but the Subrogation Track was permitted to and did attend.  The focus of the conference was the scheduling of discovery motions in the GE Track.

On November 8, 2024, GE Defendants filed a Motion to Compel the GE Plaintiffs to cure Plaintiffs Fact Sheet ("PFS") deficiencies. The Motion to Compel seeks further responses to the PFS and related document productions as follows: (1) responses to the questions pertaining to "other crimes" (PFS Question No. 36); (2) responses to questions pertaining to auto theft data and information concerning the specific departments, divisions, and units GE Plaintiffs allege to be relevant to this action and/or impacted by Defendants' alleged conduct (PFS Question Nos. 10, 11, 12, 15, 16, 17, 20, 21, 22,25, 26, 27, 30, 31, 32, 35, and 36); and (3) document management systems (PFS Questions Nos.13, 18, 23, 28, and 33).

At the Informal Discovery Conference, the parties agreed, and the undersigned ordered that the Opposition to the Motion to Compel PFS is due by December 9, 2024, and the Reply is due by December 12, 2024, by 4:00 p.m. PST.  The page limit for the Opposition is 15 pages to

coincide with the page limit on the Motion, and the page limit for the Reply is 10 pages.  The Motion to Compel PFS hearing is set for December 16, 2024, at 12:15 p.m. via Zoom.

On November 11, 2024, GE Defendants also filed a Motion for Protective Order re Subpoenas to Hyundai Motor Company ("HMC") and Kia Corporation ("KC"), the non-party, foreign corporations referred to as parent companies of HMA and KA on the grounds they suffer from procedural, substantive and jurisdictional infirmities.  The parties advised the Discovery Special Master that they agreed upon the dates of January 15 and 17, 2025, for these depositions to be conducted in Seoul, Korea, subject to the resolution of the Motion for Protective Order.

At the Informal Discovery Conference, the parties agreed, and the undersigned ordered that the Opposition to the Motion for Protective Order re Subpoenas is due by December 9, 2024, and the Reply is due by December 12, 2024, by 4:00 p.m. PST.  The page limit for the Motion and Opposition is 15 pages, and the page limit for the Reply is 10 pages.  The Motion for Protective Order hearing is set for December 18, 2024, at 12:15 p.m. via Zoom.

The Discovery Special Master also set a Subrogation Track Informal Discovery Conference for December 2, 2024, at 12:15 p.m. via Zoom with an agenda to be filed by the parties before the Informal Discovery Conference.


IV.    **NOVEMBER 19, 2024 INFORMAL DISCOVERY CONFERENCE**

An Informal Discovery Conference was held via Zoom on November 19, 2024, in the GE Track, but the Subrogation Track was permitted to and did attend.  The focus of the conference was as follows:  (1) Dates for 30(b)(6) Depositions of remaining 8 GE Plaintiffs; (2) GE Plaintiffs' request that GE Defendants re-issue Amended Depositions Notices that reflect the Discovery Special Master's Report and Recommendation regarding pending depositions; (3) GE

Plaintiffs' Objections to GE Defendants' Rule 30(b)(6) Deposition Notices; and (4) setting a briefing schedule for GE Plaintiffs' Motion to Compel on Defendants' Fact Sheets ("DFS").

With respect to setting dates for the remaining GE Plaintiffs' depositions, counsel for GE Plaintiffs from Keller Rohrback advised that her target was to get back to counsel with proposed dates for her clients was Tuesday, November 26, 2024.

With respect to GE Plaintiffs' request that Defendants re-issue Amended Depositions Notices that reflect the Discovery Special Master's Report and Recommendation regarding pending depositions, with the undersigned's guidance, the parties agreed to interlineate the current deposition notices on the record at the time of the deposition to reflect the instructions in the Report and Recommendation.

With respect to GE Plaintiffs' Objections to GE Defendants' Rule 30(b)(6) Deposition Notices, GE Defendants advised it was their position that the objections from GE Plaintiffs are improper because they need to file a motion for protective order. The Discovery Special Master noted and confirmed that GE Plaintiffs' objections following the Report and Recommendation were in the nature of "belt and suspenders" to preserve rights.

Finally, the parties agreed, and the undersigned ordered that the GE Plaintiffs will file their Motion to Compel DFS on November 26, 2024. The Opposition is due by December 30, 2024, and the Reply is due by January 7, 2024, by 4:00 p.m. PST. The page limit for the Motion and Opposition is 10 pages, and the page limit for the Reply is 5 pages. The Motion to Compel DFS hearing is set for January 14, 2024, at 8:00 a.m. via Zoom.

///

///

///

DISCOVERY SPECIAL MASTER'S STATUS REPORT NO. 4  TO COURT - 5

GE Plaintiffs' counsel stated that their target is to provide *supplemental* responses to the PFS is Tuesday, November 26, 2025.

DATED: November 20, 2024

_____

Hon. Gail Andler (Ret.)
Discovery Special Master