# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Durham, North Carolina v. Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and Kia America, Inc.* (8:24-cv-01662-JVS-KES) | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING STIPULATION RE VOLUNTARY DISMISSAL OF CITY OF DURHAM, NORTH CAROLINA [696]** |

**ORDER**

Before the Court is the parties' stipulation regarding the voluntary dismissal of City of Durham, North Carolina.

Pursuant to the Parties' stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), the City of Durham, North Carolina's claims are dismissed in their entirety with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: December 02, 2024

_____
Hon. James V. Selna
United States District Judge