UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLAINTIFFS' CONSUMER CLASS,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>HYUNDAI MOTOR COMPANY and KIA CORPORATION,<br><br>   Defendants - Appellees,<br><br> v.<br><br>BARTON CERJAK, SC,<br><br>   Movant - Appellant. | No. 24-6938<br><br>D.C. No. 8:22-ml-03052-JVS-KES<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 13), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT