**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 151081)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel.: (213) 239-5100 / Fax: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (pro hac vice)
PBrennan@jenner.com
Michael T. Brody (pro hac vice)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350 / Fax: (312) 527-0484

**CALLAHAN & BLAINE, PC**
Edward Susolik (SBN 151081)
ES@callahan-law.com
John D. Van Ackeren (SBN 240739)
jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel.: (714) 241-4444 / Fax: (714) 241-4445

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>ALL SUBROGATION CASES, | CASE NO.  8:22-ML-03052-JVS(KESx)<br>Judge:       Hon. James V. Selna<br><br>**NOTICE OF LODGING THE DISCOVERY SPECIAL MASTER'S REPORT AND RECOMMENDATION AND [PROPOSED] ORDER RE:**<br>**(1) DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO RFP, SET NO. 2, AND CONTEMPT AND SANCTIONS**<br>**(2) DEFENDANTS' MOTION TO COMPEL FURTHER** |

NOTICE OF LODGING

|   |   |
|---|---|
|   | **RESPONSES TO RFP, SET NOS. 3 & 5**<br>**(3) DEFENDANTS' MOTION TO COMPEL 30(B)(6) DEPOSITION RE UNDERWRITING**<br>**(4) PLAINTIFF STATE FARM'S MOTION FOR PROTECTIVE ORDER**<br>Complaint Filed: December 22, 2022 |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

NOTICE OF LODGING

Defendants Hyundai Motor America and Kia America, Inc., by and through undersigned counsel, hereby lodge the Discovery Special Master's Report and Recommendation and [Proposed] Order Re: (1) Defendants' Motion to Compel Further Responses to RFP, Set No. 2, and Contempt and Sanctions (2) Defendants' Motion to Compel Further Responses to RFP, Set Nos. 3 & 5 (3) Defendants' Motion to Compel 30(B)(6) Deposition Re Underwriting (4) Plaintiff State Farm's Motion for Protective Order, a copy of which is attached hereto as Exhibit 1.

Dated: April 14, 2025

CALLAHAN & BLAINE, PC

By: _____
Edward Susolik
John D. Van Ackeren
Attorneys for Defendants
HYUNDAI MOTOR COMPANY and
KIA CORPORATION

- 1 -
NOTICE OF LODGING