# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-ml-03052-JVS (KESx) | Date | April 14, 2025 |
| Title | In re Kia Hyundai Vehicle Theft Litigation | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Scheduling Order Regarding Motion for Equitable Relief from Class Action Settlement [804]**

    Myllasa Riggins ("Riggins") filed a motion for equitable relief from the final class action settlement on April 4, 2025. (Dkt. No. 804.) The Court hereby sets a hearing date for May 12, 2025 at 1:30 p.m. An opposition, if any, shall be filed no later than April 21, 2025. A reply, if any, shall be filed no later than April 28, 2025.

    **IT IS SO ORDERED.**