UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. 8:22-ml-03052-JVS-KES | Date April 23, 2025 |
| Title In Re: Kia Hyundai Vehicle Theft Litigation | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Defendants' Motion for Judgment on the Pleadings [803]**

  Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") filed a motion for judgment on the pleadings against the GE Plaintiffs, which was set for hearing in this Court on May 5, 2025. (Mot. 1, Dkt. No. 803.) However, HMA and KA have since filed a second motion for judgment on the pleadings against these same Plaintiffs. (Mot. 2, Dkt. No. 823.) The second motion, which is set for hearing on June 9, 2025, withdraws the first motion for judgment on the pleadings, located at Dkt. No. 803, and requests that this Court vacate the May 5, 2025, hearing. (Mot. 2, Dkt. No. 823-1, 2-3.)

  Consequently, the Court **DENIES** the first motion for judgment on the pleadings, (Dkt. No. 803), as moot.

  **IT IS SO ORDERED.**

  The Court **VACATES** the May 5, 2025, hearing.