QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendants Hyundai Motor
America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Cincinnati v. Hyundai Motor America and Kia America, Inc.*, Case No. 2:23-CV-01750<br><br>*City of Cleveland v. Hyundai Motor America and Kia America, Inc.*, Case No. 8:23-CV-00419<br><br>*City of Columbus, Ohio v. Kia America, Inc. and Hyundai Motor America*, Case No. 8:23-CV-01001<br><br>*City of Lorain, Ohio v. Hyundai Motor Company et al.*, Case No. 8:23-CV-02083<br><br>*City of Parma v. Hyundai Motor America and Kia America, Inc.*, Case No. 8:23-CV-01374 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE OF COMMON LAW PUBLIC NUISANCE CLAIMS OF GE PLAINTIFFS CINCINNATI, CLEVELAND, COLUMBUS, LORAIN AND PARMA, OHIO** |

Governmental Entity ("GE") Plaintiffs Cities of Cincinnati, Cleveland, Columbus, Lorain and Parma, Ohio (together, the "Ohio GE Plaintiffs") and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA"), by and through their counsel of record, hereby stipulate and agree to the following:

1.      WHEREAS, on February 15, 2023, the City of Columbus filed its complaint against HMA and KA in the United States District Court for the Southern District of Ohio (*City of Columbus, Ohio v. Kia America, Inc. and Hyundai Motor America*, Case No. 2:23-CV-00654 (S.D. Ohio), Dkts. 1, 3);

2.      WHEREAS, on March 7, 2023, the City of Cleveland filed its complaint against HMA and KA in the United States District Court for the Central District of California (*City of Cleveland v. Hyundai Motor America and Kia America, Inc.*, Case No. 8:23-CV-00419 (C.D. Cal.), Dkt. 1);

3.      WHEREAS, on March 8, 2023, the City of Cincinnati filed its complaint against HMA and KA in the United States District Court for the Central District of California (*City of Cincinnati v. Hyundai Motor America and Kia America, Inc.*, Case No. 2:23-CV-01750 (C.D. Cal.), Dkt. 1);

4.      WHEREAS, on July 13, 2023, the City of Parma filed its complaint against HMA and KA in the United States District Court for the Northern District of Ohio (*City of Parma v. Hyundai Motor America and Kia America, Inc.*, Case No. 1:23-CV-01360 (N.D. Ohio), Dkt. 1);

5.      WHEREAS, the *Cincinnati, Cleveland, Columbus,* and *Parma* actions were transferred to this Court as part of the above-captioned Multidistrict Litigation ("MDL") and Cincinnati, Cleveland, Columbus, and Parma subsequently were among the GE Plaintiffs who filed a Consolidated Governmental Entity Complaint against HMA, KA, Hyundai Motor Company ("HMC") and Kia Corporation ("KC") on July 28, 2023 (Dkt. 175);

6.      WHEREAS, on September 8, 2023, GE Plaintiffs Cincinnati, Cleveland. Columbus and Parma entered into a stipulation agreeing to the dismissal without

prejudice of HMC and KC, and this Court granted the stipulated dismissal of HMC and KC without prejudice on September 11, 2023 (Dkts. 216, 223);

7.    WHEREAS, on November 6, 2023, the City of Lorain filed its complaint against HMA, KA, HMC, and KC in the United States District Court for the Central District of California (*City of Lorain, Ohio v. Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and Kia America, Inc.*, Case No. 8:23-CV-02083 (C.D. Cal.), Dkt.  1);

8.    WHEREAS, Lorain's suit was subsequently transferred to this Court as part of this MDL, Lorain stipulated to the voluntary dismissal without prejudice of HMC and KC on January 12, 2024, this Court granted the stipulated dismissal without prejudice on January 18, 2024, Lorain filed a First Amended Complaint on May 3, 2024, and the Parties stipulated on May 13, 2024 to the dismissal of HMC and KC in connection with Lorain's First Amended Complaint, and on May 15, 2024 this Court ordered that HMC and KC were dismissed without prejudice from Lorain's First Amended Complaint (Dkts. 290, 292, 406-1, 418, 420; Case No. 8:23-CV-02083 (C.D. Cal.), Dkt. 30); and

9.    WHEREAS, the Ohio GE Plaintiffs have conceded that under *In re National Prescription Opiate Litigation*, they cannot state a claim in this matter for common law public nuisance under Ohio state law, and accordingly they have agreed to dismiss such claims with prejudice, permanently resolving such claims, while reserving their rights as to all other claims arising from the matters alleged in their complaints;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:

10.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the CGEC's third and fourth claims for relief, by the Ohio GE Plaintiffs, for common law absolute public nuisance and qualified public nuisance, respectively, shall be dismissed with prejudice;

11.     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the first and second claims for relief in Lorain's First Amended Complaint, for common law absolute public nuisance and qualified public nuisance, respectively, shall be dismissed with prejudice;

12.     The Ohio GE Plaintiffs shall not assert claims for common law absolute public nuisance or qualified public nuisance under Ohio law against HMC and/or KC based on the same or similar nucleus of facts alleged in the CGEC or Lorain's First Amended Complaint, and the stipulations regarding HMC and KC are terminated as to such claims;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

13.    For the avoidance of doubt, the Ohio GE Plaintiffs reserve their rights as to all other claims arising from the matters alleged in their complaints, including but not limited to negligence and statutory public nuisance claims, if any.

Dated this 14th day of May, 2025.

By */s/ Steven G. Madison*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

By */s/ Rick L. Ashton*

ALLEN STOVALL NEUMAN & ASHTON LLP
Rick L. Ashton (*pro hac vice*)
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
ashton@asnalaw.com
coutinho@asnalaw.com
corcoran@asnalaw.com
schwartz@asnalaw.com

*Counsel for the City of Columbus*

By */s/ Gretchen Freeman Cappio*

KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
(*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee and Counsel for Plaintiffs Cincinnati, Cleveland, Lorain, and Parma*

Case No. 8:22-ML-3052-JVS-(KESx)
STIPULATION RE DISMISSAL WITH PREJUDICE OF COMMON LAW PUBLIC NUISANCE CLAIMS

1

## <u>ECF ATTESTATION</u>

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

*/s/ Steven G. Madison*
STEVEN G. MADISON

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Steven G. Madison*
STEVEN G. MADISON

Case No. 8:22-ML-3052-JVS-(KESx)
STIPULATION RE DISMISSAL WITH PREJUDICE OF COMMON LAW PUBLIC NUISANCE CLAIMS