QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>GOVERNMENTAL ENTITIES TRACK | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**DECLARATION OF STEVEN G. MADISON IN SUPPORT OF DEFENDANTS HYUNDAI MOTOR AMERICA AND KIA AMERICA, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME ON THEIR MOTION FOR AN ORDER TO SHOW CAUSE RE: CERTAIN GOVERNMENTAL ENTITY PLAINTIFFS' REFUSAL TO FOLLOW COURT ORDER**<br><br>Hearing Date: June 9, 2025<br>Hearing Time: 1:30 p.m. |

# DECLARATION OF STEVEN G. MADISON

I, Steven G. Madison, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), lead counsel for Defendants Kia America, Inc. ("KA") and Hyundai Motor America ("HMA") in the GE Track of the above-captioned case. The facts in this declaration are based on my personal knowledge, and if called and sworn as a witness I could testify competently thereto.

2. On April 11, 2025, at a status conference herein, this Court directed HMA and KA to serve discovery related to thefts of Hyundai and Kia vehicles and related incidents from five Governmental Entity Plaintiffs ("GE Plaintiffs") from five different jurisdictions.

3. On April 18, 2025, our firm served a single, identical request for documents on five GE Plaintiffs: Buffalo, NY, Indianapolis, IN, Milwaukee, WI, St. Louis, MO, and Tacoma, WA (collectively, the "Five Cities"). Each GE Plaintiff is from a different state as prescribed by this Court. The requests required production on May 19, 2025, as permitted by Fed.R.Civ.P. 34.

4. On June 5, 2025, Quinn Emanuel notified counsel for the Five Cities that HMA and KA would file an *ex parte* application to shorten time on their motion for an order to show cause why the Court should not hold the Five Cities in contempt for their failure to comply with the Court's order stemming from the April 11, 2025 status conference before the Court. Counsel for the Five Cities indicated they would oppose such an *ex parte* application.

5. Attached hereto is Exhibit "A," which is a true and correct copy of the transcript for the November 12, 2024 status conference before this Court.

6. Attached hereto is Exhibit "B," which is a true and correct copy of the transcript for the January 23, 2025 status conference before this Court.

/ / /

/ / /

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2025, at Los Angeles, California.

*/s/ Steven G. Madison*
Steven G. Madison