1    QUINN EMANUEL URQUHART & SULLIVAN LLP
2    Steven G. Madison (SBN: 101006)
     stevemadison@quinnemanuel.com
3    Justin C. Griffin (SBN: 234675)
     justingriffin@quinnemanuel.com
4    865 South Figueroa Street, 10th Floor
5    Los Angeles, California 90017-2543
     Telephone:  (213) 443-3000
6    Facsimile:    (213) 443-3100

7
     *Attorneys for Defendants Hyundai Motor
8    America and Kia America, Inc.*

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11   In re: KIA HYUNDAI VEHICLE          Case No. 8:22-ML-3052-JVS-(KESx)
     THEFT MARKETING, SALES
12   PRACTICES, AND PRODUCTS             The Honorable James V. Selna
     LIABILITY LITIGATION
13                                       **[PROPOSED] ORDER GRANTING
                                         HYUNDAI MOTOR AMERICA
14                                       AND KIA AMERICA, INC.'S *EX
                                         PARTE* APPLICATION TO
15   This Document Relates to:          SHORTEN TIME ON MOTION
                                         FOR AN ORDER TO SHOW
16                                       CAUSE WHY CERTAIN GE
     GOVERNMENTAL ENTITIES              PLAINTIFFS NOT BE HELD IN
17   TRACK                              CONTEMPT**

18

19

20

21

22

23

24

25

26

27

28

                                              Case No. 8:22-ML-3052-JVS-(KESx)

**[PROPOSED] ORDER**

Before the Court is Defendants Hyundai Motor America ("HMA") and Kia America, Inc.'s ("KA") *ex parte* application seeking to shorten time on HMA and KA's Motion for an Order to Show Cause why GE Plaintiffs Buffalo, NY; Indianapolis, IN; Milwaukee, WI; St. Louis, MO; and Tacoma, WA should not be held in civil contempt.

Good cause appearing, the Court hereby grants HMA and KA's *ex parte* application, and sets the hearing on the Motion for June ___, 2025, at 1:30 pm. Any opposition to the Motion should be filed on or before June ___, 2025 and any Reply in support of the Motion should be filed no later than June ___, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. James V. Selna
United States District Judge