Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052

*Chair of the Governmental Entities Committee*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 8:22-ML-03052-JVS-KES<br><br>The Honorable James V. Selna<br><br>**SUPERSEDING CONSOLIDATED OHIO GOVERNMENTAL ENTITIES COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

*This document relates to:*

*City of Columbus, Ohio v. Kia America, Inc. and Hyundai Motor America,* Case No. 8:23-CV-01001

*City of Cleveland v. Hyundai Motor America and Kia America, Inc.,* Case No. 8:23-CV-00419

*City of Cincinnati v. Hyundai Motor America and Kia America, Inc.,* Case No. 2:23-CV-01750

*City of Lorain, Ohio v. Hyundai Motor Company et al.,* Case No. 8:23-CV-02083

*City of Parma v. Hyundai Motor America and Kia America, Inc.,* Case No. 8:23-CV-01374

TABLE OF CONTENTS

I.     INTRODUCTION ..................................................................................1

II.    JURISDICTION AND VENUE ...........................................................3

       A.    Subject Matter Jurisdiction ......................................................3

       B.    Personal Jurisdiction ...............................................................4

             1.    HMC's and KC's Forum-Related Activities ..........................4

             2.    HMC's and KC's Control Over Their Respective
                   Subsidiaries...................................................................5

       C.    Venue .......................................................................................7

III.   PARTIES .........................................................................................7

       D.    The Ohio GE Plaintiffs ...........................................................7

             1.    Columbus, Ohio................................................................7

             2.    Cleveland, Ohio...............................................................8

             3.    Cincinnati, Ohio...............................................................8

             4.    Lorain, Ohio ....................................................................8

             5.    Parma, Ohio.....................................................................9

       E.    Defendants ................................................................................9

             1.    Hyundai Motor Company .......................................................9

             2.    Hyundai Motor America ........................................................9

             3.    Kia Corporation ................................................................10

             4.    Kia America, Inc...............................................................10

IV.    THE KIA HYUNDAI THEFT WAVE .............................................10

       A.    Measures to Prevent Vehicle Thefts Exist.......................................10

       B.    Hyundai and Kia Deviated from the Industry Standard by
             Electing Not to Include Immobilizers Or Other Reasonable
             Anti-Theft Technology in the Susceptible Vehicles ........................13

i

    C.     The Lack of Industry Standard Or Other Reasonable Anti-Theft Technology in Most Hyundai and Kia Vehicles Has Led to a Wave of Thefts ................................................................16

V.    THE DEFENDANTS' LATE AND INSUFFICIENT RESPONSE ..........17

VI.    IMPACTS ON THE OHIO GE PLAINTIFFS .........................................22

    A.     Columbus, Ohio...............................................................22

    B.     Cleveland, Ohio ..............................................................25

    C.     Cincinnati, Ohio .............................................................27

    D.     Lorain, Ohio ...................................................................30

    E.     Parma, Ohio ...................................................................31

VII.    CAUSES OF ACTION ..........................................................................33

COUNT ONE — NEGLIGENCE....................................................................33

COUNT TWO — STATUTORY PUBLIC NUISANCE ...................................37

    A.     The Kia Hyundai Theft Wave ........................................40

        1.    Measures to Prevent Vehicle Thefts Have Existed for Over a Century.................................................40

        2.    Hyundai and Kia Deviated from the Industry Standard by Electing Not to Include Immobilizers in the Susceptible Vehicles .............................................46

        3.    The Lack of Industry Standard Anti-Theft Devices in Most Hyundai and Kia Vehicles Has Led to a Wave of Thefts.................................................49

        4.    Car Thefts Imperil Public Safety .........................50

        5.    Car Thefts Drain Public Resources and Frustrate Public Policy.................................................54

    B.     The Continuing Public Nuisance and Defendants' Late, Insufficient Response................................................55

    C.     Columbus, Ohio...............................................................61

D.      Cleveland, Ohio ........................................................... 69

E.      Cincinnati, Ohio ......................................................... 73

F.      Lorain, Ohio ................................................................. 82

G.      Parma, Ohio ................................................................ 85

CLAIMS UNDER OHIO LAW BROUGHT BY THE CITY OF
        COLUMBUS ................................................................. 88

CLAIMS UNDER OHIO LAW BROUGHT BY THE CITY OF
        CINCINNATI ................................................................ 90

CLAIMS UNDER OHIO LAW BROUGHT BY THE CITY OF
        LORAIN ........................................................................ 92

COUNT THREE — CIVIL LIABILITY ................................................ 95

PRAYER FOR RELIEF .......................................................................... 96

DEMAND FOR JURY TRIAL ............................................................... 96

# I.    INTRODUCTION

1.    The days of "hotwiring" cars with nothing more than a screwdriver are largely over. In most recent car models, the ignition key emits a radio signal that prompts a computer in the car to disengage an immobilizer device and allows the car to start and move. But recent Hyundai and Kia models are a glaring exception.

2.    For all model years between 2011 and 2022, long after other carmakers adopted immobilizer technology that ensured car ignitions could not be started without their keys, Defendants Hyundai Motor Company ("HMC"), Hyundai Motor America ("HMA" and, with HMC, collectively "Hyundai"), Kia Corporation ("KC"), and Kia America, Inc. ("KA" and, with KC, collectively "Kia") intentionally ignored industry-standard practices in the name of profit. Specifically, upon information and belief, at all relevant times, Defendants designed, manufactured, and distributed the following automobile models without engine immobilizers or other reasonable anti-theft technology: Hyundai Accent, Elantra, Elantra GT, Elantra Coupe, Elantra Touring, Genesis Coupe, Kona, Palisade, Santa Fe, Santa Fe Sport, Santa Fe XL, Sonata, Tucson, Veloster, Venue, and Veracruz; and the Kia Forte, K5, Optima, Rio, Sedona, Seltos, Sorento, Soul, and Sportage. These vehicles, when manufactured and sold without engine immobilizers or other reasonable anti-theft technology, are referred to hereinafter as the "Susceptible Vehicles."

3.    As a result, online videos demonstrate how easy it is to steal Hyundai and Kia vehicles. In many cases, thieves use tools no more advanced than a USB cable. Hyundai's and Kia's business decisions to reduce costs, and thereby boost profits, by forgoing common or other reasonable anti-theft technology have resulted in a dangerous increase in thefts of the Susceptible Vehicles. This has significantly impacted law

1

enforcement operations and emergency services in Columbus, Cleveland, Cincinnati, Lorain, and Parma, Ohio (collectively, the "Ohio GE Plaintiffs").

4.    In the 1960s and 1970s, all that was needed for a successful vehicle heist was a little brute force (to crack open the ignition column) and a key-shaped object to start the car and drive off within seconds. Thanks to modern technology, this is no longer the case for most cars.

5.    Hyundai and Kia are unique among automobile manufacturers in failing to install engine immobilizers or other reasonable anti-theft technology in most of their cars. This is not because the technology is somehow beyond them—in fact, Hyundai and Kia vehicles sold in the European and Canadian markets incorporate vehicle immobilizers because regulations there expressly require them.

6.    The difference between the proportion of Hyundai and Kia vehicle models with immobilizers compared to all other manufacturers is staggering: for the 2015 model year, for example, only **26%** of Hyundai and Kia vehicles in the United States were equipped with immobilizers, compared to **96%** of vehicles from all other manufacturers.[1]

7.    Hyundai and Kia are aware of the well-documented benefit of immobilizer technology in preventing thefts, as they opted to install engine immobilizers in their higher-end models, and in all of their 2023 vehicles.

8.    Hyundai's and Kia's decisions have had devastating consequences for the Ohio GE Plaintiffs. Defendants' failure to install an industry-standard immobilization anti-theft device or other reasonable anti-theft technology, notwithstanding decades of

---

[1] *Hyundai and Kia theft losses*, 38 HLDI Bull. 28, 2 (Dec. 2021), https://www.iihs.org/media/0e14ba17-a3c2-4375-8e66-081df9101ed2/opm7QA/HLDI%20Research/Bulletins/hldi_bulletin_38-28.pdf.

academic literature and research supporting the deterrent effects of such technology,[2] has opened the floodgates to increased vehicle theft.

9.      The economic losses incurred by the Ohio GE Plaintiffs could have been avoided had Hyundai and Kia followed industry-wide standards and installed immobilizer devices or other reasonable anti-theft technology in the Susceptible Vehicles.

10.     The Ohio GE Plaintiffs, among other economic losses, have been forced to divert funds and personnel to combat the growing burden caused by increased Hyundai and Kia vehicle thefts.

## II.      JURISDICTION AND VENUE

### A.      Subject Matter Jurisdiction

11.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), as the amount in controversy exceeds $75,000 and there is complete diversity between the parties. The cities of Columbus, Cleveland, Cincinnati, Lorain, and Parma are regarded as citizens of the State of Ohio for the purposes of diversity jurisdiction. *Bullard v. City of Cisco, Texas*, 290 U.S. 179, 187 (1933). Defendants HMA and KA are citizens of the State of California, where they are headquartered and incorporated. Defendants HMC and KC are both multinational automakers, headquartered in Seoul, South Korea.

---

[2] *See, e.g.*, Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 72 Fed. Reg. 39,661 (July 19, 2007), https://www.govinfo.gov/content/pkg/FR-2007-07-19/pdf/FR-2007-07-19.pdf; *see also* Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 75 Fed. Reg. 1,447-03 (Jan. 11, 2010), https://www.govinfo.gov/content/pkg/FR-2010-01-11/pdf/2010-236.pdf (NHTSA notice granting an identical exemption for the Kia Amanti vehicle line beginning in model year 2009 based on the representation that the immobilizer installation for that specific model should substantially reduce theft rates).

## B.     Personal Jurisdiction

12.     This Court has general personal jurisdiction over HMA and KA because they are incorporated and headquartered in the State of California. Defendants have transacted and done business in the State of California and in this judicial district.

13.     This Court has specific jurisdiction over HMC and KC under the long-arm statute of California based on (1) their forum-related activities from which this case arises; (2) the forum-related activities of HMC's primary domestic subsidiary, HMA, which HMC substantially controls; and (3) the forum-related activities of KC's primary domestic subsidiary, KA, which KC substantially controls.

### 1.     HMC's and KC's Forum-Related Activities

14.     HMC is a South-Korea based company, and its substantial activities directed at the United States give rise to and relate to the Ohio GE Plaintiffs' claims.

15.     In a complaint to enforce its trademark rights, HMC represented that it "currently designs, manufactures, markets, distributes, and sells a wide range of automobile and related automobile parts to over 190 countries throughout the world, including the United States, under the trademark 'Hyundai.'"[3]

16.     HMC and KC design, manufacture, market, distribute, and sell the Susceptible Vehicles under their registered trademarks "Hyundai" and "Kia," respectively. Between 2011 and 2022, when the Susceptible Vehicles were sold and distributed in the Ohio GE Plaintiffs' respective jurisdictions, HMC and KC purposefully availed themselves of the United States' legal protections by registering and maintaining registrations with the United States government for trademarks associated with their

---

[3] First Amended Complaint at 6, *Hyundai Motor Am., Inc. v. Midwest Indus. Supply Co.*, No. 2:17-cv-3010-JCM-GWF (D. Nev. Nov. 21, 2018), ECF No. 34.

4

vehicles and parts, which HMC and KC used to identify and distinguish its vehicles and parts in the United States, this district, and transferor jurisdictions.

17.    HMC and KC purposefully availed themselves of markets in the United States as each company sold approximately 500,000 vehicles per year in this market through their respective domestic subsidiaries, HMA and KA.

18.    HMC and KC manufactured over eight million of the Susceptible Vehicles, which were delivered to HMA and KA for sale in the United States. Upon information and belief, HMC and KC manufactured the majority of the Susceptible Vehicles overseas in South Korea. However, HMC and KC segregated the Susceptible Vehicles intended for sale in the United States and shipped those vehicles to the United States with full knowledge that HMA and KA would distribute them across the country.

19.    Rather than passively placing the Susceptible Vehicles into the stream of commerce, HMC and KC intentionally targeted the distribution of the Susceptible Vehicles into United States markets specifically, because engine immobilizers are not expressly required by law to sell the vehicles in this country.

20.    HMC and KC played instrumental roles in HMA's and KA's analysis and decision-making processes related to the design and/or manufacture of the Susceptible Vehicles lacking engine immobilizers sold in the United States.

21.    Upon information and belief, HMC and KC both were involved in monitoring vehicle thefts of the Susceptible Vehicles, as reported by their respective subsidiaries, HMA and KA.

**2.    HMC's and KC's Control Over Their Respective Subsidiaries**

22.    HMC and KC exercise control over HMA and KA, respectively, through both formal and informal means.

23.    Upon information and belief, HMC and KC possess the power to appoint board members to HMA and KA, respectively, and both HMC and KC have exercised this power.

24.    HMC and KC purposely availed themselves of markets in the United States by regularly submitting applications to the Environmental Protection Agency to obtain certification required for the sale of their vehicles in the United States.[4]

25.    HMC operates a "Global Command and Control Center" with "walls covered with television screens and computer monitors" that track "every operating line at 27 plants in the world, in real time, 24 hours a day, 365 days a year."[5]

26.    The production chief for a Hyundai plant in Alabama noted that if there is "a hiccup at any of those boards, headquarters wants to know what needs to be done about it—right now[.]"[6]

27.    Upon information and belief, KC representatives similarly monitor Kia's global operations from HMC's Global Command and Control Center.

---

[4] *See, e.g.*, Letter from Hyundai America Technical Center to Director Linc Wehrly re: Request for GHG credit for High Efficiency Alternator Technology (June 10, 2019), https://www.epa.gov/sites/default/files/2019-07/documents/kmc-off-cycle-ghg-credit-high-efficiency-alternator-2019-06-10.pdf (writing on behalf of KC, f/k/a Kia Motors Corporation; *see also* Letter from Hyundai America Technical Center to Director Linc Wehrly re: Request for GHG Off-Cycle Credit for HVAC Brushless Motor Technology in 2020 Model Year and later HMC vehicles (Dec. 15, 2020), https://www.epa.gov/system/files/documents/2022-09/hyundai-ghg-credit-pwm-hvac-blm-apl-2020-12-15.pdf.

[5] William J. Holstein, *Hyundai's Capabilities Play*, 70 Strategy & Bus. 62, 67–68 (Spring 2013), https://digitaledition.strategy-business.com/publication/?m=6320&i=145911&p=70&ver=html5.

[6] *Id.* at 68.

28.    Senior South Korean executives for HMC and KC also regularly visit Hyundai and Kia plants and offices throughout the United States, including HMA's and KA's California headquarters, both of which are located in this district.

29.    The common executives for HMC and HMA frequently overlap. Jose Muñoz, for example, is the current Global Chief Executive Officer of HMC and serves as the President and CEO of HMA. Meanwhile, Brian Latouf serves as the President and Global Chief Safety and Quality Officer for Hyundai Motor Group and Chief Safety Officer of HMA.

30.    KC and KA also share executive employees. SeongKyu (Sean) Yoo serves as President and CEO of KA, as well as Senior Managing Director of KC.

31.    Last, HMC and KC control the public name and brand of HMA and KA, respectively.

### C.    Venue

32.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Defendants transact substantial business in this district. Venue is also proper for HMA and KA because they are headquartered here, have research and development offices here, and a substantial part of the events/omissions giving rise to the claims occurred in this district.

## III.    PARTIES

### D.    The Ohio GE Plaintiffs

#### 1.    Columbus, Ohio

33.    Plaintiff the City of Columbus ("Columbus") is a municipal corporation organized under Ohio Law.[7] Columbus has all of the powers of local self-government and home rule and all other powers possible for a city to have under the constitution and laws

---

[7] *See* Ohio Const., art. XVIII § 7 (1912).

of the State of Ohio, which are exercised in the manner prescribed by the charter of the City of Columbus.[8] Columbus is the capital and largest city in the State of Ohio and is predominantly located within Franklin County, Ohio. It is the fifteenth largest city in the United States, with a population of approximately 905,528 people. More than 2.1 million people live in the Columbus metropolitan area. Columbus's principal offices are located at 77 North Front Street, Columbus, Ohio.

### 2.    Cleveland, Ohio

34.    Plaintiff the City of Cleveland ("Cleveland") is a municipal corporation organized and chartered pursuant to Article XVIII, Section 7 of the Ohio Constitution. Cleveland has all the powers of local self-government and all other powers possible for a city to have under the Constitution of the state of Ohio, and the laws of the State of Ohio, which are exercised in the manner prescribed by the Charter of the City of Cleveland. Cleveland is located in Cuyahoga County, Ohio, and has approximately 370,000 residents. Cleveland's principal offices are located at 601 Lakeside Avenue East, Cleveland, Ohio.

### 3.    Cincinnati, Ohio

35.    Plaintiff the City of Cincinnati ("Cincinnati") is a home-rule municipal corporation chartered under Article XVIII, Section 7 of the Ohio Constitution and acting pursuant to the Charter of the City of Cincinnati, through its City Solicitor. Cincinnati is located in Hamilton County, Ohio, and has approximately 310,000 residents. Cincinnati's principal offices are located at 801 Plum Street, Cincinnati, Ohio.

### 4.    Lorain, Ohio

36.    Plaintiff the City of Lorain ("Lorain"), is a municipal corporation organized under the laws of the State of Ohio. The City of Lorain is located in Lorain County, Ohio.

---

[8] *See* Charter of the City of Columbus, pursuant to Ohio Rev. Code Ann. § 715.01 (West 2023).

37.    The City of Lorain is the third-largest city in the Greater Cleveland area and had a population of 65,211 residents as of the 2020 Census.[9] Lorain's principal offices are located at 200 West Erie Avenue, Lorain, Ohio.

