QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
Alicia Cobb (*Pro Hac Vice*)
aliciacobb@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Governmental Entities Action | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES** |

On June 6, 2025, Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") ("Defendants") filed a Motion for an Order to Show Cause Re: Contempt (the "Motion") (Dkt. No. 864) because certain Governmental Entity ("GE") Plaintiffs refused to produce court-ordered discovery. On July 14, 2025, the Court granted Defendants' Motion, "hold[ing] the five GE Plaintiffs in contempt for their refusal to follow this Court's April 11, 2025 Order, and award[ing] sanctions against the GE Plaintiffs in the amount of Defendants' fees and costs incurred in bringing the motion." Dkt. No. 931. Pursuant to the Court's order, Defendants respectfully seek reimbursement of the fees incurred in bringing the Motion.

As explained in the Declaration of Steven Madison ("Madison Dec.") filed concurrently with this Application, Defendants seek $314,941.25 in attorneys' fees associated with GE Plaintiffs' failure to comply with the Court's order. Madison Decl. ¶ 3.

Several other Quinn Emanuel attorneys who work on this case performed work on the Motion. Madison Decl. ¶ 3. Their time can be broken into five categories: (1) time spent preparing the *ex parte* application for an order shortening time to hear the Motion; (2) time spent meeting and conferring with GE Plaintiffs' counsel regarding their failure to produce responsive documents; (3) time spent researching, drafting, and revising the Motion; (4) time spent preparing for and participating in the July 10, 2025 hearing on the Motion; and (5) time spent preparing a proposed order on the Motion. Madison Decl. ¶ 3.

Defendants' request for fees is conservative. Although several attorneys worked on the Motion, Defendants seek reimbursement for only time spent by the three attorneys with primary responsibility for the Motion. Madison Decl. ¶ 7-8. Defendants also only seek reimbursement for time spent on categories 2-4 above. Madison Decl. ¶ 8. Defendants are not seeking compensation for the more than $200,000 in fees billed by the primary attorneys for categories 1 and 5, or other attorneys and paralegals in any of the five categories. Madison Decl. ¶ 8.

Because of the qualifications of Quinn Emanuel's attorneys and the high-level quality of its representation, courts across the country, and in this District, have repeatedly held that Quinn Emanuel's hourly rates are reasonable. *See, e.g.*, *Um Corp. v. Tsuburaya Prods. Co.*, No.

CV1503764ABAJWX, 2018 WL 11242020, at *13 (C.D. Cal. Aug. 1, 2018); *Am. Rena Int'l Corp. v. Sis-Joyce Int'l Co.*, No. CV126972FMOJEMX, 2015 WL 12732433, at *40 (C.D. Cal. Dec. 14, 2015); *AMF Bowling Ctrs., Inc. v. Tanase*, No. 3:23-cv-448 (HEH), 2025 WL 1132327, at *8 (E.D. Va. Apr. 16, 2025) (finding Quinn Emanuel's rates, ranging from $990 for associates to $2,180 for partners reasonable); *Blattman v. Siebel*, No. 15-cv-530 (CFC), 2021 WL 7209266, at *1 (D. Del. Dec. 6, 2021) (finding attorneys' fees requested by Quinn Emanuel reasonable and declining to reduce the fee award by the requested percentage); *Proofpoint, Inc. v. Vade Secure, Inc.*, No. 3:19-cv-4238 (MMC) (RMI), 2020 WL 7398791, at *3 (N.D. Cal. Dec. 17, 2020) (finding that Quinn Emanuel attorneys "are experienced and seasoned practitioners; that they are employed at a large international firm with a highly regarded reputation; that they have highly specialized … backgrounds" and that the firm's fees are reasonable).

Should the Court so request, Defendants are willing to submit additional briefing or information concerning the fees requested.

DATED: July 24, 2025                    Respectfully submitted,

                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                        By:      */s/ Steven G. Madison*
                                                 Alicia Cobb (*Pro Hac Vice*)
                                                 Steve G. Madison (SBN: 101006)
                                                 Justin C. Griffin (SBN: 234675)
                                                 865 S. Figueroa St., 10th Floor
                                                 Los Angeles, California 90017
                                                 Phone (213) 443-3000
                                                 Fax (213) 443-3100
                                                 aliciacobb@quinnemanuel.com
                                                 stevemadison@quinnemanuel.com
                                                 justingriffin@quinnemanuel.com

                                                 *Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*