QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Governmental Entities Action | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**DECLARATION OF STEVEN MADISON IN SUPPORT OF DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES** |

I, Steven Madison, declare as follows:

1. I am a senior partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record herein for Hyundai Motor America ("HMA") and Kia America, Inc. ("KA"). I submit this Declaration in support of HMA's and KA's Application for Attorneys' Fees ("Application") filed herewith, as ordered by this Court in its July 14, 2025 Order (Dkt. No. 931) on HMA's and KA's Motion for an OSC Re Contempt ("Motion") (Dkt. No. 864). I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently thereto.

2. I am the partner in charge of this case at our firm. We charge HMA and KA hourly rates for worked performed on this case by our legal professionals. Attorneys working on this case

1  enter the amount of their time in one-tenth-of-an-hour increments, along with a written narrative
2  of the tasks performed as to each entry.  Following the end of the calendar month, I receive a bill
3  showing all time entries lawyer-by-lawyer.  I review the billing entries and then authorize our
4  accounting department to send the final bill to the appropriate client contact at each company, with
5  any revisions, subtractions, or additions as I request.

6       3.     The Application seeks a total of $314,941.25 in attorneys' fees incurred in bringing
7  the Motion.  To calculate the fees sought by the Application, I reviewed the bills for May and June
8  2025 (which were already sent to HMA and KA) and a draft bill for July 1-15, 2025.  Several other
9  attorneys who work on this case performed work on the Motion.  The fees incurred in bringing the
10 motion can be broken down into the following categories: (1) time spent preparing the *ex parte*
11 application for an order shortening time to hear the Motion; (2) time spent meeting and conferring
12 with GE Plaintiffs' counsel regarding their failure to produce responsive documents; (3) time spent
13 researching, drafting, and revising the Motion; (4) preparing for and participating in the July 10,
14 2025 hearing on the Motion; and (5) time spent preparing a proposed order on the Motion.

15      4.     I am a senior partner at our firm, co-chair of one of the firm's practice groups, and
16 a Fellow in the American College of Trial Lawyers.  I am an experienced trial lawyer who has
17 tried in excess of 70 cases to verdict.

18      5.     Saba Sadri is a fourth-year associate who graduated from Harvard Law School in
19 2021.  Prior to joining the firm, he served as a law clerk on the Supreme Court of Delaware.

20      6.     Jane Fitzpatrick is a second-year associate who graduated from the University of
21 Southern California Gould School of Law in 2023.

22      7.     The Application seeks reimbursement for the total 246.75 hours the three of us—
23 Mr. Sadri, Ms. Fitzpatrick, and I—spent in bringing the Motion as described above.  HMA and
24 KA were charged a total of $314,941.25 for these hours.

25      8.     HMA and KA are *not* seeking reimbursement for charges incurred preparing the *ex*
26 *parte* application to shorten time (category 1 in paragraph 3 above).  Those charges have not been
27 included in the amount sought by the Application.  HMA and KA are also not seeking

reimbursement for charges incurred preparing the proposed order or the objections to GE Plaintiffs' proposed order (Dkt. Nos. 929 and 930) (category 5 in paragraph 3 above). Furthermore, although additional attorneys at our firm assisted in analyzing GE Plaintiffs' failure to produce police reports from the five GE Plaintiffs in contempt, Defendants are seeking compensation for only three attorneys with primary responsibility for the tasks at issue (categories 2-4 in paragraph 3 above). Defendants are not seeking the more than $200,000 in fees billed by other attorneys and paralegals in bringing the motion.

9. Broken down by the categories described above, the Application seeks the following amounts of attorneys fees: (1) *ex parte* application: $0; (2) meeting and conferring: $21,680.50; (3) preparing the motion: $200,553.25; (4) preparing for and appearing at the hearing: $92,707.50; and (5) preparing the proposed order and objections to GE Plaintiffs' proposed order: $0.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of July, 2025, at Jerusalem, Israel.

*/s/ Steven G. Madison*
Steven G. Madison

DECLARATION IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES