UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-ml-03052-JVS-KES | Date | August 15, 2025 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Defendants' Application for Attorneys' Fees [950]**

On July 14, 2025, this Court granted Defendants Hyundai Motor America ("HMA") and Kia America, Inc.'s ("KA") (collectively, "Defendants") motion for an order to show cause ("OSC") why certain Governmental Entity Plaintiffs ("GE Plaintiffs") should not be held in civil contempt. (Order, Dkt. No. 931; see Dkt. No. 864.) As part of this Order, the Court awarded sanctions against the GE Plaintiffs in the amount of Defendants' fees and costs incurred in bringing the motion. (Id. at 17.)

Pursuant to this Order, Defendants now seek reimbursement of $314,941.25 in attorneys' fees incurred in bringing the motion. (Mot., Dkt. No. 950.) Specifically, Defendants seek $21,680.50 for meeting and conferring regarding the motion, $200,553.25 for preparing the motion, and $92,707.50 for preparing for and appearing at the hearing. (Declaration of Steve Madison ("Madison Decl.") 1, Dkt. No. 950-1, ¶9.) In opposition to the application for attorneys' fees, GE Plaintiffs stated:

> GE Defendants' submission lacks basic details about what work was performed, by who, for how long, and their hourly rates. GE Plaintiffs respectfully request that the GE Defendants be directed to provide these basics for each of the three attorneys for whom compensation is sought, so that the GE Plaintiffs may meaningfully review and apply the lodestar method when considering their position on the Application.

(Opp'n, Dkt. No. 955, 3.) At a minimum, GE Plaintiffs requested that Defendants provide "the hours the three timekeepers spent on each task and the hourly rates for each timekeeper." (Id. at 4.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:22-ml-03052-JVS-KES | Date | August 15, 2025 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation | | |

    The parties discussed this application at the August 7, 2025 Status Conference. (August 7, 2025 Hr'g Tr., Dkt. No. 990, 17:11–19:7.) During this conversation, the Court specifically told Defendants that there were "some holes in the showing that was made" and that Defendants needed to "supplement your showing for fees." (Id. at 17:20–23.) The Court then clarified: "I'm looking for the equivalence of a lodestar." (Id. at 18:3–4.) Defendants responded that they "understood." (Id. at 18:8.)

    However, Defendants then filed a similarly deficient Reply. (Reply, Dkt. No. 1000.) The Reply provides the total hourly rate for the three attorneys Defendants are seeking to recover fees for, and the total hours that each attorney spent. (Id., Madison Decl. 2, Dkt. No. 1000-1, ¶ 3.) The hours are stated as one number and not broken down by task. (Id.) This information is coupled with the information provided in Defendants' original application explaining the experience of the three attorneys. (Madison Decl. 1 ¶¶ 4–6.) However, because Defendants have failed to supply the hours that each attorney spent on each task, Defendants have not complied with this Court's request to provide lodestar-equivalent information.

    Consequently, the Court **DENIES** the application for attorneys' fees, without prejudice. Defendants may re-file the application provided that they supplement the application with the required lodestar information.

    **IT IS SO ORDERED.**