# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Governmental Entities Track | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**GOVERNMENTAL ENTITY PLAINTIFFS' SUGGESTIONS FOR FINE TUNING THE CASE MANAGEMENT ORDER RE PHASE II IN GOVERNMENTAL ENTITY TRACK** [Dkt. No. 1001] |

As invited by the Court, Governmental Entity ("GE") Plaintiffs submit in the attached exhibit a few redlined suggestions for fine tuning the Case Management Order Re Phase II in Governmental Entity Track, Dkt. No. 1001. Below is a summary of GE Plaintiffs' suggestions. GE Plaintiffs will also submit these suggested edits in WordPerfect for the Court's convenience.

- **Section I.B.ii:** Edits for consistency to cohere with the Order's other provisions limiting discovery to bellwether GE Plaintiffs only.

- **Section V, Table of Proposed Bellwether Deadlines:** In agreement with GE Defendants, edit for clarification to match the first bullet under Section V

1  setting October 17, 2025, as the deadline for substantial completion of
2  document production.

3

4  DATED this 29th day of August 2025.

5

6  Respectfully submitted,

7  KELLER ROHRBACK L.L.P.

8

9  By */s/ Gretchen Freeman Cappio*
10  Gretchen Freeman Cappio (*pro hac vice*)
11  1201 Third Avenue, Suite 3400
    Seattle, WA 98101
12  Phone: (206) 623-1900
13  Fax: (206) 623-3384
    gcappio@kellerrohrback.com
14
15  *Chair of the Governmental Entities Committee*

-2-   Case No. 8:22-ML-3052-JVS-(KESx)
GOVERNMENTAL ENTITY PLAINTIFFS' SUGGESTIONS FOR FINE TUNING THE CASE
MANAGEMENT ORDER RE PHASE II IN GOVERNMENTAL ENTITY TRACK

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio