1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Birmingham v. Hyundai Motor Company, Hyundai Motor America, Kia Corporation ("KC"), and Kia America, Inc.,*<br>Case No. 8:25-cv-01532 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING STIPULATION TO EXTEND HMA AND KA'S TIME TO RESPOND TO THE CITY OF BIRMINGHAM'S COMPLAINT AND TO EXTEND THE CITY OF BIRMINGHAM'S TIME TO SUBMIT INITIAL DISCLOSURES AND PLAINTIFF FACT SHEET [1043]** |

Before the Court is the Stipulation between Plaintiff City of Birmingham, AL ("Plaintiff"), and Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (together, "Defendants") regarding extending HMA and KA's time to respond to Birmingham's Complaint, and extending Birmingham's time to submit initial disclosures and its plaintiff fact sheet.

Good cause appearing, the Court hereby approve the Parties' Stipulation.

1       HMA and KA's time to respond to Plaintiff's complaint will be extended

2  until October 8, 2025.  Birmingham's initial disclosures will be due on October 8,

3  2025, and Birmingham's completed fact sheet will be due on October 23, 2025.

4

5  DATED: September 11, 2025

6

7

8                         Hon. James V. Selna

9                         United States District Judge

ORDER GRANTING STIPULATION TO EXTEND DEADLINES