**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 151081)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel.: (213) 239-5100 / Fax: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (pro hac vice)
PBrennan@jenner.com
Michael T. Brody (pro hac vice)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350 / Fax: (312) 527-0484

**CALLAHAN & BLAINE, PC**
Edward Susolik (SBN 151081)
ES@callahan-law.com
John D. Van Ackeren (SBN 240739)
jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel.: (714) 241-4444 / Fax: (714) 241-4445

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | CASE NO.  8:22-ML-03052-JVS(KESx) |
| | Judge:      Hon. James V. Selna |
| This document relates to: | **DECLARATION OF COLE STUTZ IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |
| ALL SUBROGATION CASES, | Complaint Filed:   December 22, 2022 |

CALLAHAN & BLAINE, PC
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

CALLAHAN & BLAINE, PC
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

## DECLARATION OF COLE STUTZ

I, Cole Stutz, declare the following to be true and correct:

1. I am the Chief Safety Officer for Hyundai Motor North America ("HMA"). I make this declaration in support of Defendants' Motion for a Protective Order. If called on to, I would and could competently testify to the same.

2. I have held the position of Chief Safety Officer for HMA since January 2024. Prior to that, I served as the Executive Director of Vehicle Safety at HMA from November 2022 to December 2023. I was the Director of Vehicle Safety from September 2020 to November 2022.

3. While working as the Executive Director of Safety at HMA, I was essentially second in charge to my then boss, Brian Latouf ("Latouf"), in the HMA Safety Department. At the time, Latouf was the Chief Safety Officer of HMA but in January 2024, he was promoted to president and global chief safety and quality officer for Hyundai Motor Group. Latouf led the Safety Department and I functioned as his "lieutenant" in that department.

4. While Latouf was Chief Safety Officer for HMA, I worked closely with him, typically interacting with him multiple times per day. Consequently, I am generally aware of of his activities as the head of the Safety Department and was involved with or have knowledge of all significant meetings or communications involving him. Even where I was not included on an email or letter to or from Latouf, it would often be forwarded to me or I would otherwise be made aware of it.

5. Consequently, I am and was fully capable of providing competent testimony on any topic concerning the Safety Department that Latouf could also address as it relates to this matter. Stated differently, there is no subject involving the Safety Department where Latouf has unique first-hand knowledge relating to thefts of non-immobilizer equipped vehicles that I lack. Based on my experience and position in the HMA Safety Department, there is no topic or subject involving immobilizers where Latouf would be able to provide unique testimony that would not duplicate

- 1 -

testimony that I could provide.

I declare the following to be true and correct under penalty of perjury of the laws of the United States and California. Executed August 19, 2025 in Fountain Valley, California.

Cole Stutz

- 2 -