**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 151081)
KSpelman@jenner.com
Alice S. Kim (SBN 317479)
AKim@jenner.com
Madeline P. Skitzki (SBN 318233)
MSkitzki@jenner.com
Jenna L. Conwisar (SBN 341521)
JConwisar@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel.: (213) 239-5100 / Fax: (213) 239-5199

**JENNER & BLOCK LLP**
Peter J. Brennan (pro hac vice)
PBrennan@jenner.com
Michael T. Brody (pro hac vice)
MBrody@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350 / Fax: (312) 527-0484

**CALLAHAN & BLAINE, PC**
Edward Susolik (SBN 151081)
ES@callahan-law.com
John D. Van Ackeren (SBN 240739)
jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel.: (714) 241-4444 / Fax: (714) 241-4445

Attorneys for Defendants

CALLAHAN & BLAINE, PC
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | CASE NO.  8:22-ML-03052-JVS(KESx) |
| | Judge:      Hon. James V. Selna |
| This document relates to: | **DECLARATION OF JAMES M. SABOVICH IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |
| ALL SUBROGATION CASES, | Complaint Filed:   December 22, 2022 |

CALLAHAN & BLAINE, PC
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

**DECLARATION OF JAMES M. SABOVICH**

I, James M. Sabovich, declare the following to be true and correct:

1.      I am an attorney at Callahan & Blaine, PC and an attorney for Defendants in this case.  I made this declaration in support of Defendants' Motion for Protective Order ("Motion").  If called upon as a witness, I could and would testify competently to the same.

2.      In connection with the Motion, I reviewed and performed searches of the depositions of Defendants, including individual defendants and 30(b)(6) depositions, which Plaintiffs began taking in early 2025.  In this regard, I am a 24-year litigation attorney, have been closely involved with deponent issues in this matter for over eight months, am familiar with the overriding issues in this case and the safety offices of both defendants as they relate to the issues in this case.  I am also familiar with the roles and documents about Jurassic Park ("Park"), who is Chief Safety Officer of Kia America, and Brian Latouf ("Latouf"), former Chief Safety Officer of Hyundai Motor America.

3.      My goal in this review was to identify subjects or issues where either Latouf or Park might have unique first-hand, non-repetitive knowledge of the facts at issue in the case, as per Judge Selna's opinion in *Masimo Corp. v. Apple Inc.*, No. SACV2000048JVSJDEX, 2022 WL 18285003, at *2 (C.D. Cal. Nov. 16, 2022).  To accomplish this, I searched depositions for instances of Park or Latouf's name or for discussions of the safety office or issues related to it.  I sought to identify instances where the deponent was unable to answer questions that Park or Jurassic would be able to answer.  Or, stated differently, where deponent's response was in substance "you'd have to ask [Park] or [Latouf]."

4.      I was unable to identify any such instances that would support Latouf or Park having unique firsthand knowledge.  Concerning Kia America, Eric Sauk of the safety department (who functions as Park's "lieutenant" with regard to safety and regulatory compliance), was fully able to answer all questions within that area

- 1 -

DECLARATION OF JAMES M. SABOVICH

both as a 30(b)(6) witness and in his individual capacity. Scott Stewart was deposed as the safety 30(b)(6) of Hyundia Motor America and was similarly able to provide answers. Cole Stutz, who succeeded to Latouf's position, has yet to be deposed. But as set forth in his concurrently filed declaration, he will be able to provide responses.

5. Attached as Exhibit A is a true and correct copy of Plaintiffs' November 7, 2024 Notice of Depositions.

6. Attached as Exhibit B is a true and correct copy of the March 6, 2025 letter from James Sabovich to Plaintiffs' counsel.

7. Attached as Exhibit C is a true and correct copy of an April 21, 2025 email from Elliot Feldman to defense counsel and others.

8. Attached as Exhibit D is a true and correct copy of an April 22, 2025 email from James Sabovich to Plaintiffs' counsel.

9. Attached as Exhibit E is a true and correct copy of a July 2, 2025 email from Elliot Feldman to defense counsel and others.

10. Attached as Exhibit F is a true and correct copy of a May 22, 2025 email from Elliot Feldman to defense counsel and others.

11. Attached as Exhibit G is a true and correct copy of a July 25, 2025 Deposition Notice.

12. Attached as Exhibit H is a true and correct copy of an August 12, 2025 email from Ryan McDevitt to defense counsel and others.

13. Attached as Exhibit I is a true and correct copy of excerpts from the deposition of Eric Sauk.

14. Attached as Exhibit J is a true and correct copy of a June 6, 2023 letter from NHTSA.

15. Attached as Exhibit K is a true and correct copy of an Orangization Chart for Kia, introduced at the deposition of James Bell as Exhibit 2.

16. Attached as Exhibit L is a true and correct copy excerpts from the

- 2 -

DECLARATION OF JAMES M. SABOVICH

CALLAHAN & BLAINE, PC
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

deposition of John Simmons.

17.    Attached as Exhibit M is a true and correct copy of a Hyundai Newsroom document entitled Brian Latouf, President and Global Chief Safety and Quality Officer, HyundaiMotor Group.

I declare the following to be true and correct under penalty of perjury of the laws of the United States and California. Executed August 20, 2025 in Santa Ana, California.

_/s/ James M. Sabovich_
James M. Sabovich

CALLAHAN & BLAINE, PC
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 3 -
DECLARATION OF JAMES M. SABOVICH

# EXHIBIT  A

Elliott R. Feldman
Megan R. Peitzke (SBN 230375)
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
*EFeldman@cozen.com*

William J. Hoffmann
Susan M. Benson (SBN 146837)
**GROTEFELD HOFFMANN LLP**
5535 Balboa Blvd., Ste. 219
Encino, California 91316
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
*bhoffmann@ghlaw-llp.com*

Timothy E. Cary (SBN 093608)
Daniel Hogan
**LAW OFFICES OF ROBERT A. STUTMAN, P.C**.
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
*CaryT@Stutmanlaw.com*

Christine L. Forsline (SBN 333451)
Stephanie H. Ng (SBN 309389)
**BERGER KAHN, a Law Corporation**
1 Park Plaza, Suite 340
Irvine, California 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
*cforsline@bergerkahn.com*
*sng@bergerkahn.com*

Attorneys for Subrogation Insurance Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Insurance Subrogation Cases | Case No.:  8:22-ML-03052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**SUBROGATION INSURANCE PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF SEUNGKYU YOON**<br><br>Date:      April 2, 2025<br>Time:      9:30am PST<br>Location:  Cozen O'Connor Office<br>601 S. Figueroa St., Ste 3700<br>Los Angeles, CA 90017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Subrogation Insurance Plaintiffs through their attorneys, hereby

SUBROGATION INSURANCE PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF SEUNGKYU YOON

notice the deposition of SeungKyu Yoon on April 2, 2025, commencing at 9:30am PST.

The deposition will be taken before a certified court reporter authorized to administer oaths pursuant to the provisions of Rules 28, 30, and 45 of the Federal Rules of Civil Procedure and will continue day-to-day until completed.

**PLEASE TAKE FURTHER NOTICE** that Subrogation Insurance Plaintiffs intend to record the testimony of the witness by stenography and/or by audio and videotape. Subrogation Insurance Plaintiffs reserve the right to use the deposition, including the audio and/or videotape, in connection with any proceeding in this litigation, including without limitation, at the trial of this action.

If the deponent is deaf, hard of hearing, or unable to communicate in the English language, please contact Susan M. Benson or Megan Peitzke as soon as possible to advise that the deponent will need the help of an interpreter to understand and answer questions during the deposition. Subrogation Insurance Plaintiffs will retain a certified translator for such purposes.

DATED: November 7, 2024     **COZEN O'CONNOR**

By:   */s/ Megan R. Peitzke*
Elliott R. Feldman
Megan R. Peitzke

DATED: November 7, 2024     **GROTEFELD HOFFMANNN LLP**

By:   */s/ Susan M. Benson*
William J. Hoffmann
Susan M. Benson

DATED: November 7, 2024     **LAW OFFICES OF ROBERT A. STUTMAN, P.C.**

By:   */s/ Daniel Hogan*
Timothy E. Cary
Daniel Hogan

DATED: November 7, 2024

**BERGER KAHN, A Law Corporation**

By: _/s/ Christine L. Forsline_
Christine L. Forsline
Stephanie H. Ng

_Attorneys for Subrogation Insurance Plaintiffs_

SUBROGATION INSURANCE PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF SEUNGKYU YOON

# EXHIBIT  B

# CALLAHAN & BLAINE

*California's Premier Litigation Firm℠*

EDWARD SUSOLIK
MICHAEL J. SACHS
BRIAN J. MCCORMACK
JAVIER H. VAN OORDT
DAVID J. DARNELL
PETER S. BAUMAN

---

BRETT E. BITZER
JASON CASERO
RAPHAEL CUNG
JUAN J. CUETO
FRANKLIN T. DUNN
JONNY W. HORNBERGER
JOSHUA MARX
NEELAM J. MOLNAR
LAURA M. MORRIS
SCOTT D. NELSON
BRYAN C. OBERLE
DAVID PALMER
GRIGORY RCHTOUNI
JAMES R. ROUSE
JAMES M. SABOVICH
FARNAZ SALESSI
JOHN D. STANLEY
JOHN D. VAN ACKEREN
SHARON T. YUEN
PATRICK ZAKHARY
CALVIN ZHOU

**OF COUNSEL**
COLDREN LAW OFFICES
KEVIN GALLAGHER

**RETIRED PARTNERS**
DANIEL J. CALLAHAN
STEPHEN E. BLAINE

**FIRM ADMINISTRATOR**
SHANTEL PRASAD

**OUR FILE NUMBER:**
4797-0002



March 6, 2025

**VIA EMAIL**

Elliott R. Feldman
Megan R. Peitzke
Lezlie Madden
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Email: efeldman@cozen.com;
mpeitzke@cozen.com;
lmadden@cozen.com

William J. Hoffmann
Susan M. Benson
Adam M. Romney
GROTEFELD HOFFMANN LLP
407 South Third Street, Suite 200
Geneva, IL 60134
Email: bhoffmann@ghlaw-llp.com;
sbenson@ghlaw-llp.com;
aromney@ghlaw-llp.com

Daniel Hogan
STUTMAN LAW
500 Office Center Drive, Suite 301
Fort Washington, PA 19034
Email: hogand@stutmanlaw.com

Christine L. Forsline
BERGER KAHN, A Law Corporation
25910 Acero, Suite 242
Mission Viejo, CA 92691
Email: cforsline@bergerkahn.com

> **Re:** **In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation; Insurance Subrogation Cases**
> **Meet and Confer**

Dear Counsel:

We write as counsel for Defendants in the above-referenced matter with regard to the executive depositions. Specifically, Plaintiffs unilaterally set the following C Suite depositions: (1) José Muñoz, COO of HMC, on April 1, 2025; (2) Seungkyu (Sean) Yoon, CEO of KA, on April 2, 2025; and (3) Euisun Chung, Executive Chairman of HMC, on April 3, 2025. These are collectively the "Apex Depositions" and were noticed before any deposition in the subrogation cases was taken. As confirmed by Plaintiffs in the March 5, 2025 meet and confer and follow-up emails, these depositions are not going forward on the dates noticed and Plaintiffs have removed the apex deponents from their first 10 individual deponents.

It is apparent that the Plaintiffs' noticing of the Apex Depositions is for harassment, not discovery. That is not uncommon, and as such, the taking of apex depositions requires a significant showing that Plaintiffs cannot possibly make. Federal case law has recognized that "[w]hen a party seeks the deposition of a high-level executive (a so-called 'apex' deposition), courts have 'observed that such discovery creates a tremendous potential for abuse or harassment.'" *Apple Inc. v. Samsung Elecs. Co., Ltd*, 282 F.R.D. 259, 263 (N.D. Cal. 2012) *quoting Celerity, Inc. v. Ultra Clean Holding, Inc.*, C 05–4374MMC(JL), 2007 WL 205067, at *3 (N.D.Cal. Jan. 25, 2007). Ninth Circuit law in this regard is well developed, and the parties have the advantage of a very recent decision from Judge Selna in this regard. *See Masimo Corp. v. Apple Inc.*, No.

CALLAHAN & BLAINE www.callahan-law.com

*California's Premier Litigation Firm*[SM]

March 6, 2025
Page 2

SACV2000048JVSJDEX, 2022 WL 18285003, at *2 (C.D. Cal. Nov. 16, 2022)
("*Masimo*").

It is apparent from that case that the Court will require a substantial showing from Plaintiffs, which they cannot possibly meet. The general rule, which the Court quoted, is that "to curtail such abuse" from an apex deposition, "[i]n determining whether to allow an apex deposition, courts consider (1) whether the deponent has unique first-hand, non-repetitive knowledge of the facts at issue in the case and (2) whether the party seeking the deposition has exhausted other less intrusive discovery methods." *Id.* at 2 quoting *Apple Inc. v. Samsung Elecs. Co.*, 282 F.R.D. 259, 263 (N.D. Cal. 2012) and *Alves v. Riverside Cnty.*, No. 5:19-CV-02083-JGB-SHK, 2021 WL 3598728, at *4 (C.D. Cal. Apr. 9, 2021).

The Court then required the party that noticed the deposition to demonstrate those factors for each topic and required a high degree of specificity. It is only where Masimo was able to tie the CEO to the topic in a unique way and rule out other sources of the information that the topic was allowed. *Id.* at *3 (discussing email between Cook and another witness demonstrating a conversation conveying "unique first-hand and non-repetitive knowledge" and other witnesses had "stated that he could not remember [redacted]" so "Cook appears to be the only other potential source of such information about this conversation."); *see also id.* ("Cook appears to be the only other potential source of health-related strategies with which he was personally involved and which relate to the alleged trade secrets in this case.").

