**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Governmental Entities and Subrogation Plaintiffs Tracks | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>COURT'S REVISED BELLWETHER SELECTIONS |

In view of the dismissal of <u>Ann Arundel County, Maryland v. Hyundai Motor Company, et al.</u>, Case No. SACV 23-1998 JVS (KES) (Docket No.1078), the Court revises its initial selection of bellwethers as follows:

First trial: Madison, WI (GE Plaintiffs Track)

Second trial: State Automobile Mutual Insurance Company; Insured: St. Anthony's, Claim No, AU-789584 (Subrogation Plaintiffs Track)

The Court will discuss the precise date for the second trial and other bellwethers at next Status Conference.

Dated: October 3, 2025

IT IS SO ORDERED.

_____
Hon. James V. Selna
United States District Judge