QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CERTAIN OHIO GOVERNMENTAL ENTITY CASES | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR THE AMENDING OHIO GOVERNMENTAL ENTITY PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (DKT. 1106)** |

Hyundai Motor America ("HMA") and Kia America, Inc. ("KA"), together with Plaintiffs Cincinnati, Cleveland, Lorain, and Parma, Ohio (collectively, the "Amending Ohio GE Plaintiffs"), hereby stipulate and agree to the following:

1.    WHEREAS, on September 3, 2025, the Court granted HMA and KA's motion to dismiss the Ohio GE Plaintiffs' Superseding Consolidated Ohio Governmental Entities Complaint on the grounds that (i) the Ohio GE Plaintiffs' negligence claims were abrogated by the Ohio Product Liability Act; and (ii) Cincinnati and Lorain's new ordinance-based claims exceeded the scope of leave previously granted by the Court when the it granted HMA and KA's motion for judgment on the pleadings (Dkt. 1028 at 7, 9);

2.    WHEREAS, the Court held that the Ohio GE Plaintiffs may try to assert their new ordinance-based claims by "fil[ing] a formal motion for leave to amend pursuant to the Court's procedures" (*id.* at 9);

3.    WHEREAS, on October 17, 2025, the Amending Ohio GE Plaintiffs filed a motion for leave to file a Further Amended Superseding Ohio Governmental Entities Complaint (the "Motion") and noticed the Motion for hearing on November 17, 2025 (Dkts. 1106, 1106-1);

4.    WHEREAS, the City of Parma has chosen not to file a new complaint against HMA and KA but "does not waive its appellate rights with regard to the dismissal of its claims" (Dkt. 1106-1 at n.1);

5.    WHEREAS, the Parties have agreed to a hearing and briefing schedule where HMA and KA's Opposition would be due November 10, 2025; the Amending Ohio GE Plaintiffs' Reply would be due December 1, 2025; and the hearing would be set for December 15, 2025 (the same day the Court will hear HMA and KA's motion to dismiss Birmingham's complaint);

/ / /

/ / /

/ / /

-1-

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY
AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, SUBJECT TO
THE COURT'S APPROVAL THAT:

      1.     HMA and KA's Opposition will be due November 10, 2025;

      2.     The Amending Ohio GE Plaintiffs' Reply will be due December 1, 2025;

      3.     The hearing shall be set for December 15, 2025 at 1:30 p.m. Pacific
Time.

Dated this 27th of October, 2025.

By _/s/ Steven G. Madison_

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

*Attorneys for Defendants Hyundai Motor
America and Kia America, Inc.*

By _/s/ Gretchen Freeman Cappio_

KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
(*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Counsel for Plaintiffs Cincinnati,
Cleveland, Lorain, and Parma*

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: October 27, 2025

                                        /s/ Steven G. Madison
                                        Steven G. Madison

STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR
THE AMENDING OHIO GE PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT