BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RYAN C. CHAPMAN (Cal. Bar No. 318595)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2471
Facsimile: (213) 894-7819
E-mail: Ryan.Chapman@usdoj.gov

Attorneys for Non-Party
NHTSA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

No. 8:22-ml-03052-JVS-KES

**NHTSA'S NOTICE OF PRODUCTION OF *VAUGHN* INDEX**

Honorable James V. Selna
United States District Judge

Pursuant to the Court's Order at the September 29, 2025, status conference, ECF No. 1075, non-party National Highway Traffic Safety Administration ("NHTSA") hereby provides notice that on October 29, 2025, undersigned counsel produced a *Vaughn* Index to Subrogation Plaintiffs' counsel, which details the redactions and withholdings in connection with NHTSA's response to Subrogation Plaintiffs' Freedom of Information Act ("FOIA") request.

Undersigned counsel intends to meet and confer with Subrogation Plaintiffs' counsel to determine if this resolves any outstanding issues or if the parties will need to proceed to briefing on the FOIA issues.

Dated: October 29, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ *Ryan C. Chapman*
RYAN C. CHAPMAN
Assistant United States Attorney

Attorneys for Non-Party
NHTSA