**Chapman, Ryan (USACAC)**

**From:** Feldman, Elliott R. <EFeldman@cozen.com>
**Sent:** Wednesday, October 29, 2025 9:03 AM
**To:** Chapman, Ryan (USACAC)
**Cc:** Oliver, Hunter (NHTSA); Voneiff, Dylan (NHTSA); Line, Julie; Peitzke, Megan; Albright, Caitlin
**Subject:** [EXTERNAL] RE: Clawback Letter

Ryan – I don't know if Judge Selna is intending to address it or not. I suggest that you check with his clerk.
Regards, Elliott

**Elliott R. Feldman**
**Co-Chair, Subrogation & Recovery Department**
**Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2071 C: 610-504-4323 F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>
**Sent:** Wednesday, October 29, 2025 11:33 AM
**To:** Feldman, Elliott R. <EFeldman@cozen.com>
**Cc:** Oliver, Hunter (NHTSA) <hunter.oliver@dot.gov>; Voneiff, Dylan (NHTSA) <dylan.voneiff@dot.gov>; Line, Julie <JLine@cozen.com>; Peitzke, Megan <MPeitzke@cozen.com>; Albright, Caitlin <calbright@cozen.com>
**Subject:** RE: Clawback Letter

****EXTERNAL SENDER****

I was not aware of the status conference. If the Court has indicated that it wants to address this issue, please let me know and I can make myself available to attend. If you want to meet and discuss prior to the conference, please let me know your availability.

As you know, the R&R did not address the FOIA redactions and, in any event, a R&R is not a court order. We are producing a Vaughn Index specifically because Judge Selna asked the parties to prepare for briefing on that issue to determine if those redactions stand. I am happy to meet and see if we can resolve Subrogation Plaintiffs' concerns without the need for further briefing but until the Judge orders otherwise, those redactions remain in place.

I presume someone on your team downloaded the production and accessed it prior to being notified of the clawback. As you can see from the surrounding pages, the clawback concerns a single engineering diagram addressing a single vehicle's Electronic Stability Control system in connection with *FMVSS No. 126, Electronic Stability Control Systems*. I would think that context would be sufficient at this stage to show that it's not related to the theft issue or FMVSS 114.

Ryan

**Ryan C. Chapman | Assistant United States Attorney**
Complex & Defensive Litigation Section | Central District of California
300 N. Los Angeles St., Suite 7516 | Los Angeles, CA 90012
Direct: (213) 894-2471 | Cell: (213) 453-9208 | Ryan.Chapman@usdoj.gov

**From:** Feldman, Elliott R. <EFeldman@cozen.com>
**Sent:** Wednesday, October 29, 2025 8:08 AM
**To:** Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>
**Cc:** Oliver, Hunter (NHTSA) <hunter.oliver@dot.gov>; Voneiff, Dylan (NHTSA) <dylan.voneiff@dot.gov>; Line, Julie <JLine@cozen.com>; Peitzke, Megan <MPeitzke@cozen.com>; Albright, Caitlin <calbright@cozen.com>
**Subject:** [EXTERNAL] RE: Clawback Letter

Ryan – we have a court conference on Monday so we would need to speak with you before then. Are you planning to appear at the conference? We would need to have an understanding of the basis for your redactions and your purported clawback as part of this discussion before we can respond to your request. Again, the discovery master ruled that all of NHTSA's objections were inadequate and overruled, so any claimed immunities or exceptions have been waived by NHTSA, per Judge Andler's R & R.
Regards, Elliott

**Elliott R. Feldman**
**Co-Chair, Subrogation & Recovery Department**
**Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2071 C: 610-504-4323 F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

**From:** Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>
**Sent:** Wednesday, October 29, 2025 10:56 AM
**To:** Feldman, Elliott R. <EFeldman@cozen.com>
**Cc:** Oliver, Hunter (NHTSA) <hunter.oliver@dot.gov>; Voneiff, Dylan (NHTSA) <dylan.voneiff@dot.gov>; Line, Julie <JLine@cozen.com>; Peitzke, Megan <MPeitzke@cozen.com>; Albright, Caitlin <calbright@cozen.com>
**Subject:** RE: Clawback Letter

****EXTERNAL SENDER****

Good morning Elliott,

Thanks for your response, I was planning on proposing a meeting following production of the Vaughn index to continue with the productive conversations I've had with Julie. Please let me know your availability next week.

In the meantime, given that the inadvertently unredacted diagram identified in the clawback letter is not relevant to the theft issue or ignition system, we'd ask that you please comply with the letter's request to certify that you have sequestered and destroyed the page.

Thank you.

**Ryan C. Chapman | Assistant United States Attorney**
Complex & Defensive Litigation Section | Central District of California
300 N. Los Angeles St., Suite 7516 | Los Angeles, CA 90012

Direct: (213) 894-2471 | Cell: (213) 453-9208 | Ryan.Chapman@usdoj.gov

---

**From:** Feldman, Elliott R. <EFeldman@cozen.com>
**Sent:** Wednesday, October 29, 2025 5:13 AM
**To:** Voneiff, Dylan (NHTSA) <dylan.voneiff@dot.gov>
**Cc:** Oliver, Hunter (NHTSA) <hunter.oliver@dot.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Line, Julie <JLine@cozen.com>; Peitzke, Megan <MPeitzke@cozen.com>; Albright, Caitlin <calbright@cozen.com>
**Subject:** [EXTERNAL] RE: Clawback Letter

Dylan – thanks for reaching out. I'm happy to schedule a time with you and your colleagues to discuss with me and my colleagues your document production, including the basis for any and all reactions and non-produced materials that were required to be produced by the subpoena, and your purported clawback letter and the basis for that attempted clawback. I think the best time for that meeting would be after your production of the Vaughn index which is due to be served no later than today, obviously allowing us an appropriate amount of time to review the contents of that index. Regards, Elliott

**Elliott R. Feldman**
**Co-Chair, Subrogation & Recovery Department**
**Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2071 C: 610-504-4323 F: 215-701-2071
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Voneiff, Dylan (NHTSA) <dylan.voneiff@dot.gov>
**Sent:** Monday, October 27, 2025 4:33 PM
**To:** Feldman, Elliott R. <EFeldman@cozen.com>
**Cc:** Oliver, Hunter (NHTSA) <hunter.oliver@dot.gov>; Chapman, Ryan (USACAC) <ryan.chapman@usdoj.gov>
**Subject:** Clawback Letter

****EXTERNAL SENDER****

Good afternoon,

Please see the attached clawback letter regarding the inadvertent disclosure of privileged information. We will promptly provide you with a corrected copy of the production with the corrected redactions. If you have any questions, please let us know.

Best,

**Dylan Voneiff**
Trial Attorney for Litigation and Enforcement
Office of Chief Counsel
**Department of Transportation**
National Highway Traffic Safety Administration

1200 New Jersey Avenue SE, Washington, DC 20590
(202) 763-8536

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***