UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLAINTIFFS' CONSUMER CLASS,<br><br>    Plaintiff - Appellee,<br><br>Mr. DONALD K. BIRNER,<br><br>    Objector - Appellant,<br><br> v.<br><br>HYUNDAI MOTOR COMPANY and KIA CORPORATION,<br><br>    Defendants - Appellees. | No. 24-7080<br><br>D.C. No. 8:22-ml-03052-JVS-KES<br>Central District of California, Santa Ana<br><br>ORDER |

Appellant's motion to permit oral argument rebuttal (Dkt. 68) is GRANTED. The panel will determine the allocation of rebuttal time at oral argument.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT