UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-ml-03052-JVS-KES<br>8:25-cv-01532-JVS-KES | Date | November 25, 2025 |
| Title | In Re: Kia Hyundai Vehicle Theft Litigation;<br>City of Birmingham v. Hyundai Motor Company et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:   **[IN CHAMBERS] Order Regarding Motion to Dismiss [1099]**

Before the Court is a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Mot., MDL Dkt. No. 1099.)[1] The initial Complaint was filed on July 11, 2025, by Plaintiff City of Birmingham ("Birmingham"). (Compl., Dkt. No. 1.) The instant Motion to Dismiss was filed on October 8, 2025, by Defendants Hyundai Motor America and Kia America, Inc. ("Defendants"). (Mot.) On October 29, 2025, Birmingham filed a First Amended Complaint ("FAC"). (FAC, Dkt. No. 22.)

When an amended complaint is filed, the original complaint "cease[s] to exist." Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015). Here, the First Amended Complaint was filed within 21 days of Defendants' Motion to Dismiss under Rule 12(b). See Fed. R. Civ. Pro. 15(1)(B) (allowing amendment as a matter of course within 21 days of a motion under 12(b)). The First Amended Complaint supersedes the Complaint. Therefore, the Motion to Dismiss is moot. Id. ("Because the Defendants' motion to dismiss targeted the Plaintiff's [] Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it.").

The Court **DENIES** the motion to dismiss as moot. The Court **VACATES** the December 15, 2025, hearing. The Court finds that oral argument would not be helpful in this matter. Fed R. Civ. P. 78; L.R. 7-15.

**IT IS SO ORDERED.**

---

[1] The Court reminds both parties to file any future briefs in both the MDL docket and the case-specific docket.