THE LAW OFFICE OF MICHAEL RIEHL, INC.
Michael Riehl
71 West Main Street, Ste 302
Freehold, New Jersey, 07728
Telephone: (732) 462-9700
Facsimile: (732) 409-2516
michaelriehl@riehlattorney.com

*Attorneys for Subrogation Insurance Plaintiff Plymouth Rock Insurance Company*

Additional Counsel Listed On Signature Page

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Case No.: 8:24-cv-02637-JVS-KES | Case No.: 8:24-cv-02637-JVS-KES<br>Lead case: 8:22-ML-03052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION FOR VOLUTARY DISMISSAL WITHOUT PREJUDICE OF PLYMOUTH ROCK INSURANCE COMPANY (PRIC)** |

1     IT IS HEREBY STIPULATED by and between Defendants Hyundai Motor America Inc. and Kia America Inc., and Plaintiff PLYMOUTH ROCK INSURANCE COMPANY ("PRIC"), parties to the said action, through their designated counsel, that PRIC only be and hereby is dismissed without prejudice in the aforementioned action pursuant to F.R.C.P. 41(a)(1)(ii).  The parties hereby stipulate and agree to the following:

1.    WHEREAS, Plaintiff PRIC originally filed its Complaint against Defendants in the Superior Court of New Jersey on October 1, 2024;

2.    WHEREAS, Defendants filed a Notice of Removal of the New Jersey Complaint on November 6, 2024 (Case No.: 8:24-cv-02637-JVS-KES, Dkt. 1);

3.    WHEREAS, by Order of MDL Panel (CTO-26) the removed case was transferred to the United States District Court for the Central District of California (Dkt. 12);

4.    WHEREAS, by transfer order filed by MDL panel on November 15, 2024 regarding transfer of Case No. District of New Jersey from 3:24-cv-10315-GC-RLS, this case was assigned to Judge James V. Selna for the purpose of pretrial proceedings and *was consolidated with this MDL* (Case No. 8:22-ml-03052-JVS-KES) (Dkt. 14);

5.    WHEREAS, by and between Defendants Hyundai Motor America Inc. and Kia America Inc., and Plaintiff PLYMOUTH ROCK INSURANCE COMPANY ("PRIC"), parties to the said action, through their designated counsel, stipulate that PRIC only be and hereby is dismissed without prejudice in the aforementioned action pursuant to F.R.C.P. 41(a)(1)(ii)

Respectfully submitted.

DATED: December 18, 2025     THE LAW OFFICE OF MICHAEL RIEHL, INC.

By: */s/ Michael Riehl*

|   |   |
|---|---|
|   | Michael Riehl, Esq.<br>71 West Main Street. Ste 302<br>Freehold, new Jersey, 07728<br>Telephone: (732) 462-9700<br>Facsimile: (732) 409-2516<br><br>*Attorneys for Subrogation Plaintiff*<br>*Plymouth Rock Insurance Comany* |
| DATED: December 18, 2025 | JENNER & BLOCK LLP<br><br>By: /s/ *Peter J. Brennan*<br>Kate T. Spelman<br>Madeline P. Skitzki<br>Jenna L. Conwisar<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br>KSpelman@jenner.com<br>MSkitzki@jenner.com<br>JConwisar@jenner.com<br><br>Peter J. Brennan (*pro hav vice*)<br>Michael T. Brody (*pro hav vice*)<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 22-9350<br>Facsimile: (312) 527-0484<br>PBrennan@jenner.com<br>MBrody@jenner.com<br><br>By: /s/ *Edward Susolik*<br>Edward Susolik, Esq.<br>John D. Van Ackeren, Esq.<br>CALLAHAN & BLAINE<br>3 Hutton Centre Drive, 9th Floor<br>Santa Ana, Ca 92707<br>Telephone: (714) 241-4444<br>es@callahan-law.com<br>jvanackeren@callahan-law.com<br><br>*Attorney for Defendants* |

**ECF ATTESTATION**

I, Michael Riehl, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By     */s/ Michael Riehl*
Michael Riehl
THE LAW OFFICE OF MICHAEL RIEHL, INC.