QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>GOVERNMENTAL ENTITIES TRACK | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR THE GE PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE THE COURT'S ORDERS (DKT. 1218)** |

Hyundai Motor America ("HMA") and Kia America, Inc. ("KA"), together with Governmental Entity Plaintiffs ("GE Plaintiffs"), hereby stipulate and agree to the following:

1. WHEREAS, on December 19, 2025, the GE Plaintiffs filed a motion to enforce a court order ("Motion") and noticed the Motion for hearing on January 26, 2026 (Dkt. 1218);

2. WHEREAS, the Parties wish to extend the deadlines for the Parties' briefing on the Motion to ensure sufficient time for the Parties to prepare the Opposition and Reply, and to prepare for the hearing on the Motion;

3. WHEREAS, the Parties have agreed to a hearing and briefing schedule where HMA and KA's Opposition would be due January 16, 2026; the GE Plaintiffs' Reply would be due January 26, 2026; and the hearing would be set for February 9, 2026 (the same day that GE Plaintiffs noticed the hearing date for their Motion for Leave to File Amended Complaints for Bellwether GE Plaintiff City of Madison and GE Plaintiff Metropolitan Government of Nashville and Davidson County, Tennessee, *see* Dkt. 1227);

\* \* \*

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HEREIN, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, SUBJECT TO THE COURT'S APPROVAL THAT:

1. HMA and KA's Opposition will be due January 16, 2026;
2. The GE Plaintiffs' Reply will be due January 26, 2026;
3. The hearing shall be set for February 9, 2026 at 1:30 p.m. Pacific Time.

Dated this 31st of December, 2025.

By */s/ Steven G. Madison*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:   (213) 443 3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

By */s/ Gretchen Freeman Cappio*
KELLER ROHRBACK L.L.P.
Gretchen Freeman Cappio
(*pro hac vice*)
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee*

## ECF ATTESTATION

I, Steven G. Madison, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Dated: December 31, 2025

> */s/ Steven G. Madison*
> Steven G. Madison