1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Cincinnati v. Hyundai Motor America and Kia America, Inc.*, Case No. 2:23-CV-01750<br><br>*City of Cleveland v. Hyundai Motor America and Kia America, Inc.*, Case No. 8:23-CV-00419<br><br>*City of Lorain, Ohio v. Hyundai Motor Company et al.*, Case No. 8:23-CV-02083 | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**ORDER GRANTING STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS HYUNDAI MOTOR AMERICA AND KIA AMERICA, INC.'S MOTION TO DISMISS FURTHER AMENDED SUPERSEDING OHIO GOVERNMENTAL ENTITIES COMPLAINT [1245]** |

Case No. 8:22-ML-3052-JVS-(KESx)

ORDER

Before the Court is the stipulation between Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") and Plaintiffs Cincinnati, Cleveland, and Lorain, Ohio regarding the hearing and briefing schedule for HMA and KA's forthcoming Motion to dismiss the Further Amended Superseding Ohio Governmental Entities Complaint.

Good cause appearing, the Court hereby approves the Parties' stipulation. The hearing and briefing schedule for the Motion shall be as follows:

a) HMA and KA's Motion is due January 16, 2026;

b) Cincinnati, Cleveland, and Lorain's Opposition is due February 9, 2026;

c) HMA and KA's Reply is due February 17, 2026; and

d) The hearing is set for March 2, 2026 at 1:30 p.m. Pacific Time.

IT IS SO ORDERED.

Dated: January 8, 2026

_____
Hon. James V. Selna
United States District Judge