## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-ml-03052-JVS-KES | Date | January 28, 2026 |
| Title | In re: Kia Hyundai Vehicle Theft Litigation | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] <u>Order to Show Cause re. Stay of Non-Bellwether Motion Practice</u>**

On December 18, 2025, Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (collectively, "Defendants") filed a motion to dismiss the complaint of Plaintiff City of Birmingham, Alabama ("Birmingham"). (Mot. to Dismiss ("Birmingham MTD"), Dkt. No. 1215.) Similarly, on January 16, 2026, Defendants filed a motion to dismiss the consolidated complaint of various Ohio governmental entity plaintiffs ("Ohio GE Plaintiffs"). (Mot. to Dismiss ("Ohio GE MTD"), Dkt. No. 1281.) These motions are set to be heard by the Court on March 2 and March 23, 2026. (See Ohio GE MTD; Order, Dkt. No. 1296.)

The Court has ordered a bellwether trial in the Governmental Entities Track with Plaintiff City of Madison, Wisconsin ("Madison"), which is set for April 6, 2026. (See Dkt. Nos. 1001, 1088.)

The Court orders the parties to show cause why motion practice related to non-bellwether plaintiffs should not be stayed until the conclusion of Madison's bellwether trial. A written response of no more than five pages shall be filed not later than noon February 4, 2026.

**IT IS SO ORDERED.**