UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-ml-03052-JVS-KES | Date | February 5, 2026 |
| Title | In re: Kia Hyundai Vehicle Theft Litigation | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order to Stay Non-Bellwether Motion Practice [1215, 1281]

On January 28, 2026, the Court issued an order requiring the parties to show cause "why motion practice related to non-bellwether plaintiffs should not be stayed until the conclusion of Madison's bellwether trial." (OSC, Dkt. No. 1316, at 1.) Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") (collectively, "Defendants") and the Governmental Entity Plaintiffs ("GE Plaintiffs") each responded by the deadline on February 4, 2026. (See Dkt. Nos. 1328–29.) The Court now enters its ruling.

The Court finds that all non-bellwether motion practice should be stayed until after the completion of Madison's bellwether trial in the interest of judicial economy. See Landis v. N. Am. Co., 299 U.S. 248, 254 (1936) (acknowledging courts' authority to "control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants."). This decision aligns with the Court's prior order to stay all non-bellwether discovery to conserve party and court resources. (Phase II Case Management Order, Dkt Nos. 1001, 1034.)

Accordingly, the Court **STAYS** all non-bellwether motion practice and **TOLLS** all relevant deadlines until after the conclusion of Madison's bellwether trial. The Court thus **TERMINATES** the motions to dismiss filed against the City of Birmingham, Alabama, and the Ohio GE Plaintiffs at docket numbers 1215 and 1281. Defendants may renew these motions after the trial concludes.

**IT IS SO ORDERED.**