QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants*
*Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>GOVERNMENTAL ENTITIES TRACK | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Defendants Hyundai Motor America ("HMA") and Kia America, Inc. ("KA") respectfully submit this Statement of Uncontroverted Facts in support of their Motion for Summary Judgment pursuant to Central District of California Local Rule 56-1.

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | **Madison's Theory of Liability is Conflict-Preempted** | |
| 1. | No federal regulation requires vehicles to be equipped with engine immobilizers. | **Ex. F,** Expert Report of Michael Nranian, at ¶ 35; **Ex. P,** Rebuttal Expert Report of Michael Nranian, at ¶¶ 13, 19, 24–26, 30; Nranian Tr. at 109:1–9; 139:5–24, 142:10–147:15, 167:9–20, 168:13–18, 291:11–16; Bloch Tr. at 194:20–195:2, 204:6–13, 210:1–6; 219:23–220:4; Farrell Tr. at 145:16–18, 146:7–20; 33 Fed. Reg. 6471, 6472 (Apr. 27, 1968); 55 Fed. Reg. 21868, 21869, 21871-72 (May 30, 1990); 56 Fed. Reg. 12464, 12464 (Mar. 26, 1991); 71 Fed. Reg. 17752, 17753 (Apr. 7, 2006); 81 Fed. Reg. 66834, 66838 (Sept. 29, 2016). |
| 2. | NHTSA's objective in enacting and amending FMVSS 114 and other anti-theft regulations was to provide manufacturer choice and design | **Ex. P,** Rebuttal Expert Report of Michael Nranian, at ¶ 10; 33 Fed. Reg. 6471, 6472 (Apr. 27, 1968); 55 Fed. Reg. 21868, 21869, |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  | flexibility for vehicle theft-deterrence systems. | 21871-72 (May 30, 1990); 56 Fed. Reg. 12464, 12464 (Mar. 26, 1991); 71 Fed. Reg. 17752, 17753 (Apr. 7, 2006); 81 Fed. Reg. 66834, 66838 (Sept. 29, 2016). |
| 3. | NHTSA has determined that Hyundai and Kia vehicles without engine immobilizers comply with NHTSA's regulations. | Dkt. 220-3; Nranian Tr. at 142:10–147:15; Bloch Tr. at 206:2–15. |
| 4. | There is no evidence that any Hyundai or Kia vehicle sold in the United States violates any government regulation relating to anti-theft equipment. | Dkt. 220-3; **Ex. P,** Rebuttal Expert Report of Michael Nranian, at ¶ 13; Nranian Tr. at 142:10–147:15; Beeman Tr. at 15:20–16:2; Willard Tr. at 4–8; Bloch Tr. at 206:2-15. |
| 5. | The evidentiary record does not identify any particular anti-theft device missing from Hyundai and Kia vehicles that would serve as an effective as or equivalent alternative to engine immobilizers. | **Ex. R,** Madison's Responses and Objections to Defendants' First Set of Phase 2 Interrogatories, at No. 2; **Ex. G,** Expert Report of Byron Bloch, at 4–12; **Ex. F,** Expert Report of Michael Nranian, at ¶¶ 5–9, 18–39, 41, 44–50; **Ex. P,** Rebuttal Expert Report of Michael Nranian, at ¶¶ 6–12, 14–25, 31–36, 39, 41–42, |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  |  | 45, 47–58; Nranian Dep. Tr. 112:16–21, 113:6–17, 115:3–13, 118:12–17, 133:24–134:2, 135:19–136:8, 150:12–21, 153:12–21, 156:21–157:10, 161:18–162:5, 165:3–22, 187:1–14, 190:7–24; Bloch Dep. Tr. 16:15–17:4, 217:12–218:2, 218:15–219:15, 224:5–225:1, 226:5–10, 230:13–231:10, 247:20–248:14. |
| 6. | When asked in written discovery to identify and describe with specificity any "adequate anti-theft devices"; "equivalent anti-theft device"; "equivalent technology"; "standard anti-theft devices"; "standard anti-theft technology"; "basic, common technology"; and "common anti-theft technology," Madison did not concretely identify any alternative anti-theft equipment equivalent to an immobilizer the vehicles at issue lacked. | **Ex. R**, Madison's Responses and Objections to Defendants' First Set of Phase 2 Interrogatories, at No. 2. |
| 7. | Plaintiff's expert reports on anti-theft technology ███ | *See, e.g.,* **Ex. G,** Expert Report of Byron Bloch, at 4–12, 16; **Ex. F,** |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████ ███████████████████ ██████ | Expert Report of Michael Nranian, at ¶¶ 5–9, 18–39, 41, 44–50; **Ex. P,** Rebuttal Expert Report of Michael Nranian, at ¶¶ 6–12, 14–25, 31–36, 39, 41–42, 45, 47–58. |
