QUINN EMANUEL URQUHART & SULLIVAN LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Madison v. Hyundai Motor Am., et al.*, Civ. A. No. 8:23-00555 (C.D. Cal.) | **Case No. 8:22-ML-3052-JVS-(KESx)**<br><br>**The Honorable James V. Selna**<br><br>**DECLARATION OF STEVEN G. MADISON IN SUPPORT OF DEFENDANTS HYUNDAI MOTOR AMERICA AND KIA AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT** |

# DECLARATION OF STEVEN G. MADISON

I, Steven G. Madison, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Defendants Kia America, Inc. ("KA") and Hyundai Motor America ("HMA") in the above-captioned matters. The facts in this declaration are based on my personal knowledge, and if called and sworn as a witness I could testify competently thereto.

2. Per the Court's instructions at the February 20, 2026, conference, rather than file deposition transcripts cited in Defendants' Motion for Summary Judgment and Motions to Exclude, counsel for Defendants will cause the complete deposition transcripts and exhibits thereto to be lodged with the court.

3. Citations to documents other than deposition transcripts will be filed concurrently with and as attachments to the motions in which they are cited. The exhibits attached hereto are cited in Defendants' Motion for Summary Judgment.

4. Attached hereto as **Exhibit A** is a true and correct copy of Madison's Second Amended Plaintiff Fact Sheet.

5. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of Crystal Yang.

6. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Madison titled "Inter-Departmental Correspondence Memorandum," dated April 30, 2025.

7. Attached hereto as **Exhibit D** is a true and correct copy of the Rebuttal Expert Report of Karen North.

8. Attached hereto as **Exhibit E** is a true and correct copy of the Expert Report of Stanley Warren.

9. Attached hereto as **Exhibit F** is a true and correct copy of the Expert Report of Michael Nranian.

10. Attached hereto as **Exhibit G** is a true and correct copy of the Expert Report of Byron Bloch.

11. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Madison titled "2021 COPS Community Policing Development (CPD) Microgrants Application."

12. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by Madison titled "Midtown District Strategic Plan," dated August 26, 2021.

13. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by Madison titled "2021 MIDTOWN Summer Strategic Plan (MSP) Report."

14. Attached hereto as **Exhibit K** is a true and correct copy of a City of Madison Police Department Memorandum produced by Madison, dated October 26, 201.

15. Attached hereto is **Exhibit L** is a true and correct copy of the Rebuttal Expert Report of Crystal Yang.

16. Attached hereto as **Exhibit M** is a true and correct copy of Madison's Responses and Objections to Defendants' First Set of Requests for Admission.

17. Attached hereto as **Exhibit N** is a true and correct copy of the Rebuttal Expert Report of Mike Fahlman.

18. Attached hereto as **Exhibit O** is a true and correct copy of Madison's Responses and Objections to Defendants' Phase 1 Interrogatories.

19. Attached hereto as **Exhibit P** is a true and correct copy of the Rebuttal Expert Report of Michael Nranian.

20. Attached hereto as **Exhibit Q** is a true and correct copy of the transcript from the April 8, 2025 Oral Argument before the Ninth Circuit in *City of Buffalo, et al. v. Hyundai Motor America, Inc.*, et al., No. 24-2350.

21. Attached hereto as **Exhibit R** is a true and correct copy of Madison's Responses and Objections to Defendants' First Set of Phase 2 Interrogatories.

22. Attached hereto as **Exhibit S** is a true and correct copy of the Rebuttal Expert Report of Eric Grodsky.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2026, at Los Angeles, California.

*/s/ Steven G. Madison*
Steven G. Madison