# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*: Governmental Entities Track | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**SECOND AMENDED GOVERNMENTAL ENTITY PLAINTIFF FACT SHEET** |

## Instructions

Use of this fact sheet. Every governmental entity plaintiff whose lawsuit against Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and/or Kia America, Inc., has been consolidated or related to MDL 3052 must complete this Plaintiff Fact Sheet. This Plaintiff Fact Sheet constitutes discovery responses subject to the Federal Rules of Civil Procedure. The information provided will be used only for purposes related to this litigation and may be disclosed only as permitted by the Protective Order entered in this action.

Terms used.

a. "**Document**" refers to documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

b. "**Subject Vehicles**" refers to the following vehicles that were designed, manufactured, or distributed without engine immobilizers in model years 2011 through 2022: Hyundai Accent, Elantra, Elantra GT, Elantra Coupe, Elantra Touring, Genesis Coupe, Kona, Palisade, Santa Fe, Santa Fe Sport, Santa Fe XL, Sonata, Tucson, Veloster, Venue, and Veracruz; and the Kia Forte, K5, Optima, Rio, Sedona, Seltos, Sorento, Soul, and Sportage.

c. "**You**" and "**Your**" refers to the governmental entity completing this fact sheet, including any police department or similar agency or division over which You exercise control.

Instructions regarding requests for information. You must provide information reasonably available to You. Do not leave any questions unanswered or

blank; if You contend any information requested is not reasonably accessible, provide as much information as You can. You should insert additional space where necessary to answer the questions completely. None of the requests are designed to require an expert evaluation or limit expert testimony.

<u>Instructions regarding Document requests</u>. For each question seeking Documents, You are required to conduct a reasonable search for responsive Documents. If you locate any responsive Documents, indicate so in response to the request below and, where requested, provide copies of the Documents as they are kept in the ordinary course of business.

<u>Timeframe</u>. The timeframe for responses to these questions is between 2011 and the present.

**Plaintiff reserves the right to amend, supplement, correct, clarify, or otherwise revise the information contained herein based on further discovery and investigation.**

## I. Who is Completing the Plaintiff Fact Sheet

1. Name of Plaintiff:

   <u>City of Madison</u>

2. Name(s) of individual(s) completing this Fact Sheet:

   <u>Andrew Schauer</u>

3. Role within Plaintiff's organization:

   <u>Assistant City Attorney</u>

## II. Case and Attorney Contact Information

4. Case caption and number:

   <u>City of Madison v. Hyundai Motor America and Kia America, Inc.</u>, No. 8:23-cv-555 (C.D. Cal.)

5. Contact attorney name: <u>Gretchen Freeman Cappio</u>

6. Firm: <u>Keller Rohrback L.L.P.</u>

7. Telephone number: <u>(206) 623-1900</u>

8. E-mail address: <u>gcappio@kellerrohrback.com</u>

2

9. Description of whom You represent in this lawsuit:

   City of Madison

III. **Structural Information**

10. Identify each of Your department(s), division(s), and unit(s) that are or were responsible for compiling or evaluating data relating to the theft of the Subject Vehicles and any alleged related crimes since 2011:

    Based on a reasonable investigation and upon information and belief, Plaintiff states that the Madison Police Department ("MPD"), Records Unit is and has been responsible since 2011 for compiling or evaluating data relating to the theft of the Subject Vehicles and related crimes. Plaintiff reserves the right to supplement this answer based on additional information.

11. For each division, department, and unit You listed in response to Question 10, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

    Based on a reasonable investigation and upon information and belief, Plaintiff states that Lee Hunt is the Director of Police Reform, Data and Innovation, and Simone Munson is the Records Manager who are most knowledgeable about the compilation or evaluation of data relating to the theft of the Subject Vehicles and related crimes in Plaintiff's jurisdiction. Plaintiff reserves the right to supplement this answer based on additional information.

12. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 10?

    _X_ Yes ___ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

    Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available organizational charts applicable to the MPD, Records Unit ("Records Unit") since 2011. Plaintiff reserves the right to supplement this answer based on additional information.

