# EXHIBIT G



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ML-3052-JVS-(KESx) |
| | The Honorable James V. Selna |
| | **EXPERT REPORT OF BYRON BLOCH** |
| *This document relates to*: | |
| Governmental Entities Track | |

## I.    INTRODUCTION

My perspectives and opinions derive from my extensive background, experience and expertise in automotive safety design and technology over approximately 50 years. I have personally inspected hundreds of accident and exemplar vehicles, to determine how and why they were involved in collision incidents, and how and why the drivers and passengers were severely injured or killed. I have written many published papers on a variety of auto safety topics, and have lectured extensively to professional organizations and at colleges and universities.

Among my involvements and achievements are:

- Testified at U.S. Congressional Hearings on auto safety topics.
- Testified at NHTSA Hearings on auto safety defects.
- Recipient of Lifetime Achievement Award from the 2001 World Traffic Safety Symposium in New York.
- Recipient of Personal Recognition Award in 2013 by the Industrial Designers Society of America (IDSA) for long-time work in advancing auto safety.
- Taught seminar series on Auto Safety Design and Vehicle Crashworthiness at the University of Maryland, and co-sponsored by the Society of Automotive Engineers, in 1994.

I have repeatedly qualified and testified as an expert in auto safety design in Federal and State Courts across the Nation. Additional information about my background and qualifications are appended to this report as Exhibit 1.

The analysis, conclusions, and expert opinions expressed herein are based upon the well-accepted science, principles, and methodology within the profession of auto safety design and vehicle crashworthiness. All of my conclusions are rendered with a reasonable degree of scientific and professional certainty. I have not relied on any confidential information or documents produced by Hyundai or Kia in discovery. Exhibits 2-8 to this report are demonstrative exhibits that present some of the information discussed in this report. Exhibit 9 is a list of the materials I reference in this report, but is not an exhaustive of the materials I considered.

This report has been prepared as part of my consulting efforts in automotive safety design, and concerns the failure by Hyundai and Kia to include adequate anti-theft technology within the large quantity of 2011 through 2022 Hyundai and Kia vehicles sold in the United States. I was asked by counsel for the Governmental Entity Plaintiffs to apply my expertise to evaluate Hyundai's and Kia's anti-theft devices and response to the wave of thefts that began in late 2020 or early 2021. I am being compensated for my consultation and preparation of this declaration at the

rate of $400 per hour, and I have no stake in the outcome of this litigation.

This report describes my analysis of anti-theft technology, including that included in Hyundai and Kia vehicles and why I believe those vehicles were "short-changed" and well below the state-of-the-art in vehicle safety. Because those vehicles lacked sufficient anti-theft technology, such as an engine immobilizer, they are relatively easy to be stolen, often by teenagers and others who then used the stolen vehicle for illicit or illegal behavior. Many such stolen vehicles were also involved in crashes that caused harm to others.

As my research and discovery continues, the findings and opinions expressed herein are subject to further support, modification, amendment, or addendums, if and as appropriate.

## II.   VEHICLE THEFT PREVENTION - BACKGROUND

It didn't take long after motor cars were introduced that car theft became common, both for joyriding by teenagers, and for use in criminal activities. For many decades, from as early as the 1920's, motor vehicles were occasionally stolen by persons who wanted a fun joyride, or to use the car in unlawful activities. As the decades progressed, common ways to steal a car often involved simply manipulating the ignition switch, or by electrical wiring trickery—"hotwiring"—that mimicked the electrical signal from the ignition switch and engaged the starter motor and the fuel pump. As cars became more sophisticated with electronics and computers and other technologies, the creativity of would-be thieves also progressed to try to facilitate stealing those cars. And often the stolen vehicles would be used in a crime, or possibly get into a crash with another vehicle.

When Congress created the National Highway Traffic Safety Administration in 1966, it was empowered to advance vehicle safety, including by investigations and rulemaking, including the Federal Motor Vehicle safety standards ("FMVSS"). When NHTSA issued the Federal Motor Vehicle Safety Standard 114 (FMVSS

114), entitled "Theft Protection and Rollaway Prevention", its stated purpose was "to reduce the incidence of accidents resulting from unauthorized use."

In the 1980's and 1990's came the introduction of more sophisticated electronic or computerized systems, pairing enhanced security with convenience features. These devices include remote control of door locking and ignition systems by radio-frequency devices, and the introduction of engine immobilizers, which made automobiles much more difficult to steal.

One of the first electronic anti-theft engine immobilizers was developed by Robert Bosch GmbH.





Above are photos of such a Bosch anti-theft engine immobilizer (in this case, for a 1996 Volvo 850), and a description of how it works. The overall module size is approximately 2.5" by 3.5" and 1" in depth.

In Europe, police agencies were burdened with the car theft problem, and the European Economic Commission (EEC) issued regulatory directive 74/61, requiring

-4-

new vehicles to be equipped with anti-theft engine immobilizers. Germany adopted that mandate in January 1998, followed by the United Kingdom in October 1998, then Finland in 1998, and Australia in 2001. Canada adopted a similar requirement for engine immobilizers in 2007.

To comply with EEC Regulatory Directive 74/61, Hyundai equipped the Elantra model in Europe with an electronic immobilizer system that used a transponder chip in the key to communicate with an antenna coil connected to the ignition switch, which helped prevent vehicle theft by requiring the coded key to be present to start the ignition.



| Model | 2.0 CRTD▲ CDX |
|---|---|
| **Safety and security** | |
| 3 x 3 Point Rear Seatbelts | ● |
| Adjustable Head Restraints - Front | ● |
| Adjustable Steering Column - Height | ● |
| Airbags - Side | ● |
| Airbags - Driver and Front Passenger | ● |
| Anti-lock Brakes (ABS) with Electronic Brake force Distibution (EBD) | ● |
| Childproof Rear Door Locks | ● |
| Engine Immobiliser | ● |
| Height Adjustable Seat Belts - Front | ● |
| ISOfix Child Seat Anchorage - Rear Only | ● |
| Locking Wheel Nuts | ● |
| Power Assisted Steering | ● |
| Remote Central Locking with Alarm | ● |
| Seatbelt Pre-tensioners with Load Limiters | ● |
| Side Impact Bars | ● |
| Traction Control System | ● |

U.S. Patents trace the use of various anti-theft systems to prevent the theft and unauthorized use of motor vehicles. On the next two pages are two patents that help explain the need for such anti-theft technology, and how they can operate effectively. The first example patent is from 1997 and assigned to Toyota. The second patent is from 2006 and is assigned to General Motors. Both use transponder keys with random encoding that is uniquely assigned to the specific vehicle, and must be present for the vehicle's ignition system to function or, so that if the correct key is not present, not utilized, the car cannot be started.

# United States Patent [19]

## Hayashi

| | |
|---|---|
| [11] | **Patent Number:** 5,670,933 |
| [45] | **Date of Patent:** Sep. 23, 1997 |

[54] **ANTITHEFT APPARATUS AND METHOD FOR AN AUTOMOBILE**

[75] Inventor: **Kazuhiko Hayashi**, Aichi-gun, Japan

[73] Assignee: **Toyota Jidosha Kabushiki Kaisha**, Toyota, Japan

[21] Appl. No.: **492,979**

[22] Filed: **Jun. 21, 1995**

[30] **Foreign Application Priority Data**

Jul. 14, 1994 [JP] Japan ............... 6-162143

[51] Int. Cl.⁶ ............................... **B60R 25/10**

[52] U.S. Cl. ............ **340/426;** 340/428; 340/825.31; 340/825.32; 340/825.34; 307/10.2; 307/10.3; 116/33

[58] **Field of Search** ............... 340/426, 428, 340/429, 430, 825.31, 825.32, 825.34; 307/10.2–10.6; 116/33

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,906,447 | 9/1975 | Crafton | 235/382.5 |
| 4,652,860 | 3/1987 | Weishaupt et al. | 340/426 |
| 4,758,835 | 7/1988 | Rathmann et al. | 340/825.31 |
| 5,041,810 | 8/1991 | Gotanda | 340/426 |
| 5,055,701 | 10/1991 | Takeuchi | 307/10.2 |
| 5,079,435 | 1/1992 | Tanaka | 307/10.2 |
| 5,365,225 | 11/1994 | Bachhuber | 340/825.31 |
| 5,369,706 | 11/1994 | Latka | 380/23 |
| 5,377,270 | 12/1994 | Koopman, Jr. et al. | 380/25 |

| | | | |
|---|---|---|---|
| 5,519,376 | 5/1996 | Iijima | 340/426 |
| 5,600,723 | 2/1997 | Woodall et al. | 380/23 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 354-102-A | 2/1990 | European Pat. Off. |
| 492-692-A | 7/1992 | European Pat. Off. |
| 2-251-503 | 7/1992 | United Kingdom |
| WO 93/05987 | 4/1993 | WIPO |

*Primary Examiner*—Jeffery Hofsass
*Assistant Examiner*—Ashok Mannava
*Attorney, Agent, or Firm*—Oliff & Berridge

[57] **ABSTRACT**

If agreement between an identification code transmitted from a transmitter 111 installed in a door key 11 and a predetermined identification code is detected in an immobilizing ECU 12, a variable code including a predetermined key word is transmitted from the immobilizing ECU 12 to an engine ECU 13, and the variable code is decoded in the engine ECU 13. If the decoded key word does not agree with the predetermined key word, the starting of the engine is inhibited.

According to another aspect of this invention, a variable code is transmitted from the engine ECU 13 to the immobilizing ECU 12, a returning variable code is calculated based on a predetermined key function in the immobilizing ECU 12, and it returns to the engine ECU 13. If an agreement with returned variable code and a reference variable code determined in the engine ECU 13 is detected for the predetermined period, the starting of the engine is inhibited.

**16 Claims, 17 Drawing Sheets**

1

2

(12) **United States Patent**
Forest et al.

(10) **Patent No.:** US 7,034,654 B2
(45) **Date of Patent:** Apr. 25, 2006

3

(54) **MOTOR VEHICLE ENGINE IMMOBILIZER SECURITY SYSTEM AND METHOD**

4

(75) Inventors: **Thomas M. Forest**, Macomb Township, MI (US); **David T. Proefke**, Madison Heights, MI (US); **Axel Nix**, Birmingham, MI (US); **Marcelleaus P. Baines**, Grand Blanc, MI (US)

5

6

(73) Assignee: **General Motors Corporation**, Detroit, MI (US)

7

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 249 days.

