# EXHIBIT H

# 2021 COPS Community Policing Development (CPD) Microgrants Application

## Proposal Abstract

The Madison Police Department and RISE Wisconsin, Inc., will partner to break the cycle of youth from the same families committing violent crimes though providing wraparound resources to repeat juvenile offenders <u>and family members</u>. Many youth arrested for violent crimes have siblings that are already behind in literacy and numeracy skills and may have unaddressed trauma-related issues. Because siblings live in the same environments as their arrested siblings, we believe a focused intervention with the offenders AND siblings may assist in reducing their likelihood to follow that same criminal path, and may also help lower offender recidivism In addition, this plan also includes specific adult intervention for those who also reside with the arrested youth.  Adults in need of services for AODA, employment, housing, trauma and education will also receive wraparound services directly in the home.

An identifiable and repeat cohort of juvenile offenders will be referred by youth court judges, working in consultation with the county youth court administrator, to our grant initiative to provide wraparound services to address the epidemic of stolen autos, assaults, weapons offenses, theft from vehicles and burglaries that signify an increase of very dangerous law violations by the youth in our community.

Referrals will be handled by RISE to provide family wraparound services, such as tutoring, literacy education and mentoring, especially for younger sibling of offenders, as well as offenders and parents. Services are usually rendered in-home which creates a better relational environment and improves participation rates

Our proposed program—court-referred repeat juvenile offenders and their families, <u>especially younger siblings</u>, to wraparound services is innovative and a needed approach that has not organized under one holistic service system and not for families in the context of juvenile court orders. Our target goal is a reduction in referred offender recidivism by 30%.

[1,996 out of 2.2000 character max.]

## Explanation of need for federal assistance

[Reopen CPA Solicitation Questions survey to complete]

**All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 1,000 characters.]**

A State-imposed property tax levy limit on municipalities limits new services; and a complicated state tax sharing program has resulted in decreased funding for Madison, resulting in the local tax levy carrying more costs-to-continue. Recently, a defund the police effort resulted in the loss of four officers and the transfer of 34 parking enforcement officers and all crossing guards to other agencies.

Grants provide MPD an opportunity to pilot community-building, multi-stakeholders projects that otherwise would not occur. Police are conveners bringing people to the table, who then work collaboratively when they see that MPD's problem-solving focus is on community-led efforts to improve perceptions of safety and justice.

MPD has successfully transitioned grants into permanent programs, such as pre-arrest addiction diversion, school-based youth courts, a domestic abuse services referrals, a mental health officer/crisis worker co-deployment unit and peacekeeper-type community safety workers.

 [1,000 out of 1,000 max. characters]

## Problem and Project Description

**Please complete the following questions.**

From the list below, please select the primary target audience that your agency is seeking to engage with this funding and then please describe the specific audience in the text box. For the purposes of the community option, the COPS Office includes community groups, other government agencies, nonprofits, businesses, and

general residents as part of this audience. For the purposes of the youth option, the COPS Office includes all individuals under the age of 18 as well as specific sub-populations of youth including high-risk, justice involved, future officer, or in school-based settings. Finally, for the purposes of the officer option, the COPS Office includes prospective officers as well.

___ Community
_X_ Youth
___ Officers

**Based on your selection in the above question, please describe the specific audience in the following text box.**

The wraparound effort will focus on court-referred repeat juvenile offenders and their families, especially siblings. Many youth arrested for violent crimes have siblings that are already behind in literacy and numeracy skills and may have unaddressed trauma-related issues. Because siblings live in the same environments as their arrested siblings, we believe a focused intervention with the offenders AND siblings may assist in reducing their likelihood to follow that same criminal path, and may also help lower offender recidivism In addition, this plan also includes specific adult intervention for those who also reside with the arrested youth. Adults in need of services for AODA (Alcohol/Drugs), employment, housing, trauma and education will also receive wraparound services directly in the home.

**Identify the gap in existing public safety knowledge or practice (or both) and why and how this project will meet that need.**

The important gap to address is the "environment" in which criminally-involved youth reside. For a variety of reasons from available (or lack thereof) resources, mental health concerns or opportunities (or lack thereof) to trauma or poverty, some youth commit violent felony crimes. In Madison there are families whose environmental living conditions are substandard and meet poverty levels. We can identify youth falling under the umbrella of several of these variables who become crime-involved at a young age. The goal of wraparound intervention is to break that criminal cycle and offer more resources, advance tutoring at a young age, or trauma related therapy for siblings of the arrested youth and extend opportunities that provide alternatives to following on their siblings criminal path.

According to the newly-released Madison Dane County Violence Prevention: A Roadmap to Reducing report: "It is well documented that starting from a very young age, people's surroundings and experiences shape behaviors. Accordingly, successful violence prevention plans must think about opportunities to support children, youth, and families in many settings—homes, schools, jobs, and other community environments. Furthermore, community partners must employ comprehensive approaches that address many factors that impact healthy youth development and wellbeing, including early education, access to positive programs, family engagement and adult support, and employment opportunities. We also need to bolster coordination across organizations that are promoting healthy families, as early intervention and prevention coordination will better serve families and increase impact. Investing in and creating more opportunities for children, youth, and families to connect to community resources that promote healthy development and engagement can create generational changes and contribute to healthier communities.

