QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Justin C. Griffin (SBN: 234675)
justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*City of Madison v. Hyundai Motor Am., et al.*, Civ. A. No. 8:23-00555 (C.D. Cal.) | Case No. 8:22-ML-3052-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Case No. 8:22-ML-3052-JVS-(KESx)

**[PROPOSED] ORDER**

The Court, having considered the papers, finds that the evidence is insufficient to create a genuine dispute of material fact as to Plaintiff's claims for public nuisance and negligence and therefore **GRANTS** Defendants' Motion for Summary Judgment in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. James V. Selna
United States District Judge