Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com

*Chair of the Governmental Entities Committee and Counsel for City of Madison*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*City of Madison v. Hyundai Motor Am.*, No. 8:23-cv-00555 (C.D. Cal.) | Case No. 8:22-ML-3052-JVS(KESx)<br><br>The Honorable James V. Selna<br><br>**GE PLAINTIFF THE CITY OF MADISON'S NOTICE OF LODGING IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff the City of Madison, by and through undersigned counsel, hereby lodges Documents (A)–(F) in the table below directly with the Court. Exhibits 1–57 will be attached to the Declaration of Gretchen Freeman Cappio in Support of GE Plaintiff the City of Madison's Opposition to Defendants' Motion for Summary Judgment.

| No. | Document | Confidential |
|---|---|---|
| *Deposition Transcripts Cited in Madison's Opp. to Defs.' Mot. for Summary Judgment* | | |
| A | Transcript of the deposition of Greg Silvestri taken April 15, 2025 | Yes |
| B | Transcript of the deposition of Chadd Price taken August 27, 2025 | Yes |
| C | Transcript of the KA Phase II 30(b)(6) deposition of Michael Wilde taken November 11, 2025 | Yes |
| D | Transcript of the deposition of Craig Dawkins taken October 14, 2025 | Yes |
| E | Transcript of the deposition of Dae Hoi Kim taken October 31, 2025 | Yes |
| F | Transcript of the deposition of Ralph Tjoa taken August 6, 2025 | Yes |
| *Documents Cited in Madison's Opp. to Defs.' Mot. for Summary Judgment* | | |
| Ex. 1 | Moore Dep. Ex. 26. | No |
| Ex. 2 | KA-22-ML-3052-SUBRO-00065506 | Yes |
| Ex. 3 | Defendant HMA's Amended Responses and Objections to GE Plaintiffs' First Set of Interrogatories for Phase II discovery | Yes |
| Ex. 4 | Defendant KA's Amended Responses and Objections to GE Plaintiffs' First Set of Interrogatories for Phase II discovery | Yes |
| Ex. 5 | Ramirez Dep. Ex. 3 | Yes |
| Ex. 6 | Tjoa Dep. Ex. 29C | Yes |
| Ex. 7 | KA-22-ML-3052-SUBRO-00092343 | Yes |
| Ex. 8 | Latouf Dep. Ex. 11 | Yes |

| No. | Document | Confidential |
|---|---|---|
| Ex. 9 | HATCI-22-ML-3052-00000779 | Yes |
| Ex. 10 | Ramirez Dep. Ex. 4 | Yes |
| Ex. 11 | Wilde 30(b)(6) Ex. 14A | Yes |
| Ex. 12 | KA-22-ML-3052-SUBRO-00177784 | Yes |
| Ex. 13 | HMA-22-ML-3052-SUBRO-00279567 | Yes |
| Ex. 14 | Cameron 30(b)(6) Vol. 2 Dep. Ex. 32 | Yes |
| Ex. 15 | HMA-22-ML-3052-SUBRO-00105172 | Yes |
| Ex. 16 | KA-22-ML-3052-SUBRO-00091110 | Yes |
| Ex. 17 | HMA-22-ML-3052-SUBRO-00277080 | Yes |
| Ex. 18 | Stutz Vol. 1 Dep. Exhibit GE-2 | Yes |
| Ex. 19 | HATCI-22-ML-3052-00000734 | Yes |
| Ex. 20 | HMA-22-ML-3052-SUBRO-00074333 | Yes |
| Ex. 21 | KA GE-00009027 | Yes |
| Ex. 22 | KA-22-ML-3052-SUBRO-00098129 | Yes |
| Ex. 23 | KA-22-ML-3052-SUBRO-00068518 | Yes |
| Ex. 24 | Madison's Second Amended Answers and Objections to Defendants' First Set of Phase II Interrogatories | Yes |
| Ex. 25 | HMA-22-ML-3052-SUBRO-00066591 | Yes |
| Ex. 26 | Tjoa Dep. Ex. 52B | Yes |
| Ex. 27 | HKThefts_Madison_00169831 | Yes |
| Ex. 28 | HKThefts_Madison_00392209 | Yes |
| Ex. 29 | Latouf Dep. Ex. 44a | Yes |

| No. | Document | Confidential |
|---|---|---|
| Ex. 30 | KA-22-ML-3052-SUBRO-00184656 | Yes |
| Ex. 31 | HMA-22-ML-3052-SUBRO-00280239 | Yes |
| Ex. 32 | HMA-22-ML-3052-SUBRO-00103914 | Yes |
| Ex. 33 | KA GE-00004426 | Yes |
| Ex. 34 | HMA-22-ML-3052-SUBRO-00058398 | Yes |
| Ex. 35 | KA-22-ML-3052-SUBRO-00078060 | Yes |
| Ex. 36 | Dawkins Dep. Ex. 13 | Yes |
| Ex. 37 | HKThefts_Madison_00396566 | Yes |
| Ex. 38 | HKThefts_Madison_00124559 | Yes |
| Ex. 39 | HKThefts_Madison_00156047 | Yes |
| Ex. 40 | HKThefts_Madison_00004785 | No |
| Ex. 41 | HKThefts_Madison_00005367 | No |
| Ex. 42 | HKThefts_Madison_00005982 | No |
| Ex. 43 | HKThefts_Madison_00006617 | No |
| Ex. 44 | HKThefts_Madison_00395812 | No |
| Ex. 45 | HKThefts_Madison_00169889 | Yes |
| Ex. 46 | HKThefts_Madison_00378787 | Yes |
| Ex. 47 | HKThefts_Madison_00392463 | Yes |
| Ex. 48 | HKThefts_Madison_00114764 | Yes |
| Ex. 49 | HKThefts_Madison_00418630 | Yes |
| Ex. 50 | HKThefts_Madison_00125638 | Yes |
| Ex. 51 | HKThefts_Madison_00392428 | Yes |

| No. | Document | Confidential |
|---|---|---|
| Ex. 52 | WIS JI-CIVIL 1928, Public Nuisance: Negligent Conduct | No |
| Ex. 53 | WIS JI-CIVIL 1932, Public Nuisance: Intentional Conduct | No |
| Ex. 54 | KA-22-ML-3052-SUBRO-00068520 | Yes |
| Ex. 55 | KA-22-ML-3052-SUBRO-00093469 | Yes |
| Ex. 56 | HMA GE-00003403 | Yes |
| Ex. 57 | HKThefts_Madison_00207118 | Yes |

DATED: March 11, 2026

Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By /s/ *Gretchen Freeman Cappio*
Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Chair of the Governmental Entities Committee and Counsel for the City of Madison*

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Gretchen Freeman Cappio*
GRETCHEN FREEMAN CAPPIO