# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 8:22-ml-3052-JVS (KESx) |
| | **[PROPOSED] ORDER GRANTING DEFENDANT HYUNDAI MOTOR AMERICA'S MOTION IN LIMINE NO. 1 TO EXCLUDE IRRELEVANT EVIDENCE RELATED TO KIA, DOWNSTREAM HARMS, OTHER LITIGATION AND INVESTIGATIONS, AND FOREIGN REGULATIONS AND STANDARDS** |
| *This document relates to:* ALL SUBROGATION CASES | Judge:  The Honorable James V. Selna <br> Ctrm:  10C, 10th Floor <br> Date:  May 4, 2026 |

Before the Court is Defendant Hyundai Motor America's ("HMA") Motion in Limine No. 1 to Exclude Irrelevant Evidence Related to Kia, Downstream Harms, Other Litigation and Investigations, and Foreign Regulations and Standards. Having considered the Motion and supporting papers and the argument of counsel, the Court hereby GRANTS HMA's Motion and excludes all reference to

1. Kia entities, the design of Kia automobiles, the theft of Kia automobiles, and Kia entity communications related to any of those topics;

2. downstream harms arising from thefts of automobiles, including but not limited to evidence concerning any personal injuries, deaths, or physical harm caused by thefts of Hyundai (or other) vehicles not at issue in this bellwether; evidence that vehicles stolen using the "Kia Boyz" theft method were subsequently involved in hit-and-run accidents, assaults, carjackings, or other violent crimes; evidence bearing on emotional distress, fear, or psychological harm experienced by vehicle owners or community members as a result of automobile thefts; and public-nuisance theories or community-wide harm narratives, including those related to costs to municipal governments, strains on policing resources, or impacts on neighborhood safety;

3. other litigation against HMA and investigations into HMA relating to automobile thefts, including but not limited to settlements of such litigation or investigations; and

4. the content of regulations and standards from jurisdictions outside the United States, or any alleged violations thereof.

IT IS SO ORDERED.

Dated:    May ___, 2026

_____
The Honorable James V. Selna
United States District Judge

[PROPOSED] ORDER GRANTING HYUNDAI MOTOR AMERICA'S MOTION IN LIMINE NO. 1