UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    8:22-ml-03052-JVS-KES                                    Date: April 6, 2026

Title    In Re: Kia Hyundai Vehicle Theft Litigation

Present: The Honorable:    JAMES V. SELNA

| Priscilla Deason for Elsa Vargas | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

With the Governmental Entities Track potentially resolved and stayed.  The Court has reviewed its major decisions in the remaining Subrogation Track, and takes the following action.

On its own motion, the Court issues an order to show cause why its decision at Docket No. 284 should not be reconsidered and the result changed to dismiss without prejudice in each case all but the first subrogation plaintiff and the claims of subrogation insureds except for the claim of the first named insured ("First of the First).  (See Docket No. 284, p. 20.)

The parties shall file simultaneous opening briefs of not more than ten pages, due April 20, 2026 and simultaneous replies of no more than five pages, due April 27, 2026.  The Court will conduct a hearing on May 11, 2026 at 3:00 p.m.  The parties are invited to incorporate their prior filings on the issue, and are requested to attach to their opening briefs their prior filings.

                                                                                                    :

                                                           **Initials of Preparer**    pd/eva