ELLIOTT R. FELDMAN
MEGAN R. PEITZKE (SBN 230375)
JULIE A. LINE
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-2071
Facsimile: (215) 701-2282
*EFeldman@cozen.com*

WILLIAM J. HOFFMANN
ADAM M. ROMNEY (SBN 261974)
SUSAN M. BENSON (SBN 146837)
**GROTEFELD HOFFMANN LLP**
15303 Ventura Blvd., Bldg. C, Ste. 1505
Sherman Oaks, CA 91403
Telephone: (747) 233-7150
Facsimile: (747) 233-7143
*bhoffmann@ghlaw-llp.com*

TIMOTHY E. CARY (SBN 093608)
DANIEL HOGAN
THOMAS PAOLINI
W. DIANE WAYLAND (SBN197802)
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
391 N. Main Street, Suite 108
Corona, California 92879
Telephone: (951) 387-4700
Facsimile: (951) 963-1298
*CaryT@Stutmanlaw.com*

CHRISTINE FORSLINE (SBN 333451)
STEPHANIE NG (SBN 309389)
**BERGER KAHN, A Law Corporation**
25910 Acero, Suite 242
Mission Viejo, CA 92691
Telephone: (949) 474-1880
Facsimile: (949) 313-5029
*cforsline@bergerkahn.com*

*Attorneys for Subrogation Insurance Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re: KIA HYUNDAI VEHICLE THEFT MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION

This document relates to:

ALL SUBROGATION CASES

Case No.: 8:22-ML-03052-JVS-(KESx)

The Honorable James V. Selna

**SUBROGATION PLAINTIFFS' APPLICATION UNDER L.R. 79.5-2.2(b) FOR LEAVE TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF MOTION TO EXCLUDE HATIPOGLU LETTER**

[Filed concurrently with Declaration of Julie A. Line, [Proposed] Order]

Subrogation Plaintiffs, by and through undersigned counsel, hereby submit this Application for Leave to File Under Seal (the "Application") their Reply in Support of Subrogation Plaintiffs' Motion In Limine to Exclude the June 5, 2023, letter from Cem Hatipoglu, pursuant to Local Rule 79.5-2.2(b). The Motion and certain supporting exhibits have been identified to contain confidential, commercially sensitive, or proprietary information, and thus pursuant to the protective order in place in this matter, Subrogation Plaintiffs apply to file the Reply under seal.

## I. <u>LEGAL STANDARD</u>

While it is true that "[t]here is a right of public access to judicial records and documents," *TML Recovery, LLC v. Cigna Corp.*, 714 F. Supp. 3d 1214, 1217 (C.D. Cal. 2024) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)), a court may seal a judicial record if the movant can demonstrate "compelling reasons" for keeping the record from the public. *Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). Preventing the "release [of] trade secrets" is a "'compelling reason[ ]' sufficient to outweigh the public's interest in disclosure." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see also Virun, Inc. v. Cymbiotika, LLC*, Case No. 8:22-cv-00325-SSS-DFMx, 2022 WL 17401698, at *2 (C.D. Cal. Aug. 19, 2022) ("Courts in this Circuit have found potential harms arising from public disclosure of trade secrets or a business' confidential financial and pricing information to be sufficient reason to seal."). Pursuant to Local Rule 79-5.2.2(a), the accompanying Declaration demonstrates compelling reasons why the strong presumption of public access is overcome in this instance.

## II. <u>ARGUMENT</u>

Here, documents that will be cited and submitted in support of Subrogation Plaintiffs' Reply In Support Of Subrogation Plaintiffs' Motion In Limine To Exclude The June 5, 2023, Letter From Cem Hatipoglu, contain non-public information designated as confidential under the Stipulated Protective Order. *See* Dkt. 786. The

depositions cited or quoted in the Motion, and certain exhibits, contain confidential, commercially sensitive, or proprietary information. *See* Declaration of Julie A. Line in Support of Subrogation Plaintiffs' App. For Leave to File Under Seal ¶4. The Parties have not consented to the public disclosure of this material. Good cause therefore exists to file this Motion under seal because either or both Plaintiffs and Defendants believe it quotes or cites documents that contain confidential, commercially sensitive, or proprietary information. Given the confidential nature and commercially sensitive character of these documents, there are compelling reasons to permit this Motion and supporting documents to be filed under seal.

## III. CONCLUSION

For these reasons, Subrogation Plaintiffs respectfully request that the Court grant their Application to File the Reply in Support of Subrogation Plaintiffs' Motion In Limine to Exclude the June 5, 2023, letter from Cem Hatipoglu Under Seal.

DATED: April 20, 2026

COZEN O'CONNOR

By: */s/ Julie A. Line*
Elliott R. Feldman
Megan R. Peitzke
Julie A. Line

DATED: April 20, 2026

GROTEFELD HOFFMANN LLP

By: */s/ William J. Hoffmann*
William J. Hoffmann
Adam Romney
Susan Benson

DATED: April 20, 2026

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: */s/ Daniel Hogan*
Daniel Hogan
Timothy E. Cary
Thomas Paolini
W. Diane Wayland

DATED: April 20, 2026

BERGER KAHN, A Law Corporation

By: */s/ Stephanie Ng*
Christine Forsline
Stephanie Ng

*Attorneys for Subrogation Insurance Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 20, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: */s/ Julie A. Line*
Julie A. Line