### 5.    Parma, Ohio

38.    Plaintiff the City of Parma ("Parma") is a municipal corporation organized pursuant to Article XVIII, Section 7 of the Ohio Constitution. Parma has all the powers of local self-government and all other powers possible for a city to have under the constitution of the State of Ohio, and the laws of the State of Ohio. Parma is located in Cuyahoga County, Ohio, and has approximately 80,000 residents. Parma's principal offices are located at City Hall, 6611 Ridge Road, Parma, Ohio.

### E.    Defendants

### 1.    Hyundai Motor Company

39.    Defendant Hyundai Motor Company is a multinational automaker headquartered in Seoul, South Korea. HMC, together with Defendants Kia Corporation, Kia America, Inc., and Hyundai Motor America, comprise the Hyundai Motor Group, which designs, manufactures, and distributes the Susceptible Vehicles referenced in this Consolidated Complaint. HMC is the parent corporation of Hyundai Motor America.

### 2.    Hyundai Motor America

40.    Defendant Hyundai Motor America is an automobile designer, manufacturer, distributor, and/or servicer of new motor vehicles under the Hyundai brand doing business within the United States. HMA is incorporated and headquartered in the State of California. HMA's principal place of business is located at 10550 Talbert Avenue,

---

[9] *Quick Facts, Lorain city, Ohio*, U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/loraincityohio/PST045222 (last visited June 30, 2025).

Fountain Valley, California. HMA distributes, markets, leases, warrants, and oversees regulatory compliance and warranty claims for Hyundai brand vehicles through a network of over 800 dealers throughout the United States from its headquarters in California. Defendant HMA engages in continuous and substantial business in California.

### 3. Kia Corporation

41.    Defendant Kia Corporation is a multinational automaker headquartered in Seoul, South Korea. KC is the parent corporation of Kia America, Inc. As of December 31, 2017, Defendant KC's largest shareholder is HMC, which holds 33.88% of KC's stock.[10]

### 4. Kia America, Inc.

42.    Defendant Kia America, Inc. is a manufacturer and distributor of new motor vehicles under the Kia brand and is incorporated and headquartered in the State of California. KA's principal place of business is located at 111 Peters Canyon Road, Irvine, California. KA distributes, markets, leases, warrants, and oversees regulatory compliance and warranty claims for Kia-brand vehicles through a network of over 700 dealers throughout the United States from its headquarters in California. Defendant KA engages in continuous and substantial business in California.

### IV.    THE KIA HYUNDAI THEFT WAVE

### A.    Measures to Prevent Vehicle Thefts Exist

43.    An industry-standard engine immobilizer "locks out the engine control module if an attempt is made to start the vehicle without the correct key or to bypass the

---

[10] *The Future: Kia Motors Annual Report 2017* at 11, Kia, https://worldwide.kia.com/int/company/ir/archive/annual-report/download/B200002757/F200012579 (last visited June 30, 2025).

electronic ignition system."[11] Defendants' choice not to use this industry-standard anti-theft technology or other reasonable anti-theft technology predictably led to increased theft of the Susceptible Vehicles.

44.    In the late 1980s and early 1990s, vehicle theft increased dramatically in the United States.[12] The most common method for stealing a car involved bypassing the motor's ignition switch, otherwise known as "hotwiring." The graph below illustrates the dramatic rise in car thefts during this time period.[13]



**Vehicle thefts per 10,000 vehicles in operation, and vehicle theft arrests per 100,000 population, 1960-2014**

45.    To respond to this growing problem, manufacturers began installing passive vehicle immobilizers, which were patented in 1993.[14] Unlike Evans and Birkenbeuel's invention nearly 75 years prior, the vehicle immobilizer would render the engine operable

---

[11] Jacqueline Glassman, *Interpretation ID : GF005229-2*, NHTSA (Sept. 24, 2004), https://www.nhtsa.gov/interpretations/gf005229-2.

[12] Anthony Dixon & Graham Farrell, *Age-period-cohort effects in half a century of motor vehicle theft in the United States*, 9 Crime Sci. 17 at 1, 3 (2020), https://crimesciencejournal.biomedcentral.com/articles/10.1186/s40163-020-00126-5.

[13] *Id.* at fig. 1.

[14] Int'l Patent Publication No. WO 93/13968 (filed Jan. 7, 1993).

11

only "if the correct key having coded information is used[,]" rather than relying on concealed switches or memorizing keypad combinations.[15]

46.    In essence, the vehicle immobilizers of the 1990s worked by checking the "fingerprint" of a car key based on electronic codes the key sends to the vehicle. They prevented hotwiring by ensuring that a car would not start if the key was not present— whether or not the ignition switch was turned or bypassed.

47.    Although the mechanism behind the vehicle immobilizer was more intricate than the original 1919 invention, the overall purpose remained the same: "to make the vehicle more difficult to steal."[16]

48.    The invention proved successful and, less than five years later, the European Union mandated that all new passenger cars from 1998 onward be equipped with an electronic engine immobilizer.[17] Similar mandates soon followed in Australia, New Zealand, and Canada.

49.    As engine immobilizers became the industry standard among manufacturers, at least one study in the Netherlands suggested that immobilizers "lowered the overall rate of car theft on average by about 50 percent during 1995-2008."[18]

---

[15] *Id.*

[16] *Id.*

[17] Commission Directive 95/56/EC, 1995 O.J. (L286) 1 (amending Council Directive 74/61/EEC to require the installation of immobilizers and alarm systems in motor vehicles beginning in October 1998).

[18] Jan C. van Ours & Ben Vollaard, *The Engine Immobiliser: A Non-Starter for Car Thieves*, TILEC Discussion Paper No. 2013-001, SSRN (Jan. 14, 2013), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2202165.

50.    By 2011, studies concluded "that good quality electronic immobilizers [have bec[o]me car theft's killer technology" and proved to be 32.7% "more effective in reducing car theft than alarms" and 42.2% "more effective than central locking."[19]

51.    Equally critical, academic studies support the proposition that "[f]rom the early 1990s onwards, it gradually became less easy for adolescents to begin offending as an increasing proportion of vehicles became secure" because the "young offenders did not have the skill or experience to overcome the new vehicle security technology, particularly electronic immobilizers."[20] As the rate of young offenders decreased due to improved vehicle security, "fewer adolescents" went on to experience "criminal career onset and continuance."[21]

### B.    Hyundai and Kia Deviated from the Industry Standard by Electing Not to Include Immobilizers Or Other Reasonable Anti-Theft Technology in the Susceptible Vehicles

52.    Studies by the Highway Loss Data Institute ("HLDI") showed "that vehicle theft losses decreased significantly after factory-installed passive immobilizing antitheft devices were introduced."[22] Specifically, HLDI studies between 1996 and 2013 all showed

---

[19] Graham Farrell et al., *The Crime Drop and the Security Hypothesis*, 48(2) J. Res. Crime & Delinq. 147, 163, 169 (2011), https://www.researchgate.net/profile/Graham-Farrell/publication/255589010_The_Crime_Drop_and_the_Security_Hypothesis/links/54f3b8300cf299c8d9e537d9/The-Crime-Drop-and-the-Security-Hypothesis.pdf.

[20] Anthony Dixon & Graham Farrell, *Age-period-cohort effects in half a century of motor vehicle theft in the United States*, 9 Crime Sci. 17 at 7 (2020), https://crimesciencejournal.biomedcentral.com/articles/10.1186/s40163-020-00126-5.

[21] *Id.*; *see also* Graham Farrell, *Forty years of declining burglary in the United States: Explanation and evidence relating to the security hypothesis*, 35 Sec. J. 444, 458 (2022) https://link.springer.com/article/10.1057/s41284-021-00284-4 (arguing that "making crime more difficult to commit may be the most effective way to reduce juvenile crime and progression to adult crime").

[22] *Hyundai and Kia theft losses*, 38 HLDI Bull. 28, 1 (Dec. 2021), https://www.iihs.org/media/0e14ba17-a3c2-4375-8e66-081df9101ed2/opm7QA/HLDI%20Research/Bulletins/hldi_bulletin_38-28.pdf.

decreases in theft losses for vehicles with engine immobilizers studied in those years, including General Motors, BMW, Ford, and Nissan.[23] A 2013 HLDI study "found that thieves were sometimes targeting the older model years of a vehicle series without immobilizers, such as the Honda Civic and Honda Accord."[24]

53.    Despite decades of research and findings that immobilizers significantly reduced vehicle theft, "only 26 percent of Hyundai and Kia" 2015 vehicle models had "passive immobilizers as standard equipment, compared with 96 percent of other manufacturers."[25]

54.    The low percentage of Hyundai and Kia vehicles with immobilizers or other reasonable anti-theft technology is especially concerning given that, during this same time period, Hyundai and Kia were installing immobilizers in their models for sale in the European and Canadian markets.[26]

55.    Nor are Defendants unfamiliar with the benefits of installing immobilizers in the American market. A NHTSA standard separate from FMVSS 114 requires automobile manufacturers to label parts to reduce the demand for stolen cars and chop shops (where stolen cars are disassembled so that their valuable parts can be sold).[27] Manufacturers can apply for exemptions from this labeling requirement based on the inclusion of anti-theft technology, because vehicles with anti-theft technology are much harder to steal in the first place and thus much less likely to be "chopped" for parts. In March of 2007, Hyundai

---

[23] *Id.* at 2.

[24] *Id.*

[25] *Id.* at 5.

[26] Hyundai first began exporting its cars to parts of Europe, the United Kingdom, and Canada between 1978 and 1984. *See Over 50 years of progress: the history of Hyundai*, Hyundai Newsroom (Apr. 6, 2019), https://www.hyundai.news/eu/articles/press-releases/over-50-years-of-progress-the-history-of-hyundai.html. Similarly, Kia vehicles were introduced into European and Canadian markets in the 1990s.

[27] Requirements for passenger motor vehicles, 49 C.F.R. § 541.5 (June 1, 2011).

requested an exemption from the labeling requirement for its 2008 Hyundai Azera line based on its inclusion of an immobilizer in that model. Thus, Hyundai recognized the efficacy of immobilizers in reducing vehicle theft.[28]

56.    Yet, despite knowing the unquestionable benefit of engine immobilizers, until 2022 or so, Hyundai and Kia only offered immobilizers in a few more expensive models, like the Azera.

57.    In September 2022, HLDI found that Hyundais and Kias are stolen at nearly twice the rate of other vehicles in the automobile industry. Specifically, "Hyundais and Kias without immobilizers had a vehicle theft claim rate of 2.18 per 1,000 insured vehicle years" while the remainder of the industry, combined, had a theft claim rate of 1.21.[29]

58.    Defendants' decision not to install the simple and highly effective immobilizer or other reasonable anti-theft technology in the Susceptible Vehicles between 2011 and 2022, in contrast to the vast majority of car manufacturers that did choose to install immobilizers in nearly all of their vehicles, has, foreseeably, led to the economic losses incurred by the Ohio GE Plaintiffs.

---

[28] Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 72 Fed. Reg. 39,661 (July 19, 2007), https://www.govinfo.gov/content/pkg/FR-2007-07-19/pdf/FR-2007-07-19.pdf; *see also* Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 75 Fed. Reg. 1,447-03 (Jan. 11, 2010), https://www.govinfo.gov/content/pkg/FR-2010-01-11/pdf/2010-236.pdf (NHTSA notice granting an identical exemption for the Kia Amanti vehicle line beginning in model year 2009 based on Defendant Kia's representation that the immobilizer installation for that specific model should substantially reduce theft rates).

[29] *Id.* ("An insured vehicle year is equal to one vehicle insured for one year.").

### C. The Lack of Industry Standard Or Other Reasonable Anti-Theft Technology in Most Hyundai and Kia Vehicles Has Led to a Wave of Thefts

59.    Kia and Hyundai chose to flout the industry standard of utilizing an engine immobilizer and failed to use any other reasonable anti-theft technology in the Susceptible Vehicles, which made those vehicles more susceptible to theft. As would-be car thieves learned of this susceptibility, the incidence of theft for Susceptible Vehicles increased, relative to other models, from 2015 to 2020.[30]

60.    However, this progression became an explosion in late 2020, when a group of teenagers began posting "how-to" videos detailing how simple it was to steal Susceptible Vehicles.[31] That group, the "Kia Boyz," became notorious for posting videos of youth engaging in reckless driving after stealing Kias and Hyundais.[32] As the videos detailed, a thief need only break a window, remove the plastic cowl under the steering column, and use a USB connector (such as the ubiquitous mobile phone charging cable)

---

[30] *See NICB's Hot Wheels: America's 10 Most Stolen Vehicles*, NICB (Aug. 1, 2016), https://www.nicb.org/sites/files/2017-11/2015-Hot-Wheels-Report.pdf; *NICB's Hot Wheels: America's 10 Most Stolen Vehicles*, NICB (July 12, 2017), https://www.nicb.org/sites/files/2017-11/2016-Hot-Wheels-Report.pdf; *2017 Hot Wheels Report*, NICB (Sept. 18, 2018), https://www.nicb.org/news/news-releases/2017-hot-wheels-report; *NICB's Hot Wheels: America's 10 Most Stolen Vehicles*, NICB (Nov. 19, 2019), https://www.nicb.org/sites/files/2020-01/2018%20Hot%20Wheels%20Report.pdf; *NICB's Hot Wheels:* America's Top Ten Most Stolen Vehicles, NICB (Oct. 13, 2020), https://www.nicb.org/HotWheels2019; and *NICB Releases Annual 'Hot Wheels' Report: America's Top Ten Most Stolen Vehicles*, NICB (Oct. 12, 2021), https://www.nicb.org/news/news-releases/nicb-releases-annual-hot-wheels-report-americas-top-ten-most-stolen-vehicles.

[31] Greg Rosalsky, *Someone stole my truck. I got a crash course on the wild black market for stolen cars*, NPR (Aug. 23, 2022, 6:30 AM), https://www.npr.org/sections/money/2022/08/23/1118457271/someone-stole-my-truck-i-got-a-crash-course-on-the-wild-black-market-for-stolen-.

[32] Chris DiLella & Andrea Day, *TikTok challenge spurs rise in thefts of Kia, Hyundai cars*, CNBC (Sept. 9, 2022, 9:11 PM), https://www.cnbc.com/2022/09/08/tiktok-challenge-spurs-rise-in-thefts-of-kia-hyundai-cars.html.

16

to turn the ignition switch and start these unsecure cars. In many instances, thieves are able to break into the Susceptible Vehicles and drive away in under one minute.

61.    What followed the trending documentation of the unsecure Susceptible Vehicles was all too predictable: thefts of Kias and Hyundais skyrocketed.[33] In the first half of 2021, the number of stolen Kias and Hyundais in Milwaukee increased by more than thirty and fifteen times, respectively, when compared to the same period in 2020.[34] This dramatic increase was unique to Kias and Hyundais, which represented 67% of all cars stolen in that period, compared to only 6% of stolen cars in 2019.[35] This trend then spread nationwide.

## V.    THE DEFENDANTS' LATE AND INSUFFICIENT RESPONSE

62.    The rampant thefts of Hyundai and Kia vehicles are still impacting the Ohio GE Plaintiffs, years after the rise in thefts of the Susceptible Vehicles first began.[36]

63.    Defendants have refused to implement a recall to install engine immobilizers in the Susceptible Vehicles, initially only suggesting that owners of Susceptible Vehicles

---

[33] *Videos Show Teens How to Steal Certain Kias and Hyundais With Only a USB Cable, Police Warn Amid Rising Thefts*, Inside Edition (Aug. 10, 2022, 1:51 PM), https://www.insideedition.com/videos-show-teens-how-to-steal-certain-kias-and-hyundais-with-only-a-usb-cable-police-warn-amid.

[34] Sean Tucker, *Milwaukee Police Report Hyundais, Kias Stolen in Record Numbers*, Kelley Blue Book (Dec. 14, 2021, 5:27 PM), https://www.kbb.com/car-news/milwaukee-police-report-hyundais-kias-stolen-in-record-numbers/.

[35] Matt Posky, *Summer of Theft Creating Bad Publicity for Hyundai, Kia*, Truth About Cars (Sept. 20, 2022 2:36 PM), https://www.thetruthaboutcars.com/cars/kia/summer-of-theft-creating-bad-publicity-for-hyundai-kia-44496971.

[36] Tom Krisher, *Hyundai and Kia thefts keep rising despite security fix*, AP News (May 9, 2023, 7:40 AM), https://apnews.com/article/hyundai-kia-tiktok-theft-stolen-8e0a353d24be0e7bce36e34c5e4dac51.

use wheel locks and, for some municipalities, offering wheel locks for them to distribute.[37] Unfortunately, the wheel locks are not entirely effective; Susceptible Vehicles with wheel locks in use have still been stolen and, in some instances, used in connection with other crimes, including shootings.[38] In addition, municipalities are not set up to distribute automotive parts to residents.

64.  Hyundai and Kia rolled out a "software update" rather than installing immobilizers.[39] As highlighted in the multistate letter sent on behalf of 18 Attorneys General, Hyundai acknowledged that some of the affected vehicles cannot be updated, and Kia "confirmed that some unspecified number of affected vehicles cannot receive the updates."[40]

---

[37] Elliot Hughes, *Kia, Hyundai will make security feature standard on new vehicles and distribute free steering wheel locks after surge of thefts*, Milwaukee J. Sentinel (July 19, 2021, 10:16 AM), https://www.jsonline.com/story/news/crime/2021/07/19/kia-hyundai-handing-out-free-steering-wheel-locks-through-end-year/7963950002/.

[38] Ashley Sears, *Milwaukee woman's Kia stolen twice, had steering wheel lock*, FOX 6 News Milwaukee (Sept. 28, 2021), https://www.fox6now.com/news/milwaukee-womans-kia-stolen-twice; *see also* David Rose, *'B****, I swear, b****, I'm gonna crack your phone:' Drive-by shooting suspect says to Tacoma woman*, FOX 13 Seattle (Jan. 25, 2023), https://www.q13fox.com/news/b-i-swear-b-im-gonna-crack-your-phone-drive-by-shooting-suspect-says-to-tacoma-woman; and *Boy, 15, fighting for his life after shooting involving stolen Kia in Minneapolis*, CBS News Minnesota (Apr. 6, 2023), https://www.cbsnews.com/minnesota/video/boy-15-fighting-for-his-life-after-shooting-involving-stolen-kia-in-minneapolis/.