Here, there is no doubt that the COO, CEO, and executive chairman are sufficiently high ranking to qualify as apex deponents. And they simply do not have "unique first-hand, non-repetitive knowledge of the facts at issue in the case." While the complaint is 805 pages and contains 4,079 paragraphs, Dkt. 300, ¶ 3, the core is that "Kia and Hyundai branded vehicles . . . are defective because the cars lack engine immobilizer technology, which prevents them from being started unless a code is transmitted from a unique smart key. The vehicles at issue include 2011-2022 Kia vehicles and 2015-2022 Hyundai vehicles that were equipped with traditional 'insert-and-turn' steel key ignition systems." *In re Kia Hyundai Vehicle Theft Litigation*, (U.S. Jud. Pan. Mult. Lit. 2022) 648 F.Supp.3d 1374, 1375. As the subrogation Plaintiffs must know, the apex deponents have no unique knowledge relevant to this issue as none had any direct and unique involvement with it. Further, Defendants have produced 30(b)(6) witnesses pursuant to Plaintiffs' deposition notices who do. In any event, Plaintiffs have not completed other discovery or depositions so they cannot possibly establish that they have "exhausted other less intrusive discovery methods." *Masimo* at 2.

Given the foregoing, there is no good faith basis for depositions at this point or likely ever.

CALLAHAN & BLAINE www.callahan-law.com

*California's Premier Litigation Firm<sup>SM</sup>*

March 6, 2025
Page 3

      Please let us know your availability to meet and confer on these issues prior to March 11, 2025.

                Best regards,

                CALLAHAN & BLAINE

                James M. Sabovich

# EXHIBIT  C

**James M. Sabovich**

---

**From:** Rementer, Carole <CRementer@cozen.com>
**Sent:** Monday, April 21, 2025 6:30 AM
**To:** JConwisar@jenner.com; pbrennan@jenner.com; EDWARD SUSOLIK <ES@callahan-law.com>
**Cc:** Feldman, Elliott R. <EFeldman@cozen.com>; Ryan McDevitt <rmcdevitt@KellerRorback.com>; Susan Benson <SBenson@ghlaw-llp.com>; stevemadison@quinnemanuel.com; cforsline@bergerkahn.com; MAT[smuncey@bergerkahn.com] <smuncey@bergerkahn.com>; Michael Scola <mscola@ghlaw-llp.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; aromney@ghlaw-llp.com; Jonathan Tofilon <JTofilon@ghlaw-llp.com>; sng@bergerkahn.com; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com; MAT[caryt@stutmanlaw.com] <caryt@stutmanlaw.com>; waylandd@stutmanlaw.com; KleinmanH@stutmanlaw.com; ctolson@gnhllp.com; MAT[AJang@janglit.com] <AJang@janglit.com>; syee@janglit.com; ftse@janglit.com; tbrown@greerherz.com; admelton@greerherz.com; jfulcher@greerherz.com; rschuster@mwl-law.com; Timothy G. Blood <tblood@bholaw.com>; TOReardon@bholaw.com; akirsch@mwl-law.com; cpogorzelski@mwl-law.com; Grace Zamudio <GZamudio@ghlaw-llp.com>; klevine@delucalevine.com; MConnolly@delucalevine.com; oth[jdonovan@sloanewalsh.com] <jdonovan@sloanewalsh.com>; Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Skitzki, Madeline P. <MSkitzki@jenner.com>; Spelman, Kate T. <KSpelman@jenner.com>; justingriffin@quinnemanuel.com; Delaney Gold-Diamond <delaneygolddiamond@quinnemanuel.com>; Garcia, Kevin O. <KGarcia@jenner.com>; John D. Van Ackeren <Jvanackeren@callahan-law.com>; James M. Sabovich <jsabovich@callahan-law.com>; Hirata, Julia K. <JHirata@jenner.com>; Yvonne Jimenez <yjimenez@callahan-law.com>; Monique Kingsbury <mkingsbury@callahan-law.com>; Melanie Guzman <melanieguzman@quinnemanuel.com>; Madden, Lezlie <LMadden@cozen.com>; Peitzke, Megan <MPeitzke@cozen.com>
**Subject:** RE: Hyundai & Kia Theft MDL; Our Matter #: 00565883

**THIS EMAIL IS BEING SENT ON BEHALF OF ELLIOTT R. FELDMAN OF COZEN O'CONNOR**

Dear All:

Please see the attached draft joint proposal for subrogation bellwether protocol and case management order on behalf of the subrogation plaintiffs. We continue to review this internally and may have additional edits. Please provide us with your proposed two subrogation bellwether claims. We have identified one of our two selections but would be interested in learning of your proposed two, since we may be able to agree on the selection of that claim. Please also provide your inserts to us as soon as possible so we can file this no later than 2:00 PM Pacific today in compliance with the court's order. I don't think there's any need for a conference this morning but if you disagree, please let us know.

Based upon your agreement to produce Simmons and Sauck for the next two depositions, we will be scheduling the depositions of the following witnesses for the next four available slots on May 13, 15, 27 and 29:

Neal Moen;
Cole Stutz;
Steve Hirashiki;
Thai Vu.

We will advise you of other witnesses to be deposed in timely fashion. It is our intention to depose a number of witnesses whom you contend are shielded by the so-called apex doctrine, including Brian Latouf, Jose Munoz, and Jurassic Park. We likely also will seek to depose Seung Kyu Yoon. We are agreeable to having a meet and confer regarding those depositions before determining whether a motion to compel will be required. We also

1

will be reviewing the transcripts for the depositions conducted last week and likely will be identifying additional witnesses based upon witness testimony and exhibits. We also will be deposing a number of third-party witnesses for whom subpoenas will be issued. If you are objecting to our scheduling a second round of at least 10 additional depositions, please advise so we can promptly seek guidance from Judge Andler.

I previously requested the last known home and business address for Ali Shahabi, for which there was no reply. Please do so at this time. Please also advise whether Scott Margason is a current or former employee of HMA. If the latter, please provide his last known home and business address.

Thanks for your prompt attention.

Very truly yours,

Cozen O'Connor

Elliott R. Feldman



**Elliott R. Feldman**
**Co-Chair, Subrogation and Recovery Department**
**Cozen O'Connor**
One Liberty Place **|** 1650 Market Street, Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-2071  C: 610-504-4323   F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

# EXHIBIT  D

| **From:** | James Sabovich |
|---|---|
| **To:** | Dawn Conrad; Feldman, Elliott R. |
| **Cc:** | EDWARD SUSOLIK; John D. Van Ackeren; Yvonne Jimenez; Monique Kingsbury; Debora Halbert; Feldman, Elliott R.; Peitzke, Megan; Madden, Lezlie; Bill Hoffman; Susan Benson; aromney@ghlaw-llp.com; MAT[hogand@stutmanlaw.com]; cforsline@bergerkahn.com; Gretchen Freeman Cappio; Ryan McDevitt; Garrett Heilman |
| **Subject:** | Re: RE: In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation; Insurance Subrogation Cases (Our File No. 4797-02) |
| **Date:** | Tuesday, April 22, 2025 10:08:03 AM |

Counsel -

I understand that plaintiffs are now attempting to proceed with the apex depositions. Given this, can you please provide a substantive response to our March 6, 2025 letter and let us know when you would be available for meet and confer on this issue? In particular, we need to know if (1) plaintiffs are claiming that these witnesses have unique first-hand, non-repetitive knowledge of facts at issue in the case that plaintiffs cannot obtain from other sources, and (2) if so, what is the basis for that claim for each of the apex witnesses.

Regards

Jim

---

**From:** "Rementer, Carole" <CRementer@cozen.com>
**Date:** 03/10/2025 at 10:58 am
**To:** "Dawn Conrad" <dconrad@callahan-law.com>,"James M. Sabovich" <jsabovich@callahan-law.com>
**Cc:** "EDWARD SUSOLIK" <ES@callahan-law.com>,"John D. Van Ackeren" <Jvanackeren@callahan-law.com>,"Yvonne Jimenez" <yjimenez@callahan-law.com>,"Monique Kingsbury" <mkingsbury@callahan-law.com>,"Debora Halbert" <Dhalbert@callahan-law.com>,"Feldman, Elliott R." <EFeldman@cozen.com>,"Peitzke, Megan" <MPeitzke@cozen.com>,"Madden, Lezlie" <LMadden@cozen.com>,"Bill Hoffman" <bhoffmann@ghlaw-llp.com>,"sbenson@ghlaw-llp.com" <sbenson@ghlaw-llp.com>,"aromney@ghlaw-llp.com" <aromney@ghlaw-llp.com>,"MAT[hogand@stutmanlaw.com]" <hogand@stutmanlaw.com>,"cforsline@bergerkahn.com" <cforsline@bergerkahn.com>,"Gretchen Freeman Cappio" <gcappio@kellerrohrback.com>,"Ryan McDevitt" <rmcdevitt@KellerRohrback.com>,"Garrett Heilman" <gheilman@kellerrohrback.com>
**Subject:** RE: In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation; Insurance Subrogation Cases (Our File No. 4797-02)

**THIS EMAIL IS BEING SENT ON BEHALF OF ELLIOTT R. FELDMAN OF COZEN O'CONNOR**

Dear James:


Thanks for your letter of March 6.  As you know, I have proposed that all counsel meet and confer on March 12 to work out the deposition schedule, pursuant to Judge Selna's instructions.  I think the logical order is to schedule the first 20 depositions, 10 per side, then reach agreement on the next set of depositions.  Since the first 10 witnesses on our list do not involve Apex type witnesses, I think it is premature to meet and confer on the issues that you raise.  Once we reach agreement on the next 10 or 15 depositions per side, then presumably each side will give the other a list of those witnesses and if any Apex type witnesses are included, we then will decide if we need to meet and confer about it or address these issues in more efficient fashion.


Very truly yours,


Cozen O'Connor


Elliott R. Feldman



**Elliott R. Feldman**
**Co-Chair, Subrogation and Recovery Department**
**Cozen O'Connor**
One Liberty Place | 1650 Market Street, Suite 2800 | Philadelphia, PA 19103
P: 215-665-2071  C: 610-504-4323  F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Dawn Conrad <dconrad@callahan-law.com>
**Sent:** Thursday, March 6, 2025 3:20 PM
**To:** Feldman, Elliott R. <EFeldman@cozen.com>; Peitzke, Megan <MPeitzke@cozen.com>; Madden, Lezlie <LMadden@cozen.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com; aromney@ghlaw-llp.com; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; cforsline@bergerkahn.com
**Cc:** EDWARD SUSOLIK <ES@callahan-law.com>; John D. Van Ackeren <Jvanackeren@callahan-law.com>; James M. Sabovich <jsabovich@callahan-law.com>; Yvonne Jimenez <yjimenez@callahan-law.com>; Monique Kingsbury <mkingsbury@callahan-law.com>; Debora Halbert <Dhalbert@callahan-law.com>
**Subject:** In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation; Insurance Subrogation Cases (Our File No. 4797-02)

**EXTERNAL SENDER**

Good afternoon,

Please see the attached letter of this date from James Sabovich.  Should you have any
questions or difficulty opening the attachment, please contact our office at your earliest
convenience.

Thank you.

*Dawn Conrad*

*CALLAHAN & BLAINE, PC*

*3 Hutton Centre Drive, Ninth Floor*

*Santa Ana, CA 92707*

*Tel: (714) 241-4444, Ext. 428*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use
by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that
any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly
prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by
**Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more
useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out
more Click Here.

**Notice: This communication, including attachments, may contain information that is
confidential and protected by the attorney/client or other privileges. It constitutes non-
public information intended to be conveyed only to the designated recipient(s). If the reader
or recipient of this communication is not the intended recipient, an employee or agent of the
intended recipient who is responsible for delivering it to the intended recipient, or you
believe that you have received this communication in error, please notify the sender
immediately by return e-mail and promptly delete this e-mail, including attachments without
reading or saving them in any manner. The unauthorized use, dissemination, distribution, or
reproduction of this e-mail, including attachments, is prohibited and may be unlawful.
Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client
or other privilege.**

# EXHIBIT  E

**James M. Sabovich**

---

**From:** Feldman, Elliott R. <EFeldman@cozen.com>
**Sent:** Wednesday, July 2, 2025 3:20 PM
**To:** EDWARD SUSOLIK <es@callahan-law.com>; Brennan, Peter J. <PBrennan@jenner.com>; Steve Madison <stevemadison@quinnemanuel.com>; Conwisar, Jenna L. <JConwisar@jenner.com>; Skitzki, Madeline P. <MSkitzki@jenner.com>
**Cc:** Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com; Peitzke, Megan <MPeitzke@cozen.com>; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; Stephanie Ng <sng@bergerkahn.com>; Gretchen Freeman Cappio Esq. (gcappio@KellerRohrback.com) <gcappio@KellerRohrback.com>; Ryan McDevitt <rmcdevitt@kellerrohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>
**Subject:** Hyundai & Kia Theft MDL; Our Matter #: 00565883

External Email - **Do Not Click** Links or Attachments Unless You Know They Are Safe

**THIS EMAIL IS BEING SENT ON BEHALF OF ELLIOTT R. FELDMAN OF COZEN O'CONNOR**

Dear All:

Per our discussion on Friday, we have withdrawn the notices of deposition for Rivera and Hirashiki.  Defendants have declined to substitute any other witnesses in their place.  We are looking at the week of July 21 to schedule additional depositions. We are requesting that we conduct three depositions that week on July 22, July 23, and July 24.