| 8. | Plaintiff's expert Michael Nranian ███████████████████████ ██████████████ ███████ | **Ex. F,** Expert Report of Michael Nranian, at ¶¶ 5–9, 18–39, 41, 44–50; **Ex. P,** Rebuttal Expert Report of Michael Nranian, at ¶¶ 6–12, 14–25, 31–36, 39, 41–42, 45, 47–58; Nranian Tr. at 112:16-21, 113:6-17, 115:3-13, 118:12–17, 133:24-134:2, 135:19-136:8, 150:12-21, 153:12-21, 156:21-157:10, 161:18-162:5, 165:3-22, 187:1–14, 190:7–24. |
| 9. | Plaintiff's expert Michael Nranian ███████████████████████ ████████ | Nranian Tr. at 113:6-17, 135:19-136:8, 150:12-21, 156:21-157:10, 161:18-162:5 |
| 10. | Plaintiff's expert Byron Bloch ███ ███████████████████████ ████████████████ | **Ex. G,** Expert Report of Byron Bloch, at 4–12, 16; Bloch Tr. at 16:15–17:4, 217:12–218:2, 218:15–219:15, 224:5–225:1, |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  |  | 226:5–10, 230:13–231:10, 247:20–248:14. |
| 11. | Plaintiff's expert Byron Bloch testified ▇▇▇ | Bloch Tr. at 218:15–219:15, 226:5–10. |
| 12. | Plaintiff's expert Graham Farrell ▇▇▇ | Farrell Tr. at 83:6-11. |
| 13. | Plaintiff's expert Michael Nranian opined that ▇▇▇ | **Ex. F,** Expert Report of Michael Nranian, at ¶¶ 9, 61; Nranian Tr. at 118:12–17, 187:2–9, 190:7–24. |
| 14. | Plaintiff's expert Byron Bloch opined that ▇▇▇ | **Ex. G,** Expert Report of Byron Bloch, at 14; Bloch Tr. at 174:13–20, 224:5–225:1. |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | **Madison Has Failed to Adduce Evidence to Support its Public Nuisance and Negligence Claims** | |
| 15. | When asked in written discovery to identify the date on which the public nuisance began, Madison did not provide such date. | **Ex. O**, Madison's Responses and Objections to Defendants' Phase 1 Interrogatories, at No. 8. |
| 16. | Plaintiff's expert, Michael Nranian, testified that ████████████████ ████████████████ ████████████████ ████████████████ ████████████. | Nranian Tr. at 46:25–47:6 |
| 17. | There is no evidence that any of Plaintiff's experts reviewed or analyzed the police reports Plaintiff produced in this case. | Farrell Tr. 22:18–21, 110:25-111:4, 224:25–225:4; Roman Tr. 106:23–107:10, 116:9–24, 129:10–130:5, 133:9–16; Nranian Tr. 226:18–227:4; Alpert Tr. 48:11–14; Mourtgos Tr. 31:14–17; **Ex. S**, Rebuttal Expert Report of Eric Grodsky, at Appendix 1 |
| 18. | ████████████████████████ ████████████████████████. | **Ex. B**, Expert Report of Crystal Yang, at ¶¶ 15(b), 60; **Ex. E**, Expert Report of Stanley Warren, at ¶ 5; **Ex. L**, Rebuttal Expert Report of Crystal Yang, at ¶ 25. |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 19. | From 2011 to 2021, the number of overall vehicle thefts in Madison was increasing. | **Ex. A,** Madison's Second Amended Plaintiff Fact Sheet, at ¶ 35. |
| 20. | From 2021 to 2024, the number of overall auto thefts in Madison decreased from 837 thefts in 2021 to 694 thefts in 2022 to 469 thefts in 2023 to 306 thefts in 2024. | **Ex. A,** Madison's Second Amended Plaintiff Fact Sheet, at ¶ 35. |
| 21. | The number of overall auto thefts in Madison in 2024 (306) was less than the number of overall auto thefts in Madison in 2016 (386). | **Ex. A,** Madison's Second Amended Plaintiff Fact Sheet, at ¶ 35. |
| 22. | Madison admits that from 2021 to 2024, the number of overall auto thefts in Madison has decreased every year. | **Ex. M**, Madison's Responses and Objections to Defendants' First Set of RFAs, at Nos. 1–3 |
| 23. | Madison admits that from 2021 to 2024, car thefts as a percentage of all crimes decreased every year. | **Ex. M**, Madison's Responses and Objections to Defendants' First Set of RFAs, at Nos. 6–8 |
| 24. | Shon Barnes, the former Chief of Police in the Madison Police Department, ███████████ ███████████████████████ ███████████████████████. | Barnes Tr. at 134:1–7 |