13. For each department, division, and unit You listed in response to Question 10, identify any Document management system it has used and

3

generally describe its practices (e.g., where and how) for storing Documents since 2011.

<u>Based on a reasonable investigation and upon information and belief, Plaintiff states that since 2011 the Records Unit has used the proprietary software Law Enforcement Records Management System ("LERMS") through Tyler Technologies for its central Records Management System ("RMS"). Generally, LERMS stores records of computer-aided dispatch ("CAD") call notes, case report narratives, evidence, crime stats, and person and vehicle activity to include alerts and arrests in Plaintiff's jurisdiction. The majority of the case reports, persons, and vehicles are merged daily by staff with the Records Unit through a mobile software connected to the LERMS database. Call notes are imported daily from the 911 center through an automated interface with LERMS. Each department, division, or unit listed in response to Question 10 uses Outlook and Teams. Plaintiff reserves the right to supplement this answer based on additional information.</u>

14. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 10?

    _X_ Yes ___ No

    **If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available document retention schedules applicable to the Records Unit since 2011. Plaintiff reserves the right to supplement this answer based on additional information.</u>

15. Identify each of Your department(s), division(s), and unit(s) that are or were responsible since 2011 for creating and/or implementing policies related to the theft of Subject Vehicles and any alleged related crimes:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that the MPD, Investigative and Specialized Services Division and Field Operations Division (collectively, "the Divisions") are and have been responsible since 2011 for creating and/or implementing policies related to the theft of vehicles and related crimes. Plaintiff reserves the right to supplement this answer based on additional information.</u>

16. For each division, department, and unit You listed in response to Question 15, identify the person(s) within each department, division, and

unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

<u>Based on a reasonable investigation and upon information and belief, Plaintiff states that Assistant Chief Paige Valenta is the person at the Divisions who is most knowledgeable about the creation and/or implementation of policies related to the theft of vehicles and related crimes in Plaintiff's jurisdiction. Regarding the Divisions identified in Question No. 15, Plaintiff confirms that Assistant Chief Paige Valenta currently oversees the Investigative and Specialized Services Division (since January 2023) and oversaw the Field Operations Division prior to her current role (from January 2019 to January 2023). Plaintiff reserves the right to supplement this answer based on additional information.</u>

17. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 15?

    _X_ Yes ___ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available organizational charts applicable to the Divisions since 2011. Plaintiff reserves the right to supplement this answer based on additional information.</u>

18. For each department, division, and unit You listed in response to Question 15, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that since 2011 the Divisions policies and standard operating procedures related to vehicle thefts and related crimes are kept in SharePoint, on the City's local computer network. Each department, division, or unit listed in response to Question 15 uses Outlook and Teams, as well as a Mobile Data Computer (MDC) system to chat between squads. Plaintiff reserves the right to supplement this answer based on additional information.</u>

19. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 15?

5

  X  Yes ___ No
**If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

<u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available document retention schedules applicable to the Divisions since 2011. Plaintiff reserves the right to supplement this answer based on additional information.</u>

20. Identify each of Your department(s), division(s), and unit(s) that are or were responsible since 2011 for responding to, investigating, and/or referring for prosecution or prosecuting (or undertaking the applicable procedure for juveniles, as applicable) the alleged thefts of vehicles including the Subject Vehicles as alleged in Your complaint, and any alleged related crimes:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states the following:</u>

    <u>Since 2011, the Madison Police Department, Field Operations Division and Investigative & Specialized Services Division (collectively, "the Divisions) are responsible for responding to and investigating the alleged thefts of vehicles, as alleged in the complaint. The Madison Police Department's Criminal Intake Unit ("CIU"), which is part of MPD's Investigative and Specialized Services Division, refers crimes for prosecution. Plaintiff further states that it does not have authority to prosecute motor vehicle thefts. Plaintiff reserves the right to supplement this answer based on additional information.</u>

21. For each division, department, and unit You listed in response to Question 20, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that Assistant Chief Paige Valenta is the individual most knowledgeable about the roles of the Divisions, including the Criminal Intake Unit, in responding to and investigating the thefts and related crimes alleged in Plaintiff's complaint. Regarding the Divisions and Unit identified in Question No. 20, Plaintiff confirms that Assistant Chief Paige Valenta currently oversees the Investigative and Specialized Services Division—which includes the CIU—and has done so since January 2023, and oversaw the Field Operations Division prior to her current role (from January 2019 to January 2023). Plaintiff does not have authority to prosecute motor vehicle thefts. Plaintiff reserves the right to supplement this answer based on additional information.</u>

22. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 20?