8

9

(21) Appl. No.: 10/756,729

10

(22) Filed: **Jan. 13, 2004**

11

(65) **Prior Publication Data**

US 2005/0151619 A1    Jul. 14, 2005

12

(51) Int. Cl.
*H04Q 9/00*     (2006.01)
*B60R 25/00*    (2006.01)
*G06F 7/58*     (2006.01)
*H01H 47/00*    (2006.01)

13

14

(52) U.S. Cl. .............. 340/5.26; 340/5.31; 340/5.72; 340/426.11; 708/250; 708/252; 307/10.7

15

(58) Field of Classification Search ............. 340/5.26, 340/5.72, 5.31, 426.11; 708/250, 252; 307/10.5
See application file for complete search history.

16

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,195,136 A * | 3/1993 | Hardy et al. | 380/43 |
| 5,377,270 A * | 12/1994 | Koopman et al. | 380/262 |
| 5,606,322 A * | 2/1997 | Allen et al. | 341/173 |
| 5,670,933 A * | 9/1997 | Hayashi | 340/426.12 |
| 5,886,421 A * | 3/1999 | Mizuno et al. | 307/10.5 |
| 6,292,096 B1 * | 9/2001 | Munch et al. | 340/445 |
| 6,617,961 B1 * | 9/2003 | Janssen et al. | 340/5.8 |

* cited by examiner

*Primary Examiner*—Michael Horabik
*Assistant Examiner*—Scott Au
(74) *Attorney, Agent, or Firm*—Laura C. Hargitt

(57) **ABSTRACT**

Methods and apparatus are provided for insuring that a motor vehicle is being operated by an authorized operator. The apparatus includes an electronic control unit (ECU), an engine immobilizer unit, and a shared encryption key. The ECU generates a challenge by combining the output of a pseudo-random number generator and the output of a somewhat random number generator and cycling the combined number through a linear feedback shift register. The ECU sends the challenge to the immobilizer unit where it is encrypted with the shared key and sent back to the ECU as a response. The ECU uses the same key to encrypt the challenge and compares the encrypted challenge to the response. If the response matches the encrypted challenge, engine operation is enabled.

26 Claims, 3 Drawing Sheets

17

18

19

20

21

22

23

24

25

26

27



28

As an example of other automakers' conduct in this area, in 1994 Ford of Europe developed and installed a range of crime prevention deterrents (including immobilizers, shielded door locks, and alarms) in their low-cost Fiesta and Escort models, as well as in the Mondeo, Granada, and Scorpio models.





**In the forefront against Car crime**

**Ford lead in the fight against autocrime and have developed an extensive range of crime prevention deterrents.**

The increase in car related crime has initiated a massive drive in vehicle security and Ford has addressed the problem with a wide range of security measures that are designed to protect your vehicle whilst not encumbering your motoring. For instance, the Mondeo is equipped with an anti-theft alarm that has two levels of operation. A perimeter alarm will be activated if the doors, tailgate/bootlid or bonnet are opened or tampered with. A sophisticated volume sensing alarm adds interior movement detection and will be activated if the sunroof or any of the windows are broken. Combining technology with practicality to enhance security, Ford have developed the Safeguard system. Safeguard is an immobiliser system designed to combat the most persistent would-be thief.

Security is another strength incorporated into the new 94 Fiestas. All petrol derivatives are fitted with the Safeguard immobiliser system. The system is based on an ignition immobiliser which renders the vehicle completely stationary within 30 seconds of activation. The system is controlled by the ignition key and requires no special actions by the user to arm or disarm. Other aspects of security, featured on all Fiesta models, are shielded door locks, anti-burst locks, visible vehicle identification number and a locking fuel filler cap.

## III.    ANALYSIS

### A.    The Theft Problem.

Starting in approximately 2020, car thieves, many of them youths, learned of vulnerabilities in Hyundai and Kia vehicles that lacked engine immobilizers and were thus much easier to steal. Unsurprisingly, news of this vulnerability spread rapidly around the United States. The basic steps below underscore how easy it is to steal and drive off with 2011 through 2022 Hyundai and Kia vehicles that are not equipped with engine immobilizers.

1.    Identify the car as a Hyundai or Kia.

2.    Break the window glass to gain entry to the driver's seat.

3.    Remove or peel back the cover panel over the portion of the steering column near the ignition key switch.

4.    Use a screwdriver or other tool to pry open the plastic outer portion of the ignition key assembly.

5.    Using a USB cable connector or another tool, rotate the ignition switch which thereby starts the engine and releases the steering column lock so that the steering wheel can rotate.



**Hyundai Elantra**
There were 31,712 Hyundai Elantras stolen in 2024.

The next step is often to use the car when committing another crime. For example, see https://www.mprnews.org/story/2024/03/11/kia-and-hyundai-owners-continue-to-report-car-theft-after-free-security-upgrades. Or, while on a spirited joy

ride, crash into another vehicle and cause injuries or deaths to bystanders, other drivers, and even passengers in the stolen vehicle.

## Hyundai Sonata

Thieves swiped 26,720 Hyundai Sonatas last year.

I note that many break-ins or attempted thefts of Hyundai and Kia vehicles that *are* equipped with engine immobilizers have also been reported, because unsophisticated thieves likely do not know from simply looking at the exterior of the vehicle whether it is one that is easy to steal or not.

**B.    Hyundai and Kia's Use – and Non-Use – of Anti-Theft Devices.**

While European Hyundai and Kia vehicles have had the anti-theft immobilizer safety feature as standard equipment since the late 1990s, millions of the equivalent Hyundai and Kia vehicles sold in the United States did not (until immobilizers became standard for some vehicles in the 2022 model year and all vehicles for the 2023 model year) and they were therefore short-changed in their safety and well below the state-of-the-art. See, for example, https://www.iihs.org/media/0e14ba17-a3c2-4375-8e66-081df9101ed2/opm7QA/HLDI%20Research/Bulletins/hldi_bulletin_38-28.pdf.

Hyundai introduced a new more upscale series of models called the Genesis beginning as a 2008 model in the United States, and it was equipped as standard equipment with an anti-theft electronic engine immobilizer as a "Safety Feature." This image below is from the sales brochures and owners' manuals.

**Immobilizer system**

Your vehicle is equipped with an elec-
tronic engine immobilizer system to
reduce the risk of unauthorized vehicle
use.

Your immobilizer system is comprised of
a small transponder in the ignition key
and electronic devices inside the vehicle.



The immobilizer system protects your
vehicle from theft. If an improperly
coded key (or other device) is used,
the engine's fuel system is disabled.



SAFETY FEATURES

| |
| --- |
| Electronic Stability Control (ESC) |
| Traction Control System (TCS) |
| 4-wheel Anti-lock Braking System, Electronic Brake-force Distribution (EBD), Brake Assist |
| Advanced Driver and Front Passenger Airbags (SRS) with Occupant Classification System (OCS) |
| Front and Rear Side-impact Airbags (SRS), seat-mounted |
| Front and Rear Side-curtain Airbags (SRS), roof-mounted |
| Electronic Active Front Head Restraints |
| 3-point Seatbelts, all seating positions; front seatbelt pretensioners, force limiters, adjustable belt anchors |
| Tire Pressure Monitoring System (TPMS) |
| Front and Rear Crumple Zones |
| Anti-theft System with Engine Immobilizer |

The engine immobilizer system was described by Hyundai as a standard safety feature that would reduce the risk of unauthorized vehicle use or theft, but it was not also applied as standard equipment to the vast majority of other Hyundai (and Kia) vehicles sold in the United States. In some Hyundai and Kia vehicles over the ensuing years, until 2023, the anti-theft engine immobilizer was available in some models, but only as part of an extra-cost option package with other features.

To take just one example of another automaker's conduct, as described above, when Ford of Europe introduced engine immobilizers and other security measures in their 1994 models, they included them in virtually all their models, from the inexpensive economy cars Fiesta and Escort, up to their mid-range and luxury models such as Mondeo, Granada and Scorpio. In contrast, Hyundai introduced anti-theft engine immobilizers initially in the luxury model Genesis, and later in some higher-trim models, but not also in their economy and mid-range models.

From a Hyundai TSB in 2024, below is a list of the many Hyundai vehicles that I consider short-changed and below the state of the art due to their failure to include anti-theft electronic engine immobilizers as standard equipment.

- Certain 2011-2014MY Sonata (YFa) (VIN starts with "5NP")
- Certain 2015-2019MY Sonata (LFa) (VIN starts with "5NP")
- Certain 2011-2016MY Elantra (UD/MD) (UD VIN starts with "5NP", MD VIN starts with "KMH")
- Certain 2017-2020MY Elantra (AD/ADa) (ADa VIN starts with "5NP", AD VIN starts with "KMH")
- Certain 2021-2022MY Elantra (CN7/CN7a) (CN7a VIN starts with "5NP", CN7 VIN starts with "KMH")
- Certain 2013-2017MY Elantra GT (GD)
- Certain 2018-2020MY Elantra GT (PD)
- Certain 2020-2021MY Venue (QX)
- Certain 2012-2017MY Veloster (FS)
- Certain 2019-2021MY Veloster (JS)
- Certain 2018-2022MY Kona (OS)
- Certain 2018-2022MY Accent (HC)
- Certain 2011-2015MY Tucson (LM)
- Certain 2016-2021MY Tucson (TL)
- Certain 2022MY Tucson (NX4/NX4a) (NX4a VIN starts with "5NM", NX4 VIN starts with "KM8")
- Certain 2013-2018MY Santa Fe Sport (AN)
- Certain 2013-2018MY Santa Fe & 2019MY Santa Fe XL (NC)
- Certain 2019-2022MY Santa Fe (TMa) (VIN starts with "5NM")
- Certain 2020-2021MY Palisade (LX2)
- Certain 2013-2014MY Genesis Coupe (BK)

A similarly extensive list of Kia vehicles for the same period is provided in Kia's TSBs for the software update and cylinder protector.