The roadmap, used to guide this proposal, focuses on promoting healthy families and quality early learning to foster culturally responsive, healthy child development through these objectives: 1) Promote early childhood home visitation and positive parenting programs; (2) Strengthen preschool enrichment with family engagement; (3) Support father-child connectedness, including opportunities for systems-involved fathers; (4): Create more robust family engagement programs for youth involved in the youth justice system; and (5) Promote and support programming that implements positive youth development frameworks.

**What is innovative about the approach or how will your agency build on prior program success?**

This proposal puts forth two innovative approaches for programming. First, we will bring resources to the non-criminally involved family members, such as adults and siblings of the offender. Those resources will include academic tutoring, mentoring, trauma care, AODA assessment/counseling, employment counseling, and work to stabilize housing. As the

HKThefts_Madison_00426832

partnership with RISE is implemented, the second innovative approach will be to bring all these resources to the environment (home) of the offending youth. Counselors and experts will work to ensure the younger siblings feel they have alternatives to choosing the path of criminal activity.

Wraparound care coordination for youth with serious emotional and behavioral challenges has been implemented in every state and in many child-serving contexts, but rigorous effectiveness studies have been scarce.

According to the National Wraparound Initiative, wraparound provides a comprehensive, holistic, youth and family-driven way of responding when children or youth experience serious mental health or behavioral challenges, putting the child or youth and family at the center, with support friends and people from the wider community, as well as providers of services and supports.

With the help of the team, the family and young person take the lead in deciding team vision and goals, and in developing creative and individualized services and supports that will help them achieve the goals and vision. Team members will work together to put the plan into action, monitor how well it's working, and change it as needed.

**What are the major activities that your agency will implement if funded? How will these activities assist your agency in implementing or institutionalizing community policing?**

The Madison Police Department is a progressive police department with a rich history of community policing and problem-solving and its sworn force of 479 officers and 86 civilians constantly strive to achieve our mission while prioritizing community partnerships, proficiency and continuous improvement. Our decentralized model that includes six district stations relies on a combination of district-specific resources supported by citywide specialty units. Our service-delivery model in the districts relies extensively on community policing teams consisting of neighborhood officers, neighborhood resource officers, community policing teams as well as liaisons from mental health and a gang unit. We police in partnership with our community and our success is directly tied to our ability to develop and maintain strong relationships with customers, service providers and community leaders. Our service delivery model therefore relies on and thus develops skills and practices in officers, units and districts that allow for us to play an influential role in community development to include crime response and prevention. We as an organization has an established successful track record of leading, partnering and supporting collaborative community-based initiatives

This initiative is another example of a partnership for needed, innovate programming to address pressing public safety needs.

MPD will develop a protocol with RISE and the county youth court administrator for identifying repeat juvenile offenders whose families may benefit from referral to the program by youth court judges. MPD will contract will our project partner (subawardee) RISE, connect them to community literacy programs that have partnered with MPD previously, manage their service delivery contract and coordinate program and financial reporting to the COPS Office. MPD will disseminate program information internally and eternally to make officers and the community aware of the program, as well as highlight the problem-solving partnership that is a hallmark of community policing.

**Has this approach previously been tested or practiced by another agency and if so, explain the results and how your agency will improve upon it? If not, do you have evidence to justify the proposed implementation activities? Please describe evidence with any links as appropriate. If no evidence, please justify the approach including if your agency will be incorporating an evaluation component to your project?**

Our proposed approach has not been tested in our community. Wraparound service are being used locally for youth, but our emphasis on court-referred repeat juvenile offenders and their families, <u>especially younger siblings</u>, is innovative and a needed approach that has not organized under one holistic service system and not for families in the context of juvenile court orders.

Our local epidemic of stolen autos, theft from vehicles and burglaries are driven by an identifiable and repeat cohort of youth that our County Juvenile Division Judges see daily. Over the past few years, there has been a significant increase of very dangerous law violations by the youth in our community. Car thefts, home burglaries and assaults have been committed by a group of youth who have had repeated interventions, including placement in juvenile corrections. There has also been recruitment of younger youth in this behavior. Arresting and incarcerating youth has not resolved this issue

and a different approach is necessary to break the cycle of behavior. If funds are awarded to Madison, the Juvenile Court Program will work with the Police Department and services provider RISE to make this grant initiative a success by participating in community policing efforts to provide wraparound services and support for young offenders. The courts will also partner with the initiative in order to coordinate court interventions. It is an opportune time for a new and innovative approach to working with some of our
Most deeply-involved youth and their families, as we welcome thousands of new residents into the City each year.