[39] *Hyundai and Kia Launch Service Campaign to Prevent Theft of Millions of Vehicles Targeted by Social Media Challenge*, NHTSA (Feb. 14, 2023), https://www.nhtsa.gov/press-releases/hyundai-kia-campaign-prevent-vehicle-theft.

[40] Letter from Attorneys General to Ann Carlson, Acting Administrator of the National Highway Traffic Safety Administration ("Letter from Attorneys General to NHTSA") at 6 (Apr. 20, 2023), https://oag.dc.gov/sites/default/files/2023-04/AG%20Multistate%20Letter%20to%20NHTSA%204.20.2023%20%281%29.pdf.

65.     As acknowledged in the motion for preliminary approval of the class action settlement in the instant litigation, only 6.9 million of the approximately *9 million* Susceptible Vehicles are even eligible for the update.[41]

66.     In the three months immediately following Kia's and Hyundai's release of the software update, data gathered from the Associated Press showed "that the number of Hyundai and Kia thefts is still growing[.]"[42]

67.     The efficacy of the software update has not been proven in the real world. There have been numerous reports of Kia and Hyundai vehicles being stolen after receiving the software update, and Kia and Hyundai have identified scenarios where the software logic fails.[43] For vehicles not covered by the update, Defendants are offering nothing more than steering wheel locks, or rebates for already purchased wheel locks.[44] As noted by multiple Attorneys General, steering wheel locks "would impermissibly shift

---

[41] Consumer Class Pls.' Notice Mot. & Mot. Prelim. Approval Class Action Settlement at 12, *In Re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, 8:22-ml-03052-JVS-KES (C.D. Cal. July 20, 2023), ECF No. 166; *see also* Carly Schaffner, *Kia, Hyundai anti-theft software fixes a work in progress*, Auto. News (June 2, 2023, 8:00 AM), https://www.autonews.com/regulation-safety/kia-hyundai-antitheft-software-fix-needs-fixes [https://perma.cc/HGH7-ZHZF] (noting that Defendants estimate "there are 9 million affected vehicles between them on the road").

[42] *See* Tom Krisher, *Hyundai and Kia thefts keep rising despite security fix*, AP News (May 9, 2023, 7:40 AM), https://apnews.com/article/hyundai-kia-tiktok-theft-stolen-8e0a353d24be0e7bce36e34c5e4dac51.

[43] Carly Shaffner, *Kia, Hyundai anti-theft software fixes a work in progress*, Auto. News (June 2, 2023, 8:00 AM), https://www.autonews.com/regulation-safety/kia-hyundai-antitheft-software-fix-needs-fixes [https://perma.cc/HGH7-ZHZF] (discussing a February 2023 service bulletin issued from Kia to its dealers regarding a software compatibility issue for Kia vehicles equipped with remote start accessories; another bulletin issued from Kia in late-May of 2023 acknowledged that "the problem has not been remedied").

[44] *See* Zac Palmer, *Hyundai launches software update to fix some of 4 million vehicles at risk of theft*, Yahoo! (Feb. 14, 2023), https://autos.yahoo.com/hyundai-launches-software-fix-4-155800221.html.

19

the responsibility for fixing this problem from the company to the individual vehicle owners."[45]

68.    The Ohio GE Plaintiffs are aware of thefts of Hyundai and Kia vehicles that have received the software "fix." Because the software update requires the vehicle's doors to be locked, thieves are apparently able to bypass the software by breaking and removing the driver's side door handle.[46] News reports have indicated that thieves can easily circumvent or defeat the software update "fix" through such simple means without using any sophisticated tools. On information and belief, such method would not defeat an immobilizer or other reasonable anti-theft technology.[47]

69.    On information and belief, Hyundai and Kia both knew or should have known that the software update could easily be defeated. Hyundai and Kia rolled out the software "fix" despite this significant vulnerability.

70.    In addition, upon information and belief, the software update can significantly inconvenience the drivers of the Susceptible Vehicles, making them less likely to seek it out. Rather than install an actual immobilizer, the software update doubles the length of

---

[45] Letter from Attorneys General to NHTSA at 6.

[46] *See, e.g.*, Valerie Lyons, *This College Hill Man Got an Anti-Theft Software Upgrade Installed. His Car Was Stolen Two Days Later*, WCPO (Feb. 25, 2025), https://www.wcpo.com/news/local-news/hamilton-county/cincinnati/college-hill/this-college-hill-man-got-an-anti-theft-software-upgrade-installed-his-car-was-stolen-two-days-later; *Her Hyundai Was Stolen by the Kia Boys, So She Got It Patched, Now It Got Stolen Again*, Autoevolution (Oct. 2024), https://www.autoevolution.com/news/her-hyundai-was-stolen-by-the-kia-boys-so-she-got-it-patched-now-it-got-stolen-again-240666.html.

[47] *See, e.g.*, Bailey Shulz, *How Effective Is the Hyundai, Kia Anti-Theft Software? New Study Offers Insights*, USA Today (Aug. 7, 2024), https://www.usatoday.com/story/money/cars/2024/08/07/kia-hyundai-software-upgrade-cut-thefts/74691719007/; Brittany Roston, *The 'Kia Boys' Stole My Hyundai, Here's What Happened Next*, SlashGear (Aug. 17, 2024), https://www.slashgear.com/1643133/kia-boys-stole-hyundai-tiktok-challenge-what-happened/.

the vehicles' theft alarm sound and adds a new logic check to the vehicles' onboard computers that is intended to prevent the Engine Control Unit from allowing the engine to start and run if the key fob is not used to unlock the doors. This update will interfere with the usability of the Susceptible Vehicles in many everyday situations.

71.    As noted by the Attorneys General in their letter dated April 20, 2023, there are at least two other significant issues with the software update. First, "not all eligible vehicles can receive the updates immediately"—approximately two million vehicles with the "starting system flaw" were then awaiting eligibility for the update.[48] Second, Defendants' "voluntary service campaign" does not prompt certain "regulatory requirements and oversight and instead places additional burdens on individual vehicle owners."[49]

72.    Owners of the Susceptible Vehicles have already experienced issues where the software update—which requires the car to be unlocked using the fob before starting, failing which the alarm will sound—conflicts with after-market remote start systems that they had installed, rendering the vehicles functionally inoperable. As one owner posted: "I have the update. I also have an aftermarket remote start. The remote start will set off

---

[48] Letter from Attorneys General to NHTSA at 6–7. Additionally, media outlets report that customers are "having a difficult time getting through" to customer service representatives for Hyundai and Kia to inquire about the software update and their vehicle's eligibility. *See Hyundai, Kia owners frustrated by customer call center wait times to get security upgrade*, WHIO TV 7 (Feb. 16, 2023, 8:47 PM), https://www.whio.com/news/crime-and-law/hyundai-kia-owners-frustrated-by-customer-call-center-wait-times-get-security-update/SXRBN3OTHVC37OLC3735Y755ZU/.

[49] *Id.*

my car alarm. You can turn the alarm off, but it will beep periodically and the headlights flash until you turn the vehicle off."[50]

73.     Prior to this software update, Hyundai turned this crisis of its own making into a source of revenue, selling security kits for $170, plus the cost of installation.[51] Defendants could have, and should have, initially included an industry-standard fob-integrated engine immobilizer or other reasonable anti-theft technology. Even after the cars were sold, Defendants could have implemented a mandatory recall. They did not do so.

74.     Because Hyundai and Kia have not implemented a mandatory recall for the installation of immobilizers, millions of the Susceptible Vehicles remain on the road. A 2023 report from CARFAX found that 4.9 million Hyundais and Kias remain susceptible to theft.[52]

## VI.     IMPACTS ON THE OHIO GE PLAINTIFFS

### A.     Columbus, Ohio

75.     The City of Columbus has incurred, and continues to incur, significant economic losses caused by the thefts of Kia's and Hyundai's extremely vulnerable cars.

76.     Sitting in the Midwest where the crime-wave began, the rise of car thefts in Columbus began in late 2021, fueled in the summer of 2022 when viral online trends publicized Kia's and Hyundai's security flaws.

---

[50] Reddit (Feb. 15, 2023, 7:05 AM), https://web.archive.org/web/20230311080407/https://www.reddit.com/r/kia/comments/11303m4/hyundai_and_kia_release_software_update_to/?sort=new.

[51] Sebastian Blanco, *Hyundai Charging Customers $170 for a Kit to Protect Its Easy-to-Steal Cars*, Car and Driver (Oct. 1, 2022), https://www.caranddriver.com/news/a41477937/hyundai-security-kit-easy-to-steal-models/.

[52] Patrick Olsen, *Nearly 5 Million Hyundai and Kia Models Need Anti-Theft Repairs*, CARFAX Blog (July 19, 2023), https://www.carfax.com/blog/kia-hyundai-theft-repairs.

1
2
3
4
5
6
7
8
9
10
11
12



Columbus
Motor Vehicle Thefts

13    77.    But despite all the publicity and all the effort of its employees, the thefts in

14  Columbus during 2022 and 2023 were eye-watering and to this day still outpace other

15  manufacturers on a one-to-one basis as they continue to be stolen at rates that eclipse

16  historical levels that preceded the theft wave.

17
18
19
20
21
22
23
24





78.    In 2022 and 2023, for example, Columbus police officers spent over 4,500 hours responding to stolen Kia and Hyundai incidents, simply to complete theft reports. Compare this to 550 hours in 2020 before the crime wave started in 2021, which only resulted in over 900 hours for that year. This does not include the additional time spent completing follow-up detective work, recovering the vehicle, processing any arrest, or prosecuting cases. And, of course, every hour spent on these thefts is one less hour spent preventing or responding to the City of Columbus' other pressing needs.

79.    All told, based on these statistics, until the supply of Kias and Hyundais are removed from Columbus, there's no reason to think the economic losses to the City of Columbus will cease anytime soon, if at all.

**B.    Cleveland, Ohio**

80.    The City of Cleveland has also experienced a considerable increase in Hyundai and Kia vehicle theft, starting in July 2022. As of the date of this filing, Hyundai

and Kia vehicles continue to be stolen at rates that eclipse historical levels that preceded the theft wave.



Motor Vehicle Theft Trend in Cleveland Jan. 2022 – May 2025

81.    Between October and December 2022, nearly 1,200 Hyundai and Kia vehicles were stolen in Cleveland. In December 2022 alone, Hyundais and Kias accounted for approximately 66% of total vehicle theft in Cleveland. Hyundai and Kia vehicles made up nearly half of all vehicle thefts in Cleveland for May 2023.

82.    Hyundais and Kias have been and continue to be stolen at higher rates than other vehicles. In May of 2025, Hyundai and Kia vehicles made up nearly 36% of all vehicle thefts compared to only 7.6% during that same period in 2020. For all of 2020 and 2021, Hyundais and Kias made up only about 8% of vehicle thefts. By contrast, approximately 38.9% of all vehicles stolen in 2024 were Hyundais and Kias. As of May 2025, Hyundais and Kias accounted for 32.9% of all vehicle thefts in Cleveland in 2025. That heightened rate of theft, as depicted above, continues to impact Cleveland to this day.

### C.    Cincinnati, Ohio

83.    The same vehicle theft trend is evident in Cincinnati, where, for example Kia and Hyundai vehicles accounted for 72% of reported auto thefts or attempts in February 2023, compared to only 8% of thefts in February 2022.

84.    To this day, thefts and attempted thefts of Hyundais and Kias continue to impact Cincinnati. For example, in May 2025, Hyundai and Kia vehicles accounted for 50% of all attempted and completed thefts in Cincinnati.



85.    The chart above clearly depicts how, as of the date of this filing, when compared to historical norms, the elevated rate of theft and attempted theft of Hyundai and Kia vehicles continues to persist.

86.    Compared to the top five other vehicle manufacturers, Hyundai and Kia vehicles continue to be stolen at significantly higher rates.



87.    According to Cincinnati Police Department data on attempted and completed auto theft, when comparing 2021 to 2022, there was a 416.6% increase in Kia and Hyundai theft. But during the same time period, there was a 3.6% *decrease* in auto theft for all other vehicle makes.

88.    In 2023, 72% of attempted or completed auto thefts in Cincinnati involved a Kia or Hyundai vehicle. Up until July 2022, Kia and Hyundai vehicles consistently combined to account for less than 20 attempted or completed thefts per month. But in July 2022, that number spiked to 150 vehicles. In February 2023, that number approached 250—more than *1,000% increase* over the historical norm. The number of Hyundai and

28

Kia vehicle thefts in Cincinnati skyrocketed in 2023. In May 2023, a record-high 137 Hyundai vehicles were stolen. The 595 Hyundai vehicles stolen between January and June 2023 represent a 1,114% increase from the 49 Hyundai vehicles stolen between January and June 2022. Similarly, the 393 Kia vehicles stolen between January and June 2023 represent an 859% increase from the 41 Kia vehicles stolen between January and June 2022.



89.    As the theft of Hyundai and Kia vehicles increased, Cincinnati's police officers had to divert resources to account for the rash of thefts. The graph below shows the spike in officer time spent responding to a scene where a Hyundai or Kia vehicle is included in the dispatcher notes for an auto theft or auto theft recovery call.

29



90.    Because the elevated rate of theft and attempted theft of Hyundai and Kia vehicles continues to persist, Cincinnati's police officers and emergency responders have continued to divert resources to address the thefts.

**D.    Lorain, Ohio**

91.    The City of Lorain has experienced increased rates of Hyundai and Kia vehicle thefts.

92.    The rise in the rate of theft of Hyundai and Kia vehicles in the City of Lorain noticeably increased in 2021 before reaching unprecedented heights in 2023.

93.    For all of 2023, the City of Lorain recorded approximately 66 thefts of Hyundai and Kia vehicles. That is more than double the total Hyundai and Kia thefts recorded for all of 2022 in the City of Lorain and a *633% increase* from the 9 Hyundai and Kia thefts recorded for all of 2020.

94.    In 2024, Hyundai and Kia vehicles continued to account for an outsized portion of vehicles stolen in Lorain at over 62% of all motor vehicle thefts.



95.    The elevated rate of theft of Hyundai and Kia vehicles continues to impact Lorain to this day. So far, in 2025, Hyundai and Kia vehicles accounted for over 46% of all motor vehicle thefts in Lorain.

**E.    Parma, Ohio**

96.    The City of Parma experienced a similar surge in thefts of Hyundai and Kia vehicles. Between 2021 and 2022, the number of Kia vehicles stolen in the City of Parma increased by more than 414% and thefts of Hyundai vehicles increased by more than 416%.

31

97.    The combined number of Hyundai and Kia vehicle thefts in 2022 more than quintupled the number of thefts of those same vehicles in 2021.

98.    The rash of thefts continued at a similar pace in 2023.



99.    In the first six months of 2023, 24 Hyundai and Kia vehicles were stolen—more than the total Hyundai and Kia vehicle thefts for all of 2020 and, also, for all of 2021, *combined*.

100.    The surge in thefts caused Parma law enforcement officers to spend more and more of their time responding to stolen Hyundai and Kia vehicles. In 2022, officers were on scene responding to stolen Hyundai and Kia vehicles for more than 20,000 minutes. This near ten-fold increase since 2020 has placed a tremendous strain on Parma's Uniform Patrol Division, whose time has been diverted from other important duties, not to mention the time other divisions spend investigating and prosecuting these crimes.

## VII.  CAUSES OF ACTION

## COUNT ONE — NEGLIGENCE

101.   The Ohio GE Plaintiffs incorporate each preceding paragraph as though set forth fully herein.

102.   At all times relevant to this litigation, Defendants had a duty to act as a reasonably careful person or company would act under the circumstances in the design, research, development, manufacture, testing, and distribution of Defendants' products, including the duty to take all reasonable steps necessary to prevent the design, manufacturing, marketing, distribution, and sale of vehicles that were vulnerable to theft without an engine immobilizer or other reasonable anti-theft technology.

103.   Defendants owed and continue to owe the Ohio GE Plaintiffs duties to use reasonable care to not (1) expose the Ohio GE Plaintiffs to an unreasonable risk of economic loss or (2) create or increase the risk of economic loss through their own actions that a reasonable person or company would take into account.

104.   Defendants' duties were preexisting.

105.   At all times relevant to this litigation, Defendants knew or, in the exercise of reasonable care, should have known of the risks of forgoing installation of engine immobilizers or other reasonable anti-theft technology in the Susceptible Vehicles and specifically, the increased risk of vehicle theft.

106.   Defendants knew or, in the exercise of reasonable care, should have known that their vehicles were statistically more vulnerable to theft without engine immobilizers or other reasonable anti-theft technology, the natural and probable consequence would be increased thefts and attempted thefts (including formerly unsuccessful attempts that would now become successful).

107.   Defendants also knew or, in the exercise of reasonable care, should have known that local governments, like the Ohio GE Plaintiffs, would bear the cost for dealing with increased vehicle thefts and attempted thefts.

108.   Accordingly, at all times relevant to this litigation, Defendants knew or, in the exercise of reasonable care, should have known that the omission of an engine immobilizer or other reasonable anti-theft technology in the Susceptible Vehicles could cause the Ohio GE Plaintiffs' economic loss and thus created an unreasonable, and increased risk of economic loss to the Ohio GE Plaintiffs.