We also are proposing that we reserve the following preliminary dates for depositions of defense witnesses which will be noticed.  Almost certainly, additional dates will be required which we can discuss.  It is possible that some of these witnesses will allow us to schedule two depositions in a single day: July 22, July 23, July 24, August 5, August 6, August 21, August 22, September 3, September 4, September 5, September 16, September 17, September 18, September 30, October 1, October 2, October 7, October 8, October 9, October 14, and October 15.

For our next round of depositions, we are identifying the following witnesses. To be clear, please rely upon this list in lieu of previous emails to avoid any confusion on your part regarding the next round of depositions. Some are third-party witnesses so please advise if you are able to present them or whether we will need to subpoena them.  If you contend that any of these witnesses are so-called apex witnesses, please identify them.

**KA Deponents**

1. Ralph Tjoa
2. Ji Hoon (Lucas) Han
3. SeungKyu (Sean) Yoon
4. Jurassic Park

1

**HMA Deponents**

1. Ed Rhodes
2. CK Kim
3. Randy Parker
4. Brian Latouf

Third Parties:
1. Chahe Apelian
2. Chadd Price
3. Stephanie Beeman
4. Orlanda Delarosa

Thanks for your prompt attention.

Very truly yours,

Cozen O'Connor

Elliott R. Feldman



**Elliott R. Feldman**
**Co-Chair, Subrogation and Recovery Department**
**Cozen O'Connor**
One Liberty Place **|** 1650 Market Street, Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-2071  C: 610-504-4323   F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*


*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

# EXHIBIT  F

| From: | Rementer, Carole |
|---|---|
| To: | JConwisar@jenner.com; pbrennan@jenner.com; EDWARD SUSOLIK |
| Cc: | Feldman, Elliott R.; Ryan McDevitt; Susan Benson; KDent@ghlaw-llp.com; stevemadison@quinnemanuel.com; cforsline@bergerkahn.com; MAT[smuncey@bergerkahn.com]; arivero@bergerkahn.com; Michael Scola; Bill Hoffman; aromney@ghlaw-llp.com; Jonathan Tofilon; sng@bergerkahn.com; MAT[hogand@stutmanlaw.com]; paolinit@stutmanlaw.com; MAT[caryt@stutmanlaw.com]; waylandd@stutmanlaw.com; KleinmanH@stutmanlaw.com; ctolson@gnhllp.com; MAT[AJang@janglit.com]; syee@janglit.com; ftse@janglit.com; tbrown@greerherz.com; admelton@greerherz.com; jfulcher@greerherz.com; rschuster@mwl-law.com; Timothy G. Blood; TOReardon@bholaw.com; akirsch@mwl-law.com; cpogorzelski@mwl-law.com; Grace Zamudio; klevine@delucalevine.com; MConnolly@delucalevine.com; oth[jdonovan@sloanewalsh.com]; Gretchen Freeman Cappio; Garrett Heilman; Skitzki, Madeline P.; Spelman, Kate T.; justingriffin@quinnemanuel.com; Delaney Gold-Diamond; Garcia, Kevin O.; John D. Van Ackeren; James M. Sabovich; Hirata, Julia K.; Yvonne Jimenez; Monique Kingsbury; Melanie Guzman; Madden, Lezlie; Peitzke, Megan |
| Subject: | FW: Hyundai & Kia Theft MDL; Our Matter #: 00565883 |
| Date: | Friday, May 2, 2025 1:21:17 PM |

## THIS EMAIL IS BEING SENT ON BEHALF OF ELLIOTT R. FELDMAN OF COZEN O'CONNOR

Dear All:

Following up on the below, the next two defense witnesses whom we will be deposing are Ed Rhodes and Omar Rivera on June 10 and June 12, after the four witnesses identified in my below email of April 21.

I also wanted to comment on the schedule for the 30(b)(6) underwriting depositions of the subrogation plaintiffs. During our last meeting, I told you that I felt we likely could go forward on May 6 and 8 with the first two companies. You rejected that proposal and instead insisted that you did not want to take the first underwriting deposition until May 22. Accordingly, here is a list of May/June deposition dates (July's deposition dates will be sent separately) for the following Underwriting 30(b)(6) Subrogation Plaintiffs:

| | |
|---|---|
| 5/22 | Zurich |
| 6/3 | American National Property & Casualty |
| 6/5 | Travelers |
| 6/17 | 21st Century Centennial Insurance Company (tentative) |
| 6/19 | American Mercury Insurance Company |
| 6/24 | State Farm Mutual Automobile Insurance Company |

Finally, with respect to the so-called Apex witnesses, please advise if the defendants will be listing any of these individuals as witnesses to testify at trial.

Very truly yours,

Cozen O'Connor

Elliott R. Feldman



**Elliott R. Feldman**
**Co-Chair, Subrogation and Recovery Department**
**Cozen O'Connor**
One Liberty Place | 1650 Market Street, Suite 2800 | Philadelphia, PA 19103
P: 215-665-2071  C: 610-504-4323  F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Rementer, Carole

**Sent:** Monday, April 21, 2025 9:30 AM
**To:** JConwisar@jenner.com; pbrennan@jenner.com; es@callahan-law.com
**Cc:** Feldman, Elliott R. <EFeldman@cozen.com>; Ryan McDevitt <rmcdevitt@KellerRohrback.com>; Susan Benson <SBenson@ghlaw-llp.com>; stevemadison@quinnemanuel.com; cforsline@bergerkahn.com; MAT[smuncey@bergerkahn.com] <smuncey@bergerkahn.com>; Michael Scola <mscola@ghlaw-llp.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; aromney@ghlaw-llp.com; Jonathan Tofilon <JTofilon@ghlaw-llp.com>; sng@bergerkahn.com; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com; MAT[caryt@stutmanlaw.com] <caryt@stutmanlaw.com>; waylandd@stutmanlaw.com; KleinmanH@stutmanlaw.com; ctolson@gnhllp.com; MAT[AJang@janglit.com] <AJang@janglit.com>; syee@janglit.com; ftse@janglit.com; tbrown@greerherz.com; admelton@greerherz.com; jfulcher@greerherz.com; rschuster@mwl-law.com; Timothy G. Blood <tblood@bholaw.com>; TOReardon@bholaw.com; akirsch@mwl-law.com; cpogorzelski@mwl-law.com; Grace Zamudio <GZamudio@ghlaw-llp.com>; klevine@delucalevine.com; MConnolly@delucalevine.com; oth[jdonovan@sloanewalsh.com] <jdonovan@sloanewalsh.com>; Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Skitzki, Madeline P. <MSkitzki@jenner.com>; Spelman, Kate T. <KSpelman@jenner.com>; justingriffin@quinnemanuel.com; Delaney Gold-Diamond <delaneygolddiamond@quinnemanuel.com>; Garcia, Kevin O. <KGarcia@jenner.com>; John D. Van Ackeren <Jvanackeren@callahan-law.com>; James M. Sabovich <jsabovich@callahan-law.com>; Hirata, Julia K. <JHirata@jenner.com>; Yvonne Jimenez <yjimenez@callahan-law.com>; Monique Kingsbury <mkingsbury@callahan-law.com>; Melanie Guzman <melanieguzman@quinnemanuel.com>; Madden, Lezlie <LMadden@cozen.com>; Peitzke, Megan <MPeitzke@cozen.com>
**Subject:** RE: Hyundai & Kia Theft MDL; Our Matter #: 00565883

**THIS EMAIL IS BEING SENT ON BEHALF OF ELLIOTT R. FELDMAN OF COZEN O'CONNOR**

Dear All:

Please see the attached draft joint proposal for subrogation bellwether protocol and case management order on behalf of the subrogation plaintiffs. We continue to review this internally and may have additional edits. Please provide us with your proposed two subrogation bellwether claims. We have identified one of our two selections but would be interested in learning of your proposed two, since we may be able to agree on the selection of that claim. Please also provide your inserts to us as soon as possible so we can file this no later than 2:00 PM Pacific today in compliance with the court's order. I don't think there's any need for a conference this morning but if you disagree, please let us know.

Based upon your agreement to produce Simmons and Sauck for the next two depositions, we will be scheduling the depositions of the following witnesses for the next four available slots on May 13, 15, 27 and 29:

Neal Moen;
Cole Stutz;
Steve Hirashiki;
Thai Vu.

We will advise you of other witnesses to be deposed in timely fashion. It is our intention to depose a number of witnesses whom you contend are shielded by the so-called apex doctrine, including Brian Latouf, Jose Munoz, and Jurassic Park. We likely also will seek to

depose Seung Kyu Yoon. We are agreeable to having a meet and confer regarding those depositions before determining whether a motion to compel will be required. We also will be reviewing the transcripts for the depositions conducted last week and likely will be identifying additional witnesses based upon witness testimony and exhibits. We also will be deposing a number of third-party witnesses for whom subpoenas will be issued. If you are objecting to our scheduling a second round of at least 10 additional depositions, please advise so we can promptly seek guidance from Judge Andler.

I previously requested the last known home and business address for Ali Shahabi, for which there was no reply. Please do so at this time. Please also advise whether Scott Margason is a current or former employee of HMA. If the latter, please provide his last known home and business address.

Thanks for your prompt attention.

Very truly yours,

Cozen O'Connor

Elliott R. Feldman



**Elliott R. Feldman**
**Co-Chair, Subrogation and Recovery Department**
**Cozen O'Connor**
One Liberty Place **|** 1650 Market Street, Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-2071  C: 610-504-4323   F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

# EXHIBIT  G

\

ELLIOTT R. FELDMAN
MEGAN PEITZKE (SBN 230375)
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
*EFeldman@cozen.com*

WILLIAM J. HOFFMANN
ADAM M. ROMNEY (SBN 261974)
SUSAN M. BENSON (SBN 146837)
**GROTEFELD HOFFMANN LLP**
15303 Ventura Blvd., Bldg. C, Ste. 1505
Sherman Oaks, CA 91403
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
*BHOFFMANN@GHLAW-LLP.COM*

TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
391 N. Main St, Suite 108
Corona, CA 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
*CaryT@Stutmanlaw.com*

CHRISTINE FORSLINE (SBN 333451)
STEPHANIE NG (SBN 309389)
**BERGER KAHN, A Law Corporation**
25910 Acero, Suite 242
Mission Viejo, CA 92691
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
*cforsline@bergerkahn.com*

*Attorneys for Subrogation Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No.:  8:22-ML-03052-JVS-(KESx)

The Honorable James V. Selna

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF COLE STUTZ**

This document relates to:

Insurance Subrogation Cases

Governmental Entity Cases

Date:        September 12, 2025
Time:       9:30am PST
Location:  Callahan & Blaine Office
                3 Hutton Centre Drive
                Ninth Floor
                Santa Ana, CA 92707

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Subrogation Insurance Plaintiffs and Governmental Entity ("GE")

Plaintiffs through their attorneys, will take the deposition upon oral examination of Cole Stutz on September 12, 2025, commencing at 9:30am PST, in person at the location specified above and remotely via Zoom.

The deposition will be taken before a certified court reporter authorized to administer oaths pursuant to the provisions of Rules 28, 30, and 45 of the Federal Rules of Civil Procedure and will continue day-to-day until completed.

**PLEASE TAKE FURTHER NOTICE** that Subrogation Insurance Plaintiffs and GE Plaintiffs intend to record the testimony of the witness by stenography and/or by audio and video. Subrogation Insurance Plaintiffs and GE Plaintiffs reserve the right to use the deposition, including the audio and/or videotape, in connection with any proceeding in this litigation, including without limitation, at the trial of this action. Counsel for the Subrogation Insurance Plaintiffs and GE Plaintiffs may also attend the deposition remotely via Zoom.

If the deponent is deaf, hard of hearing, or unable to communicate in the English language, please contact Susan M. Benson or Megan Peitzke as soon as possible to advise that the deponent will need the help of an interpreter to understand and answer questions during the deposition. Subrogation Plaintiffs will retain a certified interpreter for such purposes if required.

DATED: July 25, 2025

**COZEN O'CONNOR**

By:    */s/ Megan R. Peitzke*
Elliott R. Feldman
Megan R. Peitzke

DATED: July 25, 2025

**GROTEFELD HOFFMANN LLP**

By:    */s/ Susan M. Benson*
William J. Hoffmann
Susan M. Benson

DATED: July 25, 2025

**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**

By:   */s/ Daniel Hogan*
Timothy E. Cary
Daniel Hogan


DATED: July 25, 2025

**BERGER KAHN, A Law Corporation**

By:   */s/ Christine L. Forsline*
Christine L. Forsline
Stephanie Ng
*Attorneys for Subrogation Insurance Plaintiffs*


DATED: July 25, 2025

**KELLER ROHRBACK, L.L.P.**

By:   */s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio

*Chair of the Governmental Entities Committee*

ELLIOTT R. FELDMAN
MEGAN PEITZKE (SBN 230375)
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
*EFeldman@cozen.com*

WILLIAM J. HOFFMANN
ADAM M. ROMNEY (SBN 261974)
SUSAN M. BENSON (SBN 146837)
**GROTEFELD HOFFMANN LLP**
15303 Ventura Blvd., Bldg. C, Ste. 1505
Sherman Oaks, CA 91403
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
*bhoffmann@ghlaw-llp.com*

TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
W. DIANE WAYLAND (SBN 197802)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
391 N. Main Street, Suite 108
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
*CaryT@Stutmanlaw.com*

CHRISTINE FORSLINE (SBN 333451)
STEPHANIE NG (SBN 309389)
**BERGER KAHN, A Law Corporation**
25910 Acero, Suite 242
Mission Viejo, CA 92691
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
*cforsline@bergerkahn.com*

*Attorneys for Subrogation Insurance Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 8:22-ml-03052-JVS-KES |
| | The Honorable James V. Selna |
| This document relates to: | **CERTIFICATE OF SERVICE** |
| ALL SUBROGATION CASES | |

# CERTIFICATE OF SERVICE

U.S.D.C. for the Central District of California

*Case No. 22-ml-03052-JVS-(KESx)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the action. My business address is 401 Wilshire Blvd., Suite 850, Santa Monica, CA 90401.