| 25. | Lieutenant Scott Reitmeier of the Madison Police Department ███ | Reitmeier Tr. at 63:19–64:13 |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  | ███████████████ <br> ███████████████ <br> ████ |  |
| 26. | Eleazer Lee Hunt, the Madison Police Department's former Police Director of Data, Innovation, and Reform, ███████████████ <br> ███████████████ <br> ████ | Hunt Tr. (Oct. 23, 2025) at 115:17–122:1 |
| 27. | Mayor Satya Rhodes-Conway ███████████████ <br> ███████████████ <br> ███████████████. | Rhodes-Conway Tr. at 110:12–111:4 |
| 28. | Daniel Nale, the Madison Police Department's former Police Director of Data, Innovation, and Reform, testified that ███████████ <br> ███████████████ <br> ███████████████ <br> ███████ | Nale Tr. at 22:10–17 |
| 29. | An April 30, 2025 Inter-Departmental Correspondence memorandum from the City of Madison Common Council Alders to John Patterson, Chief of Police, shows that the number of | **Ex. C**, Inter-Departmental Correspondence Memorandum dated April 30, 2025, at -187. |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  | stolen cars in Madison declined from 2022 to 2025. |  |
| 30. | Social media platforms have community guidelines, content moderation policies, and other tools that prohibit portrayal of criminality. | **Ex. D,** Rebuttal Expert Report of Karen North, at ¶¶ 52–57, 89 & Appendices C–I. |
| 31. | ███████████████████████ ███████████████████ ███████ | **Ex. D,** Rebuttal Expert Report of Karen North, at ¶ 98 |
| 32. | ███████████████████████ ████████████████████ ███████████████████████ ████████████████████ ██████████████ | **Ex. E,** Expert Report of Stanley Warren, at ¶ 5; **Ex. L,** Rebuttal Expert Report of Crystal Yang, at ¶ 25 |
| 33. | ███████████████████████ ██████████████████ ████████████████████ █████████████████ █████████████████████ | **Ex. B,** Expert Report of Crystal Yang, at ¶¶ 106–110 & Ex. 12; Yang Tr. at 222:21–224:9 |
| 34. | ███████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████ | **Ex. B,** Expert Report of Crystal Yang, at ¶¶ 106–110 & Ex. 12; Farrell Tr. (Feb. 9, 2026) at 222:21–224:9 |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 35. | The social media platform TikTok did not exist in the United States prior to 2017. | **Ex. D,** Rebuttal Expert Report of Karen North, at ¶¶ 89, 96; Dkt. 220-6 |
| 36. | ██████████████████████████████ ██████████████████████████ ████████████████████████████ ████ | **Ex. B**, Expert Report of Crystal Yang, at ¶ 33; **Ex. D**, Rebuttal Expert Report of Karen North, at ¶¶ 46–49, 52–57 |
| 37. | Lieutenant Scott Reitmeier of the Madison Police Department ████ ████████████████████████████ ██████████████████ | Reitmeier Tr. at 183:18–184:6 |
| 38. | Madison's vehicle theft data shows that thefts of Hyundais and Kias increased to 146 thefts in 2022 from 83 thefts in 2021. | **Ex. A**, Madison's Second Amended Plaintiff Fact Sheet, at ¶ 35. |
| 39. | Madison's vehicle theft data shows that thefts of Hyundais and Kias decreased to 132 thefts in 2023 from 146 thefts in 2022. | **Ex. A**, Madison's Second Amended Plaintiff Fact Sheet, at ¶ 35; **Ex. B**, Expert Report of Crystal Yang, Ex. 12; **Ex. M,** Madison's Responses and Objections to Defendants' First Set of RFAs, at No. 4 |
| 40. | Madison's vehicle theft data shows that thefts of Hyundais and Kias | **Ex. A**, Madison's Second Amended Plaintiff Fact Sheet, at ¶ 35; **Ex. B**, Expert Report of |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  | decreased to 46 thefts in 2024 from 132 thefts in 2023. | Crystal Yang, Ex. 12; **Ex. M,** Madison's Responses and Objections to Defendants' First Set of RFAs, at No. 5 |
| 41. | ██████████████████████████ ██████████████████████████ ██████████████████████████ | Valenta Tr. at 90:22–91:5; Cleary Tr. at 99:17–22; Barnes Tr. at 87:8–88:10; **Ex. H,** 2021 COPS Microgrants Application, at -844; **Ex. I,** Midtown Strategic Plan, at -416; **Ex. J,** 2021 MIDTOWN Summer Strategic Plan Report, at -964; **Ex. K,** City of Madison Police Department Memorandum dated October 26, 2021. |