    _X_ Yes ___ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available organizational charts applicable to the Divisions since 2011. Plaintiff further asserts that there are not more specific organizational charts for the Criminal Intake Unit. Plaintiff reserves the right to supplement this answer based on additional information.</u>

23. For each department, division, and unit You listed in response to Question 20, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that since 2011 the Divisions, including the Criminal Intake Unit, have used the proprietary software LERMS through Tyler Technologies for its central RMS. Generally, LERMS stores records of CAD call notes, case report narratives, evidence, crime stats, and person and vehicle activity to include alerts and arrests in Plaintiff's jurisdiction. The majority of the case reports, persons, and vehicles are merged daily by staff with the Records Unit through a mobile software connected to the LERMS database. Call notes are imported daily from the 911 center through an automated interface with LERMS. Each department, division, or unit listed in response to Question 20 uses Outlook and Teams, as well as a Mobile Data Computer (MDC) system to chat between squads. Plaintiff reserves the right to supplement this answer based on additional information.</u>

24. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 20?

    _X_ Yes ___ No

7

**If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

<u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available document retention schedules applicable to the Divisions, including the Criminal Intake Unit, since 2011. Plaintiff reserves the right to supplement this answer based on additional information.</u>

25. Identify each of Your department(s), division(s), and unit(s) that are or were responsible since 2011 for preparing budgets and/or tracking spending for Your law enforcement and any prosecutorial agencies:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that the MPD, Finance Unit ("Finance Unit") is and has been responsible since 2011 for preparing budgets and/or tracking spending for Plaintiff's law enforcement. Plaintiff further states that it does not have authority to prosecute motor vehicle thefts. Plaintiff reserves the right to supplement this answer based on additional information.</u>

26. For each division, department, and unit You listed in response to Question 25, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that Assistant Chief John Patterson is most knowledgeable about Finance Unit's budget preparation and/or tracking of spending for Plaintiff's law enforcement. Plaintiff confirms that Assistant Chief John Patterson oversees Support & Community Outreach, which includes the Finance Unit as identified in the produced Organizational Charts. Plaintiff reserves the right to supplement this answer based on additional information.</u>

27. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 25?

    __X__ Yes ___ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

8

<u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing available organizational charts applicable to the Finance Unit since 2011. Plaintiff does not have organizational charts for the Finance Unit for prior years. Plaintiff reserves the right to supplement this answer based on additional information.</u>

28. For each department, division, and unit You listed in response to Question 25, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that since 2011 the Finance Unit has used Tyler Technologies – Enterprise ERP system ("Munis") as its Finance / Budgeting / Payroll computer system since 2015. From 1997 through 2014, the City used SxD Financials. Administrators also use the City's general computer network for records. The Munis records are used to manage core functions, including financials, procurement, HR payroll, expenditures, and revenues. Individual organization and object codes are tracked in Munis, and then staff can create reports showing expenditures by functional areas (such as districts or teams) or by expense type (e.g., work supplies, computer supplies, travel/training, etc.). MPD Administrators also use data kept in Munis to create budget requests, reports, and presentations. Each department, division, or unit listed in response to Question 25 uses Outlook and Teams. Plaintiff reserves the right to supplement this answer based on additional information.</u>

29. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 25?

    _X_ Yes ___ No

    **If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available document retention schedules applicable to the Finance Unit since 2011. Plaintiff reserves the right to supplement this answer based on additional information.</u>

30. Identify any of Your department(s), division(s), and unit(s) not identified in response to the prior questions that You contend has been impacted by the conduct alleged in Your complaint:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that other than the departments, divisions, and units</u>

<pre>  </pre>identified in response to prior questions, the Madison Fire Department ("MFD") has also been impacted by the conduct alleged in Plaintiff's complaint. Plaintiff reserves the right to supplement this answer based on additional information.