I believe that these 2011-2022 Hyundai or Kia vehicles, sold in the United States without an anti-theft electronic engine immobilizer or any equivalent theft protection, should be considered to be short-changed in terms of their anti-theft technology and unreasonably dangerous, although in this case the danger is primarily to innocent bystanders rather than the vehicles' owners.

**C.    Hyundai and Kia Respond to the Thefts.**

I analyzed Hyundai and Kia Technical Service Bulletins (TSBs) regarding their responses to the increase in thefts, including the Anti-Theft Software upgrade for Hyundai models 2011 through 2022 that were not equipped with Anti-Theft Engine Immobilizers.

1    Hyundai and Kia focused on two major remedial measures in efforts to

2  correct for the lack of anti-theft engine immobilizers on the 2011 through 2022

3  vehicles. One technique was to download updated software to the car's computer

4  systems—in this case, the body control module—with programming that would

5  require additional operations than just turning on the ignition switch in order to start

6  the vehicle—specifically, linked to arming and disarming the alarm system.



**HYUNDAI**
**Technical Service Bulletin**

| GROUP | NUMBER |
|---|---|
| CAMPAIGN | 24-01-009H |
| DATE | MODEL(S) |
| JANUARY 2024 | VARIOUS MODELS |

SUBJECT:    IBU/BCM ANTI-THEFT SOFTWARE UPGRADE AND DECAL APPLICATION (SERVICE CAMPAIGN 993)

*This TSB supersedes 23-01-014H-6 to add operation codes on page 4 to address the scenario in which an affected vehicle is equipped with an aftermarket alarm system.*

**★ IMPORTANT**

Dealers must perform this service campaign on all affected vehicles prior to customer retail delivery and whenever an affected vehicle is in the shop for any maintenance or repair.

Access the "Vehicle Information" screen via WEBDCS to identify open campaigns.

**Description:** Certain Hyundai vehicles may not be equipped with an engine immobilizer.

This bulletin provides the service procedure to: 1) Upgrade the IBU/BCM (Integrated Body Control Unit/Body Control Module) to revise the OEM Hyundai burglar alarm system operation and ignition start ~~ic and 2) Install two anti-theft decals for the front windows. Additional decals may also be installed in ... rear windows at customer's discretion.

**STUI**

This TSB includes inspection/repair validation photos. Refer to the latest Warranty Digital Documentation Policy for requirements.

**ℹ Information**

**Troubleshooting Tips**

- If there are issues with the software upgrade or certain features not operating normally on the vehicle after the upgrade, then perform capacitive discharge and try again.
- When selecting the MANUAL PASSCODE, pay close attention to the part number and software version in the table. The selected passcode and event should match with what was originally in the vehicle.
- If the software is upgrading and fails (not relating to GDS disconnection or battery died) at any percentage, then try the following:
  - Select OK when the error message pops up, and DO NOT SELECT ANYTHING ELSE, LEAVE EVERYTING AS IS.
  - Turn the ignition OFF for 15 seconds and then turn it back ON.
  - Proceed with MANUAL upgrade procedure following the GDS screen instructions.

26    However, as Hyundai itself noted in its TSB, the downloaded algorithm might

27  fail to perform as intended to prevent starting the car. Additionally, it has been

28  reported that even cars with the software update can be easily stolen because the

-13-

alarm system can be disarmed by forcing or breaking the exterior door locks. See, for example, https://www.dailydot.com/news/hyundai-stolen-anti-theft-software/.

The second purported remedy to try to correct for the lack of an anti-theft engine immobilizer, for vehicles that could not receive the software update, was to install an "Ignition Cylinder Protector" that consisted of a small, flat metal plate and a locking tab assembly that slides around the ignition switch cylinder. A special bonding material is also applied to the locking tab cavity, where the metal locking tab is to then be placed. Two breakaway screws then attach the two-piece assembly, and then the screws are tightened until the heads separate from the shank. That should prevent the would-be thief from being able to use a small screwdriver or a USB connector to simply rotate the ignition switch as if a key had been inserted.

However, this is a piecemeal attempt to make the ignition switch housing less able to be pried apart with a screwdriver, but it is not as effective as a more robust metal housing would be from its inception. From a design perspective, it appears that the original thinner, plastic switch housing was likely part of a cost-cutting program, where anti-theft stronger components were not a high priority.

These remedy campaigns might help somewhat, but do not solve the problem, and I conclude that these vehicles remain well below the state of the art, and that Hyundai and Kia continue to short-change their use of sufficient anti-theft technology. Furthermore, Hyundai and Kia could have implemented a recall and remedy campaign to retrofit anti-theft engine immobilizer technology similar to what Hyundai and Kia utilize in European and Canadian vehicles for the same model years, as well as for many years prior to the 2011-2022 models of concern that lacked such anti-theft technology. Thus, I believe it was foreseeable that the Hyundai and Kia vehicles sold in the U.S. without sufficient anti-theft immobilizer technology would be more readily stolen than their counterparts that were sold in Europe and Canada, as well as the majority of competitor vehicles sold in the U.S. This made Hyundai and Kia models easier targets for vehicle theft.

| | |
|---|---|
| **SUBJECT:** | **CUSTOMER SATISFACTION: THEFT DETERRENT IGNITION CYLINDER PROTECTOR & DECAL INSTALLATION (CS2311)** |

17. Apply a 3mm thick bead of the mixed bonding compound to the outer top area of the ignition housing (D) as shown.

> ⚠️**CAUTION**
>
> **Be careful not to contaminate any surrounding parts with the bonding compound (ex. wire harness, trim, panel and/or the carpet). If so, wipe immediately using a clean cloth.**



The ignition housing (D) shown above was removed for illustration purpose <u>ONLY</u>. Refer to the image below.

18. Apply a 3mm thick bead of the mixed bonding compound to the outer bottom area of the ignition housing (D) as shown.



19. <u>If the vehicle was originally equipped with a key illumination ring</u>, install the provided deco-ring (I) over the end of the key lock cylinder (C) as shown.

   **\*\*Note: Only required for PS, SK3 and VQ models.**



20. Align the applicable theft deterrent ignition cylinder protector (J) in front of the ignition housing (D).

21. Slide the theft deterrent ignition cylinder protector (J) inward and over the ignition housing (D).

   Note: <span style="color:red">The ignition housing (D) does NOT need to be removed</span>. Refer to the parts table on page 13 to select the applicable 'Theft Deterrent Ignition Cylinder Protector' (J) for the applicable vehicle being worked on.



The ignition housing (D) shown above was removed for illustration purpose <u>ONLY</u>.



Printed TSB copy is for reference only; information may be updated at any time. Always refer to KGIS for the latest information.

TSB: CS2311 Multiple Models December 2023

Beginning with some vehicles for the 2022 and all for the 2023 model year, I understand that all Hyundai and Kia models sold in the United States, at all price levels, are sold with anti-theft engine immobilizers as standard equipment. This emphasizes Hyundai's and Kia's recognition, after years of needless delay, that this is a critical anti-theft and safety feature.

## IV.    CONCLUSIONS

My conclusions and opinions, based on the totality of my extensive experience and qualifications in auto safety design, are that the 2011 through 2022 Hyundai and Kia models with deficient anti-theft devices and without standard engine immobilizers are needlessly easy to steal, and are therefore particularly subject to being used in or to facilitate other criminal activities or to be driven recklessly, causing danger to the public. I consider these vehicles to have been short-changed in terms of their safety technology, to be well below the state-of-the-art, and to be unreasonably dangerous to the public. I also consider that the Hyundai's and Kia's piecemeal attempts to include software upgrades and cylinder protector measures do not adequately solve the problems caused by the lack of sufficient anti-theft technology.

DATED this 12th day of December, 2025.

*Byron Bloch*

_____

BYRON BLOCH

# EXHIBIT 1

 

# Background of Byron Bloch

### Independent Consultant in Auto Safety Design and Vehicle Crashworthiness

**Potomac, Maryland**

**Email:   Byron@AutoSafetyExpert.com**
**Website:   *www.AutoSafetyExpert.com***

**Mr. Bloch's background and expertise arises from over 50 years of experience as an independent consultant and court-qualified expert in Auto Safety Design and Vehicle Crashworthiness.**  From 1965 through 2023, he has personally inspected and evaluated hundreds of motor vehicle collision accident vehicles across America, as well as conducting his own *"hands-on autopsy"* or dissection of exemplar vehicles.

**Mr. Bloch has compared and evaluated various vehicle body structures and features as to their *"crashworthiness"*** -  how well or how poorly they protect vehicle occupants from severe injury or death in collisions.   Areas of specialization include:

- ▪ *Rollover – Roof Crush*
- ▪ *Truck Underride & Conspicuity*
- ▪ *Fuel Tank – Fires*
- ▪ *Side Impact – Intrusion*
- ▪ *Electric Power Steering*

- ▪ *Airbag & Seatbelt Issues*
- ▪ *Seatback Failure in Rear Impact*
- ▪ *Window Glazing - Ejection*
- ▪ *Sudden Runaway Acceleration*
- ▪ *Headlight Illumination Issues*

**He has testified at U.S. Congressional Hearings and NHTSA Hearings**, and on many national TV newsmagazine reports on vehicle safety issues, and in his own *Auto Safety Reports* on KABC TV News in Los Angeles, to inform the at-risk public about vehicle safety concerns.



**Mr. Bloch has consistently analyzed crash test reports and films from U.S. and foreign automakers, and from the National Highway Traffic Safety Administration (NHTSA).** These crash tests show how vehicles and their occupants perform in front impacts, side impacts, rear impacts, rollovers, and truck underride crashes.   He served as **crash test coordinator** for a few crash tests, including a 63 mph car-to-car test in 1975 to assess safer performance of a forward-of-axle fuel tank system that he designed.

**In Product Liability cases across the nation**, he has qualified and testified on behalf of the injured plaintiffs, in cases where he evaluates and describes what he believes are the accident vehicle's needless **"*design defects*"** that caused the severity of injury or death, and safer alternative designs that would have prevented the accident and/or the severity of injuries.