Although research has been completed, wraparound has certainly has proven to be a promising practice with have good outcomes; however, wraparound may not yet meet the level of evidenced-based. A study published in the *Journal of Emotional and Behavioral Disorders* (https://doi.org/10.1177/1063426619861074) found that "Wraparound youth were less likely to be rearrested…and survival analysis found they went longer before doing so than [control group] youth. Wraparound youth were also more likely to be educationally on track than [control group] youth by the end of the study….Although these findings were nonsignificant…due to small sample sizes, effect sizes were medium to large, and no such trends were found for the [control] group.'

Given the innovative nature of the project and a social setting that is constantly changing, we will use developmental evaluation to evaluate the proposed project and help guide action research efforts. Developmental evaluation is particularly useful for evaluating innovative projects in complex and dynamic settings. It provides stakeholders with support for continuous monitoring of programs in a way that allows for adaptations and changes in response to unforeseen changes in context or setting affecting program efforts. Rather than grading or judging a new project, developmental evaluation continuously collects data on what is happening in the project, feeding it back to the group doing the project so that they can choose what adjustments to make as they go. The evaluation team will have regular meetings to review crime and program data and help establish evaluative questions for the data to promote systematic, data- based decisions throughout the implementation process.

We anticipate using youth participatory action research to empower and engage youth in investigating changes in the social and physical environment that results from program implementation. We may also use action research to solicit additional input from community members and others affected by programs, who often have deep experience in their own community context, along with knowing the people themselves and how they may respond to various research methods.

## Management and Implementation

**Please complete the following questions.**

**Describe the overall management and implementation plan for the project including identification of any key community or other stakeholder partnerships that will play a role in the implementation of this project. Note: A timeline of project deliverables, activities, and milestones will need to be uploaded in the "Additional Application Components" section.**

Repeat juvenile offenders will be referred by youth court judges working in consultation with the county youth court administrator (see letter of support) to our grant initiative to provide wraparound services to address the epidemic of stolen autos, theft from vehicles and burglaries that are occurring in our community.

Referrals will be handled by our partner and subawardee, RISE, to provide family wraparound services, such as tutoring, literacy education and mentoring, especially for younger sibling of offenders, as well as offenders and parents. Services are usually rendered in-home which creates a better relational environment and improves participation rates.

RISE will assign a Care Coordinator to work with the pilot youth (8-10 youth) and their families. The Care Coordinator would partner with the family to develop a wraparound team, identify the youth/family assets as well as needs. A Plan of Care (POC) would be developed to include the strengths and needs and identify supports and services to connect the youth/family to. The wraparound team would meet at least monthly to discuss the POC and monitor progress toward goals and modify as necessary.

**Identify current governmental and community initiatives that complement or will be coordinated with the proposal.**

There are various entities that provide youth and family services, such as tutoring and mentoring, in our community, however most do not go directly into the home. There are other great community services, but none target services for the siblings of youth caught up in the justice system with violent charges.

That said, the 22-member Dane County Community Violence Coalition (including MPD and RISE), working through a public health lens and the newly-released *Roadmap to Reducing Violence* report pursues many pathways to address youth violence. Our grant initiative will tap into these resources as applicable.

Additionally, the 11-member multi-agency critical-incident triggered Community Crisis Intervention Team, which MPD co-facilitates and includes youth court members, will inform grant initiative family services needs as its responds to incidents.

RISE regularly works in a continuum of care environment in which some non-grant funded supports and services may be covered by the Madison Metropolitan School District MMSD (education), Medicaid / insurance (mental health/substance abuse treatment), Dane County Department of Human Services (intensive supervision), etc.

**Please describe your current agency experience and capacity to carry out the proposed activities (e.g., the ability to conduct a substantive programmatic meeting, produce practitioner friendly reports, facilitate meetings or forums of varying sizes with law enforcement professionals, deliver effective training on a specified topic as relevant to the goals and proposed deliverables).**

MPD has successfully led many multi-year, multi-agency grant initiatives, including two that concluded earlier this year. A 2016 BJA SPI grant created the Madison Addiction Recovery Initiative pre-arrest opioid addiction pre-diversion program, which has continued and expanded as the Pathways to Recovery Initiative to now include a proactive Addiction Resource Team of an officer, community paramedic and several peer support coaches. A 2017 CBCR "Southwest Madison: A Safe & Beautiful Place" project was led by Capt. Hanson, who is out MPD co-project lead for this proposal. The MPD Crime Analyst Unit tracks weekly data for violent crime, property crime, and "quality of life" crimes, as part of the Department's efforts to problem solve issues, was instrumental in the two aforementioned grant projects, and and will assist in gathering outcome measure data for this proposal. Co-project lead Jim Powell is the MPD grant program manager and coordinates grant projects internally and externally, including several multi-stakeholder collaborations during the past decade. He has twenty years of community development and neighborhood capacity building experience, and has managed more than 125 grant projects during that time. MPD received, and successfully implemented, a 2016 COPS Microgrant for a southwest police-community avenue board and 2017 COP Microgrant for officer wellness and safety.