109.   At all times relevant to this litigation, Defendants knew or, in the exercise of reasonable care, should have known that the omission of an engine immobilizer or other reasonable anti-theft technology in the Susceptible Vehicles could cause the Ohio GE Plaintiffs' economic loss. As alleged above, nearly all cars sold in the United States by other manufacturers are equipped with engine immobilizers, and, as the data throughout this Superseding Consolidated Complaint demonstrates, are not subject to the epidemic of thefts that plague Defendants' Susceptible Vehicles. And upon information and belief, Defendants use immobilizers in other markets, including Canada.

110.   As such, Defendants, by action and inaction, breached their duty, failed to exercise reasonable care, and failed to act as a reasonably prudent person or company would act under the same circumstances in the design, research, development, manufacture, testing, and distribution of their vehicles, in that Defendants manufactured and produced vehicles that fell below reasonable or minimum, industry-standard security measures, including, upon information and belief, those used on their own vehicles.

111.   Defendants are in control of the design, research, manufacture, testing, and distribution of the vehicles they distributed to authorized dealerships in the United States.

112.    Defendants knew or, in the exercise of reasonable care, should have known that the Ohio GE Plaintiffs would suffer economic losses as a result of Defendants' failure to exercise reasonable care in the design, research, development, manufacture, testing, and distribution of Defendants' vehicles, particularly given Defendants' recognition as early as 2007 that engine immobilizers were an effective deterrent to vehicle theft.

113.    Defendants acted unreasonably in light of the foreseeable result of their entire course of conduct, and Defendants' negligence helped to and did produce, and was a factual and proximate cause, of the economic losses that the Ohio GE Plaintiffs suffered and will continue to suffer.

114.    Defendants' acts and omissions imposed an unreasonable and increased risk of economic loss to the Ohio GE Plaintiffs separately and/or combined with the negligent and/or criminal acts of third parties.

115.    The Ohio GE Plaintiffs' economic losses would not have occurred absent Defendants' entire negligent course of conduct as described herein.

116.    As a factual and proximate result of Defendants' wrongful acts and omissions, the Ohio GE Plaintiffs have suffered economic losses and will continue to incur economic loss in the future, as described herein, including but not limited to expending, diverting, and increasing resources to deter thefts of Susceptible Vehicles; responding to and investigating thefts of Susceptible Vehicles and crimes committed with such vehicles; retrieving, inventorying, and impounding stolen Susceptible Vehicles; assisting with the prosecution of individuals charged with stealing Susceptible Vehicles and/or using such vehicles to commit crimes; and providing emergency services within the jurisdictions of the Ohio GE Plaintiffs.

117.    Defendants engaged in a course of conduct, as described above, that constituted reckless disregard of the duties owed to the Ohio GE Plaintiffs, being fully aware of the probable dangerous consequences of the conduct and deliberately failing to avoid those consequences.

118.    Defendants' entire course of conduct constituting reckless and conscious disregard for the duties owed to the Ohio GE Plaintiffs was committed and/or authorized by one or more officers, directors, or managing agents of Defendants, who acted on behalf of Defendants. Additionally, or in the alternative, one or more officers, directors or managing agents of Defendants knew of the conduct constituting reckless disregard for the Ohio GE Plaintiffs' rights and adopted or approved that conduct after it occurred.

119.    Defendants' entire course of misconduct alleged in this case does not concern a discrete event or discrete emergency of the sort that a political subdivision would reasonably expect to occur and is not part of the normal and expected costs of a local government's existence. The Ohio GE Plaintiffs allege wrongful acts which are neither discrete nor of the sort that a local government can reasonably expect to occur.

120.    Defendants' misconduct was a substantial factor and the factual and proximate cause of the long-lasting damages incurred (and continue to be incurred) by the Ohio GE Plaintiffs that are unique to themselves and different in kind from those incurred by the general public, including dramatically-increased expenditures for police, emergency, prosecutions, corrections, youth rehabilitative services, and other services that were beyond the expenses otherwise reasonably expected to occur in the ordinary course.

121.    The Ohio GE Plaintiffs have incurred, and will continue to incur, economic losses over and above their ordinary expenditures due to Defendants' actions.

122.   The tortious conduct of each Defendant was a substantial factor in producing economic loss to the Ohio GE Plaintiffs.

123.   Defendants' willful, knowing, and reckless course of conduct warrants an award of aggravated or punitive damages.

124.   The Ohio GE Plaintiffs are without fault and the economic losses to the Ohio GE Plaintiffs would not have occurred in the ordinary course of events had Defendants used reasonable care commensurate to the reasonably foreseeable outcomes involved in the design, research, development, manufacturing, testing, and distribution of their vehicles.

125.   The Ohio GE Plaintiffs expressly assert this Cause of Action as a common law tort claim for negligence and not as a "product liability claim" as defined in Ohio Rev. Code Ann. § 2307.71 (West 2007). Notwithstanding any allegation in this Superseding Consolidated Complaint to the contrary, the Ohio GE Plaintiffs do not seek to recover— and expressly disclaim—compensatory damages for death, physical injury to person, emotional distress, or physical damage to property, as defined under the Ohio Product Liability Act.

126.   The Ohio GE Plaintiffs bring this claim on behalf of themselves, not in any *parens patriea* capacity or on behalf of their residents or the public.

## COUNT TWO — STATUTORY PUBLIC NUISANCE

127.   There is an inextricable link between preventing vehicle theft and protecting public safety. Making sure cars are not sitting ducks that are simple to steal protects both property and the public by keeping dangerous drivers in stolen vehicles off the roads. This case exposes the massive public safety consequences to cities coast to coast when two car manufacturers made the business decision not to include standard anti-theft technology in

their vehicles. Despite taking some initial steps to discourage thefts, Defendants have not abated the dangerous crime wave unleashed on communities nationwide—a crime wave that continues to this day.

128.    Online videos demonstrate how easy it is to steal Hyundai and Kia vehicles. In many cases, thieves use tools no more advanced than a USB cable. Hyundai's and Kia's business decisions to reduce costs, and thereby boost profits, by forgoing common anti-theft technology have resulted in a dangerous rash of thefts. This vehicular crime wave has had a significant impact on law enforcement operations, emergency services, and public safety, particularly in cities such as Milwaukee, Madison, and Green Bay, Wisconsin; Columbus, Cleveland, Cincinnati, Lorain, and Parma, Ohio; Baltimore, Maryland; Seattle, Washington; St. Louis and Kansas City, Missouri; Buffalo, Rochester, New York City, Yonkers, and Tonawanda, New York; and Indianapolis, Indiana.

129.    Hyundai's and Kia's decisions to put profits over public safety have had devastating consequences for the Ohio GE Plaintiffs and their residents. Defendants' failure to install an industry-standard immobilization anti-theft device, notwithstanding decades of academic literature and research supporting the deterrent effects of such technology,[53] or any other reasonable anti-theft technology has opened the floodgates to vehicle theft, crime sprees, reckless driving, and public harm.

---

[53] *See, e.g.*, Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 72 Fed. Reg. 39,661 (July 19, 2007), https://www.govinfo.gov/content/pkg/FR-2007-07-19/pdf/FR-2007-07-19.pdf; *see also* Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 75 Fed. Reg. 1,447-03 (Jan. 11, 2010), https://www.govinfo.gov/content/pkg/FR-2010-01-11/pdf/2010-236.pdf (NHTSA notice granting an identical exemption for the Kia Amanti vehicle line beginning in model year 2009 based on the representation that the immobilizer installation for that specific model should substantially reduce theft rates).

130.   This epidemic started in Milwaukee and spread nationwide. By June 2021, the Milwaukee Police Department reported that the theft of Hyundai and Kia vehicles had increased by 2,500% since the previous year, with an average of 30 cars being stolen per day.[54] This trend then spread nationwide, enabled by millions of Hyundai and Kia vehicles lacking immobilizers. As explained below, the crime wave continues to this day in communities coast to coast—and those communities are left to pay the price.

131.   Vehicle theft is not only a property crime affecting vehicle owners, but it also constitutes a grave threat to public safety. Vehicle theft goes hand in hand with reckless driving, which in turn can result in injuries and/or death. It can result in increased violence, as many car owners are unlikely to part with their vehicles willingly. It also consumes law enforcement and emergency resources and deprives the public of safe streets and sidewalks.

132.   The skyrocketing rate of Kia and Hyundai vehicle thefts has drastically impacted city and police resources for the Ohio GE Plaintiffs. Their residents are subjected to increasingly dangerous conditions on their streets, as car thieves (many of them teenagers) are taking advantage of Hyundai's and Kia's failures and engaging in reckless driving, endangering the Ohio GE Plaintiffs' employees, residents, and property.

133.   Defendants' conduct has created a public nuisance that could have been avoided had they followed industry-wide standards and installed immobilizer devices, or an equivalent anti-theft device, in all their vehicles.

---

[54] James Gilboy, *Why Milwaukee Might Sue Hyundai, Kia Over Stolen Car Epidemic*, thedrive.com (last updated Dec. 11, 2021, 11:15 AM), https://www.thedrive.com/news/43454/why-milwaukee-might-sue-hyundai-kia-over-stolen-car-epidemic.

134.    Among other harms, the Ohio GE Plaintiffs have been forced to divert funds and risk officer and public safety to combat the growing burden caused by increased Hyundai and Kia vehicle thefts and their many associated dangers, including reckless driving.

### A.    The Kia Hyundai Theft Wave

### 1.    Measures to Prevent Vehicle Thefts Have Existed for Over a Century

135.    Since the invention of gasoline-powered automobiles at the close of the nineteenth century, consumers have needed effective ways to keep their vehicles from being stolen. Thus, efforts to prevent theft or unauthorized access to automobiles have tracked vehicle development. In 1919, St. George Evans and Edward B. Birkenbeuel invented the first electric immobilizer/vehicle security system.[55]

136.    Labeled the "Automobile-Theft Preventer" the purpose of Evans and Birkenbeuel's invention was relatively straightforward: "to provide a means for automatically signaling an attempt to move an automobile by unauthorized persons; and to provide a means for locking the electric circuit open, in which case it will be impossible to move the car by its own power."[56]

137.    Evans and Birkenbeuel's immobilizer/alarm system consisted of a three-by-three switch panel that connected to the car's battery, horn, and ignition. Upon exiting his vehicle, a driver could turn a few switches on the panel to different positions that, until released, would divert electricity to the horn instead of the ignition should an unauthorized user attempt to start the vehicle.

---

[55] U.S. Patent No. 1,300,150 (issued Apr. 8, 1919).
[56] *Id.* at col. 1 ll. 14–20.

40



**Sketches for Evans & Birkenbeuel's "Automobile Theft Preventer"[57]**

138.   The timing of the first immobilizer patent coincided with Congress's enactment of the National Motor Vehicle Theft Act, 18 U.S.C. § 2311 *et seq.*, which made the interstate transportation of stolen vehicles a federal crime. The law passed, in part, to respond to the growing number of automobile thefts around the country, especially in midwestern cities.

139.   As time passed and technology advanced, the United States pursued further efforts to promulgate vehicle safety standards. These efforts were also fueled by the post-war rise in vehicle thefts among juveniles and young adults, "who took cars for joyriding and transportation."[58]

---

[57] *Id.* at figs. 1, 2, 3, 4.

[58] Anthony Dixon & Graham Farrell, *Age-period-cohort effects in half a century of motor vehicle theft in the United States*, 9 Crime Sci. 17 at 3 (2020), https://crimesciencejournal.biomedcentral.com/articles/10.1186/s40163-020-00126-5.

41

140.   In 1966, Congress passed the National Traffic and Motor Vehicle Safety Act (the "Safety Act"), with the aim of administering new motor vehicle and traffic safety standards.[59] Administration of the Safety Act was overseen by the newly created Department of Transportation through its sub-agency: the National Highway Traffic Safety Administration, f/k/a/ the National Traffic Safety Bureau ("NHTSA").

141.   Pursuant to its statutory authority under the Safety Act, NHTSA promulgated numerous federal motor vehicle safety standards ("FMVSS"). Among these standards, FMVSS 114[60] requires minimum theft-protection standards for nearly all passenger vehicles in the United States:

> S1.  Scope.  This standard specifies vehicle performance requirements intended to reduce the incidence of crashes resulting from theft and accidental rollaway of motor vehicles.
>
> S2. Purpose. The purpose of this standard is to decrease the likelihood that a vehicle is stolen, or accidentally set in motion.
>
> S3. Application. This standard applies to all passenger cars, and to trucks and multipurpose passenger vehicles with a GVWR of 4,536 kilograms (10,000 pounds) or less.
> . . .
> S5.1 Theft Protection.
> S5.1.1 Each vehicle must have a starting system which, whenever the key is removed from the starting system prevents:
> (a)     The normal activation of the vehicle's engine or motor; and
> (b)     Either steering, or forward self-mobility, of the vehicle, or both.
>
> . . .

---

[59] National Traffic and Motor Vehicle Safety Act, Pub. L. No. 89-563, 80 Stat. 718 (1966).

[60] Standard No. 114; Theft protection and rollaway prevention, 49 C.F.R. § 571.114 (2010) ("FMVSS 114").

S5.2.2 Except as specified in S5.2.4, the vehicle must be designed such that the transmission or gear selection control cannot move from the "park" position, unless the key is in the starting system.

142.    The main motivation for creating FMVSS 114 was NHTSA's recognition "that stolen cars constitute a major hazard to life and limb on the highways. The evidence shows that cars operated by unauthorized persons are far more likely to cause unreasonable risk of accident, personal injury, and death than those which are driven by authorized individuals."[61]

143.    As early as 1966, studies showed "there were an estimated 94,000 stolen cars involved in accidents"—with "18,000 of these accidents result[ing] in injury to one or more people."[62] Accordingly, NHTSA recognized that "a reduction in the incidence of auto theft would make a substantial contribution to motor vehicle safety" and "protect the many innocent members of the public who are killed and injured by stolen cars each year."[63] To address this safety risk, which is largely tied to "car thieves who could bypass the ignition lock . . . the agency decided to require a device, which would prevent either self-mobility or steering even if the ignition lock were bypassed."[64]

144.    An industry-standard engine immobilizer is the most effective way to satisfy this requirement, "because it locks out the engine control module if an attempt is made to

---

[61] Motor Vehicle Safety Standard No. 114; Theft Protection; Passenger Cars, 33 Fed. Reg. 83, 6,471 (Apr. 27, 1968), https://www.govinfo.gov/content/pkg/FR-1968-04-27.pdf#page=1.

[62] *Id.*

[63] *Id.*

[64] Federal Motor Vehicle Safety Standards; Theft Protection, 71 Fed. Reg. 17,752, 17,753 (Apr. 7, 2006), https://www.govinfo.gov/content/pkg/FR-2006-04-07/pdf/06-3358.pdf; *see also* Motor Vehicle Safety Standard No. 114; Theft Protection; Passenger Cars, 33 Fed. Reg. 83, 6,471 (Apr. 27, 1968), https://www.govinfo.gov/content/pkg/FR-1968-04-27.pdf#page=1.

start the vehicle without the correct key or to bypass the electronic ignition system."[65] Defendants' choice not to use this industry-standard anti-theft technology predictably led to rampant car thefts and resulted in a threat to public safety and an ongoing public nuisance.

145.    In the late 1980s and early 1990s, vehicle theft increased dramatically in the United States.[66] The most common method for stealing a car involved bypassing the motor's ignition switch, otherwise known as "hotwiring." The graph below illustrates the dramatic rise in car thefts during this time period.[67]



**Vehicle thefts per 10,000 vehicles in operation, and vehicle theft arrests per 100,000 population, 1960-2014**

146.    To respond to this growing problem, manufacturers began installing passive vehicle immobilizers, which were patented in 1993.[68] Unlike Evans and Birkenbeuel's invention nearly 75 years prior, the vehicle immobilizer would render the engine operable

---

[65] Jacqueline Glassman, *Interpretation ID : GF005229-2*, NHTSA (Sept. 24, 2004), https://www.nhtsa.gov/interpretations/gf005229-2.

[66] Anthony Dixon & Graham Farrell, *Age-period-cohort effects in half a century of motor vehicle theft in the United States*, 9 Crime Sci. 17 at 3 (2020), https://crimesciencejournal.biomedcentral.com/articles/10.1186/s40163-020-00126-5.

[67] *Id.* at fig. 1.

[68] Int'l Patent Publication No. WO 93/13968 (filed Jan. 7, 1993).

44

only "if the correct key having coded information is used[,]" rather than relying on concealed switches or memorizing keypad combinations.[69]

147.    In essence, the vehicle immobilizers of the 1990s worked by checking the "fingerprint" of a car key based on electronic codes the key sends to the vehicle. They prevented hotwiring by ensuring that a car would not start if the key was not present—whether or not the ignition switch was turned or bypassed.

148.    Although the mechanism behind the vehicle immobilizer was more intricate than the original 1919 invention, the overall purpose remained the same: "to make the vehicle more difficult to steal."[70]

149.    The invention proved successful and, less than five years later, the European Union mandated that all new passenger cars from 1998 onward be equipped with an electronic engine immobilizer.[71] Similar mandates soon followed in Australia, New Zealand, and Canada.

150.    As engine immobilizers became the industry standard among manufacturers, at least one study in the Netherlands suggested that immobilizers "lowered the overall rate of car theft on average by about 50 percent during 1995-2008."[72]

---

[69] *Id.* at 3–4.

[70] *Id.* at 1.

[71] Commission Directive 95/56/EC, 1995 O.J. (L286) 1, https://op.europa.eu/en/publication-detail/-/publication/c2e30303-75eb-47af-bb8d-db61a5b57ff9 (amending Council Directive 74/61/EEC to require the installation of immobilizers and alarm systems in motor vehicles beginning in October 1998).

[72] Jan C. van Ours & Ben Vollaard, *The Engine Immobiliser: A Non-Starter for Car Thieves*, TILEC Discussion Paper No. 2013-001, SSRN (Jan. 14, 2013), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2202165.