On July 25, 2025, I caused to be served the following document(s):

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF CHAHE APELIAN**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF CHADD PRICE**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF STEPHANIE BEEMAN**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF ED RHODES**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF MICHAEL WILDE**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF JOHN SOUTH**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF RALPH TJOA**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF JI HOON HAN**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF COLE STUTZ**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF JURASSIC PARK**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF BRIAN LATOUF**

**SUBROGATION PLAINTIFFS' AND GOVERNMENTAL ENTITIES PLAINTIFFS' JOINT NOTICE OF TAKING DEPOSITION OF ROLANDO DELAROSA**

on the interested parties in the action at the following addresses as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

**[X] BY EMAIL:** I transmitted the foregoing documents by electronic mail to the party(s) identified on the attached service list by using the electronic mail as indicated. My electronic service address is daynasmith@cozen.com.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 25, 2025, at Santa Monica, California.

_____
Dayna Smith

## SERVICE LIST

### DEFENSE COUNSEL

Michael T. Brody
Peter J. Brennan
**Jenner and Block LLP**
One IBM Plaza
353 North Clark Street
Chicago, IL 60654-3456
312-222-9350
Email: mbrody@jenner.com
      pbrennan@jenner.com

Edward Susolik
John D Van Ackeren
James M. Sabovich
**Callahan & Blaine**
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
(714) 241-4444
E-Mail: es@callahan-law.com
      jvanackeren@callahan-law.com
      jsabovich@callahan-law.com
Assistant cc: Debora Halbert
      Dhalbert@callahan-law.com
      Monique Kingsbury
      mkingsbury@callahan-law.com

Jenna L. Conwisar
Kate Spelman
Madeline Paige Skitzki
James Donnelly
**Jenner and Block LLP**
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
213-239-5100
Email: jconwisar@jenner.com
      kspelman@jenner.com
      mskitzki@jenner.com
      JDonnelly@jenner.com

Shon Morgan
Alice Cobb
Lauren Dickie
Jane B. Fitzpatrick
Justin C. Griffin
Cristina A. Henriquez
Steve G. Madison
Scott Evan Schlafer
**Quinn Emanuel Urquhart and Sullivan LLP**
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Email: shonmorgan@quinnemanuel.com
      aliciacobb@quinnemanuel.com
      laurendickie@quinnemanuel.com
      janefitzpatrick@quinnemanuel.com
      justingriffin@quinnemanuel.com
      cristinahenriquez@quinnemanuel.com
      stevemadison@quinnemanuel.com
      scottschlafer@quinnemanuel.com

cc:

mdl3052-qeservice@quinnemanuel.com

**<u>SUBRO PLAINTIFFS COUNSEL</u>**

**Grotefeld Hoffmann**

William J. Hoffmann
Adam M. Romney
Jonathan J. Tofilon
Michael J. Scola
Susan M. Benson
Grace Zamudio
bhoffmann@ghlaw-llp.com
ARomney@ghlaw-llp.com
JTofilon@ghlaw-llp.com
mscola@ghlaw-llp.com
SBenson@ghlaw-llp.com
GZamudio@ghlaw-llp.com

**Berger Khan**

Christy Forsline
Stephanie Ng
Adriana Rivero
cforsline@bergerkahn.com
sng@bergerkahn.com
arivero@bergerkahn.com

**Greer, Herz & Adams, LLP**

Joseph A.C. Fulcher
Amy Melton
JFulcher@greerherz.com
admelton@greerherz.com
tbrown@greerherz.com

**Blood Hurst & O'Reardon, LLP**

Timothy G. Blood
Thomas J. O'Reardon II
TBlood@bholaw.com
TOReardon@bholaw.com

**De Luca / Levine**

Kenneth T. Levine
Matthew Connolly

klevine@delucalevine.com
MConnolly@delucalevine.com

**Stutman Law**

Timothy E. Cary
Daniel Hogan
Hal J. Kleinman
Thomas Paolini
W. Diane Wayland
caryt@stutmanlaw.com
HoganD@StutmanLaw.com
KleinmanH@stutmanlaw.com
paolinit@stutmanlaw.com
waylandd@stutmanlaw.com

**Jang & Associates LLP**

Alan J. Jang
Stephanie A. Yee
Frank M. Tse
AJang@janglit.com
syee@janglit.com
ftse@janglit.com

**Matthiesen, Wickert & Lehrer, S.C**

Ashton T. Kirsch
Richard A. Schuster
Crystal D. Pogorzelski
rschuster@mwl-law.com
akirsch@mwl-law.com
cpogorzelski@mwl-law.com

**Goodman, Neuman, Hamilton, LLP**

Catharine Tolson
ctolson@gnhllp.com

**Sloane and Walsh, LLP**

John A. Donovan III
jdonovan@sloanewalsh.com

**CERTIFICATE OF SERVICE**

**GE PLAINTIFFS COUNSEL**

**Keller Rohrback**
Gretchen Freeman Cappio
Ryan McDevitt
Garrett Heilman
Patrick Marriott
1201 Third Avenue, Suite 3400
Seattle, WA 98101
gcappio@KellerRohrback.com
rmcdevitt@KellerRohrback.com
gheilman@kellerrohrback.com
pmarriott@kellerrohrback.com

# EXHIBIT  H

| | |
|---|---|
| **From:** | Ryan McDevitt |
| **To:** | Melanie Guzman; Feldman, Elliott R.; EDWARD SUSOLIK; Madeline P. Skitzki |
| **Cc:** | Gretchen Freeman Cappio; Garrett Heilman; Kylie Fisher; Bill Hoffman; sbenson@ghlaw-llp.com; MAT[hogand@stutmanlaw.com]; paolinit@stutmanlaw.com; aromney@ghlaw-llp.com; GZamudio@ghlaw-llp.com; Peitzke, Megan; sng@bergerkahn.com; hherb@bergerkahn.com; Kate T. Spelman; Madeline P. Skitzki; Jenna L. Conwisar; Brennan, Peter J.; Garcia, Kevin O.; John D. Van Ackeren; EDWARD SUSOLIK; Monique Kingsbury; MDL3052-QEService; Dori Tesser; Matt Bush; Shantel Chapple Knowlton; John Feeney-Coyle |
| **Subject:** | Re: In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions |
| **Date:** | Tuesday, August 12, 2025 11:59:23 AM |

**[EXTERNAL EMAIL from rmcdevitt@kellerrohrback.com]**



Ed, Madeline, et al.: following up on yesterday's conference, and specifically Madeline's question about which apex assertions are currently at issue: reserving all rights, at this stage Plaintiffs will proceed only with the previously noticed depositions of Park and Latouf. When can we expect your motion for protective order and proposed briefing schedule?

Thanks,

Ryan McDevitt
Keller Rohrback L.L.P.

---

**From:** Ryan McDevitt <rmcdevitt@KellerRohrback.com>
**Sent:** Sunday, August 10, 2025 11:10 AM
**To:** Melanie Guzman <melanieguzman@quinnemanuel.com>; Feldman, Elliott R. <EFeldman@cozen.com>
**Cc:** Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Kylie Fisher <kfisher@kellerrohrback.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com <sbenson@ghlaw-llp.com>; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com <paolinit@stutmanlaw.com>; aromney@ghlaw-llp.com <aromney@ghlaw-llp.com>; GZamudio@ghlaw-llp.com <GZamudio@ghlaw-llp.com>; Peitzke, Megan <MPeitzke@cozen.com>; sng@bergerkahn.com <sng@bergerkahn.com>; hherb@bergerkahn.com <hherb@bergerkahn.com>; Kate T. Spelman <KSpelman@jenner.com>; Madeline P. Skitzki <MSkitzki@jenner.com>; Jenna L. Conwisar <JConwisar@jenner.com>; Brennan, Peter J. <pbrennan@jenner.com>; Garcia, Kevin O. <KGarcia@jenner.com>; jvanackeren@callahan-law.com <jvanackeren@callahan-law.com>; es@callahan-law.com <es@callahan-law.com>; Monique Kingsbury <mkingsbury@callahan-law.com>; MDL3052-QEService <mdl3052-qeservice@quinnemanuel.com>; Dori Tesser <dtesser@ntrial.com>; Matt Bush <mbush@ntrial.com>; Shantel Chapple Knowlton <schappleknowlton@edelson.com>; John Feeney-Coyle <jfeeneycoyle@edelson.com>
**Subject:** Re: In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions

Ok thanks Melanie, we'll look forward to discussing tomorrow.

Ryan McDevitt
Keller Rohrback LLP

---

**From:** Melanie Guzman <melanieguzman@quinnemanuel.com>
**Sent:** Sunday, August 10, 2025 11:07:32 AM
**To:** Ryan McDevitt <rmcdevitt@KellerRohrback.com>; Feldman, Elliott R. <EFeldman@cozen.com>
**Cc:** Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Kylie Fisher <kfisher@kellerrohrback.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com <sbenson@ghlaw-llp.com>; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com <paolinit@stutmanlaw.com>; aromney@ghlaw-llp.com <aromney@ghlaw-llp.com>; GZamudio@ghlaw-llp.com <GZamudio@ghlaw-llp.com>; Peitzke, Megan <MPeitzke@cozen.com>; sng@bergerkahn.com <sng@bergerkahn.com>; hherb@bergerkahn.com <hherb@bergerkahn.com>; Kate T. Spelman <KSpelman@jenner.com>; Madeline P. Skitzki <MSkitzki@jenner.com>; Jenna L. Conwisar <JConwisar@jenner.com>;

Brennan, Peter J. <pbrennan@jenner.com>; Garcia, Kevin O. <KGarcia@jenner.com>; jvanackeren@callahan-law.com <jvanackeren@callahan-law.com>; es@callahan-law.com <es@callahan-law.com>; Monique Kingsbury <mkingsbury@callahan-law.com>; MDL3052-QEService <mdl3052-qeservice@quinnemanuel.com>; Dori Tesser <dtesser@ntrial.com>; Matt Bush <mbush@ntrial.com>; Shantel Chapple Knowlton <schappleknowlton@edelson.com>; John Feeney-Coyle <jfeeneycoyle@edelson.com>
**Subject:** RE: In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions

Ryan,

As you know, we have a number of law firms and clients with whom to coordinate, and we've been doing our best to do so since we met last Tuesday. We are conferring internally and will have an answer to you tomorrow afternoon as to whether we will maintain our Apex assertions for any of the witnesses we discussed last week.

Best,

**Melanie Guzman**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

700 Louisiana Street, Suite 3900
Houston, Texas 77002-2841
713-221-7025 Direct
713-221-7000 Main Office Number
832-577-7860 Mobile
melanieguzman@quinnemanuel.com
www.quinnemanuel.com

---

**From:** Ryan McDevitt <rmcdevitt@KellerRohrback.com>
**Sent:** Friday, August 8, 2025 6:26 PM
**To:** Melanie Guzman <melanieguzman@quinnemanuel.com>; Feldman, Elliott R. <EFeldman@cozen.com>
**Cc:** Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Kylie Fisher <kfisher@kellerrohrback.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com; aromney@ghlaw-llp.com; GZamudio@ghlaw-llp.com; Peitzke, Megan <MPeitzke@cozen.com>; sng@bergerkahn.com; hherb@bergerkahn.com; Kate T. Spelman <KSpelman@jenner.com>; Madeline P. Skitzki <MSkitzki@jenner.com>; Jenna L. Conwisar <JConwisar@jenner.com>; Brennan, Peter J. <pbrennan@jenner.com>; Garcia, Kevin O. <KGarcia@jenner.com>; jvanackeren@callahan-law.com; es@callahan-law.com; Monique Kingsbury <mkingsbury@callahan-law.com>; MDL3052-QEService <mdl3052-qeservice@quinnemanuel.com>; Dori Tesser <dtesser@ntrial.com>; Matt Bush <mbush@ntrial.com>; Shantel Chapple Knowlton <schappleknowlton@edelson.com>; John Feeney-Coyle <jfeeneycoyle@edelson.com>
**Subject:** Re: In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions

**[EXTERNAL EMAIL from rmcdevitt@kellerrohrback.com]**

---

Just following up on this—in advance of the call Monday afternoon, it would be helpful if Defendants could provide whatever proposal they intend to make to resolve the apex witness dispute, so that counsel for subrogation and GE Plaintiffs can be ready to discuss it with you productively. Wishing all a pleasant weekend.

Ryan

---

**From:** Ryan McDevitt <rmcdevitt@KellerRohrback.com>
**Sent:** Tuesday, August 5, 2025 10:14 AM
**To:** Melanie Guzman <melanieguzman@quinnemanuel.com>; Feldman, Elliott R.