| 42. | Plaintiff's expert, Michael Nranian testified that ██████████ ██████████████████████████ | Nranian Tr. 97:4–98:23 |
| **Madison Has Failed to Show That it is Entitled to Any Damages Arising from The Kia Boyz Thefts** ||| 
| 43. | There is no evidence Madison hired additional police officers to respond to Kia Boyz thefts. | **Ex. R,** Madison's Objections and Responses to Defendants' First Set of Phase 2 Interrogatories, at No. 19; Roman Tr. 132:10–13; Schmiedicke Tr. at 238:10–13; Valenta Tr. at 66:3–10; Barnes |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | Tr. at. 65:19–67:1; **Ex. M**, Madison's Responses and Objections to Defendants' First Set of RFAs, at Nos. 9–10, 19. |
| 44. | There is no evidence that Madison sought additional funds to respond to Kia Boyz thefts. | **Ex. R**, Madison's Objections and Responses to Defendants' First Set of Phase 2 Interrogatories, at No. 19; Roman Tr. 132:6–9; **Ex. N,** Rebuttal Expert Report of Mike Fahlman, at ¶ 39; Nachtigal Dep. 178:2–25, 179:15–20; Schmiedicke Tr. at 145:24–146:3; Cleary Tr. at 163:14–165:2 |
| 45. | There is no evidence that Madison diverted any funds to respond to Kia Boyz thefts. | Nachtigal Tr. at 179:1–180:2; Schmiedicke Tr. at 219:10–15 |
| 46. | There is no evidence that Madison's revenues were impacted or that it incurred any expenditures as a result of the Kia Boyz thefts. | **Ex. N**, Rebuttal Expert Report of Mike Fahlman, at ¶ 38; **Ex. R**, Madison's Objections and Responses to Defendants' First Set of Phase 2 Interrogatories, at No. 19; Roman Tr. 240:21–241:14; Barnes Tr. at 133:10–18; Schmiedicke Tr. at 106:23–107:4, 117:6–118:13, 122:15–22, |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  |  | 129:5–8, 136:5–16, 137:5–8 145:24–146:3, 219:10–15; Reitmeier Tr. at 63:16–18; Nachtigal Tr. at 178:10–180:2; Cleary Tr. at 163:14-166:9; Valenta Tr. at 155:21-161:4. |
| 47. | David Schmiedicke, Madison's Director of Finance, testified that ▉ | Barnes Tr. at 133:10–18; Schmiedicke Tr. at 106:23–107:4, 117:6–118:13, 122:15–22, 129:5–8, 137:5–8 145:24–146:3, 219:10–15 |
| 48. | David Schmiedicke, Madison's Director of Finance, testified that ▉ | Schmiedicke Tr. at 80:24–81:4 |
| 49. | David Schmiedicke, Madison's Director of Finance, testified that ▉ | Schmiedicke Tr. at 123:4–5 |
| 50. | Plaintiff's expert, Jonathan Roman testified that ▉ | Roman Tr. 79:12–16 |
| 51. | Plaintiff's expert, Jonathan Roman, testified that ▉ | Roman Tr. at 260:16-261:3 |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  | ██████████████ |  |
|  | ████████ |  |
| 52. | Madison's counsel stated that the municipal cost recovery rule would apply here to bar recovery unless Madison experienced something "above a baseline level of crime." | **Ex. Q**, Tr. of April 8, 2025 Oral Argument before the Ninth Circuit, at 10. |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 53. | When asked in written discovery to "[i]dentify with specificity (i) the 'baseline level of crime . . . that you cannot recover costs from a third party tortfeasor under the principle of the municipal cost recovery rule; and (ii) the level of crime above this 'baseline' level that You contend . . . would trigger Your ability to recover costs from such a third party," Madison did not provide a substantive answer and deferred to expert discovery. | **Ex. R**, Madison's Objections and Responses to Defendants' First Set of Phase 2 Interrogatories, at No. 18. |

DATED: February 20, 2026  QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Steven G. Madison
    Steven G. Madison (SBN: 101006)
    stevemadison@quinnemanuel.com
    Justin C. Griffin (SBN: 234675)
    justingriffin@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

*Attorney for Defendants Hyundai Motor America and Kia America, Inc.*