31. For each division, department, and unit You listed in response to Question 30, identify the person(s) within each department, division, and unit who is most knowledgeable about the topics for which You identified that department, division, or unit:

    Based on a reasonable investigation and upon information and belief, Plaintiff states that Assistant Chief Jeffrey Larson is the individual most knowledgeable about how the MFD has been impacted by the conduct alleged in the complaint. Plaintiff reserves the right to supplement its answer to Question 31 based on additional information.

32. Do You have in Your possession, custody, or control any organizational charts or similar Document reflecting the roles and responsibilities of individuals in each of the department(s), division(s), and unit(s) you listed in response to Question 30?

    _X_ Yes ___ No

    **If yes**, provide a copy of the Document(s) since 2011 that are responsive to this question.

    Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available organizational charts applicable to the MFD since 2011. Plaintiff reserves the right to supplement this answer based on additional information.

33. For each department, division, and unit You listed in response to Question 30, identify any Document management system it has used and generally describe its practices (e.g., where and how) for storing Documents since 2011.

<u>Based on a reasonable investigation and upon information and belief, Plaintiff states that since 2011 the MFD has used the Image Trend Elite document management system. Generally, the Image Trend Elite records store National Fire Incident Reporting System reports of all incidents (fires, rescues, emergency medical services ("EMS"), hazmat, etc.). Paramedics use the software to enter patient pre-hospital care EMS reports. Plaintiff's Community Alternative Response Emergency Services ("CARES") Team uses the software to input their reports for behavioral health emergencies. MFD's Administrative Support Staff use the software to pull reports in order to fill fire report requests, patient EMS requests, and Freedom of Information Act requests. They also export incident reports from Image Trend Elite into the Federal Emergency Management Agency's NIFRS database to obtain and accurately assess fire issues and trends on a national level. The Image Trend Elite records are stored with Microsoft's Azure Cloud hosting site. Each department, division, or unit listed in response to Question 30 uses Outlook and Teams. Plaintiff reserves the right to supplement this answer based on additional information.</u>

34. Do You have in Your possession, custody, or control any Document retention schedules reflecting how Documents are stored or maintained by those department(s), division(s), and unit(s) You identified in response to Question 30?

    \_X\_ Yes \_\_ No

    **If yes**, provide a copy of the operative Document retention schedules since 2011 that are responsive to this question.

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff is producing the available document retention schedules applicable to the MFD since 2011. Plaintiff reserves the right to supplement this answer based on additional information.</u>

IV. **Foundational Information**

35. Based on information reasonably available to You, provide the number of Hyundai and Kia thefts and automobile thefts reported in your geographical area since January 1, 2011 on a month-by-month basis:

| 2011 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 6 |
| Kia | 2 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 6 |

11

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Makes | 30 | 27 | 18 | 31 | 36 | 31 | 33 | 29 | 20 | 24 | 22 | 23 | **324** |
| Total | **33** | **30** | **18** | **32** | **36** | **31** | **34** | **31** | **20** | **24** | **22** | **25** | **336** |

| 2012 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 0 | 0 | 1 | 2 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | **7** |
| Kia | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | **4** |
| Other Makes | 10 | 20 | 24 | 24 | 23 | 15 | 14 | 24 | 20 | 16 | 22 | 10 | **222** |
| Total | **10** | **20** | **25** | **26** | **23** | **18** | **15** | **26** | **20** | **16** | **23** | **11** | **233** |

| 2013 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | **5** |
| Kia | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | **7** |
| Other Makes | 16 | 16 | 7 | 15 | 19 | 13 | 23 | 30 | 31 | 20 | 18 | 17 | **225** |
| Total | **17** | **16** | **8** | **17** | **20** | **13** | **23** | **32** | **32** | **22** | **20** | **17** | **237** |