**Total of 10 pages.**

# <u>OVERVIEW of SOME RELEVANT ACTIVITIES</u>

<u>**Served as Research Editor of ROAD TEST Magazine**</u>, in the 1965-1968 era, with emphasis on evaluating the design and safety technology features of U.S. and foreign cars.

<u>**Served as invited judge to evaluate Research in Accident Prevention**</u>, for the National Safety Council, 1968 and 1971.

<u>**Submitted testimony or testified in-person at U.S. Congressional Hearings and DOT / NHTSA Hearings on motor vehicle safety**</u>, concerning:  Fuel tank hazards.  Weak lawyer hazards.  Energy-absorbing bumper systems.   NHTSA's defect investigations.   Needless delay in implementing airbags.  Unsafe seatbelt designs.   Truck underride hazards.   (1971-2015)

<u>**Lectured at colleges, universities, and professional groups nationally...**</u> including the Society of Automotive Engineers (SAE), trial lawyer seminars, plus the British Safety Council and the *First World Congress on Product Liability*, in London.   (from 1970 thru the present)

<u>**Taught a seminar series at the University of Maryland**</u>, College of Engineering, on *"Auto Safety Design & Vehicle Crashworthiness",* a series of 4 sessions presented as guest lecturer, 1994.

<u>**Presented *"Auto Safety Fuel Tank Reports"* on KABC-TV Channel 7 News, Los Angeles**</u>, typically twice weekly for seven years (1978-1985), often based on his on-going concurrent professional consulting work in vehicle safety & crashworthiness; plus test drive reports, defect investigations, court cases.

<u>**Auto Safety Expert Consultant to ABC Network News *"20/20"* and *"Primetime Live"***</u> and interviewed as auto safety expert for seven featured reports on:

       (1) <u>**"Beyond the Pinto"**</u>:  Fuel Tank Fire Hazards   (1978)   (Won *Emmy Award*)
       (2) <u>Volkswagen "Ejector Seat" Failure</u>   (1979)   (Won *Emmy Award*)
       (3) <u>Pickup Truck In-Cab Fire Hazard</u>   (1981)
       (4) <u>Kentucky Schoolbus Fire Hazard</u>   (1988)
       (5) <u>Bad Seatbelts:  Slack & Automatics</u>   (1991)
       (6) <u>Truck Underride Hazard:  Decapitation</u>    (1992)
       (7) <u>Roof Crush in Rollovers</u>    (1992)

<u>**Appeared on *"Inside Edition", "Good Morning, America", "Dateline NBC"***</u>, 1992, on the fire hazards of GM pickups with vulnerable side-mount fuel tanks outboard of the main frame rails.

<u>**Appeared on ABC *"Nightline"* and *"World in Action"* (England)**</u> in 1997 on airbag dangers to children, noting some needlessly unsafe design features; and showing 1973 Chevrolet Impala sedan that had been equipped by GM in 1973 with dual-mode *"softer"* and *"firmer"* airbags.

<u>**Appeared on ABC "Primetime Live"**</u> on September 3, 1997, Bloch's analysis of the Princess Diana tragic crash in the Paris tunnel, pointing out that a simple guardrail would have deflected the Mercedes away from impacting the concrete pillar, and all occupants would have survived.

<u>**Auto Safety Expert Consultant to CBS Network News *and "Public Eye with Bryant Gumbel"***</u>, on safety stories (1997-98), including <u>Why Some Airbag Designs are More Injurious to Children</u>, and on <u>Truck Underride & Visibility Hazards</u>… lack of any side guards on trailers, lack of rear guards on trucks, and lack of reflective tape to make trucks and trailers more perceivable (conspicuous) at night,

<u>**Consulted to Automotive Safety Devices, Inc.**</u>, on the performance and upgrading of their inertially-responsive safety seat system; and crash test demonstrations, 1967-1969.

<u>**Consulted to Inca Manufacturing Corp.**</u> on performance & upgrading of their energy-absorbing Belleville spring-washer-piston system as an energy-absorbing bumper for motor vehicles; 1971.

<u>**Conceived and built the "Bio-Medical Automobile",**</u>  1970-1971, to demonstrate the feasibility of having resuscitative, diagnostic, and life-support medical equipment accompany doctors and paramedics, including into remote rural communities.   Functional prototype vehicle was built, and went on national tour to Houston, Chicago, New York, and Washington, D.C.

<u>**"Phoenix Crash Test - Safer Fuel Tank Project"**</u> in which Bloch designed a fuel tank system *forward* of the rear axle in a Ford sedan, then rear impacted it at 63 mph to demonstrate the feasibility of eliminating the fire hazard.  December 1975.   *(Most vehicles have since adopted forward-of-axle fuel tanks.)*

3

**Performed studies of how reflective materials can enhance visibility or "conspicuity" of motor vehicles at night.**   Project *"Auto-Glo"* in 1967.   Demonstrations of reflective tape on rear and sides of trailers for "conspicuity" perception-of-danger-ahead safety enhancement, 1992-99.

# COURT-QUALIFIED as an AUTO SAFETY EXPERT

**For over 50 years, 1968 through the present, Byron Bloch has repeatedly qualified in Federal and State Courts across the nation as an independent Auto Safety Expert in motor vehicle *"defective design"* cases.**  The central focus is the allegation that the accident vehicle was needlessly unsafe and defectively designed and not crashworthy…. and thereby either caused the accident, or caused the severity of injuries or death to the vehicle's driver or passengers.   Some examples of his trial testimony include:

**Bratton vs. Chrysler, 1971, Louisiana.**   On the design of 1968 Dodge Dart sedan with vulnerable fuel tank near rear bumper, adjacent puncturing objects, filler tube easily pulls out, lack of firewall barrier.

**Biehle vs. Ford, 1974, California**.   On the design of pickup trucks with the *"inside-the-cab"* fuel tank and its protruding filler tube and vulnerably exposed filler cap.

**Dawson vs. Chrysler, 1978, New Jersey.**   Crashworthiness of unitized body structures in side impacts (Dodge police car), officer quadriplegic.  This became often-cited appellate court *"landmark case"* on crashworthiness.

**Seese vs. Volkswagen, 1979, New Jersey.**   Inadequate window retention to prevent occupant ejection in rollover accidents, and inadequate roof structure of VW van that allows *"matchboxing"* distortion.

**State of Indiana vs. Ford Motor Co., 1979-1980.**   Testified to Grand Jury, then in *"reckless homicide"* trial.  Focus on Ford Pinto fuel tank exposed near rear bumper, Ford's knowledge from crash tests, lack of safety upgrades.

**Mistich vs. Volkswagen, 1991, Louisiana.**   The VW Beetle *"ejector seat"* defect, causing seat failure in rear impacts.   Plaintiff verdict and Bloch expertise were affirmed by the Louisiana Supreme Court, 1996.

**Winningham vs. Trailmobile, 1992, California.**   Lack of reflective material to enhance truck's conspicuity at night, and lack of effective underride guard to prevent cars from crashing deeply under rear of trailers.

**Carmona vs. Kidron, 1994, Florida.**   Lack of an effective underride guard to prevent a small pickup from going under the rear of a large truck equipped with a tuck-under liftgate.

**Carpenter vs. General Motors, 1994, Texas.**   Slack and spool-out hazards of GM's door-mounted seatbelts, and roof structure defects that encourage buckling down into the driver's *"survival space".*

**Carland vs. Ryder Truck Rental, 1994, Minnesota.**   Lack of reflective tape to make the Ryder truck more safely conspicuous in the dark of night, and the lack of an adequate rear underride guard.

**Kelleher vs. Strick, 1995, Illinois.**… Lack of an effective underride guard to prevent a passenger vehicle from penetrating beneath the rear of a large trailer.

**Detillier vs. Lufkin, 1995, Louisiana.**   Lack of an effective underride guard to prevent a passenger vehicle from penetrating beneath the rear of a large trailer.  Qualified as expert per Evidence Code 702 cited by Judge.

**Loayaza vs. Volkswagen, 1997, California.**   Hazardous location of fuel tank and vulnerable easily-separable filler tube assembly in VW Beetle front luggage compartment, lack of firewall barrier, poor side impact protection.

**Kanoff vs. Jaguar Cars and Ford, 1998, Pennsylvania.**   Airbag system defects, incl. crash sensors triggering in minor impact, high-force driver airbag, failure to warn.   Qualified as auto safety expert after *Daubert Hearing* .

**Rodriguez-Olvera, et.al. vs. Salant Corp, 1999,  Eagle Pass, Texas.**   1983 schoolbus used to transport factory workers overturned onto its side and ensuing fire burned 14 entrapped passengers to death.   Testified on lack of roof hatch escape exits, emergency exit windows, flammable seat materials, and no fire extinguisher, and the feasibility and cost of retrofitting these safety measures.

**Waters vs. Wilson Trailers, 1999, Lexington, Kentucky.**   Lack of backup lights or backup alarm on tractor-trailer, resulting in worker being crushed to death against loading dock at night.

**Maravilla vs. Lufkin Industries, 2000, Laredo, Texas.**   Lack of any side guards to prevent the underride of a car beneath the open side of a long, tall trailer, which thereby crushed into the car's *"survival space".*   Jury found defective design of the Lufkin trailer, and that Lufkin Industries acted with malice.   A Daubert-Robinson Hearing confirmed Bloch's expertise as an expert in vehicle safety design and truck underride.

**Caleb vs. Strick Trailers, 2000, Philadelphia, Pennsylvania.**   Minimal support for vertical struts of rear guard, which broke away when impacted by Toyota car, which then continued to underride beneath rear of parked trailer.

**Simms vs. Ford Motor Company, 2001, Ellicott City, Maryland.**   Plaintiff Simms sought equitable reimbursement for the cost of installing a retrofit safety fuel tank, including an internal fuel cell bladder, in his *"classic"* Ford Mustang.   I testified about the dangers of the Mustang's *"drop-in"* fuel tank, and Ford's knowledge of its leakage problems in rear impacts.   Ford was ordered to reimburse Simms.

**Jackson vs. Heartland Express, 2003, Montgomery, Alabama.**   Rearward protruding load of lumber increased truck underride hazard of flatbed trailer, and use of the truck's Jake Brake engine-compression retarder does not cause any brake lights to come on and warn following drivers that the truck is slowing down.