RISE is a nonprofit organization located in Madison, Wisconsin serving all of Dane County and focused on community-based, strengths-driven services to children, adolescents, families, and young adults. One of the agency's primary focus areas is on providing community-based mental health wraparound services to children, youth and their families involved in the child welfare and juvenile justice systems. RISE also provides early childhood development and literacy home visiting services and crisis respite. The combined programs serve more than 2,200 individuals (including children and families) annually.

RISE believes in the power of human connection and the resilience that exists within everyone. We embrace strengths-based, solutions-focused approaches to addressing the mental health and wellness needs of our community. Its services provide education, support, stabilization, and coordination of care to children, families, and individuals in our community.

Executive Director Scott Strong has led RISE since 2005 and is responsible for oversight of agency operations and management within the local mental health system of care, and led the organization and board towards its strategic goals and to achieve the agency mission to coordinate a system of care to advance mental health and wellness of individuals, families, and communities.

Monica Caldwell directs RISE's six mental health programs; provides reflective supervision and leadership development with seven supervisors; leads efforts for expanding program capacity, continuous quality improvement, and increasing revenue streams; and engaging multiple stakeholders to foster collaboration in local system of care for youth and families. She will lead service delivery for this project.

## Impact and Performance Measures

HKThefts_Madison_00426835

**Please complete the following questions.**

**What are the expectations for how your agency will advance the goals and requirements of the CPD Microgrants program?**

The Madison Police Department will advance our community policing efforts through this project since it has identified and prioritized the ongoing, unresolved repeat offenders committing multiple crimes. Through the project, MPD will improve trust, accountability, transparency, and open communication, demonstrating that it is actively diverting youth away from criminal activities through non-law enforcement means (community-based crime- and violence-reduction). While this is community violence intervention project, it also addresses youth engagement focus area. MPD is heavily involved in all public health-oriented violence prevention work, having initiated through funding health equity nurses' projects and piloting a community safety workers program that is now being expanded through city and county efforts.

Our project expands and innovates promising practices and seeks to improve abilities and develop knowledge to inform and improve practice in the law enforcement field, will increase community awareness of community-policing initiatives and endeavor to institutional the practice and vision of diverting youth from crime.

**What specific outcomes does your agency expect to accomplish with this funding and how will the project team track or measure them?**

| **Process outcomes**: | **Target** | **Notes** |
|---|---|---|
| # juvenile offenders referred | 10 in program at one time | Dependent on referrals from juvenile court judges |
| # referred who participate | 90% | |
| # of participants (offender + family members) | TBD | Determined by family size |
| # of hours of services | 1,860 | Care coordination - 1,560<br>Mentoring - 150<br>Tutoring -150 |
| % satisfaction with services (participant survey) | 70% | |
| **Impact outcomes**: | | |
| No recidivism of referred juvenile offenders who participate | 30% | |

**Describe the potential impact of the project to the law enforcement field as a whole. Please describe how these efforts will be sustained once the award ends?**

Our goal is to reduce the number of juveniles committing violent crimes by breaking the cycle and offering better alternatives. Those alternatives include increasing reading/math scores, future job opportunities and recognition that an early entry into committing crimes leads to a life of struggles. The entire law enforcement field—police; district attorneys; juvenile custody intake, detention, shelter and home detention programs; and juvenile court judges—will benefit from this collaborative, multiple system approach, especially its younger sibling component. There has been a significant increase of very dangerous law violations by the youth in our community. Car thefts, home burglaries and assaults have been committed by a group of youth who have had repeated interventions, including placement in juvenile corrections. There has also been recruitment of younger youth in this behavior. Arresting and incarcerating youth has not resolved this issue and a different approach is necessary to break the cycle of behavior.

# Goals, Objectives, Deliverables, and Timeline

[255 characters max. for each response.]

**Goal Statement**

HKThefts_Madison_00426836

Break the cycle of youth from the same families committing violent crimes though providing wraparound resources to repeat juvenile offenders *and family members*.

**Objectives**      [Options: 2021 Q4 – 2022 Q3, Ongoing]

|    | OBJECTIVE | YEAR | QUARTER |
|----|-----------|------|---------|
| 1. | Project start-up: Accept the grant award. Create protocol with RISE and County Youth Court. Begin to identify youth offender/families in crisis. | 2021 | Q4 |
| 2. | Take court referrals and begin program implementation | 2021 | Ongoing |
| 3. | Work with families and juvenile justice system to build trust within the program for families to allow service providers into their homes to begin work. | 2022 | Ongoing |
| 4. | Continue program, evaluate program, seek funding for expansion | 2022 | Ongoing |
| 5. | Evaluate and continue/expand program | 2022 | Q4 |
|    |           |      |         |