151.    By 2011, studies concluded "that good quality electronic immobilizers [have bec[o]me car theft's killer technology" and proved to be 32.7% "more effective in reducing car theft than alarms" and 42.2% "more effective than central locking."[73]

152.    Equally critical, academic studies support the proposition that "[f]rom the early 1990s onwards, it gradually became less easy for adolescents to begin offending as an increasing proportion of vehicles became secure" because the "young offenders did not have the skill or experience to overcome the new vehicle security technology, particularly electronic immobilizers."[74] As the rate of young offenders decreased due to improved vehicle security, "fewer adolescents" went on to experience "criminal career onset and continuance."[75]

### 2.    Hyundai and Kia Deviated from the Industry Standard by Electing Not to Include Immobilizers in the Susceptible Vehicles

153.    Studies by the Highway Loss Data Institute ("HLDI") showed "that vehicle theft losses decreased significantly after factory-installed passive immobilizing antitheft devices were introduced."[76] Specifically, HLDI studies between 1996 and 2013 all showed decreases in theft losses for vehicles with engine immobilizers studied in those years,

---

[73] Graham Farrell et al., *The Crime Drop and the Security Hypothesis*, 48(2) J. Res. Crime & Delinq. 147, 163, 169 (2011), https://www.researchgate.net/profile/Graham-Farrell/publication/255589010_The_Crime_Drop_and_the_Security_Hypothesis/links/54f3b8300cf299c8d9e537d9/The-Crime-Drop-and-the-Security-Hypothesis.pdf.

[74] Anthony Dixon & Graham Farrell, *Age-period-cohort effects in half a century of motor vehicle theft in the United States*, 9 Crime Sci. 17 at 7 (2020), https://crimesciencejournal.biomedcentral.com/articles/10.1186/s40163-020-00126-5.

[75] *Id.*; *see also* Graham Farrell, *Forty years of declining burglary in the United States: Explanation and evidence relating to the security hypothesis*, 35 Sec. J. 444, 458 (2022) https://link.springer.com/article/10.1057/s41284-021-00284-4 (arguing that "making crime more difficult to commit may be the most effective way to reduce juvenile crime and progression to adult crime").

[76] *Hyundai and Kia theft losses*, 38 HLDI Bull. 28, at 1 (Dec. 2021), https://www.iihs.org/media/0e14ba17-a3c2-4375-8e66-081df9101ed2/opm7QA/HLDI%20Research/Bulletins/hldi_bulletin_38-28.pdf.

including General Motors, BMW, Ford, and Nissan.[77] A 2013 HLDI study "found that thieves were sometimes targeting the older model years of a vehicle series without immobilizers, such as the Honda Civic and Honda Accord."[78]

154.    Despite decades of research and findings that immobilizers significantly reduced vehicle theft and the consequential public safety risks, "only 26 percent of Hyundai and Kia" 2015 vehicle models had "passive immobilizers as standard equipment, compared with 96 percent of other manufacturers."[79]

155.    The low percentage of Hyundai and Kia vehicles with immobilizers is especially concerning given that, during this same time period, Hyundai and Kia were installing immobilizers in their models for sale in the European and Canadian markets.[80]

156.    Nor are Defendants unfamiliar with the benefits of installing immobilizers in the American market. A NHTSA standard separate from FMVSS 114 requires automobile manufacturers to label parts to reduce the demand for stolen cars and chop shops (where stolen cars are disassembled so that their valuable parts can be sold).[81] Manufacturers can apply for exemptions from this labeling requirement based on the inclusion of anti-theft technology, because vehicles with anti-theft technology are much harder to steal in the first place and thus much less likely to be "chopped" for parts. In March of 2007, Hyundai

---

[77] *Id.* at 2.

[78] *Id.*

[79] *Id.* at 5.

[80] Hyundai first began exporting its cars to parts of Europe, the United Kingdom, and Canada between 1978 and 1984. *See Over 50 years of progress: the history of Hyundai*, Hyundai Newsroom (Apr. 6, 2019), https://www.hyundai.news/eu/articles/press-releases/over-50-years-of-progress-the-history-of-hyundai.html [https://web.archive.org/web/20240317225340/https://www.hyundai.news/eu/articles/press-releases/over-50-years-of-progress-the-history-of-hyundai.html]. Similarly, Kia vehicles were introduced into European and Canadian markets in the 1990s.

[81] Requirements for passenger motor vehicles, 49 C.F.R. § 541.5 (June 1, 2011).

requested an exemption from the labeling requirement for its 2008 Hyundai Azera line based on its inclusion of an immobilizer in that model. Thus, Hyundai recognized the efficacy of immobilizers in reducing vehicle theft.[82]

157.    Yet, despite knowing the unquestionable benefit of engine immobilizers, until 2022 or so, Hyundai and Kia only offered immobilizers in a few more expensive models, like the Azera. This decision only compounds the harms to low-income communities.[83] Consumers without resources to afford these higher end models are more likely to live in areas with higher crime rates and are likely less able to pay for alternative transportation or for the cost of repairing a recovered, but damaged, vehicle after a theft.

158.    In September 2022, HLDI found that Hyundais and Kias are stolen at nearly twice the rate of other vehicles in the automobile industry. Specifically, "Hyundais and Kias without immobilizers had a vehicle theft claim rate of 2.18 per 1,000 insured vehicle years" while the remainder of the industry, combined, had a theft claim rate of 1.21.[84]

159.    Defendants' decision not to install the simple and highly effective immobilizer in the Susceptible Vehicles between 2011 and 2022, in contrast to the vast

---

[82] Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 72 Fed. Reg. 39,661 (July 19, 2007), https://www.govinfo.gov/content/pkg/FR-2007-07-19/pdf/FR-2007-07-19.pdf; *see also* Petition for Exemption From the Vehicle Theft Prevention Standard; Hyundai-Kia America Technical Center, Inc., 75 Fed. Reg. 1,447-03 (Jan. 11, 2010), https://www.govinfo.gov/content/pkg/FR-2010-01-11/pdf/2010-236.pdf (NHTSA notice granting an identical exemption for the Kia Amanti vehicle line beginning in model year 2009 based on Defendant Kia's representation that the immobilizer installation for that specific model should substantially reduce theft rates).

[83] Tom Krisher, *Thieves key on hack that leaves Hyundai, Kia cars vulnerable*, AP News (Sept. 21, 2022, 10:21 PM), https://apnews.com/article/social-media-milwaukee-theft-ecd3be407c1b7cb725ae607b8d86bcaf (noting that "[m]any of the vulnerable Hyundai and Kias are often bought by lower-income people" because, as stated by HLDI Senior VP Matt Moore, those cars "are relatively inexpensive vehicles when purchased new").

[84] *Id.* ("An insured vehicle year is equal to one vehicle insured for one year.").

majority of car manufacturers that did choose to install immobilizers in nearly all of their vehicles, has, foreseeably, led to the epidemic plaguing the Ohio GE Plaintiffs.

### 3. The Lack of Industry Standard Anti-Theft Devices in Most Hyundai and Kia Vehicles Has Led to a Wave of Thefts

160. Kia and Hyundai chose to flout the industry standard of utilizing an engine immobilizer and failed to include any other reasonable anti-theft technology in the Susceptible Vehicles, which made those vehicles more susceptible to theft. As would-be car thieves learned of this susceptibility, the incidence of theft for Susceptible Vehicles increased, relative to other models, from 2015 to 2020.[85]

161. However, this progression became an explosion in late 2020, when a group of teenagers began posting "how-to" videos detailing how simple it was to steal Susceptible Vehicles.[86] That group, the "Kia Boyz," became notorious for posting videos of youth engaging in reckless driving after stealing Kias and Hyundais.[87] As the videos

---

[85] *See, e.g.*, Press Releases, National Insurance Crime Bureau (NCIB): *NICB's Hot Wheels: America's 10 Most Stolen Vehicles* (Aug. 1, 2016), https://www.nicb.org/sites/files/2017-11/2015-Hot-Wheels-Report.pdf; *NICB's Hot Wheels: America's 10 Most Stolen Vehicles* (July 12, 2017), https://www.nicb.org/sites/files/2017-11/2016-Hot-Wheels-Report.pdf; *2017 Hot Wheels Report* (Sept. 18, 2018), https://www.nicb.org/news/news-releases/2017-hot-wheels-report; *NICB's Hot Wheels: America's 10 Most Stolen Vehicles* (Nov. 19, 2019), https://www.nicb.org/sites/files/2020-01/2018%20Hot%20Wheels%20Report.pdf; *NICB's Hot Wheels: America's Top Ten Most Stolen Vehicles* (Oct. 13, 2020), https://www.nicb.org/HotWheels2019; *NICB Releases Annual 'Hot Wheels' Report: America's Top Ten Most Stolen Vehicles* (Oct. 12, 2021), https://www.nicb.org/news/news-releases/nicb-releases-annual-hot-wheels-report-americas-top-ten-most-stolen-vehicles.

[86] Greg Rosalsky, *Someone stole my truck. I got a crash course on the wild black market for stolen cars*, NPR (Aug. 23, 2022, 6:30 AM), https://www.npr.org/sections/money/2022/08/23/1118457271/someone-stole-my-truck-i-got-a-crash-course-on-the-wild-black-market-for-stolen-.

[87] Chris DiLella & Andrea Day, *TikTok challenge spurs rise in thefts of Kia, Hyundai cars*, CNBC (last updated Sept. 9, 2022, 9:11 PM),

49

detailed, a thief need only break a window, remove the plastic cowl under the steering column, and use a USB connector (such as the ubiquitous mobile phone charging cable) to turn the ignition switch and start these unsecure cars. In many instances, thieves are able to break into the Susceptible Vehicles and drive away in under one minute.

162.    What followed the trending documentation of the unsecure Susceptible Vehicles was all too predictable: thefts of Kias and Hyundais skyrocketed.[88] In the first half of 2021, the number of stolen Kias and Hyundais in Milwaukee increased by more than thirty and fifteen times, respectively, when compared to the same period in 2020.[89] This dramatic increase was unique to Kias and Hyundais, which represented 67% of all cars stolen in that period, compared to only 6% of stolen cars in 2019.[90] This trend then spread nationwide.

### 4.    Car Thefts Imperil Public Safety

163.    Car thefts directly imperil public safety. By creating, facilitating, and/or otherwise contributing to a rash of car thefts, Defendants are responsible for a substantial risk to the public safety.

---

https://www.cnbc.com/2022/09/08/tiktok-challenge-spurs-rise-in-thefts-of-kia-hyundai-cars.html.

[88] *Videos Show Teens How to Steal Certain Kias and Hyundais With Only a USB Cable, Police Warn Amid Rising Thefts*, Inside Edition (Aug. 10, 2022, 1:51 PM), https://www.insideedition.com/videos-show-teens-how-to-steal-certain-kias-and-hyundais-with-only-a-usb-cable-police-warn-amid.

[89] Sean Tucker, *Milwaukee Police Report Hyundais, Kias Stolen in Record Numbers*, Kelley Blue Book (Dec. 14, 2021, 5:27 PM), https://www.kbb.com/car-news/milwaukee-police-report-hyundais-kias-stolen-in-record-numbers/.

[90] Matt Posky, *Summer of Theft Creating Bad Publicity for Hyundai, Kia*, Truth About Cars (Sept. 20, 2022), https://www.thetruthaboutcars.com/cars/kia/summer-of-theft-creating-bad-publicity-for-hyundai-kia-44496971.

164.    NHTSA promulgated FMVSS 114 to reduce the instances of car theft, because "stolen cars constitute a major hazard to life and limb on the highways."[91] NHTSA concluded that the "evidence shows that cars operated by unauthorized persons are far more likely to cause unreasonable risk of accident, personal injury, and death than those which are driven by authorized individuals."[92] The NHTSA Administrator concluded that "a reduction in the incidence of auto theft would make a substantial contribution to motor vehicle safety," by reducing both injuries and deaths to would-be car thieves, and by "protect[ing] the many innocent members of the public who are killed and injured by stolen cars each year."[93]

165.    The reverse is true as well. An increase in the incidence of automobile theft results in a substantial decrease in public safety. Defendants' decision to forego the installation of immobilizer devices in the Susceptible Vehicles has led to a clear rise in automobile thefts, and the concomitant threats to public safety. Stolen cars are often driven recklessly—particularly in this case, where cars are stolen for joyriding or use in the commission of other crimes, rather than for parts or resale—which poses a risk to both the operators of the stolen vehicle and any lawful drivers or pedestrians who are unfortunate enough to cross paths.

166.    By creating a rash of car thefts, Defendants are responsible for a substantial risk to public safety.

167.    Reckless driving impacts the comfortable enjoyment of life, health, and safety of others. Distinct from many instances of car theft, where the object is converting

---

[91] *See* Motor Vehicle Safety Standard No. 114; Theft Protection; Passenger Cars, 33 Fed. Reg. 6,471 (Apr. 27, 1968), https://www.govinfo.gov/content/pkg/FR-1968-04-27/pdf/FR-1968-04-27.pdf#page=1.

[92] *Id.*

[93] *Id.*

the stolen vehicle (either whole or in parts), the wave of Hyundai and Kia thefts often involves teenagers joyriding, posting videos of themselves driving recklessly, and then abandoning the stolen vehicles—often after collisions—at all hours of the day and night.

168.    Social media platforms are rife with examples of this dangerous conduct. Videos posted on these platforms highlight the very real dangers of this phenomenon, including youth joyriding through school zones or through crowds of bystanders, and drivers hitting other cars and then running from the scene.[94] The fact that many of the perpetrators are juveniles and therefore inexperienced drivers—in many cases, too young to have a driver's license or permit—adds to the danger. This risk was tragically demonstrated in Columbus, Ohio, when a 4-year-old was killed in a hit-and-run involving a stolen Kia.[95]

169.    Police officers responding to vehicle thefts and other crimes stemming from those same thefts also face serious safety threats. In Cleveland, officers have been shot,[96]

---

[94] *See, e.g.*, @mixtapetrappers_, Instagram (Oct. 19, 2021), https://www.instagram.com/p/CVNhjg9D64B/?utm%20medium=copy%20link; @414hypehouse, Instagram (Aug. 19, 2021), https://www.instagram.com/p/CSwsnhfAktd/; @414hypehouse, Instagram (Sept. 10, 2021), https://www.instagram.com/p/CTqCaYTANaC/; @414hypehouse, Instagram (Oct. 20, 2021), https://www.instagram.com/p/CVRCcU5AkwT/.

[95] Carly D'Eon, *Man wanted in fatal hit-and-run of 4-year-old boy turns himself in*, WBNS-10TV News (last updated July 24, 2023, 6:04 AM), https://www.10tv.com/article/news/local/arrest-warrant-issued-for-man-allegedly-connected-to-fatal-hit-skip-south-franklinton/530-a8ab887d-8c43-48ea-8b4d-91ed5531a351.

[96] Julia Bingel, *Cleveland police issue warrant for 17-year-old boy accused of shooting officer (body camera video)*, 19 News (last updated Mar. 30, 2023, 8:51 AM), https://www.cleveland19.com/2023/03/30/cleveland-police-issue-warrant-17-year-old-male-accused-shooting-officer/.

shot at,[97] and stabbed[98] when responding to and/or encountering a Hyundai or Kia theft incident. In Tonawanda, a police officer stopped a driver in a stolen Kia Sportage SUV and was dragged and "thrown onto the road" when the driver of the stolen Kia attempted to flee.[99] The officer was badly injured and subsequently hospitalized.[100]

170.    A substantial risk to public safety also arises in the event that the would-be thief is confronted in the act. In January 2023, a Cleveland man followed a Hyundai Sonata that struck his car mirror and did not stop. The driver and passenger of the Hyundai got out of the vehicle with guns and began shooting at him.[101] Police found nine bullet casings in the street and bullet holes in the front window of a nearby home and in a car parked on the street.[102] About one hour later, the same Hyundai, which had been reported stolen days earlier, was involved in a drive-by shooting.[103]

---

[97] Ed Gallek & Peggy Gallek, *Thieves getting bolder: Police threatened, taunted, and shot by suspects in stolen KIAs*, Fox 8 (last updated Mar. 20, 2023, 4:52 PM), https://fox8.com/news/i-team/thieves-getting-bolder-police-threatened-taunted-and-shot-by-suspects-in-stolen-kias/.

[98] Ed Gallek & Peggy Gallek, *Cleveland police officer stabbed in head with screwdriver*, Fox 8 (last updated June 12, 2023, 2:12 PM), https://fox8.com/news/cleveland-police-officer-stabbed-in-head-with-screwdriver/; *see also* John H. Tucker, *Suspect charged in screwdriver assault on off-duty Cleveland police officer*, Cleveland.com (last updated June 15, 2023, 4:34 PM), https://www.cleveland.com/crime/2023/06/suspect-charged-in-screwdriver-assault-on-off-duty-cleveland-police-officer.html.

[99] Stephen T. Watson, *Tonawanda officer badly injured when dragged by stolen vehicle is released from ECMC*, Buffalo News (June 5, 2023), https://buffalonews.com/news/local/crime-and-courts/tonawanda-officer-badly-injured-when-dragged-by-stolen-vehicle-is-released-from-ecmc/article_4768ae48-03d4-11ee-8593-4322704cd734.html.

[100] *Id.*

[101] Cory Shaffer, *Teens Lodge stolen Hyundai in Burger King drive-thru on two wheels after owner confronts them*, Cleveland.com (Feb. 3, 2023, 5:03 PM), https://www.cleveland.com/court-justice/2023/02/teens-lodge-stolen-hyundai-in-burger-king-drive-thru-on-two-wheels-after-owner-confronts-them.html.