<EFeldman@cozen.com>

**Cc:** Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Kylie Fisher <kfisher@kellerrohrback.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com <sbenson@ghlaw-llp.com>; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com <paolinit@stutmanlaw.com>; aromney@ghlaw-llp.com <aromney@ghlaw-llp.com>; GZamudio@ghlaw-llp.com <GZamudio@ghlaw-llp.com>; Peitzke, Megan <MPeitzke@cozen.com>; sng@bergerkahn.com <sng@bergerkahn.com>; hherb@bergerkahn.com <hherb@bergerkahn.com>; Kate T. Spelman <KSpelman@jenner.com>; Madeline P. Skitzki <MSkitzki@jenner.com>; Jenna L. Conwisar <JConwisar@jenner.com>; Brennan, Peter J. <pbrennan@jenner.com>; Garcia, Kevin O. <KGarcia@jenner.com>; jvanackeren@callahan-law.com <jvanackeren@callahan-law.com>; es@callahan-law.com <es@callahan-law.com>; Monique Kingsbury <mkingsbury@callahan-law.com>; MDL3052-QEService <mdl3052-qeservice@quinnemanuel.com>; Dori Tesser <dtesser@ntrial.com>; Matt Bush <mbush@ntrial.com>; Shantel Chapple Knowlton <schappleknowlton@edelson.com>; John Feeney-Coyle <jfeeneycoyle@edelson.com>

**Subject:** Re: In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions

Thanks, Melanie. We appreciate the productive discussion as well. Understanding that everyone is still reserving their positions and their rights, it would be helpful if defendants could flesh out the proposal they floated today in advance of the Monday call--specifically, could you identify which two of the four witnesses at issue Defendants would agree to present for deposition in exchange for plaintiffs agreeing not to seek to depose the other two (who, I presume, Defendants would in turn agree not to call at trial)? Or, if I have misunderstood the idea, please correct me.

Thanks,

Ryan McDevitt
Keller Rohrback L.L.P.

---

**From:** Melanie Guzman <melanieguzman@quinnemanuel.com>
**Sent:** Tuesday, August 5, 2025 10:02 AM
**To:** Feldman, Elliott R. <EFeldman@cozen.com>
**Cc:** Ryan McDevitt <rmcdevitt@KellerRohrback.com>; Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Kylie Fisher <kfisher@kellerrohrback.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com <sbenson@ghlaw-llp.com>; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com <paolinit@stutmanlaw.com>; aromney@ghlaw-llp.com <aromney@ghlaw-llp.com>; GZamudio@ghlaw-llp.com <GZamudio@ghlaw-llp.com>; Peitzke, Megan <MPeitzke@cozen.com>; sng@bergerkahn.com <sng@bergerkahn.com>; hherb@bergerkahn.com <hherb@bergerkahn.com>; Kate T. Spelman <KSpelman@jenner.com>; Madeline P. Skitzki <MSkitzki@jenner.com>; Jenna L. Conwisar <JConwisar@jenner.com>; Brennan, Peter J. <pbrennan@jenner.com>; Garcia, Kevin O. <KGarcia@jenner.com>; jvanackeren@callahan-law.com <jvanackeren@callahan-law.com>; es@callahan-law.com <es@callahan-law.com>; Monique Kingsbury <mkingsbury@callahan-law.com>; MDL3052-QEService <mdl3052-qeservice@quinnemanuel.com>; Dori Tesser <dtesser@ntrial.com>; Matt Bush <mbush@ntrial.com>; Shantel Chapple Knowlton <schappleknowlton@edelson.com>; John Feeney-Coyle <jfeeneycoyle@edelson.com>
**Subject:** RE: In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions

Counsel, thank you to those who remained on the meet and confer for what was ultimately a

productive discussion. The link to Monday's follow-up meet and confer at 1 pm PT is below. I will circulate a calendar invite shortly.

Join Zoom Meeting
https://quinnemanuel.zoom.us/j/3652811193?omn=87386660561

Meeting ID: 365 281 1193
One tap mobile
+13462487799,,3652811193# US (Houston)
+16692192599,,3652811193# US (San Jose)

Best,

**Melanie Guzman**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

700 Louisiana Street, Suite 3900
Houston, Texas 77002-2841
713-221-7025 Direct
713-221-7000 Main Office Number
832-577-7860 Mobile
melanieguzman@quinnemanuel.com
www.quinnemanuel.com

---

**From:** Rementer, Carole <CRementer@cozen.com>
**Sent:** Friday, August 1, 2025 1:44 PM
**To:** Melanie Guzman <melanieguzman@quinnemanuel.com>
**Cc:** Feldman, Elliott R. <EFeldman@cozen.com>; Ryan McDevitt <rmcdevitt@KellerRohrback.com>; Feldman, Elliott R. <EFeldman@cozen.com>; Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Kylie Fisher <kfisher@kellerrohrback.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com; aromney@ghlaw-llp.com; GZamudio@ghlaw-llp.com; Peitzke, Megan <MPeitzke@cozen.com>; sng@bergerkahn.com; hherb@bergerkahn.com; Kate T. Spelman <KSpelman@jenner.com>; Madeline P. Skitzki <MSkitzki@jenner.com>; Jenna L. Conwisar <JConwisar@jenner.com>; Brennan, Peter J. <pbrennan@jenner.com>; Garcia, Kevin O. <KGarcia@jenner.com>; jvanackeren@callahan-law.com; es@callahan-law.com; Monique Kingsbury <mkingsbury@callahan-law.com>; MDL3052-QEService <mdl3052-qeservice@quinnemanuel.com>; Dori Tesser <dtesser@ntrial.com>; Matt Bush <mbush@ntrial.com>; Shantel Chapple Knowlton <schappleknowlton@edelson.com>; John Feeney-Coyle <jfeeneycoyle@edelson.com>
**Subject:** RE: In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions

[EXTERNAL EMAIL from crementer@cozen.com]

---

**THIS EMAIL IS BEING SENT ON BEHALF OF ELLIOTT R. FELDMAN OF COZEN O'CONNOR**

Dear Melanie et al.:

Thanks for your below email.  It seems that the bottom line is that you have confirmed merely one additional deposition, that of John South, for August 20.  This leaves eight additional witnesses identified in my email of July 2 whose depositions need to be confirmed for the dates noticed.  This includes those individuals for which you are claiming so-called apex status.  Your other assumptions stated below regarding witnesses who may or may not be deposed are incorrect.  We need defense counsel to confirm these dates at this time.  Again, if a day or two adjustment in the schedule is required, we will do our best to work with you to accomplish this.

Referencing Ed's email sent after yours regarding a meet and confer for apex issues, I agree with Ed that Tuesday, August 5, will work.  I believe that deposition is scheduled to start at 10:00 AM Pacific, and therefore suggest that the apex M&C should take place at 9:00 AM, PST. To start it after the deposition has concluded likely would be too late for folks on the East Coast. Absent objection, I will send a 30 minute meeting request to you and everyone copied on your below email.

Very truly yours,

Cozen O'Connor

Elliott R. Feldman

**Elliott R. Feldman**
**Co-Chair, Subrogation and Recovery Department**
**Cozen O'Connor**
One Liberty Place **|** 1650 Market Street, Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-2071  C: 610-504-4323  F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Melanie Guzman <melanieguzman@quinnemanuel.com>
**Sent:** Friday, August 1, 2025 12:05 PM
**To:** Ryan McDevitt <rmcdevitt@KellerRohrback.com>; Feldman, Elliott R. <EFeldman@cozen.com>; Gretchen Freeman Cappio <gcappio@KellerRohrback.com>; Garrett Heilman <gheilman@kellerrohrback.com>; Kylie Fisher <kfisher@kellerrohrback.com>; Bill Hoffman <bhoffmann@ghlaw-llp.com>; sbenson@ghlaw-llp.com; MAT[hogand@stutmanlaw.com] <hogand@stutmanlaw.com>; paolinit@stutmanlaw.com; aromney@ghlaw-llp.com; GZamudio@ghlaw-llp.com; Peitzke, Megan <MPeitzke@cozen.com>; sng@bergerkahn.com; hherb@bergerkahn.com; Kate T. Spelman <KSpelman@jenner.com>; Madeline P. Skitzki <MSkitzki@jenner.com>; Jenna L. Conwisar <JConwisar@jenner.com>; Brennan, Peter J. <pbrennan@jenner.com>; Garcia, Kevin O. <KGarcia@jenner.com>; jvanackeren@callahan-law.com; es@callahan-law.com; Monique Kingsbury <mkingsbury@callahan-law.com>; MDL3052-QEService <mdl3052-qeservice@quinnemanuel.com>; Dori Tesser <dtesser@ntrial.com>; Matt Bush <mbush@ntrial.com>; Shantel Chapple Knowlton <schappleknowlton@edelson.com>; John Feeney-Coyle <jfeeneycoyle@edelson.com>
**Subject:** In re Kia Hyundai Vehicle Theft Litigation: HMA/KA Depositions

**\*\*EXTERNAL SENDER\*\***

Counsel,

Following up on the meet and confer yesterday, we write to clarify the status of depositions for HMA/KA witnesses identified by Plaintiffs in their July 2 deponent list and/or in the deposition notices served on July 25.  We hope this clarifies some of the misunderstandings that were expressed by Mr. Feldman during the meet and confer, and we look forward to continuing to work cooperatively with Plaintiffs to schedule mutually agreed-upon deposition dates for all party witnesses.

**Witnesses Identified in Plaintiffs' July 2 List (Plaintiffs' 10th iteration of their deponent list)**

1. Ralph Tjoa:  On July 14, we confirmed that we could produce Mr. Tjoa the week of August 4.  On July 18, we confirmed he was available on August 6.  On July 25, Plaintiffs served a deposition notice for Mr. Tjoa on this agreed-upon date.
2. Ji Hoon (Lucas) Han:  July 2 was the first time Mr. Han had ever appeared on one of Plaintiffs' deponent lists. We have been working to confirm Mr. Han's availability despite a busy summer schedule.  On July 25, Plaintiffs served a deposition notice for Mr. Han with a unilaterally selected date of September 16.  We will confirm

whether Mr. Han is available on that date by next week, and if not, provide new dates.

3. <u>SeungKyu (Sean) Yoon</u>:  As we informed Plaintiffs on July 14, Mr. Yoon is an Apex witness.  Since he did not appear on Plaintiffs' July 25 deponent list, we assume that Plaintiffs will not be noticing his deposition.  Please inform us if that understanding is incorrect.

4. <u>Jurassic Park</u>:  As we informed Plaintiffs on July 14, Mr. Park is an Apex witness.  Plaintiffs nonetheless served a deposition notice for Mr. Park on July 25, with a unilaterally selected date of September 10.  By next week, we will inform you whether we would be willing not to call him at trial if, and only if, Plaintiffs agree not to depose him. The Callahan team will be in touch to discuss by next week.

5. <u>Ed Rhodes</u>:  As we informed Plaintiffs on July 14, we were prepared to produce Mr. Rhodes on July 22.  Plaintiffs served a deposition notice for Mr. Rhodes on this agreed-upon date. As you are aware, Mr. Rhodes was violently ill the night before his deposition was to take place, which forced us to postpone his deposition.  On July 23, we asked Subrogation Plaintiffs whether they would be available to reschedule the deposition on August 4, and counsel for Subrogation Plaintiffs confirmed the next day.  On July 25, Plaintiffs served a deposition notice for Mr. Rhodes on this agreed-upon date.

6. <u>CK Kim</u>:  On July 14, we informed Plaintiffs that Mr. Kim no longer works at HMA nor resides in the United States, and thus, we would not produce him for deposition.  He then did not appear on Plaintiffs' July 25 deponent list so we assume that Plaintiffs will not be seeking his deposition. Please inform us if that understanding is incorrect.

7. <u>Randy Parker</u>:  As we informed Plaintiffs on July 14, Mr. Parker is an Apex witness.  Since he did not appear on Plaintiffs' July 25 deponent list, we assume that Plaintiffs will not be noticing his deposition. Please inform us if that understanding is incorrect.

8. <u>Brian Latouf</u>:  As we informed Plaintiffs on July 14, Mr. Latouf is an Apex witness.  Plaintiffs nonetheless served a deposition notice for Mr. Latouf on July 25, with a unilaterally selected date of September 11.  By next week, we will inform you whether we would be willing not to call him at trial if, and only if, Plaintiffs agree not to depose him.  The Callahan team will be in touch to discuss by next week.

**Witnesses Identified in Plaintiffs' July 25 Notices (Plaintiffs' 11th iteration of their deponent list)**

1. <u>Ralph Tjoa</u>:  see above

2. <u>John South</u>:  As you are aware, Mr. South is a former employee of KA, and July 25 was the first time Mr. South had ever appeared on one of Plaintiffs' deponent lists.  On July 25, Plaintiffs served a deposition notice for Mr. South with a unilaterally selected date of August 20.  Despite the short notice, we can now confirm that we are able to produce Mr. South for deposition and that he will be available on August 20 as noticed.

3. <u>Jurassic Park</u>:  see above

4. <u>Ji Hoon Han</u>:  see above

5. <u>Michael Wilde</u>:  Mr. Wilde did not appear on Plaintiffs' July 2 deponent list, even though he had appeared on many of the myriad lists Plaintiffs previously provided.  Thus, we assumed that Plaintiffs would no longer be noticing his deposition.  Plaintiffs nonetheless served a deposition notice for Mr. Wilde on July 25, with a unilaterally selected date of September 17.  We will confirm whether Mr. Wilde is available on that date by next week, and if not, provide new dates.

6. <u>Ed Rhodes</u>:  see above

7. <u>Brian Latouf</u>: see above

8. <u>Cole Stutz</u>:  Mr. Stutz did not appear on Plaintiffs' July 2 deponent list, even though he had appeared on many of the myriad lists Plaintiffs previously provided.  Thus, we assumed that Plaintiffs would no longer be noticing his deposition.  Plaintiffs nonetheless served a deposition notice for Mr. Stutz on July 25, with a unilaterally selected date of September 12.  We will confirm whether Mr. Stutz is available on that date by next week, and if not, provide new dates.