| 2014 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | **4** |
| Kia | 0 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 2 | 0 | 0 | **7** |
| Other Makes | 16 | 17 | 15 | 19 | 25 | 17 | 19 | 20 | 29 | 18 | 12 | 15 | **222** |
| Total | **16** | **19** | **17** | **19** | **27** | **18** | **19** | **20** | **30** | **20** | **13** | **15** | **233** |

| 2015 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 1 | 0 | 1 | 2 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | **9** |
| Kia | 2 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | **7** |
| Other Makes | 14 | 16 | 8 | 15 | 12 | 29 | 27 | 28 | 15 | 17 | 20 | 32 | **233** |

| Total | | 17 | 17 | 9 | 18 | 12 | 30 | 29 | 30 | 16 | 19 | 20 | 32 | 249 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 2016 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 2 | 0 | 1 | 2 | 3 | 4 | 4 | 1 | 2 | 0 | 0 | 1 | 20 |
| Kia | 2 | 0 | 0 | 3 | 2 | 0 | 0 | 1 | 1 | 0 | 3 | 3 | 15 |
| Other Makes | 22 | 16 | 27 | 31 | 16 | 33 | 59 | 30 | 28 | 34 | 27 | 28 | 351 |
| Total | 26 | 16 | 28 | 36 | 21 | 37 | 63 | 32 | 31 | 34 | 30 | 32 | 386 |

| 2017 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 4 | 2 | 0 | 2 | 4 | 0 | 0 | 2 | 1 | 1 | 0 | 1 | 17 |
| Kia | 3 | 1 | 1 | 1 | 2 | 0 | 1 | 1 | 2 | 0 | 2 | 6 | 20 |
| Other Makes | 32 | 23 | 30 | 21 | 32 | 36 | 47 | 43 | 40 | 37 | 46 | 52 | 439 |
| Total | 39 | 26 | 31 | 24 | 38 | 36 | 48 | 46 | 43 | 38 | 48 | 59 | 476 |

| 2018 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 3 | 0 | 2 | 1 | 3 | 4 | 0 | 2 | 1 | 7 | 1 | 2 | 26 |
| Kia | 0 | 1 | 4 | 1 | 2 | 1 | 1 | 3 | 1 | 1 | 2 | 2 | 19 |
| Other Makes | 63 | 39 | 35 | 31 | 37 | 53 | 58 | 57 | 55 | 60 | 51 | 47 | 586 |
| Total | 66 | 40 | 41 | 33 | 42 | 58 | 59 | 62 | 57 | 68 | 54 | 51 | 631 |

| 2019 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 2 | 0 | 1 | 1 | 1 | 1 | 2 | 5 | 1 | 2 | 2 | 5 | 23 |
| Kia | 2 | 2 | 1 | 0 | 0 | 3 | 2 | 2 | 2 | 1 | 4 | 5 | 24 |
| Other Makes | 69 | 51 | 41 | 40 | 52 | 58 | 65 | 55 | 36 | 38 | 53 | 76 | 634 |
| Total | 73 | 53 | 43 | 41 | 53 | 62 | 69 | 62 | 39 | 41 | 59 | 86 | 681 |

| 2020 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 4 | 3 | 2 | 2 | 2 | 0 | 4 | 5 | 10 | 5 | 1 | 6 | **44** |
| Kia | 1 | 0 | 4 | 1 | 3 | 1 | 6 | 5 | 2 | 6 | 0 | 2 | **31** |
| Other Makes | 78 | 42 | 56 | 37 | 42 | 65 | 101 | 60 | 68 | 61 | 36 | 58 | **704** |
| Total | **83** | **45** | **62** | **40** | **47** | **66** | **111** | **70** | **80** | **72** | **37** | **66** | **779** |

| 2021 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 6 | 3 | 4 | 2 | 1 | 6 | 5 | 3 | 2 | 3 | 3 | 4 | **42** |
| Kia | 2 | 7 | 2 | 1 | 3 | 3 | 6 | 2 | 2 | 6 | 3 | 4 | **41** |
| Other Makes | 62 | 75 | 50 | 51 | 55 | 73 | 80 | 89 | 59 | 56 | 62 | 42 | **754** |
| Total | **70** | **85** | **56** | **54** | **59** | **82** | **91** | **94** | **63** | **65** | **68** | **50** | **837** |