**Kraybill – Simmons  vs. DaimlerChrysler, 2004, Philadelphia, Pennsylvania.**   Rear impact to a 1978 Dodge multi-passenger B-Van caused an immediate fuel-fed fire that engulfed the vehicle and occupants.   Testified about the unsafe fuel tank location in the rear *"crush zone"*, with a filler tube that easily pulled out of its insertion hole at the bottom side of the tank, thereby allowing the gasoline to continuously pour out.

**Rider vs. BMW, 2005, Freehold, New Jersey**   Side impact of 1986 BMW 325 sedan into a pole on passenger side, with inadequate side structures to prevent deep intrusion into *"survival space"* that caused fatal head injuries to far-side driver, wearing ineffective seatbelt.   Qualified as expert in auto safety and crashworthiness.

**Scott vs. Toyota, 2007, New Brunswick, New Jersey.**   Rollover and roof crush of a 1999 Toyota RAV4, with inadequate roof structural design (incl. open-section windshield header) that caused weak roof structure to buckle and crush, causing cervical loads to William Scott, rendering him a quadriplegic.   Qualified and testified as expert.

**Garcia vs. Ford Motor Company, 2007, Tallulah, Louisiana.**   Rollover and roof crush of a 1989 Ford Escort, with inadequate roof structure (open-section windshield header and un-reinforced A-pillar) that caused roof buckling and crush, causing cervical loads to David Garcia, rendering him a quadriplegic.   Qualified as expert in auto safety design and crashworthiness, after Daubert Hearing.

**Vogel vs. General Motors, 2008, Freehold, New Jersey.**   Side impact into a 1994 Geo Tracker with inadequate side structure to prevent deep intrusion into the occupants' *"survival space"* that caused fatal injuries.  Qualified as expert in auto safety design and crashworthiness.

**Harvey vs. General Motors, 2008, London, Ohio.**   Side impact into the right side of a 1997 GM Saturn SL1 sedan, with inadequate side structure to prevent deep intrusion into the occupants' *"survival space"* that caused severe injuries to the far-side occupant, the driver.   Qualified as expert in auto safety design and crashworthiness.

**Rotter vs. Ford, 2008, Mineola, New York.**   Lack of stability and controllability, and rollover propensity, of a 2000 Ford Explorer Sport 2-door SUV. Vehicle rolled over and the driver was ejected.   Issues included the roof's structural design.   Qualified as expert in auto safety.

**Powers vs. Heil, 2009, Philadelphia, Pennsylvania.**   Defective design of trash truck, which did not provide safe step-platform for trash workers to ride during their house-to-house trash pickup, and lack of effective method to alert driver to stop truck in emergencies..   Qualified as expert in vehicle safety.

**Romero vs. Toyota, 2012, Miami, Florida.**   Defective design of a 1994 Toyota 4Runner SUV, which was impacted in its side, went out of control and rolled over (low Static Stability Factor), with roof crush of weak roof structure (open channel header, partially reinforced A-pillar, minimal gussets) causing cervical spinal injury to seat-belted woman driver, albeit roof met FMVSS 216, and defense *"diving theory"* was refuted.   Qualified as expert in vehicle safety and crashworthiness.

# PRIOR CORPORATE AND CONSULTING EXPERIENCE

After graduating from UCLA, Mr. Bloch was initially employed in company staff positions, including:

**Industrial Electronic Engineers, Inc**.   (1963-1964)  *Product Planning Coordinator*... between research and development, engineering, production, marketing, and corporate management.   The company manufactured technical control and display components and assemblies.

**Dunlap and Associates, Inc.**   (1961-1963)  *Staff Industrial Designer and Human Factors Engineer*... worked on various military weapons systems, such as Polaris missile launch control, Minuteman missile launch control, etc.   Dunlap is one of America's foremost human factors engineering consulting firms.

**Heart Surgery Facilities for Houston Methodist Hospital.**  (1964-1966)  Consulted on project to help design avant-garde cardiovascular surgical facilities for Dr. Michael DeBakey.  Conceived and designed Integrated Anesthetic-Monitoring-Surgical Console.  Described in _Modern Hospital_ magazine, Feb. 1966.

**Analysis of Human Factors Engineering for Chevy Corvair Safety Issues.**  (1966)  California law firm, on behalf of General Motors Corporation, to evaluate the safety, operability, and design factors regarding the handling, oversteer, and rollover propensities of the Chevrolet Corvair

**Consulting Project to Volvo on Fuel Tank Design** (1976)  Bloch's critique and recommendations for safety upgrades of Volvo's fuel tank system design and vehicle safety, at  Volvo's agency in New York.

# COLLEGE EDUCATION
(Name of University, Dates Attended, and Major Field of Study)

**Northwestern University.**   Science Engineering, 1955-57.
**University of Kansas.**    Industrial Design, 1957-58.
**University of California, Los Angeles  (UCLA).**   Industrial Design (Product Design), 1958-60.

**University of California, Los Angeles (UCLA).**    Industrial Design (Product Design), 1961-63.
Graduate Program, including Human Factors Engineering.    All required courses were completed, with straight-A grade point average.   Advanced to Candidacy for Master's Degree.

## COLLEGE DEGREE

**Bachelor of Arts**, from the College of Applied Arts, UCLA, 1960.
Emphasis was in Industrial Design (Product Design), including Human Factors Engineering.

# LIFETIME ACHIEVEMENT AWARD and SMITHSONIAN RECOGNITION

**12th Annual World Traffic Safety Symposium,  New York City,  April 20, 2001.**
_"Lifetime Achievement Award"_  presented to Byron Bloch  _"For twenty-five years of dedication and persistence in stimulating auto safety improvements."_   Award was presented by the regional director of the National Highway Traffic Safety Administration, NHTSA.

_"Inventing Automobile Safety"_ **– Display at Smithsonian National Museum of American History, in Washington, D.C.**   Exhibit launched in November 2010, also displayed in 2011.  Among various historic auto safety innovations, this display case exhibit includes artifacts and synopsis of Byron Bloch's efforts for fuel tank safety and for stronger vehicle roofs.  Bloch's long history in auto safety efforts is summarized on the Smithsonian's  _"On the Move / Safety Crusaders"_ website at:

**https://americanhistory.si.edu/america-on-the-move/essays/automobile-safety**
(Section about "Safety Crusaders")

_**IDSA "Personal Recognition Award"**_**, at the Industrial Designers Society of America International Conference, in Chicago, August 21-24, 2013.**   The IDSA Award was presented with commentary about his long-time work in advancing auto safety, noting _"He's clearly most famous for his work in the auto safety space.  For that, Byron Bloch is not simply a game-changing designer.  He's a life-saving designer.   And we proudly honor his design legacy with an IDSA Personal Recognition Award."_

# PUBLICATIONS and PRESENTATIONS

**"Uncovering the Safety Secrets & Blunders of Your Car or SUV … Past, Present, Future!"**
Presented at the 2023 NASA Goddard Engineering Colloquium Series, at the Goddard Space Flight Center, in Greenbelt, Maryland, May 16th, 2023.   Just how safe is your car?  An overview of vehicle safety principles, types of impact and rollover/roof crush testing, autonomous safety features like pre-crash braking and collision avoidance, are headlights too weak and compromised, and issues of heavy vehicle weight / obesity, and overlooked safety issues (driver's vision, EMF radiation, multi sensors).

**"Auto Safety Defects You Shouldn't Overlook - and Special Topics"**   Presented at the *2019 Maryland Crash Reconstruction Symposium*, at Maritime Conference Center, near Baltimore, Maryland, March 13, 2019.  Attendees were Maryland Highway Patrol, police, and paramedics who investigate on-site vehicle accidents.  My topics included accident causation and crashworthiness, including rollover-roof crush, side impact - intrusion, fuel tank - fires, truck underride, seatback failure, occupant ejection, GM ignition switch, electric power steering, and more.

**"Ensuring the Safe Design of Autonomous Vehicles"**   Presented to attendees at the Autonomous Vehicle Safety Regulation World Congress, held in Novi, Michigan, on October 25-26, 2016.  Served as a moderator, and article brief was later published **in** *Automotive Testing Technology International*, issue of March 2017.  Discusses Levels of Automated Vehicle Technology, Responsibility of All Parties, Federal Motor Vehicle Safety Standards, Safety Validation and Inspections, Failure Modes and Effects Analysis, Potential Liability of All Parties, and Ideas to Help Advance Automated Systems.

 **"This Will Really Burn You Up!"** Article published in *INNOVATION*, the Quarterly Journal of the Industrial Designers Society of America (IDSA), Winter 2013 issue.  Article describes the history and technology of fuel tank design and location in vehicles, using the Mustang and Pinto as examples, and showing how leadership and compassion can help to influence safer designs.

**"Roof Crush, Underride, Entrapped in Flames … Fighting to Ensure Safer Vehicles",** presented at the Industrial Designers Society of America International Conference, on August 22, 2013, in Chicago.  What are the biggest "safety blunders" in vehicle design?  Taking on automakers' bad designs and NHTSA lethargy and minimal safety standards…  how to help influence safer designs.

**"Enhancing Vehicle Safety and Crashworthiness with Weight-Loss Improvements",** presented at Transportation Weight Loss Diet Conference, on October 24-25, 2012, in Boston, Massachusetts.  Presentation at International Conference on making vehicles lighter for resource and fuel efficiency.  Bloch showed how to make lighter-weight vehicles, without sacrificing safety or crashworthiness.

**"Global Appeal"**  Article published in *VISION ZERO International*, June 2012.  Bloch urges that traffic fatalities worldwide can be reduced further with a more ambitious and innovative approach in vehicle safety.   He discusses the principles of crashworthiness, and vehicle body structure, frontal impacts, side impacts, rear impacts, rollovers, truck underride, and vehicle mismatch… and what can be done.