Deliverables

|    |           |      |         |
|----|-----------|------|---------|
| 1. | MOUs, Letters of Agreement or Other Interim Deliverables | 2021 | Q4 |
| 2. | Policies/Procedures/Protocols | 2021 | Q4 |
| 3. | Other: Service Delivery | 2022 | Ongoing |
| 4. | Data Sets | 2022 | Ongoing |
| 5. | Evaluation Reports | 2022 | Q3 |
| 6. | Programmatic Reports | 2021 | Ongoing |

# Memoranda of Understanding (MOUs) and Other Supportive Documents

Have

## Resumes

Mike, Scott, Monica, Jim –have all

## Letters of support

John Bauman, Youth Court Administrator; NAACP; RISE; Baldwin (may be late)

## BUDGET AND BUDGET NARRATIVE

The Madison Police Department will contract with its partner and subwardee, RISE, Wisconsin, Inc. for wraparound services for the target population described in the proposal. The MPD grant program manager will oversee the contract and ensure financial conformity to applicable local procurement procedures and federal financial regulations.

| Account Category | Annual Amount | Comments/Calculations: |
|---|---|---|
| Personnel |  |  |
|     Salary | 65,680 | $47,510 FT Care Coordinator, $2,010 for supervisor (weekly supervision/program oversight), $2,285 for director of mental health (program launch/oversight), $4,800 for Executive, $2,499 for human resources, $4,523 for accounting & $2,053 for admin, facilities, IT, DE&I, etc. Specific overhead tasks include: new employee orientation, payroll processing, benefits enrollment, grant tracking, mthly f/s, vendor requests, IT support, janitorial, etc.) |

| | | | |
|---|---|---:|---|
| | Benefits | 12,034 | 6% of all wages for retirement expense, single health, dental, vision, & life/disability coverage for care coordinator, 16% of total admin salaries |
| | Taxes | 5,364 | 7.65% of all wages plus 1.95% of first $14k of wages |
| Personnel Subtotal | | 83,078 | |
| Other Operating | | | |
| | Insurance | 735 | insurance cost estimate for workers comp, professional liability, commercial & general liability for 1 full-time staff member |
| | Professional Fees/Outsourced Service Fees | 2,206 | payroll processing & outside IT vendor for 1 full-time staff member |
| | Postage/Office & Program Supplies/Printing/Photocopy | 476 | nominal amount for pens, note pads, file folders, copier paper, etc. |
| | | 200 | nomimal amount for copier paper & monthly copier charges |
| | Equipment/Furnishings/Depr. | 1,642 | $800 for laptop/docking station, plus $842 for furniture depreciation based on amt for 1 FTE |
| | Telephone | 546 | $30/mth for cell phone, plus $110 for Clarity office phone & $75 for Charter internet/fiber |
| | Training/Conferences | 500 | in-house and external trainings & conferences |
| | Food/Household Supplies | - | |
| | Travel | 6,120 | one weekly trip @ 25 miles/roundtrip @ $0.51/mile for youth meetings, team meetings, community meetings, IEPs, etc. |
| | Vehicle Costs/Depreciation | - | |
| | Other Operating - Indirect costs | 673 | Estimated pro-ration of annual audit fee based on 1 FTE |
| Other Operating - Subtotal | | 13,097 | |
| Space | | | |
| | Rent/Utilities/Maintenance - Direct | 2,696 | utilties and maintenance for 1.0 FTE based on 85 Ees |
| | Mortgage Principal/Interest | - | |
| | Depreciation/Taxes | 2,000 | building depreciation for 1.0 FTE - $5 million bldg over 30 yr estimated useful life for 1 FTE based on 85 Ees |
| | Space - Indirect costs | 804 | admin allocation of depreciation, utilties & maintenance for 1.0 FTE |
| Space - Subtotal | | 5,500 | |
| Special Costs | | | |
| | Participation Completion Awards | 4,000 | 8-10 families at a time for a year, $400 per youth |
| | External Evaluator Expense | 7,500 | evaluation of program impact and outcomes |
| | Wraparound Costs | 11,825 | Tutoring ($550/participant), Mentoring ($550/participant), childcare ($825) |
| Special Costs - Subtotal | | 23,325 | |
| Total Budgeted Costs | | 125,000 | |

Budget Narrative:

The above presented budget accounts for a 1.0 FTE Care Coordinator along with the necessary supervision and organizational support for this grant.  This care coordinator would be embedded in an agency that has been providing care coordination and using a wraparound model philosophy for over 20 years.   Specific program details included in this budget are as follows:

- An average of 3 hours per week of direct and indirect participant time with at least 2x per month being in person.   Other tasks include meetings with community partners, paperwork, travel time (1 hr/wk roundtrip), etc.
- Average caseload of 8-10 individuals
- Travel costs to travel to participant homes and meetings with other community providers.  Weekly mileage is estimated at 25 miles/roundtrip @ $0.51/mile
- Supervisor will provide weekly one hour check-in for care coordinator and 2 hours per month for oversight
- Director of Mental  Health will provide 1.5 hours monthly for 3 months and 1 hour monthly thereafter for the program launch & oversight along with 50 hours for overall oversight & expertise.