[102] *Id.*

[103] *Id.*

53

171.    Car thefts and reckless driving also create a substantial risk of physical harm to pedestrian bystanders. On February 8, 2023, a stolen Hyundai involved in a high-speed chase in Baltimore crashed into another car and a 54-year-old pedestrian.[104] Both cars careened into a nearby building, which collapsed on top of the vehicles and the pedestrian.[105] The pedestrian was pronounced dead at the scene, and five occupants of the two cars were injured.[106]



### 5.    Car Thefts Drain Public Resources and Frustrate Public Policy

172.    The Ohio GE Plaintiffs have expended significant time and resources responding to this public nuisance.

---

[104] Dan Belson, *Footage shows fatal crash into Baltimore building, collapse following police pursuit of stolen car*, Balt. Sun (last updated Mar 3, 2023, 9:13 PM), https://www.baltimoresun.com/news/crime/bs-md-ci-cr-oag-crash-collapse-footage-20230303-rbd6j3tokfhkjduh3oktmo6ow4-story.html [https://perma.cc/6UHA-S9GT].
[105] *Id.*
[106] *Id.*

173.   Additionally, the opportunity costs of expending significant police and emergency services on these thefts has deprived the Ohio GE Plaintiffs of the ability to combat other crimes or otherwise focus on community protection.[107]

174.   As a result of the skyrocketing rate of theft of Hyundai and Kia vehicles nationwide, some insurance companies refused to write policies for certain Hyundai and Kia models in major cities, thereby increasing the potential number of uninsured motorists on the road.[108]

**B.    The Continuing Public Nuisance and Defendants' Late, Insufficient Response**

175.   The rampant thefts and attempted thefts of Hyundai and Kia vehicles continue to impact the Ohio GE Plaintiffs, years after the rise in thefts and attempted thefts of the Susceptible Vehicles first began.[109]

---

[107] *See* John Roman & Graham Farrell, *Cost-Benefit Analysis for Crime Prevention: Opportunity Costs, Routine Savings and Crime Externalities*, 14 Crime Prevention Stud. 53 (Jan. 2002), https://www.researchgate.net/publication/28575336_Cost-Benefit_Analysis_for_Crime_Prevention_Opportunity_Costs_Routine_Savings_and_Crime_Externalities.

[108] Peter Valdes-Dapena, *Some auto insurers are refusing to cover certain Hyundai and Kia models*, CNN (last updated Jan. 28, 2023, 3:06 PM), https://www.cnn.com/2023/01/27/business/progressive-state-farm-hyundai-kia/index.html; *see also* Robert Higgs, *Progressive, State Farm halt new car insurance policies for high theft models of Kia and Hyundai*, Cleveland.com (Jan. 31, 2023, 1:06 PM), https://www.cleveland.com/business/2023/01/progressive-state-farm-halt-new-car-insurance-policies-for-high-theft-models-of-kia-and-hyundai.html; *see also* Joe Hernandez, *Dealers still sell Hyundais and Kias vulnerable to theft, but insurance is hard to get*, NPR (May 4, 2023, 5:00 AM), https://www.npr.org/2023/05/04/1173048646/hyundai-kia-car-theft-tiktok-insurance-dealerships (discussing how "a dozen" insurance companies denied coverage for the new owner of 2020 Kia Forte).

[109] Tom Krisher, *Hyundai and Kia thefts keep rising despite security fix*, AP News (May 9, 2023, 7:40 AM), https://apnews.com/article/hyundai-kia-tiktok-theft-stolen-8e0a353d24be0e7bce36e34c5e4dac51.

176.    Data from the Council on Criminal Justice shows that between 2019 and 2023 motor vehicle theft has increased an average of 104% across 30 cities in the United States.[110] This includes certain cities, such as Buffalo, Cincinnati, Rochester, Seattle, and St. Louis that are also plaintiffs in this MDL.[111]

177.    Defendants' responses to the crises that they have created show they continue to prioritize profits over safety. Defendants have refused to implement a recall to install engine immobilizers in the Susceptible Vehicles, initially only suggesting that owners of Susceptible Vehicles use wheel locks and, for some municipalities, offering wheel locks for them to distribute.[112] Unfortunately, the wheel locks are not entirely effective; Susceptible Vehicles with wheel locks in use have still been stolen and, in some instances, used in connection with other crimes, including shootings.[113] In addition, municipalities are not set up to distribute automotive parts to residents.

---

[110] Ernesto Lopez et al., *Crime Trends in U.S. Cities: Mid-Year 2023 Update*, Council Crim. Just. (July 2023), https://counciloncj.org/mid-year-2023-crime-trends/.
[111] *Id.*
[112] Elliot Hughes, *Kia, Hyundai will make security feature standard on new vehicles and distribute free steering wheel locks after surge of thefts*, Milwaukee J. Sentinel (last updated July 21, 2021, 11:20 AM), https://www.jsonline.com/story/news/crime/2021/07/19/kia-hyundai-handing-out-free-steering-wheel-locks-through-end-year/7963950002/.
[113] Ashley Sears, *Milwaukee woman's Kia stolen twice, had steering wheel lock*, FOX 6 News Milwaukee (Sept. 28, 2021, 8:59 PM), https://www.fox6now.com/news/milwaukee-womans-kia-stolen-twice; *see also* David Rose, *'B****, I swear, b****, I'm gonna crack your phone:' Drive-by shooting suspect says to Tacoma woman*, FOX 13 Seattle (Jan. 25, 2023, 3:01 PM), https://www.q13fox.com/news/b-i-swear-b-im-gonna-crack-your-phone-drive-by-shooting-suspect-says-to-tacoma-woman; and *Boy, 15, fighting for his life after shooting involving stolen Kia in Minneapolis*, CBS News Minnesota (Apr. 6, 2023), https://www.cbsnews.com/minnesota/video/boy-15-fighting-for-his-life-after-shooting-involving-stolen-kia-in-minneapolis/.

178.   Hyundai and Kia rolled out a "software update" rather than installing immobilizers or other effective anti-theft technology.[114] As highlighted in the multistate letter sent on behalf of 18 Attorneys General, Hyundai acknowledged that some of the affected vehicles cannot be updated, and Kia "confirmed that some unspecified number of affected vehicles cannot receive the updates."[115]

179.   As acknowledged in the motion for preliminary approval of the class action settlement in the instant litigation, only 6.9 million of the approximately *9 million* Susceptible Vehicles are even eligible for the update.[116]

180.   In the three months immediately following Kia's and Hyundai's release of the software update, data gathered from the Associated Press showed "that the number of Hyundai and Kia thefts [was] still growing[.]"[117] The software update has not stopped the nuisance that the Susceptible Vehicles created and the expenses that the Ohio GE Plaintiffs have incurred and continue to incur.

---

[114] NHTSA, *Hyundai and Kia Launch Service Campaign to Prevent Theft of Millions of Vehicles Targeted by Social Media Challenge* (Feb. 14, 2023), https://www.nhtsa.gov/press-releases/hyundai-kia-campaign-prevent-vehicle-theft.

[115] Letter from Attorneys General to Ann Carlson, Acting Administrator of the National Highway Traffic Safety Administration ("Letter from Attorneys General to NHTSA") at 6 (Apr. 20, 2023), https://oag.dc.gov/sites/default/files/2023-04/AG%20Multistate%20Letter%20to%20NHTSA%204.20.2023%20%281%29.pdf.

[116] Consumer Class Pls.' Notice Mot. & Mot. Prelim. Approval Class Action Settlement at 12, *In Re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, 8:22-ml-03052-JVS-KES (C.D. Cal. July 20, 2023), ECF No. 166; *see also* Carly Schaffner, *Kia, Hyundai anti-theft software fixes a work in progress*, Auto. News (June 2, 2023, 5:00 AM), https://www.autonews.com/regulation-safety/kia-hyundai-antitheft-software-fix-needs-fixes [https://perma.cc/HGH7-ZHZF] (noting that Defendants estimate "there are 9 million affected vehicles between them on the road").

[117] *See* Tom Krisher, *Hyundai and Kia thefts keep rising despite security fix*, AP News (May 9, 2023, 7:40 AM), https://apnews.com/article/hyundai-kia-tiktok-theft-stolen-8e0a353d24be0e7bce36e34c5e4dac51.

181.   The efficacy of the update's efficacy has not been proven in the real world. There have been numerous reports of Kia and Hyundai vehicles being stolen after receiving the software update, and Kia and Hyundai have identified scenarios where the software logic fails.[118] For vehicles not covered by the update, Defendants are offering nothing more than steering wheel locks, or rebates for already purchased wheel locks.[119] As noted by multiple Attorneys General, steering wheel locks "still would not correct the underlying safety flaw . . . and . . . would impermissibly shift the responsibility for fixing this problem from the company to the individual vehicle owners."[120]

182.   The Ohio GE Plaintiffs are aware of thefts of Hyundai and Kia vehicles that have received the software "fix." Because the software update requires the vehicle's doors to be locked, thieves are apparently able to bypass the software by breaking and removing the driver's side door handle.[121] News reports have indicated that thieves can easily circumvent or defeat the software update "fix" through such simple means without using

---

[118] Carly Shaffner, *Kia, Hyundai anti-theft software fixes a work in progress*, Auto. News (June 2, 2023, 5:00 AM), https://www.autonews.com/regulation-safety/kia-hyundai-antitheft-software-fix-needs-fixes [https://perma.cc/HGH7-ZHZF] (discussing a February 2023 service bulletin issued from Kia to its dealers regarding a software compatibility issue for Kia vehicles equipped with remote start accessories; another bulletin issued from Kia in late-May of 2023 acknowledged that "the problem has not been remedied").

[119] *See* Zac Palmer, *Hyundai launch software update to stop TikTok car thefts [UPDATE]*, AutoBlog (Feb. 14, 2023, 10:58 AM), https://www.autoblog.com/carbuying/hyundai-launches-software-update-to-fight-thefts.

[120] Letter from Attorneys General to NHTSA at 6.

[121] *See, e.g.*, Valerie Lyons, *This College Hill Man Got an Anti Theft Software Upgrade Installed. His Car Was Stolen Two Days Later*, WCPO (last updated Feb. 26, 2025, 7:55 AM), https://www.wcpo.com/news/local-news/hamilton-county/cincinnati/college-hill/this-college-hill-man-got-an-anti-theft-software-upgrade-installed-his-car-was-stolen-two-days-later; Bogan Popa, *Her Hyundai Was Stolen by the Kia Boys, So She Got It Patched, Now It Got Stolen Again*, Autoevolution (Oct. 1, 2024, 9:38 AM), https://www.autoevolution.com/news/her-hyundai-was-stolen-by-the-kia-boys-so-she-got-it-patched-now-it-got-stolen-again-240666.html.

any sophisticated tools. On information and belief, such method would not defeat an engine immobilizer or other reasonable anti-theft technology.[122]

183.   On information and belief, Hyundai and Kia each knew or should have known that the software update could easily be defeated. Hyundai and Kia rolled out the software "fix" despite this significant vulnerability.

184.  In addition, upon information and belief, the software update can significantly inconvenience the drivers of the Susceptible Vehicles, making them less likely to seek it out. Rather than install an actual immobilizer, the software update doubles the length of the vehicles' theft alarm sound and adds a new logic check to the vehicles' onboard computers that is intended to prevent the Engine Control Unit from allowing the engine to start and run if the key fob is not used to unlock the doors. This update will interfere with the usability of the Susceptible Vehicles in many everyday situations.

185.  As noted by the Attorneys General in their letter dated April 20, 2023, there are at least two other significant issues with the software update. First, "not all eligible vehicles can receive the updates immediately"—approximately two million vehicles with the "starting system flaw" are were then still awaiting eligibility for the update.[123]

---

[122] *See, e.g.*, Bailey Shulz, *How Effective Is the Hyundai, Kia Anti Theft Software? New Study Offers Insights*, USA Today (last updated Aug. 7, 2024, 10:46 AM), https://www.usatoday.com/story/money/cars/2024/08/07/kia-hyundai-software-upgrade-cut-thefts/74691719007/; Brittany Roston, *The 'Kia Boys' Stole My Hyundai, Here's What Happened Next*, SlashGear (Aug. 17, 2024, 4:45 PM), https://www.slashgear.com/1643133/kia-boys-stole-hyundai-tiktok-challenge-what-happened/.

[123] Letter from Attorneys General to NHTSA at 6–7. Additionally, media outlets report that customers are "having a difficult time getting through" to customer service representatives for Hyundai and Kia to inquire about the software update and their vehicle's eligibility. *See Hyundai, Kia owners frustrated by customer call center wait times to get security upgrade*, WHIO TV 7 (Feb. 16, 2023, 8:47 PM), https://www.whio.com/news/crime-and-law/hyundai-kia-owners-frustrated-by-

Meanwhile, these vehicles "will remain on the road, vulnerable to theft and posing a threat to public safety."[124] Second, Defendants' "voluntary service campaign" does not prompt certain "regulatory requirements and oversight and instead places additional burdens on individual vehicle owners."[125]

186.   Owners of the Susceptible Vehicles have already experienced issues where the software update—which requires the car to be unlocked using the fob before starting, failing which the alarm will sound—conflicts with after-market remote start systems that they had installed, rendering the vehicles functionally inoperable. As one owner recently posted: "I have the update, I also have an aftermarket remote start. The remote start will set off my car alarm. You can turn the alarm off, but it will beep periodically and the headlights flash until you turn the vehicle off."[126]

187.   There can be no doubt that communities nationwide are suffering harmful downstream consequences because of business decisions Hyundai and Kia made not to include immobilizer technology in certain vehicles. And as local governments have experienced nationwide when vaping products and drugs have unleashed widespread harms affecting public health and safety, local communities are left paying the price for others' business decisions to boost profits.

---

customer-call-center-wait-times-get-security-update/SXRBN3OTHVC37OLC3735Y755ZU/.

[124] Letter from Attorneys General to NHTSA at 7.

[125] *Id.*

[126] Sanguine_Supposedly, Reddit.com (Feb. 15, 2023, 10:23 AM), https://www.reddit.com/r/kia/comments/11303m4/comment/j8nxere/ [https://web.archive.org/web/20230215182437/https://www.reddit.com/r/kia/comments/11303m4/comment/j8nxere/].

188.   Prior to this software update, Hyundai turned this crisis of its own making into a source of revenue, selling security kits for $170, plus the cost of installation.[127] Defendants could have, and should have, initially included a fob-integrated engine immobilizer, consistent with the industry standard. Even after the cars were sold, Defendants could have implemented a mandatory recall. Instead, Hyundai chose to make money from a crime wave it caused.

189.   Because Hyundai and Kia have not implemented a mandatory recall for the installation of immobilizers, millions of the Susceptible Vehicles remain on the road. A recent 2023 report from CARFAX found that 4.9 million Hyundais and Kias remain susceptible to theft.[128]

190.   By electing profits over safety and deviating from the industry standard by not including engine immobilizers as a standard safety feature, Defendants have created a public nuisance that continues to this day.

**C.    Columbus, Ohio**

191.   The City of Columbus has been, and continues to be, significantly damaged by the thefts of Kia's and Hyundai's extremely vulnerable cars.

192.   Sitting in the Midwest where the crime-wave began, the rise of car thefts in Columbus began in late 2021, fueled in the summer of 2022 when viral online trends publicized Kia's and Hyundai's security flaws. The ease to which the cars' vulnerabilities could be exposed found a ready audience in children in particular. Indeed, in 2022,

---

[127] Sebastian Blanco, *Hyundai Charging Customers $170 for a Kit to Protect Its Easy-to-Steal Cars*, Car and Driver (Oct. 1, 2022), https://www.caranddriver.com/news/a41477937/hyundai-security-kit-easy-to-steal-models/.

[128] Patrick Olsen, *Nearly 5 Million Hyundai and Kia Models Need Anti-Theft Repairs*, CARFAX Blog (July 19, 2023), https://www.carfax.com/blog/kia-hyundai-theft-repairs.

Columbus police arrested an 11-year-old boy for stealing a Kia; just seven days later, he was arrested for stealing a Hyundai.[129]

193.    The relative youth of the car thieves, and their limited experience with driving, also makes post-theft accidents even more likely. In the same month in which the 11-year-old was arrested twice, a 14-year-old died after he lost control of a stolen Hyundai while driving 80 miles per hour. One of the passengers, the same age, also died with another 14-year-old seriously injured.[130]



---

[129] Lacey Crisp, *Columbus non-profit aims to help juvenile car thieves*, WBNS-10TV News (Aug. 10, 2022, 10:42 PM), https://www.10tv.com/article/news/crime/columbus-dream-aims-to-help-juvenile-car-thieves/530-47d58521-b856-4ce4-84ec-3abd3a2f7216.

[130] Bri Buckley, *"You're driving yourself into an early grave," leaders calls for teen car theft to stop*, ABC 6 (last updated Oct. 13, 2022, 1:01 PM), https://abc6onyourside.com/news/local/youre-driving-yourself-into-an-early-grave-community-religious-leaders-calls-for-teen-car-theft-to-stop-real-kia-boys-hyundai-fatal-crash-we-are-linden-columbus-franklin-county-ohio.

194.  Yet another repeat offender survived one crash only to later collide with a garbage truck owned by the City of Columbus, totaling the garbage truck and sending four Columbus teenagers to the hospital.[131]



195.  The victims of these thefts include, of course, law enforcement officers tasked with protecting Columbus. For instance, one police cruiser was struck by a stolen Kia in early 2023, driven by two teens suspected of being involved in a robbery; as the teens ran off, the officer was left pinned inside the police cruiser with head and neck injuries.[132]

---

[131] Steve Levine, *Police in Central Ohio say teens stealing cars is now a trend that is escalating quickly*, ABC 6 (last updated Aug. 17, 2022, 6:34 PM), https://abc6onyourside.com/news/local/police-in-central-ohio-say-teens-stealing-cars-is-now-a-trend-that-is-escalating-quickly-whitehall-columbus-real-kia-boys-franklin-county-sheriffs-office.