Best,

**Melanie Guzman**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

700 Louisiana Street, Suite 3900
Houston, Texas 77002-2841
713-221-7025 Direct
713-221-7000 Main Office Number
832-577-7860 Mobile
melanieguzman@quinnemanuel.com
www.quinnemanuel.com

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

# EXHIBIT  I

CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re:  KIA HYUNDAI VEHICLE          )

THEFT MARKETING, SALES,              ) Case No.

PRACTICES, AND PRODUCTS LIABILITY ) 8:22-ML-03052-

LITIGATION                          ) JVS-KES

_____)

This document relates to:           )

Insurance Subrogation Cases         ) Pages 1-270

Governmental Entity Cases           )

_____)


C O N F I D E N T I A L

* * * * *


VIDEOTAPED DEPOSITION OF:

ERIC SAUCK

THURSDAY, MAY 1, 2025

9:51 A.M.


Reported by:  LINDA NICKERSON

CSR No. 8746

Page 1

CONFIDENTIAL

Videotaped deposition of ERIC SAUCK, the witness, taken on behalf of the Subrogation Insurance Plaintiffs, on THURSDAY, MAY 1, 2025, 9:51 a.m., at 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California, before LINDA NICKERSON, CSR No. 8746, pursuant to NOTICE.

APPEARANCES OF COUNSEL:

FOR SUBROGATION INSURANCE PLAINTIFFS:

    COZEN O'CONNOR

    BY:  MEGAN R. PEITZKE, ESQ.

        ELLIOTT R. FELDMAN, ESQ. (Via Zoom)

    One Liberty Place

    1650 Market Street, Suite 2800

    Philadelphia, Pennsylvania  19103

    (215) 665-2071

    efeldman@cozen.com

                        -and-

    GROTEFELD HOFFMANN, LLP

    BY:  WILLIAM J. HOFFMANN, ESQ. (Via Zoom)

    5535 Balboa Boulevard, Suite 219

    Encino, California  91316

    (747) 233-1750

    bhoffmann@ghlaw-llp.com

Page 2

CONFIDENTIAL

APPEARANCES OF COUNSEL (Continued):


FOR SUBROGATION INSURANCE PLAINTIFFS:

        BERGER KAHN

        BY:  ADRIANA RIVERO, ESQ. (Via Zoom)

        25910 Acero, Suite 242

        Mission Viejo, California  92691

        (949) 474-1880

        arivero@bergerkahn.com


FOR GOVERNMENTAL ENTITY PLAINTIFFS:

        KELLER ROHRBACK, LLP

        BY:   ELIZABETH TARBELL, ESQ. (Via Zoom)

              KYLIE FISHER, ESQ. (Via Zoom)

              GARRETT HEILMAN, ESQ. (Via Zoom)

        1201 Third Avenue, Suite 3400

        Seattle, Washington  98101

        (206) 623-1900

        gheilman@kellerrohrback.com

///

///

///

Page 3

CONFIDENTIAL

APPEARANCES OF COUNSEL (Continued):


FOR DEFENDANTS:

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP

BY:   STEVE G. MADISON, ESQ.

865 South Figueroa Street, Tenth Floor

Los Angeles, California  90017

(213) 443-3000

stevemadison@quinnemanuel.com

                         -and-

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP

BY:   MELANIE GUZMAN, ESQ.

700 Louisville Street, Suite 3900

Houston, Texas  77002

(713) 221-7025

melanieguzman@quinnemanuel.com

                         -and-

JENNER & BLOCK, LLP

BY:  JENNA CONWISAR, ESQ. (Via Zoom)

515 South Flower Street, Suite 3300

Los Angeles, California  90071-2246

(213) 239-5100

jconwisar@jenner.com

Page 4

CONFIDENTIAL

APPEARANCES (Continued):


ALSO PRESENT:

RICHARD HOLM

VINCENT MAZZA (Videographer)

Page 5

CONFIDENTIAL

MR. MADISON:  Anyone else?                    09:53:43

THE REPORTER:  Jenna Conwisar.

MR. MADISON:  Pardon?

THE REPORTER:  Jenna Conwisar.

MR. MADISON:  Okay.  Well, let me start       09:53:44
then on our side.  I'm Steve Madison from Quinn       09:53:45
Emanuel.  I'm here with my colleague, Melanie         09:53:48
Guzman, and we represent HMA and KA, the defendants,  09:53:51
and the witness, Mr. Sauck.                           09:53:55

And I believe we'll have one or more client      09:53:58
representatives including Richard Holm, corporate     09:54:01
counsel for Kia America joining us today.             09:54:06

MR. HOLM:  Yes.  Richard Holm for Kia         09:54:11
America, Incorporated.                                09:54:14

MS. CONWISAR:  And this is Jenna Conwisar     09:54:17
for defendants and the witness on the subrogation    09:54:19
track.                                                09:54:22

THE VIDEOGRAPHER:  Will the court reporter    09:54:24
please introduce yourself and administer the oath to 09:54:25
the witness, and then counsel may proceed.            09:54:28

THE REPORTER:  Hi.  My name is Linda
Nickerson, CSR No. 8746.  We are now on the record,
and I will swear the witness.

Page 16

CONFIDENTIAL

ERIC SAUCK,

having been first duly sworn, was

examined and testified as follows:


EXAMINATION

BY MR. FELDMAN:

Q   Good morning.  Would you state your full    09:54:48
name, please.    09:54:51

A   Yes, I am Eric Kutram Sauck.    09:54:52

Q   By whom are you employed?    09:54:54

A   Kia America.    09:54:56

Q   What's your job title?    09:54:56

A   I'm director for safety evaluation and    09:54:58
regulatory compliance.    09:55:01

Q   Great.  And how long have you held that    09:55:02
position, Mr. Sauck?    09:55:05

A   Since January of 2024.    09:55:06

Q   Do you have any previous work experience    09:55:12
overseeing safety evaluation and regulatory    09:55:17
compliance for auto manufacturers?    09:55:22

A   My prior title was national manager for    09:55:27
safety evaluation and analysis and assessment.  So    09:55:30
that position I held for several years at Kia.    09:55:35

Q   At Kia.  If I refer to Kia America, Inc.,    09:55:41
as KA, is that okay with you?    09:55:44

Page 17

A    That's fine, yes.                                  09:55:46

Q    So that was national manager for safety       09:55:47
evaluation, Mr. Sauck?                                  09:55:50

A    Safety evaluation and assessment.             09:55:52

Q    And assessment.  How many years did you       09:55:54
have that position?                                     09:55:56

A    That was from October or November 2020        09:55:57
until December 2023.                                    09:56:03

Q    Before October 2020, what was your job?       09:56:06

A    Before October 2020, I was technical          09:56:10
analysis manager at KA.                                 09:56:17

Q    What were your responsibilities in that       09:56:20
position?                                               09:56:25

A    I evaluated the performance of Kia vehicles   09:56:25
in the field.                                           09:56:30

Q    Including safety issues?                       09:56:31

A    Yes.                                           09:56:34

Q    And including regulatory compliance issues?   09:56:34

A    To some degree.  Just to clarify, safety      09:56:38
issues has a specific meaning that -- where we          09:56:44
follow NHTSA's definition.                              09:56:53

        THE REPORTER:  Where we what?

        THE WITNESS:  Where we follow NHTSA's
definition.

BY MR. FELDMAN:

Page 18

Q    What was your -- I'm sorry.  Go ahead.    09:56:56

A    N-H-T-S-A.    09:56:57

Q    What was your position before technical    09:56:59
analysis?    09:57:01

A    Before technical analysis manager, I was    09:57:02
senior technical analysis engineer.    09:57:06

Q    When did you hold that position?  From when    09:57:08
to when?    09:57:12

A    Now you're testing my memory, but sometime    09:57:13
in the mid-2010s through about 2019 or so.    09:57:17

Q    So is it fair to say you've been involved    09:57:28
in safety evaluation and regulatory compliance for    09:57:32
over ten years?    09:57:38

A    Yes, that's accurate.    09:57:39

Q    When did you first go to work for KA?    09:57:43

A    That was in 2010, July of 2010.    09:57:46

Q    Did you work for any auto companies before    09:57:52
then?    09:57:55

A    Yes, I did.    09:57:55

Q    Who did you work for and what were your    09:57:57
jobs?    09:57:59

A    I worked for several.  The most recent of    09:58:00
which was Toyota Technical Center, and I was in a    09:58:03
co-op role in California regulation support.    09:58:09

Q    Are you an engineer by education?    09:58:16

Page 19

CONFIDENTIAL

A    Yes, I am.                                          09:58:20

Q    And what -- what's your degree in, please?        09:58:21

A    It's in mechanical -- sorry -- it's a             09:58:25
bachelor of science in mechanical engineering.          09:58:29

Q    Any graduate work?                                09:58:31

A    Some graduate-level coursework, but I did         09:58:36
not obtain a master's degree or higher-level degree.    09:58:41

Q    Are you a professional engineer?                  09:58:46

A    No.                                               09:58:49

Q    Do you use your engineering education in          09:58:49
your current position for KA?                           09:58:53

A    Yes.                                              09:58:54

Q    What -- how do you describe your current          09:58:55
job as director of safety evaluation and regulatory     09:58:58
compliance?  What are your responsibilities?            09:59:02

       MR. MADISON:  Objection; compound.              09:59:05

       THE WITNESS:  So can you repeat the             09:59:06
question, please?                                       09:59:09

       MR. FELDMAN:  Can you read it back.             09:59:10

       (The record was read as follows:

       "Q   How do you describe your                   09:58:57

       current job as director of safety              09:58:58

       evaluation and regulatory                       09:59:00

       compliance?  What are your                      09:59:02

       responsibilities?")                             09:59:03

                                                        Page 20

THE WITNESS:  So my current job is                    09:59:22

responsible for the identification and investigation  09:59:24

of potential safety issues affecting Kia vehicles in  09:59:28

the field.                                            09:59:32

BY MR. FELDMAN:

    Q    Is prevention of car thefts a safety issue?   09:59:35

    A    No, it's not.                                 09:59:38

    Q    Is anti-theft equipment safety equipment?     09:59:40

    A    There's some equipment that is required        09:59:42

under FMVSS and by a separate area of the Code of     09:59:49

Federal Regulations.  So based on it being an FMVSS,  09:59:54

some of those components may be deemed safety         10:00:01

components.                                           10:00:05

    Q    Which components?                             10:00:05

    A    So those are the components required to        10:00:07

pass FMVSS 114.  So that's the brake transmission     10:00:10

shift interlock.  The -- some ignition switch         10:00:14

features as well, as well as the key itself           10:00:21

requiring at least a thousand key code combinations.  10:00:25

    Q    Right.  Are immobilizers safety equipment?    10:00:28

        MR. MADISON:  Objection; vague.  Excuse me.   10:00:33

        MS. CONWISAR:  I'll state for the record      10:00:35

that the subrogation track joins in all objections    10:00:37

made by the GE track today.                           10:00:40

        THE WITNESS:  So immobilizers are not         10:00:45

Page 21

CONFIDENTIAL

safety.                                                          10:00:50

BY MR. FELDMAN:

     Q    Do you have Exhibit 24 in front of you,              10:00:52

Mr. Sauck?                                                      10:00:54

          THE REPORTER:  It's at the very back.               10:00:57

          (The document referred to was marked by the

Reporter as Sauck Exhibit 24 for identification and

is attached hereto.)

BY MR. FELDMAN:

     Q    And page 1 of Exhibit 24 references a 2022           10:01:06

model-year NX4.                                                10:01:10

          Do you know what that is?                            10:01:12

          MR. MADISON:  Excuse me, Mr. Feldman.                10:01:13

Exhibit 24 looks to be a two-page screenshot of a              10:01:15

document.  There are no Bates numbers on the                   10:01:20

exhibit, and it's obviously incomplete.                        10:01:23

          Can you describe the source of this                  10:01:28

document so we can look at the entire document,                10:01:31

please?                                                        10:01:34

          MR. FELDMAN:  It's part of Simmons 3.                10:01:35

          MR. MADISON:  Pardon?                                10:01:37

          MR. FELDMAN:  It's part of Simmons --                10:01:38

Simmons Exhibit 3.                                             10:01:40

          MR. MADISON:  Part of Simmons Exhibit 3.             10:01:41

Do we have the Simmons exhibits here?  So I need               10:01:43

Page 22

CONFIDENTIAL

to --

MR. FELDMAN:  They're on the Veritext
system.  I don't want to waste time.  My question
for the witness is --

MR. MADISON:  Well, if you don't want to
waste time, you should use the complete --

MR. FELDMAN:  I'm entitled to ask him a
question about the exhibit.

Q    Do you know what model year --

(Simultaneous speaking.)

MR. MADISON:  Excuse me, sir.  I'm
interposing an objection, Mr. Feldman.

MR. FELDMAN:  You can object.  That's fine
to object.

MR. MADISON:  You cannot examine a witness
on a screenshot of part of a document.  You need --
under the doctrine of completeness, you need the
entire document.  So let me have a moment.

If you want to examine him about Simmons
Exhibit 3, you have those and you could use that.
But I'm going to have to pull it up before I'm going
to let you examine a witness about it.

MR. FELDMAN:  Okay.  Then why don't you
pull it up.