| 2022 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 4 | 1 | 2 | 2 | 1 | 14 | 18 | 6 | 2 | 1 | 1 | 3 | **55** |
| Kia | 4 | 5 | 3 | 2 | 2 | 21 | 20 | 17 | 2 | 6 | 4 | 5 | **91** |
| Other Makes | 60 | 50 | 40 | 30 | 43 | 45 | 56 | 64 | 43 | 47 | 34 | 36 | **548** |
| Total | **68** | **56** | **45** | **34** | **46** | **80** | **94** | **87** | **47** | **54** | **39** | **44** | **694** |

| 2023 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 4 | 11 | 4 | 3 | 5 | 5 | 8 | 5 | 1 | 5 | 1 | 4 | **56** |
| Kia | 4 | 5 | 5 | 15 | 6 | 3 | 8 | 11 | 3 | 8 | 4 | 4 | **76** |
| Other Makes | 35 | 19 | 22 | 30 | 25 | 40 | 42 | 24 | 16 | 29 | 34 | 21 | **337** |
| Total | **43** | **35** | **31** | **48** | **36** | **48** | **58** | **40** | **20** | **42** | **39** | **29** | **469** |

| 2024 Thefts | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyundai | 8 | 2 | 2 | 1 | 2 | 1 | 1 | 0 | 0 | 1 | 2 | 5 | **25** |
| Kia | 1 | 1 | 3 | 1 | 3 | 0 | 1 | 2 | 3 | 2 | 2 | 2 | **21** |
| Other Makes | 20 | 24 | 20 | 18 | 18 | 24 | 26 | 20 | 21 | 25 | 15 | 29 | **260** |
| **Total** | **29** | **27** | **25** | **20** | **23** | **25** | **28** | **22** | **24** | **28** | **19** | **36** | **306** |

36. Based on information reasonably available to You, provide the number of Other Crimes reported in your geographical area since January 1, 2011 on a month-by-month basis:

When responding to this question on September 9, 2024, Plaintiff reasonably interpreted "Other Crimes" to refer to crimes other than vehicle thefts. On January 10, 2025, the Special Master issued a report recommending that "the terms 'Other Crimes' is reasonably interpreted to refer to those 'Other Crimes' that flow from the thefts of the Subject Vehicles and for which GE Plaintiffs seek damages." Dkt. No. 735-1 at 8.

Pursuant to the Special Master's January 10, 2025 Report and Recommendation, Plaintiff withdraws its prior response to Request No. 36 and replaces that response with the following:

Plaintiff objects to this request in so far as it seeks information that will be the subject of expert discovery, which Plaintiff will provide in compliance with any deadline set by the Court. Nothing within this response should be construed as limiting the opinions of Plaintiff's experts. Plaintiff additionally objects in so far as Question 36 requests information not reasonably available to Plaintiff at this time and that is unduly burdensome and disproportionate to the needs of the case at this stage of the litigation, including information on other related crimes that would require the review of individual police reports, arrest reports, and other investigative records and for which aggregate statistical information relating such crimes to the theft of a Subject Vehicle is not readily available.

Subject to the foregoing objections, based on a reasonable investigation and belief, Plaintiff has provided statistics reasonably available to it on other related crimes that flow from the theft of the Subject Vehicles in HKThefts_Madison_00000024. This information includes crimes Plaintiff can directly tie to thefts of Hyundai or Kia vehicles through common identification numbers or other available fields maintained in the ordinary course of Plaintiff's law enforcement record management system that link such incidents and offenses. In some instances, the information reasonably available to Plaintiff is limited to crimes for which there was a motor vehicle offense that then was found to share a case number with

another crime. *See, e.g.*, Hunt Dep. 130:22–131:1, 139:13–16. To Plaintiff's knowledge, this information is likely underinclusive as it would not include crimes that flowed from the theft or attempted theft of the subject vehicles but are not tied to by a common identifier to an incident of motor vehicle theft or for which the make/model of the vehicle at issue is not readily available to Plaintiff or assessment of the harm caused by related other crimes. Such additional information, to the extent it exists, will likely become available as a result of expert review and analysis of police reports, arrest reports, and other investigative records. Plaintiff anticipates that as additional information becomes available, additional other related crimes are likely to be identified. Plaintiff reserves it right to supplement its response if and when additional information becomes available.