**"Uncovering the Safety Secrets of Your Car or SUV – What You Don't Know Can Kill You",** presented at the Goddard Engineering Colloquium Series, at the Goddard Space Flight Center, in Greenbelt, Maryland, on April 2, 2012.  Learn about crashworthiness and how your own vehicle may be compromised, with case examples and crash tests about rollover roof crush, fuel tank fires, side impact, occupant ejection, truck underride, and more.   *(This presentation was then repeated in April of 2013.)*

**"Towards Safer Buses"**  Article published in *VISION ZERO International*, January 2012.  Bloch discusses safety innovations needed for motor coach buses, including enhanced driver vision, seatbelts, airbags, padding, stronger body structure, window glass and retention, and more.

**"Above and Beyond"**   Article published in *Crash Test Technology International*, September 2011.  Bloch discusses why compliance with US safety standards and NCAP is not enough; automakers and testing facilities should do more to advance safety, to reduce injuries, risks, and liability.

**"Protecting Occupants in Rollover Crashes:  Case Examples and Latest Technologies"** presented at the *22nd International Conference on the Enhanced Safety of Vehicles*, Washington, D.C., June 2011.  Based on Bloch's evaluation of many rollover roof crush accident vehicles, he shows details of defective designs of weak roof structures and safer alternative designs, plus mechanism of cervical injury due to excessive match-boxing and roof crush (vertical-axis / Z-axis forces) of defectively-designed weak roof structures during the rollover sequence.

**"ESV:  Leading the Way"**   Article published in *VISION ZERO International*, June 2011.  Tracing the long history of the authoritative International ESV Conferences (Experimental Safety Vehicles, then revised to Enhanced Safety of Vehicles) from 1971 through to 2011.  ESV innovations are often catalysts leading to safer vehicles.

**"Courtroom Drama"**  Article published in _VISION ZERO International_, January 2011.  Preemption from liability would not advance justice for injured victims nor encourage safer vehicles.  What will the US Supreme Court decide in _Williamson versus Mazda_?  _(Subsequent decision was 8-to-0 against granting any preemption from liability.)_

**"A Mismatch Made in Hell?"**  Article published in _VISION ZERO International_, June 2010.  How heavy trucks can be safer to protect occupants and to minimize mis-match accidents and damage.

**"Recalls and Reform"**  Article published in _VISION ZERO International_ magazine, June 2010.  How to speed-up vehicle safety requirements and technologies to be implemented sooner.

 **"A Shattering Saga"**  Article published in _Crash Test Technology International, June 2010._ Laminated glazing for side windows and rear hatch windows can reduce occupant ejections.

**"Gentle Giants?"**  Article published in _Crash Test Technology International_, June 2010.  How to improve heavy truck safety for occupants and for mismatch collisions with other vehicles.

**"Total Recall"**  Article published in _Automotive Testing International_, June 2010.  How the Toyota runaway acceleration fiasco developed;  how to develop and test safer products to avoid recalls.

**"Toyota Sudden Acceleration"**  Article and interview published in _Corporate Crime Reporter_, May 31, 2010.  The Toyota and NHTSA fiasco, how it happened, the issues, what to do.

**"Delayed Reaction"**  Article published in _VISION ZERO International_ magazine, January 2010.  How to speed-up vehicle safety requirements and technologies to be implemented sooner.

**"On the Safe Side"**  Article published in _Crash Test Technology International_,  May-June 2009.  How to improve side-impact crashworthiness beyond minimal requirements of FMVSS 214.

**"Crash Course"**  Article published in _VISION ZERO International_ magazine, June 2009.  With 1.2-million crash fatalities worldwide per year, how can we make vehicles more crashworthy..

 **"Deep Impact – Truck Underride"**  Article published in _Crash Test Technology International_, Sept. 2008.  Importance of rear and side guards to prevent the lethal underride hazard.

**"Rollover Revolution"**  Article published in _Crash Test Technology International_, May 2008.   Technical evaluation of why pending upgrade of FMVSS 216 on Roof Strength must be stronger.

**"A Smashing Future"**  Article published in _Automotive Testing Technology International_, Nov/Dec 2007.  Projection on what the crash test lab of 2028 will be like, to assess vehicle safety performance in comprehensive front-side-rear-rollover-underride dynamic testing.

 **"Improved Side Window Glass for Vehicle Safety:  Laminated vs. Tempered"**   Keynote presentation at the _AGRSS Conference, Automotive Glass Repair and Replacement Safety Standards Conference_, November 2006, in Las Vegas.   (Interview in AGRR magazine, 2006.)  Showing the history and technology of side window glass, laminated versus tempered, and preventing occupant ejection.

**"Ford Police Car Fire Hazards – How It Happened, and What's the Remedy ?"**  Presentation at the _PCNY Annual Convention_, of the Police Conference of New York, Inc., May 2003, in Binghamton, N.Y.  Analysis of Ford Crown Vic Police Interceptor cars with vulnerable vertical-behind-axle fuel tank.

**"Ford Police Car Fire Hazards – How It Happened, and What's the Remedy ?"**  Presentation at the _NAPO Legal Rights and Legislative Seminar_, of the National Association of Police Organizations, May 2003, in Washington, D.C.  Analysis of Ford's vulnerable vertical-behind-axle fuel tank.

**"Auto Safety Defects You Shouldn't Overlook"**  Presentation at the _Professional Investigators and Security Association Symposium_, March 2003, in Williamsburg, Virginia.

**"Commercial Vehicle Related Accidents"**  Presentation via video at the session on Vehicle Design - Safe Cars of the Future, at _The First European Summit on SAFE Highways of the Future_, sponsored by Traffic Technology International, in Cannes, France, January 2001.

**"Protecting Our Children in Crashes…. Lessons from What Really Happened"**   Presentation at the *10th Annual World Traffic Safety Symposium*, on airbags, school buses, and how safer designs emerge by learning from actual accidents, in New York, April 2000.

**"The Truck Underride Hazard… Truck Safety Defects That Crush Cars and Decapitate Their Occupants"**    Presentation at the 1999 Pennsylvania Bar Institute Seminar Series on *Goliaths of the Highways: Truck Accident Litigation*, Sept.-Oct. 1999, in Philadelphia., Pittsburgh., Scranton, etc. Design and performance of rear guards and side guards for improved underride prevention.

 **"The Ethics of Compassion in Car Design"**    Presentation at the *9th World Traffic Safety Symposium*, on design solutions to vehicle safety issues, in New York, April 1999.

**"Unlocking the Mysteries of Car Crash Murder"**   Presentation at the 1999 Northeast Super Conference, of the *National Association of Legal Investigators*, in Atlantic City, April 1999.

**"Auto Safety Defects You Shouldn't Overlook**"   Presentation at *National Association of Legal Investigators (NALI)*, National Convention in Baltimore, Maryland, June 1998.

 **"Improved Crashworthy Designs for Truck Underride Guards"**    Published and presented at the *16th International Technical Conference on the Enhanced Safety of Vehicles*, US Dept. of Transport., June 1998, in Windsor, Canada. History and technology of underride guards.

**"Advanced Designs for Side Impact and Rollover Protection"**    Published in the *16th International Technical Conference on the Enhanced Safety of Vehicles*, U.S. Dept. of Transportation, June 1998, in Windsor, Canada.   Discusses structural issues, and the upgrades needed for improved protection.

**"The Coming Revolution in Airbag Technology"**   Published in the *16th International Technical Conference on the Enhanced Safety of Vehicles*, U.S. Dept. of Transportation, June 1998, in Windsor, Canada.  Discusses history and issues of airbags, and improvements needed to make airbags safer.

 **"Side Impact Protection in Vehicle Design"**    Presented at the Federal Highway Administration (FHWA) Turner-Fairbanks Research Center, May 1997, in McLean, Virginia.

**"Underride Guards:  Is the New NHTSA Regulation Good Enough?"**  Paper presented at the Society of Automotive Engineers  *SAE TOPTEC Symposium on Heavy Vehicle Underride Protection*, April 1997, in Palm Springs, California.

**"Truck Underride Tragedies"**, *TRIAL* Magazine, Feb. 1993.   Co-authored article, on the history and technical principles of the truck underride hazard, regulations, and cases.

 **"Ten Auto Defects You Shouldn't Overlook"**, *EXPERTS-AT-LAW* Magazine, May 1990.   Truck underride, roof crush, side impact, seat backrests, fuel tanks, seatbelts, etc.

**"Busing: The Ultimate Disaster"** (Kentucky Accident), *EXPERTS-AT-LAW* Magazine, March 1990. Analysis of safety defects… exposed fuel tank, narrow aisle, no escape windows, flammable interior … that caused 27 needless burn deaths in a schoolbus collision accident… the greatest toll in any schoolbus accident in history.

 **"Interview with Byron Bloch"**, *Corporate Crime Reporter*, June 5, 1989.   Discussion of vehicle safety defect issues, fuel tanks, roof crush, airbags, and historical overview.

**"Seiner Sache Sicher"**, interview in *AUTO MOTOR UND SPORT* (German), Nov. 1983.   How and why Mr. Bloch presents auto safety information to the public via television in Los Angeles.

**"Checklist for Selecting the Best Car"** (Safety), *AUTO EXPO '83* Magazine, Los Angeles, 1983. Overview of basic safety and crashworthiness points to look for in selecting a car.

**ROAD TEST Magazine**, Research Editor, various articles with emphasis on safety, including the *"On the Choppin' Bloch"* columns, 1965-68.   Crashworthiness.  G.E. Electric Car.  Air pollution.

 **"An Overview of Safety in Automobile Design"**, *Annual Symposium of Human Factors Society*, at UCLA, June 1966.  (Version also published in *ROAD TEST* Magazine.)   Presentation and discussion of the leading causes of car crash injuries, with correlation to vehicle design features, including seatbelts, head restraints, and structural crashworthiness.

## PROFESSIONAL MEMBERSHIPS
*(Present and Prior)*

♦ Society of Automotive Engineers (SAE)
♦ Industrial Designers Society of America  (IDSA)
♦ American Society of Safety Engineers  (ASSE)
♦ Washington Automotive Press Association  (WAPA)

## TESTIMONY and SUBMISSIONS TO GOVERNMENTAL BODIES

**NHTSA Hearing on Chrysler Defects and Recalls.   July 2015**   Testimony in-person about Chrysler's tactics in notifying the public and NHTSA of various safety defects. My focus was on the fuel tank hazard in Jeep Grand Cherokee and Liberty SUVs, what Chrysler concealed, then delayed, then denied..