HKThefts_Madison_00426838

HKThefts_Madison_00426839

RISE Wisconsin, Inc.
Proposal Budget for Madison Police Department
As of July 8, 2021

| Account Category | Annual Amount | Comments/Calculations: |
|---|---|---|
| **Personnel** | | |
| Salary | 65,680 | $47,510 FT Care Coordinator, $2,010 for supervisor (weekly supervision/program oversight), $2,285 for director of mental health (program launch/oversight), $4,800 for Executive, $2,499 for human resources, $4,523 for accounting & $2,053 for admin, facilities, IT, DE&I, etc. Specific overhead tasks include: new employee orientation, payroll processing, benefits enrollment, grant tracking, mthly f/s, vendor requests, IT support, janitorial, etc.) |
| Benefits | 12,034 | 6% of all wages for retirement expense, single health, dental, vision, & life/disability coverage for care coordinator, 16% of total admin salaries |
| Taxes | 5,364 | 7.65% of all wages plus 1.95% of first $14k of wages |
| **Personnel Subtotal** | 83,078 | |
| | | |
| **Other Operating** | | |
| Insurance | 735 | insurance cost estimate for workers comp, professional liability, commercial & general liability for 1 full-time staff member |
| Professional Fees/Outsourced Service Fees | 2,206 | payroll processing & outside IT vendor for 1 full-time staff member |
| Postage/Office & Program | 476 | nominal amount for pens, note pads, file folders, copier paper, etc. |
| Supplies/Printing/Photocopy | 200 | nomimal amount for copier paper & monthly copier charges |
| Equipment/Furnishings/Depr. | 1,642 | $800 for laptop/docking station, plus $842 for furniture depreciation based on amt for 1 FTE |
| Telephone | 546 | $30/mth for cell phone, plus $110 for Clarity office phone & $75 for Charter internet/fiber |
| Training/Conferences | 500 | in-house and external trainings & conferences |
| Food/Household Supplies | - | |
| Travel | 6,120 | one weekly trip @ 25 miles/roundtrip @ $0.51/mile for youth meetings, team meetings, community meetings, IEPs, etc. |
| Vehicle Costs/Depreciation | - | |
| Other Operating - Indirect costs | 673 | Estimated pro-ration of annual audit fee based on 1 FTE |
| **Other Operating - Subtotal** | 13,097 | |
| | | |
| **Space** | | |
| Rent/Utilities/Maintenance - Direct | 2,696 | utilties and maintenance for 1.0 FTE based on 85 Ees |
| Mortgage Principal/Interest | - | |
| Depreciation/Taxes | 2,000 | building depreciation for 1.0 FTE - $5 million bldg over 30 yr estimated useful life for 1 FTE based on 85 Ees |
| Space - Indirect costs | 804 | admin allocation of depreciation, utilties & maintenance for 1.0 FTE |
| **Space - Subtotal** | 5,500 | |
| | | |
| **Special Costs** | | |
| Participation Completion Awards | 4,000 | 8-10 families at a time for a year, $400 per youth |
| External Evaluator Expense | 7,500 | evaluation of program impact and outcomes |
| Wraparound Costs | 11,825 | Tutoring ($550/participant), Mentoring ($550/participant), childcare ($825) |
| **Special Costs - Subtotal** | 23,325 | |
| | | |
| **Total Budgeted Costs** | 125,000 | |

Budget Narrative:

The above presented budget accounts for a 1.0 FTE Care Coordinator along with the necessary supervision and organizational support for this grant.  This care coordinator would be embedded in an agency that has been providing care coordination and using a wraparound model philosophy for over 20 years.   Specific program details included in this budget are as follows:

- An average of 3 hours per week of direct and indirect participant time with at least 2x per month being in person.   Other tasks include meetings with community partners, paperwork, travel time (1 hr/wk roundtrip), etc.
- Average caseload of 8-10 individuals
- Travel costs to travel to participant homes and meetings with other community providers.  Weekly mileage is estimated at 25 miles/roundtrip @ $0.51/mile
- Supervisor will provide weekly one hour check-in for care coordinator and 2 hours per month for oversight
- Director of Mental  Health will provide 1.5 hours monthly for 3 months and 1 hour monthly thereafter for the program launch & oversight along with 50 hours for overall oversight & expertise.

# MEMORANDUM OF UNDERSTANDING

## City of Madison Police Department and RISE Wisconsin, Inc.

This Memorandum of Understanding is hereby entered into by the City of Madison Police Department ("MPD") and RISE Wisconsin, Inc. ("RISE") for the purpose of partnering in a federally-funded COPS Office Community Policing Development Microgrant for community violence prevention to provide wraparound services for families of local youth that have multiple arrests for violent crimes with the goal to breaking that criminal cycle and offer more resources, advance tutoring at a young age, and/or trauma related therapy for siblings of the arrested youth and extend opportunities that provide alternatives to following on their siblings criminal path.