[132] WSYX Staff, *Officer pinned in cruiser following collision with Kia allegedly stolen by teens*, ABC 6 (last updated Feb. 28, 2023, 12:34 PM),



196.    Nor is the damage limited to the car owners, the cars, the thieves/passengers, and public employees. Stolen vehicles, unsurprisingly, can be used as the means for further criminal acts, both direct and indirect. Stolen cars have been used as weapons by ramming Columbus police cruisers in an attempt to escape. They have further been used as battering rams to break into stores.[133]

---

https://abc6onyourside.com/news/local/law-enforcement-involved-in-crash-columbus-police-confirm-involves-stolen-vehicle-walford-avenue-elmore-avenue.

[133] *Police: Teen boy steals Hyundai from body shop, crashes it into Franklinton tech store*, WBNS-10TV News (last updated June 22, 2023, 1:12 PM), https://www.10tv.com/article/news/crime/stolen-vehicle-crash-columbus-franklinton/530-025d3cfb-b36e-47d9-9e9d-da4143fd698c; *Police: Suspected stolen vehicle crashes into east Columbus discount store*, WBNS-10TV News (last updated June 12, 2023, 7:52 PM), https://www.10tv.com/article/news/crime/suspected-stolen-vehicle-crash-family-dollar-east-columbus/530-49a3c6db-9b95-4d69-8df2-3cd535a6938b.

197.   Or, once stolen, they are further sold or used by others who knowingly receive stolen property. This was precisely the scenario that led to four Columbus firefighters and five juveniles ending up in the hospital after the juveniles' previously stolen Kia collided with a firetruck. The driver was a 12-year-old.[134]



---

[134] WSYX Staff, *12-year-old boy behind wheel of stolen car that crashed into Columbus fire engine*, ABC 6 (last updated May 31, 2023, 6:28 AM), https://abc6onyourside.com/news/local/12-year-old-boy-behind-wheel-of-stolen-car-that-crashed-into-columbus-fire-engine#.

198.    Miraculously avoiding tragedy (apparently twice), stolen vehicles have even crashed at elementary school playgrounds.[135]



199.    Tragically, on July 22, 2023, a 4-year-old pedestrian was struck and killed by a suspect fleeing a traffic stop and driving recklessly through an apartment complex in a stolen Kia.[136]

200.    Over Memorial Day weekend in 2023, for example, at least 45 Kias and Hyundais were stolen (nearly 75% of all cars stolen), including at least one vehicle, ironically, that already had the Kia-issued anti-theft device installed.[137]

---

[135] *Police: Driver crashes suspected stolen Hyundai into East Linden Elementary School playground*, WBNS-10TV News (last updated May 23, 2023, 7:46 AM), https://www.10tv.com/article/news/crime/stolen-vehicle-crash-east-linden-elementary-school-playground/530-ec5020d0-6311-4b95-9507-bf2eac6c8ae8.

[136] Carly D'Eon, *Man wanted in fatal hit-and-run of 4-year-old boy turns himself in*, WBNS-10TV News (last updated July 24, 2023, 6:04 AM), https://www.10tv.com/article/news/local/arrest-warrant-issued-for-man-allegedly-connected-to-fatal-hit-skip-south-franklinton/530-a8ab887d-8c43-48ea-8b4d-91ed5531a351.

[137] Steve Levine, *Lancaster family's Kia stolen in Columbus weeks after anti-theft device installed in car*, ABC6 (last updated May 31, 2023, 6:33 AM), https://abc6onyourside.com/news/local/lancaster-familys-kia-stolen-in-columbus-

201.   It is important to remember, moreover, that all of these secondary impacts (beyond just the thefts themselves) are not captured in the raw "theft only" data, although it certainly leads to documented harm. These are just a few of the examples of damages inherent within a secondary market of unsafe and stolen vehicles.

202.   But despite all the publicity and all the effort of its employees, the thefts in Columbus during 2022 and 2023 were eye-watering and to this day still outpace other manufacturers on a one-to-one basis and continue to be stolen at rates that eclipse historical levels that preceded the theft wave.





weeks-after-new-anti-theft-device-installed-vehicle-theft-kia-hyundai-vandalism-anti-theft-device-crime-central-ohio.

67





203.   In both 2022 and 2023, Columbus police officers spent over 4,500 hours responding to stolen Kia and Hyundai incidents, simply to complete theft reports. Compare this to 550 hours in 2020 before the crime wave started in 2021, which only resulted in over 900 hours for that year. This does not include the additional time spent completing follow-up detective work, recovering the vehicle, processing any arrest, or prosecuting cases. And, of course, every hour spent on abating the nuisance is one less hour spent preventing or responding to the City of Columbus' other pressing needs.

204.   All told, the harm to the City of Columbus has been extreme.

**D.    Cleveland, Ohio**

205.   The Cleveland Police Department has also experienced a considerable increase in Hyundai and Kia vehicle theft, starting in July 2022. As of the date of this filing, Hyundai and Kia vehicles continue to be stolen at rates that eclipse historical levels that preceded the theft wave.



206.   Between October and December 2022, nearly 1,200 Hyundai and Kia vehicles were stolen in Cleveland. In December 2022 alone, Hyundais and Kias accounted for approximately 66% of total vehicle theft in Cleveland. Hyundai and Kia vehicles made up nearly half of all vehicle thefts in Cleveland for May 2023. Hyundais and Kias continue to be stolen at higher rates than other vehicle makes, and that heightened rate of theft continues to impact Cleveland to this day. In May of 2025, Hyundai and Kia vehicles made up nearly 36% of all vehicle thefts compared to only 7.6% during that same period in 2020. For all of 2020 and 2021, Hyundais and Kias made up only about 8% of vehicle thefts. By contrast, approximately 38.9% of all vehicles stolen in 2024 were Hyundais and Kias. As of May 2025, Hyundais and Kias accounted for 32.9% of all vehicle thefts in Cleveland in 2025. That heightened rate of theft, as depicted above, continues to impact Cleveland to this day

207.    This phenomenon of thefts has led to extreme and harmful incidents in Cleveland. In January 2023, in one week alone, there were at least three stolen car police pursuits in the greater Cleveland area, two of which ended in crashes.[138] One of the crashes involved a stolen Kia that drove across four lanes of traffic, clipped a charter bus carrying members of the Baldwin Wallace University swim team, and crashed into a retaining wall.[139]

208.    In January 2023, a man in Cleveland reported that his Hyundai was stolen. While driving his other car, a Kia Rio, the man spotted his stolen Hyundai at a Burger King drive thru. When he attempted to block the Hyundai, two teenagers in the stolen car rammed the man's Kia against the restaurant.[140] Police reported that the incident was part of a three-day crime spree involving two shootings within an hour of each other that the driver of the stolen Hyundai helped carry out.[141]

---

[138] Bryn Caswell, *Dash-cam video shows wrong-way crash on I-480; third stolen car pursuit in a week*, News 5 Cleveland (last updated Feb. 1, 2023, 4:17 PM), https://www.news5cleveland.com/news/local-news/dash-cam-video-shows-wrong-way-crash-on-i-480-third-stolen-car-pursuit-in-a-week.

[139] Laura Morrison, *Baldwin Wallace swim team bus hit by stolen vehicle: Police*, Fox 8 (last updated Jan. 30, 2023, 9:22 AM), https://fox8.com/news/baldwin-wallace-swim-team-bus-hit-by-stolen-vehicle-police/.

[140] Cory Shaffer, *Teens lodge stolen Hyundai in Burger King drive-thru on two wheels after owner confronts them*, Cleveland.com (Feb. 3, 2023, 5:03 PM), (https://www.cleveland.com/court-justice/2023/02/teens-lodge-stolen-hyundai-in-burger-king-drive-thru-on-two-wheels-after-owner-confronts-them.html.

[141] *Id.*



209.    In July 2023, officers arrested 12 juveniles between the ages of 13 and 17 "for allegedly viciously attacking an innocent man at a gas station."[142] The suspects included nine boys and three girls, all of whom arrived at the gas station in three vehicles, later confirmed to be Kias and Hyundais stolen one day prior.[143] The suspects also fired "weapons in the parking lot of the gas station and down St. Clair Avenue."[144]

210.    As discussed above, several Cleveland police officers have also been injured, both on and off duty, in responding to Hyundai and Kia vehicle thefts. A Cleveland police officer sustained gunshot wounds to his thigh and arm while investigating Hyundai and

---

[142] Julia Bingel, *Video: 12 teens beat man, fire guns at Cleveland gas station, Cuyahoga County prosecutor says*, 19 News (last updated July 26, 2023, 12:09 PM), https://www.cleveland19.com/2023/07/26/12-juveniles-beat-man-fire-weapons-cleveland-gas-station-according-cuyahoga-county-prosecutor/.

[143] *Id.* at 00:30.

[144] *Id.*

Kia thefts in the area.[145] Two other officers crashed their squad car when responding to the incident and were subsequently hospitalized.[146]

211.  In June 2023, two teenage suspects slashed an off-duty Cleveland police officer in the head after the officer attempted to prevent the suspects from taking the officer's personal Kia Sorento.[147]

### E.    Cincinnati, Ohio

212.  The same vehicle theft trend is evident in Cincinnati, where, for example Kia and Hyundai vehicles accounted for 72% of reported auto thefts or attempts in February 2023, compared to only 8% of thefts in February 2022.

---

[145] Molly Walsh, *Cleveland officer shot, others injured in crash, during pursuit of vehicle theft suspects*, Police 1 (Mar. 16, 2023, 10:44 AM), https://www.police1.com/officer-safety/articles/cleveland-officer-shot-others-injured-in-crash-during-pursuit-of-vehicle-theft-suspects-NI3BdH9MK9clYfIx/.

[146] *Id.*

[147] Ryan Haidet, *Suspects wanted after off-duty Cleveland police officer 'slashed in the head with a screwdriver' during weekend robbery*, WKYC.com (last updated June 13, 2023, 5:54 AM), https://www.wkyc.com/article/news/local/cleveland/off-duty-cleveland-officer-slashed-screwdriver-robbery/95-05768479-0c01-4b1a-80d9-949dd5159996; *see also* Alec Sapolin & Sia Nyorkor, *Off-duty Cleveland officer slashed in the head with screwdriver by car thieves*, Cleveland 19 News (last updated June 12, 2023, 12:14 PM), https://www.cleveland19.com/2023/06/12/off-duty-cleveland-officer-slashed-head-with-screwdriver-by-car-thieves/.



213.    According to Cincinnati Police Department data on attempted and completed auto theft, when comparing 2021 to 2022 there was a 416.6% increase in Kia and Hyundai theft. During the same time period, there was a 3.6% *decrease* in auto theft for all other vehicle makes. This trend persisted into 2023, and 72% of attempted or completed auto thefts in Cincinnati involve a Kia or Hyundai vehicle. Up until July 2022, Kia and Hyundai vehicles consistently combined to account for less than 20 attempted or completed thefts per month. In July 2022, that number spiked to 150, and in February 2023 that number approached 250, a more than *1,000% increase* over the historical norm. The number of Hyundai and Kia vehicle thefts in Cincinnati skyrocketed in 2023.



## Auto Theft
### (attempted and completed)

**Count of Auto Thefts (Top 5 Manufacturers)**
January 1, 2020 - February 28, 2023

**1255% increase**
(Apr 22 = 11, Jul 22 = 149)

CHEVROLET    FORD    HONDA    HYUNDAI    KIA

214.   In May 2023, a record-high 137 Hyundai vehicles were stolen. The 595 Hyundai vehicles stolen between January and June 2023 represent a 1,114% increase from the 49 Hyundai vehicles stolen between January and June 2022. Similarly, the 393 Kia vehicles stolen between January and June 2023 represented an 859% increase from the 41 Kia vehicles stolen between January and June 2022.



215.    As the theft of Hyundai and Kia vehicles dramatically increased, Cincinnati's police officers had to divert resources to account for the rash of thefts. The graph below shows the spike in officer time spent responding to a scene where a Hyundai or Kia vehicle is included in the dispatcher notes for an auto theft or auto theft recovery call.



216.   The substantial rise in thefts presents a risk not only for property damage, but to public safety, as thieves often engage in reckless driving, as well as other dangerous criminal conduct, including robbery and firearm thefts.

217.   Specifically, Hyundai and Kia vehicles have been targeted by thieves seeking weapons (and other valuables) that might have been left in patrons' vehicles. From January 2020 to May 2025, just under 30% of all firearms reported stolen in an auto theft came from a Hyundai or Kia vehicle. Only two such thefts were reported in all of 2020 and 2021 combined.



**Property Stolen during an Auto Theft (Kia & Hyundai Only)**
January 1, 2020 - May 31, 2025

218.    Turning to reckless driving, in 2020, stolen Hyundais and Kias were involved in 15 crashes. In 2021, 13 such crashes occurred. In the first half of 2022, there were four such crashes, before a meteoric jump to 21 crashes involving stolen Kia and Hyundai vehicles in the second half of 2022. In 2023, there were dozens of reckless driving incidents and crashes involving stolen Kias and Hyundais in 2023, dwarfing the number of total number of such incidents in 2020.



219.    The phenomenon of rampant Hyundai and Kia thefts in Cincinnati has led to extreme and tragic accidents. On August 28, 2021, a 14-year-old driving a stolen Hyundai Elantra crashed when exiting I-71 at Ridge Road in Cincinnati.[148] The stolen car crashed into a pole, hitting a tree before coming to rest on its side.[149] The 14-year-old driver was partially ejected from the vehicle and pronounced dead at the scene, and a 13-year-old passenger suffered injuries.[150]

220.    On July 8, 2022, at approximately 6:20 p.m., police observed a stolen 2014 Kia Rio being driven in the Queensgate neighborhood by a 13-year-old.[151] The youth was

---

[148] Kaitlin Lewis, *Hamilton County Sheriff: one dead in Saturday morning crash involving two juveniles*, Cincinnati Enquirer (Aug. 28, 2021, 4:23 PM), https://www.cincinnati.com/story/news/2021/08/28/hamilton-county-sheriff-one-dead-car-crash-involving-two-juveniles/5637645001/.

[149] *Id.*

[150] *Id.*

[151] Luke Jones, *Teen who crashed in car with 13-year-old driver: We was running from the police*, Local 12 (last updated July 12, 2022, 12:03 AM),

attempting to turn onto Kenner Street from Dalton Avenue, when he lost control of the car and crashed into metal poles and a transformer box.[152] A 12-year-old passenger was seriously injured in the resulting crash.[153]

221.    Around this same time, a local woman in Cincinnati discovered that her 2019 Kia Forte was stolen outside of her apartment building—the car was subsequently wrecked and abandoned.[154] Contents inside the car, including the car seat for her small child, were gone.[155]

222.    On February 8, 2023, a police chase involving a stolen Hyundai ended in a crash in the College Hill neighborhood, damaging a six-foot-tall brick pillar and fence.[156]

223.    Cincinnati police have reported multiple incidents of drive-by shootings involving stolen Hyundai vehicles. On May 31, 2023, an adult male and three juveniles, ages 10, 14, and 15, were shot in a drive-by shooting involving a 2017 Hyundai Sonata

---

https://local12.com/news/local/teens-joyride-police-chase-pursuit-crash-west-end-stolen-car-kennedy-heights-injury-cincinnati-local-12-wkrc-tristate-ohio-kentucky-indiana-crime-news.

[152] *Police: 13-year-old driver crashes seriously injuring 12-year-old passenger*, Local 12 (last updated July 11, 2022, 11:40 PM), https://local12.com/news/local/police-13-year-old-driver-crashes-seriously-injuring-12-year-old-passenger-cincinnati-ohio-dalton-avenue-crash-control-kia-rio-hospital-investigation-speed.

[153] *Id.*

[154] James Pilcher, *'Kia Boys' stolen car trend hits one local woman who wonders if she'll ever get hers back*, Local 12 (last updated Aug. 24, 2022, 4:00 AM), https://local12.com/news/local/kia-boys-stolen-car-trend-hits-one-local-woman-who-wonders-if-shell-ever-get-hers-back-cincinnati-ohio-avondale-forte-tiktok-thieves-car-seat-trimaine-elliott.

[155] *Id.*

[156] Jennifer Edwards Baker, *Police chase ends in crash that closes W. North Bend Road*, Fox 19 (last updated Feb. 8, 2023, 5:07 AM), https://www.fox19.com/2023/02/08/police-chase-ends-crash-that-closes-w-north-bend-road/.

with temporary tags that was suspected to be stolen.[157] Video surveillance of the incident captured the moment that one of the suspects began shooting out of the rear passenger window.



---

[157] *Suspect Vehicle in Over-the-Rhine shooting found near Bond Hill*, WLWT 5 (last updated June 1, 2023, 5:12 PM), https://www.wlwt.com/article/over-the-rhine-shooting-grant-park-suspect-car-found/44067612.

224.   Then, on July 16, 2023, a 37-year-old woman was killed in a drive-by shooting involving a stolen Hyundai.[158] The Cincinnati Police Department Homicide Unit is investigating the case.[159]

## F.   Lorain, Ohio

225.   The City of Lorain has experienced and continues to experience increased rates of theft of Hyundai and Kia vehicle thefts.

226.   The rise in the rate of theft of Hyundai and Kia vehicles in the City of Lorain noticeably increased in 2021 before reaching unprecedented heights in 2023.

227.   For all of 2023, the City of Lorain recorded approximately 66 thefts of Hyundai and Kia vehicles. That is more than double the total Hyundai and Kia thefts recorded for all of 2022 in the City of Lorain and a *633% increase* from the 9 Hyundai and Kia thefts recorded for all of 2020.

228.   In 2020 and 2021, Hyundais and Kias, combined, accounted for only about 4.5% and 12%, respectively, of all vehicle thefts in the City of Lorain. For 2023, Hyundais and Kias accounted for approximately 37% of all motor vehicle thefts in the City of Lorain.

---

[158] Mildred Fallen et al., *Woman killed in another drive-by shooting in Cincinnati*, Fox 19 Now (last updated July 17, 2023, 1:01 AM), https://www.fox19.com/2023/07/17/woman-killed-another-drive-by-shooting-cincinnati/.