BY MR. FELDMAN:

Page 23

CONFIDENTIAL

BY MR. FELDMAN:

Q    Your answer, sir?                                    11:15:16

A    I think the --                                       11:15:17

MR. MADISON:  Excuse me.  The question is                11:15:21
where in the letter did they say that.  How can he       11:15:23
describe that to you, sir, without having a letter?      11:15:27
BY MR. FELDMAN:

Q    Your answer?                                        11:15:30

A    So I'd have to have the letter in front of          11:15:31
me to show you where in that letter it's described.      11:15:34

Q    You brought it up, not me.  So what did you         11:15:38
mean when you just said that the letter says -- from     11:15:40
NHTSA says that an immobilizer is not a piece of         11:15:43
safety equipment?  That was your testimony, not my       11:15:45
question.  What did you mean by that?                    11:15:48

A    Well, in the letter, they state that -- and         11:15:50
this is my paraphrasing of it, but the immobilizer       11:15:53
is not required to meet FMVSS and that there's no        11:15:57
unreasonable safety risk for this matter.                11:16:02

Q    Does that mean to you that an immobilizer           11:16:07
is not a piece of safety equipment; is that how          11:16:10
you're interpreting that letter?                         11:16:16

A    So I interpret the word "safety" to be the          11:16:18
definition that NHTSA uses, and if NHTSA's letter        11:16:26
says that there's no safety issue, no FMVSS              11:16:31

Page 70

noncompliance due to lack of immobilizer, then I'm 11:16:34

interpreting that as confirmation of that not being 11:16:38

a piece of safety equipment. 11:16:44

Q   What's NHTSA's definition of safety? 11:16:45

A   Again, I'll paraphrase it, but it's -- it's 11:16:47

any -- well, NHTSA describes safety as providing 11:16:56

reasonable protection from defects that -- that 11:17:10

would create an unreasonable risk of accident or 11:17:16

unreasonable risk of injury in an accident.  So it's 11:17:21

kind of a circular definition, but that's roughly 11:17:25

what NHTSA's definition is. 11:17:31

Q   You embrace that definition in your job 11:17:32

with KA, right? 11:17:36

A   I embrace NHTSA's definition, yes. 11:17:36

Q   Do you keep that definition in mind when 11:17:40

you're evaluating whether Kia vehicles are safe or 11:17:45

unsafe? 11:17:48

MR. MADISON:  Objection; vague.  Object to 11:17:50

the form. 11:17:53

THE WITNESS:  So that -- that's -- that 11:17:54

definition is always used by the safety office when 11:17:58

we collectively evaluate potential safety issues. 11:18:03

Q   Thank you.  Do you know Greg Silvestri? 11:18:06

A   I do, yes. 11:18:14

Q   He works for Kia? 11:18:14

Page 71

CONFIDENTIAL

A    I might have at the time.  I don't remember    02:10:33
if I did.    02:10:37

Q    Do you know whether it was higher than    02:10:38
17 percent?    02:10:41

A    I don't remember.    02:10:43

Q    Can I ask you to turn to Exhibit 3, please.    02:10:47

A    Yes.    02:10:51

(The document referred to was marked by the
Reporter as Sauck Exhibit 3 for identification and
is attached hereto.)

BY MR. FELDMAN:    02:11:02

Q    Page 1 is -- again, this is an e-mail chain    02:11:02
and the top e-mail is from Jurassic Park to Melissa    02:11:07
Dole, a whole bunch of people are copied, including    02:11:15
you, dated January 17, 2023 for which the subject is    02:11:18
vehicle theft, colon, Kia's plan to address,    02:11:23
correct?    02:11:28

A    Yes.    02:11:29

Q    And what is Mr. Park's title again?    02:11:32

A    He's a vice president and chief safety    02:11:37
officer of Kia North America Safety Office.    02:11:40

Q    Is he your boss or your boss's boss?    02:11:43

A    At that time, he was my boss's boss.  At    02:11:46
this time, he's my boss.    02:11:49

Q    Thank you.    02:11:51

Page 158

CONFIDENTIAL

we had.  I'm not sure if other models were affected        02:21:30

and other makes would not be part of my purview.           02:21:33

        Q    Was there something unique about Rios as       02:21:36

distinguished from other Kias to your knowledge?           02:21:39

        A    Again, I don't know the technical reason       02:21:42

for that error.                                            02:21:44

        Q    Can I ask you to turn to Exhibit 6, please.    02:21:45

        A    Okay.                                         02:22:02

        (The document referred to was marked by the

Reporter as Sauck Exhibit 6 for identification and

is attached hereto.)

BY MR. FELDMAN:                                            02:22:03

        Q    All right.  Again, an e-mail chain, the top    02:22:03

one is from Jurassic Park dated November 29, 2023 to       02:22:06

many people, including you, for which this subject         02:22:11

is Kia anti-theft complete rate update and update re       02:22:14

Kia upgrade events, correct?                              02:22:21

        A    Yes.                                          02:22:23

        Q    In the below e-mail from Mr. Park to          02:22:26

Mr. Kivett, he has various numbers and percentages.        02:22:31

        Aside from reading what's there, do you            02:22:36

have any independent information regarding the --          02:22:39

the completion rate for these various upgrades?           02:22:44

        A    During what timeframe?  What timeframe are     02:22:53

you referencing?                                          02:22:56

Page 166

CONFIDENTIAL

BY MR. FELDMAN:                                          02:26:36

    Q    Your answer, Mr. Sauck?                         02:26:36

    A    I don't know what format the report is          02:26:37

submitted or if there is a report in your definition    02:26:41

of report.                                              02:26:45

    Q    Thank you.  Can I ask you to turn to           02:26:46

Exhibit 7, please.                                      02:26:49

    A    Yes.  Thank you.                               02:26:55

        (The document referred to was marked by the

Reporter as Sauck Exhibit 7 for identification and

is attached hereto.)

BY MR. FELDMAN:                                          02:26:57

    Q    The top e-mail is from Jurassic Park dated      02:26:57

1-17-24.  The subject is anti-theft status update,      02:27:01

and below that is an e-mail from Mr. Park to a lot       02:27:10

of people, plus you -- including you, dated              02:27:16

January 17, 2024, correct?                               02:27:21

    A    Yes.                                            02:27:23

    Q    Below that is a report from Mr. Park to         02:27:26

Mr. Kivett of NHTSA, correct?                            02:27:31

        MR. MADISON:  Same objection that you           02:27:36

haven't attached what appears to be one -- at least     02:27:38

one attachment, Mr. Feldman.  The document is            02:27:40

incomplete.                                             02:27:42

BY MR. FELDMAN:                                          02:27:46

Page 170

CONFIDENTIAL

no.                                                          02:30:45

     Q    Can I ask you to look at Exhibit 8, please.        02:30:45

     A    Yes.                                               02:30:48

          (The document referred to was marked by the

Reporter as Sauck Exhibit 8 for identification and

is attached hereto.)

BY MR. FELDMAN:                                              02:30:49

     Q    Again, another e-mail chain, the top one on       02:30:49

page 1 is from Jurassic Park to Greg Silvestri, you         02:30:59

are copied, dated February 13th, 2024 and the              02:31:04

subject is update anti-theft software upgrade,             02:31:08

correct?                                                    02:31:11

     A    Yes.                                               02:31:12

     Q    On page 3, bottom of page 2, top of page 3,       02:31:18

there is an e-mail from Stephen Gehring,                    02:31:25

G-e-h-r-i-n-g, of HMA to Peter Kivett and others           02:31:30

dated February 12, 2024, correct?                           02:31:35

     A    Yes.                                               02:31:39

     Q    And if you turn to page 3 of Exhibit 8,           02:31:41

you'll see that he says, "Please see the attached          02:31:47

update on Hyundai's anti-theft activities.  As of          02:31:51

2/8, we have 1,169,310 software updates for a 31.2%        02:31:55

completion rate.  Reporting the rate without               02:32:06

'scrapped and unregistered vehicles' from the              02:32:10

overall volume, the completion rate is 53.9%,"             02:32:14

Page 173

CONFIDENTIAL

correct?                                                        02:32:21

    A    That seems to be what's written on the         02:32:21

e-mail.                                                         02:32:25

    Q    Do you have the numbers and percentages for    02:32:25

Kias as of today?                                              02:32:29

    A    I don't have them precisely, but I remember    02:32:32

that the completion rate was around 75 percent for      02:32:36

the software update.                                           02:32:43

    Q    If you exclude so-called salvaged or           02:32:44

off-road vehicles; is that correct?                     02:32:50

    A    Yes.                                            02:32:51

    Q    Do you know what it was if you include         02:32:54

those vehicles?                                                02:32:56

    A    I think it was somewhere around 35 or          02:32:56

40 percent, but I can't be sure without having that     02:33:02

document in my hand.                                           02:33:04

    Q    Thank you.  Can I ask you to turn to           02:33:06

Exhibit 9, please.                                             02:33:08

         (The document referred to was marked by the

Reporter as Sauck Exhibit 9 for identification and

is attached hereto.)

BY MR. FELDMAN:

    Q    Page 1 at the top is an e-mail from            02:33:19

Jurassic Park to numerous people, including you,        02:33:23

dated 1-29-24, subject is Kia anti-theft status         02:33:27

Page 174

CONFIDENTIAL

STATE OF CALIFORNIA     )

                        )  ss

COUNTY OF ORANGE        )

        I, LINDA NICKERSON, CSR #8746, in and for

the State of California do hereby certify:

        That, prior to being examined, the witness

named in the foregoing deposition was by me duly

sworn to testify the truth, the whole truth, and

nothing but the truth;

        That said deposition was taken down by me in

shorthand at the time and place therein named, and

thereafter reduced to typewritten form at my

direction, and the same is a true, correct, and

complete transcript of the testimony at said

proceedings.

        Before completion of the deposition, review

of transcript [X] was [ ] was not requested.  If

requested, any changes made by the deponent (and

provided to the reporter) during the period allowed

are appended hereto.

        I further certify that I am not interested

in the event of the action.

WITNESS MY HAND this 5th day of May, 2025.

                    .

            LINDA NICKERSON, CSR No. 8746

                                        Page 267

# EXHIBIT  J



U.S. Department
of Transportation

**National Highway
Traffic Safety
Administration**

1200 New Jersey Avenue SE,
Washington, DC  20590

June 5, 2023

The Honorable Rob Bonta
Attorney General
State of California
1300 I Street, Suite 1740
Sacramento, CA  95814

Dear Attorney General Bonta:

Thank you for your letter, cosigned by your colleagues in a number of other States, regarding the recent reported increase in thefts of certain models of Hyundai and Kia vehicles.  The U.S. Department of Transportation appreciates your work to spread awareness of this important issue, as well as the opportunity to address your concerns about these thefts and describe the actions the National Highway Traffic Safety Administration (NHTSA) and the companies have undertaken to address them.

As part of NHTSA's enforcement oversight, NHTSA meets frequently with vehicle manufacturers to discuss potential safety concerns, identify vehicle owner reports, and review companies' plans to address emerging issues.  NHTSA has closely followed the reports of increases in thefts of certain models of Hyundai and Kia vehicles since the initial emergence of the video trend on TikTok and other social media platforms.  NHTSA has worked closely with Hyundai and Kia to determine the causes contributing to the theft vulnerability, review the scope of differing software and hardware in the affected models, and receive regular updates on the companies' action plans.  NHTSA has also coordinated with local authorities to help address this problem.

As noted in your letter, both Hyundai and Kia have now developed and launched measures that the companies are providing free of charge to millions of affected vehicle owners to help prevent and deter future thefts, including providing anti-theft software updates to counteract the method by which the thieves were starting the vehicles and doubling the length of time the vehicle's alarm sounds to enhance deterrence.  The companies are also providing window stickers that advise would-be-thieves of the anti-theft software and have provided more than 59,000 steering wheel locks since November 2022 to 77 law enforcement agencies for distribution to drivers in 12 States.

Following these actions, NHTSA published a Consumer Alert on February 14, 2023, which is aimed at spreading awareness of the availability of the free vehicle updates.  See *Hyundai and Kia Launch Service Campaign to Prevent Theft of Millions of Vehicles Targeted by Social Media Challenge* (Feb. 14, 2023), available at https://www.nhtsa.gov/press-releases/hyundai-kia-campaign-prevent-vehicle-theft.

Page 2
The Honorable Rob Bonta

We understand and appreciate the significant resources deployed in your States to address this issue, including the efforts of local authorities to respond to the serious problem that the thefts pose to their local communities. NHTSA works closely with law enforcement and first responders, such as through its investigative activities and its Office of Emergency Medical Services and Office of Safety Programs. In this case, once Hyundai and Kia developed their action plans, NHTSA contacted numerous national law enforcement associations to ensure they were aware of NHTSA's Consumer Alert and of the companies' updates.

At this time, NHTSA has not determined that this issue constitutes either a safety defect or noncompliance requiring a recall under the National Traffic and Motor Vehicle Safety Act, 49 U.S.C. Chapter 301. The Federal Motor Vehicle Safety Standard identified in your letter, FMVSS No. 114, does not require an engine immobilizer. *See* 49 C.F.R. § 571.114. Also, the test procedure specified in that standard does not contemplate actions taken by criminal actors to break open or remove part of the steering column and take out the ignition lock to start a vehicle. *See id.* § 571.114, S6. Here, the safety risk arises from unsafe use of a motor vehicle by an unauthorized person after taking significant destructive actions to parts of the vehicle.

We agree that reckless driving is a serious safety issue, whether by an authorized or unauthorized person. NHTSA will continue to work closely with States and law enforcement officials to address unsafe driving behaviors, consistent with its statutory mission and authorities. NHTSA will also continue to closely monitor this issue, receive regular updates from the companies, spread awareness of further updates to local authorities, and lend its expertise to efforts that strengthen motor vehicle safety.

A similar response has been sent to each cosigner of your letter. We appreciate your commitment to enhancing awareness of this problem. If I can provide further information or assistance, please reach out to contact me at cem.hatipoglu@dot.gov.