37. Do You have in Your possession, custody, or control, Documents that summarize or otherwise provide an overview of the number of arrests You have made for automobile thefts in Your geographical boundaries since 2011?

    _X_ Yes ___ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that its Records Unit maintains a database from which reports can be generated to provide summaries of arrests made for automobile thefts in its geographic boundaries since 2011. Plaintiff reserves the right to supplement this answer based on additional information.</u>

38. Do You have in Your possession, custody, or control, Documents that summarize or otherwise provide an overview of the number of prosecutions for automobile thefts in Your geographical boundaries since 2011?

    ___ Yes _X_ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

39. Do You have in Your possession, custody, or control, Documents that summarize or otherwise provide an overview of Your policies concerning investigations of, arrests for, and/or prosecutions of motor vehicle thefts since 2011?

    _X_ Yes ___ No

16

**If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

<u>Based on a reasonable investigation and upon information and belief, Plaintiff states that its Records Unit maintains policies concerning investigations of and arrests for motor vehicle thefts since 2011. Plaintiff further states that it does not have authority to prosecute motor vehicle thefts and therefore does not maintain any policies regarding prosecutions of such crimes. Plaintiff reserves the right to supplement this answer based on additional information.</u>

40. Identify each Defendant with which You have communicated regarding the theft of any Subject Vehicle since 2011 and when said communication(s) began:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that it has had communications with Defendant Hyundai Motor America regarding the theft of Subject Vehicles. Communications with Hyundai Motor America began in June 2022. Plaintiff reserves the right to supplement this answer based on additional information.</u>

41. Do You have in Your possession, custody, or control any Documents that summarize or otherwise provide an overview of the annual budget and/or expenditures since 2011 of Your department(s), if any, responsible for responding to and investigating thefts of motor vehicles?

      __X__ Yes ___ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

    <u>Based on a reasonable investigation and upon information and belief, Plaintiff states that the MPD, Finance Unit maintains documents that summarize or otherwise provide an overview of the annual budget and expenditures for the Police Department. The MFD also has Annual Reports that provide an overview of its annual budget and/or expenditures. The documents maintained do not necessarily track or itemize expenditures by theft or other crimes. Plaintiff reserves the right to supplement this answer based on additional information.</u>

42. Do You have in Your possession, custody, or control any Documents that summarize or otherwise provide an overview of the annual budget and/or expenditures since 2011 of Your department(s), if any, responsible for prosecuting thefts of motor vehicles?

    ___ Yes _X_ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

43. Do You have in Your possession, custody, or control any Documents that summarize or otherwise provide an overview of the annual budget and/or expenditures since 2011 of Your department(s), if any, responsible for diverting or rehabilitating individuals alleged to have stolen a motor vehicle?

    ___ Yes _X_ No

    **If yes**, identify the department(s), division(s), and unit(s) where those Documents are maintained:

## V. Certification

I, Andrew Schauer, hereby state:

I am the Assistant City Attorney, for the City of Madison, in the above-captioned case. I am authorized to make this verification with respect to the City of Madison's Fact Sheet responses.

The responses in this Fact Sheet are not necessarily within my personal knowledge, but the responses to this Fact Sheet represent a corporate response based on my reasonable investigation and information, in whole or in part, assembled by other City of Madison employees, counsel, and/or representatives. Subject to these limitations, the matters stated in these responses are true and correct to the best of my knowledge, information, and belief and on that basis I verify those responses on behalf of the City of Madison, reserving the right in the event that new, additional, or different information is discovered to revise or supplement the response as needed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief as of the date of this response.

| Signed by: *Andrew D Schauer* (3A4C3CFD6F884B8...) | Andrew Schauer | January 17, 2025 |
|---|---|---|
| Signature | Print Name | Date |