**Recommendations for FMVSS 216 – Roof Crush Resistance.**   Submission to NHTSA, March 2008. Recommendations for testing roof strength and performance in rollovers.   Includes increasing Strength-to-Weight Ratios, dynamic rollover testing, elimination of preemption, etc.

**DOT Commercial Motor Vehicle Safety Workshop**, of the U.S. Dept. of Transportation, July-August 1999.  Participant to assess future scenarios and potential solutions to help reduce commercial truck and bus fatalities from 5,300 annually in half by the year 2010.

**NHTSA Side Impact Airbags Public Meeting**, April 1999, in Washington, D.C.   Presentation on need for systems approach, including vehicle body structure, side window glass-plastic, wrap-around seats, seatbelt pre-tensioners, crash tests with matrix of dummies, need for vehicle rollover tests, comparative information on side airbag performance, warning labels.

**Safety Maximization within the Global Harmonization of Motor Vehicle Safety Standards**. Presentation at NHTSA Public Meeting on Global Harmonization, Feb. 1999.   Need to focus on strongest standards internationally re: truck underride, vehicle conspicuity, seat strength, side windows to prevent ejection, dynamic rollover tests, fuel tank protection, etc.

**Occupant Crash Protection, Requirement for Advanced Airbags**,  Submission to NHTSA Docket 98-4405, Dec. 1998.   Recommendations for crash test matrix, various dummies, crash thresholds, to help ensure safer airbag systems for children and adults of all sizes.

**NHTSA Smart Air Bag Public Meeting**, Feb. 1997, in Washington, D.C.  Presentation about dual-mode softer/firmer airbags, 1973 GM ACRS dual-pressure airbags, tethers to control shape, need to modify crash sensor actuation thresholds, and crash testing protocol.

**Air Bag Deactivation and Depowering of Air Bags, Submission to NHTSA Docket 74-14**, February 1997.   Noted opposition to allowing mass deactivation of airbags, and discussed safer alternatives such as raising the crash threshold that actuates airbags, having variable airbag inflation tailored to crash severity and occupant size.

**Rear Impact Guards / Rear Impact Underride Protection for Heavy Trucks and Trailers, Submission to NHTSA Docket 1-11**, June 1992.   Urgent need to adopt underride guard FMVSS (after 25 year delay) with guard height at 16-18 inches above ground, apply to trailers *and* trucks, need for *side* underride guards, enhanced conspicuity, retrofit of existing trailers with underride guards.

**Rollover Prevention, Submission to NHTSA Docket 91-68**, April 1992.  Recommended use of dynamic vehicle rollover testing with crash dummies; and noted roof structure defects and the need for stronger roof structures to minimize intrusion into occupant *"survival space"*.

**"Automotive Safety:  Are We Doing Enough to Protect America's Families"**
Hearing before the select Committee on Children, Youth, and Families, U.S. House of Representatives. December 4, 1991.   Testimony on hazardous seatbelt designs and truck underride hazard and 20+-year delay, urging that NHTSA finally mandate underride guards.
(A new regulation ensued, requiring safer rear underride guards for new trailers as of Jan. 1998.)

**Testimony in Support of Mandatory Requirements for Airbags,**   Hearings by U.S. Dept. of Transportation, NHTSA, in Los Angeles, November 28-29, 1983.   Pointed out basis for implementing safety airbags, the prior needless delay, and feasible technology since 1973.

**"Failures of NHTSA to Conduct Safety Defect Investigations in an Expeditious & Open Manner"**
U.S. House of Representatives, Subcommittee Hearings, March 1983.   Noted examples of safety defect investigations that could and should have proceeded, with recommendations to improve NHTSA's defect investigation processes.

**"Seat Design and Fuel Tank Systems... Defect Dilemmas in Need of Attention"**
Safety Defects Conference, National Motor Vehicle Safety Advisory Council, DOT, Oct. 1973.   Pointed out weak seats and unsafe fuel tanks, and urged upgrade of FMVSS 207 and 301, including the need for rear-impact crash tests to evaluate seat and fuel tank performance.

**Volkswagen "Ejector Seat" Epidemic, and Pinto-Vega Fuel Tank Hazards**   Hearings on Amendments to Motor Vehicle Safety Act, U.S. House Subcommittee., April 1973.   Pointed out epidemic of VW Beetle seat failures in rear impacts and need to upgrade FMVSS 207 to require rear-impact crash testing for seat evaluation, also presented Pinto-Vega-etc. fuel tank - fire case examples and the need to upgrade FMVSS 301 to require rear-impact crash testing.

**The Inca Energy-Absorbing Bumper System**   Hearings of Committee on Commerce, U.S. Senate, Washington, D.C., May 1971.   Presentation of principles, designs, and low-speed crash tests of energy-absorbing bumper system based on Inca design using stacked Belleville spring-washers in pistons.


***For further background information, an overview of vehicle safety defects and safer alternative designs, and many of Byron Bloch's published articles in PDF format,***

**please also refer to the website at:**

*www.AutoSafetyExpert.com*



# EXHIBIT 2



# Anti-Theft Engine Immobilizers Were Produced by Bosch In the Mid-1990s to Help Reduce Vehicle Theft

This example of a Bosch anti-theft engine immobilizer was utilized in the 1996 Volvo 850-series of cars and utility vehicles. The vehicle's key served as a transmitter to send a special code to an antenna in the vehicle, which then enabled the ignition switch to be activated.



Fig. Immobilizer System Diagram



## Immobilizer (start inhibitor)

Each of the keys supplied with your car contains a coded transmitter. The code in the key is transmitted to an antenna in the ignition switch where it is compared to the code stored in the start inhibitor module. The car will start only with a properly coded key.

If you misplace a key, take the other keys to an authorized Volvo retailer for reprogramming as an antitheft measure.



VOLVO V70 & V70 R



# EXHIBIT 3

# 1994 - Ford's Immobilizer System to Combat Vehicle Theft
*Ignition Key Immobilizer, Shielded Door Locks, Alarms / Crime Prevention*

## In the forefront against Car crime

**Ford lead in the fight against autocrime and have developed an extensive range of crime prevention deterrents.**

The increase in car related crime has initiated a massive drive in vehicle security and Ford has addressed the problem with a wide range of security measures that are designed to protect your vehicle whilst not encumbering your motoring. For instance, the Mondeo is equipped with an anti-theft alarm that has two levels of operation. A perimeter alarm will be activated if the doors, tailgate/bootlid or bonnet are opened or tampered with. A sophisticated volume sensing alarm adds interior movement detection and will be activated if the sunroof or any of the windows are broken. Combining technology with practicality to enhance security, Ford have developed the Safeguard system. Safeguard is an immobiliser system designed to combat the most persistent would-be thief.



## Security Reaffirmed

Ford of Europe developed and installed a range of crime prevention deterrents (including immobilizers) beginning in 1994 with low-cost Fiesta and Escort, to Mondeo, Granada, and Scorpio.

This inclusion of immobilizer anti-theft technology was state-of-the-art prior to 1998 mandates in Germany and Britain, then 2001 in Canada, and 2007 in Australia. Most automakers also included immobilizers in their U.S. models, except for Hyundai and Kia.









Car of the Year 1994
*Mondeo*

Cars

**1994 Edition One**

Ford

Security is another strength incorporated into the new 94 Fiestas. All petrol derivatives are fitted with the Safeguard immobiliser system. The system is based on an ignition immobiliser which renders the vehicle completely stationary within 30 seconds of activation. The system is controlled by the ignition key and requires no special actions by the user to arm or disarm. Other aspects of security, featured on all Fiesta models, are shielded door locks, anti-burst locks, visible vehicle identification number and a locking fuel filler cap.

# EXHIBIT 4

Gov't Entities vs. Hyundai / Kia

BLOCH

# 1995 - U.S. Patent for Anti-Theft Coded-Key Immobilizer
## *Variable Code Transmission for I.D. Needed to Start Engine*

*By the 1990s, the technology for coded-key engine immobilizers was used as an anti-theft feature*

United States Patent 5,670,933

Anti-Theft Apparatus and
Method for an Automobile
(Toyota)

## ANTITHEFT APPARATUS AND METHOD FOR AN AUTOMOBILE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an antitheft apparatus and method for an automobile, especially to an antitheft apparatus and method for an automobile which has an improved antitheft capability.

2. Description of the Related Arts

Recently, almost all automobiles are provided with a keyless-entry system which can lock or release the doors from the outside using a transmitter which is installed in a door key and transmits a predetermined identification code.

Theft of the automobile, however, cannot be avoided when a door is destructively opened.

To solve the above-mentioned problem, a keyless-entry system with an improved antitheft capability which interrupts the starting circuit of an engine when the door is locked, has already been proposed (refer to Unexamined Panted Application (Kokai) No. 63-31847).

The keyless-entry system according to the above-mentioned application has a remote control key combined with an ignition key, and interrupts the starting circuit when the ignition lock is positioned at the locked position and the door is locked by the remote control key.

The starting circuit is connected when the door is opened by the remote control key.

The antitheft possibility, therefore, is improved, because the engine cannot be started if the door is opened using means other than the remote control key.

The identification code, however, in the remote control key must be small, and the transmitter installed in the key has the limited size.

Therefore, the antitheft possibility cannot be sufficiently improved, because the code can be easily decoded.

### ABSTRACT

[57]

If agreement between an identification code transmitted from a transmitter 111 installed in a door key 11 and a predetermined identification code is detected in an immobilizing ECU 12, a variable code including a predetermined key word is transmitted from the immobilizing ECU 12 to an engine ECU 13, and the variable code is decoded in the engine ECU 13. If the decoded key word does not agree with the predetermined key word, the starting of the engine is inhibited.

According to another aspect of this invention, a variable code is transmitted from the engine ECU 13 to the immobilizing ECU 12, a returning variable code is calculated based on a predetermined key function in the immobilizing ECU 12, and it returns to the engine ECU 13. If an agreement with returned variable code and a reference variable code determined in the engine ECU 13 is detected for the predetermined period, the starting of the engine is inhibited.