RESPONSIBILITIES AND EXPECTATIONS

The City of Madison Police Department will be responsible for the following:

- Serve as fiscal agent
- Serve as financial and program report manager
- Co-develop protocols for participation in the project
- Provide crime and arrest data needed to complete the crime analysis process as described in the grant proposal

RISE will be responsible for the following activities:

- Provide services as described in the grant application and as modified by the funder or jointly with MPD.
- Co-develop protocols for participation in the project
- Provide or subcontract as necessary for tutoring and program evaluation
- Provide quarterly financial reports and requests for reimbursements
- Provide quarterly program reports as mutually agree upon with MPD to be responsive to performance measure outcome reporting requirements for the grant project
- Assist in the final report and evaluation of the grant project

TIME PERIOD

This Memorandum of Understanding shall follow the grant project time period, September 1, 2021 through August 31, 2022, or the end date of the grant project period if extended and approved by the funder.

TERMINATION

This Agreement may be terminated in whole or in part by any party without cause. Written notice of termination shall be given in writing to all parties thirty (30) days prior to termination. Failure to honor any of the obligations stated above may also result in the termination of this Agreement.

*In Witness Whereof*, parties have executed this Memorandum of Understanding as of the date first written above.

_____
Shon F. Barnes, Chief of Police
City of Madison Police Department

Date:  July 8, 2021

_____
Scott S. Strong, Executive Director
RISE Wisconsin, Inc.

Date: July 7, 2021

**TAMMY BALDWIN**
WISCONSIN

**United States Senate**
WASHINGTON, DC 20510

COMMITTEES:
APPROPRIATIONS
COMMERCE
HEALTH, EDUCATION,
LABOR, AND PENSIONS

July 15, 2021

The Honorable Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

RE: O-COPS-2021-75012 - Community Policing Development (CPD) Microgrants – Madison Police Department

Dear Attorney General Garland,

I am pleased to support the Madison Police Department's (MPD) application to receive Community Policing Development (CPD) Microgrant funds offered through the U.S. Department of Justice, Office of Community Oriented Policing Services (COPS). Funding will help the MPD implement a services based approach to offer resources and specialized treatment for juvenile offenders and their families in the City of Madison.

According to the MPD, in the City of Madison there has been a major trend of juvenile crimes involving stolen cars, burglaries, strong arm robberies and weapons offenses. Both law enforcement and the larger community are concerned that the current methods of catch, arrest, and juvenile corrections have created a recidivistic cycle.

If awarded, CPD funds will allow MPD to develop a multi-faceted, tiered approach designed to identify, assess and then offer specialized treatment for juvenile offenders and their families. This type of model requires intensive intervention and a multi-agency partnership that relies on each agency sharing their expertise. As such, MPD will partner with Madison's RISE, an experienced youth and families services provider, to work towards meaningful solutions that not only reduce crime but provide youth in crisis with targeted resources and increased opportunities for growth.

I support projects that aim to strengthen our communities through engagement strategies and provider partnerships that help build trust between local law enforcement and the public they serve. For this reason, I request full and fair consideration be given to the MPD's application to receive a CPD microgrant. Please keep my staff informed on the progress of this application. They can be reached by e-mail at projects_grants@baldwin.senate.gov or via phone at 414-297-4451. Thank you for your thoughtful consideration of my request.

Sincerely,

Tammy Baldwin
United States Senator

 

DANE COUNTY CIRCUIT COURT
## Juvenile Court Program
Room 200, City-County Building
Madison, Wisconsin 53703-3343
608-266-4983
http://www.countyofdane.com/juvenilecourt/

**JOHN BAUMAN**
JUVENILE COURT ADMINISTRATOR
Juvenile Reception Center Supervisor
Phone: 608/283-2925   FAX: 608/267-4160
bauman.john@countyofdane.com

**SHELTER HOME/HOME DETENTION PROGRAM**
Suzanne Stute, Community Program Manager
2402 Atwood Avenue
Madison, WI 53704
Phone: (608) 246-3277
Fax:   (608) 245-3651
Stute@countyoddane.com

**DETENTION HOME**
Edjron Pearson, Superintendent
City-County Building, Room 200
Madison, WI 53703-3343
Phone: (608) 283-2926
Fax:   (608) 267-4160
pearson.edjron@countyofdane.com

June 28, 2021

Robert Chapman, Acting Director
U.S. Department of Justice
Office of Community Oriented Policing Services
145 N Street NE
Washington, DC 20530

Dear Acting Director Chapman:

I am writing to express the support of the Dane County Juvenile Court Program for the City of Madison's application for a COPS Community Policing Development Micro grant to provide wraparound services for youth involved in the criminal justice through an epidemic of stolen autos, theft from vehicles and burglaries that are occurring in our community.