[159] *Id.*

229.   In 2024, Hyundai and Kia vehicles continued to account for an outsized portion of vehicle stolen in Lorain at over 62% of all motor vehicle thefts in the City of Lorain.



230.   The elevated rate of theft of Hyundai and Kia vehicles continues to impact Lorain to this day. So far, in 2025, Hyundai and Kia vehicles accounted for over 46% of all motor vehicle thefts in the City of Lorain.

231.   The high rate of thefts has led to increased threats to public safety. For example, when responding to incidents involving stolen Hyundais and Kias, officers with the Lorain Police Department have observed the stolen vehicles reach speeds of 90 miles

per hour as the drivers of the stolen vehicles run red lights and disobey traffic laws, which endangers officers and the residents of the City of Lorain.

232.   Stolen Hyundai and Kia vehicles have been linked to attempted robberies of businesses, including gun stores, in the City of Lorain.

233.   The increased theft of these vehicles and the crimes committed with them caused the Lorain Police Department to dedicate additional resources to combat the crime wave, including a street crime unit to prevent and deter thefts of these vehicles and a detective to investigate crimes when these vehicles are stolen.

234.   In June of 2023, the Lorain Police Department arrested 9 people in connection with Kia and Hyundai car thefts—6 of whom were juveniles ranging in age from 13 to 17 years old.[160] Authorities stated that "the group was tied to roughly 50 attempted or successful vehicle thefts between May 6 and June 15" alone.[161]

235.   These juveniles and others involved thefts of these vehicles are more likely to commit crimes in the future. "[L]ongitudinal studies of delinquency and crime have repeatedly documented a strong link between past and future behavior."[162] "Across multiple data sources collected at different time periods and throughout the world, a consistent finding indicates that antisocial and deviant behavior that emerges early in the

---

[160] Tyler Carey, *Lorain police arrest 3 adults, 6 juveniles in connection with Kia, Hyundai car theft ring*, wkyc.com (last updated June 19, 2023, 6:46 PM), https://www.wkyc.com/article/news/local/lorain-county/lorain-police-arrest-9-kia-hyundai-car-theft-ring/95-fd21ab08-e885-49bf-b771-ea6f1e1f71f5.

[161] *Id.*

[162] *See* Mark A. Cohen & Alex R. Piquero, *New Evidence on the Monetary Value of Saving a High Risk Youth*, 25(1) J. Quantitative Criminology 25–49, at 2 (2009), https://www.researchgate.net/publication/225637886_New_Evidence_on_the_Monetary_Value_of_Saving_a_High_Risk_Youth.

life course tends to continue into childhood, adolescence, and adulthood[.]"[163] The point, to put it bluntly, is that these Susceptible Vehicles can set juveniles down a path of crime.

236.    By failing to equip their vehicles with reasonable anti-theft technology, such as an engine immobilizer, Defendants have elected profits over safety and created a public nuisance in the City of Lorain that continues to this day.

### G.    Parma, Ohio

237.    The City of Parma has experienced a similar surge in thefts of Hyundai and Kia vehicles. Between 2021 and 2022, the number of Kia vehicles stolen in the City of Parma increased by more than 414% and thefts of Hyundai vehicles increased by more than 416%. The rash of thefts has continued at a similar pace in 2023.

238.    The combined number of Hyundai and Kia vehicle thefts in 2022 more than quintupled the number of thefts of those same vehicles in 2021. As thefts of these vehicles increased, so too did the number of times officers had to pursue Hyundai and Kia vehicles, which suggests these vehicles were being used to commit other crimes or otherwise endangered the public (*e.g.*, being driven recklessly).

---

[163] *Id.* at 4.

Hyundai and Kia Thefts Over Time
Jan. 2022 - May 2025

239.    From January to June 2023, 24 Hyundai and Kia vehicles were stolen—more than the total Hyundai and Kia vehicle thefts for all of 2020 and, also, for all of 2021, *combined*.

240.    The surge in thefts caused Parma law enforcement officers to spend more and more of their time responding to stolen Hyundai and Kia vehicles. In 2022, officers were on scene responding to stolen Hyundai and Kia vehicles for more than 20,000 minutes. This near ten-fold increase since 2020 has placed a tremendous strain on Parma's Uniform Patrol Division, whose time has been diverted from other important duties, not to mention the time other divisions spend investigating and prosecuting these crimes.

241.    From January to April 2023, Parma officers spent more time responding to reports of stolen Hyundai and Kia vehicles than they did in all of 2020.

242.    Thefts of Hyundai and Kia vehicles in Parma have led to extreme driving with disastrous consequences.

243.   For example, a 14-year-old driving a stolen Kia Optima led Parma officers on a high-speed pursuit in the early morning hours of October 2, 2022. The vehicle eventually crashed into an apartment building, causing damage to its foundation, and disabling the vehicle.

244.   On November 6, 2022, Parma officers were forced to pursue a stolen Kia Forte traveling over 100 miles per hour, including in a 25 miles per hour zone. The stolen Kia almost struck another vehicle and crashed through a construction cone before officers were able to stop the vehicle. The three juveniles inside the stolen Kia were taken into custody.

245.   In December 2022, a 17-year-old male in a stolen Hyundai Elantra led Parma police on a high-speed pursuit. The driver of the stolen Hyundai ran multiple stop signs and reached speeds of 80–90 miles per hour before crashing into a home just outside Parma city limits.[164] A 25-year-old woman and her infant were inside the home during the crash and, fortunately, neither was injured. The driver of the stolen vehicle sustained head injuries and was transported to the hospital. The Hyundai vehicle was towed back to Parma.

---

[164] *Photos: Car slams into Cleveland home following stolen vehicle pursuit*, WKYC.com (last updated Dec. 13, 2022, 7:08 PM), https://www.wkyc.com/article/news/local/cleveland/car-slams-into-cleveland-home-pictures/95-1198fbd5-86a0-499b-a32a-fafe1437c292.



246.    In mid-January 2023, four teenagers in a stolen Hyundai Elantra attempted to elude police before crashing into a utility pole in Parma.[165] Three of the individuals apprehended were between the ages of 17 and 19. Officers also observed a Kia SUV that had been reported stolen, but the driver of the car was able to get away. Prior to the police chase, officers observed a group of individuals in the stolen Kia trying to steal another vehicle in an apartment complex.[166]

**CLAIMS UNDER OHIO LAW BROUGHT BY THE CITY OF COLUMBUS**

247.    The City of Columbus, acting separately from the Cities of Cleveland, Cincinnati, Parma, and Lorain brings the following claim for statutory public nuisance.

---

[165] Anna Meyer & Bri Buckley, *4 teenagers taken into custody after crashing stolen Hyundai into pole in Cleveland*, WKYC.com (last updated Jan. 18, 2023, 11:22 PM), https://www.wkyc.com/article/news/local/cuyahoga-county/teenagers-crash-stolen-hyundai-cleveland/95-7ab0ff03-3d0e-475e-a26b-7521e3103aa8.
[166] *Id.*

248.   The City of Columbus re-alleges each of the allegations in the foregoing paragraphs as if fully restated herein.

249.   Under Section 715.44 of the Ohio Revised Code, the City of Columbus may "[a]bate any nuisance and prosecute in any court of competent jurisdiction, any person who creates, continues, contributes to, or suffers such nuisance to exist" and to "[p]revent injury and annoyance from any nuisance."[167]

250.   Separately, under Title 7 of the Columbus City Codes, the "Heath, Sanitation and Safety Code," a "public nuisance" includes any unsafe vehicle that is "detrimental to the public health, safety, and welfare. . . ."[168]

251.   Kia and Hyundai have designed, manufactured, marketed, sold, and distributed unsafe vehicles leading to an unprecedented surge in auto-theft and related harm in the City of Columbus.

252.   When "there are reasonable grounds to believe that there is a violation of this Health, Sanitation and Safety Code resulting in the existence of an actual or potential public nuisance" or "whenever there exist conditions that adversely affect the health, safety or welfare of any person," Columbus may seek legal relief in court.[169]

253.   This "public nuisance" is a substantial factor and the factual and proximate cause of the long-lasting damages incurred (and continue to be incurred) by the City of Columbus that is unique to itself and different in kind and degree from those incurred by the general public, including dramatically-increased expenditures for police, emergency, health, prosecutions, corrections, youth rehabilitative services, and other services that were beyond the expenses otherwise reasonably expected to occur in the ordinary course.

---

[167] Ohio Rev. Code Ann. § 715.44 (West 2024).
[168] Columbus City Code 703.17; 703.17(A).
[169] Columbus City Code 701.19.

254.   Kia and Hyundai should also be enjoined from continuing these nuisances and be compelled to abate them.

**CLAIMS UNDER OHIO LAW BROUGHT BY THE CITY OF CINCINNATI**

255.   The City of Cincinnati, acting separately from the Cities of Cleveland, Columbus, Parma, and Lorain, brings the following claim for statutory public nuisance.

256.   The City of Cincinnati realleges and incorporates paragraphs 1 through 246 as though set forth fully herein.

257.   Under Section 1601-99 of the Cincinnati Municipal Code, "[w]henever there exists a public nuisance; a condition or action that adversely affects the health, safety, or welfare of any person," the City of Cincinnati "may recover the total cost associated with obtaining compliance" or "abating the condition" by "[o]btain[ing] a judgment from the responsible party, property owner, or person in control of the benefitted property at the time the costs were incurred through a civil action."

258.   "Total cost" is defined by Section 1601-99(b)(3) to include, among other things, "any costs related to the use of employees, materials, or equipment of the City" and "any costs of police, fire, and medical services provided to respond, abate, prosecute, litigate, obtain compliance, or enforce" the City's public nuisance ordinance.

259.   Under Section 1601-99(b)(1) of the Cincinnati Municipal Code, "public nuisance" includes any "vehicle[s]" that are "dangerous, hazardous…unsafe… [or] detrimental to the public health, safety, and welfare, or well-being of the surrounding area[.]"

260.    Under Section 1601-99(b)(2) of the Cincinnati Municipal Code, "responsible party" is defied to include any "corporation" that is "responsible for the creation, existence, commission, and/or maintenance of a condition or action that adversely affects the health, safety, or welfare of any person."

261.    Defendants are corporations within the meaning of Section 1601-99(b)(2).

262.    Defendants have intentionally and willfully designed, manufactured, marketed, sold, and distributed vehicles that are dangerous, hazardous, and unsafe, and they are responsible for the creation and existence of the conditions that threaten public safety in the City of Cincinnati.

263.    Defendants are responsible for the creation and existence of a "public nuisance" within the meaning of Section 1601-99 of the Cincinnati Municipal Code.

264.    The "public nuisance" created by Defendants is a substantial factor and the factual and proximate cause of the damages that have been incurred (and continue to be incurred) by the City of Cincinnati.

265.    The damages that have been (and continue to be incurred) by the City of Cincinnati are unique to itself and different in kind and degree from those that may have been incurred by the general public, including but not limited to dramatically increased expenditures for police, health, emergency, health, corrections, youth rehabilitative services, and other services that were beyond the expenses reasonably expected to occur in the ordinary course.

266.   Under Section 1501-27(a), civil proceedings may be brought in the name of the City of Cincinnati for violations of the Cincinnati Municipal code, including those that adversely affect the health, safety, or welfare of the public.

267.   Defendants should be enjoyed from continuing the public nuisance that they have created within the meaning of Section 1601-99(b)(1) and be compelled to abate such nuisance.

268.   Section 1501-27(d) authorizes treble damages and costs to be awarded for any injury damages suffered by the City of Cincinnati that are a consequence of a willful violation, failure, or omission.

269.   The public nuisance created by Defendants stems from their intentional and willful decision to omit engine immobilizers and other reasonable antitheft technology in the Susceptible Vehicles. Accordingly, the Court should award Cincinnati treble damages and costs under Section 1501-27(d).

### CLAIMS UNDER OHIO LAW BROUGHT BY THE CITY OF LORAIN

270.   The City of Lorain, acting separately from the Cities of Cleveland, Cincinnati, Columbus, Parma, and Lorain, brings the following claim for statutory public nuisance.

271.   The City of Lorain realleges and incorporates paragraphs 1 through 246 as though set forth fully herein.

272.   Under Chapter 560.01(a) of the Codified Ordinances of the City of Lorain, "the City may recover the total cost associated with . . . abating" a public nuisance by "[o]btaining a judgment through a civil action" from a "responsible party."

273.  "Total cost" is defined by Chapter 560.01(b)(2) to include, among other things, "any costs related to the use of employees, materials of the City" and "any costs of police, fire, and medical services provided to respond, abate, prosecute, litigate, obtain compliance, or enforce" the City's public nuisance ordinance.

274.  Under Chapter 560.01(b)(1), "public nuisance" is defined to include "any . . . vehicle . . . which is dangerous, hazardous, . . . unsafe, . . . [or] detrimental to the public health, safety, and welfare, or well-being of the surrounding area[.]"

275.  Under Chapter 560.01(b)(2), "responsible party" is defined to include any "corporation" that is "responsible for the creation, existence, commission, and/or maintenance of a condition or action that adversely affects the health, safety, or welfare of any person[.]"

276.  Defendants are corporations within the meaning of Chapter 560.01(b)(2).

277.  Defendants have intentionally and willfully designed, manufactured, marketed, sold, and distributed vehicles that are dangerous, hazardous, and unsafe and are responsible for the creation and existence of the conditions that threaten public safety in the City of Lorain.

278.  Defendants are responsible for the creation and existence of a "public nuisance" within the meaning of Chapter 560.01(b) of the Codified Ordinances of the City of Lorain

279.   That "public nuisance" was a substantial factor and the factual and proximate cause of the damages that have been incurred (and continue to be incurred) by the City of Lorain.

280.   The damages that have been (and continue to be incurred) by the City of Lorain are unique to itself and are different in kind and degree from those that may have been incurred by the general public, including but not limited to dramatically increased expenditures for police, health, emergency, health, corrections, youth rehabilitative services, and other services that were beyond the expenses reasonably expected to occur in the ordinary course.

281.   Under Chapter 560.03, civil proceedings may be brought in the name of the City of Lorain for violations of the Lorain Codified Ordinances, including those that adversely affect the health, safety, or welfare of the public.

282.   Kia and Hyundai should be enjoined from continuing the public nuisance that they have created within the meaning of Chapter 560.01(b)(1) and should be compelled to abate such nuisance.

283.   Chapter 560.03(d) authorizes treble damages and costs to be awarded for any injury damages suffered by the City of Lorain that are a consequence of a willful violation, failure, or omission.

284.   The public nuisance created by Defendants stems from their intentional and willful decision to omit engine immobilizers and other reasonable antitheft technology in

the Susceptible Vehicles. Accordingly, the Court should award Lorain treble damages and costs under Chapter 560.03(d).

## COUNT THREE — CIVIL LIABILITY

285.    The City of Columbus, acting separately from the Cities of Cleveland, Cincinnati, Parma, and Lorain bring the following claim for civil liability.

286.    The City of Columbus re-alleges each of the allegations in the foregoing paragraphs as if fully restated herein.

287.    Section 2307.60(A)(1) of the Ohio Revised Code provides that anyone injured in person or property by a criminal act may recover full damages in a civil action. [170]

288.    The City of Columbus is a "person" under this statute.

289.    A violation of Columbus' "Heath, Sanitation and Safety Code" is a first-degree criminal misdemeanor. [171]

290.    Any penalty for this criminal misdemeanor is "in addition to and separate from any civil or administrative penalties or remedies provided for by this code or pursuant to Ohio law" in addition to any other remedy available by law. [172]

291.    Defendants, in creating, contributing to, and suffering a "public nuisance" have committed first degree criminal misdemeanors. [173]

292.    This "public nuisance" of unsafe vehicles was a substantial factor and the factual and proximate cause of the long-lasting damages incurred (and continue to be incurred) by the City of Columbus that are unique to itself and different in kind from those

---

[170] Ohio Rev. Code Ann. § 2307.60(A)(1) (West 2008).
[171] Columbus City Code 701.99(A).
[172] *Id.*; *see also id.* at (D).
[173] Columbus City Code 703.17(A).

95

incurred by the general public, including dramatically-increased expenditures for police, emergency, health, prosecutions, corrections, youth rehabilitative services, and other services that were beyond the expenses otherwise reasonably expected to occur in the ordinary course.

## PRAYER FOR RELIEF

293.   Entering an Order that Defendants are jointly and severally liable;

294.   Entering an Order requiring Defendants to abate the public nuisance described herein and to deter and/or prevent the resumption of such nuisance;

295.   Enjoining Defendants from engaging in further actions causing or contributing to the public nuisance as described herein;

296.   Awarding equitable relief to fund automobile theft prevention;

297.   Awarding actual and compensatory damages;

298.   Awarding treble damages and costs.

299.   Awarding punitive damages;

300.   Awarding reasonable attorneys' fees and costs of suit;

301.   Awarding pre-judgment and post-judgment interest; and

302.   Awarding such other and further relief as the Court deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

303.   The Ohio GE Plaintiffs hereby demand a trial by jury.

RESPECTFULLY SUBMITTED this 1st DAY OF JULY, 2025.

By */s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.

1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
*Chair of the Governmental Entities Committee and Counsel for Plaintiffs Cincinnati, Cleveland, Lorain, and Parma*

By */s/ Rick L. Ashton*
Rick L. Ashton (*pro hac vice*)
ALLEN STOVALL NEUMAN & ASHTON LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
Phone: (614) 221-8500
Fax: (614) 221-5988
ashton@asnalaw.com
*Member of the Governmental Entities Committee and Counsel for the City of Columbus*

97

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

3       I certify that on July 1, 2025, I electronically filed the foregoing document with

4 the Clerk of the Court using the CM/ECF system which will send notification of such

5 filing to all counsel of record.

6

7                                          */s/ Gretchen Freeman Cappio*
                                          Gretchen Freeman Cappio