Sincerely,

Cem Hatipoglu, Ph.D.
Acting Associate Administrator
  for Enforcement

# Native Excel Uploaded

# EXHIBIT  K

# EXHIBIT  L

CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


In re:  KIA HYUNDAI VEHICLE        )

THEFT MARKETING, SALES,            ) Case No.

PRACTICES, AND PRODUCTS LIABILITY ) 8:22-ML-03052-

LITIGATION                         ) JVS-KES

_____)

This document relates to:          )

Insurance Subrogation Cases        )

Governmental Entity Cases          )

_____)



C O N F I D E N T I A L


VIDEOTAPED DEPOSITION OF JOHN SIMMONS

TUESDAY, APRIL 29, 2025

9:49 A.M.




Reported by:

LINDA NICKERSON, CSR No. 8746

JOB No. 7343507


PAGES 1 - 243

Page 1

CONFIDENTIAL

Videotaped deposition of JOHN SIMMONS, the

witness, taken on behalf of the Governmental Entity

Plaintiffs, on TUESDAY, APRIL 29, 2025,

9:49 a.m., at 3 Hutton Centre Drive, Ninth Floor,

Santa Ana, California, before LINDA NICKERSON, CSR

No. 8746, pursuant to NOTICE.


APPEARANCES OF COUNSEL:


FOR SUBROGATION INSURANCE PLAINTIFFS:

    COZEN O'CONNOR

    BY:  MEGAN R. PEITZKE, ESQ.

    One Liberty Place

    1650 Market Street, Suite 2800

    Philadelphia, Pennsylvania  19103

    (215) 665-2071

    mpeitzke@cozen.com

                -and-

    LAW OFFICES OF ROBERT A. STUTMAN, P.C.

    BY:  DANIEL HOGAN, ESQ.

       HAL KLEINMAN, ESQ. (Via Zoom)

    275 Commerce Drive, Suite 110

    Fort Washington, Pennsylvania  19034

    (215) 283-1177

    hogand@stutmanlaw.com

Page 2

CONFIDENTIAL

APPEARANCES OF COUNSEL (Continued):


FOR SUBROGATION INSURANCE PLAINTIFFS:

        GROTEFELD HOFFMANN, LLP

        BY:  WILLIAM J. HOFFMANN, ESQ. (Via Zoom)

             SUSAN M. BENSON, ESQ. (Via Zoom)

        5535 Balboa Boulevard, Suite 219

        Encino, California  91316

        (747) 233-1750

        bhoffmann@ghlaw-llp.com

                     -and-

        BERGER KAHN

        BY:  ADRIANA RIVERO, ESQ. (Via Zoom)

        25910 Acero, Suite 242

        Mission Viejo, California  92691

        (949) 474-1880

        arivero@bergerkahn.com

///

///

///

Page 3

CONFIDENTIAL

APPEARANCES OF COUNSEL (Continued):


FOR GOVERNMENTAL ENTITY PLAINTIFFS:

    KELLER ROHRBACK, LLP

    BY:   GRETCHEN CAPPIO, ESQ. (Via Zoom)

         ELIZABETH TARBELL, ESQ. (Via Zoom)

         KYLIE FISHER, ESQ. (Via Zoom)

         GARRETT HEILMAN, ESQ. (Via Zoom)

    1201 Third Avenue, Suite 3400

    Seattle, Washington  98101

    (206) 623-1900

    gcappio@kellerrohrback.com


FOR DEFENDANTS:

    QUINN, EMANUEL, URQUHART & SULLIVAN, LLP

    BY:   DELANEY GOLD-DIAMOND, ESQ. (Via Zoom)

    865 South Figueroa Street, Tenth Floor

    Los Angeles, California  90017

    (213) 443-3000

    delaneygolddiamond@quinnemanuel.com

Page 4

CONFIDENTIAL

APPEARANCES OF COUNSEL (Continued):


FOR DEFENDANTS:

        JENNER & BLOCK, LLP

        BY:   PETER J. BRENNAN, ESQ.

              JENNA CONWISAR, ESQ.

        353 North Clark Street

        Chicago, Illinois  60654-3456

        (312) 222-9350

        pbrennan@jenner.com


ALSO PRESENT:

        JAMES NAH

        VINCENT MAZZA (Videographer)

Page 5

CONFIDENTIAL

it's dated something 2021.    04:03:32

Do you see that?  It's at the top of the page.    04:03:37

A    It's either 7 -- it's got to be May 7th because otherwise it would be July 5th.  I don't think it was that.    04:03:45

Q    Okay.    04:03:46

A    So, yes, I do.    04:03:46

Q    Okay.  Who is Brian Latouf?    04:03:48

A    Brian Latouf is our chief safety officer for HMA or HMNA.    04:03:57

Q    Would Brian Latouf in terms of an hierarchy, would he be above you or below you?    04:04:03

A    Above.    04:04:06

Q    Okay.  Do you know if Brian Latouf has anybody above him in the chief safety office or the safety office?    04:04:13

A    I don't believe so, no.    04:04:14

Q    So he would be the top guy there?    04:04:15

A    Yes.    04:04:19

Q    All right.  Did you see what he wrote to KH?  If you could read it to yourself and then I want to just see if I'm reading it correctly.    04:04:26

A    Do you want me to read it?    04:04:30

Q    You can read it to yourself.  I'll just ask    04:04:32

Page 174

CONFIDENTIAL

STATE OF CALIFORNIA      )

                         )  ss

COUNTY OF ORANGE         )


        I, LINDA NICKERSON, CSR #8746, in and for the State of California do hereby certify:

        That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

        That said deposition was taken down by me in shorthand at the time and place therein named, and thereafter reduced to typewritten form at my direction, and the same is a true, correct, and complete transcript of the testimony at said proceedings.

        Before completion of the deposition, review of transcript [X] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

        I further certify that I am not interested in the event of the action.

WITNESS MY HAND this 2nd day of May, 2025.


        LINDA NICKERSON, CSR No. 8746

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

# EXHIBIT  M

8/11/25, 5:19 AM
Case 8:22-ml-03052-JVS-KES
Hyundai Newsroom
Document 1070-3
Filed 09/26/25
Page 81 of 88
Page ID #:29088



MEDIA CENTER

SEARCH

Other Hyundai Websites

[Hyundai Global Public Relations](#)

[Hyundai Europe Public Relations](#)

[Hyundai Hope on Wheels](#)

[Corporate Social Responsibility](#)

[Hyundai America Technical Center, Inc.](#)

[Hyundai Motor Manufacturing Alabama](#)

[Hyundai Consumer Site](#)

[Hyundai Korea Consumer Site](#)

[Genesis News USA](#)

[Genesis Consumer Site](#)

[Subscribe to News Alerts](#)

[Basket](#)

[0](#)

# Basket Overview

Your basket is currently empty

[Your Basket](#)

- [English](#)
- [Spanish](#)

**[English](#)**

[(0)](#) MEDIA CENTER

Search

[English](#) / [Spanish](#)

- [Press Releases](#)
  [All Releases](#)
  [2026 MY Changes](#)
  [Sales Releases](#)
  [Awards Releases](#)
  [Safety Releases](#)
  [Metaplant Releases](#)
  [Hyundai Motor Company](#)
  [Historical Releases](#)
  [Korean Culture](#)
- [Models](#)
  [2026 MY Changes](#)
  [VENUE](#)
  KONA
  [KONA](#)
  [KONA Electric](#)
  [KONA N Line](#)
  [KONA N](#)
  TUCSON
  [TUCSON](#)
  [TUCSON Hybrid](#)

TUCSON Plug-In Hybrid
TUCSON N Line
TUCSON XRT
SANTA CRUZ
SANTA CRUZ
SANTA CRUZ XRT
SANTA FE
SANTA FE
SANTA FE Hybrid
SANTA FE XRT
PALISADE
PALISADE
PALISADE HYBRID
PALISADE XRT PRO
NEXO
ELANTRA
ELANTRA
ELANTRA Hybrid
ELANTRA N Line
ELANTRA N
SONATA
SONATA
SONATA Hybrid
SONATA N Line
IONIQ 5
IONIQ 5
IONIQ 5 XRT
IONIQ 5 N
IONIQ 6
IONIQ 6
IONIQ 6 N
IONIQ 9
N Brand
IONIQ 6 N
IONIQ 5 N
Elantra N
Elantra N Line
Sonata N Line
IONIQ Brand
XCIENT Fuel Cell Truck
Concepts
Archive

- Photos/Videos
Photos
Videos
- Technology
- Clean Mobility
- Executives

- Menu
  - Safety
    - All News
    - Safety Commitment
    - IIHS

- - Rear Occupant Alert
  - Auto Shows
    - Seoul Mobility Show
    - Los Angeles Auto Show
    - CES
    - Chicago Auto Show
    - New York Auto Show
    - Auto Show Archive
      - SEMA
      - North American International Auto Show
      - Frankfurt Motor Show
      - Beijing International Automotive Exhibition
      - Paris Motor Show
      - Seoul Motor Show
      - Geneva Motor Show
      - Goodwood Festival of Speed
  - Corporate
  - N Brand
  - Motorsports
  - PR Contacts
  - Hope On Wheels
  - Social Responsibility
  - 2025 MY Changes

- Press Releases
  All Releases
  2026 MY Changes
  Sales Releases
  Awards Releases
  Safety Releases
  Metaplant Releases
  Hyundai Motor Company
  Historical Releases
  Korean Culture
- Models
  2026 MY Changes
  VENUE
  KONA
  KONA
  KONA Electric
  KONA N Line
  KONA N
  TUCSON
  TUCSON
  TUCSON Hybrid
  TUCSON Plug-In Hybrid
  TUCSON N Line
  TUCSON XRT
  SANTA CRUZ
  SANTA CRUZ
  SANTA CRUZ XRT
  SANTA FE
  SANTA FE
  SANTA FE Hybrid

SANTA FE XRT
PALISADE
PALISADE
PALISADE HYBRID
PALISADE XRT PRO
NEXO
ELANTRA
ELANTRA
ELANTRA Hybrid
ELANTRA N Line
ELANTRA N
SONATA
SONATA
SONATA Hybrid
SONATA N Line
IONIQ 5
IONIQ 5
IONIQ 5 XRT
IONIQ 5 N
IONIQ 6
IONIQ 6
IONIQ 6 N
IONIQ 9
N Brand
IONIQ 6 N
IONIQ 5 N
Elantra N
Elantra N Line
Sonata N Line
IONIQ Brand
XCIENT Fuel Cell Truck
Concepts
Archive

- Photos/Videos
Photos
Videos
- Technology
- Safety
All News
Safety Commitment
IIHS
Rear Occupant Alert
- Auto Shows
Seoul Mobility Show
Los Angeles Auto Show
CES
Chicago Auto Show
New York Auto Show
Auto Show Archive
SEMA
North American International Auto Show
Frankfurt Motor Show
Beijing International Automotive Exhibition
Paris Motor Show

Seoul Motor Show
Geneva Motor Show
Goodwood Festival of Speed
- Corporate
- Clean Mobility
- N Brand
- Motorsports
- Executives
- PR Contacts
- Hope On Wheels
- Social Responsibility
- 2025 MY Changes

Home
Executives
Brian Latouf

# EXECUTIVES

# Brian Latouf

## President and Global Chief Safety and Quality Officer, Hyundai Motor Group

Brian Latouf is the president and global chief safety and quality officer for Hyundai Motor Group, assuming the role in January 2024.

In this global role, Latouf is responsible for leading global safety and quality for Hyundai, Genesis and Kia. He has full authority to modify and enhance existing safety and quality systems and processes to drive a path to common global standards and best practices. His scope of leadership includes field issues, safety recalls, safety-based field actions for service campaigns, extended warranties, and other responsibilities. He also oversees the entire Quality Division, including the processes within R&D and quality gates in preparation for vehicle launches.

Latouf joined Hyundai in November 2019 as Chief Safety Officer for Hyundai Motor North America and was promoted to the Global Chief Safety Officer for Hyundai Motor Company, a position he held since July 2022.

Latouf is one of the industry's most respected and experienced leaders in the areas of safety, regulation and certification. Latouf spent the bulk of his career at General Motors, holding a number of executive positions during his 27 years at the company, where he transformed GM's safety office while serving as executive director for the company's global safety field operation. He also served as director, Canadian regional engineering center; global director, global structure integration and virtual body systems; and global director, global safety integration center.

Latouf holds a Master of Science in mechanical engineering from Wayne State University in Detroit and a Bachelor of Science in mechanical engineering from the University of Windsor. He is a regular contributor to a variety of technical publications and presentations and is Six Sigma Black Belt certified. He was recently named to the Dean's Advisory Board at the University of California, Irvine's School of Business.

Latouf is based in California with offices at Hyundai Motor Group global headquarters in Seoul and at the Hyundai Safety Test and Investigation Laboratory in Michigan.



## Photos

Case 8:22-ml-03052-JVS-KES    Document 1070-3    Filed 09/26/25    Page 87 of 88
Page ID #:29094



Brian Latouf - President and Global Chief Safety and Quality Officer, Hyundai Motor Group
Jan 11, 2024



## Brian Latouf - President and Global Chief Safety and Quality Officer, Hyundai Motor Group

Added: Jan 11, 2024 | ID : 58229

Copy Permalink

Case 8:22-ml-03052-JVS-KES     Document 1070-3     Filed 09/26/25     Page 88 of 88
Page ID #:29095

JPG Image 5760 x 3840 1 MB

[Add to Basket](#)

[Download](#)

[About Us](#) [Privacy Policy](#) [Website Support](#) [Terms of Use](#) [PR Contacts](#) [Cookie Preferences](#)

# FOLLOW US

@hyundaiusa

© 2024 Hyundai Motor America