Fig. 2

Fig. 1

# EXHIBIT 5



Gov't Entities vs. Hyundai / Kia

# 2006 - U.S. Patent for Engine Immobilizer Security System

## *Shared Encryption Challenge with Electronic Control Unit (ECU) for Anti-Theft Security*

*Anti-theft system uses multiple random number generators to match encryption with key and ECU to enable engine operation*

**United States Patent 7,034,654**

**Motor Vehicle Engine Immobilizer Security System and Method**
(General Motors)



**MOTOR VEHICLE ENGINE IMMOBILIZER SECURITY SYSTEM AND METHOD**

### TECHNICAL FIELD

The present invention generally relates to a motor vehicle security system, and more particularly relates to a challenge/ response motor vehicle theft deterrent engine immobilizer system and method that generates a secure challenge to prevent an unauthorized entity from operating a motor vehicle.

### BRIEF SUMMARY

The invention provides an apparatus for a motor vehicle engine immobilizer security system. Methods for use of the apparatus and for generating a secure number for use in the apparatus are also provided. The apparatus includes an electronic control unit (ECU), an engine immobilizer unit, a shared encryption circuit, and a shared encryption key. The ECU generates a challenge by combining the output of a pseudo-random number generator and the output of a somewhat different random number generator and cycling the combined number through a linear feedback shift register. The ECU

sends the challenge to the immobilizer unit where it is encrypted with the shared key and sent back to the ECU as a response. The ECU uses the same key and encryption circuit to encrypt the challenge and compares the encrypted challenge to the response. If the response matches the encrypted challenge, engine operation is enabled.



### (57)     ABSTRACT

Methods and apparatus are provided for insuring that a motor vehicle is being operated by an authorized operator. The apparatus includes an electronic control unit (ECU), an engine immobilizer unit, and a shared encryption key. The ECU generates a challenge by combining the output of a somewhat different random number generator and the output of a random number generator and cycling the combined number through a linear feedback shift register. The ECU sends the challenge to the immobilizer unit where it is encrypted with the shared key and sent back to the ECU as a response. The ECU uses the same key to encrypt the challenge and compares the encrypted challenge to the response. If the response matches the encrypted challenge, engine operation is enabled.

# EXHIBIT 6

Gov't Entities vs. Hyundai / Kia

# Hyundai Introduced Genesis in 2008 with Anti-Theft Immobilizer

*But for Other Series, it Was Extra-Cost Package... and Thefts Continued*

*Hyundai introduced the Genesis models in 2008 with the anti-theft engine immobilizer as a standard safety feature, but other Hyundai and Kia models were short-changed and below the state-of-the-art without engine immobilizers. In some models, it was only available as part of an extra-cost option package.*

**Excerpts from Hyundai Genesis Owner's Manuals**



### SAFETY FEATURES

Electronic Stability Control (ESC)

Traction Control System (TCS)

4-wheel Anti-lock Braking System, Electronic Brake-force Di

Advanced Driver and Front Passenger Airbags (SRS) with Occupant

Front and Rear Side-impact Airbags (SRS), seat-mounted

Front and Rear Side-curtain Airbags (SRS), roof-mounted

Electronic Active Front Head Restraints

3-point Seatbelts, all seating positions; front seatbelt preten

Tire Pressure Monitoring System (TPMS)

Front and Rear Crumple Zones

**Anti-theft System with Engine Immobilizer**

#### Immobilizer system

Your vehicle is equipped with an electronic engine immobilizer system to reduce the risk of unauthorized vehicle use.

Your immobilizer system is comprised of a small transponder in the ignition key and electronic devices inside the vehicle.

#### Immobilizer System

The immobilizer system protects your vehicle from theft. If an improperly coded key (or other device) is used, the engine's fuel system is disabled.

**Applicable Vehicles:**

vehicles **not equipped with an engine immobilizer** and **not equipped with** START/STOP ignition button

- Certain 2011-2014MY Sonata (YFa) (VIN starts with "5NP")
- Certain 2015-2019MY Sonata (LFa) (VIN starts with "5NP")
- Certain 2011-2016MY Elantra (UD/MD) (UD VIN starts with "5NP"; MD VIN starts with "KMH")
- Certain 2017-2020MY Elantra (AD/ADa) (ADa VIN starts with "5NP"; AD VIN starts with "KMH")
- Certain 2021-2022MY Elantra (CN7/CN7a) (CN7a VIN starts with "5NP"; CN7 VIN starts with "KMH")
- Certain 2013-2017MY Elantra GT (GD)
- Certain 2018-2020MY Elantra GT (PD)
- Certain 2020-2021MY Venue (QX)
- Certain 2012-2017MY Veloster (FS)
- Certain 2019-2021MY Veloster (JS)
- Certain 2018-2022MY Kona (OS)
- Certain 2018-2022MY Accent (HC)
- Certain 2011-2015MY Tucson (LM)
- Certain 2016-2021MY Tucson (TL)
- Certain 2022MY Tucson (NX4/NX4a)
- Certain 2013-2018MY Santa Fe Sport
- Certain 2018MY Santa Fe & 2019MY Santa Fe XL (NC)
- Certain 2019-2022MY Santa Fe (TMa) (VIN starts with "5NM")
- Certain 2020-2021MY Palisade (LX2)
- Certain 2013-2014MY Genesis Coupe (BK)

**Hyundai/Kia models NOT equipped with anti-theft immobilizers are more frequently stolen**



**Hyundai Sonata**
Thieves swiped 26,720 Hyundai Sonatas last year.



**Hyundai Elantra**
There were 31,712 Hyundai Elantras stolen in 2024.

*2024 most stolen car data from National Insurance Crime Bureau*

# EXHIBIT 7

**Gov't Entities vs. Hyundai / Kia**

# Kia TSB: Install Theft Deterrent Ignition Cylinder Protector
## 2023 Kia Technical Service Bulletin (TSB) Recognizes Vulnerability

This bulletin provides information to install a Theft Deterrent Ignition Cylinder Protector on certain 2010-2022MY Kia vehicles outlined on page 13, which may not have been equipped with an immobilizer and whose Integrated Body Control Unit (IBU) / Body Control Module (BCM) are not able to receive the Anti-Theft Software Logic upgrade under CS2301/02/03/04/05/06/07/08/09 TSBs. In an effort to help prevent thefts of Kia vehicles that are not equipped with an immobilizer, a protective cover will be permanently affixed to the ignition cylinder. This Theft Deterrent Ignition Cylinder Protector prevents the removal of the key lock cylinder thereby preventing access to the ignition tumbler. Follow the procedure outlined in this publication to install the Theft Deterrent Ignition Cylinder Protector as described in the bulletin on the applicable vehicle.

**This Kia TSB tries to compensate for the deficiencies of the ignition lock tumbler that allow it to be easily manipulated by a would-be thief with a simple tool, by installing a protective sleeve to make it more difficult to access and turn on the ignition switch.**







The ignition housing (D) shown above was removed for illustration purpose ONLY.

19. If the vehicle was originally equipped with a key illumination ring, install the provided deco-ring (I) over the end of the key lock cylinder (C) as shown.

**Note: Only required for P5, SK3 and VQ models.**

20. Align the applicable theft deterrent ignition cylinder protector (J) in front of the ignition housing (D).

21. Slide the theft deterrent ignition cylinder protector (J) inward and over the ignition housing (D).

Note: The ignition housing (D) does NOT need to be removed. Refer to the parts table on page 13 to select the applicable Theft Deterrent Ignition Cylinder Protector (J) for the applicable vehicle being worked on.



23. Insert the provided locking tab (K) into the protector locking tab cavity area.

# EXHIBIT 8

# Gov't Entities vs. Hyundai / Kia

## Hyundai Technical Service Bulletin (TSB) in 2024 Describes Software Upgrade for Anti-Theft Protection That May Fail

*List of vehicles not equipped*

Hyundai offered a software upgrade to millions of affected 2011-through-2022 Hyundai vehicles that were not originally equipped with engine immobilizer parts for anti-theft protection.

Hyundai recognizes the software upgrade may or may not be adequate and may fail.

- **If the software is upgrading and fails (not relating to GDS disconnection or battery died) at any percentage, then try the following:**
  - Select OK when the error message pops up, and DO NOT SELECT ANYTHING ELSE, LEAVE EVERYTHING AS IS.
  - Turn the ignition OFF for 15 seconds and then turn it back ON.
  - Proceed with MANUAL upgrade procedure following the GDS screen instructions.





Hyundai

## Service Campaign 993 in January 2024

# EXHIBIT 9

European Economic Commission, Council Directive 74/61 of 17 December 1973, on the approximation of the laws of the Member States relating to devices to prevent the unauthorized use of motor vehicles. Journal L 038, 11/02/1974

Federal Motor Vehicle Safety Standard 114, "Theft Protection and Rollaway Prevention", 49 CFR § 571.114

2008 Hyundai Elantra U.K. Sales Brochure

2008 Hyundai Genesis U.S. Sales Brochure

2004 Volvo V70 U.S. Owner's Manual

1994 Ford U.K. Mondeo "Car of the Year" Edition One Sales Brochure

US Patent #5,670,933 Issued September 23, 1977

US Patent #7,034,654 Issued April 25, 2006

HLDI Bulletin Vol. 38, No. 28: December 2021. Available online: https://www.iihs.org/media/0e14ba17-a3c2-4375-8e66-081df9101ed2/opm7QA/HLDI%20Research/Bulletins/hldi_bulletin_38-28.pdf

Braden Bjella, "'My car got stolen last month': Woman slams Hyuundai's 'anti-theft software' after thieves use this weird trick to get around it." Daily Dot, September 10, 2024. Available online: https://www.dailydot.com/news/hyundai-stolen-anti-theft-software/

Cari Spencer, "Kia and Hyundai owners continue to report car theft after free security upgrades." MPR News, March 11, 2024. Available online: https://www.mprnews.org/story/2024/03/11/kia-and-hyundai-owners-continue-to-report-car-theft-after-free-security-upgrades

Kia TSB, CS2301 – January 2023

Hyundai TSB, Service Campaign 993 – April 2023

Hyundai TSB, Service Campaign 993 – January 2024

Hyundai TSB, Service Campaign 9a5 – December 2023

Hyundai TSB, Customer Satisfaction Initiative P32 – June 2023