As the Dane County Juvenile Court Administrator, I oversee programs that work with youth, including the custody intake Juvenile Reception Center, Juvenile Detention, Juvenile Shelter Home and the Home Detention Program. I also work very closely with our Juvenile Division Judges on policy and system interface. Given my experiences with wraparound programs while in other positions, I am also aware of the benefits of collaborative, multiple systems approaches.

Over the past few years, there has been a significant increase if very dangerous law violations by the youth in our community. Car thefts, home burglaries and assaults have been committed by a group of youth who have had repeated interventions, including placement in juvenile corrections. There has also been recruitment of younger youth in this behavior. Arresting and incarcerating youth has not resolved this issue and a different approach is necessary to break the cycle of behavior.

If funds are awarded to Madison, the Juvenile Court Program will work with the Police Department and services provider RISE to make this grant initiative a success by participating in community policing efforts to provide wraparound services and support for young offenders. The courts will also seek to partner with the initiative in order to coordinate court interventions.

It is an opportune time for a new and innovative approach to working with some of our deepest involved youth and their families, as well as increasing the Madison Police Department workforce as we welcome thousands of new residents into the City each year. I encourage the COPS Office to give this application its fullest consideration.

Sincerely,

John Bauman
Dane County Juvenile Court Administrator

HKThefts_Madison_00426845



**Dane County Branch #36AB**

June 29, 2021

Robert Chapman, Acting Director
U.S. Department of Justice
Office of Community Oriented Policing Services
145 N Street NE
Washington, DC 20530

Dear Acting Director Chapman:

I am writing to express the support of the Dane County NAACP for the City of Madison's application for a COPS Community Policing Development Microgrant to provide wraparound services for youth involved in the criminal justice through an epidemic of stolen autos, theft from vehicles and burglaries that are occurring in our community.

The NAACP's mission is to ensure the political, educational, equality of minority group citizens and eliminate race prejudice. As this country's oldest Civil Rights organization, the NAACP works to remove all barriers of racial discrimination through democratic processes.

Police use of force is just one aspect of an inequitable judicial process for youth of color. Youth of color have been over-represented (and treated more harshly for the same behavior as their non-Hispanic white counterparts) at every stage of the delinquency process for decades, with strong evidence of race effects in the earliest stages in the process—most importantly arrests. Transformative measures are necessary to creating meaningful police and youth of color relationships. This project has potential to redirect youth engaged in copycat and gang-involved behaviors to positive outcomes.

If funds are awarded to Madison, the NAACP Dane County will work with the Police Department and services provider RISE to make this grant initiative a success by participating in community policing efforts to provide wraparound services and support for young offenders. The Dane County NAACP will work with the police to develop an NAACP Youth Council for youth; promote the Afro-Cultural Technological Scientific Olympics program to youth; and serve in advisory capacity to the program.

It is an opportune time for increasing the Madison Police Department workforce as we welcome thousands of new residents into the City. I encourage the COPS Office to give this application its fullest consideration.

Sincerely,

*Greg Jones*

Greg Jones, President



June 26, 2021

Robert Chapman, Acting Director
U.S. Department of Justice
Office of Community Oriented Policing Services
145 N Street NE
Washington, DC 20530

Dear Acting Director Chapman:

Youth in Madison, Wisconsin are struggling and are engaging in unsafe behavior to themselves and to our community through an epidemic of stolen autos, theft from vehicles and burglaries. I am writing to express the full and complete support of RISE Wisconsin for the City of Madison's application for a COPS Community Policing Development Microgrant to provide wraparound services to the youth in our community engaging in these risky behaviors.

RISE believes in the power of human connection and the resilience that exists within everyone. We embrace strengths-based, solutions-focused approaches to addressing the mental health and wellness needs of our community. Our services provide education, support, stabilization, and coordination of care to children, families, and individuals in our community. All of RISE's services are built on a community-based wraparound model of care that places the youth and family at the center of their care resulting in increased engagement, participation and impact.

RISE staff witness firsthand the public safety concern our community faces. We work directly with youth who have been victims of trauma and who have witnessed significant violence in their home and community. Youth who have been impacted by trauma and struggle with their own mental health needs are at greater risk of being drawn into delinquent behavior. They are in search for connection and are at higher risk of gang involvement which continues the cycle of criminal behavior. These are the youth this grant initiative is targeted to reach and support.

If these funds are awarded to Madison, RISE will be an active partner with the Madison Police Department to coordinate and deliver wraparound services to the targeted population of youth and their families. RISE has a long history of providing wraparound care

coordination and has established excellent relationships with community providers who support youth and families through mentoring, education and employment, mental health and substance abuse treatment, community supervision, arts, athletics, etc.

Given the state of our community, now is the right time for the Madison Police Department to be supported in their efforts to partner more intentionally with community providers to support youth and their families through an innovative intervention that gets at the heart of the needs of youth. I am pleased to be able to partner with the Madison Police Department on this initiative and strongly encourage the COPS Office to support this application. It will matter to our community and to our youth.

Sincerely,

Scott S. Strong, MS
Executive Director, RISE Wisconsin